Exhibit 13

## DECLARATION OF FELISHA GATLIN

I, Felisha Gatlin, declare as follows:

1. I am a maternal cousin of Rejon Taylor. I have known Rejon his whole life. He is 12 years younger than me. Rejon's mother, Reba Taylor, was raised partly by my mother, Rosa "Pat" Moss. My mother's father, Leonard Gatlin Sr., was the brother of Rejon's grandmother, Eva Claire Williams. Anna Belle Williams Malcolm Benton is Rejon's great-grandmother and my grandmother.

2. My mother was born to my grandfather, Leonard Gatlin Sr., and my grandmother, Myrtis Gatlin. Myrtis and Leonard separated around 1950 and Myrtis took her youngest child, my Aunt Pearl, to Detroit with her. My mom and her sister, my Aunt Peggy remained living with Great Grandma Anna Belle. My Aunt Eva was also living in the home with Anna Belle. The family moved from Covington to Atlanta at some point and lived there with Eva's children: Stanley, Joseph, Reba and Tonya. Anna Belle and Eva took my mother and Aunt Peggy in as their own children.

3. The home in Peoplestown was crowded. There were three bedrooms and one bathroom for at least eight people at any given time, usually more than eight. In the 1960s, Peoplestown was a very small, all-Black community. It was under-resourced and full of low-income families. My mom left for a while to visit Pearl and Grandmother Myrtis in Detroit, but she returned and brought Pearl back with her. Pearl had been living a better, less congested life in Detroit but she wanted to be with family that she did not have a chance to know, so she moved to Atlanta when my mother came home. Peggy, Pat and Pearl called my aunt Eva 'Mother.'

4. Grandfather Leonard was mean. I never saw Grandfather Leonard smile. I visited him on holidays and was not allowed to make a lot of noise when in his house. He had a big stomach, like a pot-belly, and I asked him if he was pregnant

*FG*

Exhibit 13

at a family gathering. We had to leave the gathering because he told my mother he was going to beat me. I did not see him show my mother love or affection.

5. My mother helped raise Rejon's mother, Reba and Reba's siblings. She did a lot of the cooking and cleaning and became somewhat resentful because of all the responsibility she had. She was resentful of her mother for leaving her but taking her younger sister to Detroit to live a better life. Grandmother Myrtis moved back to Atlanta after a long while and they were able to mend their relationship somewhat.

6. Anna Belle, Eva and Eva's children moved to Rollingwood Lane in DeKalb County in 1972. My mom married my father in 1973. When Anna Belle, Eva and Eva's children moved, they left without warning. They did not leave my mother with much and she had three children by then: Sonya who was born on June 13, 1969, Marcy who was born May 9, 1970 and me. I was born June 5, 1971. We were all living in the house on Fern Ave. in Peoplestown before Ann Belle and Eva left us.

7. I grew up in College Park, the opposite side of town from where Reba lived and raised her kids. My mother liked the school system better in the College Park area. I attended racially diverse schools that had good resources, including Lakeshore, Kathleen Mitchell, and Westlake High School. Westlake was the only school I attended that was predominantly Black. My mother instilled the value of education in us. She could not afford to go to college but she made sure to put the idea in our heads. She raised us to be the opposite of everything she knew. Reba was my cousin from my mother's side of the family, she did not benefit from the perspective my mother was able to provide me.

8. I moved ever further outside of town, to Riverdale in Fayette County. I wanted an even better education for my daughter.

FG

Exhibit 13

9. The school system in south DeKalb County, where Reba lived, is rough. Teachers are not good. South DeKalb County is more like a fast lane. You have to be strong to survive and you need to fight to survive. Rejon wanted better. He used to tell me that he wanted to be able to provide for himself and have a real career.

10. We visited the house on Rollingwood every weekend. We made sure to stop there on Easter and other holidays to visit Eva, Reba and Reba's children.

11. Rejon was very timid and quiet. He was sweet. Rejon was a different and creative kid. He was good at drawing and had a creative mind. He wanted to be an entrepreneur. His future seemed so bright.

12. Rejon started his own car detailing business. I let him come to my salon and ask my customers if they wanted their cars detailed. He did mine for free. He escorted my clients to and from their cars. He acted as if he won the lottery when I told him that he could come to my salon to wash cars. He was excited to work and to be making his own money.

13. Rejon hung around a rough crowd of guys who were not good influences on him. He hung around with older guys, guys who were are around 5 years older than him who were considered grown. John began hanging around these guys first and Rejon wanted to be like John. He was very impressionable.

14. I dated Rico Webb for about 5 years. He and Rejon were close. Rico is a friend of Rejon's family. He is married now and still comes around my family which sometimes irritates me.

15. I found out about Rejon's arrest on the news. The last time I had seen him was in 2000 or 2001. I told Rejon I would not judge him for what happened. It was totally out of character for him.

16. Rejon's brother, John, and our cousin, Mike-Mike are the only other cousins who have spent time in prison that I am aware of. We have people in our



FG

Exhibit 13

Declaration of Felisha Gatlin
Page 4 of 5

family who got into the wrong line of work, but only Rejon, Mike-Mike and John have been in prison.

17. Peggy was 52 when she died in 2001. She had cancer in her eye that spread. She passed away 3 weeks after Shalanadria died.

18. Our cousin Shalandria's death was reported as a committed suicide but I do not believe that. She died on October 3, 2001. She lived for her two children. She was close with her mother, the same way that I am close with mine. She was involved in her church and active in her community. Meanwhile, her husband was a very jealous man. It is my understanding that there was no investigation done regarding Shalandria's death.

19. Our family has dealt and continues to deal with a number of health issues. Leonard Gatlin Jr. suffered from seizures, the kind that made his body shake. He had depression. He suffered a lot of loss in his life and drank to cope with it. Junior's kidneys failed and he died in 2015. My cousin Valeria's daughter may also have seizures. My cousin Yvonne passed away. She had liver cancer and was in her late 50s, early 60s. Rejon's Uncle Joe Gatlin has heart problems. Aunt Peggy had migraines. Migraines run in our family. My sister Marcy used to have them real bad. My Aunt Sharon, who passed away, also had them. High cholesterol, high blood pressure and diabetes also run in my family. Peggy had diabetes. Leonard Gatlin Sr. dealt with heart problems and diabetes. My mother has diabetes as well.

20. No one representing Rejon contacted me leading up to or during his 2008 federal capital trial. I was still living in Peachtree City, Georgia at the time of his trial. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration.

FG

Exhibit 13

Declaration of Felisha Gatlin
Page 5 of 5

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 25, 2019.