Exhibit 16

# DECLARATION OF JOHN TAYLOR

I, John Taylor, declare as follows:

1.    My name is John Taylor.  Family and friends sometimes refer to me as Johnny or J.T.  I am the biological father of Rejon Taylor.  I am also the father of Rejon's older brother, John Taylor.  I was married to Rejon and John's mother, Reba Taylor.  She passed away January 31, 2018.

2.    My mother is Addie Copeland Taylor Smith.  She had six children, including me.  Most of us were born in Sparta, Georgia.  My oldest brother is Willie Adams Copeland.  I do not know the name of Willie's father, but he came from a somewhat prominent Black family in Sparta, yet he was stingy.  Some people in our family spell our last name differently because the registrar in Sparta misspelled Willie's last name; instead of Copeland, she wrote Coplien on his birth certificate.  People in the family spell it both ways. I have always spelled the name Copeland.

3.    My mother became pregnant with Willie when she was 15-years-old.  Willie's father was in his 20s. My sister, Barbara Ann, was born after Willie.  Her father is Theodore Gilbert.  Theodore had other children.  One of them is also named Theodore and he is one of Barbara's half-siblings. My brother, Walter Taylor was born next.  Walter's nickname is Joe.  My sister Betty was born after Joe and I came after Betty.  Joe, Betty and I all share the same father: Tom Taylor.  My sister, Lisa, is the youngest. My mother had her when she was 44-years old.  Her father is J.W. Holyfield.  Lisa is the only sibling who was not born in Sparta.

4.    Sparta was rough and rural.  My mother lived a hard life.  She dropped out of school in the second grade to work and help her family. She came up in the 1930s during the Depression when there was very little work or food.  There were few opportunities to make money, and even fewer for a Black woman. I heard her talk about the hard times in her life when I was a kid and she talked about these things all the way up until she died in 2012.

JT

5.      My dad came to Sparta for work.  Cotton was king in Sparta.  It was a plantation type town.  There were only about fifty white families in Sparta who were planters.  The rest of Sparta was made up of Black folks, and ninety percent of them worked for the Whites.  There were some prosperous Black people in Sparta – the teachers, undertakers, and such, who served just the Black community.

6.      In Sparta, my siblings and I were born at a time when women did not stop working to have babies or to recover from having babies.  I was born in a field.  Some of my other siblings were born in similar places, places where women do not usually have babies.  Very few Black babies were born in a house.  We were not born in hospitals with the help of doctors.  Some of my siblings may have been born with the help of midwives.

7.      My mother told me that I was born with a veil over my face.  It was an actual layer of skin that covered my forehead.  I was told that being born with this veil meant that I was lucky and would have visions of the future.  This knowledge was passed down to me through my mother and older relatives.  Some mothers will keep the layer of skin when it is removed and preserve it on some sort of pouch or encasing.  We did not do that with my skin and I do not believe that it is necessary.  The removal of the skin marks the removal of the natural barriers the child has to seeing visions.  My veil was cut off, likely by a midwife.  As I grew older, I was able to see things that ended up happening.  I saw parts of my future that came true.  I know it sounds weird.  I do not tell many people about this ability.  I am the only one of my siblings who was born with a veil.

8.      My mother, siblings, and maternal grandparents, Lewis and Annie Copeland, all lived together on land that belonged to a white family.  White families owned all the land in and around Sparta.  My grandfather was a sharecropper.  There were a lot of sharecroppers and poor folks in Sparta at that time.  When my

JT

granddad was not in the fields, he sat in his rocking chair on the porch chewing and spitting tobacco. My grandmother was sweet and loved her boys. She hugged and kissed on us, showed us a lot of affection. My granddad was domineering. He did not have to say much. You just knew to behave.

9. Granddad had a 12-gauge shotgun for hunting and protection. We went hunting in the woods around our home. I used his shotgun to hunt squirrels, rabbits, and quail, but mainly rabbits. We fried them in gravy or stewed them. Raccoon was also good, but I did not like possum. Preparing possum was more of a process: you had to clean it out with potash, a type of manufactured salt that contained potassium. You could not just shoot possum and cook it. You had to trap it and then feed it vegetables and potash to clean out its system since they ate any and everything. We had a few chickens for the eggs. When the chicken got older, we ate it. People mostly bought pork and fish from people who raised pigs or sold the fish they caught.

10. I also fished. I loved being out in nature and hunting. I went hunting more with my cousins than with my granddad. We brought the birds we caught into our shack and put them over our wood-burning stove to roast and eat them. Sometimes we fried them.

11. I started cooking when I was three-years-old. Besides the birds I caught and cooked over a fire, I cooked ham steaks that I put on the wood-burning stove. I knew how to prepare them with batter and flour. My grandma taught me. My grandparents could not teach me school and book stuff, but they taught me the ways of life.

12. A meal my grandmother often prepared was ash bread with eggs and ham. Ash bread was a bread we made from corn bread mix that was covered with ashes from the fireplace and put in the fireplace to cook. Once it was done, we broke

JT

off the outer layer and dusted off the ash to eat it. She served it with a slice of salted ham shoulder and eggs. It was rare to have the ham shoulder as part of this meal.

13.     One way we got minerals we needed in our diet was that we chewed white clay. We got it from area hills and people also sold it. Good quality white clay was smooth like flour. When it was bad it was gritty. It had minerals and stuff in it that we ate for that reason. We ate the white clay and not any other color because we figured it was purer. It had to do with a lot of the way people thought back then of white being better.

14.     We were the only family that lived on the land owned by the White family. Our shack had no indoor plumbing. Sometimes I went and found a favorite spot in the woods to go to the bathroom rather than use our outhouse. I did not fear snakes when I was out in the woods using the bathroom. We had cats that kept the snakes away. We had three dogs too. Besides using them for hunting, the dogs were our alarms. They told us whenever somebody was near our house. They also kept the tramps away. We called the homeless men who wandered the roads 'tramps' back then.

15.     The White land owner's house had plumbing and electricity. They had a pump and a well outside. We walked to their pump for water. They knew we got our water from them daily. It took two of us carrying a 10-gallon foot tub with handles to get the water.

16.     Too many people and children lived in our small shack. We were outside most of the time. Our shack had cracks in the walls that you could look through. My granddad pasted newspaper over the cracks to keep the wind and rain out. It was white washed on the outside. Our stove was in a corner of the shack. We had two beds, which were pallets, against the wall and one dresser. My grandparents

JT

slept on one of the beds. We either slept on the pallets or slept on the floor. Not many people visited or spent the night.

17.  My mother and our entire family picked cotton during cotton-picking season in the Fall. I went to work in the fields at three-years-old. My job was to sit on the bale of cotton to make sure no one else claimed it and to protect our area.

18.  Everyone in our family picked cotton: all of my siblings and my mom's siblings: Bill, Nancy and Sarah. Aunt Nancy and Uncle Bill were rough and strong willed folks. Bill married a woman named Sarah. They had my cousins: Nancy, Juanita, Daisy, William and Bill Junior. Uncle Bill had at least six children outside of his marriage. I do not know all of their names, but I met a few of them. Aunt Nancy married Eddy Kendricks and together, they had: Jesse, Mary Alice, Eddy Junior, and James. They had other children who had nicknames that I do not recall. Aunt Nancy had four children before she married Eddy with different men. Her children were: Ella Mae Boyd, Bubba Beatrice Watkins, Lewis Grier and Clarence Grier. Aunt Sarah was the youngest of my mother's siblings. She's still living in Milledgeville, Georgia. Her first husband was Ben Howell. She had Frances, Peggy, Jimmy and Ben Junior with Ben. This set of Sarah's children lived with us on the White landowner's land temporarily. She and Ben got divorced and Sarah later married Joseph Harper. She had children with him too: Carol "Cookie," Tammy, Bridgett, Eric and Anthony.

19.  My aunts and uncle lived near downtown Sparta. My family stayed in the country. Uncle Bill owned a pickup truck. He drove everyone to help pick cotton in his truck. We had to pick a certain amount of bales a day, close to 1,000 bales. We got paid a percentage of money for the bales, but it wasn't much. The rich owned everything in Sparta.

JT

20. We went downtown every Saturday. It was about a ten mile walk to get there. We often got a ride back home. We went downtown to buy things from the different stores we needed like flour, sugar, and cloth pieces for clothing. My grandma made clothes and quilts for us. The grocery stores in Sparta were like what we think of as convenient stores today. They were small buildings that carried a variety of items such as food and clothing, but also hardware.

21. In Sparta, we had accounts at certain stores. Most people did. The owners knew we did not have the money until the end of the crop season when we could pay up. You had to be respectful and obedient to the White store owners because no one wanted to burn their account with the store. You had to keep your bills straight. My grandmother kept a little money hidden around the house. She got it from her sons who had been working or in the military.

22. White folks were really strict back then. I had to be careful and respectful when I went downtown with my family. Blacks had to get off the sidewalk if Whites were walking toward you. I also had to cross the street if Whites were on the side I was walking. I was so upset with Whites and the way they treated us that I used to steal candy from their stores. As a child, it was the only way I thought of getting back at them.

23. It was the children who changed things in the South. The older folks were too afraid that change was going to cause them to lose the little they had from the White folks. My granddad had a radio that he used to listen to his music with on the porch where we also heard the news of the day. I heard my grandparents and older folks say that the people in the civil rights movement were troublemakers and upsetting the White folks. The older ones were stuck in the past. They were scared of what might happen to them. Even some of the ministers who came around preaching were afraid and did not want change.

JT

24. We did not have a church that we went to in Sparta. The ministers came around to our house. My grandmother made chicken on those days and the minister got to eat the best pieces. My granddad did not care for church or the minister. It was all my grandmother's doing. The women controlled the household. The men worked and brought home the money. I thought the minister just messed around with the women on the side, and some of them did.

25. White men also came around trying to mess with our women. They came to our houses pretending to help or to want something when they were just trying to see what women or girls were in the house. They wanted to get the women to see them on the side. Some Black women did mess with White men for money or other benefits. They were not being prostitutes. It was just relationships where they were both getting something out of it.

26. Uncle Bill was a bootlegger during Prohibition. He worked for the White Sheriff in town who had a couple of stills and sold the alcohol. Uncle Bill built his own little house on Railroad Street near the train tracks in town. He also drove a produce truck. He sometimes dropped food off for us, but he was not supposed to do it. He had to leave the box at the side of the road. I walked up from our house with my grandmother to get it. One time, Uncle Bill dropped off bananas. There were about 30 bananas still on the stalk. I cannot forget it. It was the first time I ever had one. There were fruit trees in the area where people grew apples and things, but we did not get bananas or oranges often.

27. Uncle Bill did not play either. People in town knew him because he was in with the sheriff. Uncle Bill ran things in the Black areas of Sparta. He carried a gun, but it was all attitude and folks' perception of him. One time, Uncle Bill lost his wallet in a Black club in Sparta. He went out to his car and got his gun. He shut the place down until he got it back. Uncle Bill died of old age in Sparta.

JT

28. My mom put the law down. She whipped me a couple of times, either with a belt or switch. The most I got may have been 7 licks. I got licks on my behind or my legs. If I was whipped, it was because I was not in school. My grandfather was stern. My Uncle Bill was especially stern. They were strict and rigid. Kids stayed in a kid's place back then. We were not to be around grown folks' conversations. Unless I was out on the porch catching a breeze when the grown folks were talking, I did not stick around, and even then I knew better not to interrupt or seem to be listening. Same with respect back then. I was quick to learn.

29. Maron, Cousin Beatrice's husband, was hard on his children. He had about six boys and two girls. They tied his boys up over the stove by their ankles and beat them. It was just the boys who got this treatment. He put fear into everyone else in his household too.

30. I did not travel outside Sparta much when I was a child. I might have gone to Milledgeville or Augusta, Georgia; that would have been a big event for me. We had family in Milledgeville, not far from Sparta. Milledgeville and Sparta were like two different worlds. Sparta was a one-street town. It had about a thousand or so people. Milledgeville was a bustling place with about 10,000 people. My cousin Tony Hawkins lived in Milledgeville. He was around my same age and we played together when I visited. He was on my grandmother, Annie Hawkins Copeland's side of the family. Woodrow Hawkins was Tony's father.

31. Aunt Nancy's husband, Eddy Kendricks, came from a more prominent Black family in Sparta. They raised hogs and had land. They were very stingy with their money. Nancy's son Clarence Grier was the chief of police in Lakeland, Florida. Serving in the military had helped him. It gave him an opportunity to do good for himself once he was out of it. My grandmother had a good heart, but some

JT

of her children did not have very good hearts. We were also very poor in Sparta while my Uncle Bill and Aunt Nancy were better off.

32. There are quite a few John Taylor's in the family. I was named after my father's brother, John Taylor. My sister Barbara named me after him. She was old enough to have known my father and had a good relationship with him and his family. Uncle John also has a son named John who lives in Europe. He moved there to be an entertainer. I have a nephew on my father's side named John as well.

33. My grandmother was fair-skinned. She had Cherokee Indian in her. That side was mixed with White at some point also. When my grandmother was not working in the field or taking care of our home, she took care of an elderly White woman. The Black women in Sparta earned a few dollars cleaning up for White families.

34. My mother and grandmother took on ironing work when it was not cotton-picking season in Sparta. Most women got money for doing housework for White families, including my mother and grandmother. My grandfather was around to look after us kids when my mother and grandmother worked.

35. My father was my mother's first husband. My parents divorced when I was very young. My father was a logger. He came around at times. His father was Charles Taylor. I do not remember my father's mother, Christine Taylor. I didn't see her much. Besides Uncle John, my father had a sister named Christine and another sister named Carrie. Christine was the youngest and my father was the oldest of his siblings. As far as I know, he and all of three of his siblings are deceased. My father's family lived in Dalton, Georgia. My father's mother was a Cherokee Indian. His father met her on a reservation in Dalton, Georgia. He was from North Carolina. The family was forced off the reservation and walked the Trail of Tears to Oklahoma. Aunt Christine talked about their experiences sometimes.

JT

Aunt Christine passed away but her daughter, who is also named Christine, lives in Dalton, Georgia. She was a Clerk of the Court there. She would be my first cousin.

36. My father was a type of medicine man since he was Cherokee. My family in Sparta used a lot of herbs we got in the woods for medicine. We used mostly grasses in the fields around us that we boiled for the medicine. We used pine resin for stomach sickness. The pine killed bacteria. We used vinegar for sterilizing things. We lived off the land. We took Cod liver oil at times but not much. We did not know anything about buying medicine from a store.

37. Sparta had only one school for Blacks and it was known as Hancock Training School. We had a dilapidated school bus that took us to school. It was about a seven-mile ride. The bus had a hard time going over the dirt roads to get to school especially when the rain turned the roads into mud and it struggled to get through it. I have memories of standing around the pot belly stove in the one-room, soaking wet, trying to dry off and get warm before the teacher started teaching. No one in my community emphasized finishing school; work was the priority.

38. The Whites wanted the Black kids to work. They did not care if we went to school or not. Their White kids went to school. They did not want the Black kids to go. They just wanted us to get the crop out of the fields.

39. Everything we had at school in Sparta was hand-me-downs from the White school in town. We had old used books. It was like this when I was in school in Atlanta up to the 1970s. Every now and again we might have had a new something, but mostly it was old and used.

40. The first day I walked into Hancock Training School, I walked in the front door and walked right out the back door. My sister, Betty, came to find me and brought me back. I did not like to be around people. I did not feel comfortable

JT

around people who were not in my family. I was accustomed to mainly being around family.

41.     Betty and I were very close. We came up together. I was not around my brother, Willie, much because he was 20-years older than me and enlisted in the Army as soon as he was old enough. He was in the Korean War in the early 1950s. Later on in life, Willie talked about being in Korea. He appreciated the Korean lifestyle. I saw pictures of Willie in his uniform. At some point, Willie moved to Lakeland, Florida and lived there for a period of time.

42.     Willie was a drinker. It did not matter what kind of alcohol. I was told Willie drank even before he started in the military. He was mild-mannered. He died of cirrhosis on June 29, 1984. He became disabled. Alcoholism was the thing back then. My dad and sister drank like Willie. Lisa smoked cigarettes and drank beer but she was in the younger generation where women smoking and drinking was more common.

43.     Before I was born, my mother moved to Atlanta without my older siblings, in the 1930s. Atlanta was rough on my mother. She came all by herself. She had no help, no support system. She went to Atlanta without shoes on her feet. My mother continued moving back and forth between Atlanta and Sparta to work odd jobs, even after I was born. My siblings and I stayed behind with our grandmother and grandfather. She later came to get us, one or two at a time. She stayed sometimes in boarding houses. She might meet a guy and live with him momentarily. She took food offered to her by the friends she met so that she could save the little money she was able to make. These are the experiences that turned her into a saver later in life. She saved $100,000 over the years. She kept cash in different places throughout the house, not in banks. She did not have faith in our banking system. She was not taught how to manage money. I get my ability to save

JT

from her. She moved for better economic opportunities, for a better life for her and her children, but it was still difficult to find work and to buy basic things like food on her own.

44. I was the last of my siblings that my mother brought to Atlanta, and I did not want to go. There was so much more to learn in Sparta about life and nature, and I loved being outdoors in nature. My grandmother was very fond of me, and she was let down when we all left. I was sad to leave her. I was around seven years-old when it was my time to go to Atlanta.

45. The first place I lived with my mother in Atlanta was a rooming house on Georgia Avenue near the Capitol. We shared the bathroom that was down the hall with about eight or more families that also lived in the house. Back then there were a lot of large houses where landlords rented out rooms to families.

46. I didn't like Atlanta at first. I had been raised in a rural area. I was not used to being around people, especially strangers. In Sparta, I saw mostly family. It was a huge change moving to Atlanta, and it took me a long time to get adjusted.

47. We moved to Crews Street/Central Avenue in 1962 when I was about eight. My mother's younger sister Sarah sometimes stayed with us in Atlanta, but she did not live there. My mother moved us around a lot, but we stayed in the Mechanicsville and Summerhill areas, these were all-Black and rough neighborhoods. Summerhill was the roughest part of Atlanta.

48. I was about nine-years-old when I saw my first violent fight in the neighborhood. It was 1963 or 1964. Two men were fighting when one pulled out a knife and stabbed the other. I think they were drunk.

49. My mom worked her whole life to support us. She started cooking for a White family in their home and also for a business. She made $7 a week. There was no such thing as minimum wage then. Mom worked at quite a few laundry

JT

Exhibit 16

companies. Eventually, she landed at Apex, a large commercial laundry company, washing items for restaurants and hotels. It was mostly Black people who did that type of work. When mom worked in the hotels, she found things that people left behind and kept them. Sometimes she found money. At Apex, she made $15 a week twice as much as she made as a cook. Her wage increased at Apex from $15 a week to $23 and then to $40. She eventually made $50 a week and then $80. $80 a week was the most she ever made at Apex before she had to retire to take care of Willie.

50. There was no supermarket close by when I was growing up in Summerhill and Mechanicsville. They didn't have them in Peoplestown either. Within Atlanta, the neighborhoods of Mechanicsville and Summerhill were divided by Highway 85. Peoplestown was on the same side of the Highway as Summerhill. Georgia State Stadium was in the middle of Mechanicsville and Summerhill. You needed transportation to get to a supermarket. When my older brother Joe was a teenager, he started working and making money. I did not know enough to ask for a job as a child. I did not know how. I played more and Joe did not. Things changed and I did not. In Sparta, working was what you did. Growing up in Atlanta, I did not understand that I had to get a job as a child.

51. The convenience store was the only place to get everyday items in our neighborhood. There was no department clothing store in these neighborhoods. In Atlanta, it was mostly cash and carry in the stores. Some stores did allow you to shop on credit up through the 1970s. You had to talk with the store owners about it and settle up at a certain time of the month. Some of the store owners messed with our women too. The women did it for favors from the men. There was one store in particular on Capitol Ave whose owner, Mr. Vic, exchanged groceries for sexual favors. He was married but had children with other women around town.

JT

52. There were a lot of shops, theaters, and drug stores on Georgia Avenue in Atlanta. These places were still segregated, but Whites went to the theater in our neighborhood. They sat downstairs, and Blacks sat upstairs. We could go to Grant Park, but the White teenagers used to throw beer bottles at us and we heard their slurs. There was no place we could not go, but we mainly stayed clear of the White areas of town. They tolerated us in their stores, because we were spending money.

53. Certain things were better then than they are now. There was unity in the neighborhood. People respected each other. Adults could check any child they saw doing something wrong. People looked out for other people's kids. I was respectable – Yes, sir. No, sir. I considered myself a bright guy. I knew certain things. I knew enough that if I was going to do something I was not supposed to, I avoided being seen by adults. I picked things up quickly and was able to read people.

54. My mother was pregnant with Lisa by the time she moved to Atlanta permanently. She met Lisa's father before I came to Atlanta. She did not marry Lisa's father, but he lived with us for a time. He was nice, but did not like to work. He hung around in the streets and sat in the house drinking alcohol. He drank his sorrows away like many guys did that back then. My mom worked and she worked hard. She was also tight with money, but took care of us kids, especially the girls. She did not believe in getting welfare, because she believed in working. But when the government was giving out food in 1962, she accepted it. We got peanut butter, spam, and block cheese. In general, we did not eat a lot of meat because we couldn't afford to buy it from the store. I never tasted beef until 1969.

55. My father also moved to Atlanta. He lived with his sister, Carrie in Fourth Ward in downtown Atlanta. They lived in a house. My siblings and I visited him at times, and he came around every now and then. My father never lived with

JT

us. He worked as a truck driver for an ice company in Atlanta delivering the ice blocks that people used in their ice boxes. I was about eight years when I saw my father for the last time. I was told he moved to California. His own sister could not reach him when he left. No one heard from his again. I lost touch with his side of the family until I reached out to Cousin Christine years later, in 1985 when I was locked up. Barbara had her information.

56.     We got our first TV in 1966 when we went to live in Carver Homes, which were public housing for low-income families. In the beginning, they were good places to live because you had to maintain your apartment. The housing officials inspected your home once a month. It had to be on point. You had to take care of the apartment, no holes in the windows or door screens. My mother bought us new furniture, a TV, and radio to make it nice. You had to keep the grass cut, and they provided the lawnmowers so you could cut your grass. You were allowed to plant a garden or vegetation around your apartment.

57.     The projects were better back then, because they only allowed families to live in them and the folks thought of each other as all part of a family. Back then people were respectful to each other. Everyone called you 'brother' or 'sister.' It was family people first. They looked out for each other, and as children you could be reprimanded by any adult.

58.     There were even tennis courts in the Carver Home Projects. I played all sports, even played soccer back then, everything but golf because I did not get into it. Price High, one of the Black schools in the neighborhood, had a golf program and I used to see them practice on a football field next to Price High School.

59.     Around that time, my mother met Joseph Smith at Apex Laundry. He drove a linen truck for the company. She ended up marrying Joe when I was about

JT

10 years old, around 1964. He was a good provider for my mother, but he liked to drink. Joe bought me my first new suit and shoes for Easter in 1966.

60.     My mom could be rough and as strong willed as her siblings. There were times that she physically fought Joe when he was drunk. They fought when he was drunk and hungover. Joe came home drunk waking her up; she got upset, because she had to get up and work in the morning.

61.     We had to move out of Carver Homes when she married Joe, because he made too much money for us to stay in low-income housing. We moved to an apartment on Washington Street in Summerhill with Joe. Summerhill had the reputation of being a rough and dangerous neighborhood, rougher and more violent than Peoplestown. People said Summerhill was a tough area, so new people who moved in thought that they had to be tough to survive. In this way, folks fed off the reputation of the neighborhood and made it rough and dangerous. We lived in the Washington Street apartment for over ten years.

62.     On Washington Street, we lived in a two-bedroom apartment. Betty slept on the couch in the living room and I shared a bedroom with Lisa who was just a baby at the time. I was eight years older than Lisa and responsible for watching her when she was little. By then, Barbara was already gone and married to Van Heflin.

63.     We were living in Summerhill during the Summerhill Riots in 1966. I was 12-years-old. There was a lot of looting and burning. People were fed up and took it out on the businesses in our own community which did not make sense to me, although the businesses in our community were mostly White owned. After the riots, the White businesses really began moving out. I did not take part in the riots, but I participated in demonstrations demanding better resources for the neighborhood; we carried picket signs.

JT

64. The riots took place on the main streets where the businesses were and not in the residential areas. The neighborhood was going downhill and then the redevelopment with the stadium closed even more businesses. The County bought out the remaining businesses. Nothing of value ever took their place, just stadium parking lots.

65. A Catholic organization used to organize in the community. They had activities and field trips to help the Black youth in the community. They had us visiting other neighborhoods and homes of White families so we could see how they lived. They had free food giveaways at times also. My mom once accepted free food from the organization. We did not need it. We were doing okay. She normally did not take handouts. My mother believed in doing things for yourself and working for what you wanted and needed. I am not sure why she got the food that one time.

66. As a child, we took trips to Sparta to visit our family. Mom prepared lunches. It was still segregated at that time, so we could not stop anywhere to eat on the way. I remember the lunches she made. It was nice. Usually it was me, my mom, Lisa, and Betty who went to visit Sparta. Joe could not go as much, because he was working on the weekends. Barbara went too, because her father, Theodore Gilbert, still lived there. She drove with her husband, Van. At some point after I was living in Atlanta, my grandparents moved to closer to downtown Sparta where they still only had an outhouse. They did have electricity.

67. I last visited Sparta in around 1972 with my mother and family. It became like a ghost-town. When the older generations started dying off, the younger generations did not maintain anything; even the houses became dilapidated and were hard to sell. There was not a lot of opportunity there for young people, so they left. I have not been back since then. My mother and my sister Lisa continued going when I did not. Once she was able, Lisa drove, because my mother did not know

JT

how to drive nor did she want to learn. She was used to walking everywhere in Sparta and then walking and catching the bus in Atlanta. People walked everywhere back then. My sister Barbara did not learn to drive either.

68. In Atlanta, I went to Capitol Avenue Elementary, Georgia Avenue Elementary, Pryor Street Elementary, Lena Jean Campbell Elementary, Jessie Mae Jones Elementary, and E. R. Carter Elementary. Every neighborhood had a school in those days. Each time we moved, I went to a different school. These were all Black schools in Black neighborhoods: Summerhill, Mechanicsville, and downtown Atlanta.

69. I started missing school often, in part because I did not have clothes or shoes. I tried to tell my mother I could not wear old, busted up shoes to school. Although I liked science and history, school was also not easy for me. I was the slowest of my siblings. I did not know how to study to learn the information. My brother and sisters, they helped one another. School work came easy for my brother Joe. He and I sat at our table, and he became so frustrated with me. He did not have the patience for me. Joe tried to explain fractions to me. He thought it was easy and something I should have known. He yelled, 'Why can't you do this?' and I cried. I just couldn't get it, and no one had the patience to help me. It was hard for me to do the work. I did not have adults in our family who could help with homework. The adults in my life had life knowledge, they knew how to survive, but they didn't have educations. They had to work while coming up; that's what they knew.

70. I did not know how to read when I came to Atlanta. We had no books in the house in Sparta. No one stressed education at home. It was about doing a job and working to survive. Ms. Walker, my third-grade teacher at Price St. Elementary in Atlanta, taught me how to read. I was in my early 20s and in prison when I

JT

learned how to do math. My brother got frustrated with me because he knew math, and I did not. I needed a lot of repetition. If you did not get it right away, the teachers moved on. You could not miss days, like I did, and keep up. Playing hooky was a problem for me. The police patrolled the streets looking for kids in those days.

71. I had access to more books in prison than when I was home. I read everything that was donated to the prison, and I worked in the education department for the reading material. What I did not learn in school, I learned in prison.

72. Both my mom and my teachers punished me for missing school. Sometimes when I did not go to school, the teacher sent the Patrol Boy to get me. My teachers paddled me at least twice for missing school. Teachers were allowed to whip you back then.

73. One of my schools referred me to a psychiatrist after they caught me for truancy one too many times. The psychiatrist gave me an ink blot test. I did not understand the purpose of the test. No one told me what he was trying to do. He told my parents that I had mental problems. I was just a child with a very good imagination.

74. Most of my siblings attended Carver Vocational High School, but only two graduated from Carver: Joe and Betty. Carver was the last school I attended. It was all-Black. Price was the other school near Carver Homes in South Atlanta. Carver was on one side and Price was on the other. Fulton High School was one and a half miles away and was mostly White. At Carver, we were taught trades like cooking and carpentry. We were not encouraged to go to college. If staff members recognized potential in certain students, they might encourage them to look at colleges and get them on that path, but it was not the norm. I dropped out in eighth

JT

grade. Years earlier, Barbara went to Howard High School, not far from where my Dad lived on Auburn Avenue.

75. After Joe graduated from Carver, he got a job working at Sears, and then he went into the military. At Carver he was into electronics, so he was able to get a job as a Radio Tech in the Army. He then was in the Airborne division. He made a career of it and stayed for over 30 years and retired as a Sgt. Major. He fought in the Vietnam War. Joe lives in North Carolina now. He got married, then divorced in the 80s. Joe dominated his wife and ruled his household. They had two kids before their divorce. After his retirement Joe thought about being a warden or a math teacher, because he was very good with mathematics. Joe then went into the heating and air conditioning business for a while. I was not close with Joe. I was a nobody to him. We grew distant over the years.

76. My sister, Betty, did it differently. Betty and I were always close, she was four years older than me. She showed potential in school and the principal at Carver, along with his wife who was the counselor at Carver, took interest in her. Betty was involved in programs. She was a cheerleader and played on the soft ball team at Carver. She was in an agricultural club and other academic programs that were available at Carver. My mom supported Betty's programs and activities; they required more money and attention. There was not much money left for me, but I did not have a problem with it. Betty went down the right path. I went the other way. In 1967, the principal and his wife, the counselor, took Betty in to live with them during her senior year of high school. With their help, she got into Spelman College. She dropped out in order to start making money. She first worked for the draft board and then got a job with the U.S. Postal Service. She worked for the Post Office until she died in 1985. I was always proud of my sister Betty.

JT

77. When Betty got older, she added an 'e' to the end of her name to be different. After she left college, she married Warren Gould. I liked Warren very much. He treated my sister well. They had one daughter together, Erica. I did not understand why, but Betty divorced Warren. She later met and married Michael Eberhart. Michael and Betty had one daughter together, Tracy. On March 3, 1985, Michael murdered my sister. She was only 35 years old. He got a life sentence. With both her parents gone, Tracy went to live with Michael's family, so she grew up believing her father was innocent. Michael was released from prison last year.

78. All of my siblings were mild-mannered, except for Barbara. She left home early when I was a baby. She was nice to me and was my favorite then when I was growing up in Sparta. Barbara was sixteen when she got pregnant in Sparta. She had her first daughter, Monique, on June 25, 1960. Barbara was seventeen by the time she gave birth to Monique. She was tight with her money, like our mother, but unlike our mother, Barbara was stingy. She was also aggressive. She married a man named Van Heflin and she kept Van in check. She had two girls with Van, Saadia and Vanessa. She was the meanest of the family. She was strict on her kids. She was so strict that the State took the kids from her. She was not a good parent. It was just meanness. She denied the girls food. If they were over and asked for a little more, she told them not to pig out even though she did. She locked them in crawl spaces and closets. Her daughters went to school with welts on their bodies. Barbara beat them with switches and belts. She was hard on them girls.

79. People in the family knew that Barbara was abusing her girls, but no one could make her stop. Barbara was 11 years older than me and there was nothing I could say to her to make her stop. Our mom tried to talk to her. Did not matter. Barbara was even married to a minister, Van. He knew what was going on and that it was wrong, but she controlled him too. Barbara even whipped some of our nieces.

JT

Barbara died suddenly at age 56. She was secretive about her health. She must have been having issues, because she went to the doctor to get checked out. She died in the waiting room of the doctor's office on December 16, 1999.

80. I was an artistic and creative kid. I always wanted to be a police officer. There was no one to take me under their wing, to show me that I could do it. Like Joe, I liked taking things apart and putting them back together. I used to take apart radios, TV's, anything to figure out how they worked.

81. I started raising myself and providing for myself when I was 11 or 12 years old. That's when I started stealing things my mom could not afford. My mom did not know that I was stealing from businesses or breaking into cars. I learned how to break into cars with a clothes hanger from watching older guys who were in their 20s. I watched and learned from them. Those were the people I found myself around. They talked about everything: women, guns, crimes. It was exciting for me, since I was young. I learned good and bad. This was around the same time we moved to Washington Street with Joseph Smith. No one was supervising me. My mom had her own responsibilities to worry about. She always worked. Joe was a good man, but he was more of a father to Lisa since she was younger and a girl. He saw himself as a provider, not a babysitter. He bought Lisa a car when she was old enough to drive. He bought me a car also. He did not spend time with me in a fatherly way, but he was the most consistent father figure in my life. He was good to my mom, except when he drank. He gave her a lot of grief when he drank. He did not get physical with her, but he said mean things. He stopped drinking altogether in the 1990s when he started having health problems. He was diagnosed with prostate cancer around that time.

82. Out on the streets, I watched an older guy, Walt Sledge. I learned from him. He was not intentional about teaching me things, I just used to sit and watch

JT

him. I learned how to break down transmissions and build engines. Anything about fixing something fascinated me. I had other friends who were older. Rufus Willingham was a close friend of mine at this time. I was close with his entire family. I attended their family reunions. Rufus died in his 60s from health problems. All of my friends from back then, men and women, have died. I realized later in my life that being in prison so often kept me off the streets and kept me from getting into all of the things that my friends got into, hard drugs, gun violence, and HIV.

83. I started carrying a .38 gun when I was 12 or 13-years-old. It was easy to get a gun in those days. You could go into a store and buy one or break into a car and find one. I needed a gun for protection from older guys in the neighborhood, guys in their 20s. They would challenge younger guys like me, challenge my manhood. They might punch me in the chest or take my hat off my head to see how I responded. I had to be on guard. A lot of the guys sought me out to mess with me, because I was Betty Taylor's younger brother and they were attracted to her. Betty was popular because she participated in a lot of activities at school and in the neighborhood. The neighborhood guys figured I might be a weak link and that they could get to my sister through me. That went on from when I was 12 to about 15-years-old.

84. As a teenager, I started trying a lot of drugs. Older guys in my neighborhood were doing all kinds of things, and they were the main reason I started experimenting. I thought they were cool and wanted to do what they did. I sniffed glue, did coke, heroin, and smoked weed. I tried everything but acid, because I had heard horror stories about bad trips. I did not smoke cigarettes. I tried but I did not like smoking. I did not like the smell of it in my mouth. I drank a little alcohol, but did not like getting drunk. I got drunk once and did not like the bed spinning. I got over the need to get drunk. Usually being social with the other guys was the only time I

JT

drank alcohol. You could buy alcohol from the store if you looked old enough or you could get someone to buy it for you. I hated drugs. I was inducing harmful chemicals in my body, but I did not think of it that way at the time.

85. I was 16-years-old the first time the State sent me to the Youth Development Center (YDC) in Milledgeville. At age 15, a guy pulled a gun on me, and I shot and killed him. The police arrested me, and the State sent me to the youth center after I spent time in Fulton County Juvenile Correctional Facility. No one gave me any type of assessment to see if that was where I should have gone. I never received counseling for any of that. I was a kid when it happened.

86. The training centers were bad, they were really rough. It was the early 1970s. Staff jumped on kids. Kids got beatings. But I was able to avoid all that. I managed because I was low-key. I didn't disrupt. I knew the rules. I went with the flow. No one running those facilities gave us kids any academic training initially. Then, some sort of bill was passed that forced the facilities to offer education. That did not last long. I was placed in classes for a few weeks but taken right back out to work. This was not uncommon. I was assigned to bring food to the guys in lockdown. I missed out on the opportunity to take advantage of the education that was offered. I got used to it and learned how to survive while in the juvenile centers. The State had only recently integrated them, so they were mixed White and Black. The juveniles in the facilities got along. It's different now. Now, gangs run those places. I got slapped by a staff member one time when I was fussing with another guy in the clothes room who was passing out clothes. I did not want the clothing he was handing me. Back then, the staff were good at handling situations quickly, they put their hands on me and it ended.

87. The staff in those places were okay to me. I could handle any situation. It was mostly just the inmates you had to worry about. I learned how to deal with

JT

all personalities and I observed things closely. If someone around me was going through a bad situation, I was not going to go through it. I saw other people get taken advantage of. I told myself that I was not going to be those people. If someone takes from me, I'll take it from them. All during my incarceration, I have never been in a fight. I did not let bad situations happen to me. I was the same with staff members. People learned I was not to be messed with. It was the vibe I put off. They felt me. Some people look so meek, and they were the ones who were taken advantage of. I saw that happen to a lot of guys. The strong prey on the weak; that's just what happens. I told myself that if anyone crossed me, I will just take them out. It never got to that point.

88. I was locked up during Vietnam. I got my GED because I wanted to volunteer for the air force, but I couldn't because of being in jail. My life took a different course. I made a lot of mistakes.

89. Lisa came up in a turbulent time so she smoked cigarettes and drank beer. It was the 1970s and there was a lot going on. She got caught up in the flow. Things were progressing. Vietnam was going on and there were Black movements. The Drug scene was taking off. She got caught up in that. At that time, I was committing more violent crime. Back then, Blacks patrolled Black neighborhoods and Whites patrolled White neighborhoods. If you got locked up at night, the night shift beat you. You had better cooperate. You knew you did not want to get arrested at night.

90. In 1973, the State sent me to Arrendale State Prison in Alto, Georgia, known as Alto. It was still segregated and rough. There were a lot of brutal beat downs. My family visited me in Alto and other correctional facilities. They were horrified at where I was. Barbara, Betty, Lisa, my mother and stepfather all came to see me. My brother Joe was in the service then. Reba came too, after we got together.

JT

91.     I saw Reba Taylor for the first time when I was about 12 or 13-years-old. I saw her in a convenience store in the neighborhood. I knew I was going to marry her then. I loved that she was dark skinned and had long wavy black hair. It was what I liked. It was two years before I actually spoke to her. She lived in Peoplestown. She had had a boyfriend, Cecil Anderson (Tameka's father). She went to Carver High. I finally spoke to her when I saw her walking down the street by herself and we were going to pass each other. I stopped and said to her, "Good I finally caught you by yourself." Back then, a sibling or someone usually escorted a girl, so it was rare that I caught Reba alone.

92.     I knew Reba's older brothers, Stanley and Joseph Gatlin. Stanley and I did not get along, because I had problems with friends of his. Reba's brother Joe and I got along well. We used to get high on drugs together in the 1970s before I was arrested. We tried everything. Drugs could have caused me a lot of problems, but I did not know better at the time.

93.     Reba knew I liked her the first time I spoke to her. I am not sure she knew who I was. It was the first time she had met me. Reba was one of the two best things to happen to me in my life. My mother was the other.

94.     Reba was sweet and church going, but she had a temper at times. I could see it on her facial expression. She believed in helping people, but often they took advantage of her. People didn't like me because I put a stop to it when I was out and with her. She sent me money in prison when I asked. My mother did too.

95.     Reba's mother, Eva Williams, hated me. Her mother and grandmother were dead set against us being together. Eva did not like Cecil either. No one was good enough for her daughter. But Reba recognized I was a good person. Eva and her mother were church people. They attended a strict church, and they did not like me because I was getting into trouble. I was involved in things that I should not

JT

have been involved in. Eva even turned their pastor, Elder Paul Grant, against me. When Reba first introduced me to her pastor, I put out my hand to shake his and he refused to shake my hand. He said that I might kill him if he shook my hand. I was shocked, and that told me a lot about him as a person to refuse to shake someone's hand. I could not believe it and never forgot it. Eva's niece, Peggy, lived in Summerhill and knew of me. We were friends. She would have had nice things to say about me, but she passed away from some sort of brain cancer. She married a man named Ken who I had come up with. She had kids before she met Ken, and then she had kids with Ken. He was the best guy in the family. He had a nice attitude. He was murdered in his home around 1980. I was in a half-way house at this time and was sad to hear this news. He was a hardworking person. I believe you have to give a person a chance. If they did not trust or like me for my past, then help me do right. Help and show me a better way.

96. Reba and I talked about it: we thought that Elder Grant was seeing her mother on the side. Eva and he had too close of a relationship. The time they spent together was too regular. They spent a lot of time together.

97. I did not want to join Reba's church because of Elder Grant. Although, Reba went faithfully and took the children, her brothers did not go. I think some people knew about Eva's relationship with Elder Grant and saw the hypocrisy.

98. Reba was a good person all the way. She bought her mom a brand new car, a Pontiac Grand Prix, when she got her first check from her job at Wausau Insurance Company. Reba was just 18-years-old. I was surprised she did that and that her mom accepted it.

99. I was arrested in 1975 for Larceny and spent two years in the Fulton County Jail before I was sent to Georgia Diagnostic and Classification Center in Jackson, Georgia. It is now called Georgia Diagnostic and Classification State

JT

Prison. I spent the next three years in prisons within the Georgia Department of Corrections. I went to Walker Correctional Institution in Rock Spring, Georgia. Vocational training was offered there. I learned skills in machinery. I also tried being a Jehovah Witness, but it did not last long. Mostly I became interested for the knowledge behind it. Jehovah's Witnesses came into the prison and taught a class on how to play the guitar. I was interested in that. I took every class that was available to me, even if I did not believe in whatever religious teachings were being presented it the class. I just wanted to learn. Walker is now Walker State Prison. I also went to Central Correctional Institution in Macon, Georgia; it is now called Central State Prison. Central was a more modern prison. I had my own key to my room which was not referred to as a cell. Central was the best prison that I ever served time in not just because of the newer facilities, but because of the educational and vocational programs that were offered there. From Central Correctional Institution I was transferred to Stone Mountain Correctional Facility in Stone Mountain, Georgia which has since been closed down. Stone Mountain was a minimum security prison. I had a job collecting litter in the community. It was where prisoners were sent toward the end of a sentence, near a release date. I was released from Stone Mountain in 1980 and sent to a halfway house, Atlanta Transitional Center, on Ponce de Leon Ave in Atlanta. While at the Transition Center, I decided that I wanted to further my education. I applied to Atlanta Technical College and was accepted into the CETA (Comprehensive Employment and Training Act) program. It was a program that helped train workers and provide jobs in public service. I received a check every two weeks for attending school. I learned automotive body repair. I valued this opportunity and experience. I was released from the halfway house on August 10, 1980 and remained in the program. I finished in 1981.

JT

100. After my release, Reba and I moved in together. We stayed in an apartment on Eastland Road in Atlanta not far from the federal prison in east Atlanta. We got married on October 3 that year in a courthouse in Decatur. Reba started fussing on the day of our wedding. She was getting cold feet. I wanted to marry her so I maintained my cool and got us to the clerk's office. A couple of times in our relationship, I had to keep my cool. Eva could not believe it. I had told Reba in 1973 that we would get married.

101. Our first son John was born on September 25, 1981. We had a hard time getting pregnant with John. Reba had been using an IUD and it caused infections. It took six months to get pregnant with John. I was in the waiting room when she delivered John. I could not be in the room and watch it. That was too much for me. I know how dangerous being pregnant and delivering a baby could be, and I did not want to see that.

102. After John was born, Reba went back to work, and I looked after John. I also was doing auto body and fender work on the side and still participating in the CETA program. I had gotten my GED in prison, but it did not matter for the work that I was doing.

103. Reba had a temper. She sometimes got aggressive when she was angry. Once when John was a baby, Reba overheard me on the phone with a woman I was doing an illegal deal with. Reba thought I was also involved with the woman romantically. I could tell that Reba was listening to my conversation on our other phone line, because I could hear John crying. Reba charged at me and slapped me. I had to hold her back to keep her from hitting me until she calmed down.

104. In December of 1981, I was arrested for armed robbery and aggravated assault. These were crimes I did not commit. They were committed by a childhood friend, James Smith. He and his brothers testified against me in 1981 and I was

JT

convicted. I did the majority of my time at Georgia State Prison in Reidsville, Georgia. This prison was notorious for racism, assaults and even killings. It was a hell hole and a vicious place. It was the White staff against the Blacks. The White staff sold things to the White inmates that they used against the Black inmates. As Black inmates, we had to stick together.

105. The federal government had to come in to regulate the prison before I arrived. They hired more Black guards and decreased the inmate population by shipping inmates to other prisons in the state. Cells became one-man cells. I was happy about this. I became an educational clerk.

106. I learned how to survive in prison. I adapted to the prison ways. I am a thinker. I was good at reading people. You could not allow certain things to happen or guys took advantage of you. It was all in the way you presented yourself. I did not play sports, and I did not gamble in prison. I did nothing where I could be disrespected. I saw how guys played sports and what they did and said to each other during games. You could not allow someone to disrespect you. That was how fights started. I did not want to owe anyone money or have them owe me. I could not borrow anything or let someone borrow from me. You could not let someone steal from you either.

107. I learned how prisons wasted a lot of money. We used to be able to get our own clothes that met the standards, but then they made us buy them from a particular place that had a contract with the prisons. It was all about someone making a dollar. The prisons wasted money on painting over things instead of cleaning them.

108. Besides getting the education, I stayed focused on Reba when I was in prison. She was my one thought pattern. I realized a lot of things in life were worse

JT

than prison. I could have gotten caught up like my friends who were out on the streets. I got to learn in a controlled environment.

109. I escaped from Reidsville in December of 1983. I was on the run for roughly two months. I got set up in an apartment. Reba and I conceived Rejon when I was on the run. I was very resourceful. I had a lot of credit cards. I was renting cars. I had a friend get a license in my name so every time they pulled him over, they thought it was me and then had to let him go when they realized it wasn't, so I was always throwing them off. I would have been out longer, but a childhood friend told the police the last place he saw me, and it was right by where I was staying. The police were putting pressure on his business so he felt like he had to give them something. They staked the area out, and I got caught. It was a good thing I got caught. There is no telling what would have happened to me. I was still doing illegal activities. I was arrested February 17, 1984.

110. By the time Rejon was born on September 15, 1984, I was locked up again. John and Rejon did not have a male figure in their lives, showing them how to be while I was locked up. When I was in prison, Reba's uncle, Leonard Gatlin Sr. came around the boys every now and then. He tried to be a disciplinarian. Starting around 1986, Harold was around them a lot too. He was Reba's friend from work. He had a drinking problem. Reba's mother Eva really liked Harold, because he did things for her, like work around the house. He was married to someone else, and they were church-going people. I did not understand that. It was hypocritical.

111. Eva disavowed her grandsons for a time since I was their father. She refused to acknowledge they were her grandkids or that I was her son-in-law. I did not spend much time around Reba's oldest child Tameka when I was with Reba. I saw Tameka at times in Reba's car when Reba visited me before we lived together.

JT

Eva did not want Tameka coming with Reba to live with me. I did not push it to keep the peace.

112.     I felt that Eva had been used by men in her life ,and she took it out on me. She used to tell Reba that I only wanted one thing from her, sex. There was more to me than that, but Eva did not give me a chance.

113.     While Rejon and John were growing up, Reba made sure that they spent time with my family, even when I was incarcerated. They spent a lot of time with their Aunt Lisa and her boys: Demarcus and Joshua. Lisa had the fun house. All the kids in the family liked to play there. They also spent nights with my niece, Monique Taylor, and her son, Cedric Null Taylor.

114.     Reba visited me every single weekend before and after my escape from Reidsville. I was sent back there after I was caught. She drove 382 miles roundtrip from her home on Rollingwood Lane. She often brought the boys with her. This lasted from 1983 to about 1988. I believed that Reba stopped visiting me in 1988 because of Harold. Her attitude started changing. Her family began telling her that I was never getting out of prison.

115.     By the time I was released, all of my closest friends and most of the people I knew growing up had either been murdered or died. I do not have anyone to go to and to talk about life with. This is probably why I like solitude. I prefer to be alone. James Smith, who testified against me in 1981, and his brother, Bruce, both ended up dying from AIDS. James got AIDS first and slept with Bruce's girlfriend. She ended up giving AIDS to Bruce. I had been closer friends with Bruce. In 1978, my best friend, Darrell Burns, was killed during an armed robbery; he was just in his 20s. Darrell and another guy were going to rob two drug dealers, but the dealers were tipped off, so they were waiting with guns. Another close friend of mine, Aubrey Crowder, died of a drug overdose. Several friends have died of AIDS.

JT

When I have lost someone close to me, I dealt with it. I looked at my own situation and was actually grateful to have been locked up while people close to me were out in the world, doing things that hurt them in some cases. This gave me perspective.

116.     My older sister Betty was killed when I was in prison. I found out when I called home in 1985. I had told my family not to call the prison if something bad happened. I did not want those people knowing my business. So I found out when I called. That was a tragedy. Betty was very opinionated. She complained about me being a thug, then she went and married someone way worse. I knew her husband was abusive before he murdered my sister. Lisa told me what had been going on in Betty's marriage. He had threatened to kill her before. Betty did not believe him. My family thought that I would be the one to hurt someone in a relationship, but I value love.

117.     I was released on parole from State Prison on June 10, 1992. A little over a year after my release, I got a house on Beaupree Street in Lakewood. The house was near the federal prison. I bought it from a white guy who owned a lot of other homes in the neighborhood, a liquor store, and a big club in town. He was a drug dealer. Black guys used to deal for him

118.     I did not get into dealing drugs because it was too dangerous of a way to make money. I did not want to have to watch out for people trying to rob me for my money or drugs. I know that drugs tear down a community and this is the main reason I did not want to sell drugs. I did not have a lot of respect for people who sold drugs.

119.     When I got out of prison, I did not want to be around too many people. I did not like going to clubs. I was afraid of fights starting over guys thinking that their woman was looking at or trying to talk me. I also did not want any fights over accidentally stepping on a guy's shoes or bumping into them. I knew that guys go

JT

into clubs feeling good and with chips on their shoulders. I did not want to take any chances.

120. I got out of prison with good intentions of getting a job, but it was hard having a criminal record. I found work painting and doing construction with guys who ended up not paying me. I started working on my own doing auto bodywork. I had wanted to work on my own anyway. I also started back doing things that led to my later arrest.

121. I was desperate for my family when I got out. Before we found a place, I begged Reba to come stay with me, even if it had to be at hotels and to bring the boys. Her mother wanted her with Harold even though he was married. It did not make sense to me. It took over a year for me to get a place and get my family. I went over to their house on Rollingwood and got them. The boys helped me get Reba in the car because they begged her to come with me too. I was happy to have a family.

122. When I brought Reba, John, and Rejon to live with me, there were only four houses on the entire street. An expressway came through and divided it. I loved it when we were together as a family. We did things as a family. We went out to eat and sat together and talked.

123. I was the cook in the family. Reba did not know how to cook. Neither her mother nor grandmother taught her how. They were good cooks so I did not understand why they did not teach Reba. I guess she was working all of the time so Eva cooked.

124. I taught the boys values. I enjoyed working in the yard with Reba and the boys. I showed them how to plant flowers and make a home. I took them to school and made them do their homework. I kept their friends from Gresham Park away. I know how boys are, especially when they are unsupervised. I was afraid

JT

they would find themselves getting involved with bad influences. I wanted them to avoid trouble. I talked to them. I told them that if they wanted something out of life, they had to put in the work. I taught them about respect.

125. I was affectionate with the boys, something that Reba was not. Affection wasn't her style, but I hugged and kissed on them. Even with words, Reba was not expressive. She liked to talk, but she did not talk about emotional things. Me, I had an instinct for family values. My grandmother was very affectionate. She loved the boys in my family. I tried to instill affection in Reba, but she could not grasp it. She was not into the kissing part. I think it had to do with the way she came up. Her mother did not show any affection, to anyone. She had the right name, Eva, similar to evil.

126. I knew that Rejon did not get values and structure from his mother when I was not around. She was a worker, so the boys were just left to the neighborhood. I told Reba that it was not good for them to be on their own like that, but I said those things while in prison. I knew I was not going to convince anyone. John was the one who was resistant to structure and values. He was the bolder one of the two. Rejon took things in stride. He was no problem. He catered and clung to his mother, but he was loving to me.

127. I did not want the boys to mess up. Black males are like a dying species. I knew if I did not raise them right, the street would raise them; that's how I was raised. I wanted something different for the boys. I told them how far they could ride their bikes in the neighborhood. I kept them over at my house, because there were a lot of little boys in their grandma's neighborhood and I feared they would get into trouble. I questioned my kids about what they were doing. Reba believed everything they said. She did anything she could for them and anyone else with a story.

JT

128.    Living together as a family was great. I liked to give more than I received. Being with Reba was great. I got laughed at by the guys for carrying her on my back. We just used to ride around in the car to places. We didn't call them dates, but they were. When we lived together on Beaupree, Reba maintained her busy work schedule. She was at the Postal Service and she ran a transportation service for a woman. The service was based out of the woman's home. It was hard for me to get a job after being locked up. It was easier to work in prison than on the outside. Reba and the boys lived with me for about a year and a half. At that point, Reba wanted to get back around her mother and Tameka and Harold. She was under a lot of pressure.

129.    Reba left me and went back home to her mother's. Eva and other members of her family undermined every good I tried to do to keep Reba, the boys, and me together as a family. Reba wanted a divorce. She mailed me the papers, but they got lost in the mail. She took that as a sign that we were not meant to divorce.

130.    Reba was used to being in a house full of people. She knew her extended family depended on her, so she started working a lot more. Reba was a doer and a workaholic. She had 3 jobs one time. If she was not at work, she was at church. There was no time for the kids. I didn't want them going over to their old neighborhood, but their grandmother talked about me keeping the kids away from her so I relented. Reba's family took advantage of her. She paid for her mother's car. She bought clothes for people, paid off bills, and credit cards for people, especially her sister Tonya. She drove her mother everywhere. Reba did everything for everyone. She was looking after too many people. It upset me that Reba kept putting herself in a bind for other people. I told her that she could not keep doing

JT

Exhibit 16

for grown folks. That was our biggest debate. This is part of the reason they hated me; I took away their meal ticket when I brought Reba to live with me.

131. Reba left me before I started doing well with my hustle. She resented me for the things I had after she left. I was doing a lot and making money. I had girlfriends only because Reba left me. I begged her not to go, but I was not going to stop her from leaving me if she did not want to be with me. That was not the way I wanted our relationship to be. I was not going to force her to stay. I felt that Reba and I had the perfect marriage. If not for her family's interference it could have worked out.

132. Reba got upset with me often during this time. I saw the boys regularly after she left me, and it made her angry seeing me in nice clothes and cars. She slung pots at me. I left once when I saw her staring at a knife in the kitchen. Before she left me she slapped me again when she thought a woman I was talking to was a girlfriend. We were at the house on Beaupree at the time, and I had to put my arms out to hold Reba away from me. Reba was upset at my lifestyle. John and Rejon were likely there for at least one of these arguments. I tried to see Reba during the day, when they were at school, to avoid getting into it in front of them but sometimes it was unavoidable.

133. Whenever Reba got upset with me and charged me, I held her arms down to stop her and keep her from hitting me. I usually held my hands and arms up to block her from hitting me in the face. There was one time in particular that the police were called. I stopped over the house on Rollingwood to talk with Reba or to visit the boys. Reba and I ended up getting into an argument. It was probably over another woman. During our argument, she became really upset and came at me. John attempted to hold her back. He was somewhere between 12 and 14 years old at the time. I put my hands up to protect myself. I had my keys in my hand and

JT

Reba ran into my keys. They cut her badly above her eye and she was bleeding. It looked bad, but I had not meant to hurt her. Eva called the police. They came but did not arrest me. Reba did not press charges. I was on parole at the time so if she had, they could have arrested me. This gave her mother another reason to hate me.

134. My mother did not like Eva. She thought that Eva was no good and a hypocrite for the way she treated me. My brother Willie liked Eva only because she was a nice looking woman and they were around the same age. Eva was hateful. She pretended to be mean and strict, but underneath that front, she was really just a sad person. She had experiences with men that made her distrustful of all men. This turned into a dislike of people generally, even within her own family. She had something negative to say about anyone but particularly the men. Reba could be like that too, but mostly she was sweet. Eva was hypocritical. She went and preached in prison and ended up with a boyfriend who she met there. He got out and they were together, but only for a short minute. Eva came up like anyone else but got into church and thought she was better than everyone else. Her mother sold alcohol in Peoplestown from their house; then all of a sudden they are all in church. I wondered what got them in church; I assumed it was an incident with a man.

135. No man was good enough for either of Eva's daughters. Eva felt this way because of how men treated her in her past. I met a few of her boyfriends, but not many. I never met the man they call Shot, but I did meet his son. His son used to say that Reba was his sister, even though the family said that Reba's father was Robert Adams. I met Robert. He treated me well and accepted me. It was not just me who Eva did not care for; she didn't like Tonya's husband, Herman. He was a really good guy, had his life together, until he started smoking crack. I was shocked when he got into drugs. He had it all together. He ended up contracting HIV. You

JT

would not hear that from Reba's family because they do not talk to each other. They are secretive.

136.    Even after Reba moved them back to Gresham Park, I took Rejon and John to visit my mother twice a week, including every Sunday, for Sunday dinner. My mother enjoyed cooking and seeing the boys. Reba's mom was so crazy that I did not take them to her house for dinner when the boys lived with me. I visited my mom about four times a week. When I visited her during the week, I left money for her. I valued my mother.

137.    Family was everything to me. Reba got upset with me for my beliefs. She thought that God should come first in your life and then family. This meant mostly that she believed that boys should be in church and that was the most important thing. It was not how I came up believing things. I placed Reba first, then the kids, and then God. That was what made sense to me. They were real and present in my life for me to love and take care of right then and there. I wanted Reba to know that that was how highly I thought of her.

138.    Of my two boys, Rejon was the good one. He was sweet and mild-mannered. John was the one you had to watch. I tried to keep a leash on Rejon and John because I know how boys can be. I was out for over five years. I saw the boys regularly. Reba and I were still on good terms, until I got arrested in April of 1998. I had violated my parole by not reporting. I knew the Feds would lock me up when I did report, so I was trying to buy my time. I had been involved in bank fraud. Reba had told me that if I went away again, she was not going to visit me. I understood that. It was a strain on her every time I went to prison. She had been very supportive and had visited me for many years.

139.    I went to Hancock State Prison in Sparta, Georgia in August 1998. That was also the last time I saw Rejon. He was only about 13-years-old. I was locked up

JT

from August 12, 1998 to July 21, 2008. The Feds picked me up in 2008 and I did federal time in the United States Penitentiary in Atlanta, Georgia until October 22, 2015 when I was released.

140.     Serving time in federal prison was worse than in the state. Guys drank more alcohol and used more drugs in federal prison. The inmates ran things. It is not that way in state prison. In state, the staff control things. In the Fed, you had cliques based on race and where you were from. The Mexicans stuck together. Guys from the same state had to be together. You could not mess with anyone from a different state and when someone challenged or came at someone from your state, you had to back up them up. It was dangerous when guys challenged each other knowing that they had back up.

141.     In the federal prison system, you were required to be in school to get your GED if you did not have a diploma or GED already. I had to get my GED again when I was in federal prison because I could not prove that I had already had it. I was somewhat frustrated with being forced to take the classes again, because I was not given a choice. I also did not mind because I liked learning and it gave me something to do for at least three hours of the day. I also worked as an orderly in the dorm. I did not understand the guys who refused to go to classes. They also paid you to attend and they took away your good time if you did not go. I benefited from it, so I took the classes and got my GED again.

142.     When I went back to prison in 1998, Reba and her family thought I was likely to stay in prison and not come home again. I didn't know anything that was going on with the boys. Reba stopped visiting me. We had very little contact. She relied more on Harold. Reba eventually helped him kick his drinking habit. Reba visited me one time after I went back to prison. In 2000, she brought Rejon to see me because she wanted me to talk to him. She would not say why. She did not talk

JT

to me about things that went on with the boys, because she knew I would get onto her about being too relaxed with them. I wanted to know what was going on in Rejon's head. But Rejon came up with the excuse that he lost his ID and could not come into the prison. He sat in the car while Reba and my sister, Lisa, visited me.

143. I was concerned about the way Reba and other adults in Rejon's life were handling him as a teenager. Reba helped him get his business started by buying him what he needed to wash and detail cars. I felt like he should have been taught to work for that. I don't like giving things out. You have to learn to provide for yourself.

144. I had been locked up for about five years when Rejon was arrested in 2003. Reba was very angry after Rejon's arrest and the whole ordeal changed her.

145. I was visited by people who were representing Rejon leading up to his trial. I do not recall the specifics of those meetings but I was told at that time that I would testify at Rejon's trial. I wanted to testify. I wanted to talk to Rejon, to tell him to plead guilty. It did not matter to me whether he was guilty or not. I knew what he was facing and thought he should have plead. No one would listen to me and the family kept me in the dark about Rejon's case. I tried to tell his mother but she was convinced God would work it out. I knew better. Reba's mother, Eva, and the pastor of her church were all against me. Eva told her that I just wanted Rejon to be in prison for life, like me.

146. I have been through a lot in my life. I dealt with a lot of loss and hardship. But what has happened with my son is the thing that lingers, it is what causes sadness in me. I would have done anything to talk to him leading up to or during his trial. I would have encouraged him to plead, and he would have done it.

147. The only other time that I have spoken with anyone representing Rejon is when Leslie Cory and Barry Fisher came down to Reba's house to talk about the

JT

status of the. I would have been willing to speak with anyone representing Rejon at any time in the history of his case and I would have testified to the information in this declaration.

148. My mother died in 2012. She died at home, in her bed. My niece, Vanessa, was helping her. She is buried on Candler Road. She had a great memory and loved to tell stories of her childhood and life. She loved to talk. She would have been a great resource for Rejon's defense team had they contacted her. She would have told them all about Sparta and her life in Summerhill in Georgia. She talked openly to anyone who would listen to her.

149. I am currently on state and federal supervision. I should be off of federal supervision in 2020. Then, I will try to visit Rejon. I will do what I can to get off of state supervision when that time comes. I have the option of submitting pardon papers to end my state supervision.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States and the State of Georgia on April 12, 2019.

_____
JOHN TAYLOR

JT