Exhibit 17

## DECLARATION OF JOHN TAYLOR II

I, John Taylor II, declare as follows:

1.    I am Rejon Taylor's older brother. Rejon is three years younger than I. Rejon and I share the same mother and father, Reba and Johnny Taylor. We also share an older half-sister, Deyensa Shepard, whose father's name is Cecil Anderson. Deyensa goes by Tameka or Meka for short. My mother gave birth to Tameka on December 24, 1971. Tameka is ten years older than I and thirteen years older than Rejon. Tameka, Rejon and I are our mother's only children.

2.    My mother passed away on January 31, 2018, just over one month shy of her sixty-second birthday. Her death was unexpected. She had been in a car accident and developed a blood clot. She died from complications of the blood clot. She had not been prescribed blood thinners by her treating physician.

3.    My mother's death has probably been the hardest on Tameka. She has very, very bad days. Me, I just stay as busy as possible. It affects me differently depending on the day. It was not until several months after she died that I faced the fact I will never see her again. It has forced me to think about my own mortality. My mom did not leave anything up to question surrounding her death. She had all her affairs in order. She had set up life insurance policies and knew where she would be buried. She even paid for her casket ahead of time. The funeral home had to repay the money they charged me for her burial expenses, because my mom had already taken care of them. That is just the type of woman she was.

4.    Rejon and I spent our earliest years in the house that our grandmother, Eva Claire Williams, bought for her mother, our great grandmother, Anna Belle Williams Malcolm Benton. The house is still standing and is located at 2830 Rollingwood Lane SE, Atlanta, GA 30316. Mom ended up paying off the house at some point, and it became hers. My sister Tameka and her husband, Ramon Shepard, live in it now.

J.T.

Exhibit 17

5.    Before moving to Rollingwood Lane, my mother, grandmother and great-grandmother lived together in Peoplestown in Atlanta. Mom's brothers, my Uncle Stanley and Uncle Joseph, and her sister, my Aunt Tonya, also lived in the house in Peoplestown, along with several other relatives including my great uncle Leonard Gatlin Sr.'s children: Peggy, Rosa who goes by Pat, and Pearl. Great-grandmother Anna Belle's family traveled to Atlanta from Covington, Georgia.

6.    Grandma Anna Belle talked about the racist White folks in Covington. She moved her family to Atlanta for better employment opportunities and to get away from the type of treatment she encountered in Covington. She picked cotton in Covington which was extremely hard labor. She wanted better for her children.

7.    My father grew up in Summerhill, not far from Peoplestown. My mom had a cousin, Peggy, who lived near my father's family.

8.    My father's family was from Sparta, Georgia. My father's mother, Grandmother Addie, told stories about how difficult life was in Sparta. I heard people refer to hear as Crazy Lady Copeland. She picked cotton there, along with most of her relatives. She had her first child, Willie, at age 16 and her last, Lisa, at age 44. Addie remembered having to put newspapers in her shoes to keep the bottom from falling apart when she was young.

9.    My father likely dropped out of school before he made it to the eighth grade. When he was around 15 or 16 years old, he got into an altercation with one of my Uncle Stanley's friends. My dad shot him. This guy was in his 20s and a real bully. My dad did not like bullies.

10.    My mother worked multiple jobs while I was growing up. She worked nights too. Grandma Eva helped raise me and my siblings. Tameka referred to Eva as 'Momma' and later as Momma Eva. Great Grandmother Anna Belle helped too. Rejon and I spent time with several other family members as well. Uncle Joe kept

_J T_
J.T.

Exhibit 17

us at his house often, sometimes for an entire summer. We played with our cousin, EJ and his sister, Nicole, was also there. Our Aunt Lisa and Cousin Monique, who is closer to Aunt Lisa's age than mine or Rejon's ages, lived within walking distance to our house on Rollingwood during most of our childhoods. We were at their homes often. Aunt Lisa's husband, Bobby Griggs, died 7 or 8 years ago. It was always fun at Aunt Lisa's because she had two boys, Demarcus and Joshua, and we all played together. We hung out with our other cousins, Cedric Taylor and Michael Thomas (Mike-Mike) also.

11. While growing up, if Rejon saw someone in a bind, he did whatever he could to help them, even if it was a bad idea. My mom was this same way. She and Rejon had that in common for sure. Other than caring too much for people, Rejon had a habit of staying to himself. He did not talk much as a kid but he loved to aggravate me.

12. Rejon aggravated me when we were kids, but I was the one who got in trouble. When he was about six-years-old, he kicked me in my face and ran directly to Grandma Eva. I could not do anything to him once he was near her. I had a BB gun when I was around 12 years old and Rejon was 9 or 10. I liked that kind of stuff. Rejon was not into BB guns or anything along those lines. He was into computers and drawing.

13. Rejon preferred to be in the company of our mother and loved to have her attention. He was the favorite of the women in our family. They all treated him as if he was younger than he actually was. Rejon liked to be stay near my mom, Grandma Eva, and Tameka. I wanted to be around my Dad.

14. My father was incarcerated for other offenses throughout his life. He was locked up for the majority of my and Rejon's childhoods. He did his first 10-year stretch in the state penitentiary in Reidsville, Georgia. My mom used to take

J.T.

Exhibit 17

us to visit him there. It was a four hour drive to get to the prison and another four hour drive back. Still, there were periods of time that we visited him every weekend.

15. My father was released from Reidsville in 1992 and was home for about 6 years. It took him some time to get on his feet, but eventually he got a house on Beaupree Street in Lakewood. He brought my mom, Rejon, and I to live with him. The house and street are no longer there. We all lived together for about a year and half and tried to live as a family for the first time. Dad did the grocery shopping. *J.T* Our mother was still working at the Post Office and also in transportation. Dad drove us to school or picked us up. He liked to do stuff like that. He was very particular about what he ate. He is vegan now and has been for a long time. He eats clean. My wife, Alexis, is also vegan.

16. My mom moved back to Grandma Eva's house from our house on Beaupree Street at some point, leaving me and Rejon with my dad for somewhere between three and six months. Eventually, I had to move out because I was in the Minority to Majority (M2M) program and needed to live at Grandma Reba's to attend a school in the program. I was back and forth between the house on Rollingwood and our house on Beaupree and spent time with my father even after I was not living with him consistently.

17. My mother and father sometimes had arguments.

18. My father was arrested and sent back to prison in 1998. I was about to turn 17 when he went back. In 2008 he was sent to federal prison in Atlanta. We *we* ~~did not~~ visit him at the United Stated Federal Prison either. He was released in 2015.

19. Rejon and I had separate friend groups. Rejon had a friend named Wilbur Forts. Wilbur rode with Rejon in my cars all around town. Rejon was about 15 years old at that time.



J.T.

20. Rejon and I both attended McNair Middle School and McNair High School. Rejon attended other schools as well. I was three grades ahead of him so we did not overlap and were not in the same classes.

21. I left our home on Rollingwood for a prolonged period of time when I was 15 years old. I stayed with my cousin Julian, who goes by Fat, at his sister Shalandria's for a while. She renovated the downstairs area of her house so we lived there.

22. I dropped out of McNair High School in 10th grade and began making money at 16 years old. I dropped out because I was very bored in school and never felt challenged. I was arrested in April of 1997 in Fulton County for theft, simple battery and criminal trespassing. I was not sentenced for this charge until December of 2005 and my sentence was reduced to time served.

23. I entered Job Corps in June of 1998 at the Center in Brunswick, Georgia. Through Job Corps, I worked for a funeral home and learned how to do embalming. I also worked with textiles. I liked the funeral home and thought I would run my own place one day. That has not happened yet. I separated from Job Corps in March of 1999 when I was seventeen years old.

24. I went home to Rollingwood for a short period of time after I separated from Job Corps. After that, I was gone for good. I set up my own place and began providing for my mom and other family members. I gave money to my Dad, Mom, Rejon, Tameka, Auntie Tonya, Auntie Lisa, and others. I have maintained this same role in my family. I try to help friends out when they need it as well. People have been relying on me for a long time. I do what I have to do to take care of those closest to me.

25. I did time in DeKalb County Jail in 1999 for several charges including altering/forging titles and tags, theft by receiving, and credit card theft. In 2000 I

JT

J.T.

Exhibit 17

was sentenced to 5 years probation for theft of a motor vehicle and 12 months probation for financial card theft and carrying a concealed weapon. Rejon was in high school during this time.

26. When Rejon was around 15 years old, I started giving him money for clothes and when he was able to drive, I let him drive my cars. I once sent him to school in a limousine. He really liked that. It made him feel special and it definitely made him stand out.

27. Lots of girls liked Rejon. They probably liked him because of me. I knew that there were some people who used him to be closer to me. I only remember one serious girlfriend: Summur Jeter. There were other girls who hung around Rejon. I remember Tiffany Williams and Molleah Hamilton.

28. In high school, Tameka dyed the tips of Rejon's hair blond for him. Some people gave Rejon a hard time because of his hair and made comments that he was gay. Rejon said he was just going to be himself.

29. When Rejon was about 16-years-old, he started a mobile car-detailing business. Grandma Eva bought him a van for it. Rejon had Wayne Kemp, who lived across the street, help him. They would go around to different neighborhoods and wash people's cars.

30. Rejon played football for a park league briefly.

31. Rejon met Joey in the neighborhood. His grandmother lived near our house on Rollingwood. Joey had a brother who hung around me. Rejon and Joey became close. Sir Jack was around the neighborhood too. He and Rejon started hanging out when they were in middle school. I had moved out of the house by then and was living on my own.

32. Certain health issues run in my family. Tameka and my nephew, Deyenra Shepard suffer from bad migraines. Leonard Gatlin Jr. also experienced

J.T.

Exhibit 17

Declaration of John Taylor II
Page 7 of 10

terrible migraines and had diabetes. He died from alcoholism. Tameka and Leonard Jr. began getting migraines since before I can even remember. My Uncle Stanley has hypertension. Uncle Joe has a serious heart condition. He will be on medication for the rest of his life.

33. Demario Moody and Rico _____ were two significant influences in Rejon's life. Demario was like a brother to me and Rejon.

34. I was arrested in 2003 for possession of a firearm and was sentenced to one year. I was sent to a boot camp in Reidsville, Georgia since I was a first time offender. I knew that I would know people in the camp, so I was not afraid. I was there for somewhere between 18-21 months.

35. After Rejon was arrested in 2003, federal agents came to my mother's house to search it. They were very disrespectful. I demanded to see their warrant. One agent in particular did not like me and threatened to arrest me. He put me in handcuffs. I told Tiffany Williams she did not have to talk to the agents when they tried to question her and the agents did not like that. They did not like that I knew my rights and that I was not going to keep my mouth shut.

36. The government tried to find something to charge me with, but I didn't have anything to do with it. They sent me before the grand jury in Rejon's case. This was a few years before the trial. I tried to protect my mother from being indicted for her supposed involvement in the escape attempt. The government did her so wrong. They waited for her to go to her job at the post office and arrested her there. They made a big scene and embarrassed her. It was horrible.

37. When Rejon's attorneys or someone from the defense team wanted to talk to us, they relied on my mom to call us and get us together. We met with them at my mom's house and at one of my businesses. I only talked to people from the defense at a couple of group meetings, never individually. My family wanted to be

J.T.

helpful, but the defense did not tell us what they needed from us. The defense only talked to people from my mom's family. They did not reach out to anyone on my dad's side, other than my dad.

38. At the time that Rejon was arrested for the crime, he was just a kid. When law enforcement sent Rejon to the county jail in Chattanooga, my family and I visited him every week.

39. After they charged my mom with trying to help with the escape attempt, she was not allowed to visit Rejon anymore. She had been seeing him every single week. Not being able to see Rejon crushed my mother. She still drove up to the jail with us just to wait in the visitation area. We only had thirty minute visits. Everybody went: Tameka, Tameka's husband, Ramon, her son, Deyenra, my wife, Alexis (Danny), and others.

40. We spent a lot of time in Chattanooga leading up to the trial. Rejon was on the television all the time. We overheard conversations that people had in the restaurants we ate in. They referred to Rejon as "that young boy from Atlanta." They said that the judge was going to make an example out of him.

41. I was there at the trial every day but was not allowed into the courtroom. Rejon's lead attorney, Bill Ortwein, subpoenaed me which prevented me from sitting in the courtroom, so I waited outside in the hallway. I was allowed to come into the courtroom at the very end of the trial.

42. I still wonder how Joey got out. It's not right that Joey is out and my brother got the death penalty.

43. I have seen some of my peers die over senseless issues. My cousin, Dennis Williams, was murdered in November 2000 over a slight. Someone approached him at a club, and it wasn't even an argument about anything significant. My cousin wouldn't back down and the guy just shot him. My cousin

J.T.

was the type to argue, even if he found himself facing off against more than one guy. He was young. Now that I'm older, I know that I cannot engage in situations like that. I avoid stuff like that. I know myself well enough to know that I cannot always step back and that the end of an argument, even if the argument is about something significant, is not worth my life.

44. I am a father of three children. I have a son, Johntay Snow, an adopted daughter, Jaidah Taylor, and my youngest is Alexia Taylor. Jaidah is my wife's younger sister. We adopted her after their parents died. We raise her as our own. Alexia was born in 2006, she's is thirteen years old. I have realized that there is a special bond that is formed between fathers and daughters. Fathers are harder on their sons and I believe that mothers are harder on their daughters because they share a gender and know how the world treats you based on that. But fathers have more freedom to cherish their daughters.

45. Leading up to and during Rejon's 2008 trial, his attorneys did not ask to meet with me one-on-one. They did not ask me to testify on Rejon's behalf. I would have testified to the information in this declaration at Rejon's trial.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April _26_, 2019.


_____
JOHN TAYLOR II


_____
J.T.

Exhibit 17

J.T.