Exhibit 18

## DECLARATION OF JOSEPH ANTHONY GATLIN

I, Joseph Anthony Gatlin, declare as follows:

1. I am Rejon Taylor's maternal uncle. Rejon's mother, Reba Taylor, was my younger sister. Reba was born February 22, 1956 and passed away on January 31, 2018. We share an older brother, Stanley Gatlin, who was born December 2, 1951 and a younger sister, Tonya Walton, who was born December 6, 1957. All three of my siblings and I share a mother, Eva Claire Williams.

2. My mother and grandmother, Anna Belle Williams Benton Malcolm, came to Atlanta, Georgia from Covington, Georgia. My brother Stanley was born in Covington and may have lived there a year or so, but the rest of my siblings and I were born and raised in Atlanta. Grandmother Anna Belle moved from Covington for better employment opportunities.

3. In Covington, Anna Belle picked cotton. She talked about the grueling nature of picking cotton. She spoke of how physically taxing it was to work in the fields in the thick of the summer heat. Anna Belle was not able to finish school because she had to work to help support her family. My mother Eva was not able to complete school either because she needed to work. Anna Belle's mother, my great-grandmother, was named Maneria Williams. Anna Belle had four siblings: Josephine Williams, Leila Mae Moore who was also known as Ma Dear, Addie Willie Pearl Williams who was also known as Pop, and Freddie Williams.

4. I wish I knew more about what my mother's childhood and life were like in Covington. She was a very private person and did not speak to us about her childhood. My sister Reba was private just like our mother.

5. My mother and grandmother settled in Peoplestown, a predominantly Black neighborhood in the inner city of Atlanta. My mother and grandmother bought the small house where I grew up on 1058 Fern Avenue. It was very rare for two Black women to own a home then, but they managed to do it. It had one

JG

bathroom, three bedrooms and one heater in the middle of the living room floor. At one point, 14 people lived in this house. My mother took in anyone who needed a place to stay and my sister Reba followed in her footsteps later on in life.

6. Two of Great Aunt Josephine's children, Katrina and Cynthia, lived with us for a while. Katrina and Cynthia deal with mental issues. Katrina continued to live with my sister Reba all throughout her adult life and could not support herself or maintain a stable place to live on her own.

7. My mother's brother, my Uncle Leonard Gatlin Sr., left his daughters, Peggy and Rosa who goes by Pat, to live with us on Fern Avenue. His other daughter, Pearl, came to live with us when she was older because she lived with mother up North for a while. Uncle Leonard said that he was going out of town but really, he went to start another family with a woman named Ruby who lived in our same neighborhood. Even as a young child, I thought that was bizarre. Children are not disposable. Uncle Leonard and Ruby had four children together: Leonard Junior, Sharon, Patricia and Michael. Ruby had two children from a previous marriage: Vanessa and Debora. Meanwhile, Peggy, Pat, and Pearl stayed with us in Peoplestown.

8. Despite the fact that there were a lot of people in our home, there was never a man or father figure, at least not consistently. My mother always said she did not need a man's help to get by. She was very vocal about not wanting to marry. But my mother was a beautiful, dark-complected woman and men enjoyed her company. Her problem was that she was too good looking and did not know how to say no.

9. My siblings and I all have different fathers. My mother told Reba and me that we had the same father, a man named Robert Adams. We were certain Robert was my father. I look just like him. But Reba and I believed that Reba's

JG

father was a man who went by the name Shot. Shot was a good-looking guy who came around my mom and family when we lived in Peoplestown, and later when we moved to Rollingwood Lane. He handed out money. Reba regularly got the first hand out, and more money than the rest of us. She favored Shot just like I favored my father. Shot was a gambler but was nice to us kids. It got to a point where Mom was embarrassed that each of her children had different fathers, so she told us that Robert Adams was also Reba's father.

10. My father was absent from my life while I was growing up. I was surrounded by women; they were encouraging, but that was not enough. There was no example for me to follow of how a man should act; how a Black man in particular should act. I looked to the men in my life for a father figure, but they let me down. I paid attention to Uncle Leonard when he was around, but he mistreated women and did not take responsibility for the children he fathered. He was also belligerent.

11. Grandmother Anna Belle's husband, Oscar Benton, was sometimes in the picture, but his relationship to my grandmother confused me as a child. They married, but never lived together, at least not when I was old enough to remember. Oscar worked for Hall Steel Company. He delivered steel and let me ride the route in his truck with him. I found out when riding his route that he had another woman in his life. He used to take me over to the other woman's house. Everyone in our family knew about this arrangement and were okay with it. We knew not to say anything or talk about it and that was just the way it was. The other woman knew who I was and where I came from. I was about 12-years-old when I met Oscar's girlfriend for the first time.

12. There was another man I remember named William who hung around my mother and who was mean to her and to us kids. He had just gotten out of prison and he stalked my mom. He spent the night on weekends. I was nine or 10-years-

JG

old when William was spending time with my mother. We did not like him. I remember thinking: He has got to go! We let him know he wasn't welcome and that was the end of that.

13. I have fond memories of growing up in Peoplestown. Our community was tight-knit. It was the type of place where when you did something wrong, your mother already knew about it by the time you got home. You got popped on the way home and popped again when you got there. The teachers and pastors lived in the community. There was accountability.

14. We were poor, but we did not know we were poor. We had a brick home and were the first family to have Pay-Per-View. We rented a television that came with a money box attached to the side. You were supposed to put a coin into the box to watch a program, but we figured out that we could use a clothes hanger to press down the lever in the money box instead of putting coins inside. When the man came to collect the money, there was no money inside to collect so he took it away.

15. People in our neighborhood recognized that our house was different because it was a standalone home. Some asked to use our bathroom and just ended up staying for longer periods of time. Kids knew that if they came to our house, they would get fed.

16. Grandmother Anna Belle and my mother were the providers. They made sure we had food on our table. As our cousins, Peggy, Pat, and Pearl got older they prepared our meals and looked after us younger kids.

17. My mother worked at different daycares throughout her life. When living in Peoplestown, she worked on Eastlake and took care of white children. Later, she opened a private daycare with Christine Grant, and they cared for both White and Black children.

JG

18.    Grandmother Anna Belle cleaned White peoples' houses for a long time throughout the 1970s. These houses were not in our neighborhood. They were located in North Atlanta. My mom and grandmother did not bring work home with them. They did not have to talk about how hard they worked or what kind of challenges they faced in order for us children to understand their sacrifices. They were not angry women. They knew what they had to do to take care of their family and they did it without complaining.

19.    The welfare truck came through Peoplestown and gave out bread and cheese. My siblings and I were instructed not to accept anything from the truck. Grandmother Anna Belle told us that we did not need handouts like the other people in our community and so it would have been wrong for us to take them. She made sure we knew that we could get what we needed at home.

20.    The Phillips, one of the families in the neighborhood, convinced the city to fund a bus to take us across town to the George Washington Carver Boys Club. The bus was red and blue. All the boys would pile in. It gave us something to do and kept us out of trouble. We played ball, swam, and did all kinds of activities. I remember swimming buck naked during swim days. I did not think about the reason for swimming naked as a kid, but when I grew older, I wondered if we swam without swim trunks because so many of the boys my age could not afford them. There was not program like this for my sisters, Reba and Tonya. They mostly stayed home with Grandma Anna Belle.

21.    I spent time in Perry Homes as a child. Perry Homes was a public housing project where Great Aunt Josephine lived. My brother, Stanley, and I used to take the bus to visit Great Aunt Josephine. Once when Stanley was about 12-years-old, he was excited to see Aunt Josephine and he ran in front of the bus. Stanley didn't see the car coming from the other side of the bus and it hit him,

JG

throwing his body through the air. He landed on his head. The ambulance didn't come. I was screaming. We had to get Stanley to Grady Hospital, the only hospital in the area that treated Black patients. The doctors told my mother not to let him go to sleep. They said he could die. I remember driving home from the hospital, Stanley's head in my mother's lap as she drove us, telling Stanley not to sleep.

22. Stanley was never the same after the accident. He became a janitor at the school, but the job only lasted six months. Stanley has never been able to keep a steady job. He ruined my mother's credit. Even today, he doesn't seem to have ambition to do anything.

23. My siblings and I spent a great deal of our childhood in church. My sister Reba, mother, and Grandmother Anna Belle have belonged to the same church since we lived in Peoplestown. The congregants were my family, the pastor's family, and one other family. The church is now called the Temple of God. The name changed when they split from a different church and changed buildings.

24. I steadily stopped going to church when I started high school. I did not trust the pastor of the church, Paul Grant. He tried to date my mom. He worked at the Colonial Store as a manager in our neighborhood before he became a fulltime pastor. One Friday night, he showed up at our house and he started coming over on a regular basis. He was married then to the same woman who became a dear friend and business partner of my mother's in the daycare business.

25. My mother drove all over the place putting up tents for the pastor's revivals. She got into a bad car accident when she was in Monroe, Georgia for the church. She was thrown from her vehicle and if she had been wearing her seatbelt she would have died. The church did not help financially with the medical bills. It was insulting because she gave so much of herself to that church.

JG

26.     I was finally fed up with the pastor for good after he did not visit the gravesite at my mother's funeral. He did not go to the gravesite at Reba's either.

27.     My siblings and I attended Carver Vocational High School. Carver was an all-Black school that taught students a trade or low-skilled work, it was not academically rigorous. Carver was where Reba met Cecil Anderson, the father of her first child, Tameka. I take the blame for Reba's pregnancy. I approved of the relationship at first and I knew Cecil as a friend. I was closest to Reba of all my siblings. She looked up to me and tried to do what I did. She felt comfortable with Cecil after I gave my approval. I later heard that Cecil put his hands on Reba. I fought him at school. Then Reba got pregnant. She was so afraid. Abortion was never an option in my family. The women took people in, especially children, and cared for them, no matter the situation.

28.     I assume my mother talked to Reba about her menstrual cycle. I would have been the one to have a frank conversation with Reba about sex because we had that kind of relationship. I learned what I knew from reading and understanding things on my own. Our mother was very, very angry about Reba's pregnancy. My mother screamed at Reba; she was furious that Reba had gotten pregnant. But when Reba gave birth to Tameka, our mother became Tameka's mother. She loved her and took care of her. That was her baby. Reba was able to finish high school and kept working all through her pregnancy.

29.     It was extremely dangerous at the time that I was coming up to be a young Black man. There was a riot in the Summerhill area in 1968. White-owned businesses were looted. I heard that several people were shot. Even before this time, things were rough. When I was in elementary school, my class went on a field trip to the zoo in Atlanta. I saw signs that designated bathrooms and water fountains for 'colored' and 'white' people. During this period of time in the mid-60s

JG

and early 70s, schools and neighborhoods were still racially segregated. I had some experiences with law enforcement during those years that reinforced for me the bodily harm they could do to me.

30.    One night, I was driving down Highway 285 by myself. I saw the blue and red lights behind me. I pulled over and asked the officer what the problem was. He made me get out of the car without an explanation. He pointed to a stick on the ground and told me to pick it up. He called me the N-word. He started to say over and over again: Pick that stick up N-word. I knew that if I responded or showed the officer my frustration and anger, he could do anything he wanted to me. I knew where the line was, and I knew not to cross it. He eventually let me go without a ticket.

31.    Another time, I was in Piedmont Park with some friends. We were smoking weed, waxing our cars, just hanging out. We noticed an officer approaching us and I threw the joint on the ground. The officer got right up in my face and asked me why I did not swallow the joint. I told him that I knew he would have choked me if I had swallowed it. The officers began to goad us and call us names. They dared us to respond, to defend ourselves. They wanted to beat our asses and they told us as much, they just needed a reason. Again, I knew what could happen to me if I became belligerent, so I did not. The police ended up writing us a traffic ticket, and that was it.

32.    In 1972, my mother moved our family from Peoplestown to Rollingwood Lane in Gresham Park, DeKalb County. She and Grandma Anna Belle let me go house hunting with them. They chose the house on Rollingwood because of the bus stop that was in the front yard. Grandma Anna Belle had stopped cleaning white peoples' houses and got a job cleaning at Emory University. She wanted to take the bus to work. That house cost $19,000. I was 17 or 18-years-old when they bought

JG

it. My mom wanted a different house, but my grandma wanted to be close as possible to the bus line to get to work.

33.    The home in Peoplestown was in my mother's name but Grandma Anna Belle helped pull the money together. They did the same for the house on Rollingwood Lane. It was a very rare thing for two single, Black women to buy a home on their own. It was remarkable what they were able to do. I knew then just how significant it was because I saw the way other Black families were living. My mother and grandmother gave me drive and passion. My mother and grandmother made sure I had a car to drive. It was an older car, a 1962 Comet, but I was proud of it. Stanley had a car to drive too. He had the Comet first and a couple of years later, my mother gave me a 1968 Bonneville. Reba and Tonya did not receive cars from our mother and grandmother.

34.    Even on Rollingwood, my mother still let us know that she did not need a man in her life, telling her what to do. I caught on that when Mom needed a particular thing, she allowed a man to come around. While living on Rollingwood, my mother told me once that she needed a new refrigerator. She could not afford a new refrigerator at that time. She spent some time with one of her male friends and when I came back to visit, she had a new refrigerator in the house. That's how that worked.

35.    When my mother first moved to Rollingwood in the early 1970s, it was mostly White. There were maybe two other Black families living in the area. Not long after they moved in, they woke to their yard covered in trash. Someone had also egged the house. They suspected it was the white kids in the neighborhood. Within just a couple of years the neighborhood slowly started changing and more Black families moved to the area. I did not live at Rollingwood with my mother and siblings very long because I left for the Navy the same year that they moved. Pearl

JG

and Pat stayed in the home in Peoplestown for a while, but it has since been torn down. Reba, Reba's baby Tameka, Tonya, my mother and grandmother were the ones to move and live in the house on Rollingwood. Tameka had been born December 24, 1971.

36. The house on Rollingwood became Reba's in later years. My mother never left her mother, and my sister Reba was the same way; she never left my mom. They all stayed together, and they took anybody else in who needed a place to stay.

37. High school was easy for me, too easy. I took it for granted. Carver did not challenge me and I got bored. I started getting into trouble and not focusing my attention. I started hanging around with the wrong crowd. I knew I needed to leave the environment I was in. As soon as I graduated from high school, I joined the Navy.

38. I regret not going to college. If my mother had pushed me to go to college and get an education, I would have. My mother didn't attend my school functions or support me in that way. Education was not a priority in my family. None of the adults in my family went to college; none of my siblings went either. There was no one outside of the family telling us how to pursue education. We exceeded expectations just by graduating from high school.

39. The Navy sent me to Sardinia, Italy for 12 months from 1973 to 1974. The base was about 20% Black and 80% white while I was there. Italians in that area believed that Black people had tails and that our skin color could come off by rubbing against us. They would walk up to us and rub our skin to see if it was true.

40. After 18 months in the Navy, I returned home and stayed on Rollingwood for a short period of time. I wanted to work. I took a job as a delivery driver for $3 an hour. The White store manager allowed me to rent a place around the corner from the store for $125 a month. Eventually he told me I could work inside the store

JG

and he increased my pay to $3.25. While making just $3.25 an hour, I thought I made I had made it. It was like: Yes, massah, thank you massah! I made it into the house! I was so young then.

41.     I noticed in the paint and wall-covering industry that when Black customers came into the store and saw me, a Black man behind the counter, they put their money away. If a White employee was behind the counter, they approached with their money in hand. The idea is that with money in hand, Black customers showed they were there to buy something, and they had their currency to prove it. That wasn't something they needed to prove to me because they knew I didn't question their presence in the store.

42.     I married Cathene "Tina" Robinson, in September of 1973. Tina gave birth to our daughter, Nicole on November 27, 1978. Tina and I were too young. It didn't work out. We get along fine now. She works for the court system in Fulton County. Nicole has one son named Robert.

43.     I married Felicia LNU, in February 1981. Our son Edward, everyone calls him EJ, was born January 7, 1982. When I had a son, I was determined to be in his life. I knew what it was like to grow up without a father and I did not want that for my son. I also took an interest in his school work and extracurricular activities. I made sure to keep him busy and involved in programs. I loved being a father, especially because I didn't have one.

44.     EJ is younger than Reba's first son, John Taylor and he is older than Reba's second son and youngest child, Rejon Taylor. I did not see Reba much when she was pregnant with Rejon.

45.     Johnny Taylor is Rejon and John's biological father, but he was no father to his sons. He spent twenty years in prison. I believe that the little influence Rejon's father did have on his sons' lives was negative. A true father figure was

JG

absent in Rejon and John's life. I tried to fill that void as best I could. Still, they suffered from a lack of guidance and discipline.

46. Rejon and John spent weekends at my house when they were elementary school-aged. They spent two to three weekends per month with me. When they stayed for the whole weekend, they often did not want to leave. EJ, John and Rejon liked to hang out together and got along well. Rejon and John were great kids.

47. Rejon was very obedient with adults, but easily influenced by his peers. He was not one to act out or show aggression. He was a small kid for his age. He cried quite a bit. If he did not do something correctly, like if he was doing an activity and was not good at it, he teared up. John screamed at Rejon when he cried and told him to stop crying. He tried to toughen him up but it did not work.

48. Reba loved her boys. They could do no wrong in her eyes. She loved them to a fault. If something went wrong in one of their schools, Reba never questioned the boys and instead transferred them to a different school. I tried to speak to her about it, but she could not hear it. Whatever happened was everyone else's fault. The boys needed guidance and discipline, but they weren't getting it from anyone at home.

49. My understanding is that as the boys grew older, John and Rejon did some things under Johnny Taylor's direction. Johnny Taylor was involved in identification fraud and he passed his knowledge onto Rejon.

50. I lost touch with Rejon once he got to high school. By the time he made it to the 11th grade, I rarely saw him. I do not know what happened with him. I know that his brother was a big influence on him. Rejon followed him around and wanted to be like him. The last thing I remember Rejon telling me is that he wanted to be rich. Rejon told me that he had an apartment in Buckhead. I asked him about it because I knew that Buckhead was an expensive area and I was wondering how

JG

he could afford to live there on his own as a teenager. When I asked, he told me not to worry about it.

51.     I have not been in contact with Rejon since his arrest in 2003. The fact that Rejon is on death row is unbelievable. It's hard for me to wrap my mind around the fact that Rejon was involved in the crime. He wrote me an apology in 2017. He was sorry that he had let me down and embarrassed the family. I have held onto the message. I care deeply about him.

52.     Rejon's situation was very hard on his mother. She was accused of helping him try to escape and was sent to jail for her involvement. The whole thing was bizarre.

53.     I recall attending one meeting with Rejon's attorneys at my sister, Reba's home on Rollingwood prior to Rejon's 2008 trial. The lead attorney took the floor and talked down to me and my family. He was not encouraging. His attitude was that he had all the answers and it was off-putting.

54.     My former wife, Felicia, my sister Tonya and brother Stanley all testified at Rejon's trial. Had Rejon's defense lawyers asked me to testify and explained what they wanted me to testify about, I would have testified as well. I would have testified to what I have stated in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on May 3, 2019.

_Joseph Gatlin_

JG