Exhibit 19

## DECLARATION OF JOVANTE MCCOY

I, Jovante McCoy, declare as follows:

1.    I met Rejon Taylor. at McNair High School and we became friends.

2.    I transferred to McNair from Druid Hills High School in my 10th grade year.  Rejon was only in 9th grade. I met him early on in the school year.  We were likely introduced by a mutual friend.

3.    I heard about Rejon before I met him.  He drove a certain kind of car, a nice one, and people knew who he was.

4.    I attended Druid Hills while in the M-to-M program.  M-to-M stood for Majority to Minority.  It was a program within DeKalb County Schools that allowed students who were members of the majority racial group at their home school to transfer to a school in which their racial group was in the minority.  It was used to help promote integration in the school system. My mother signed me up when I was in 5th grade.  I did not have a say in it because I was so young, but by the time I got to high school, I knew I wanted to transfer to my home school, McNair.  I lived on Bouldercrest Road, in the Gresham Park area.  I completed 9th grade at Druid Hills but transferred to McNair at the start of 10th grade.

5.    Druid Hills was predominantly White during the time that I went there. It was different than what I was used to.  My peers at Druid Hills came from two-parent homes.  I remember thinking, 'Your father really stays with you?' The students there did not go to a job after school for the most part.  They did not have to worry about starting their homework at 11pm, after their shift ended, which was the reality for students at McNair who were focused on graduating and getting an education but who also had to make money.

6.    Some might say McNair was tough, but it was our norm; we did not know any better.  As an adult, I look back and understand that my high school experience at McNair was in fact tough; it was not an easy place to learn.  McNair was a casino,

JM
J.M.

Exhibit 19

a fashion show and a popularity contest; learning came last. McNair was like a casino in that I can remember walking to the bathroom and having to step over a dice game. That was a normal occurrence. Money flowed in and out of the school on a daily basis. Drugs were definitely sold at McNair; mostly marijuana. Some of my peers sold other hard drugs, but not usually in school; they sold drugs like crack cocaine after school.

7. Students at McNair had grown responsibilities meaning that they were in 9th and 10th grades and regularly paying bills to keep the lights on in their homes. I heard a friend of mine at McNair say "I gotta sell 50 dimes before I make it home to keep the power on." I had friends whose families sat at home in the dark if not for the income they brought in. Most, if not all, of my peers came from single-parent homes which really meant single-mother homes. For many, it was too much for a single mom to handle things all on her own so she and her kids moved in with her parents or a sibling. This was my situation: I lived with my mother and siblings in our grandparents' home.

8. Some of my peers were not forced to work to keep the power on in their homes, but that was the type of environment we all came up in. I was one of the people who did not have to work to keep the lights on because my grandparents and mother all worked. Still, I liked nice things and I did not want to have to ask anybody for anything so I did what I could to make money. I took odd jobs, mowing grass and taking the trash out for neighbors. I took what I could get. The kinds of clothes you wore and the type of car you drove mattered at McNair.

9. I knew a lot of students at McNair who were trying to become rappers. Some actually made it. Gucci Mane is one of them. I attended Sky Haven Elementary school with Gucci Mane and he attended McNair as well. He was a few grades ahead of me. His song, Sun Valley references the area where I grew up. I



J.M.

also attended Briarvista Elementary and a Clayton County school in the 2nd grade, West Clayton Elementary.

10.  The majority of the teachers at McNair did not have control over their classrooms. Some were there just to collect a pay check and that was obvious. However, there were some who really cared about their students. It all depended on what classes you were placed in.

11.  My mother tried to keep me away from McNair because she wanted a better education for me. I was young and wanted something different. I felt more comfortable and not out of place at McNair. The friends I made there were good and the bonds were strong. When you come up in that type of environment, the bonds you form with your friends are stronger than those that other kids form in schools where they get to just be kids.

12.  I left McNair in what should have been my last year of school, but the administration made me repeat 11th grade because I did not go to required summer school after my first 11th grade year finished. I had so much to make up that I got frustrated and stopped going to school altogether. I also knew that I was not going to go to college. I would have liked to play basketball in college, but I was more interested in working to make money. I played ball at Druid Hills before I transferred. I did not play at McNair on the high school team, but I continued playing at the Gresham Park Recreation Center. Scouts from local and community colleges came to those games. I could have been recruited if I would have dedicated the necessary time to it, but I prioritized getting a job. I entered Job Corps in Gulfport, Mississippi because my father's wife had connections in that area and was able to get me into the program quickly. I earned my GED in Job Corps. I learned a trade in fiber optics. I did not work in fiber optics when I finished the program.



J.M.

Exhibit 19

Declaration of Jovante McCoy
Page 4 of 6

13. Rejon and I were close and spent a lot of time together before his arrest. I met his Grandmother Eva, his mother Reba and other family members. I always knew of John and still talk to him and Rejon's nephew, DeyenRa. Rejon and I were tight and hung out a lot, when all of a sudden he disappeared on me. I stopped hearing from him. I did not understand why he distanced himself that way, with no warning or explanation.

14. I had one real conversation with Rejon when he opened up and got emotional. I drove to his house like I usually did and hopped in his truck, thinking we were about to head to the mall or somewhere to hang out. When I got in the truck, he was on the phone with a close friend or relative of his. I overheard the call. Rejon asked the guy about missed car payments. This guy had purchased a car in Miss Reba's name and stopped paying on it. Rejon was asking why he stopped paying and the guy started cussing him out. I saw tears running down Rejon's face. It was the first time I had ever seen him cry. He got off the phone and explained the situation. He felt betrayed and was really upset. He said he didn't know if I had ever felt betrayed before, but that it was a terrible, terrible feeling. I pulled him out of it quickly. I had never seen him like that and did not want him to dwell on it.

15. About a month before Rejon was arrested, I got a call from a friend who told me that a lot of Tennessee police vans were riding through Gresham Park. He said they were looking for Rejon and Joey about a possible murder. I did not believe what I heard at that time. Then, after his arrest, I saw Rejon's face on the news. Joey had already turned himself in at that point and Sir had been in custody on another case. It was unreal to me.

16. I visited Rejon with his mother and DeyenRa when he was at the Hamilton County Jail. I had not spoken to him and was worried about how he was

J.M.

Exhibit 19

Declaration of Jovante McCoy
Page 5 of 6

handling jail. I was surprised to see that he was in good spirits during our visit. He was always full of joy and was still the same, even in jail. I do not know how he maintained that positive attitude given his situation but he told me during that visit that he would be home soon. He said he was praying about it and was letting God handle it. This was in late 2003 or early 2004 when I visited him in Tennessee.

17. Ta'Norris Brown was a mutual friend of mine and Rejon's. He was murdered July 10, 2010. Ta'Norris was leaving a club with three friends when he was shot. He had been in the club on Campbellton Road in southwest Atlanta and noticed a few guys that had been giving him trouble. He made a call to a friend to let him know that he spotted the guys and his friend said he would come and get him out of the area. The guys ended up leaving so Ta'Norris refused the offer from his friend. Meanwhile, the guys just went to the parking lot. They waited for Ta'Norris to leave and paid attention to where he sat in the car. They followed the car Ta'Norris left the club in, and shot him on Route 166. One other passenger got hit by a bullet, but he survived.

18. I am still in contact with Ta'Norris' mother, Miss Leal. She still grieves her son, particularly on the anniversary of his death. The suspects in the case were never charged. I do not know why Ta'Norris was shot. His death was reported on the news.

19. No one representing Rejon Taylor contacted me leading up to or during his 2008 trial. I was still living in Atlanta, Georgia at the time of his trial. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 22, 2019

_____
J.M.