Exhibit 21

## DECLARATION OF LISA TAYLOR GRIGGS

I, Lisa Taylor, declare as follows:

1.      Rejon Llewellyn Taylor is my nephew.  His father, Johnny "J.T." Taylor, is my older brother.  Johnny is eight years older than me.  Our mother, Addie Smith, had four other children before us.  Our siblings are Willie Copeland, Barbara Ann Heflin, Walter Taylor and Bettye Taylor.  Willie, Barbara and Bettye are all deceased.

2.      All of my siblings have different fathers, except for Johnny, Bettye and Walter, who we call Joe.  A man named Tom Taylor is their father.  As far as I know, Rejon has never met Tom Taylor.  The only paternal grandfather that Rejon knew is Joseph Smith.  Joseph married my mother around 1964 and became my stepfather.  I did not call him 'dad,' but he loved me and I loved him too.

3.      My mother was born to Annie and Lewis Copeland in Sparta, Georgia in 1918.  Some people in my family think that my mother's father's name was Bill and not Lewis.  My mother's siblings were Charlie Copeland, Nancy Copeland, Bill Copeland and Sarah Copeland.  Sarah is still living in Milledgeville, GA.

4.      My mother moved to Atlanta, Georgia before I was born in search of work.  In Sparta, my mother and her family were very poor.  There was no way to make more money.  They picked cotton from sun up to sun down for twenty-five cents per day.  My mother told stories about how mean some of the White people were to her and her family.  She was forced to refer to little White children as ma'am or sir, even when she was the same age or older than the White children.  She and other Black folks had to go around to the back of White people's houses if they wanted to speak to a White person.  She had a very difficult time growing up and openly talked about how hard her life was.  My mother did not always use appropriate language.  She used a lot of profanity, but she spoke the truth whether you wanted to hear it or not.



LG.

Exhibit 21

5. The people in Sparta knew my mother as Lady Copeland. When we went back to Sparta to visit family, like my cousin Ella Mae who was my mother's favorite niece, everyone around town said hello when they saw my mother. One time, there was a White man who spotted her from far away. He jumped across a fence to give her the biggest hug. This man used to steal food for my mom and her siblings a lot. He was one of the nice ones. My cousin Ella Mae is still living in Sparta. She is one of Aunt Nancy's children.

6. I am the youngest of my siblings and I was the only one born in Atlanta. We were poor and I did not know it because I did not know any other way. I found out we were poor when I was around 19 when my family told me. I was the baby so by the time I was came along, my mother was finally settled and somewhat financially stable. I received things that my siblings did not such as clothes, shoes, and other material items that were not hand-me-downs. I also shared a relationship with my mother's husband Joseph that my siblings did not share. He treated me like I was his own biological child and provided for me. My siblings like Johnny, who were older, did not enjoy that sort of relationship with Joseph and the benefits that came along with it.

7. I attended Price Street Elementary School, Jessie Mae Jones Elementary School, Martin Luther King Jr. Middle School, and Carver High School. Carver was an all-Black vocational school. I lived on 1019 Washington Street in Atlanta when I attended Carver. I stopped going to school in 10th grade. My parents tried to tell me to go back to school but I did not like school so I just stopped. I enjoyed the classes that had to do with child development but that was not enough to keep me in.

8. When I left school, I started working at Church's Chicken and other fast food restaurants. I went to Job Corps and worked as a nursing assistant. I dropped

LG.

out of Job Corps. I cannot say why I dropped out of Job Corps. It was not hard, but I did not know how to apply myself and I did not have examples of people sticking with education, except my older sister Bettye.

9. My mother was a very strong woman. She had to be strong in order to survive the challenges she faced in her life. She had a mouth on her. She told it like it was. She was also a very hard worker. My mother worked for the Apex Linen Service in Atlanta for decades. She retired because my oldest brother, Willie became ill. He eventually died of alcoholism. He suffered every symptom that comes along with alcoholism, including cirrhosis of the liver.

10. My older brother, Walter, went into the military directly after high school. He retired as a sergeant major in the Airborne Army.

11. My sister, Bettye, was murdered by her husband, Michael Eberhart, in 1985 when I was in my early 20s. She was going to leave him. He was a jealous man. She had one daughter, Tracy, by him and another daughter, Erica Gould, by her first husband, Warren Gould. Bettye confided in me that Michael had choked her once, before he killed her. She told me that she was afraid he might kill her. He was a large man. He tried out for the Falcons. Erica was around 13-years-old when she found her mother dead in her home. I can remember getting a call in the middle of the night. Michael called Momma. We were living together in the apartments on Custer Ave in Atlanta at the time. I heard Momma say hello and then ask, 'Is she dead?' Michael told Momma that someone broke in their house and killed Bettye. He went to prison for Bettye's death. Erica went with her dad, Warren and I did not see her for a long while.

12. Erica is crazy. She has been diagnosed with schizophrenia. She was traumatized by finding her mother's body. The investigator working on the case told us that Michael Eberhart might as well have been charged with double



LG.

Exhibit 21

homicide because Erica was never going to be the same again. Erica was normal for long while after finding her mother. She graduated from Southwest High School in DeKalb County. She attended and graduated from University of Georgia in Athens. She started working and all of a sudden, one day she was not okay. If you see her now, you would not believe it is the same Erica I knew as a child and young adult. She is thin and looks as if she is on drugs.

13. My oldest sister, Barbara, died unexpectedly at age 56. There was some sort of knot in her lungs.

14. High blood pressure runs in our family. Momma and Barbara both had high blood pressure. Barbara and Walter had diabetes. Momma had high cholesterol and I had it too, but mine is under control.

15. Rejon's father, Johnny, has been in an out of prison his whole life. It started when he was a juvenile. All I remember is him being in prison or jail. We got used to it. We dealt with it. I do not know what the problem was. It was hard to visit Johnny and see him incarcerated, but I supported him through all the years. He survived it. He does not talk about his experiences of being incarcerated. He said one thing, however, that I cannot forget: He told me that in the Federal prison, there was a problem with rats. He woke up one morning with a rat sitting on his chest. I would have died right then and there if that had been me.

16. Johnny met Rejon's mother, Reba Taylor, in Summerhill, a Black neighborhood south of downtown Atlanta. Reba had a cousin, Peggy, who lived there so she saw Johnny when she visited her cousin. Peggy was my best friend. She died from cancer in her early 50s. She was very, very outspoken. She was a clown. She was very outgoing. Peggy's daughter, Shalandria, became her caregiver when Peggy's cancer progressed. Shalandria committed suicide in 2001. Some people have said that it was her husband who killed her, but I was on the phone



LG.

Exhibit 21

with Peggy when she was trying to get to Shalandria after she locked herself in the bathroom. No one else was in the home, except for Peggy, when Shalandria killed herself. Shalandria had been at my house the night before she died. She confided in me. I was kind of like her counselor. She was depressed and dealing with a lot in her life but she tried to cover it up by keeping busy and putting on a happy face. For one thing, she was married but became involved with her sister, Yolanda's boyfriend. She carried a lot of guilt over that. On the other hand, she was in the church so deep. She believed that if you commit suicide, you do not go to heaven. Something serious enough had to come over her to make her go through with it.

17. Reba Taylor was not my favorite person. She did not care too much for me because Johnny loved me so much. This goes way back to when she was pregnant with John. She and Johnny had an apartment and Johnny used to cook pancakes from scratch. He often called to tell me he had extra pancakes and I walked just under a mile to their place. Reba got so mad. She did not like that he shared pancakes with me. She tolerated me, like I tolerated her. She did not tell many people when she was pregnant with Rejon, but she told me. She and Johnny conceived Rejon when Johnny was on the run, after he escaped from prison. Reba was a very private person in general, and a workaholic.

18. Reba worked around the clock to provide for her family. She wanted to make sure her family had what they needed. Her mother and grandmother lived in her home with her and the kids. Reba paid the bills.

19. Rejon's grandmother and great-grandmother watched him when he was young and Reba was at work. Rejon's grandmother, Eva Williams, hated my brother. She wanted Reba to be with someone who was in church and Johnny was the furthest thing from being in church. Eva was a very judgmental woman. She was harsh. She did not care for John as much as she did Rejon. John was so



LG.

outspoken and all over the place that she reflected that back to John. Rejon was easier so she gravitated toward him.

20. The one thing that Rejon inherited from his dad is his looks. They are both very handsome.

21. I lived on Donnalee Avenue, about four miles away from Reba's house on Rollingwood Lane for some time. Rejon spent a lot of time at my house growing up. I was his favorite aunt. Rejon talked to me a lot because I talk a lot. He was close to my boys, Demarcus and Joshua. Rejon was a sensitive child. He and I share this trait. When I hear about other peoples' problems, I get emotional and am deeply impacted. I cry often, sometimes over small things or even nice things that people do for me. Rejon was this same way. He cried easily. My niece Monique once bought me a painting of a horse to hang on my living room wall and I was so touched, I cried.

22. As a child, Rejon stayed to himself a lot. He did not like to do what everyone else did. He played as a child plays, but was isolated. He watched the other children around him if he was in a group. He got along with other children, he was just quiet and kept to himself. John was different from Rejon. John was into everything. They were like night and day. I don't think they really got along. They tolerated each other. Once when they were older, I remember hearing that John pulled a gun on Rejon and threatened him. John was like that, quick tempered and did not think before acting.

23. I have not seen Rejon since he was 19-years-old. I have stayed in touch with him and miss him very much. He is so uplifting. Despite his situation, he is positive. He amazes me in that way. I do not know anyone who would be as happy and encouraging as he in such a serious situation. He was and is one of the good ones.



LG.

Exhibit 21

Declaration of Lisa Taylor Griggs
Page 7 of 7

24.     When Joseph Smith passed away, I brought my mother to live with me and I took care of her since she was in her ~~90s~~ *early 80s* L.T.G. by then. Joseph died from complications of a car accident on May 28, 2001. When my mother moved in, we all moved to my sister Barbara and her husband Van's house where my niece, Monique and her son Cedric live now. The house is at 1998 Capri Avenue in Decatur. After Barbara died, Van had been renting the house out. When he heard that I was taking my mother in, he asked if we wanted to move there. My husband, Bobby Griggs, and I were overjoyed. We felt that it was an upgrade compared to the apartment we had been living in on Custer Avenue. We moved there with my mother and youngest son, Joshua. We eventually moved from there to the house I live in now: 3680 Idlecreek Drive in Decatur. My mother came with us to this house where she died in 2012. My niece, Vanessa Heflin who goes by the nickname, Hollywood, helped cared for my mother but Joshua and I were here primary caretakers.

25.     My mother loved Rejon and all her grandchildren. She would have spoken with anyone representing Rejon prior to or during his 2008 trial. She could have shared valuable information about her history and Johnny's childhood. She would have been willing to testify on his behalf.

26.     No one representing Rejon Taylor contacted me prior to or during his 2008 trial. I was still living in Decatur at the time of the trial. I would have been willing to speak with anyone representing my nephew and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April, 27, 2019.

