Exhibit 27

## DECLARATION OF RASHARD BLACKWELL

I, Rashard Blackwell, declare as follows:

1.    I am a friend of Rejon Taylor's. I met Rejon when I was about eight years old. I was born on August 26, 1987. Rejon is three years older than me. We grew up together and lived in the Gresham Park neighborhood of Atlanta, Georgia. His mother, Reba Taylor, and his grandmother, Miss Eva, lived in a house on Rollingwood Lane, and I lived with my family on Boulderview Drive, just around the corner from Ms. Taylor's house.

2.    My family has lived in our house for forty to fifty years. It was not a bad neighborhood. I went to Meadowview Elementary School, which is now closed, not far from my house. Since we did not go to the same elementary school, Rejon and I met in the neighborhood to play. He hung out at my house more than I did his. My mom and grandmother knew Rejon, and they loved him. Like other kids in the neighborhood, we played outside a lot. We rode our bikes and played up and down the streets at the neighborhood parks, schools, the shopping plaza, and at a pool hall on Gresham Road.

3.    Rejon was a good dude and buddy. He was a cool, laidback dude to be around. He smiled all of the time. Nothing seemed to bother him or bring him down.

4.    Like Rejon, his mother Reba seemed to be happy all of the time. He had the best mom in the world. Reba and his grandmother loved Rejon. By the time we were hanging out around middle school age, Rejon was the man of the house because neither his older brother John nor their father was around. Rejon did not talk about his father, and I have never met him.

5.    As teenagers, Rejon and I were into playing basketball and girls. Jessica Jackson was Rejon's middle school girlfriend. He met his girlfriend Summer in high school. Girls used to like him in school. By high school, Rejon had cars and money.

RB

Exhibit 27

Rejon bought people things. He paid when we went out to eat. Everybody wanted to be involved with Rejon.

6. Rejon and I did not make plans to do anything, we just got together. We talked on the phone and then met outside later or Rejon stopped by my house to see what I was doing. We often spent our time together, and with other friends, including Joey Marshall and Sir Jack Matthews. Joey and Sir were later arrested with Rejon on this case.

7. Even with all the things that Rejon had, I did not know anyone who did not like him or who was jealous of him. I do not remember him ever being in a fight. Rejon was not a fighter.

8. Rejon and I went to McNair Middle School and McNair High School together. We were not in the same class since he was older than me.

9. McNair High was a rough school; it was all-Black, as was the high school. [middle RB] McNair High was like the movie *Lean on Me* before the principal straightened it out. The school was out of control. It was a hood school.

10. In 2001, my mom moved to Ellenwood, about ten miles south of Gresham Park. I moved with her and transferred to Stockbridge High School, which was even further south. Rejon moved in with my mom and me and switched schools too. I am not sure why his mom allowed him to live with us. Stockbridge is a twenty-five to thirty-minute drive from where Rejon had been living on Rollingwood Lane.

11. Stockbridge High School was predominantly white. It was totally different than what Rejon and I were used to. The classes were hard, and teachers cared about teaching. Unlike at McNair, students could learn. Rejon did not stay there long. He stopped going to school a few weeks after we enrolled at Stockbridge. I graduated from there.



RB

Exhibit 27

12. Rejon started his business detailing cars while in high school. He got a contract at my mom's job at Equifax to wash cars. My mom helped him get the job. He worked with our neighbor Wayne who also worked detailing cars.

13. I was in high school when Rejon and I hung out for the last time. I was surprised when he got caught up in this case. This was not something I ever expected Rejon to get into trouble for doing. He was not that kind of guy.

14. I went to Chattanooga for two days of Rejon's 2008 trial. I went with members of Rejon's family. They could not go into the courtroom. I did not see anyone in his family testify but one of my friends was there and he saw Joey Marshall testify.

15. Like when we were growing up, Rejon acted as if he had nothing to worry about at the trial. When I last talked with him by phone in 2010 or 2011 after he was convicted and sent to prison, he still acted that way. It is all Rejon knows how to be. He is just him.

16. Rejon's mother Reba's personality changed once Rejon went down on this case. She was not as smiling and happy, like Rejon, as she had been. This was hard on her. She recently died in 2018 and I think Rejon's case did not help her health.

17. No one representing Rejon at the time of his trial in 2008 ever spoke with me. I would have been willing to speak with anyone representing Rejon and testified to this information.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 19, 2019.

RASHARD BLACKWELL



RB