Exhibit 35

## DECLARATION OF TONYA WALTON

I, Tonya Walton, declare as follows:

1. I am Rejon Taylor's maternal aunt. Rejon's mother, Reba Taylor, was my sister. Our mother was Eva Claire Williams.

2. Reba died in January of 2018. Her death was so sudden. None of us were prepared to say goodbye. It is still hard on me.

3. Reba was one year older than me. Our brother, Stanley Gatlin, is our eldest sibling, born December 2, 1951. His father was named Eddie. I never met Stanley's father. My brother, Joseph is the second oldest. He was born on December 16, 1954. Joe's father is Robert Adams. Reba was born third on February 22, 1956. Our mother told Reba that she shared Joe's father, Robert Adams. However, I believed a man who was known as Shot was Reba's father. Shot always said that Reba was his kid, and Reba looked just like him. I am the youngest in our family. I was born on December 6, 1957. My father was Robert Hendrix.

4. My mother told me that I did not fool with my father when he came around; I closed my eyes to avoid him. I did not know much about him growing up, mother did not talk about him. He and my mother both lived in Covington, Georgia for a time. I did not begin forming a relationship with him until I was around 19-years-old. That is when I started talking to his side of the family. I later took my children to California to meet him. He was on his death bed at that time.

5. Our mother never married, but there were several men who wished she would have married them. She never wanted to marry, and she was vocal about it. There was one man named William who my mom dated for a long time. Stanley saw William hit my mom and Stanley jumped on him. William did not come around my mom or my family after that.

6. My siblings and I grew up in Peoplestown, an all-Black neighborhood, located in Atlanta. Our mother, Eva Williams, moved to Peoplestown from

TW

Covington, Georgia, along with her mother, my Grandma Anna Belle Benton. In Covington, my mother cleaned white people's houses for work. She went to school, but I do not know where or if she finished school in Covington. Education was not the priority in my family then, it had to be work. You had to do what you had to do to make ends meet. My mother moved to Atlanta in search of a better life. She did not talk much about her childhood to us, and neither did Grandma Anna Belle.

7. My mother took care of many children who were not her own. She took care of Grandma Anna Belle's sister Josephine's children. Josephine's children are Richard, Dennis, Calvin, Katrina and Cynthia. My mother also cared for her brother, Leonard Gatlin's children from his first marriage to Myrtis Davis. Uncle Leonard went off to be with a new wife, Ruby Gatlin, and her kids from a previous marriage. He ended up having children with Ruby as well. Leonard and Myrtis's daughters – Peggy, Rosa and Pearl – stayed in Atlanta with us at our house in Peoplestown. Rosa goes by Pat. We lived at 1058 Fern Avenue. It's since been torn down. A lot of houses were in the process of being demolished when we moved from Peoplestown. So much of that neighborhood has changed. It's gentrified now.

8. Peggy and Pat were always a part of my life. Pearl came later because she had moved to Detroit with Myrtis, when she was just a baby. Peggy, Pat and Pearl all got pregnant when they were teenagers. Peggy was the oldest and had Valeria on May 23, 1969. Pat was the second oldest and had Sonya on June 13, 1969. Peggy and Pat were both 20-years-old when they had their babies but were 19 when they got pregnant. Pearl was the youngest. She became pregnant at 17 and had her one and only son, Antonio on July 5, 1969. Antonio goes by Tony. Before Peggy moved out, we all lived together in our house in Peoplestown: my mother and grandmother, my three siblings, my three cousins and their three kids. We only had one bathroom and two bedrooms for all those people. I helped out with



TW

the babies as much as possible. Peggy married her first husband, Larry Gooden and moved in with him. Peggy lived in Summerhill, another all-Black neighborhood just north of Peoplestown. I walked to Summerhill from Peoplestown to help her out with childcare. Pat married Sonya's father and stayed in Peoplestown. I watched all of Pat's children: Sonya, Mary and Felicia.

9.    While growing up in Peoplestown, our neighbors considered us a different kind of family. People came to our house to eat because we had food. We were the only house with a color television and neighbors came to watch. There was also a sofa bed in the living room. I have no idea how all of us lived in that tiny house but we made it work. There was also a front porch and a little back yard. We did not know how small the house was back then. We had dogs, cats, chickens and turtles. Reba took care of the animals. My siblings and I had to keep the house spotless. We each had chores to do. Cousin Pat did a lot of the cooking and housework. She watched over us when my mother was at work.

10.   Our mother was a very hard worker. She was selfless. She ran a daycare center for 32 years. Before that, she trained to become a secretary. She did office work for a while and then directed the daycare. She later went to work in her church's daycare. She was also a caretaker for elderly folks. My mother was a strong, tough woman but she was also kind and generous. She offered our home to anyone who needed a place to stay.

11.   Grandma Anna Belle was a bootlegger with her husband, Oscar. She made alcohol and sold it for about 0.50 or $1.00. I figured out that she was bootlegging when I noticed her making the alcohol and people buying it. Only certain people came to our house for that purpose, Grandma Anna Belle did not make it or sell it to strangers.



TW

12. Grandma Anna Belle was married to Oscar Benton. I was Oscar's favorite of the grandchildren. He gave me money and did sweet things for me. They married before I was born. Granddaddy Benton spent the night at our house but he did not live there.

13. In 1971, Reba became pregnant with her first child, Tameka. She was only 15-years-old. She met Tameka's father, Cecil Anderson, at Carver Vocational High School. All of my siblings and I attended Carver. My brother, Joe, introduced Cecil to Reba. Cecil played basketball. Reba had already started working when she got pregnant. She took a job at McDonald's while she was still in school. Reba was in the running for Miss Eleventh Grade at Carver before she got pregnant. She would have won because everyone liked her. But once she got pregnant, Reba took herself out of the running, so she didn't win.

14. My mother had talked to us about sex. She told us not to have it. But we did not know about condoms or anything like that. Our mother and grandmother did not even allow us to accept gifts from boys. Our mother used to say that if a boy bought us something, it meant that he wanted something in return. Granddaddy Oscar Benton also talked to us about sex. Granddaddy Benton told me not to have sex, but he said if I did have sex, I needed to douche to wash it out.

15. Our mother got very angry when she found out that Reba was pregnant. She wanted to make Reba get rid of the baby. Reba said that it was her first time having sex. She did not know she could get pregnant the first time. Reba ended up giving birth to Tameka December 24, 1971. Tameka basically became my mom's baby because Reba went back to high school to finish and worked all the time. My mom raised Tameka. I did Tameka's hair every day. Tameka was always a different child. She was very quiet.

TW

16. In 1972, we moved to the home on Rollingwood Lane in DeKalb County, Georgia. Peggy, Pat and Pearl, did not go with us when we moved. Tameka was only a baby at the time. We were so excited because the house was bigger than our old house in Peoplestown; it had three bedrooms and one and a half bathrooms. My mother and Grandma Anna Belle wanted to take us to a better neighborhood. We were the second Black family to move into Gresham Park. My mom chose the house on Rollingwood because of the bus stop in the front yard. We needed to be on a bus line so that Grandma Anna Belle could get to work.

17. Reba and I continued to attend Carver High School in Peoplestown when we moved to Rollingwood. We rode the bus. Joe and Stan had graduated from Carver. Reba graduated in 1973, despite the fact that she had a baby the year before.

18. Joe was very smart, but was not challenged in school. He had a child while still in school, Wanda. Wanda's mother, Vickie Morgan, was at Carver. My mother used to say Joe got too bored in school. He turned to drugs when he was in 11th or 12th grade. He joined the military, possibly the Marines, for a brief time.

19. My brother, Stanley, went into the army after he left high school and received an honorable discharge due to bad headaches that he kept experiencing. The headaches started in his late teens. He had been hit by a bus as a child, but I do not remember his headaches becoming a problem for him until years later. Other people in my family suffer from migraines and bad headaches. My daughter, Tayanau had them when she was young. I took her to a specialist in 8th grade.

20. I stayed on Rollingwood with Reba, Tameka, my mother and grandmother until I was about 18 or 19-years-old. I got married to Herman Walton on June 15, 1981 when I was 23. Herman and I had a house where I lived for six years. I was still very close to my mother and Reba when I was not living with them.



TW

When I first had my children, I did not have a vehicle. My mother drove us all over the place. She took us to the grocery store and anywhere else we needed to go.

21. Reba followed our mother's footsteps in that she was very generous and often allowed anyone to stay in her home who had nowhere else to go. Like our mother, Reba gave money to people in need.

22. Reba was a very private and quiet person. There were times that I found out months later that something significant had happened to Reba because she had kept it to herself. There was the time that I didn't even know she was pregnant. We both had jobs for insurance companies in the same building, carpooled together, spent time together. I was pregnant with Tuawanna and told her all about it. Meanwhile, she was pregnant with Rejon and didn't say a word until she was showing and couldn't hide it anymore. My mother mentioned that Rejon had been conceived when Johnny Taylor had escaped from prison and was on the run. Reba was not one to complain or share details about personal hardships, even with those closest to her. Sometimes I had no idea what was going on with Reba even though we spent time together and were close.

23. Reba met the father of her sons, Johnny Taylor, when we were still living in Peoplestown. His family lived in Summerhill and Cousin Peggy who lived on his street. Reba saw Johnny when she visited our cousin. I do not have a clue what Reba saw in Johnny. He was quiet. He rarely came around our family. He was in prison for most of their sons' lives.

24. I do not know any details about Johnny Taylor and Reba's marriage. She did not tell me when she was going to marry Johnny. I do not even know whether they had a wedding, or if they married before or after the boys were born.

25. Years after I had my first two daughters with my husband Herman, I left Herman and moved back into my mother's home on Rollingwood where Reba,

TW

Grandma Anna Belle, John and Rejon were all living. My girls were young at the time.

26.     Reba worked more than one job, so it was usually my mother and I who looked after the boys. She has always been a provider. Reba did not discipline her children. She let the boys, do whatever they wanted. When I lived with my mom and Reba, my mom and I disciplined the boys. As teenagers, there was no one keeping John and Rejon in line. They didn't have any discipline as teens.

27.     As a child, Rejon was quiet, just like his mom. He was also like her in the sense that he did anything for anybody. He would give you his last. He literally gave his own shoes and clothes to other boys in the neighborhood. Sometimes his mom fussed at him over this. She worked hard for the money to buy him nice things and then she saw his shoes on another boy's feet. Reba could not stay mad for too long though since she shared that same trait of giving.

28.     As a child, Rejon did not talk much. My daughter, Tuawanna, was the same way. The two of them are the same age and very close. Rejon was obedient. He was a good child, very respectful. John aggravated him at times.

29.     I was very close to Rejon. I trusted him and I still have that same trust in him. I often let him borrow my car. He refilled my gas tank when he used it. He was responsible. He was closer to me than John. I allowed Rejon to borrow my car, but not John.

30.     Reba remained in the house on Rollingwood Lane that belonged to our mother. Reba was so caring. Reba would do anything for anybody. She took many people in and allowed them to stay in her home. It was like a revolving door of people. Some of Rejon's friends stayed there. John's friend, Halbert, stayed there also and Halbert's brother, Jake. There were several people I did not know who stayed in the home. Our relative, Katrina, was someone who took advantage of

TW

Reba's kindness. Katrina stayed at Reba's often. The room on the left-hand side of the hallway was usually where guests slept.

31. Johnny Taylor never stayed at the house Reba shared with my mother. My mother could not stand Johnny. Johnny tried to cause a conflict between my sister and me. He called me when he was out of prison for no reason. One evening he brought my daughters and me food when we lived in a townhouse. He told Reba that we had slept together. He did this same thing to another woman and her cousin. My mother is the one who told me what Johnny had been saying to Reba. If my mother had not told me, I never would have known what was going on. My older daughters were between 13 and 15-years-old when this happened.

32. Johnny used to mess around on Reba. He cheated on her with a girl who ended up going to jail. The girl would call Reba's house and Reba helped her out. This happened after both John and Rejon were born.

33. Tameka confided in me that she felt uncomfortable around Johnny from a young age. He used to tell Tameka that she looked good. He complimented her in ways that made her feel uncomfortable.

34. After Johnny was released from prison he and Reba stayed at a house in Lakewood, about five miles from Gresham Park, closer to where we had grown up. The house sat back, off the street. It was private. The boys, John and Rejon, stayed there and at my mother's house. My mother didn't want them at Johnny's house permanently. Around the time that Johnny moved into the house in Lakewood, Reba showed up at my mom's house with a black eye. Reba did not talk about her black eye to me. I found out that it was Johnny who gave her the black eye. I knew back then that it was him.

35. John and Johnny were close. John used to send Johnny money when Johnny was in prison. Rejon and Johnny were not close. They didn't seem to have



TW

a father-son connection. At least not like the one Johnny had with John. Rejon preferred to be near me and the other women in our family.

36. While Johnny was in prison, Reba met Harold Hall. My mother liked Harold because he was good to Reba and dependable. He fixed the family's cars and did other things around the house.

37. I did not officially divorce Herman, but I left him for good in 1989. I moved away from Gresham Park. Initially, there was nowhere for me to stay in the neighborhood but by the time my girls were teens, it had started to go downhill — more violence and disrepair. The schools in that neighborhood in DeKalb County were not good. I wanted my girls to live in a safer neighborhood with better schools so I moved to Union City. I kept moving further from Decatur. I lived in Lithia Springs, Fayetteville, Newnan, Fairburn, and eventually we settled back in Newnan, Georgia where I live now.

38. Several health issues run in my family. Leonard Gatlin Junior, who goes by Junior, drank alcohol heavily. My brother Joe has heart problems and had to quit drinking. His doctor told him that another drink would kill him, so he stopped. He was not a heavy drinker at that time but his heart was that bad. Most of us have high blood pressure but especially me and Tuawanna. Reba, my mother and Grandma Anna Belle also had high blood pressure. I have my blood pressure under control and take daily medication. Several people had diabetes including: Leonard Gatlin Sr., Sharon, Reba and my mother thought she had it but I am not sure if she was ever diagnosed; all of these family members are deceased. Sharon had an oxygen tank before she died. Grandma Anna Belle had heart issues. Joe and Tameka deal with heart issues. My mother died of Alzheimer's disease on October 16, 2015 at 82-years-old. Grandma Anna Belle also had Alzheimer's.



TW

39. My mother thought that Grady Hospital had the best doctors but in reality, Grady was where you went if you could not afford to go somewhere better. I had my second daughter Tayanau at Grady but I would not go there by choice.

40. When Rejon was arrested and sent to jail, Reba did not care about living. She was just trying to get her child out of jail. Reba did not confide in me and I considered myself to be one of the closest people to her. But I could tell it hurt her. Deeply.

41. When I first heard about Rejon, I did not believe it. I just did not feel that it could be true. Around that time, he was running his own mobile car detailing business. He was doing well. Our family is still shocked.

42. Our pastor, Pastor Grant, told us to pray for Rejon. Pastor Grant prayed for Rejon in church. He told us that Rejon would get out. He was confident because he did not receive any revelation to the contrary. We took what our Pastor said to the bank, meaning we had faith in his words. If he predicted something was going to happen, it happened. For example, when I was in the hospital having Tanisha, I almost bled to death. I had gone in for a caesarian section procedure but something went horribly wrong. The doctors could not stop me from bleeding and I was paralyzed from my neck down. I had a blood transfusion and a partial hysterectomy. My doctor actually called my mother to tell her I was bleeding to death and that she needed to get to get to the hospital. I heard the doctor's say I was going fast. I heard Tanisha cry and saw a bright light. I woke up a few days later in intensive care. My mother called our pastor when she received the call saying that I was not going to make it. He said he prayed for me and knew I was going to be okay. I was okay. He prayed over Joe when Joe almost overdosed on drugs. Joe was foaming at his mouth and screaming. He was trying to climb the walls. My mother called Pastor Grant and he came over immediately. He was the kind of pastor you could call at



TW

2:00am. Pastor Grant prayed over Joe and Joe survived. He eventually became clean and sober. We all have hope that someday Rejon could come home because of what Pastor Grant said. I attend the same church, Temple of God, that Reba attended, and we shared the same pastor.

43. The defense lawyers did not prepare me to testify at Rejon's trial in 2008. I did not have any individual meetings with the attorneys or anybody else from Rejon's defense team. I needed preparation and someone to explain to me what I was supposed to do. It was my first time ever testifying in court. Because the lawyers didn't give me instructions, I figured I was supposed to be a character witness for Rejon. My daughters and I came up with this purpose on our own; the attorneys did not communicate it to us.

44. Members of my family and I only met with the defense attorneys a handful of times. These meetings took place at my mother's home. One of the attorneys got in touch with Reba and then Reba called everyone else. No one from Rejon's father's side was ever present at the group meetings.

45. I would have testified to the information in this declaration at the trial if the defense attorneys explained the proceeding to me.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 11, 2019.

_Tonya Walton_
TONYA WALTON

TW