Exhibit 36

# DECLARATION OF TRAKETA TAYLOR

I, Traketa Taylor, declare as follows:

1. I was a childhood friend of Rejon Taylor; we attended McNair Middle School and McNair High School in Atlanta, Georgia together. We are not related. Rejon and I became close friends in high school. He was my guy. At times, we talked on the phone and hung out outside of school. Rejon knew he could trust me because I did not have a crush on him like a lot of other girls. I acted like myself around him and told him what was on my mind, he appreciated that.

2. I grew up in the Leila Valley housing projects on Leila Lane near Moreland Avenue in Atlanta. The apartments were set back in a cluster behind some houses. The police did not like to patrol the area or go back in the projects because they could get trapped. A lot of bad stuff and crime went on back there. It was a dangerous place to live. The city tore them down about ten years ago. The school I was zoned for was really bad, so my three siblings and I used my grandmother's address to attend Clifton Elementary School, McNair Middle School, McNair High School, and Cedar Grove High School, all DeKalb County public schools. Rejon also attended McNair Middle, but we did not become close friends until high school. I was 12 or 13-years-old when we met in the seventh or eighth grade. McNair Middle School included seventh and eighth grades.

3. Melody Melton was my best friend in the 8th-grade at McNair Middle School. She had a crush on Rejon. Melody and I met up in the hallway and she pointed Rejon out, telling me that was the guy she liked. He was so skinny and had a head too big for his body. After that, I started hanging out with Rejon. Becoming friends with him was seamless. He had braces and smiled easily. He kept everyone around him laughing with his harmless pranks. Rejon threw little balled up pieces of paper or playfully pulled a girl's hair in class. Rejon was smart and did well in

TT

Exhibit 36

Declaration of Traketa Taylor
Page 2 of 6

class, but he could be disruptive and play pranks to fit in. He did not want to stand out for being smart.

4. Ms. White, our tenth-grade literature teacher, gave us all an assessment test. Everyone bombed it except Rejon. Ms. White told Rejon that she was going to place him in an advanced class, but he did not want that. He did not want people at school to know he was smart. Rejon wanted to stay in the in-crowd. When Ms. White told him about the advanced class, he took a paper hole puncher and tossed all the punched-out holes in the air, it was raining paper holes. He was trying to maintain his reputation at school. Ms. White was not having any of it. She still put him in the advanced class with Ms. Scott. Rejon did something similar in our math class with Mr. Brayton. Everyone was failing that class except Rejon, he had a high B. He had a natural aptitude for school. I was shocked to learn that Rejon did not graduate, he could have gone to any college he wanted to.

5. Rejon had a great personality. He was positive and upbeat. Socially, Rejon shined in school, but even then, I thought he might have been covering for something. It seemed like he had trouble at home. I sensed that Rejon did not get love and attention from his family, and that he spent a lot of energy trying to get it from peers instead. Girls gravitated to Rejon, guys flocked to him, everyone wanted to be near him. We became friends because I did not have a filter and did not sugarcoat things. We spoke on the phone for hours sometimes in the evenings and hung out after school a few times at the South Dekalb Mall. Melody drove the two of us there and we met Rejon. I teased him about all the girls liking him and he laughed it off.

6. Rejon worked hard at being liked, but made it appear effortless. He had dyed blond hair like the singer Sisqó. He was small and skinny, but he dressed fresh. Rejon was one of the best dressed in school. McNair was a school where what you

TT

Exhibit 36

wore mattered. Students got beat up or were made fun of if they wore the wrong thing. As soon as the latest style came out, Rejon wore it: Iceberg, Coogi, Sean Jean. He even let his friends wear his clothes. Rejon was generous with money too. One time at the mall, I said I liked a pair of shoes at Baker's and he bought them for me, even though I told him not to. I still remember it because no one else was buying me shoes.

7.    Rejon's carefree ways seemed to over-compensate for a lack of nurturing at home. As much as Rejon and I spoke on the phone, there were many things we did not discuss – his home life, where his father was, and how he got money for new clothes and gifts for other people. I never went to his house or met his family. I assumed Rejon did not have his father in his life because he did not talk about him. Rejon spoke about his mother Reba. I knew that he was devoted to her. I knew of Rejon's older brother, John Taylor, and I may have said hello to him in passing, but I was not friends with him. Rejon never told me, but I heard that John was doing illegal things and gave Rejon money. It concerned me that Rejon acted worry free. He appeared not to have a care in the world, but everyone had something going on with them, especially people at McNair. I opened up to him about what was going on in my family and what I was going through, but I was never able to penetrate his feelings, he never opened up in that way.

8.    I told Rejon: Everything is not peaches and cream. He laughed in response. He laughed at everything.  He laughed even when the issues were serious and not funny. He had a different laugh to respond to different things; I got to know what each laugh meant. It was difficult to take him seriously because he smiled and laughed so much. But laugher was his way of responding to everything. He used laughter to deflect attention from himself and avoid dealing with serious things.

TT

Exhibit 36

He was a floater. We had that in common. I managed to float from one group to the next without getting mixed up in anyone's drama.

12. The teachers and administrators did not encourage students to strive for college at McNair High School. I think they figured the students did not care about college, so why should they encourage us. They treated us as if we were slow. We did not have college fairs on campus. I was a cheerleader and tried to stay focused, but McNair was a hard place to be a student and learn. After my tenth-grade year, DeKalb County rezoned the high schools. My grandmother's address was right on the border between McNair High School and Cedar Grove High School, so I transferred to Cedar Grove for eleventh and twelfth grades. I needed a fresh start.

13. Joey Marshall also transferred to Cedar Grove. I could see that Rejon was still letting Joey wear his clothes. I saw Joey going to Rejon's car a few times at school. Joey did not go to Cedar Grove for too long. I stopped seeing him around the school.

14. Cedar Grove was a better school. It was night and day from McNair High. It did not have regular fights, the teachers cared and organized college fairs. No one minded being late to class at McNair. I went to my class after the bell at Cedar Grove and was embarrassed when I saw that I was the last one not in class and in my seat. The kids at Cedar Grove did not want to disrupt the class by being late. I changed my ways.

15. My grades improved a lot when I transferred to Cedar Grove. My dad was big on college, but he did not know anything about making college happen. He did not know what the steps were, and I did not know either. Lillian Norwood was a friend of mine at McNair High School. Her mom encouraged me and showed me the steps to take. I took baby steps and Lillian's mom helped me do it. Lillian

TT

Exhibit 36

Declaration of Traketa Taylor
Page 6 of 6

graduated from college. I am currently getting my bachelor's in nursing and working part-time at Children's Pediatric.

16.     I have two kids and I moved them to Kennesaw, Georgia, a suburb north of Atlanta, when my oldest got to be school aged. I wanted my kids to have access to better schools. There was a window of time when housing was affordable in Atlanta, but the public schools were still bad. I did not have the money to buy a house and send my kids to private school. But I do not have regrets, my kids and I are doing great out here. My oldest son is in eighth grade and his school has been talking about college forever.

17.     No one representing Rejon for his trial contacted me. I was still living in Atlanta at the time of the trial. I was still close to Rejon. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration. He was my friend, my confidante. I do not judge him for the crime. I know him for how he treated me and the people around me.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 18 , 2019.

TRAKETA TAYLOR

TT