Exhibit 39

# DECLARATION OF WALTER LEE TAYLOR

I, Walter Lee Taylor, declare as follows:

1.     Rejon Taylor is my nephew.  He is the youngest son of my younger brother, John Taylor.  John had two children with his wife Reba.  Their oldest was also named John and the family called him 'John Boy.'  He was two or three years older than Rejon.  I am not sure why they named the boys the way they did.  It seemed confusing to me, but the way my brother John thought often did not make sense to me.

2.     I am seven years older than John.  I was born on September 24, 1947 in Sparta, Georgia.  John was born on July 2, 1954 in Sparta.  I was the third child and John was the fifth child born to our mother Addie Copeland Smith.  Our older brother, Willie Copeland, was the firstborn on July 19, 1934.  Then our sister Barbara Ann was born on February 8, 1943.  After I was born, our sister Betty was born on November 6th or 7th of 1950.  Because she was born during the night I could never remember if it was before or after midnight.  After John came our youngest sister Lisa on April 30, 1962.  Lisa was the only child born in Atlanta, Georgia and in a hospital.  The rest of us were born with the help of midwives in Sparta.

3.     Back then with midwives delivering babies, only the strong survived. The babies with flaws did not live long.  At times, the midwife had to decide to save either the baby or the mother.  My mother had a couple of miscarriages or stillborn babies.  She had one sometime between Willie and Barbara.  The second one I remember because I helped bury the fetus outside in a shoebox in our grandparents' yard in Sparta.  That was sometime after she had John and before Lisa.  There was no time for my mother or our family to recover.  She had to get back to work.  I learned that you take your licks and keep moving as if nothing bad had happened.

4.     When we were children, our mother often left to live in Atlanta for work. When she became pregnant, she came home to Sparta to have her babies.  After



WLT

giving birth, she returned to Atlanta, leaving her parents, my maternal grandparents, Lewis and Annie Copeland, to raise us.

5. My grandmother was about 13 or 14-years-old when she married my grandfather who was about 26-years-old. That was the way they did things back then. She had children over such a long span of time that some of her oldest children's children were the same age or older as her youngest children. They had my Uncle Charlie first, then either Aunt Nancy or Uncle Bill, and then my mother. Aunt Sarah was their last child.

6. My grandparents might have had a first or second grade education. Neither could read nor write. Whenever my grandmother had a letter from someone to read, she had one of my siblings or me or someone else read it for her. Even though my grandparents could not read, they could count money.

7. Sharecropping was about the only thing they could do for work when they were younger. My grandmother also did domestic work, but by the time I was growing up, she minded her own house and watched over her grandchildren. By the time I was growing up, my grandfather could no longer work in the fields because he had a couple of strokes. He did domestic work as a repairman for older white women whose husbands had died and who needed help around their homes. He worked on repairing fences and other repair jobs. A lot of older Black men did this type of work when they could no longer work in the fields. Sometimes I went with my grandfather and worked on fences with him. When my grandfather got too old to work, he had no social security. No job that he had ever paid into it. The only better-off Blacks I knew of in Sparta were the ones who owned the funeral home and the café that only served Blacks.



WLT

Exhibit 39

8. My Uncle Charlie suffered from Parkinson's disease. As a child, I used to see him shake; I did not understand why at the time. He died when I was a small child. His was the first funeral I ever attended.

9. Aunt Sarah was what we called "light, bright, and damn near white." She was an attractive woman. I do not think my grandfather was her father. I think her father was the same white man as Aunt Nancy's first child, my cousin, Ella Mae. That was the talk we cousins had amongst ourselves.

10. It was not uncommon for white men to sneak around and have relations with Black women back then. The white men sold the women a bill of goods. Black women did not have enough money, so it was hard to turn the white men down. It was about survival. I could not fault them. Their Black men were either away working and not earning enough or were just gone. Black women had to find a way to survive and take care of their families on their own.

11. Aunt Nancy had children before she married Eddie Kendricks. She first had Ella Mae (Boyd), Bubba (Watkins) who was a girl, "Little" Lewis Grier and Clarence Grier. With Eddie Kendricks, Aunt Nancy had Jesse, May Alice, Eddie B., and James. "Big" or "Little" were the nicknames that family members called people with the same first name; it meant you were either the oldest or youngest with that name.

12. Clarence, who is ten years older than I am, lived with our grandparents and my family for as long as I can remember until he finished school. Once he was out of school, his brother "Little" Lewis came and got him. They ended up marrying two sisters. Later Clarence joined the Army and then moved to Florida. He became a deputy chief of police down in Lakeland, Florida.

13. "Little" Lewis had wanted to join the Army. My brother Willie and he had planned to join together on the Buddy Plan, but Lewis had a bad eye and was



WLT

not accepted; my brother was. Years later Lewis died in a car accident on the way to work.

14. My Uncle Bill was married to "Big" Sarah. They had five children together, my cousins, "Little" Bill, cousin William "Do Right" Wright, "Little" Nancy, Juanita, and Daisy Mae. My cousin "Do Right" died tragically when he was an adult at work at the sawmill. He was not wearing his protective apron while putting a piece of wood through a saw when a splinter flew from the wood and hit him in his jugular vein; he bled out and died.

15. Uncle Bill drove a tractor trailer for a grocery store in Sparta. He picked up the produce from the farmer's market in Atlanta. Sometimes Uncle Bill took me with him in his truck on his grocery runs to Atlanta. At times we stopped off at his girlfriend's house in Sparta so he could see her. I knew better not to talk about her to anyone and I think that is why he took me with him. He had three children with his girlfriend; she only recently died at 103 or 104-years-old.

16. I believe all my siblings and I have different fathers. I am not sure who Willie's father was, but he kept my mother's family name of Copeland. Barbara's father was Theodore Gilbert. Although, Betty, John, and I supposedly had the same father, Tom Taylor, I do not believe he was my father or John's father. I think he was Betty's father because she looked just like him and they had the same light-skinned complexion. I am not sure who my father or John's father was. Lisa's father was J.W. Holyfield.

17. I did not ask my mother who my father really was. I was taught from an early age not to question adults. I realized knowing did not matter anyway. Tom was willing to give her children his name and that was what counted back then.

18. Tom and my mother said they were married but I never saw the certificate. It may have just been a common law marriage since they lived together.



WLT

When my mother later married Joseph Smith, she framed their certificate and mounted it on the wall.

19.     Tom was from Dalton, Georgia. He was supposedly from a family that was better off. His father, Charles Taylor, had a lot of property. The Army was going to pay them to use some of it, but they never did pay.

20.     Tom was smart. He could do the crossword puzzles in the newspaper. He answered the puzzles and sent them to the paper and won prizes. I watched him figure out the cost of things in the store with the tax included before it rung up on the register.

21.     One of my mother's problems with Tom was that he spent his money drinking alcohol. She worked hard and then came home to us. But on Friday nights she had to get Tom from the liquor house to keep him from spending all his money on liquor. He got his paycheck on Fridays. Tom eventually broke camp and left us. It was sometime in the early 1960s that I last saw him in Sparta.

22.     Many men left their wives and children behind and did not come back. They could do that back then. That was why most people stuck with their mothers because the daddies could leave at any time. There were a lot of demands on Black men and not a lot of ways for them to earn enough money to support a family.

23.     Living with my grandparents gave my mother and us some support. My brother Willie was already out of the house and on his own in the Army when I was growing up in Sparta. In 1954 and 1955, he was stationed in South Korea. Even after the war ended it was still dangerous, because soldiers were killed often while patrolling by stepping on landmines left over from the war. Willie sent some crazy letters home from Korea to our mother with pictures of him with Korean women on his lap.


WLT

Exhibit 39

24.     For some reason, white people in Sparta respected Willie. One time when Willie was home visiting us, he had been out one night with a friend of his who drove him home. The friend came speeding down our dirt road and kicked up a lot of dirt on a white man's yard who lived up the road from us. The white man, Buddy Thickpen, who was a chain gang guard, came to our house with a shotgun wanting to know who drove the car. Willie's friend jumped out of our back window and ran away in the woods. Willie went outside and talked to the white man and nothing happened. I was too scared to go outside, and I am not sure what Willie told the man or when Willie's friend came back to our house to get his car.

25.     We were very poor in Sparta. I did not know how poor we were because most of the Black folks around us lived the same way. Our poverty was like living in hell, there was nothing to say or do about the heat and we were all in it. We did not lock our doors. Everyone lived that way. We had nothing to steal anyway because we were so poor.

26.     My grandparents raised us in a two-bedroom shack with a kitchen. We had two beds in each room. There was a fireplace in the wall that joined the two bedrooms so it could heat both rooms. For the first 13 years of my life, I thought my name was "Cut Wood" because that is what I was told to do and had to do every day. I cut wood or gathered it for heat, cooking, and washing. I did whatever chores my grandparents or mother told me to do without complaint. If it was my job, I felt good that I could do it.

27.     We lived on Johnny Beasley's property; he was a white man. Our shack had no running water or indoor plumbing. We had to get our water from a well at the Beasley's house. I am not sure if my family had to pay rent or worked it off somehow. I walked to the Beasley's house in the afternoon to get our water from their well every day for drinking, cooking, and cleaning. I had to turn the pump to



WLT

get the water going and then tote it back home. I brought back the most water on Sunday because Monday was laundry day. There was no taking baths every day or brushing your teeth every day. Hygiene was not as important as it is today.

28. My grandparents' house had an outhouse and we used a Sears and Roebuck catalogue when we did our business. We all used to love when the catalogue came. I liked to dream about all the things and toys you could get.

29. There was no going to the doctors for us. If you were sick, my grandmother had a recipe to give you. We took castor oil in the beginning of the fall and something they called 'black draw' to keep you from getting sick.

30. My sister Barbara had tuberculosis when she was a child. She had to be placed in a hospital in Rome, Georgia for treatment for a couple of years in the 1950s. I think she had to be placed in an iron lung to breath for a time. I am not sure how old I was when she came back to live with my grandparents.

31. We did not have a television set, but my grandfather had a battery powered radio that he used to listen to his country music. He loved banjo music. My siblings and I could not play what we wanted to hear until he went to sleep. We turned to a station out of Nashville, Tennessee that played "up to date" music as we called it. We did not do it for long because we did not want to run the batteries down.

32. My grandmother made quilts with whatever material she had. A lot of Black women back then sewed quilts to keep their families warm during the cold months. My grandmother did not have a sewing machine so she handstitched or hand sewed things.

33. In our kitchen, we had a little round top stove with two burners, an ice box, and a table. The kitchen floor had linoleum covering that did not last long before it wore away. We got an ice delivery twice a week for a penny a pound for

WLT

our ice box. The delivery man also sold snacks off his truck too. My grandparents used to wrap the ice in blankets before placing it in the ice box to help the ice last longer.

34. The house got so hot especially during the summer time that I had to be outside to get cool. The house did not have regular windows with panes to open. It had only shutters that we opened from the outside. We only had fans to keep the house cool. To this day, I cannot sleep without a fan being on.

35. We did not get electricity in our grandparents' house until 1955 or 1956. The worker installed one outlet that hung from the center of the ceiling in the kitchen. We had no wall outlets. We ran extension cords to that center outlet if we wanted to plug anything else in. We did have one ceiling light bulb in each room. Later, when my grandfather got an electric bill for $3.00, he threatened to turn the electricity off and go back to using kerosene.

36. We did not go to the stores in Sparta often for food because they took money, and we did not have the money to pay. We went to town on Saturdays if someone picked us up. If not, we walked the eight to ten miles. We lived about three tenths of a mile from our closest neighbor. We had to take care of ourselves and could not depend on a neighbor or even other family members who lived in Sparta. We were all poor and trying to survive so there was not much to give to anyone else.

37. When my grandmother shopped at the stores in town, she bought things we could not grow, like grits, salt, pepper, and other supplementals. We had a garden and grew most of what we ate. My grandmother canned fruits and vegetables that we grew or got from the woods around us. We had chickens, but we did not eat a lot of eggs. The eggs were for baking things. We often had grits and sausage for breakfast.



WLT

Exhibit 39

38. We also raised hogs. Folks in my family raised at least one hog which was slaughtered in January so we could cure the meat for six weeks in the storage house during the cold months. The family came together for this occasion. Those who did the butchering got paid in meat.

39. I also hunted and fished in Sparta. I had a BB gun and my grandfather's shotgun that I used to hunt birds, rabbits, and squirrels. I practiced shooting my BB gun by shooting the heads of matches and watch them spark when they were hit. I went out at night with a flashlight to hunt the birds and squirrels in their nests.

40. There were no gifts on our birthdays, maybe a lollipop. For Christmas, we got fruit, an apple or an orange, and maybe some nuts in our stockings. I might have gotten a cap pistol once.

41. When I was a little child and still believed in Santa Claus, I got up really early on Christmas morning before the sun was up and ran to the road. I looked all around the ground just knowing that a toy had fallen out of Santa's sleigh and I was going to find it near the road. I did that once or twice before I realized there was no Santa Claus.

42. The best Christmas I had in Sparta was when I got a bicycle. My mother said I had to pay half to get it. I picked a lot of cotton that year to pay half.

43. When my family was out in the fields picking cotton, we had to pick at least 200 pounds a day. It was my mother, my sisters Barbara and Betty and me. John was too young to pick cotton when I was in the fields, and our oldest brother Willie was off in the Army. The white farmer drove around in his pickup truck picking up Black folks to work in the fields. We got up before sunrise with the chickens and went to bed with the chickens at night when the white man brought


WLT

us back home. We packed a lunch for the field, or the farmer took us to a local store to buy our lunch. We had thirty minutes to eat lunch before returning to work.

44.     I could not get up to picking 200 pounds of cotton a day. The most I could pick was 180 pounds. It was hard, labor intensive work picking cotton and dragging the heavy bag through the rows. If I complained that my back was hurting, the old folks told me that I was too young to have a back to hurt so I learned not to complain. At one time, we earned $2.50 for every hundred pounds we picked. They weighed the bags on a scale at the end of the field at the end of the day, and my mother got paid the money. I did not question that the money I earned for working went to my mother. I knew she was using it for the family.

45.     My mother did give me a $2 allowance during the picking season. I used to take that $2 to the bank to get change in nickels. I loved the feel and sound of the forty nickels in my pockets. I used that money to go to the movies, buy a hot dog, and a soda. The theater was of course racially segregated, but I did not mind since it did not stop me from seeing the movie.

46.     When my mother was not picking cotton in Sparta, she worked as a domestic in the white folks' homes and she later found work in a laundry in Atlanta. It was hot, hot work. She could earn real money working in Atlanta. There were no good jobs in Sparta but sharecropping or pulping lumber, which was a man's job.

47.     My mother did not have much education. She stopped attending in second or third grade, but like her parents, my grandparents, she could not read or writer but could count. There were not many jobs she could do. Plus, she could not work in the stores in Sparta anyway because she was Black.

48.     As Black folks in Sparta, we knew our place. Even as a child I knew the rules of segregation without being told. I was born knowing the rules. I also learned them from observing my grandparents and other older folks. It did not take Emmitt



WLT

Till being killed for me to know that a white folk could kill me for not following the rules. White people ruled with fear. Blacks were afraid of the consequences of doing anything disrespectful.

49. In Sparta, we had to go around the back of a white person's home if we wanted to speak to them. If you ate at their house, you ate in the kitchen or out back. The public restrooms were labeled for "White Men," "White Women," and "Colored."

50. It irked me the most to go into a store in Sparta with my grandmother and listen to the young teenage white girl who was the clerk address my grandmother by her first name and then have my grandmother call her "ma'am." That just burned me up that we had to address white children with that type of respect when they did not do the same. But I did not question racial segregation. It was the only way of life that we all knew so I did what was expected of me and followed the rules.

51. I also followed the rules because Sparta was a small town. Everybody knew everybody. They knew who my family was. They asked me if I was Lady Copeland's son. Folks called my mother "Lady Copeland." Since people knew my family, they could tell my mother or grandparents if they caught me doing something wrong and I could get a whipping.

52. My siblings and I got whippings with switches that we had to get from outside. We had better get a good switch too. We got whipped worse if we brought back a flimsy one that did not last. I did my best to behave.

53. Since I was a child, I did not question adults. Children were seen and not heard in those days. I had more education than my mother and grandparents by the time I was in the third grade and yet I still knew better than to question them or correct them about anything I knew.



WLT

Exhibit 39

54. When I first started going to school in Sparta there was only one school to attend for Blacks, Ellis Ingram High School. It went from the first through the twelfth grades. It did not have a kindergarten. The school had multiple buildings scattered in the same area of town. Then the County built a new school for Blacks, Hancock Training School. It had heating in the floor. We had no gym, but we played outside. Neither Ellis Ingram, nor Hancock had new school books. We got our books as hand-me-downs from the white school.

55. Most folks called me Joe because I got it as a nickname when I was little. They say it was because I liked Joe Louis the boxer. My mother had to go to the court house to get my birth certificate to verify my name and age for when I started school. She saw that my name was incorrectly written as Frank Lee Taylor. My mother told them that was wrong and that my name was Walter Lee Taylor. They crossed out Frank and wrote in Walter above it.

56. I had nothing but hand-me-down clothes to wear to school. I had shoes that I only wore to school. I took them off as soon as I got home. They hurt my feet because I was used to walking all over without shoes on my feet. My feet were tough back then. Now I cannot walk on grass without my feet hurting so I must wear shoes.

57. We had a yellow school bus for the Black children to take to and from school. I saw the white school in the County when the bus passed it. They stopped school for at least two weeks in September so the Black children could be out in the fields picking cotton. Later on, I also picked pecans and got paid per pound.

58. In Sparta, all the Black teachers could and did whip your butt; we children feared them. I feared them and knew they were going to tell my mother or grandparents if I got into trouble. That fear of your teacher changed after racial



WLT

integration. The white parents did not want a Black teacher whipping their children and Black parents did not want white teachers whipping their children.

59. When I was going into the second grade, my mother moved my siblings and me to Atlanta with Tom Taylor. In Atlanta, the school put me back in the first grade probably because I was coming from a school in Sparta and did not know enough to be in the second grade. It also could have been my age since I did not attend kindergarten. We stayed in Atlanta for only a year before moving back to Sparta where the school placed me in the second grade.

60. When I was in Atlanta the first time with my mother, a man used to send children to the store for him. When we came back with what he wanted and his change, he gave me a quarter, but I watched him struggle to count the change. I realized he did not know how to count. I was shocked because I was six or seven years old and I knew how to count.

61. I am not sure why we stayed in Atlanta for only a year or where we stayed in Atlanta. We made the moves to and from Atlanta in the back of flatbed pick-up trucks that hauled other things and gave people rides. Riding in the back of that truck stood out for me as child.

62. My mother moved us as a family to Atlanta in 1963 one final time. She brought Betty, John, and me up with her. Barbara was already living and working up there. She moved us to Mechanicsville, an all-Black neighborhood in Atlanta.

63. After we moved away from Sparta, I think my grandparents no longer had a reason to do things. Us being there kept them active and alive. They moved closer to town where our old school used to be before they died.

64. In some ways Atlanta was no different than Sparta when it came to racism. There were still segregated public restrooms and water fountains, and there were neighborhoods where Blacks could not live. But Atlanta was better than



WLT

Sparta because we had indoor plumbing and a bathroom. Moving to Atlanta also gave me a better chance to learn and work jobs that had nothing to do with sharecropping.

65. I went to school in Sparta through the 9th grade. I started Carver Vocational High School in Atlanta in 1963. I went to Carver from the tenth grade through the twelfth grade. I graduated high school in the spring of 1966.

66. While in high school, I worked many jobs to care for myself. I felt it was now my responsibility to do this. My mother worked hard in the laundry and went to bed at eight at night, and she had Betty, John, and later Lisa to look after. I had to work so I could buy my own clothes and food. I could finally get my haircut by a barber and not my mother or grandmother. There was no paying for a barber when I lived in the country. I got used to supporting and raising myself when we lived in Atlanta.

67. I walked and used the buses in Atlanta to get where I needed to go. I worked a job washing cars. I got up early on Saturdays to catch the bus to get to the car wash so I could be one of the first to get the job. I was also a bus boy at a restaurant. Barbara worked at a restaurant and she called me when someone did not show up for work, and I went and bussed tables. I also used to work bussing tables at a restaurant, the Catfish King, in Stone Mountain, Georgia. The white workers could eat inside the restaurant. The black workers had to get carry-out to eat.

68. I did any other odd job to make money. I worked for the City cleaning leaves out of the street to keep them from clogging the street grates. I got to the line an hour before I needed to be to make sure I got one of the positions for the City job. I loved having the ability to work and get paid for it.



WLT

Exhibit 39

69.     My mother moved us around in the Mechanicsville neighborhood before she was able to get an apartment in the Carver Homes Housing Projects. Although it was the projects, it was a step up for us and me. I got my own bedroom.

70.     Atlanta was crime filled even back then. We could not trust our neighbors and no longer left our doors unlocked. Neighbors watched and then broke into your house when you were gone and stole from you.

71.     Back then fights were with knives. People got cut and stabbed but lived. There were no gangs. The community was territorial. People who lived in Mechanicsville did things together with people in their own neighborhood.

72.     If my friends talked about wanting to do something that I knew was wrong like stealing or just playing hooky, I left them and did my own thing or went to class. I did not mind going my own way and being alone. I was used to that when I went hunting and fishing in Sparta. I was alone but I was not lonely. I got my values growing up in Sparta. Atlanta was not going to change me.

73.     At Carver High, I was a pretty good student. I made good grades. I was not the brightest nor was I the dumbest. In school, I learned who the best student was and set my sights on catching up to them or passing them. I called it finding out who the rabbit was. I had to keep my grades in the 90s to challenge the rabbit. If I was in the 80s, I was not even in the race. I wanted to be in the race.

74.     There were seven Black high schools in Atlanta back then and you could attend anyone as long as you could transport yourself there. There was no school bus system then. I went to the one in my neighborhood, Carver. It cost me fifteen cents to catch the bus to school. I usually walked to save the money. Carver was great for me. I learned my electrical skills in the school's vocational program. I was into radios and TVs. I wanted to know how they worked. One of our projects in class was to build a working radio and we did it. Mr. Stretcher, one of my teachers,



WLT

Exhibit 39

taught me the importance of being in school on time. I learned from him that if you are on time, you are late. If you are early, you are on time. It was a valuable lesson I carried throughout my life especially later when I was in the Army.

75. In my last year of school, they offered me a chance to integrate one of the white schools. I refused to go. Barbara had the strength to march in civil rights demonstrations in Atlanta, but not me. I was not going to let anyone curse or hit me without hitting them back. I knew I was not the person to integrate a school and did not want to mess myself up by getting into trouble.

76. Even with my ability, I did not think of going to college. I was good at electronics and my scores were high in school. But I knew I did not have the money, the shoes, or clothes to go to college. Even with my jobs, I was so poor. I did not have a suit, so I did not go to my prom. I did not want to waste the money.

77. I did not fault my mother or my grandparents about not understanding the importance of education. They did not know what they did not know. I knew I wanted to improve myself and my surroundings. My mother did not make me go to school. I could have decided to play hooky as some guys did instead of going to school, but I wanted to go. I wanted to learn something. That was me. I could not talk to them about what I was feeling or what I wanted to be.

78. The lack of access to quality education was one of the biggest problems Blacks faced. We made bad decisions from just not knowing and not having access to resources. Especially about our finances and investing for the future. I had to learn about managing my money on my own when I was adult. No one taught us. Most of us did not have bank accounts. We kept the money on us or in our houses. My grandmother used to reach in her bra to get her money out.

79. After graduated from Carver High in 1966, I was drafted into the Army in September of 1966. Once I was drafted, I told them that I wanted to be a Marine,



WLT

but I was told the Marines were full. On October 10, 1966, I entered service in the Army. I served in the Army for 30-years and 21-days. Retiring on November 1, 1996 with the rank of Sergeant Major which is the top rank for a noncommissioned officer. I made rank in 198

80.    I got married in Atlanta a year after I joined the Army in 1967 to Jennelle, who was also from Atlanta. She's my ex-wife now. Jennelle had attended Price High School. We met in the neighborhood. Getting married when I did kept me from having to patrol the streets of Detroit with the Army during and after the riot in 1967. My leave request to go to Atlanta to get married had been approved before the riot started so they allowed me to go. Until I got married, my mother was my beneficiary.

81.    My mother married Joseph Smith sometime after I joined the Army. Joseph was a drunken fool. I did not question my mother about her choice in men, but all of them drank too much alcohol when she did not even drink. One time instead of trading my old car, a 1977 Mercury Monarch, in when I bought a newer one, I got my old car fixed up and gave it to my mother and Joseph to use. When I saw it next, Joseph had dyed the roof blue and then later I found out he wrecked it.

82.    I loved the Army. I wanted to increase my standard of living and serving in the Army did that for me. The Army fed me three meals day, gave me clothes, and paid me. My first check was about $70. I later got combat pay, jump pay, and separation pay and earned about $200. I bought my first car, a 1968 Cutlass, that my father-in-law had to sign for because I did not have credit. That was the last time anyone had to sign for me on anything. I bought my first home when I was only a sergeant at 23-years-old.

83.    I did two tours of duty in Vietnam starting in December of 1967 and again in December of 1968. I was in the Army Airborne stationed in North Carolina.



WLT

During my training, I learned how to be a paratrooper and jump out of airplanes. The first airplane I ever flew in was during my training and I had to jump out of it. I used to see airplanes flying in the sky when I was little and thought it was so smooth and I could not wait to fly in one. There was nothing smooth about the airplanes I flew in during my training. I could barely pick my feet up to walk when we were flying in the plane. It seemed better to jump out of it.

84. In the Airborne, my job specialty was radio engineer. I was one of only 12 or 13 soldiers to pass the class to qualify for the job. I was a radio repairman during my first tour of Vietnam. I worked in my own electronic repair shop on my second tour. I impressed my superior office when I repaired a radio that had been down for two years. I think that helped my get my promotion to E-6, Staff Sergeant. I had made sergeant after only 18 months in the Army.

85. Vietnam messed with your mind a lot. I did not mind going and figured I was a good shot from all my hunting. I told myself that if I was going to be killed then I was going to take a few of them with me. They were going to know I had been there. I saw a lot violent things happen in Vietnam that I could not believe. Then in other moments I am giving my food rations to the little Vietnamese children running after us for food.

86. I thought a friend of mine in the Army had been lucky when he was ordered to be stationed in South Korea instead of being sent to Vietnam. But he was not. He stepped on a land mine while out on patrol in Korea and was killed. There I was in an active war zone and I survived.

87. While I was in Vietnam, Martin Luther King, Jr. and Robert F. Kennedy were killed and the riots were going on all over the United States. The Army was as racist as the rest of the South and American society. There was a saying about the neighborhood I live in now back when I first moved to Fayetteville, North



WLT

Exhibit 39

Carolina that if you were "Mexican walk fast, Blacks haul ass." That meant Blacks and Mexicans were not allowed.

88.     I knew that all white people were not racist. Many of the whites I met in the Army were fair and helped me in my career, but I did not let the racist ones stop me. I did my job well and used that as way to overcome and fit in. My grandparents taught me that I had to work hard on my job and do well because if I did not and I was fired, the white person in charge could not  hire the next Black person in that position. I applied that lesson when I was working in Atlanta before I joined the Army and while I was in the Army. I steadily progressed and advanced in my career.

89.     While in Vietnam, I wrote letters home. Once it reached home and they wrote back, it took another eleven days before I got it. Barbara wrote often to me telling me what was going on with our family back home.

90.     I was in Vietnam when I got the news from Barbara that John had been arrested for killing a guy. John was only 14 or 15-years-old. I could not believe my little brother was involved in a man's killing. I did not know who John was to do something like that.

91.     I think of John as being a baby when we moved to Atlanta, but he was only seven years younger than me. He had to have been eight or nine-years old when we moved to Atlanta. I was about 16-years-old and our seven-year age difference was big developmentally. John was quiet when he was a child. We did not hang out together or talk much to each other when we were growing up in Sparta or Atlanta. I did not hunt or fish with him in Sparta. We had different sets of friends in both places.

92.     I realize that city life did not affect me like it did John. I might not have known what I wanted to be, but I knew who I was by the time we were brought to



WLT

Exhibit 39

Atlanta and who I was not going to become. My values were formed when I lived in Sparta. John was young and impressionable. He got his morals and values from the streets and jail. John did not finish school because he was in jail.

93. I could not see my mother coming to visit me in jail or getting me out. I could not do her like that. John was not like me. He could not keep himself out of trouble and he went in and out of jail as a result.

94. I visited home once on leave when John was not in jail and saw he had nothing but long sleeve shirts in his closet which was strange for how hot Atlanta got in the summer. I knew from being in the Army that guys using needles for heroin kept their arms covered so you could not see the needle tracks. I asked John about it when he came home, and he admitted that he was using heroin. He raised his sleeve to proudly show me his track marks. They went up and down his arm. I tried to talk to him about it. I asked him how he was going to feel hurting our mother if he continued to use and died. I am not sure if he heard me, but I tried to reach him. Unfortunately, I was not home for very long. I was not able to help steer him clear of that kind of behavior.

95. I did not smoke cigarettes, drink alcohol, or do drugs. I wanted to do nothing that could be habit forming, not even drinking coffee or tea. I could do that. I had a self-discipline even before I joined the Army. I was the type of person that stopped eating ice cream for a time because I did not want my enjoyment of eating it to control me.

96. As a child in Sparta, I once saw a flatbed truck drive past our house. It was not something I had seen before. I was excited and asked what it was doing. I was told that it was carrying a load of sugar over the hill to where they had stills making alcohol. In my child's mind, I was excited to see that much sugar. All I knew about sugar was that it was sweet and made cakes and coca cola sweet. I



WLT

could not wait to taste alcohol once I learned it was made with sugar. I just knew that it was sweet and good. When I finally did, I spit it out of my mouth so fast. There was nothing sweet about it. I heard people talking about sweet alcohol. I knew they were wrong. They were lying to themselves, but not me. That was the only time I tried alcohol.

97. My mother continued visiting John when he went back to prison. I visited him once when he was in prison in some place in north Georgia off Interstate 85. I told myself that was the last time I was going to do that, and it was. I told my mother that John was probably better off in prison. With what he was doing on the streets, prison might have kept him alive.

98. During my time in the Army, I went to Atlanta to visit my mother and family when I could. Atlanta was hectic so I only stayed about a week so that my wife could visit her family and I could spend two or three days with mine. My wife and I had our daughter, Darleathia, on August 10, 1979, and our son, Walter, in May of 1981.

99. I heard when John married Reba, but I did not know her or her people. I met her and their sons, John Boy and Rejon, over at my mother's house during my visits. John brought them by for dinners.

100. I did not go over to John's house when he was out of prison. I was not going to lose my security clearance and career over getting in trouble at his house just from visiting him. I knew he was still doing illegal activities when he was out. John had a brand-new Cadillac, a Mercedes-Benes, and a new house not long after he got out of prison. I was smart enough to know he did not work a legal job to get the money to buy all of those things and I kept my distance from John. Hanging around John was not worth my career.



WLT

Exhibit 39

101.	My older brother Willie returned home to live with our mother in Atlanta when he became too sick from alcoholism and was dying. Willie had been living in Florida and in New York. He traveled back and forth and worked seasonally although I do not know what he did for a living. The doctors told Willie to stop drinking but he could not. It was like telling a fish not to swim in water. He drank all the way to the end. He drank himself to death in 1984.

102.	The following year my sister Betty was murdered by her husband Michael in April of 1985. I found out when my mother called me crying that Betty was gone. Michael had been Betty's second husband. Betty had been married to Warren Gould. He was from a good family that owned a couple of drugstores. It was a mistake for her to marry Michael. He was not from anything and lived off her. Michael had nothing without her.

103.	Betty had just gotten a promotion at the Post Office before she was killed. Growing up in Atlanta, Betty had done well in school. She had been Ms. Carver High School before she graduated. She then attended Spellman College in Atlanta. Principal Irons, of Carver High, liked Betty so much that he supported her education. He was at her funeral. Principals back then cared about the students who showed potential.

104.	The following January after Betty was killed, I went off to Sergeant Major Academy. When you entered, they asked you questions to see if you were mentally prepared to do the work. They asked about anything that could possibly be a stress in my life at the time. I told them about my sister being killed, but I was good at compartmentalizing things. Had to get the job done. I passed the Academy.

105.	I have strived to better myself. I took care of things that were my responsibility. When my wife and I divorced in 1992, I gave them the house, paid child support, and my wife even now gets a part of my retirement.



WLT

106. After I retired from the Army in 1996, I got my license in air conditioning and heating maintenance. I thought I was going to work on AC units as my next career, but I realized I was too old to be crawling under houses doing duct work. I then got a degree in and worked as a Logistics Analyst for Lockheed Martin. I retired from there in September 2011.

107. My sister Barbara was the one who kept the family together by keeping in touch with everyone. She used to write me when I was away in the Army. But if you asked Barbara how she was doing, she said 'tolerable.' I did not know if that was good or bad. She had three girls, Monique, Vanessa, and Saadia. She was strict with the way she raised her children. She was raised back when parents told you what they expected you to do with no questions asked. She had a hard time with her younger two girls, Vanessa and Saadia.

108. Barbara kept things to herself and I often did not know what was going on with her. I knew Barbara had diabetes, but I did not how bad she was feeling when Monique's son Cedric took her to her doctor's office. Barbara suffered an aneurism and died in the doctor's office in December of 1999 right before Christmas.

109. My mother's husband, Joseph Smith died in 2001. She had been in a relationship and lived with Joseph the longest. He mistreated her, but not in front of me. I did not question her about her relationship. She had her reasons to be with him. If she had asked at any time, I would have moved her to North Carolina to be with me and my family.

110. I went to Atlanta more often when my mother was alive. Now I go maybe once a year. My mother acted like a guardian of the family. When I was able to during my career, I gave her money for her birthday and holidays. I knew she often gave the money away to other relatives. The family looked to her to be that way and she wanted to be that person. Lisa complained to me about it, but once I gave my



WLT

mother the money it was hers to do as she pleased. My mother passed away in 2012. I know she was proud of me and my career.

111. I paid for my mother's burial. Lisa and some of my relatives in Georgia talked about cremating her, but I did not allow it since I was going to pay for it. I took my relatives out to dinner and told them they had better get insurance because my mother's funeral was the only one I was paying for.

112. Lisa misspelled our mother's and our brother Willie's last name in their obituaries. It is "Copeland" and not "Coplien." I have no idea where she got that from, and I was upset each time I saw their obituary with the wrong spelling.

113. Most of my cousins and friends from Sparta are dead now. Uncle Bill's (William Copeland) daughter, Juanita is the only cousin that I grew up with who is still alive. Aunt Sarah is still alive in Milledgeville, Georgia. I have gone back to Sparta for funerals to pay my respect. My cousin May Alice passed away recently in Warrington, Georgia.

114. It was my sister Lisa who told me that John's son Rejon was arrested and convicted of murder. I learned from Lisa that his mother Reba got into trouble for trying to break him out of jail. I could not believe it all. I did not know Rejon or Reba well, but it all sounded so crazy. I knew my brother John had not been in his sons' lives much when they were growing up because he was in and out of jail.

115. One lesson I learned from the military was to take care of your grandchildren. I was gone on duty in the Army when my children were growing up, so I take special care to spend time with my grandchildren now that I am retired. I talk to my grandchildren all the time. I ask them how they feel and why they feel that way. I listen, and I still tell them what I believe is right.



WLT

Exhibit 39

116.    No one representing Rejon Taylor ever spoke to me prior to his federal trial in 2008. I would have been willing to talk to anyone representing Rejon at that time. I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 10, 2019.

WALTER LEE TAYLOR

WLT