Exhibit 40

## DECLARATION OF WARREN ALMAND

I, Warren Almand, declare as follows:

1.     I taught in the DeKalb County School District for 30 years from 1969 to 1999. I taught at only one school during most of that time. It was called Walker High School when I started there in 1969 and became McNair High School in 1987. I retired in the spring of the 1998-1999 school year. I had retired the school year before Rejon began 9th grade at McNair High in the Fall of 1999. I did not know him.

2.     I am white and I grew up in the Gresham Park neighborhood of Atlanta. Atlanta social life was racially segregated then, including neighborhoods and schools. Gresham Park was a white, working class neighborhood when I was growing up. I attended Gordon High School, which was a white school, until the 11th grade when my father was transferred to Hollywood, Florida and we moved. I graduated high school in Hollywood. I always knew I wanted to be a teacher. I got my bachelor's degree in teaching from Stetson University.

3.     I began as a student teacher in Hollywood the first year of integration of the school system. The all-Black high school had been closed and the children were all transferred to what had been an all-white school. The students were white, Black, and Cuban. On my first day of work, I learned my teacher mentor was out sick and I was going to be teaching the class. I had never been in any integrated class in my life.

4.     My parents moved back to Atlanta and I followed. I applied to teach in the DeKalb County School District, but they did not have any positions available, but they did need substitute teachers. I was living with my parents and working as a substitute when a full-time position became available at Hamilton High School in the district in the spring of 1969. I was working as a substitute when my mother took the call about the position. When I got home after work, I went directly to the



WA

Exhibit 40

Declaration of Warren Almand
Page 2 of 7

Board to ask about it. The secretary took me aside because she thought that I should know that it was at a Black school as if that made it a bad school. I did not care. I was still living at home with my parents working as a substitute, and I was happy for the full-time position to be able to be on my own.

5. I went to work at Hamilton High the day after Spring Break and learned that my class had not had a teacher since Thanksgiving. It was a school of about 300 students. There were only 16 teachers, and most were African-American. I came to find out that the school district was planning on closing the school at the end of the year. The school district did not want to attract attention to the fact that the school was not properly staffed so they hired me full time.

6. After the district closed Hamilton High, the superintendent, Warren Cherry, allowed the teachers at the school to choose which school they wanted to work in next which was unheard of at the time. The superintendent ruled with an iron fist and did not give teachers those choses back at that time. I chose Walker High in Gresham Park.

7. I began teaching English at Walker High in the fall of 1969. The school taught 9th through 12th grade classes. Even back then, the impression of the schools in the southern part of DeKalb County district where Walker High was located was not good. North DeKalb looked down on Walker and the schools in south DeKalb. The area was more rural in 1969. Many of the parents of the students worked for the area trucking companies; it was a working-class community. There were not many, if any, students with parents who were doctors or lawyers.

8. Although I taught at one school for thirty years, that one school was really three different schools in those years. I first taught at all-white Walker High. I then taught at all-Black Walker High. Finally, I taught at all-Black McNair High School.

WA

Exhibit 40

Declaration of Warren Almand
Page 3 of 7

9. Black families began moving from other areas in Atlanta-Fulton County in the early 1970s to the Gresham Park neighborhood in DeKalb County. As the Black families moved in, the white families quickly moved away. Gresham Park was affordable, and Black people coming from Fulton County thought the DeKalb County schools were better than the Atlanta public schools. Honestly, the Atlanta schools had the same problem as the DeKalb County schools in that the more white and affluent areas got the resources for their schools.

10. In 1969, the student body of Walker High was mostly white. By 1975, the graduating class was all-Black. As the Black students increased in those years the white families began moving and sending their children to other schools. The white students who were juniors and seniors, as the number of Black students increased, were usually the ones who stayed to graduate. Their families did not want them to start someplace new in their last years.

11. Also, during those years, the faculty at Walker High changed with the student body. Many of the white teachers did not want to teach Black students. By 1975, 50 percent of the teachers were in their first year of teaching and 25 percent in their second or third year of teaching. By 1975, I was the most senior teacher on the staff at Walker High with only six years' experience. I became the English Department Chair that year and remained so until I retired in 1999.

12. It was not an easy transition. Some of the white students did not like the changes. One morning in 1972, I pulled up to the school for work and there were police cars on the campus. I saw the head counselor outside and I asked what was going on. He told me that some of the white boys at school had started a fight that morning with some of the Black boys. I heard the frustration in his voice about the white students' behavior. I believe all of the students involved were suspended.

WA

Exhibit 40

Declaration of Warren Almand
Page 4 of 7

13. Another problem we had during the transition from white Walker High to Black Walker High was our new principal, Cecil Johnston, who was white. He was a racist. He used the N-word openly at the school. He was a "law-and-order" type guy. He even had a short buzz cut hairstyle. He stayed three years at Walker High before becoming a principal at Tower High School. He got fired by the school district for getting into a physical fight with a student. He was the ~~only~~ first principal in my memory who was ever fired by the school district, although more should have been.

14. It used to be that principals were former coaches who had more manager skills than academic knowledge. Then in the 1970s that began to change. Principals fell into three categories: (1) "law and order types" who wanted total control of the school and ordered the staff and students around; (2) those who were biding their time to move up to a position at the board of education or become superintendent; and then (3) the ones who could manage and cared about the academics of the school.

15. Unfortunately, Walker High, later McNair High, had only one of the third kind. He had been an instructor to principals in ~~North~~ South Carolina but had never been one and wanted to have the experience. Someone at the school district offered him the position at Walker High in 1986. He ran the school well for three years from 1986 to 1989. He was the principal when the name of the school was changed in 1987 to McNair High School.

16. The most important person in the building was the principal. The principal was the voice of the school in the community and at the board. In my 30 years at the school. I had eight different principals. The last one stayed for 10 years.

17. Walker High had been the first school in the district to have a woman principal. She was a good manager but had poor people skills. At our first staff



WA

Exhibit 40

meeting, she told us that she looked over our records and would not have hired 60 percent of us if she had been the one making the decisions. That was not the way to start our relationship and the school year.

18. After she left in 1984, Walker High got the first Black principal hired by the district. He had a coach mentality and wanted to make things look as if they improved so he could be promoted. There was friction in our school administration because the assistant principal, another Black man, had wanted the position and felt he was doing all of the work.

19. Along with the continual changes in the school's administration, Walker High and later when it became McNair High, constantly had newer and some of the least experienced teachers in the district. It was not that the district did not fund our school properly but that our school had no programs that required funding and our teachers had the least experience, so their salaries were lower. The schools in North DeKalb had more programs and teachers who had been working in the district longer and with more experience, so the schools required more funding. The schools in the northern part of the county had more money because the teachers with the most experience cost more.

20. From the outside looking in at our school, many wanted to blame the teachers for the poor academic results of our students. A later superintendent created a teacher lottery so that teachers could not refuse to work at certain schools such as McNair. We got eight teachers from supposedly better schools in North DeKalb and they were all bad teachers.

21. Our biggest problem was the administrators. Another principal that we had at McNair at our first staff meeting said that our failure rates were too high. They were not going to accept our 10 percent and higher failure rates. That was not

WA

Exhibit 40

Declaration of Warren Almand
Page 6 of 7

realistic. Every teacher could look at their class of 30 students and honestly know the three who were going to fail.

22. It was also not the parents' fault for the quality of our school. The parents did not have the tradition of supporting the schools or time to devote to the school. In the more affluent and white areas of the county, the parents were involved for good and bad.

23. The district did not listen to our students' parents; it was like they did not have a voice. I joined the text book adopting committee for the district so McNair High could have a voice in the process. I became a consultant for the English departments in the district for the same reason.

24. There was a civil suit filed against the school system for its discriminatory funding. It was a suit for an equitable school system. It dragged on but got the district's attention. With the suit, they acknowledged that McNair High did not have the programs that other high schools had such as Advance Placement courses, so they told us to start them in 1990. The district saw we had needs and eventually provided for them.

25. Of course, we teachers handpicked the best students that first year for the AP classes. Some of the smart students refused to take an AP class because they did not want to mess up their averages. That first-year our students in our AP classes out-averaged the other schools in the district. The School Board was impressed and surprised that our Black students did so well.

26. College Board created a grant for the district to instruct teachers in grades 6th through the 11th on how they could teach their students in ways that could prepare them to take AP classes. It was a two- or three-day workshop for teachers that I helped run for six or seven years. It ended when the supervisor of the program was promoted to a new position and the person who took her place had

WA

Exhibit 40

no idea the program existed and did not care about renewing the grant. Again, that was an example of the administrators being the problem and not the students or teachers.

27. No one from Rejon Taylor's defense team contacted me prior to his 2008 trial. I would have been happy to talk to them about Gresham Park, the Dekalb County School District, and Walker/McNair High School. If asked, I would have testified at the trial about what I have stated in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States April 27th, 2019.

Warren C. Almand

Warren Almand

WA