Exhibit 41

Declaration of Yves Burgand-Bourgeois

Yves Burgand-Bourgeois, being of lawful age and a resident of Fort Valley, Peach County, Georgia, declares as follows:

1.  My name is Yves Burgand-Bourgeois. I am a retired businessman and longtime resident of the State of Georgia.

2.  Guy Luck and I were close friends for many years. I first met Guy when I went into his restaurant, Violette, as a customer. We became fast friends as we were both French Nationals. I am originally from Paris, France.

3.  I visited with Guy often. We would share bottles of champagne at his restaurant and talk for hours.

4.  In addition to the restaurant, Guy was involved in real estate and construction. My company provided the concrete for some of the condominiums that Guy built.

5.  Guy confided in me that his business partner, Stephanie Belcher, was constantly after him to be in a relationship with her. Guy found this annoying.

6.  To my knowledge, Guy and Stephanie were never engaged. He took her as a mistress a few times. He was a Frenchman after all. But he was not interested in taking her as a wife, nor was he in a committed relationship with her. He told me this more than once. He did allow her daughter to work at the restaurant, cleaning up tables and such things. I never even met Stephanie until Guy's funeral.



Exhibit 41

7. After Guy was murdered, Stephanie tried to play like she was Guy's common law wife so that she could get the other half of the restaurant for free. She even went to France to try to manipulate Guy's sister, Marie-France Fabre, into signing over all of Guy's estate to Stephanie.

8. I searched for Guy's sister on my own and found her through the help of a French journalist. I simply could not stand by and let my friend's estate be taken by this woman. I made a promise to my friend that if he were ever to die, I would not let her get his money. I convinced Marie-France to try to fight for her right to the estate.

9. Stephanie ultimately got the restaurant, but she had to pay for it. She did not get it for free.

10. The only lawyers that I have spoken to with respect to Guy Luck's death are the ones who were arguing over his estate. I did not speak to the U.S. Attorney in Chattanooga or the defense attorneys for any of the three men responsible for Guy's death.

11. If I had been asked, I would have testified about the contents of this declaration.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Dated this 26th day of April, 2019, in Fort Valley, Georgia.

Yves Burgand-Bourgeois