Exhibit 64

# TIME LINE FOR REJON TAYLOR

**DATE February 20, 2006**

| 4/6/83 | GA. DOC Records |
|---|---|
| **DATE** | **SOURCE** |

Johnny Taylor, Rejons father, incarcerated for third time.

**EVENT**

| _09/15/84 | Interview Reba Taylor |
|---|---|
| **DATE** | **SOURCE** |

Taylor born at Dekalb Medical Center Delivered by Dr. Morusakhan of Decatur, Georgia

**EVENT**

| 2/7/85 | Dr. Winstons Records |
|---|---|
| **DATE** | **SOURCE** |

Taylor taken to doctor with bad cold and high fever  Given adrenaline shot.

**EVENT**

| 12/14/85 | Dr. Winstons Records |
|---|---|
| **DATE** | **SOURCE** |

Taylor taken to doctor with wheezing cough, DOT# administered.

**EVENT**

| 3/16/85 | Dr. Winstons Records |
|---|---|



Exhibit 64

**DATE**            SOURCE

TAYLOR TAKEN TO DOCTOR AND DPT 3 ADMINISTERED

---

**4/27/85**            DR. WINSTONS RECORDS

**DATE**            **SOURCE**

TAYLOR TAKEN TO DOCTOR WITH CONGESTION AND 100+ FEVER/ AMPHICILLIN PRESCRIBED FOR 10 DAYS.

---

**EVENT**

**9/6/85**            DR. WINSTONS RECORDS

TAYLOR TAKEN TO DOCTOR WITH INSECT BIT ON RIGHT KNEE AND HAD BEEN CRYING AND PULLING HAIR A LOT.

---

**EVENT**

**2/26/87**            DR. WINSTONS RECORDS

**DATE**            **SOURCE**

TAYLOR TAKEN TO DOCTOR WITH WHEEZING AND COLD GIVEN DPT3

---

**EVENT**

**6/10/92**            GA DOC RECORDS

**DATE**            **SOURCE**

JOHNNY TAYLOR, REJONS FATHER, RELEASED FROM PRISON RETURNED TO ATLANTA

---

**EVENT**

**10/22/97**            DEKALB COUNTY SCHOOL RECORDS

---



Exhibit 64

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES ONE DAYS DETENTION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

| 12/03/97 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR CLASSROOM MISBEHAVIOR

---

**EVENT**

| 12/15/97 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

| 3/30/98 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

| 5/11/98 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR THREATENING SCHOOL PERSONNEL, PUSHED STUDENT INTO MRS. GRUBER TWICE.

---

**EVENT**

| 5/26/98 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|



Exhibit 64

**DATE**                        **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR CLASSROOM BEHAVIOR.

---

**EVENT**

**8/12/98**                     **GA DOC RECORDS**

---

**DATE**                        **SOURCE**

JOHNNY TAYLOR, REJONS FATHER, SENT TO PRISON FOR ARMED ROBBERY.

---

**EVENT**

**9/18/98**                     **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                        **SOURCE**

TAYLOR SUSPENDED FROM BUS FOR 3 DAYS

---

**EVENT**

**10/4/98**                     **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                        **SOURCE**

TAYLOR WARNED AND COUNSELED ABOUT BUS MISCONDUCT

---

**EVENT**

**10/6/98**                     **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                        **SOURCE**

TAYLOR RECEIVES 3 DAYS DETENTION FOR DISRESPECTING SCHOOL

---

**EVENT**

**10/20/98**                   **DEKALB COUNTY SCHOOL RECORDS**

---



Exhibit 64

**DATE**                                          **SOURCE**

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR FIGHTING

---

**EVENT**

11/06/98                                          DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                          **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR MISCONDUCT ON THE BUS.

---

**EVENT**

1/8/99                                            DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                          **SOURCE**

TAYLOR PLACED ON OUR OF SCHOOL SUSPENSION FOR THROWING FOOD IN CAFETERIA

---

**EVENT**

3/16/99                                           DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                          **SOURCE**

TAYLOR RECEIVED THREE DAYS DETENTIONS FOR REFUSING TO FOLLOW INSTRUCTIONS

---

**EVENT**

3/30/99                                           DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                          **SOURCE**

TAYLOR RECEIVES THREE DAY SUSPENSION FOR REFUSING TO SIT DOWN WHEN TOLD

---

**EVENT**

5/25/99                                           DEKALB COUNTY SCHOOL RECORDS



Exhibit 64

| DATE | SOURCE |
| --- | --- |

TAYLOR RECEIVES THREE DAY SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

| EVENT | |
| --- | --- |

| 6/7/99 | DeKalb County School Records |
| --- | --- |

| DATE | SOURCE |
| --- | --- |

TAYLOR RECEIVES WARNING AND COUNSELING FOR WRITING ON TABLE

| EVENT | |
| --- | --- |

| 11/1/99 | DeKalb County School Records |
| --- | --- |

| DATE | SOURCE |
| --- | --- |

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR DISRESPECT TO SCHOOL

| EVENT | |
| --- | --- |

| 12/2/99 | DeKalb County School Records |
| --- | --- |

| DATE | SOURCE |
| --- | --- |

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR CUTTING CLASS

| EVENT | |
| --- | --- |

| 1/13/00 | DeKalb County School Records |
| --- | --- |

| DATE | SOURCE |
| --- | --- |

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR REFUSING TO STOP TALKING IN CLASS

| EVENT | |
| --- | --- |

| 12/16/04 | DeKalb County School Records |
| --- | --- |



Exhibit 64

**DATE**                                                          **SOURCE**

TAYLOR CERTIFIED NOT "SPECIAL EDUCATION STUDENT" BY VELINDA K BAILEY, EXECUTIVE
DIRECTOR PROGRAM

---

**EVENT**

_8/13/01                                                          DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                                          **SOURCE**

__SUBJECT QUITE MCNAIR HIGH SCHOOL TO ATTEND ANOTHER SCHOOL.

---

**EVENT**

10/1/01                                                           ATLANTA PUBLIC SCHOOL RECORDS

---

**DATE**                                                          **SOURCE**

TAYLOR ATTEMPTS TO ENTER G. W. CARVER HIGH COMPREHENSIVE HIGH SCHOOL IN ATLANTA

---

**EVENT**

11/7/02                                                           DEKALB COUNTY PD BOOKING REPORT

---

**DATE**                                                          **SOURCE**

REJON TAYLOR ARRESTED USING ROBERT WESTLAKE DATA

---

**EVENT**

8/22/.3                                                           DEKALB COUNTY PROBATE COURT

---

**DATE**                                                          **SOURCE**

TEMPORARY ORDER OF ADMINISTRATION FILED BY STEPHANIE BELCHER

---

**EVENT**



Exhibit 64

| 9/2/03 | DEKALB COUNTY PROBATE COURT |
|---|---|
| DATE | SOURCE |

STEPHANIE BELCHERS ATTORNEY DAVID POWELL WITHDRAWS

EVENT

| 2/27/04 | DEKALB COUNTY PROBATE COURT |
|---|---|

BELCHER SUBMITS INVENTORY OF ESTATE

EVENT

| 3/3/05 | DEKALB COUNTY PROBATE COURT |
|---|---|
| DATE | SOURCE |

PERMANENT ADMINISTRATION BY MARIE FRANCE FABRE

EVENT

| 3/28/05 | DEKALB COUNTY PROBATE COURT |
|---|---|
| DATE | SOURCE |

CAVEATS ISSUED

EVENT

| 2/9/06 | DEKALB COUNTY PROBATE COURT |
|---|---|
| DATE | SOURCE |

CONSENT ORDER FOR EXTENSION OF TIME FOR ESTATE ADMINISTRATION (LUCK)

