Exhibit 65

# GEORGIA DEATH CERTIFICATE

State File Number    2015GA000060725

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) EVA C. WILLIAMS | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH WILLIAMS | 2. SEX FEMALE | 2a. DATE OF DEATH (Mo., Day, Year) ACTUAL DATE OF DEATH ███ 2015 |
|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER ███8243 | 4a. AGE (Years) 82 | 4b. UNDER 1 YEAR Mos. | Days | 4c. UNDER 1 DAY Hours | Mins. | 5. DATE OF BIRTH (Mo., Day, Year) ███ 1933 |
|---|---|---|---|---|---|---|

| 6. BIRTHPLACE GEORGIA | 7a. RESIDENCE - STATE GEORGIA | 7b. COUNTY FULTON | 7c. CITY, TOWN ATLANTA |
|---|---|---|---|

| 7d. STREET AND NUMBER ███ | 7e. ZIP CODE 30316 | 7f. INSIDE CITY LIMITS? NO | 8. ARMED FORCES? NO |
|---|---|---|---|

| 8a USUAL OCCUPATION LICENSE PRACTIAL NURSE | 8b. KIND OF INDUSTRY OR BUSINESS HEALTHCARE |
|---|---|

| 9. MARITIAL STATUS NEVER MARRIED | 10. SPOUSE NAME | 11. FATHER'S FULL NAME (First, Middle, Last) HOWARD GATLIN |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) ANNA BELL WILLIAMS | 13a. INFORMANT'S NAME (First, Middle, Last) JOHN TAYLOR | 13b. RELATIONSHIP TO DECEDENT GRAND CHILD |
|---|---|---|

| 13c. MAILING ADDRESS ███ ATLANTA GEORGIA 30316 | 14. DECEDENT'S EDUCATION ASSOCIATE DEGREE |
|---|---|

| 15. ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) NO, NOT SPANISH/HISPANIC/LATINO | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) BLACK OR AFRICAN-AMERICAN |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) HOSPICE FACILITY |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) HARBOR GRACE HOSPICE | 19. CITY, TOWN or LOCATION OF DEATH ATLANTA | 20. COUNTY OF DEATH FULTON |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify) BURIAL | 22. PLACE OF DISPOSITION KENNEDY MEMORIAL GARDENS 2500 RIVER ROAD ELLENWOOD GEORGIA 30294 | 23. DISPOSITION DATE (Mo., Day, Year) 10/22/2015 |
|---|---|---|

| 24a. EMBALMER'S NAME TAWANNA M. JOHNSON | 24b. EMBALMER LICENSE NO. 4872 | 25. FUNERAL HOME NAME GREGORY B LEVETT AND SONS S DEK CH |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS 4347 FLAT SHOALS PKWY DECATUR GEORGIA 30034 |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR TAMIKA AMEY | 26b. FUN. DIR. LICENSE NO 5164 | AMENDMENTS |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) 10/16/2015 | 28. HOUR PRONOUNCED DEAD 03:00 AM |
|---|---|

| 29a. PRONOUNCER'S NAME Carolyn Faye West | 29b. LICENSE NUMBER RN128056 | 29c. DATE SIGNED 10/16/2015 |
|---|---|---|

| 30. TIME OF DEATH 03:00 AM | 31. WAS CASE REFERRED TO MEDICAL EXAMINER NO |
|---|---|

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. CARDIORESPIRATORY ARREST | UNKNOWN |
| | Due to, or as a consequence of | |
| | B. STAPHYLOCOCCAL AUREUS BACTEREMIA | ONE WEEK |
| | Due to, or as a consequence of | |
| | C. ALZHEIMERS DEMENTIA END STAGE | LONGSTANDING |
| | Due to, or as a consequence of | |
| | D. | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death. | 33. WAS AUTOPSY PERFORMED? NO | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH NO | 36. IF FEMALE (range 10-54) PREGNANT NOT APPLICABLE | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) NATURAL |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) TOREY CECILE BURKE CLARK, 5, 036943 | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year) 10/21/2015 | 45b. HOUR OF DEATH 03:00 AM | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH TOREY CECILE BURKE CLARK 500 LANIER AVENUE W FAYETTEVILLE GEORGIA 30214 |
|---|

| 48. REGISTRAR (Signature) /S/ GWENDOLYN DUFFIN | 49. DATE FILED - REGISTRAR (Mo., Day, Year) 10/22/2015 |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

Exhibit 65

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Gwendolyn Durbin*

DEPUTY STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

APR 29 2019

DATE ISSUED: _____

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**