Exhibit 69

## *No Headline In Original*

Global Broadcast Database - English Local News 6:01 PM CBS

September 16, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 358 words

## Body

STATION: 12 WDEF

Chattanooga, TN

IMPROVES. SANFORD, PEOPLE ARE STRUGGLING WITH GAS PRICES, FOOD PRICES HAVE GONE UP, SOON ELECTRICAL INCREASE THE WATER COMPANIES LOOKING AT AN INCREASE. THESE JOB SEEKERS HOPE THE ECONOMY REBOUNDS SOONER THAN LATER.

SANFORD SAYS THERE ARE THINGS YOU CAN DO TO SAFEGUARD YOUR MONEY, JUST LOG ONTO OUR WEBSITE FOR TIPS ON SURVIVING THE DOWNTURN. THE SENTENCING OF ***REJON TAYLOR*** HIT A SNAG TODAY. A JURY CONVICTED HIM OF KIDNAPPING AND KILLING AN ATLANTA RESTAURANT OWNER AND DUMPING HIS BODY IN COLLEGEDALE. NOW THE JURY MUST DECIDE ON WHETHER TO GIVE TAYLOR THE DEATH PENALTY. THE PROSECUTION WANTED TO PLAY RECORDINGS THEY GOT OF HIM ON THE PHONE TALKING ABOUT THE JURY. HE CALLED THEM 'RACIST REDNECKS.' THEY SAY IT SHOWS THAT TAYLOR IS NOT SORRY FOR HIS CRIME. BUT THE DEFENSE ARGUES IT WILL JUST INFLAME THE JURY. THE JUDGE POSTPONED THE SENTENCING PHASE UNTIL NEXT WEEK. THE VICTIM IN YESTERDAY'S SHOOTING ON RYAN STREET IS IMPROVING. 58-YEAR OLD LEROY MCDERMOTT IS IN STABLE CONDITION AND MAY BE RELEASED FROM THE HOSPITAL TODAY. LAST NIGHT.. POLICE RELEASED THE MAN THEY TOOK INTO CUSTODY FOR QUESTIONING. TONIGHT THEY ARE ASKING FOR THE PUBLIC'S HELP IN THE CASE. IF YOU HAVE ANY INFORMATION.. PLEASE CALL THE CHATTANOOGA POLICE DEPARTMENT. A WELL-KNOWN PLASTIC SURGEON DIED IN A MORNING WRECK IN SEQUATCHIE COUNTY. INVESTIGATORS SAY IT APPEARS DOCTOR J.D. FRANKLIN'S CAR CROSSED A LANE OF TRAFFIC AND HIT A BRIDGE PIER ON HIGHWAY 1-11 AT EAST VALLEY ROAD. FRANKLIN WAS FLOWN TO ERLANGER WHERE HE LATER DIED. THE ACCIDENT IS STILL UNDER INVESTIGATION BY THE TENNESSEE HIGHWAY PATROL. DR. FRANKLIN'S PRACTICE WAS CALLED SPECIALISTS IN PLASTIC SURGERY WITH OFFICES IN THE ERLANGER MEDICAL MALL. WHITFIELD COUNTY OFFICIALS SAY THEY HAVE SOLVED PROBLEMS IN THEIR 9-1-1 SYSTEM. YESTERDAY, WE TOLD YOU THAT THERE WAS SOME INTERFERENCE ON VERIZON CELLULAR CALLS. THEY ALSO HAD PROBLEMS WITH SPRINT CALLS ON SUNDAY. OFFICIALS SAY THEY DON'T KNOW WHAT CAUSED THE PROBLEM.. BUT IT CHECKED OUT OKAY TODAY. WE HAVE MORE NEWS ABOUT BUDGET CUTS ON COLLEGE CAMPUSES TONIGHT. FIRST.. THE LATEST FROM NORTHWESTERN TECHNICAL COLLEGE IN WALKER COUNTY. THE INTERIM

**Load-Date:** September 18, 2008

Exhibit 69

Page 2 of 2

No Headline In Original

**End of Document**