Exhibit 70

## *No Headline In Original*

Global Broadcast Database - English Local News 12:00 PM CBS

September 16, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 329 words

## Body

STATION: 12 WDEF

Chattanooga, TN

NOON. I'M JOE LEGGE. THANKS FOR JOINING US. THE SENTENCING PHASE OF CHATTANOOGA'S FIRST FEDERAL DEATH PENALTY CASE WAS PUT ON HOLD TODAY -- UNTIL NEXT WEEK.

THE LATEST NOW IN OUR TOP LOCAL STORY. A JURY CONVICTED 24-YEAR-OLD ***REJON TAYLOR*** EIGHT DAYS AGO IN THE AUGUST 2003 KIDNAPPING AND MURDER OF ATLANTA RESTAURANT OWNER GUY LUCK. JUDGE CURTIS COLLIER TODAY ORDERED THE DELAY BECAUSE OF PHONE CALLS TAYLOR MADE FROM HIS JAIL CELL REFERRING TO THE JURORS AS 'RACIST REDNECKS.' PROSECUTORS PLAN TO USE THE CALLS AS PART OF THEIR ARGUMENT FOR THE DEATH PENALTY. DEFENSE ATTORNEYS SAY THEY ONLY LEARNED ABOUT THE CALLS LATE YESTERDAY. ATTORNEYS WILL ARGUE THEIR SIDES NEXT MONDAY. SEVERAL BLOCKS AWAY AT THE HAMILTON COUNTY COURTS BUILDING, THE MURDER TRIAL OF DYRON YOKLEY RESUMES AFTER A LONG WEEKEND. YOKLEY IS ACCUSED OF GUNNING DOWN TYRUS STEELE IN A DRUG DEAL AT WHITE OAK PARK IN RED BANK IN JANUARY 2007. JURORS TOOK A FIELD TRIP LAST WEEK TO THE PARK TO VIEW THE CRIME SCENE. YOKLEY ADMITS HE SHOT STEELE, BUT SAYS HE DID SO OUT OF FEAR FOR HIS OWN LIFE. A NEWS 12 UPDATE NOW ON THE 9-1-1 CELL PHONE PROBLEMS IN WHITFIELD, MURRAY, AND GORDON COUNTIES. WHITFIELD COUNTY EMERGENCY SERVICES PERSONNEL SAY THEY FINALLY RESOLVED PROBLEMS RECEIVING 9-1-1 CALLS FROM VERIZON CUSTOMERS THIS MORNING. THEY RESOLVED ISSUES WITH SPRINT CALLERS MONDAY. CELL PHONE USERS BEGAN HAVING PROBLEMS OVER THE WEEKEND WHEN STATIC AND OTHER MECHANICAL NOISES DROWNED OUT THEIR 9-1-1 CALLS. VOTERS IN ONE NORTHWEST GEORGIA COUNTY WILL DETERMINE TODAY IF THEY WILL CONTINUE PAYING AN EXTRA ONE-CENT SALES TAX. THE POLLS ARE OPEN IN CATOOSA COUNTY UNTIL 7:00 TONIGHT FOR THE SPLOST REFERENDUM. THE COUNTY PLANS TO USE THE MONEY TO UPGRADE THE 9-1-1 CENTER; IMPROVE SEWERS, ROADS, BRIDGES AND RECREATIONAL FACILITIES AND THE PURCHASE OF NEW PATROL CARS. DECLINING ENERGY PRICES HAVE FINALLY CAUSED A DECLINE IN CONSUMER PRICES. BUT THE STOCK MARKET IS FOCUSED ELSEWHERE... HOPING THE CASCADE OF BAD

**Load-Date:** September 18, 2008