Exhibit 71

### *No Headline In Original*

Global Broadcast Database - English News Ch 9 Midday 11:59 AM ABC

September 16, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 329 words

## Body

STATION: 9 WTVC

Chattanooga, TN

FIRE CREWS ARE ON THE SCENE OF A HOUSE FIRE ON HAMILTON COVE ROAD. IT BROKE OUT ABOUT AN HOUR-AND-A- HALF AGO. VO HERE YOU CAN SEE SMOKE POURING FROM THE HOME.

OUR CREW ON THE SCENE GATHERING INFORMATION HAS LEARNED A CONTRACTOR FOR THE E- P-B WAS DOING WORK ON A METER OUTSIDE A HOME.. WHEN SOMETHING WENT WRONG.. A SURGE HIT THE GROUND.. AND WAS SENT INTO SEVERAL HOMES. THAT POWER SURGE CAUSED A HOME TO CATCH FIRE. FIREFIGHTERS ON THE SCENE SAY NO ONE IS HURT AND THE FIRE IS UNDER CONTROL. DEPEND ON NEWSCHANNEL9 AND NEWSCHANNEL 9.COM TO BRING YOU MORE DETAILS IN THIS DEVELOPING STORY.. AS WE GET THEM. WE HAVE DEVELOPING INFORMATION IN THE FEDERAL DEATH PENALTY TRIAL AGAINST ***REJON TAYLOR***. A CHATTANOOGA JURY THAT DELIBERATED LESS THAN FOUR HOURS BEFORE RETURNING A GUILTY VERDICT WAS EXPECTED TO BEGIN THE SENTENCING PHASE TODAY. VO BUT, ABOUT AN HOUR AGO CAME WORD THAT THE TRIAL HAS BEEN DELAYED. A PROSECUTOR WANTS A JAILHOUSE RECORDING OF THE DEFENDANT DESCRIBING THE JURY AS A QUOTE - 'RACIST REDNECKS' -- PLAYED FOR THEM BEFORE THEY SENTENCE HIM. WHEN U-S DISTRICT JUDGE CURTIS COLLIER DELAYED THE SENTENCING PHASE OF 24-YEAR-OLD TAYLOR'S TRIAL.. DEFENSE ATTORNEYS OBJECTED.. SAYING IT WOULD UNNECESSARILY INFLAME THE 12-MEMBER JURY PANEL THAT HAS ONE BLACK MEMBER. AN ASSISTANT U-S SAID JURORS SHOULD HEAR RECORDINGS OF TAYLOR'S JAILHOUSE TELEPHONE CALLS IN RECENT WEEKS. HE SAID THE CALLS SHOW TAYLOR HAS NO REMORSE AND REMAINS DANGEROUS. THE JUDGE INSTRUCTED JURORS, WHO CONVICTED HIM LAST WEEK IN THE 2003 KIDNAPPING AND MURDER OF AN ATLANTA RESTAURANT OWNER, TO RETURN SEPTEMBER 23RD. DEPEND ON US TO CONTINUE FOLLOWING THIS DEVELOPING STORY ON NEWSCHANNEL 9 AND NEWSCHANNEL9.COM. TODAY, ATTORNEYS FOR DEATH ROW INMATE TROY DAVIS VO HAVE ASKED THE GEORGIA SUPREME COURT TO STAY HIS EXECUTION WHILE THEY APPEAL HIS CASE TO THE U-S SUPREME COURT. DAVIS, WHO WAS CONVICTED OF THE 19-89 MURDER OF A SAVANNAH POLICE OFFICER, IS SCHEDULED TO BE EXECUTED IN ONE WEEK.

**Load-Date:** September 18, 2008