Exhibit 3.3



# Armstead Copeland
## in the 1880 United States Federal Census

| | |
|---|---|
| Name: | Armstead Copeland |
| Age: | 20 |
| Birth Date: | Abt 1860 |
| Birthplace: | Georgia |
| Home in 1880: | District 101 and 104, Hancock, Georgia, USA |
| Dwelling Number: | 71 |
| Race: | Black |
| Gender: | Male |
| Relation to Head of House: | Grandson |
| Marital status: | Single |
| Father's Birthplace: | Georgia |
| Mother's Birthplace: | Georgia |
| Cannot Read: | Yes |
| Cannot Write: | Yes |
| Neighbors: | View others on page |

Household Members:

| Name | Age |
|---|---|
| Ike Butler | 51 |
| Mariah Butler | 70 |
| Armstead Copeland | 20 |

## Source Citation

Year: *1880*; Census Place: *District 101 and 104, Hancock, Georgia*; Roll: *150*; Page: *208C*; Enumeration District: *045*

## Source Information

Ancestry.com and The Church of Jesus Christ of Latter-day Saints. *1880 United States Federal Census* [database on-line]. Lehi, UT, USA: Ancestry.com Operations Inc, 2010. 1880 U.S. Census Index provided by The Church of Jesus Christ of Latter-day Saints © Copyright 1999 Intellectual Reserve, Inc. All rights reserved. All use is subject to the limited use license and other terms and conditions applicable to this site.

Original data: Tenth Census of the United States, 1880. (NARA microfilm publication T9, 1,454 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C.

Exhibit 3.3

Description
This database is an index to 50 million individuals enumerated in the 1880 United States Federal Census. Census takers recorded many details including each person's name, address, occupation, relationship to the head of household, race, sex, age at last birthday, marital status, place of birth, parents' place of birth. Additionally, the names of those listed on the population schedule are linked to actual images of the 1880 Federal Census. Learn more...

© 2019, Ancestry.com