Exhibit 3.6

7-224.

## TWELFTH CENSUS OF THE UNITED STATES.

B

### SCHEDULE No. 1.—POPULATION.

State **Arkansas**
County **Chis t**

Township or other division of county **McConnell Township**

Name of incorporated city, town, or village, within the above-named division.

Supervisor's District No. **6**
Enumeration District No. **32**
Sheet No. **22**

Name of Institution,

Ward of city,

Enumerated by me on the **25** day of June, 1900, **Chas A. Kruse.**, Enumerator.

| LOCATION | NAME | RELATION | PERSONAL DESCRIPTION | NATIVITY | CITIZENSHIP | OCCUPATION | EDUCATION | OWNERSHIP |
|---|---|---|---|---|---|---|---|---|

*(Census population schedule — handwritten entries, rows of individuals including surnames Davis, Smith, Turner, Clark, Green, Kyle, Gibson, Wells, Copeland, Brown, Berry, Boone, Jackson, Perry, Lucas, in McConnell Township, Arkansas.)*

Exhibit 3.6