Exhibit 3.7

James B. Clarida.                    Texola, Okla.
Rejected.
                    No application filed. Exception
filed November 9th, 1909 and sets forth no substantial
ground for enrollment of applicant.

Robert A. Clarida.                   Texola, Okla.
Rejected.
                    No application filed until Novem-
ber 2nd, 1909. Application, in form of exception, sets
forth no substantial ground for enrollment of applicant.

Jesse S. Coffman,                    Fairland, Okla.
Sequichie E. Coffman, and
Earl S. Coffman, minors.
Recommended.
                    These are the minor children of
Cornelia J. Williams, Roll No. 29304. They were omitted
from the original application.

Loovner Cole.                        Lewner, Ga.
Rejected.
                    Applicant did not file application
until August 19th, 1909. Names of ancestors do not appear
on any of the Eastern Cherokee rolls.

Richard Collier.                     Sallisaw, Okla.
Recommended.
                    No application filed until October
29th, 1909. Applicant's brother and sister, Jesse and
Hattie M. Collier, on Miller Roll Nos. 8108 and 8109, re-
spectively.

Raymond F. Cooper,                   St. Elmo, Tenn.
Allie D. Cooper, and
William G. Cooper.

Recommended.          Minor children of Laura A. Cooper,
applicant No. 21884, Roll No. 574. Not included in original
application.

Armsted Copland.                     Muskogee, Okla.
Rejected.                            905 Cherokee St.



No application filed until June 1st, 1909. Application sets forth no substantial ground for enrollment of applicant.

David S. Cordery, minor.                    Manard, Okla.
Recommended.

No application filed until August 31st, 1909. Applicant claims through same source as his uncles, Thomas J. and James Cordery, enrolled at Nos. 8410 and 8432, respectively.