Exhibit 3.8



Certificate of Death / State of Georgia

This is to certify that this is a true and correct copy of the certificate filed with the Vital Records Service, Georgia Department of Human Resources. This certified copy is issued under the authority of Chapter 31-10, Vital Records Code of Georgia.