

# Funeral Notices

## ADAMS

Mrs. Martha Frances Adams of Hapeville, GA., died March 4, 1985. Survived by husband, Mr. Thomas L. Adams; daughters, Miss Nancy O'Hare, Atlanta; Mrs. Tina Adams Pickard, East Point; son, Mr. John J. O'Hare, Baltimore, MD.; mother, Mrs. Helen Tyler Love, Hapeville; sister, Mrs. Maggie T. Simpson, Hapeville; brothers, Mr. Douglas Brown Tyler, Sanford, FL.; Mr. Joseph W. Tyler, Houston, TX.; grandchildren, Colleen O'Hare and J.J. O'Hare. Funeral services 1 p.m., Thursday, Chapel of Howard L. Carmichael & Sons. Rev. Ronald L. Mensinger officiating. Interment, College Park Cemetery.

## BAKER

Mrs. Mary Magdalene Baker, age 80 of Loganville, died Tuesday, March 5. She is survived by four sons, Mr. William L. Baker of Hapeville, Mr. and Mrs. James C. (Harriet) Baker of Chamblee, Mr. J.C. Baker and Betty Summers, both of Riverdale, Mr. and Mrs. Dennis (Glenda) Baker; five daughters, Mr. and Mrs. Arthur (Evelyn) Norred of Jackson, Ms. Sue Rieke of Covington, Mr. and Mrs.

## DURAND

Mr. Troy E. Durand, Oxford, died March 4. Surviving are wife, Mrs. Mamie M. Durand; daughter, Mrs. Linda Maloy, Germany; son, Mr. Bruce Durand, Loganville; brothers, Mr. Guy Durand, Covington, Mr. Tom Durand; sisters, Miss Eula Durand, Mrs. Belle McDonald, Mrs. Ruth Rhodes, Monroe; four grandchildren. Funeral services will be held Thursday at 2 p.m. at Walnut Grove Baptist Church with remains place at 1:30. Rev. L.L. Kitchens. Rev. Wayne Sosebee and Rev. James West officiating. Interment, Lawnwood Memorial Park. Caldwell & Cowan, Covington.

## EBERHART

Mrs. Bettye T. Eberhart of 2912 Phesant Dr., Decatur, the daughter of Mrs. Addie L. Smith, passed away on March 3, 1985. Her funeral will be announced by Donald Trimble Mortuary, 1876 Second Ave., 371-0772-3.

## EDMONDS

Mrs. Lillie D. Edmonds of 502 Harris St., Monroe, formerly of 269 Fairfax St., N.E., Atlanta, and wife of the late Johnson Edmonds, died March 4, 1985. Cousin of Rebecca Arnold Lockett, Cleveland, OH; aunt

Clipped By:



**dgloeckner**
Mon, Mar 18, 2019

Copyright © 2019 Newspapers.com. All Rights Reserved.