Exhibit 3.10

**ATLANTA MAN IS STABBED TO DEATH:** A southwest Atlanta man was stabbed in the chest and killed early Sunday morning, and police are searching for suspects.

After he was stabbed, Ceasar Jerome Anderson, 36, of 3146 Reeves Circle, stumbled to a residence at 1473 Twiggs Street S.W. and pounded on the door, said homicide Detective J.R. Daniels.

"When the person inside opened the door, the victim collapsed and died right there," the detective said.

Police said they have no suspects or motive.