Exhibit 3.15



# Georgia Department of Corrections

## Booking Report

| ame: | First Name: | Middle Name: |
|------|-------------|--------------|
| YLOR | **JOHNNY** | |

| BKG# | UNO# | Date Received: |
|------|------|----------------|
| **EH155937** | **380941** | **12/15/1998** |

| Height: | Weight: | Eyes: | Hair: |
|---------|---------|-------|-------|
| 02 | 176 | **BROWN** | **BLACK** |

| Facial Hair: | Build: | Culture: | Race: |
|--------------|--------|----------|-------|
| | | | **BLACK** |

| Citizenship: | Marital Status: | Year of Entry: |
|--------------|-----------------|----------------|
| | | |

Additional Information:

Exhibit 3.15

## Hancock State Prison

### Classification Record

INMATE'S NAME: Taylor, Johnny    GDC # 380941

MRD: Life    TPM: _____    PIC: _____

Escapes (date & place): 1983 G.SP

Pending Charges & Detainers: Federal

## INMATE DETAIL ASSIGNMENT

| REASON FOR ASSIGNMENT | DATE | FROM | TO | SIGNED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECURITY REVIEWS – NEEDS ASSESSMENTS

| Security Review DATE | From | To | SIGNED | Date NAPPS Completed |
|---|---|---|---|---|
| 10/22/03 | C/o | Med | | 2.24.04 |
| 4-30-04 | Med | med | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## GROUP COMPLETIONS

| Group | Date Completed |
|---|---|
| 101 | |
| nily Violence | |
| im Impact | |
| ective Thinking | |
| Education | |
| lanagement | |
| /Substance Abuse | |
| se/Vital Issues | |
| | |
| | |
| | |

GA DEPT OF CORRECTIONS - SCRIB      HANCOCK STATE PRISON

Offender Schedule

Exhibit 3.15
October 05, 2007   02:30 PM
Printed By: WILLIAMS, KAREN
Page 890 of 1489

Timeframe:   10/07/2007   to   10/13/2007

House: H-1

Bed:   H-1-219-B          Name:   TAYLOR, JOHNNY L                          GDC ID:  380941
Birthdate:   07/02/1954   Age:  53   Race: BLACK          Security: MINIMUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|-----------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIB          HANCOCK STATE PRISON                    July    05, 2007    10:23 AM
Offender Schedule                                                              Printed By: BATTLE, MINNIE
                                                                                        Page 874 of ***

Timeframe:    07/09/2007   to   07/15/2007

House:  H-1

Bed:  H-1-219-B          Name:  TAYLOR  JOHNNY L                          GDC ID:  380941
Birthdate:  07/02/1954    Age: 53    Race:  BLACK          Security:  MEDIUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|------------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

GA DEPT OF CORRECTIONS - SCRIB       HANCOCK STATE PRISON

Offender Schedule

Exhibit 3.15

April   05, 2007    01:00 PM

Printed By: WILLIAMS, KAREN

Page 891 of ***

Timeframe:   04/08/2007   to   04/14/2007

House: H-1

| Bed: | H-1-219-B | | Name: | TAYLOR, JOHNNY L | | | | GDC ID: 380941 |
|------|-----------|--|-------|------------------|--|--|--|----------------|
| Birthdate: | 07/02/1954 | Age: 52 | Race: BLACK | | | Security: MEDIUM | | |

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|------------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIB
Offender Schedule

HANCOCK STATE PRISON

January  05, 2007    11:55 AM
Printed By: COPELAND, TANISHA
Page 879 of ***

Timeframe:    01/08/2007    to    01/14/2007

House: H-1

Bed:   H-1-219-B          Name:    TAYLOR, JOHNNY L                                          GDC ID:  360941
Birthdate:  07/02/1954      Age:  52    Race:  BLACK                    Security:  MEDIUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|------------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|-----------|----------|---------------------|

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

October 4, 2006    11:33 am
Report 6087          Page  88
Printed By COPELTOO

```
                              In/   Birth
        Name          I.D.   PRE Sec TP Out   Date   Age Race House Bed  Counselor Local Code
------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- -------------------
==========================================================================================================
TAYLOR,JOHNNY L          380941      MED 8      7/02/54 52  B  H-1    219-B FARA     CBO
*** Profile ***   Last Changed  2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006
==========================================================================================================
```

```
              Sched Start/
Day  Time  * Flag 1/Thru              Activity               Supervisor Loc                Comment
---  -----  - ----- -----  ----------------------------------  ------  ----  -------------------------------
Mon  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM

Tue  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM
Tue  13:45  *         PERSONAL-STORE AND BARBERSHOP TIME          CO    PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4          CO    IBAR

Wed  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM

Thu  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM

Fri  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM

Sat  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM

Sun  07:15            CELL   -CELLBLOCK ORDERLY                   CO    DORM
```

```
********************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                        ALL TIMES!!!                                     *
********************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

July 6, 2006     12:20 pm
Report 6087          Page  85
Printed By WILLIK00

| | Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TAYLOR,JOHNNY L            380941        MED 8       7/02/54 52   B   H-1      219-B FARA     CBO
*** Profile ***   Last Changed  2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|---|---|---|---|---|---|---|---|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIMES!!!                                   *
************************************************************************
```



```
                              In/   Birth
            Name           I.D.   PRE Sec TP Out  Date   Age Race House Bed  Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==================================================================================================
TAYLOR,JOHNNY L             380941       MED 8      7/02/54 51  B  H-1    219-B FARA     CBO
*** Profile ***   Last Changed  2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006
==================================================================================================
          Sched Start/
Day  Time  * Flag 1/Thru            Activity            Supervisor Loc              Comment
---  ----- - ----- -----  ------------------------------ ------  ---- --------------------------------
Mon  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM

Tue  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM
Tue  13:30  *        STORE3 -STORE 3 (EAST SIDE)                  EAST
Tue  13:45  *        PERSONAL-STORE AND BARBERSHOP TIME    CO     PERS
Tue  14:45  *        BSHOP2 -BARBER SHOP WK 2 AND WK 4      CO     IBAR

Wed  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM

Thu  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM

Fri  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM

Sat  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM

Sun  07:15           CELL   -CELLBLOCK ORDERLY             CO     DORM
```

```
********************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIMES!!!                                   *
********************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
January 5, 2006    3:23 pm
Report 6087        Page  74
Printed By WILLIKOO

```
                                   In/   Birth
          Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------

=================================================================================================================
TAYLOR,JOHNNY L            380941        MED 8     7/02/54 51  B  H-1    219-B FARA       CBO
*** Profile ***    Last Changed  7/20/05
*Bottom bunk x 6 months (01/20/2006).
 hs snack until: 10/20/2005
=================================================================================================================
```

```
          Sched Start/
Day  Time  * Flag 1/Thru            Activity                 Supervisor Loc              Comment
---  -----  - ----- -----  -------------------------------   ------   ----  -------------------------------------

Mon  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM

Tue  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM
Tue  13:30  *         STORE3 -STORE 3 (EAST SIDE)                      EAST
Tue  13:45  *         PERSONAL-STORE AND BARBERSHOP TIME         CO     PERS
Tue  14:45  *         BSHOP2 -BARBER SHOP WK 2 AND WK 4          CO     IBAR

Wed  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM

Thu  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM

Fri  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM

Sat  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM

Sun  07:15            CELL   -CELLBLOCK ORDERLY                 CO     DORM
```

```
*********************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT       *
*                         ALL TIMES!!!                                       *
*********************************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

October 5, 2005    4:52 pm
Report 6087        Page  78
Printed By COPELT00
Indicated As-Of 10/05/2005

| Name | I.D.. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|-------|-----------|---------|------------|-----|------|-------|-----|-----------|------------|
| TAYLOR,JOHNNY L | 380941 | MED B | | 7/02/54 | 51 | B | H-1 | 219-B | FARA | CBO |

*** Profile ***    Last Changed  7/20/05
*Bottom bunk x 6 months (01/20/2006).
 hs snack until: 10/20/2005

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|-----------|-----|---------|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

Indicated As-Of 10/05/2005
*******************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                          ALL TIMES!!!                                  *
*******************************************************************

Exhibit 3.15

|  | Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|---|---|---|---|---|---|---|---|---|---|---|---|

TAYLOR,JOHNNY L.              380941      MED 8        7/02/54 51   B  H-1      219-B FARA      CBO
*** Profile ***  Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|---|---|---|---|---|---|---|---|
| Mon | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Tue | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) |  | EAST |  |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS |  |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR |  |
| Wed | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Thu | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Fri | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Sat | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |
| Sun | 07:15 |  | CELL | -CELLBLOCK ORDERLY | CO | DORM |  |

```
**********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                        ALL TIMES!!!                                     *
**********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

April 7, 2005   Exhibit 3.15   8:28 am
Report 6087        Page  80
Printed By COPELT00
Indicated As-Of 4/07/2005

```
                                      In/   Birth
            Name              I.D.   PRE Sec TP Out   Date   Age Race  House  Bed   Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
=========================================================================================================================

TAYLOR,JOHNNY L               380941      MED 8       7/02/54 50  B  H-1     219-B PEAJ      CBO
*** Profile ***   Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).
=========================================================================================================================

           Sched Start/
Day Time  * Flag 1/Thru                   Activity                  Supervisor Loc                  Comment
--- -----  - ----- -----  -------------------------------------    ------  ---- ----------------------------------------
Mon  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM

Tue  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM
Tue  13:30  *          STORE3  -STORE 3 (EAST SIDE)                         EAST
Tue  13:45  *          PERSONAL-STORE AND BARBERSHOP TIME             CO    PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4             CO    IBAR

Wed  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM

Thu  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM

Fri  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM

Sat  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM

Sun  07:15             CELL    -CELLBLOCK ORDERLY                     CO    DORM
```

Indicated As-Of 4/07/2005
*********************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                          ALL TIMES!!!                                   *
*********************************************************************************

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
January 6, 2005  4:28 pm
Report 6087          Page  83
Printed By WILLIK00

```
                                      In/   Birth
          Name              I.D.   PRE Sec TP Out   Date   Age Race House Bed  Counselor Local Code
------------------------------------------------------------------------------------------------------
======================================================================================================
TAYLOR,JOHNNY L             380941      MED       7/02/54 50  B  H-1   219-B FOSJ    CBO
*** Profile ***   Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).
======================================================================================================
```

```
              Sched Start/
Day  Time  * Flag 1/Thru              Activity                 Supervisor Loc                Comment
---  -----  - ----- -----  ----------------------------------  ------  ----  --------------------------------
Mon  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM

Tue  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM
Tue  13:30  *          STORE3 -STORE 3 (EAST SIDE)                      EAST
Tue  13:45  *          PERSONAL-STORE AND BARBERSHOP TIME         CO    PERS
Tue  14:45  *          BSHOP2 -BARBER SHOP WK 2 AND WK 4          CO    IBAR

Wed  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM

Thu  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM

Fri  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM

Sat  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM

Sun  07:15             CELL   -CELLBLOCK ORDERLY                  CO    DORM
```

```
        ***********************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
        *                          ALL TIMES!!!                                 *
        ***********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

October 7, 2004   10:08 am
Report 6087          Page 82
Printed By WILLIK00

```
                                       In/  Birth
            Name              I.D.   PRE Sec TP Out   Date   Age Race  House  Bed   Counselor Local Code
--------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
====================================================================================================================
TAYLOR,JOHNNY L               380941      MED        7/02/54 50  B   H-1     219-B RIGN      CBO
*** Profile ***   Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).
====================================================================================================================
```

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
**********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                     ALL TIMES!!!                                    *
**********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

July 15, 2004          4:58 pm
Report 6087          Page 235
Printed By WILLIKOO

|      |      |        |        | In/ | Birth |     |      |       |     |           |            |
| Name | I.D. | PRE Sec TP | Out | Date | Age Race | House | Bed | Counselor | Local Code |

TAYLOR,JOHNNY L          380941          MED          7/02/54 50   B  H-1          219-B BECKS          CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
  bunk x 6 months (11/01/2002-05/01/2003).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Mon | 07:15 | S | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                    ALL TIMES!!!                                   *
*********************************************************************
```

Exhibit 3.15

Department of Corrections                                                    April 8, 2004      10:43 am
OFFENDER MANAGEMENT SYSTEM                                                   Report 6087          Page  82
Weekly Offender Schedule Report                                             Printed By WILLIKOO

```
                                        In/   Birth
           Name              I.D.   PRE Sec TP Out   Date   Age Race  House  Bed   Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
====================================================================================================================

TAYLOR,JOHNNY L              380941       MED       7/02/54 49  B  H-1      219-B DEAJ      CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
====================================================================================================================

              Sched Start/
Day  Time  * Flag 1/Thru                  Activity              Supervisor Loc                Comment
---  ----- - ----- -----  -------------------------------------  -------  ----  -------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Mon  09:55            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Tue  09:55            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                         EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY              CO     PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4           CO     IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Wed  09:55            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Thu  09:55            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Fri  09:55            DORM-H1 -DORM ORDERLY H-1                     CO     H1
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                     CO     H1
```

```
        ****************************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT     *
        *                        ALL TIMES!!!                                      *
        ****************************************************************************
```

Exhibit 3.15

```
                                          In/   Birth
            Name              I.D.   PRE Sec TP Out  Date  Age Race House  Bed   Counselor Local Code
--------------------------- ----------- --- --- -- --- -------- --- --- -------- ----- --------- ------------------
============================================================================================================

TAYLOR,JOHNNY L             380941      MED       7/02/54 49   B  H-1     219-B DEAJ      CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
============================================================================================================
           Sched Start/
Day  Time  * Flag  1/Thru                    Activity                Supervisor Loc                 Comment
---  -----  - -----  -----  ------------------------------------   ------  ----  -----------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Mon  09:55            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Tue  09:55            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                            EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY                CO      PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4             CO      IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Wed  09:55            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Thu  09:55            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Fri  09:55            DORM-H1 -DORM ORDERLY H-1                       CO      H1
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                       CO      H1
```

```
          ************************************************************************
          *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
          *                          ALL TIMES!!!                                *
          ************************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

| Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----------|---------|-----------|-----|------|-------|-----|-----------|-----------|
| TAYLOR,JOHNNY L | 380941 | CLO | | 7/02/54 | 49 | B | H-' | 219-B | DEAJ | CBO |

*** Profile ***    Last Changed 11/01/02

*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/talking x 2 months (11/01/2002-01/01/2003).  Bottom bunk x 6 months (11/01/2002-05/01/2003).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                      ALL TIMES!!!                                *
********************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

July 3, 2003    10:39 am
Report 6087          Page  83
Printed By WILLIK00

```
                                    In/   Birth
            Name              I.D.    PRE Sec TP Out   Date   Age Race House Bed   Counselor Local Code
------------------------------ ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==========================================================================================================
```

TAYLOR,JOHNNY L              380941      CLO         7/02/54 49  B  H-1      219-B DEAJ       CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
  bunk x 6 months (11/01/2002-05/01/2003).
```
==========================================================================================================
```

```
          Sched Start/
Day  Time  * Flag 1/Thru                Activity                  Supervisor Loc                 Comment
---  -----  - ----- -----  ------------------------------------- ------ ----  -----------------------------------------
```

| Day | Time | * Flag | Sched Start/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
        ******************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
        *                         ALL TIMES!!!                             *
        ******************************************************************
```

Exhibit 3.15

Department of Corrections                                                              April 4, 2003      10:18 am
OFFENDER MANAGEMENT SYSTEM                                                              Report 6087 .      Page  84
Weekly Offender Schedule Report                                                        Printed By WILLIKOO

```
                                        In/   Birth
              Name            I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
====================================================================================================================
TAYLOR,JOHNNY                155937    EH  CLO         7/02/54 48  B  H-1       2198 DEAJ     CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
====================================================================================================================

              Sched Start/
Day  Time   * Flag  1/Thru                Activity                   Supervisor Loc            Comment
---  -----  - ----- -----  --------------------------------------    ------     ----  ------------------------------------
Mon  07:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Mon  09:55          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Mon  13:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1

Tue  07:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Tue  09:55          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Tue  13:30          STORE3  -STORE 3 (EAST SIDE)                                 EAST
Tue  13:45          PERSONAL-PERSONAL TIME - LIBRARY                   CO        PERS
Tue  14:45  *       BSHOP2  -BARBER SHOP WK 2 AND WK 4                 CO        IBAR

Wed  07:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Wed  09:55          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Wed  13:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1

Thu  07:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Thu  09:55          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Thu  13:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1

Fri  07:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Fri  09:55          DORM-H1 -DORM ORDERLY H-1                          CO        H1
Fri  13:45          DORM-H1 -DORM ORDERLY H-1                          CO        H1
```

```
        ************************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
        *                          ALL TIMES!!!                                 *
        ************************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

```
                               In/   Birth
          Name            I.D.    PRE Sec TP Out   Data   Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==================================================================================================================
TAYLOR,JOHNNY             155937   EH  CLO       7/02/54 48  B  H-1    219B BECKS    CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
==================================================================================================================
            Sched Start/
Day  Time  * Flag 1/Thru               Activity              Supervisor Loc              Comment
---  ----- - ----- -----  ------------------------------      ------ ----  ---------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Mon  09:55            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Tue  09:55            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                   EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY          CO    PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4        CO    IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Wed  09:55            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Thu  09:55            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Fri  09:55            DORM-H1 -DORM ORDERLY H-1                 CO    H1
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                 CO    H1
```

```
**************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                        ALL TIMES!!!                                    *
**************************************************************************
```

```
                                  In/  Birth
          Name            I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ----------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
============================================================================================================
TAYLOR,JOHNNY             155937  EH  CLO     7/02/54 48  B  H-1    219B BECKS   CBO/WALK/CBO
*** Profile ***   Last Changed 10/02/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002).
============================================================================================================
              Sched Start/
Day  Time  * Flag 1/Thru              Activity                  Supervisor Loc              Comment
---  ----- - ----- -----  -------------------------------------- ------ ----  ----------------------------------
Mon  07:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
Mon  09:55             WALK2   -WELLNESS WALK                     FRAND  GYM
Mon  13:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1

Tue  07:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
Tue  09:55             WALK2   -WELLNESS WALK                     FRAND  GYM
Tue  13:30             STORE3  -STORE 3 (EAST SIDE)                      EAST
Tue  13:45             PERSONAL-PERSONAL TIME - LIBRARY           CO     PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4         CO     IBAR

Wed  07:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
Wed  09:55             WALK2   -WELLNESS WALK                     FRAND  GYM
Wed  13:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1

Thu  07:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
Thu  09:55             WALK2   -WELLNESS WALK                     FRAND  GYM
Thu  13:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1

Fri  07:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
Fri  09:55             WALK2   -WELLNESS WALK                     FRAND  GYM
Fri  13:45             DORM-H1 -DORM ORDERLY H-1                  CO     H1
```

```
        ***********************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
        *                        ALL TIMES!!!                                   *
        ***********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
October 3, 2002    2:08 pm
Report 6087        Page 86
Printed By WILLIKOO

```
                                        In/   Birth
          Name              I.D.   PRE Sec TP Out   Date   Age Race House Bed  Counselor Local Code
--------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- ------------------
=================================================================================================================
TAYLOR,JOHNNY              155937   EH  CLO      7/02/54 48  B  H-1     219B BECKS    CBO/WALK/CBO
*** Profile ***   Last Changed
*
=================================================================================================================
           Sched Start/
Day  Time  * Flag 1/Thru              Activity              Supervisor Loc                  Comment
---  ----- - ----- -----  ----------------------------------  ------   ----  -------------------------------------
Mon  07:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
Mon  09:55           WALK2   -WELLNESS WALK                     FRAND   GYM
Mon  13:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1

Tue  07:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
Tue  09:55           WALK2   -WELLNESS WALK                     FRAND   GYM
Tue  13:30           STORE3  -STORE 3 (EAST SIDE)                       EAST
Tue  13:45           PERSONAL-PERSONAL TIME - LIBRARY           CO      PERS
Tue  14:45  *        BSHOP2  -BARBER SHOP WK 2 AND WK 4         CO      IBAR

Wed  07:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
Wed  09:55           WALK2   -WELLNESS WALK                     FRAND   GYM
Wed  13:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1

Thu  07:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
Thu  09:55           WALK2   -WELLNESS WALK                     FRAND   GYM
Thu  13:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1

Fri  07:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
Fri  09:55           WALK2   -WELLNESS WALK                     FRAND   GYM
Fri  13:45           DORM-H1 -DORM ORDERLY H-1                  CO      H1
```

```
                 ********************************************************************
                 *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
                 *                        ALL TIMES!!!                               *
                 ********************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

```
                                       In/   Birth
            Name              I.D.   PRE Sec TP Out  Date   Age Race House Bed   Counselor Local Code
----------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- -------------------
==============================================================================================================
TAYLOR,JOHNNY                 155937     EH  CLO       7/02/54 48  B   H-1      219B BECKS     CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
==============================================================================================================
               Sched Start/
Day  Time   * Flag 1/Thru                    Activity                    Supervisor Loc                Comment
---  -----  - ----- -----  ------------------------------------------    ------  ----  ------------------------------------
Mon  07:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
Mon  09:55         S   DORM-H1 -DORM ORDERLY H-1                          CO      H1
Mon  13:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1

Tue  07:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
Tue  09:55         S   DORM-H1 -DORM ORDERLY H-1                          CO      H1
Tue  13:30             STORE3  -STORE 3 (EAST SIDE)                               EAST
Tue  13:45             PERSONAL-PERSONAL TIME - LIBRARY                   CO      PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4                 CO      IBAR

Wed  07:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
Wed  09:55         S   DORM-H1 -DORM ORDERLY H-1                          CO      H1
Wed  13:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1

Thu  07:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
Thu  09:55         S   DORM-H1 -DORM ORDERLY H-1                          CO      H1
Thu  13:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1

Fri  07:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
Fri  09:55         S   DORM-H1 -DORM ORDERLY H-1                          CO      H1
Fri  13:45             DORM-H1 -DORM ORDERLY H-1                          CO      H1
```

```
        *******************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
        *                        ALL TIMES!!!                               *
        *******************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

January 11, 2002    9:12 am
Report 6087         Page  79
Printed By WILLIK00

```
                                             In/  Birth
            Name              I.D.    PRE Sec TP Out   Date   Age Race House Bed  Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
====================================================================================================================
TAYLOR,JOHNNY                 155937    EH  CLO        7/02/54 47  B  H-1        219B MORK   CBO/WALK/CBO
*** Profile ***   Last Changed
*
====================================================================================================================
              Sched Start/
Day  Time  * Flag  1/Thru                  Activity                Supervisor Loc              Comment
---  ----- - ----- -----  -------------------------------------   ------  ----  --------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
Mon  09:55            WALK2   -WELLNESS WALK                       FRAND   GYM
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
Tue  09:55            WALK2   -WELLNESS WALK                       FRAND   GYM
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                         EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY             CO      PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4           CO      IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
Wed  09:55            WALK2   -WELLNESS WALK                       FRAND   GYM
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
Thu  09:55            WALK2   -WELLNESS WALK                       FRAND   GYM
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
Fri  09:55            WALK2   -WELLNESS WALK                       FRAND   GYM
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                    CO      H1
```

```
************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIME!!!!                                   *
************************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

|  | Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|---|------|------|-----|-----|----|---------|-----------|-----|------|-------|-----|-----------|------------|
|  | TAYLOR,JOHNNY | 155937 | EH | CLO |  |  | 7/02/54 | 47 | B | H-1 | 219B | MORK | CBO/WALK/CBO |

*** Profile ***   Last Changed
*

| Day | Time | * | Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|---|------|---------------------|----------|-----------|-----|---------|
| Mon | 07:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | 1BAR | |
| Wed | 07:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
*******************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                         ALL TIMES!!!                            *
*******************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

November 12, 2001     8:28 am
Report 6087          Page 34
Printed By WILLIK00

| Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|----|---------|-----------|-----|------|-------|-----|-----------|-----------|
| TAYLOR,JOHNNY | 155937 | 5H | CLO | | | 7/02/54 | 47 | B | H-1 | 219B | WORK | CBO/WALK/CBO |

*** Profile ***     Last Changed
*

|     |      | Sched Start/ |          |            |     |         |
|-----|------|--------------|----------|------------|-----|---------|
| Day | Time | * Flag 1/Thru | Activity | Supervisor | Loc | Comment |
| Mon | 07:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| | | | | | | |
| Tue | 07:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| | | | | | | |
| Wed | 07:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| | | | | | | |
| Thu | 07:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| | | | | | | |
| Fri | 07:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
****************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                       ALL TIMES!!!                                      *
****************************************************************
```

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 28 of 270
PageID #: 998

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

```
                                    In/   Birth
            Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
------------------------------ ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==========================================================================================================
TAYLOR,JOHNNY                 155937  EH  CLO        7/02/54 47  B  H-1      219B WORK   CBO/WALK/CBO
*** Profile ***   Last Changed
*
==========================================================================================================

          Sched Start/
Day  Time  * Flag  1/Thru                Activity                  Supervisor Loc              Comment
---  ----- - ----- -----  ------------------------------------     ------  ----  --------------------------
Mon  07:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
Mon  09:55                 WALK2   -WELLNESS WALK                    FRAND   GYM
Mon  13:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1

Tue  07:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
Tue  09:55                 WALK2   -WELLNESS WALK                    FRAND   GYM
Tue  13:30                 STORE3  -STORE 3 (EAST SIDE)                      EAST
Tue  13:45                 PERSONAL-PERSONAL TIME - LIBRARY          CO      PERS
Tue  14:45  *              BSHOP2  -BARBER SHOP WK 2 AND WK 4        CO      IBAR

Wed  07:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
Wed  09:55                 WALK2   -WELLNESS WALK                    FRAND   GYM
Wed  13:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1

Thu  07:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
Thu  09:55                 WALK2   -WELLNESS WALK                    FRAND   GYM
Thu  13:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1

Fri  07:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
Fri  09:55                 WALK2   -WELLNESS WALK                    FRAND   GYM
Fri  13:45                 DORM-H1 -DORM ORDERLY H-1                 CO      H1
```

```
          ************************************************************************
          *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
          *                          ALL TIMES!!!                                 *
          ************************************************************************
```

```
                                        In/  Birth
              Name              I.D.   PRE Sec TP Out   Date  Age Race House Bed  Counselor Local Code
         ------------------------ ---------- --- --- -- --- -------- --- --- -------- ----- --------- ------------------
         ===================================================================================================================

TAYLOR,JOHNNY                    155937     EH  CLO       7/02/54 47  B  H-1       219B MORK     CBO/WALK/CBO
*** Profile ***    Last Changed
*

         ===================================================================================================================

              Sched Start/
Day  Time  * Flag  1/Thru                 Activity                Supervisor Loc                    Comment
---  -----  - -----  ----- ------------------------------------- ------  ---- ------------------------------------------------
Mon  07:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
Mon  09:55              WALK2   -WELLNESS WALK                      FRAND  GYM
Mon  13:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1

Tue  07:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
Tue  09:55              WALK2   -WELLNESS WALK                      FRAND  GYM
Tue  13:30              STORE3  -STORE 3 (EAST SIDE)                       EAST
Tue  13:45              PERSONAL-PERSONAL TIME - LIBRARY            CO     PERS
Tue  14:45  *           BSHOP2  -BARBER SHOP WK 2 AND WK 4          CO     IBAR

Wed  07:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
Wed  09:55              WALK2   -WELLNESS WALK                      FRAND  GYM
Wed  13:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1

Thu  07:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
Thu  09:55              WALK2   -WELLNESS WALK                      FRAND  GYM
Thu  13:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1

Fri  07:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
Fri  09:55              WALK2   -WELLNESS WALK                      FRAND  GYM
Fri  13:45              DORM-H1 -DORM ORDERLY H-1                   CO     H1
```

```
              ***********************************************************************
              *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
              *                         ALL TIMES!!!                                   *
              ***********************************************************************
```

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 30 of 270
PageID #: 1000

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

May 11, 2001 Exhibit 3.15 2:05 pm
Report 6087          Page  78
Printed By WILLIKOO

| Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----------|---------|-----------|-----|------|-------|-----|-----------|------------|
| TAYLOR,JOHNNY | 155937 | EH  CLO | | 7/02/54 | 46 | B | H-1 | 219B | MORK | CBO/WALK/CBO |

*** Profile ***   Last Changed
*

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
******************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                         ALL TIMES!!!                                  *
******************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

October 16 2003  9:20 am      Exhibit 3.15
Report 6087        Page  82
Printed By WILLIKOO

```
                                        In/  Birth
              Name            I.D.   PRE Sec TP Out   Date   Age Race House Bed   Counselor Local Code
------------------------------ ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
========================================================================================================================
TAYLOR,JOHNNY                 155937    EH  CLO       7/02/54 46  B  H-1    219B MORK     CBO/WALK/CBO
*** Profile ***   Last Changed
*
========================================================================================================================
              Sched Start/
Day  Time   * Flag  1/Thru              Activity              Supervisor Loc            Comment
---  -----  - -----  -----  -------------------------------------  ------  ----  ----------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
Mon  09:55            WALK2   -WELLNESS WALK                      PUCM  YARD
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
Tue  09:55            WALK2   -WELLNESS WALK                      PUCM  YARD
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                      EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY            CO    PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4          CO    IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
Wed  09:55            WALK2   -WELLNESS WALK                      PUCM  YARD
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
Thu  09:55            WALK2   -WELLNESS WALK                      PUCM  YARD
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
Fri  09:55            WALK2   -WELLNESS WALK                      PUCM  YARD
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                   CO    H1
```

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIMES!!!                              *
*********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15   8:24 am
Report 6087       Page 84
Printed By WILLIK00

```
                                          In/  Birth
            Name           I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
============================================================================================================

TAYLOR,JOHNNY              155937   EH  CLO       7/02/54 46  B  H-1     219B MORK   CBO/WALK/CBO -
*** Profile ***   Last Changed
*
============================================================================================================
                Sched Start/
Day Time   * Flag 1/Thru              Activity                   Supervisor Loc              Comment
--- -----  - ----- ----- ----------------------------------     ------  ----  ------------------------------

Mon 07:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
Mon 09:55          WALK2   -WELLNESS WALK                         PUCM    YARD
Mon 13:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1

Tue 07:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
Tue 09:55          WALK2   -WELLNESS WALK                         PUCM    YARD
Tue 13:30          STORE3  -STORE 3 (EAST SIDE)                           EAST
Tue 13:45          PERSONAL-PERSONAL TIME - LIBRARY               CO      PERS
Tue 14:45  *       BSHOP2  -BARBER SHOP WK 2 AND WK 4             CO      IBAR

Wed 07:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
Wed 09:55          WALK2   -WELLNESS WALK                         PUCM    YARD
Wed 13:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1

Thu 07:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
Thu 09:55          WALK2   -WELLNESS WALK                         PUCM    YARD
Thu 13:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1

Fri 07:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
Fri 09:55          WALK2   -WELLNESS WALK                         PUCM    YARD
Fri 13:45          DORM-H1 -DORM ORDERLY H-1                      CO      H1
```

```
****************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                            ALL TIMES!!!                                 *
****************************************************************************
```

Department of Corrections                                                     April 7, 2000   8:52 am
OFFENDER MANAGEMENT SYSTEM                                                    Report 6087        Page  88
Weekly Offender Schedule Report                                              Printed By WILLIKOO

Exhibit 3.15

```
                                          In/   Birth
            Name              I.D.    PRE Sec TP Out   Date   Age Race House  Bed   Counselor Local Code
------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------

TAYLOR,JOHNNY                 155937     EH  CLO      7/02/54 45  B  H-1      219B MORK   CBO/WALK/CBO
*** Profile ***   Last Changed
*

             Sched Start/
Day  Time  * Flag  1/Thru                Activity              Supervisor Loc                  Comment
---  -----  - ----- -----  ----------------------------------- ------- ----  -------------------------------------
Mon  07:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
Mon  09:55             WALK2   -WELLNESS WALK                    PUCM   YARD
Mon  13:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1

Tue  07:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
Tue  09:55             WALK2   -WELLNESS WALK                    PUCM   YARD
Tue  13:30             STORE3  -STORE 3 (EAST SIDE)                     EAST
Tue  13:45             PERSONAL-PERSONAL TIME - LIBRARY           CO    PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4         CO    IBAR

Wed  07:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
Wed  09:55             WALK2   -WELLNESS WALK                    PUCM   YARD
Wed  13:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1

Thu  07:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
Thu  09:55             WALK2   -WELLNESS WALK                    PUCM   YARD
Thu  13:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1

Fri  07:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
Fri  09:55             WALK2   -WELLNESS WALK                    PUCM   YARD
Fri  13:45             DORM-H1 -DORM ORDERLY H-1                  CO    H1
```

```
    **************************************************************************
    *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
    *                        ALL TIMES!!!                                    *
    **************************************************************************
```

Exhibit 3.15

OR4127                    GEOF    . DEPARTMENT OF CORRECTIONS         08/03/2001
                          Offenaer education profile & skills        14:15:43

    ACTION: I
    NAME: TAYLOR,JOHNNY L              CASE NUMBER: 0000155937
    DATE OF BIRTH: 07/02/54     SEX: M       RACE: 2       SECURITY: 5
    PRIME LANGUAGE: ENGL   CF IQ SCORE: 109   WRAT SCORE:   9.5R  6.5M  7.5S
    EDUCATION LEVEL: 31
    CURRENT INSTITUTION: 0541 HANCOCK STATE PRISON
    SKILLS: _
************************************************************************
    WAIS: Score      Date  / /            SIT: Score     Date  / /


************************************************************************
                  _ F9-PREVIOUS SCREEN    _ F10-PROGRAMS MAIN MENU

Exhibit 3.15

OR4110            GEOR\ DEPARTMENT OF CORRECTIONS        08/03/2001
                            OFFENDER MENU                    12:05:26

```
 <1> ACTION: I (I,A,M,D)
 <2> CASE NUMBER: 155937____        <3> SURNAME: ___ (First 3 Chars)


*****************************************************************************

  _  OFFENDER'S EDUCATION PROFILE AND SKILLS ............... 2
  _  PROGRAMS OFFERED AT OFFENDER'S CURRENT INSTITUTION .... 2

  _  PROGRAMS REQUIRED/REFERRED/WAIVED .................... 1*,2,3*

     (to ADD PROGRAMS COMPLETED BY OFFENDER please go to FACILITY menu)
  _  PROGRAMS COMPLETED BY OFFENDER (inq/mod/del only) ..... 1*,2(I,M,D),3*




*****************************************************************************
   * Required If Action = A, M OR D                   _ F10 Programs Main Menu
THIS OFFENDER HAS NO PROGRAMS
```

Exhibit 3.15

OR4139         GEORGIA DEPARTMENT OF CORRECTIONS      08/03/2001
              REQUIRED/REFERRED/WAIVED PROGRAMS       12:05:54

Action: I

        155937 TAYLOR, JOHNNY L         0541 HANCOCK STATE PRISON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PGM | REC TYP | EFFECTIVE DATE | |
|-----|---------|----------------|---|
| C1001 Substance Abuse 101 (CORE) | 1 | 09/02/1997 | Y |
| C2001 Family Violence I (CORE) | 1 | 09/02/1997 | Y |
| C2005 Victim/Impact of Crime (CORE) | 1 | 09/02/1997 | Y |
| C3001 Corrective Thinking (Session I) | 1 | 09/02/1997 | Y |
| C9003 Confronting Self-Concepts (CORE | 1 | 04/14/1999 | Y |

Record Types : 1 = Required, 2 = Referred, 3 = Waived
Waive Reasons: 1 = No Fault, 2 = Refused
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                 _ F9 Previous Screen     _ F10 Programs Main Menu

Exhibit 3.15

.OR3274                    ;CIPLINARY DATA DISPLAY              PAGE  1 OF  1

```
ACTION    I     INMATE:    PREFIX EH            NUMBER      155937
NAME      TAYLOR,JOHNNY L
RACE      BLACK                SEX  M
ADMIT     08/12/1998 TPAR 88/88/8888          MAX REL 88/88/8888
INST NAME HANCOCK STATE PRISON           OFFENSE ARM.ROBBERY
***************************************************************************
   TRANS          INST REPORT     SEQ TPM    WD     DAYS  DAYS  FIRST
   TYPE           CODE DATE       NBR EXTEN TPM?    ISOL  FORF  INFRAC
__ STR TIME DISC  517 12/09/1985  1                 14         C07A
__ STR TIME DISC  517 03/16/1984  1                            C03
__ ET TIME OUT    517 11/28/1983  1                       60   C07A
__
__
__
__
__
__
__
__
***************************************************************************
PROCEED TO PAGE ___                        __ RETURN/MENU
```

OR3234       GEORG   DEPARTMENT OF CORRECTIONS    DATE 08/06/2001
                      INMATE SKILLS

**ACTION I**

INMATE PREFIX EH      NUMBER     155937     NAME     TAYLOR,JOHNNY L
                    TENT PAR 88/88/8888    INST     HANCOCK STATE PRISON
                    MAX REL   88/88/8888    OFFENSE ARMED ROBBERY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SKILL CODE | SKILL NAME | METHOD OF DETERMINATION | | VERIFY CODE | DATE |
|---|---|---|---|---|---|
| 862000000 | PLUMBER | _1 | PREV EMP C | _3 | 11/__/1997 |
| 290477014 | SALES CLERK(RET. TR) | _2 | PREV EMP L | _3 | 11/__/1996 |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |
| _____ | | __ | | __ | __/__/___ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                                   __ **RETURN**

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 39 of 270
PageID #: 1009

Exhibit 3.15

IIC02-0004
ATTACHMENT 2
12/31/00

HANCOCK STATE PRISON

INITIAL_____                                    RECLASSIFICATION __X____

## CLASSIFICATION COMMITTEE FORM

Date: 11-5-02                              Counselor: Barham

Inmate: Taylor, Johnny

ID#: 155937        Race: B      DOB: ▮▮54      Dorm: H-1      MH/MR: Y/(N)

Date Of Arrival: 12/15/98    Security: Close  I/O  TPM:_____    MRD: Life

County Of Conviction: Dekalb   #of Prior Incarcerations:_____   Behavior Level:_____

Crime/Sentence: Escape/5YCC, Agg. Asslt (104) 3dscc, Armed Robbery /Life

Criminal History: N/A

Gang Affiliations: N/A

Pending Charges/Detainers: N/A

Sex
Offenses: N/A

Escape
History: GSP in 1983

Disciplinary History(Last 12 months):_____

Medical Profile/Date/Limitations: IP, WI

Job Skills: Lumber

Education: 8th      WRAT/TABE Scores:  IQ: 109    M: 6.5    R: 9.5    S: 7.5

Mandated Programs (From Parole Board/Court): one Programs

Recommended
Programs:_____

Counselor Comments/Recommendations: Per Coach Franke, Ym is to be
clipped from Wellness Walk

## CLASSIFICATION COMMITTEE ACTION

Program Assignment:_____ To _____
Detail Assignment: X Boilwalkers    To CB/CB0/CB 0
Dorm-Assignment:_____    To _____
Behavior Level:_____    To _____H-1_____
Next Security Review:_____     Next NAPP Review Date:_____

## CLASSIFICATION COMMITTEE DECISION

Date: 11-05-02    Chairperson Comments:_____

(APPROVED)/DENIED    _____    _____    _____
                     C/T MEMBER        CHAIRPERSON      SECURITY MEMBER

(FOR OUTSIDE DETAILS):

D/W C/T      Date      D/W SECURITY      Date   WARDEN      Date
APPROVED / DENIED          APPROVED / DENIED        APPROVED / DENIED

RETENTION SCHEDULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = P
Card type

Counselor _Beckum_

Inmate |_|_|_| _Taylor, Johnny_ (First)    Inmate ID _E_|_F_|_1_|_1_|_5_|_5_|_9_|_3_|_7_|
(3 Letters — Last name)                     Prefix        6 Numbers

Institution Code |_|_|_|

Supervisor _Franke_    Name Work or Activity _Wellness Walk_

Number of months I have supervised this inmate _12 1/1_

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☐ | Quality of work | ☐ | ☐ | ☐ |
| Willingness to learn | ☐ | ☐ | ☐ | Attention to detail | ☐ | ☐ | ☐ |
| Relationship to co-workers | ☐ | ☐ | ☐ | Consistency of work | ☐ | ☐ | ☐ |
| Response to supervision | ☐ | ☐ | ☐ | Level of productivity | ☐ | ☐ | ☐ |
| Trustworthiness | ☐ | ☐ | ☐ | Skill development | ☐ | ☐ | ☐ |

### OVERALL SUMMARY RATING
Below average ☐    Average ☐    Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:
Vocational ☐    Detail change ☐
Work adjustment ☐    School ☐
Drug/Alcohol ☐    On-the-job training ☐
Pre-release ☐    Other ☐
    (Please specify _Medical_ )

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☐
Assignment change ☐    TABE administered ☐    Incentive Award
Reading grade level |_|_|_|_|    Level I ☐
    Level II ☐
Program completion ☐    Other ☐
Behavior change ☐    (Please specify _____ )

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

_Due to broken bones in his foot, Please drop Johnny Taylor from Wellness Walk_

Supervisor's signature _Duane Franke_    Date _11-05-02_

---

## INCENTIVE AWARD

Date _____    Institution name _____

Awarded to Inmate _____    Inmate ID |_|_|_|_|_|_|_|_|_|_|_|

Specific award _____    Counselor's signature _____

Date taken _____    Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

ATT.

HANCOCK STATE PRISON

INITIAL_____                    RECLASSIFICATION___✓___

## CLASSIFICATION COMMITTEE FORM

Date: 9-3-02                          Counselor: Morris

Inmate: Johnny Taylor

ID#: 155937      Race: B    DOB: ██ 54   Dorm: H-1      MH/MR: Y/N

Date Of Arrival: 12/15/98    Security: CLOSE   I/O  TPM:_____   MRD: Life

County Of Conviction: DeKalb    #of Prior Incarcerations:_____   Behavior Level:_____

Crime/Sentence: Escape/5ycc AggAssault/10y(3cts)cc ArmedRobb/life

Criminal History:_____

Gang Affiliations: N/A

Pending Charges/Detainers: N/A

Sex Offenses: N/A

Escape History: GSP in 83

Disciplinary History(Last 12 months):_____

Medical Profile/Date/Limitations: 1P WJ

Job Skills: Plumber

Education: 8th      WRAT/TABE Scores: IQ: 109   M: 6.5   R: 9.5   S: 7.5

Mandated Programs (From Parole Board/Court):_____

Recommended Programs:_____

Counselor Comments/Recommendations: Drop from wellness walk.

### CLASSIFICATION COMMITTEE ACTION

Program Assignment:_____ To_____
Detail Assignment: _____ To denied
Dorm Assignment:_____ To_____
Behavior Level:_____ To_____
Next Security Review:_____  Next NAPP Review Date:_____

### CLASSIFICATION COMMITTEE DECISION

Date: 9-3-02    Chairperson Comments:_____

APPROVED / DENIED    _____    _____    _____
                      C/T MEMBER       CHAIRPERSON      SECURITY MEMBER

(FOR OUTSIDE DETAILS):

D/W C/T    Date      D/W SECURITY    Date    WARDEN    Date

APPROVED / DENIED          APPROVED / DENIED          APPROVED / DENIED

RETENTION SCHEDULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE REPORT

Col. 1 = P
Card type

Counselor _Morris_

Institution Code [ | | | | ]

Inmate [ | | | | ] _Taylor, Johnny_
(3 Letters — Last name) (First)

Inmate ID [E|F| | |5|5|9|3|7|]
Prefix · 6 Numbers

Supervisor _Franke_

Name Work or Activity _Wellness Walk_

Number of months I have supervised this inmate _1 / 1/2 /_

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☐ | Quality of work | ☐ | ☐ | ☐ |
| Willingness to learn | ☐ | ☐ | ☐ | Attention to detail | ☐ | ☐ | ☐ |
| Relationship to co-workers | ☐ | ☐ | ☐ | Consistency of work | ☐ | ☐ | ☐ |
| Response to supervision | ☐ | ☐ | ☐ | Level of productivity | ☐ | ☐ | ☐ |
| Trustworthiness | ☐ | ☐ | ☐ | Skill development | ☐ | ☐ | ☐ |

---

### OVERALL SUMMARY RATING

Below average ☐   Average ☐   Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

| Counseling: | | | |
|---|---|---|---|
| Vocational | ☐ | Detail change | ☒ |
| Work adjustment | ☐ | School | ☐ |
| Drug/Alcohol | ☐ | On-the-job training | ☐ |
| Pre-release | ☐ | Other | ☐ |
| | | (Please specify _____) | |

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

| Semi-annual | ☐ | | | Incentive Award | |
|---|---|---|---|---|---|
| Assignment change | ☐ | TABE administered Reading grade level ☐ | | Level I | ☐ |
| | | [ | | | ] | | Level II | ☐ |
| Program completion | ☐ | | | Other | ☐ |
| Behavior change | ☐ | | | (Please specify _____) | |

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

Johnny Taylor needs to be dropped from Wellness Walk & changed into another detail.

Supervisor's signature _Diane Franke_   Date _8-29-02_

---

## INCENTIVE AWARD

Date _____   Institution name _____

Awarded to Inmate _____   Inmate ID [ | | | | | | | | | ]

Specific award _____

Counselor's signature _____

Date taken _____   Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

IIC02-0004
ATTACHMENT 2
12/31/00

HANCOCK STATE PRISON

INITIAL _____

RECLASSIFICATION ✓

## CLASSIFICATION COMMITTEE FORM

Date: 7-18-0    Counselor: Morris

Inmate: Johnny Taylor

ID#: 155937    Race: B    DOB: ___54    Dorm: H-1    MH/MR: Y/ⓝ

Date Of Arrival: 12/15/98    Security: CLOSE    I/O TPM: ____    MRD: Life

County Of Conviction: DeKalb    #of Prior Incarcerations: ____    Behavior Level: N/A

Crime/Sentence: Escape/5y CC   Agg Assault/W y (3cts) CC   Armed Robbery (Life)

Criminal History: _____

Gang Affiliations: N/A

Pending Charges/Detainers: N/A

Sex Offenses: N/A

Escape History: GSP in 1983

Disciplinary History(Last 12 months): N/A

Medical Profile/Date/Limitations: P W I

Job Skills: Plumber

Education: 8th    WRAT/TABE Scores: IQ: 109    M: 6.5    R: 9.5    S: 7.5

Mandated Programs (From Parole Board/Court): _____

Recommended Programs: _____

Counselor Comments/Recommendations: Dropped from Wellness Walk, but remain as CBO

### CLASSIFICATION COMMITTEE ACTION

Program Assignment: ____ To ____

Detail Assignment: CBO / Wellness 180   To CBO / Walk / CBO

Dorm Assignment: ____ To ____

Behavior Level: ____ To ____

Next Security Review: ____    Next NAPP Review Date: ____

### CLASSIFICATION COMMITTEE DECISION   no change

Date: 7/18/01    Chairperson Comments: _____

APPROVED / DENIED

C/T MEMBER    CHAIRPERSON    SECURITY MEMBER

'TSIDE DETAILS):

Date    D/W SECURITY    Date    WARDEN    Date

'D / DENIED    APPROVED / DENIED    APPROVED / DENIED

ꓴULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

INITIAL_____     HANCOCK S.P.     R..CLASSIFICATION_____

### CLASSIFICATION COMMITTEE FORM

Date: 10-3-00   Counselor: Morris _____ Inmate: Taylor Johnny _____

ID#: EH-155937   Race: B   DOB: ▌▌▌ 54   Dorm: H-1 _____   MH/MR: Y / Ⓝ

Date Of Arrival: 12-15-98 _____   Security: CLOSE   I / O   TPM: _____   MRD: Life _____

County Of Conviction: ~~DeKalb~~ Tattnall   #of Prior Incarcerations: _____   Behavior Level: _____

Crime/Sentence: Escape /5y CC  Agg Assault /10y (3ds) CC  Armed Robbery /Life (1ct) CC

Criminal History: _____

Gang Affililations: N/A _____

Pending Charges/Detainers: N/A _____

Sex Offenses: N/A _____

Escape History: GSP in 1983 _____

Disciplinary History(Last 12 months): _____
_____

Medical Profile/Date/Limitations: P W1 _____

Job Skills: Plumber _____

Education: 8th TECH   WRAT/TABE Scores:   IQ: 109   M: 6.5   R: 9.5   S: 7.5

Mandated Programs (From Parole Board/Court): _____
_____

Recommended Programs: _____

Counselor Comments/Recommendations: Security Review _____
_____

................................................................................

### CLASSIFICATION COMMITTEE ACTION

Program Assignment: _____   To _____
Detail Assignment: CBO _____   To _____
Dorm Assignment: _____   To _____
Behavior Level: _____   To _____
Next Security Review: _____   Next NAPP Review Date: _____
................................................................................

### CLASSIFICATION COMMITTEE DECISION

Date: 10/3/00   Chairperson Comments: _____ Close

APPROVED / DENIED
_____ C/T MEMBER        _____ CHAIRPERSON        _____ SECURITY MEMBER

FOR OUTSIDE DETAILS):

_____   _____        _____   _____        _____   _____
VW C/T            Date                    D/W SECURITY      Date                    WARDEN            Date

APPROVED / DENIED        APPROVED / DENIED        APPROVED / DENIED

Exhibit 3.15

ATTACHMENT C

## (INSTITUTION NAME)

### RECLASSIFICATION COMMITTEE MEETING

INMATE: Johnny Taylor

DATE: 16-1999    ID#: 155937

RACE: B    DOB: ▮▮▮ 54

DORM: H-2

DATE OF ARRIVAL: 12-15-98

CURRENT SECURITY: Close   (IN) / OUT

TPM: Life

MRD: Life

MEDICAL PROFILE: —

DATE

MEDICAL LIMITATIONS:

---

### ASSIGNMENT CHANGE

SECURITY: Close (IN / OUT TO Close (IN) / OUT

DATE OF NEXT REVIEW: 10-19.2000

BEHAVIOR LEVEL: 3 TO B2

DATE OF NEXT REVIEW: 4-19-00

DETAIL:  TO

PROGRAM:  TO

DORM:  TO

---

TRANSFERS: APPROVED:    DISAPPROVED

RECOMMENDATIONS:

NAPP REVIEW:

NEXT NAPP REVIEW:

ADMINISTRATIVE SEGREGATION REVIEW:

NEXT ADMIN. SEG. REVIEW:

_Emory W. Sho_

C/T MEMBER CHAIRPERSON     SECURITY MEMBER

_Emory W. Sho Jes_

DEPUTY WARDEN C/T (Inside Details)    (APPROVED) / DISAPPROVED

Exhibit 3.15

HANCOCK STATE PRISON
ASSIGNMENT/SECURITY CLASSIFICATION REQUEST
(INITIAL) OR RECLASSIFICATION

TO: CLASSIFICATION COMMITTEE

FROM: COUNSELOR: _C. Philyaw_ DATE: _12-22-98_

RE: INMATE/ID: _Taylor, Johnny - EH 155937_ DORM: _#1_

CURRENT SECURITY: _Close-out_ D.O.B.: _████ 54_ RACE: _BL_

ASSIGNMENT CHANGE:

FROM: 1. _Initial_ 2. _Initial_ 3. _Initial_

TO: 1. _CBD_ 2. _Walk_ 3. _CBD_

SECURITY CHANGE: FROM: _____ TO: _____

TRANSFER TO: _____

P.O.A. _12-15-98_ TPM MRD _Life_ LAST PR _N/A_

CRIME: _Escape, Aggravated Assault, Armed Robbery_

SENTENCE: _54CC, 10Y, Life_

MEDICAL PROFILE: _1P_

JUSTIFICATION: INCLUDE ALL PERTINENT REPORTS, EVALUATIONS, PAST
RECORD, PARTICIPATION, ATTITUDE, BEHAVIOR,
COUNSELOR RECOMMENDATION, ETC..

_Skills: Plumbe_
_Education: WRAT: 9.5  CF: 109  ED Level: Comp/Tech_

• VIOLENT
•• SEX OFFENDER
••• ESCAPE RISK _GSP in 83_    _C. Philyaw_
                                    COUNSELOR

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

CLASSIFICATION COMMITTEE'S REVIEW      _Mes. 1345_
                                        _5 - 1330_
_Leroy Butts_                           _82 - 1445_
_____ MEMBER

_____ MEMBER

_____ MEMBER

COMMENTS (CLASSIFICATION CHAIRMAN): _____

_____

_____

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

OR4SR  .

SENTENCE COMPUTATION FORM

SUMMARY REPORT

W

REPORT REASON:PAROLE REVOCATION

PAGE : 1 OF 03
AS OF: 04/30/1998
ROUTE TO: GA. DIAG. & CLASS. PRISON

NAME : TAYLOR,JOHNNY L          ID#: EH/0000155937  RACE: BLACK  SEX: M

ALIAS: 1. TAYLOR,JOHNNY          DOB: 07/02/1954     SSN : 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
       2. TAYLOR,CHARLEY
       3. _____        FBI NO: 592993K8    SID : 000382850
       4. _____
       5. _____        EDUCATION: 06  VOCATION: OTHER - UN
       6. _____        BC REJ REASON: _____

CURRENT INSTITUTION: DEKALB COUNTY          SB441: N  RECID: _  SB440: N

ADMISSION TYPE: PAR RV NEW          CURRENT SECURITY: DIAGNOSTIC

PREVIOUS
CASE NUMBERS: 1. 105034      2. 16277      3. _____
              4. _____     5. _____    6. _____
              7. _____

******************************************************************************

DATES:

******************************************************************************

MAXIMUM RELEASE DATE : 88/88/8888    ADMISSION DATE          :_____

TENTATIVE PAROLE DATE :_____       INITIAL ASSIGNMENT ORDER: 04/03/1998

PAROLE REVOCATION DATE: 03/24/1998   LAST ARRIVE DATE        :_____

LAST RECAPTURE DATE   : 02/17/1984

ESCAPE DATE           : 12/24/1983   *ESCAPE INSTITUTION*: 0517

******************************************************************************

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

SENTENCE COMPUTATION FORM

**SUMMARY REPORT**

REPORT REASON: PAROLE REVOCATION

PAGE : 02 OF 03
AS OF: 04/30/1998

NAME : TAYLOR,JOHNNY L

ID#: EH/0000166937

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPUTATION DETAIL SUMMARY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| COURT NAME/ CASE NUMBER | COURT TYP/ OFFENSE / SENTENCE TEXT | CRIME COMMITTED DATE | DATE SENTENCED | ADJ | -SENTENCE- ADJUSTED BEGIN DATE | ADJUSTED END DATE |
|---|---|---|---|---|---|---|
| TATTNALL 8438 | SUPERIOR ESCAPE 5Y CC | 12/24/1983 | 06/20/1985 / | -457 | 06/20/1985 | 02/16/1989 |
| DEKALB 82CR1246 | SUPERIOR AGGRAVATED ASSAULT 10Y (CT 3)CC | 09/05/1981 | 01/25/1982 / | -913 | 12/07/1981 | 06/06/1989 |
|  | TIME OUT |  |  | 15 | 12/07/1981 | 06/21/1989 |
|  | NON RUN TIME ESCAPE |  |  | 56 | 12/07/1981 | 08/16/1989 |
| DEKALB 82CR1246 | SUPERIOR ARMED ROBBERY LIFE (CT 1)CC | 09/05/1981 | 01/25/1982 / |  | 12/07/1981 | 88/88/8888 |
|  | TIME OUT |  |  |  | 12/07/1981 | 88/88/8888 |
|  | NON RUN TIME ESCAPE |  |  |  | 12/07/1981 | 88/88/8888 |

Exhibit 3.15

## :ORGIA DEPARTMENT OF CORRECT.. ⌐S

### SENTENCE COMPUTATION FORM

### SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION

PAGE : 03 OF 03
AS OF: 04/30/1998

NAME : TAYLOR, JOHNNY L          ID#: EH/0000166937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SENTENCE   ADJUSTMENT   BLOCK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NO. | TYPE | AFFECTED SENTENCE DATE | BEGIN DATE | END DATE | DAYS |
|-----|------|------------------------|------------|----------|------|
| 1 | NON-ET T-OUT | 12/07/1981 | 11/28/1983 | 01/27/1984 | 60 |
| 2 | NON-RUN ESCA | 12/07/1981 | 12/24/1983 | 02/17/1984 | 56 |

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## INMATE PERSONAL PROPERTY INVENTORY

Attachment 2
SOP IIB6–0002
6/01/2005

NAME: Taylor, Johnny    NUMBER: 380941    DATE: 7-21-08

REASON FOR INVENTORY: Conditional Transfer    INSTITUTION: Hancock S.P.

CLOTHING ITEMS (BE SPECIFIC)

TROUSERS _____
SHIRTS _____
SOCKS _____
JACKET _____
SWEATSHIRT _____
CAP _____
BELT _____
HANDKERCHIEF _____
UNDERSHIRTS _____
UNDERSHORTS _____
HOUSECOAT _____
TENNIS SHOES _____
BEDROOM SHOES _____
DRESS SHOES _____
SHOWER SHOES _____
GYM SHORTS _____
PAJAMAS _____
SKULL CAP  1  black
FOOD ITEMS
_____
_____
_____
_____
_____
_____
_____
_____

MISCELLANEOUS ITEMS
DRINKING CUP _____
SHEETS _____
PILLOW CASES _____
TOWELS _____
BATHCLOTHS _____
BLANKETS _____
_____
2 (1¢ stamp)
6 (41¢ stamps, (1 42¢ stamp)
1 wash cloth

PERSONAL GROOMING ITEMS

TOOTHPASTE _____
RAZORS / BLADES _____
SHAMPOO _____
SHAVING CREAM _____
COMBS _____
HAIRBRUSH  1
TOOTHBRUSH  1
DEODORANT _____
_____
_____
_____
_____

PERSONAL PROPERTY ITEMS
PHOTO ALBUM _____
PHOTOGRAPHS  50  single
COUPON BOOK _____
HEADPHONES _____
RADIO _____
WRISTWATCH  blue face. Timex
JEWELRY _____

RELIGIOUS MEDAL _____
PAPER / PADS _____
PENCILS / PENS  1 pen
MAGAZINES _____
BOOKS _____
SUNGLASSES _____
EYEGLASSES _____
BILLFOLD _____
LETTERS  1  10x13 envelope & misc. papers
TOBACCO ITEMS
_____
_____

LEGAL MATERIALS
1  10x13 envelope & legal papers

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_____
Inventory Officer's Signature

_____
Shift Supervisor's Signature

_____
Inmate's Ack/Receipt of Property

_____
Inmate's Signature

_____  COII
Witness' Signature

_____
Officer Returning Property

RETENTION SCHEDULE:
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

Exhibit 3.15

# INMATE PERSONAL PROPERTY INVENTORY

**Hancock State Prison**
INSTITUTION

NAME _Taylor, Johnny L_ I.D. NO. _155937_ DATE _12/15/98_

REASON FOR INVENTORY _New Arrival_

**CLOTHING ITEMS (Be specific)**
1. Trousers _3_
2. Shirts _3_
3. Socks
4. Jacket
5. Sweatshirt _1_
6. Cap
7. Belt
8. T-shirts _3_
9. Undershirts
10. Shoes
11. Undershorts _3_
12. Tennis Shoes
13. Gym Shorts
14. Athletic Socks
15. Pajamas
16. Street Shoes
17. Socks
18. Showershoes _1_

**FOOD ITEMS**
1. Snacks
   _8 chips_
   _4 Bags of granola bars_
2. Coffee
3. Hot Chocolate
4. Canned Drinks
5. Sweet & Low
6. Coffee Mate
7. Cookies/Crackers
8. Candies
9. Nuts
10. Drink Mixes
11. Soup Mixes
12. Pudding

**MISCELLANEOUS ITEMS**
1. Drinking Cup
2. Sheets
3. Pillowcases
4. Towels _1_
5. Personal Towels
6. Blanket
7. Rule Book(s)
8. Personal Fan
9. _1 note book_
10. _8 old letters_
11. _5 stamps_
12.
13.
14.
15.

**PERSONAL GROOMING ITEMS**
1. Deodorant _3_
2. Toothpaste _2_
3. Razors & Blades _1_
4. Lotions _2_
5. Hair Tonic/Grease
6. Shampoo _1_
7. Shaving Cream _1_
8. Shaving Powder
9. Body Oil
10. Soap _3_
11. Noxzema _1_
12. Talcum Powder
13. Combs _1_
14. Toothbrush _1_
15. Fingernail Clippers

**PERSONAL PROPERTY ITEMS**
(Provide description of each item).
1. Photo Album
2. Legal Materials

3. Tape Player
4. Tapes
5. Coupon (Store) Book
6. Headphones
7. Radio
8. Batteries
9. Watch
10. Ring
11. Religious Medal
12. Paper/Legal Pads
13. Pencils _1_
14. Pens _3_
15. Magazines
16. Books _1 - Dictionary_
17. Playing Cards
18. Stamps
19. Key Chain
20. Necklace

**TOBACCO ITEMS**
1. Cigarettes
2. Cigarette Roller
3. Safety Matches
4. Cigarette Paper
5. Lighter Flints
6. Tobacco (Smoking)
7. Tobacco (Chewing)
8. Cigars
9. Pipes
10. Pipe Filters
11. Pipe Cleaners

This form must be completed any time an inmate's personal property is confiscated or stored for any reason whatsoever.

Inventory Officer's Signature

Inmate's Signature

Shift Supervisor's Signature

Witness' Signature

Inmate's Acknowledgment of Receipt

Property Returned By

DISTRIBUTION:    1ST COPY - FILE WITH PROPERTY UNTIL RETURNED TO INMATE. THEN PLACE IN INMATE FILE.
2ND COPY - FILE WITH PROPERTY UNTIL RETURNED TO INMATE. GIVE THIS COPY TO INMATE AS A RETURN RECEIPT.
3RD COPY - PLACE IN INMATE FILE WHEN PROPERTY IS CONFISCATED.
4TH COPY - GIVE TO INMATE AS RECEIPT WHEN PROPERTY IS CONFISCATED.

P-I 396 Rev. 1/86

DATASET: HANCOCK, Contact Type: A or T, Visitor Status: A, Detention End Date: BLANK OR > TODAY, House Code: G-1.. OR G-2.. OR H-1.. OR H-2..

| Visitor Name | Relation | Visitor Address City, ST Zip | Telephone | Visitor Status & Date | Contact Type | / Comment |
|---|---|---|---|---|---|---|
| TAYLOR,JOHNNY L | 380941 | | | | | |
| House: H-1 | Counselor: FARA | | | | | |
| : HEFLIN, BARBARA | SISTER | 1998 CAPRI DRIVE DECATUR, GEORGIA 30032 | | A 12/17/98 | A | |
| : SMITH, ADDIE | MOTHER | 1393 CUSTER AVENUE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |
| : TAYLOR, JOHN | SON | 2038 BEAUPREE STREET ATLANTA, GEORGIA 30315 | | A 12/17/98 | A | |
| : TAYLOR, LISA | SISTER | 1816 DONNA LEE AVENUE ATLANTA, GEORGIA 30315 | | A 12/17/98 | A | |
| : TAYLOR, REBA | WIFE | 2830 ROLLINGWOOD LANE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |
| : TAYLOR, REJON | SON | 2830 ROLLINGWOOD LANE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |

-> E N D   O F   R O S T E R <-

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| 404 794-8845 | Friend | SAM LEWIS | 3905 WESTLAKE | ATLANTA | GA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ENTERED 9/21/04

SEP 20 2004

EF 155937

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE.   Reproduce locally

NEXT ENROLLMENT:_____  Inmate/Probationer SIGNATURE/EF#: Johnny Taylor  3.8.09.41.   COUNSELOR'S SIGNATURE:_____

RETENTION SCHEDULE: Case completion, placed in the offender administrative file.

Exhibit 3.15

DIAGNOSTIC/PERMANENT Inmate/Probationer CALL ALLOW LIST
PLEASE CIRCLE "UPDATE OR INITIAL"

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| | | | | | |
| 770.465 4603 | SISTER | Monique Taylor | 5269 McCarter, | Stone Mountain, | GA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE. Reproduce locally

NEXT ENROLLMENT:_____ Inmate/Probationer SIGNATURE/EF#: _____ COUNSELOR'S SIGNATURE: _____
RETENTION SCHEDULE: UPN completion, placed in the offender administrative case file

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 55 of 270
PageID #: 1025

Exhibit 3.15

**DIAGNOSTIC/PERMANENT Inmate/Probationer CALL ALLOW LIST**
PLEASE CIRCLE "UPDATE OR INITIAL"

IIB01-0007, Attachment 1, 6/01/02
INITIAL

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| 770 465-4607 | Sister | Monique Taylor | 5249 McCarter | Stone mountain | GA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE.     Reproduce locally

NEXT ENROLLMENT:_____ Inmate/Probationer SIGNATURE/EF#: _____     COUNSELOR'S SIGNATURE: _____
RETENTION SCHEDULE: UPN completion, placed in the offender administrative case file.

Exhibit 3.15

Exhibit 3.15



## STATE OF GEORGIA
## DEPARTMENT OF CORREECTIONS

### Inmate Telephone Agreement and Number List
### (Call Allowed List)

**REQUEST FOR CHANGE**

Inmate Name (Last/First): _Taylor Johnny_ Date: _12/19/01_

Dormitory/Bunk # _H-1 219·8_    EF# _155937_

10 digit number used to make telephone calls : _0000155937_
_____(EF# or SS#)_____

ADDITIONS:

| TELEPHONE NUMBER | NAME OF PERSON | RELATIONSHIP |
|---|---|---|
| 404 381-6996 | Lisa Taylor | Sister |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DELETIONS:

| TELEPHONE NUMBER | NAME OF PERSON | RELATIONSHIP |
|---|---|---|
| 404 371-9274 | '' '' | '' |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I understand and agree that all telephone calls to the above listed telephone numbers are subject to be monitored and/or recorded.

_Johnny Taylor_                    _12/19/01_
Inmate Signature                      Date

_____          _12/19/01_
Staff Signature (verified by)           Date

Exhibit 3.15

## HANCOCK STATE PRISON
## TELEPHONE CHANGE FORM

Inmate Name: _Johnny Taylor_ ID# _EH155937_ Date: _7/16/01_

PIN # _259·88·0182_

## INSTRUCTIONS

You must write legibly and clearly. You MUST include your PIN# and Area Codes on all telephone changes. You may have a total of 12 numbers on your list. This form will be returned to you if it is incomplete!

## ADDITIONS:

| Approved | Relationship | First and Last Name | Telephone No. Including Area Code |
|---|---|---|---|
| | Mother | Addie Smith | 404·381·5220 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## DELETIONS:

| Relationship | First and Last Name | Telephone Number (including Area Code) |
|---|---|---|
| Mother | Addie Smith | 404·627·6859 |
| | | |
| | | |
| | | |
| | | |
| | | |

APPROVED BY: _____  ___7/16/01___
Counselor                        Date

Exhibit 3.15

# — HANCOCK STATE PRISON —
## TELEPHONE CHANGE FOR.

Inmate Name: Johnny Taylor _____ ID# FH 155937 Date: 1-2-00

PIN # 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

## INSTRUCTIONS

You must write legibly and clearly. You MUST include your PIN# and Area Codes on all telephone changes. You may have a total of 12 numbers on your list. This form will be returned to you if it is incomplete!

### ADDITIONS:

| Approved | Relationship | First and Last Name | Telephone No. Including Area Code |
|---|---|---|---|
| | Friend | Tezra Scott | 1-912-374-0618 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DELETIONS:

| Relationship | First and Last Name | Telephone Number (including Area Code) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

APPROVED BY: _____ _____ 1.2.01
Counselor          Date

Exhibit 3.15

*Hancock State Prison*

*Telephone Change Form*

I.NMATE NAME: ___Johnny Taylor___ EF: __155937__

DATE: _2/2/00_ PIN# __25988 0182__

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP  AREA CODE/PHONE NUMBER .

sister ___Monique Taylor___ __404 328-4699__

_____   _____

_____   _____

_____   _____

_____   _____

DELETIONS:

_____   _____

_____   _____

_____   _____

_____   _____

COUNSELOR SIGNATURE: _____

Exhibit 3.15

No-1.p

# HANCOCK STATE PRISON
## DECEMBER 2003 PACKAGE REQUEST FORM

INMATE NAME: Johnny Taylor    EF #: 155132   DORM: H1

ITEMS BEING REQUESTED/ DESCRIPTION AND POSSESSION LIMIT FOR EACH ITEM

| # REQ. | # RECD | | |
|---|---|---|---|
| | 0 | | BIBLE OR KORAN - from dealer, manufacturer, publisher only |
| | 0 | | BILLFOLD - possession limit of 1 |
| | 0 | | CASSETTE TAPES or CDs (either-not both)-- prerecorded, unbroken seal, limit of 10 |
| | 0 | | COOKIES - factory sealed packages-no bakery sealed items, limit 2 bags/boxes |
| | 0 | | COFFEE CUP - plastic, limit 1- maximum 20 ounces - No large insulated drink cups/mugs |
| | 0 | | ELECTRIC RAZOR - rotary type only, No sideburn clippers, possession limit of 1 |
| | 0 | | HAIRBRUSH -- plastic only, no handles |
| | 0 | | HANDKERCHIEFS - white only; limit of 4 |
| | 8 | | HARD CANDY - factory sealed package, individually wrapped, limit 2 packages |
| | 0 | | HOUSECOAT/ROBE - no blue or black, no hoods |
| | 0 | | JEWELRY [ring (limit 1), religious pendant (limit 1), wristwatch (limit 1)] -- total combined value of $ 100 |
| | 1 | | KNIT SKULL CAP - pullover type; no ski mask, black or blue only, solid color-no insignia |
| | 3 | | NUTS - shelled only, clear factory sealed bags, limit 3 pounds |
| | 0 | | PAJAMAS - no blue or black; should not resemble outer wear |
| | 8 | | PHOTOS - no polaroid style with hollow backs, must fit in album |
| | 0 | | PHOTO ALBUM - max. size 10x12, plastic binder, no metal |
| | 0 | | PLASTIC COMB - flexible, less than 5 inches long |
| | 0 | | SOAP - bars only, limit 4 bars |
| | 0 | | SOCKS - white only, possession limit of 3 pair |
| | 0 | | STATIONARY -- box; sealed, no metal binders |
| | 0 | | SWEATSHIRT- grey or white only - No hoods or zippers |
| | 0 | | SHAMPOO/CONDITIONER -- limit 2 total ( must be in see through bottles) |
| | 0 | | THERMAL UNDERWEAR -- white or grey only, possession limit of 2 pair |
| | 0 | | UNDERSHIRTS - white only, plain style, no tank tops, possession limit 4 |
| | 8 | | UNDERSHORTS - white & cotton only, plain boxers or briefs, possession limit 4 |
| | 0 | | WRITING PAPER -- package; no metal binders |

***TO SENDER: SEND ONLY QUANTITY AND ITEMS LISTED ABOVE ALL OTHER ITEMS WILL BE RETURNED AT INMATE'S EXPENSE OR DESTROYED. PACKAGE CAN WEIGH A MAXIMUM OF 15 POUNDS. THIS FORM MUST BE RETURNED WITH THE PACKAGE. THIS PACKAGE REQUEST IS GOOD ONLY IF THE PACKAGE IS POSTMARKED DURING THE MONTH OF DECEMBER.

SENDER'S NAME:_____ RELATIONSHIP: _____

ADDRESS:_____

RECEIVED: _____ 380941 1-2-04
    INMATE'S SIGNATURE      GDC NUMBER     DATE

STAFF MEMBER ISSUING PACKAGE _____

Exhibit 3.15

Kr

*Hancock State Prison*

*Telephone Change Form*

INMATE NAME: Johnny Taylor EF: 155937

DATE: 1/31/00 PIN# 259880182

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP     AREA CODE/PHONE NUMBER

Sister / Monique Taylor     404 328 9966

_____     _____

_____     _____

_____     _____

_____     _____

DELETIONS:

770 328 9966     _____

770) 323 7276     _____

404 313 5182     _____

404 243 5438     _____

COUNSELOR SIGNATURE: MoS

Exhibit 3.15

*Hancock State Prison*

*Telephone Change Form*

INMATE NAME: Johnny Taylor EF: 155437

DATE: 7/9/00 PIN# 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

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP        AREA CODE/PHONE NUMBER

Monique Taylor        404 328 9966

_____        _____

_____        _____

_____        _____

_____        _____

DELETIONS:

_____        _____

_____        _____

_____        _____

_____        _____

COUNSELOR SIGNATURE: _____

Exhibit 3.15

Hancock State Prison
P.O. Box 339
Sparta, Georgia 31087

Inmate Name: Johnny Taylor     EF: 155937

Date: 7-28-98     PIN #: 259880182

1.  ONLY 12 NUMBERS ALLOWED.

2.  ALL PHONE NUMBERS MUST INCLUDE:

    1.  AREA CODE (912-770-706-ETC.)

    2.  NAME OF PERSON ATTEMPTING TO CONTACT

3.  MUST HAVE COUNSELOR'S SIGNATURE.

If you fail to comply with these instructions listed above, your phone numbers will not be entered in the phone system.

| INMATE PHONE LIST | | |
|---|---|---|
| NAME | RELATIONSHIP | (AREA CODE): TELEPHONE NUMBER |
| Tosha Andrews | NIECE | 404 744 6007 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INMATE SIGNATURE: Johnny Taylor

Counselor's Signature: Paulette Pol

Exhibit 3.15

## Hancock State Prison

### Telephone Change Form

INMATE NAME: Johnny Taylor EF: 155937

DATE: 2-15-99 PIN# 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

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP          AREA CODE/PHONE NUMBER

Monique Taylor (sis)    770·323-7276

John Taylor (son)    404·212-5182

Lisa Taylor (sis)    404·371-9472

Kim Terrell (friend)    404 284-4445

DELETIONS:

~~Lisa Taylor~~    404 378 8974

404 627 5620

404 244 9638

COUNSELOR SIGNATURE: _____

Exhibit 3.15

THE FOLLOWING PEOPLE MAY BE REQUESTED ON YOUR VISITING LIST.
1) Father
2) Mother
3) Step-father (must be legally married to mother)
4) Step-mother (must be legally married to father)
5) Brothers and their wives (must be legally married)
6) Sisters and their husbands (must be legally married)
7) Wife, girlfriend, or Common-Law-wife (ONE ONLY)
8) Step-children (must be able to prove legitimate step-children)
9) Grandparents (must be mother's or father's parents)

HANCOCK CORRECTIONAL INSTITUTION

VISITOR LIST

INMATE NAME __Johnny Taylor__     ID# __EH/55937__

REVISED LIST: _____     INITIAL LIST: _____

DATE OF LAST LIST: _____

LIST ONLY TWELVE (12) NAMES, TO BE PRESENTED FOR APPROVAL. LIST YOUR
RELATIONSHIP TO EACH PERSON LISTED. WRITE THE COMPLETE ADDRESS
(STREET ADDRESS, CITY, STATE, AND ZIP CODE) OF EACH PERSON LISTED.

| RELATIONSHIP | FIRST & LAST NAME | COMPLETE ADDRESS |
|---|---|---|
| Mother | Addie Smith | █████████ |
| Sister | Lisa Taylor | █████████ |
| Son | John Taylor | █████████ |
| Wife | Reba Taylor | █████████ |
| Sister | Monique Taylor-Pittman | █████████ |
| Sister | Barbara Heflin | █████████ |
| Son | Rejon Taylor | █████████ |
| Nephew | Cedric Taylor | █████████ |
| Daughter | Taneka Anderson | █████████ |

I hereby authorize the Warden of Hancock C.I. or his designee to
open all mail matters, express or parcels which may be sent or
brought to me while I am an inmate at this institution.

I certify that the names, relationships and addresses of the above
are true to the best of my knowledge.

INMATE SIGNATURE: _Johnny Taylor_     DATE: _12/10/98_

V E R I F I C A T I O N .

The above persons have been verified, as indicated by a check mark,
by using the information in the inmate's file.

Exhibit 3.15

HANCOCK CORRECTIONAL INSTITUTION
P. O. BOX 339
SPARTA, GA 31087

<u>TELEPHONE LIST</u>

INMATE NAME: Johnny Taylor       ID# EH155937

DATE: 12/10/98       SS# 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

1.   List only twelve (12) names and numbers (area code) <u>111-2222</u>.

2.   The number listed will be the only numbers you will be allowed to call!

3.   This list will not be changed until 90 days from the date completed.

4.   Your telephone list and visitors list can be two separate lists.

5.   You will have no phone access until your list is completed.

6.   You are responsible for any calls using your PIN number. DO NOT share it with another inmate.

| NAME | RELATIONSHIP | TELEPHONE NUMBER |
|------|--------------|------------------|
| Addie Smith | Mother | 404 627-6859 |
| John Taylor | Son | 404 291-3669 |
| Lisa Taylor | Sister | 404 378-0974 |
| Tasha Maddox | Cousin | 404 244-9638 |
| ReJon Taylor | Son | 404 293-6695 |
| Taneka Anderson | Daughter | 404 627-5620 |
| Barbara Heflin | Sister | 404 243-5438 |
| | | |
| | | |
| | | |
| | | |
| | | |

INMATE SIGNATURE _____

COUNSELOR SIGNATURE P. Kelley-Robbins

Exhibit 3.15



# STATE BOARD OF PARDONS AND PAROLES

**Garland R. Hunt, Esq.**
Chairman

2 Martin Luther King, Jr., Drive, S.E
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

**L. Gale Buckner**
Vice-Chair
**Garfield Hammonds, Jr.**
Member
**Milton E. "Buddy" Nix, Jr.**
Member
**Robert E. Keller**
Member

June 13, 2008

RE: TAYLOR, JOHNNY L, EH-155937

C/O WARDEN,
HANCOCK STATE PRISON

Dear TAYLOR, JOHNNY L,

The Board has voted to grant you a Conditional Transfer. This means that you are being released to some jurisdiction which has filed a detainer (or other hold) against you At the time you have satisfied the detainer(s), if you have not completed the sentence you are now serving in the custody of the Georgia Department of Corrections, your status will become that of a parolee.

Your certificate of Conditional Transfer will be delivered to you by your Superintendent or Warden who will explain the conditions which are found on the back of the Certificate. In agreeing to the conditions of this release you are accepting the conditions which will apply if your status with this Board becomes that of a parolee.

If your status with this Board becomes that of a parolee, you will be given the name and address of your Parole Officer at that time if the name of one does not appear on your Certificate of Conditional Transfer.

Sincerely,

W. C. Davis, Division Director
Clemency and Parole Selection

cc: Warden

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 68 of 270
PageID #: 1038

Exhibit 3.15

HANCOCK STATE PRISON

Parole Review   U380941   EH155937 TAYLOR,JOHNNY L        Run 11/13/07 Page 1

PIC-None   TPM-Lifer Max-Lifer        TPM extension-NEVER

| Residence plan A (relationship & phone) | Residence plan B (relationship & phone) |
|---|---|
| Monique Taylor (sister) | John Taylor (son) |
| Phone:  770-465-4602 | Phone:  404-243-6695 |

DRs & programs not listed below, employment plan (if any), additional comments:

Inmate Taylor has been incarcerated at Hancock SP since 12/98.  Since his arrival here he as work consistently as a cellblock orderly.  During his incarceration he has completed no programs. His last disciplinary report was received in 1985 at GSP; he has been DR free for over 20 years.  Inmate Taylor has eight (8) Above Average and seven (7) Average Work Performance Reports in his current file.  Inmate Taylor is a positive inmate for parole.

Institutional behavior of inmate:     ABOVE AVERAGE   (AVERAGE)    BELOW AVERAGE

_Angela P Starkey_ ----- _01-09-08_        _David C. Frey_ ---------- ----------
      Case manager         date        Warden, HANCOCK STATE PRISON

Photocopy this & put in institutional file.   Send original to the Parole Board.
==================================================================================
GANG ACTIVITY: No gang affiliation recorded in OTIS
MENTAL  HEALTH--No MH history records.
DISCIPLINARIES--None recorded on OTIS during the current incarceration.
PRE-CONDITIONS--No pre-conditions, but inmate has the following programs:
   05/07/07 SUCCESSFUL COMPLETE A4001 COMPAS

Exhibit 3.15



# STATE BOARD OF PARDONS AND PAROLES

**Garland R. Hunt, Esq.**
Chairman

2 Martin Luther King, Jr., Drive, S.E
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

**L. Gale Buckner**
Vice-Chair
**Garfield Hammonds, Jr.**
Member
**Dr. Eugene P. Walker**
Member
**Milton E. "Buddy" Nix, Jr.**
Member

October 4, 2006

JOHNNY L TAYLOR, EH-155937
C/O WARDEN,
HANCOCK STATE PRISON

Dear JOHNNY L TAYLOR,

Your case was recently reconsidered in accordance with Board policy.

The Board's decision is to deny parole at this time. The Board determined that your parole release would not be compatible with the welfare of society (see O.C.G.A. 42-9-42(c)) due to the severe nature of the offense(s) for which you were convicted.

In accordance with Board Policy your case will again be reviewed by the Board during MARCH 2008.

Sincerely,

Thurman L. Henderson, Assistant Director
Clemency/Parole Selection

cc: Warden
Inmate Administration

Equal Opportunity Employer
Recipient of the Council of State Governments' 1999 Innovations Award
American Probation and Parole Association's 2000 President's Award Winner
Accredited by CAC/ACA since 1994

Exhibit 3.15 rx'd
6/20/06
T.C.

HANCOCK STATE PRISON

Parole Review  U380941   EH155937 TAYLOR,JOHNNY L          Run  5/ 5/06 Page 1

PIC-None  TPM-Lifer Max-Lifer        TPM extension-NEVER

| Residence plan A (relationship & phone) | Residence plan B (relationship & phone) |
|---|---|
| Monique Taylor | Addie Smith-mother |
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |
| Phone: 770-465-4602 | Phone: 404-381-6996 |

DRs & programs not listed below, employment plan (if any), additional comments:

Inamte Taylor has been incarcerated at Hancock State Prison since December 1998.  Since his incarceration, he has worked consistently as a cellblock orderly.  During his incarceration he has completed no programs.  His last disciplinary report was received in 1985 at GSP. Inmate Taylor has a total of fifteen (15) E-slips on file.  He has eight (8) above average and seven (7) E-slips.  Inmate is an average candidate for parole.

Institutional behavior of inmate:    ABOVE AVERAGE  (AVERAGE)   BELOW AVERAGE

Angela P. Farley ___ 6-14-06 ___                S._____ Warden, HANCOCK STATE PRISON
Case manager          date

Photocopy this & put in institutional file.  Send original to the Parole Board.
=============================================================================
GANG  ACTIVITY--No gang affiliation recorded in OTIS
MENTAL  HEALTH--No MH history records.
DISCIPLINARIES--None recorded on OTIS during the current incarceration.
PRE-CONDITIONS--No parole pre-conditions and no programs.

Exhibit 3.15



# STAᵢE BOARD OF PARDONS ANᴅ PAROLES

**Walter S. Ray**
Chairman

2 Martin Luther King Jr., Drive, S.E.
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

Jim Wetherington
Vice-Chairman
**Bobby K. Whitworth**
Member
**Garfield Hammonds, Jr.**
Member
**Dr. Betty Ann Cook**
Member

February 1, 1999

Mr. Johnny L. Taylor, EF-155937
C/O Warden
Hancock State Prison

Dear Mr. Taylor:

You have been thoroughly and carefully considered for parole. The Board's decision is to deny parole at this time. The main reasons for the decision cited by the Board members during their individual study of your case(s) are circumstances and nature of the offense.

The Board has decided to consider you again for parole during **September 2006.**

Sincerely,

FOR THE BOARD:

Mary Young, Unit Manager
Disposition Unit

MY/cjs

cc: Warden
Parole Supervisor **District # 21 Decatur**
Inmate Administration

Equal Opportunity Employer
Accredited by the Commission on Accreditation for Corrections/American Correctional Association

# Certificate of Achievement

*This is to Certify that*

Johnny Taylor ef 155937

*has satisfactorily completed coursework in*

Health Awareness

*at Hancock State Prison*

*on this* 27th *day of* September, 1999

Instructor

Warden

Exhibit 3.15

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
*Hancock State Prison*
*Post Office Box 339*
*Sparta, Georgia 31087*
*Telephone: (706) 444-1000*
*Fax: (706) 444-1137*

Sonny Perdue
Governor

James E. Donald
Commissioner

## MEMORANDUM

**TO:**
Ms. Betty McGrew, Deputy Warden of Security
Mr. Andrew Walker, Deputy Warden of Administration
Ms. JoAnn Hunding, Deputy Warden of Care & Treatment
Mr. Joseph Peal, Chief Counselor
Ms. Martha Brawner, Unit Manager
Mr. Tommy Tremble, Unit Manager
Mr. Michael Ransom, Chief of Security
Mr. Bobby Weiters, GDC Lieutenant
Shift Supervisors
Shift OIC
D- Building Officer

**FROM:** David L. Frazier, Warden

**DATE:** March 11, 2008

**SUBJECT:** Visitors

Please be advised that the Warden has approved several visitors to enter the facility.

### March 12, 2008 Parole Board Representative

Mr. Barney Boyer, Parole Board Member, has approval to enter the facility on Wednesday, March 12, 2008, at 1:00 p.m. He will conduct an interview with Inmate Johnny Taylor GDC ID 380941. He has approval to bring essential items into the facility to conduct his interview.

### March 12, 2008 Attorney Visit

Mr. W. Charles Lea, Attorney at Law, is scheduled to interview inmate Abdul Ali Rabie GDC ID 1181608 at 9:00 a.m. He is authorized to bring legal file, pad, and pen to conduct his interview. He has not been granted approval to leave legal materials with the inmate. Mr. Lea may mail legal information back to the inmate via regular mail.

### March 13, 2008 Internal Affairs Visit

Ms. Johnny Holland, Internal Affair, has approval to enter the facility to conduct several interviews. He is expected to arrive at 10:00 a.m. on Thursday. Mr. Holland is a GDC employee, and is authorized to bring essential material into the facility to conduct his interviews.

Christopher Thomas          GDC ID  866975
George Guzman               GDC ID 1184062

Please notify Shift OIC, Shift Supervisor, Warden's Secretary, and appropriate staff member upon their arrival. Thank you for your cooperation.

DLF/rmbc
/cc:    file

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIBE    HANCOCK STATE PRISON    March 11, 2008  02:13 PM
Activity Roster    Report Date: 03/13/2008    Printed By:    CHATMAN, ROSA
    Page 1 of 1

Activity: INTERNAL AFFAIRS INVESTIGATION APPT.    Location: INMATE AFFAIRS INTERVIEW    Start Time: 13:00    End Time: 13:30    Offenders Assigned: 2

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2008 | | GUZMAN, GEORGE III | 1184062 | MINIMUM | | ANNX-1-30-T | ROBBINS, P. | MULTI-PURPOSE ROOM | | |
| 03/13/2008 | | THOMAS, CHRISTOPHER BAINE | 866975 | MEDIUM | | F-2-134-T | WASHINGTON, D. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15

Activty: ATTORNEY VISIT · · Location: ATTORNEY VISIT Start Time: 09:00 End Time: 11:30 Offenders Assigned: 1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2008 | | RABIE, ABDUL ALI | 1181608 | MEDIUM | | J-2-13-B | MCBRIDE, P. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIBE     HANCOCK STATE PRISON     March 11, 2008   02:07 PM
Activity Roster     Report Date: 03/12/2008     Printed By:   CHATMAN, ROSA
Page 2 of 2

Activty: ATTORNEY VISIT     Location: ATTORNEY VISIT     Start Time: 13:00    End Time: 15:30    Offenders Assigned: 1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2008 | | CULMER, GERVAISE ELCOTT | 1108430 | MEDIUM | | E-Z-239-B | GORLEY, J. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
*Hancock State Prison*
*Post Office Box 339*
*Sparta, Georgia 31087*
*Telephone: (706) 444-1000*
*Fax: (706) 444-1137*

*File*
*Copy*

Sonny Perdue
Governor

James E. Donald
Commissioner

## M E M O R A N D U M

**TO:**   Ms. Betty McGrew, Deputy Warden of Security
Mr. Andrew Walker, Deputy Warden of Administration
Ms. JoAnn Hunding, Deputy Warden of Care & Treatment
Mr. Joseph Peal, Chief Counselor
Ms. Martha Brawner, Unit Manager
Mr. Tommy Tremble, Unit Manager
Mr. Michael Ransom, Chief of Security
Mr. Bobby Weiters, GDC Lieutenant
Shift Supervisors
Shift OIC
D- Building Officer

**FROM:**   David L. Frazier, Warden

**DATE:**   February 27, 2008

**SUBJECT:**   Visitors

Please be advised that the Warden has approved several visitors to enter the facility.

Mr. Lee Ortwein, Attorney, Mr. Roy Cooper, Investigator, and Mr. Mark Future Dangerousness Expert Witness, have approval to enter the facility on Thursday, February 28, 2008, at 1:00 p.m. They will conduct an interview with Inmate Johnny Taylor GDC ID 380941. They are approved to bring legal pads, pens, and legal files into the facility for the interview. They have not requested prior approval to bring any other items into the facility. Please contact the Warden office if they are asking to bring in other items, other than the items mentioned.

Please notify Shift OIC, Shift Supervisor, Warden's Secretary, and appropriate staff member upon their arrival. Thank you for your cooperation.

DLF/rmbc
/cc:   file

Activty: ATTORNEY VISIT        Location: ATTORNEY VISIT        Start Time: 13:00     End Time: 15:30     Offenders Assigned:   1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2008 | | TAYLOR, JOHNNY L | 380941 | MINIMUM | | H-1-219-B | FARLEY, A. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15

Exhibit 3.15

**ATTACHMENT 5**
**GDC-SOP IIB06-0002**
**6/01/2005**

## GEORGIA DEPARTMENT OF CORRECTIONS

### INMATE PROPERTY DISPOSAL AGREEMENT

I, _Johnny Taylor_ NUMBER _380941_

have been notified by_____Lassiter_____ on _12 Dec 06_

that the items listed below are contraband and that I have thirty (30) days to do one of the following:

(1) Authorize postage and provide an address for the items to be mailed out of the institution. The items must be picked up within thirty (30) days of the date of this notice.

(2) Arrange to have the items picked up. The items must be picked up within thirty (30) days of the date of this notice. Advise the Property Room Office of the name of the person who will pick up the items and the date they will be picked up.

If you do not choose either option within seven (7) days, the items will be destroyed after thirty (30) days.

INMATE'S SIGNATURE: _____ CHECK OPTION (1)_____
                                              CHECK OPTION (2)_____

DATE: _12-12-06_

1. _1 beannie cap_          6. _____
2. _____          7. _____
3. _____          8. _____
4. _____          9. _____
5. _____          10. _____

_____    _____    _____
DATE MAILED        OFFICERS SIGNATURE    INMATE SIGNATURE

_____    _____    _____
DATE PICKED UP     OFFICERS SIGNATURE    VISITORS SIGNATURE

_13 Dec 06_
DATE DESTROYED     OFFICERS SIGNATURE    INMATE SIGNATURE

                   _____
                   WITNESS SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that I have received the above listed personal property that has been stored for me during my incarceration at this Institution

DATE OF TRANSFER: _____    INMATE SIGNATURE_____

PI-1166 (Rev. 8/15/01)

RETENTION SCHEDULE:
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

PI - 1166 (Rev. 7/26/05)

Exhibit 3.15

**G~ :GIA DEPARTMENT OF CORRECTIOI~**

#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334

## ASSIGNMENT/TRANSFER ORDER

12/11/98

TO: WARDEN
HANCOCK STATE PRISON

1. This is authority to move the below named inmate as indicated. Movement will be made within three working days of receipt of this order.

2. Reason for movement: ADMIN

| NAME | NUMBER | MOVE FROM | MOVE TO |
|------|--------|-----------|---------|
| I/M TAYLOR, JOHNNY L<br>AKA TAYLOR, JOHN<br>TAYLOR, JOHN L<br>TAYLOR, JOHNNY | EH 155937 | GDCP<br>JACKSON<br>TAYLOR, CHARLEY | HANCOCK SP<br>SPARTA |

3. Special instructions:

_____ Fingerprint Requirement : Yes _____ No __X__

——— GSP : FORWARD FILE TO HANCOCK SP

4. Security Classification:

CLOSE ( In/Out Status : OUT )

BY ORDER OF THE COMMISSIONER
BY: _Jackie L. Kelsey_

---

## RECEIPT

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____<br>(date) | Received on __12/15/98__<br>(date) |
| _____<br>(Transfer Officer) | _P. Ella_<br>(Receiving Officer) |
| Received at assigned institution on | |
| _____<br>(date) | **DISTRIBUTION** |
| | 1. Record Copy – Return to Atlanta<br>2. Gaining Institution<br>3. Losing Institution<br>4. Parole Board<br>5. Suspense |
| _____<br>(Receiving Officer) | |

Exhibit 3.15

Taylor Johnny

**HANCOCK STATE PRISON**
**P. O. BOX 339**
**SPARTA, GEORGIA 31087**

HAZARDOUS CHEMICAL TRAINING FOR:

DORM ORDERLY, ADMINISTRATION ORDERLY, KITCHEN
ORDERLY, MULTIPURPOSE ORDERLY, GYM ORDERLY,
WAREHOUSE ORDERLY, LAUNDRY ORDERLY, MEDICAL
ORDERLY, I.D. ORDERLY, SECURITY ORDERLY, COUNSELING
ORDERLY, BARBER SHOP ORDERLY, LIBRARY ORDERLY,
SCHOOL ORDERLY, G.C.I. ORDERLY, J-DORMS ORDERLY,
HANCOCK ANNEX ORDERLY

This agreement/acknowledgement certifies the inmate has been briefed on
additional training concerning specific chemicals used at the assigned work
areas.

The chemicals used in assigned work areas are:
All-purpose cleaner
Ammoniated Cleaner and Degreaser
Citrus Scent Disinfectant
General Purpose Bleach
Floor Sealer
Floor Wax
Hand Soap
Non-ammoniated Stripper
Non-ammoniated Window Cleaner
Scouring Cleaner
Tile Cleaner

Exhibit 3.15

First, read the label

1.  The labels provide the basic safety information you need when working with hazardous chemicals.
    A.  The label provides the name of the chemical.
    B.  Manufacturer
    C.  Physical Hazard (fire, explosion, reaction)
    D.  Health Hazard (toxic, irritant, cancer-causing)
    E.  Proper handling and storage
    F.  What to do in an emergency
    G.  The correct personal protective equipment to use for protection.

2   Learn to recognize the color codes that may appear on labels.
    A.  Red-Fire Hazard
    B.  Blue-Health Hazard
    C.  Yellow-Reactivity Hazard
    D.  White-Specific Hazard or personal protection

_____   ___7/1/04___
INMATE NAME & GDC #                DATE

_____   ___9/1/04___
STAFF SIGNATURE                    DATE

Exhibit 3.15

## HEALTH HAZARD, REACTIVITY HAZARD
## AND FLAMMIBILITY HAZARD RATING
## CHART FOR SPECIFIC CHEMICALS

| CHEMICAL NAME | HEALTH | FIRE | REACTIVITY | PERSONAL PROTECTIVE EQUIPMENT |
|---|---|---|---|---|
| ALL PURPOSE CLEANER | 1 | 1 | 0 | X |
| AMMONIATED CLEANSER & DEGREASER | 2 | 1 | 0 | X |
| CITRUS SCENT DISINFECTANT | 3 | 1 | 0 | X |
| GENERAL PURPOSE BLEACH | 3 | 0 | 1 | X |
| FLOOR SEALER | 1 | 0 | 0 | X |
| FLOOR WAX | 1 | 0 | 0 | X |
| HAND SOAP | 0 | 0 | 0 | X |
| NON-AMMONIATED STRIPPER | 3 | 1 | 0 | X |
| NON-AMMONIATED WINDOW CLEANER | 1 | 3 | 0 | X |
| SCOURING CLEANSER | 2 | 0 | 1 | X |
| TILE CLEANER | 2 | 1 | 0 | X |
| FOAMY Q & A | 2 | 0 | 0 | X |

HAZARD RATING SCALE:
0-MINIMUM
1-SLIGHT
2-MODERATE
3-SERIOUS
4-SEVERE
X-CONSULT YOUR SUPERVISOR

PERSONAL PROTECTION EQUIPMENT:
1- SAFETY GLASSES
2-FACE SHIELD
3-SPLASH GOGGLES
4-AIR LINE HOOD OR MASK
5-GLOVES
6-SYNTHETIC APRON
7-DUST RESPIRATOR
8-VAPOR RESPIRATOR
9-FULL SUIT
10-RUBBER BOOTS

Exhibit 3.15

# HANCOCK STATE PRISON
## INMATE TRAINING ACKNOWLEDGEMENT
## FOR SAFETY RULES AND ADMONITION

1.  All chemicals must be diluted under the supervision of a staff member.

2.  Never mix chemicals – the reaction can be dangerous.

3.  Always use safety equipment provided for your detail assignment (i.e. eye protection, gloves, and masks).

4.  Never add gasoline to any equipment while it is running.

5.  Never work on power equipment while it is running.

6.  Do not operate any equipment that has safety equipment damaged or bypassed.

7.  Do not smoke within 50' of any flammable or combustible items.

8.  When operating lawn mowers or similar power equipment, keep the discharge chute away from persons, buildings or vehicles.

9.  Do not operate a piece of electrical equipment (i. e. buffers saws) with frayed cords or electrical shorts.

10. Do not ride buffers.

11. Use good common sense when operating any type of equipment; abide by all safety rules.

12. Make sure you have proper ventilation when using chemical (i. e. bleach, paint, and stripper).

13. Make sure that you have adequate space between individuals to insure safety when working in a group. (i. e. sling blades, bush axes).

14. Do not adjust or modify any equipment without staff supervision.

15. Report any unsafe condition to your supervisor immediately!

16. I have read or have had read to me my job description.

_____
Witness

_____
Inmate Signature

7/13/08
_____
Date

380941
_____
GDC

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public

Employee Hazardous Chemical Protection and Right to Know Act of 1988. The

Training was conducted on   4-31-38   .

_____

**Employee / Inmate**

_____

**Instructor's Signature**

Exhibit 3.15

**HANCOCK STATE PRISON**
**P. O. BOX 339**
**SPARTA, GEORGIA 31087**

INMATE NAME: _Johnny Taylor_

GDC: _380941_

I certify I have viewed the hazard communication training video as described in the Georgia Public Employee Hazardous Chemical Protection and Right To Know Act of 1988. I am currently working with chemicals on a daily basis.

_Johnny Taylor_
**Inmate Signature**

_04-21-08_
**Date**

**Instructor's Signature**

Exhibit 3.15

## HANCOCK STATE PRISON
## P. O. BOX 339
## SPARTA, GEORGIA  31087

INMATE NAME: _Johnny Taylor_

GDC#: _380941_

I certify I have viewed the hazard communication training
video as described in the Georgia Public Employee Hazardous
Chemical Protection and Right To Know Act of 1988.  I am
currently working with chemicals on a daily basis.

_Johnny Taylor_

**Inmate Signature**

_May 26, 04_

**Date**

_J. Martin_

**Instructor's Signature**

Exhibit 3.15

INMATE NAME: Johnny Taylor

EF: 155937

I CERTIFY I HAVE SEEN THE HAZARD COMMUNICATION TRAINING FILM AS DESCRIBED IN THE GEORGIA PUBLIC EMPLOYEE HAZARDOUS CHEMICAL PROTECTION AND RIGHT TO KNOW ACT OF 1988. I AM PRESENTLY WORKING WITH CHEMICALS ON A DAILY BASIS.

INMATE SIGNATURE:

DATE: 5/5/13

INSTRUCTOR SIGNATURE:

Exhibit 3.15

**FACILITY
REPRESENTED** <u>HANCOCK STATE PRISON</u>

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _____

_____
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

FACILITY
REPRESENTED  HANCOCK STATE PRISON

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _____6/27/00_____

_____JOHNNY Tray/00 EF-155937_____
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

FACILITY
REPRESENTED  <u>HANCOCK STATE PRISON</u>

HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _____4/24/01_____

_____John Taylor — 155937_____
Name (PLEASE PRINT) *EF NO.*

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

FACILITY
REPRESENTED  HANCOCK STATE PRISON

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : ___12/28/98___

*EH155937 H-1*

___JOHNNY TAYLOR___
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

_Donate_

Exhibit 3.15

**ATTACHMENT 5**
**GDC-SOP IIB06-0002**
**6/01/2005**

## GEORGIA DEPARTMENT OF CORRECTIONS

### INMATE PROPERTY DISPOSAL AGREEMENT

I, _Johnny Taylor_ NUMBER _380941_

have been notified by _OFC. Primos_ on _12-31-07_

that the items listed below are contraband and that I have thirty (30) days to do one of the following:

(1) Authorize postage and provide an address for the items to be mailed out of the institution. The items must be picked up within thirty (30) days of the date of this notice.

(2) Arrange to have the items picked up. The items must be picked up within thirty (30) days of the date of this notice. Advise the Property Room Office of the name of the person who will pick up the items and the date they will be picked up.

If you do not choose either option within seven (7) days, the items will be destroyed after thirty (30) days.

INMATE'S SIGNATURE _[signature]_ CHECK OPTION (1)_____
CHECK OPTION (2)_____

DATE: _12-31-07_

1. _Conditioner (Non Clear)_       6. _____
2. _____       7. _____
3. _____       8. _____
4. _____       9. _____
5. _____       10. _____

DATE MAILED _____

OFFICERS SIGNATURE          INMATE SIGNATURE
_Martha Brauna_

DATE PICKED UP _____

OFFICERS SIGNATURE          VISITORS SIGNATURE
_[signature]_

DATE PICKED UP _12/31/07_

DATE DESTROYED
_Donate_

OFFICERS SIGNATURE          INMATE SIGNATURE
_[signature]_

WITNESS SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that I have received the above listed personal property that has been stored for me during my incarceration at this Institution

DATE OF TRANSFER: _____ INMATE SIGNATURE _____

PI-1166 (Rev. 8/15/01)

**RETENTION SCHEDULE:**
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

PI - 1166 (Rev. 7/26/05)

Exhibit 3.15

SOP IIBO4-0001
ATTACHMENT 1
(9/01/99)

## MAIL ITEMS REJECTION FORM

TO SENDER: **Addie Smith**          Date: **12-6-04**

FROM:     Mail Inspector:_____Hancock State Prison_____
                              Facility/Center

SUBJECT:     Inmate/Probationer: **Johnny Taylor 380941 HH**

The item (s) of mail is being returned/held for you for the reason (s) indicated:

( )   Contains pornographic/nude pictures.

( )   Unauthorized currency. We cannot accept personal checks or cash.

( )   Prior approval has not been issued to inmate for _____

_____

( )   Stamps are not allowed.

(x)   Other: **No GDC # on Money order.**

_____

_____                    _____
(Inmate/Probationer)                            (Mail Inspector)

If items are being held, you have 30 calender days todo one of the following.
(1)   Pick up the items. You must make prior arramgements with the Mail Room Officer to pick up the materials; or
(2)   Provide $ **.37** for return mail.
**Stamped envelope to mail out,**
If you do not choose either option within 30 days, the items will be destroyed or donated to charity.

Copy:  Inmate/Probationer

Exhibit 3.15

## HANCOCK STATE PRISON
## P. O. BOX 339
## SPARTA, GEORGIA 31087

INMATE NAME: _Johnny Taylor_

GDC#: _350741_

I certify I have viewed the hazard communication training
video as described in the Georgia Public Employee Hazardous
Chemical Protection and Right To Know Act of 1988. I am
currently working with chemicals on a daily basis.

_Johnny Taylor_

**Inmate Signature**

_6/30/05_

**Date**

_[signature]_

**Instructor's Signature**

Exhibit 3.15

**\*INMATE MUST BE PRESENT BEFORE GAINING OFFICER SIGNS MOVE SLIP\***

**INMATE LIVING ASSIGNMENT**

NAME _Taylor, Johnny_     I.D. _155937_   RACE _B_

PRESENT ASSIGNMENT _ID_     NEW ASSIGNMENT _A-58_

REASON _RFC_

PRECAUTIONS _____

LOSING OFFICER _SP___     GAINING OFFICER _C Dean_

MOVE DATE _9-18-98_     \*APPROVED BY _S. Stafford C64_

\*MOVES MUST BE APPROVED BY EITHER: UNIT MANAGER, CLASSIFICATION, OID, DUTY OFFICER, OR SECURITY OIC'S

MISC3.MIS Rev. 10/97

6

**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
**INMATE LIVING ASSIGNMENT**

NAME: TAYLOR, JOHNNY L     I.D.: EH - 155937     RACE: B

PRESENT ASSIGNMENT: J-1    027T    NEW ASSIGNMENT: B-121

REASON:
MASS MOVEMENT

PRECAUTIONS:
N/A

LOSING OFFICER: _S. SMITH_     GAINING OFFICER: _____
MOVE DATE: AUG 2 1 1998     APPROVED BY: _____

Exhibit 3.15

Hancock State Prison
Inmate Handbook Receipt

I, _Johnny Taylor_ , GDC # _380941_

Do hereby acknowledge receipt of the Hancock State Prison Handbook.

Date_____    Counselor_____

---

2X/m

**\*INMATE MUST BE PRESENT BEFORE GAINING OFFICER SIGNS  MOVE SLIP\***

**INMATE LIVING ASSIGNMENT**

NAME _Taylor, Johnny L._     I.D. _EH 155937_ RACE _B_

PRESENT ASSIGNMENT _ID_    NEW ASSIGNMENT _J1-27_

REASON _new arrival_

PRECAUTIONS _n/A_

LOSING OFFICER_____    GAINING OFFICER _R. Brichner_

MOVE DATE _8-12-98_    \*APPROVED BY_O. Soita CO I_

\*MOVES MUST BE APPROVED BY EITHER: UNIT MANAGER, CLASSIFICATION,OID, DUTY OFFICER, OR SECURITY OIC'S

MISC3.MIS Rev. 10/97

Exhibit 3.15

HANCOCK STATE PRISON

RE:    ORIENTATION.

DATE: 12/16/98

NAME: Johnny Taylor          ID NUMBER EH 155737

I have received Orientation regarding this institution and G.D. & D.C. Rules,
Regulations, Programs and Services.  The opportunity to ask any questions
regarding Rules, Regulations, Programs and Services and an explanation of the
Inmate Grievance Procedures was given to me on this date.

Attendance during this Orientation session is verified by signature of the
Counselor conducting Orientation.  If questions arise at a future time, I will
direct them to my assigned Counselor.

Signed: _Johnny Taylor_____     _EH155737_____     _12/16/98_____
         Inmate Signature            ID Number            Date

Staff Member: _P. K. Robbins_____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE CHART!!

Exhibit 3.15

Attachment SOP VB01-0004

# GEORGIA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATIONS CHECKLIST

ame: _Johnny Taylor_ I.D.#: _EH155737_

Date of Arrival _12/15/18_  Date of Orientation _12/16/18_

| CATEGORY | INMATE INITIAL |
|---|---|
| Expectations Staff has of Prisoners | _JT_ |
| Delineation of Staff Roles and Access Procedures | _JT_ |
| Offender Rights, Right To Know, Privileges, and Responsibilities | _JT_ |
| Classification, Disciplinary, and Grievance Process | _JT_ |
| Case Management, Counseling and Programs | _JT_ |
| Work Assignment | _JT_ |
| Program Availability ( e.g. Health Services, Academic, Library, Vocational | _JT_ |
| Counseling, Recreational, Religious Services, etc.) | _JT_ |
| Distribution of the Facility Handbook | _JT_ |
| Oral Review of Rules and Regulations and Departmental Procedure | _JT_ |
| Discussion of Access Procedures To Counselors, Sick Call, etc. | _JT_ |
| Distribution of Visitation/ Telephone Call Forms | _JT_ |
| Assistance With Obtaining Birth Certificate and SS Card | _JT_ |
| Fire Safety | _JT_ |
| Viewed COLA Video on Legal Assistance | _JT_ |
| Electronic Monitoring Video | _JT_ |
| AIDS Video | _JT_ |

## "ACKNOWLEDGMENT"

I, Inmate _Johnny Taylor_ I.D.# _EH155737_ HAVE BEEN GIVEN A FORMAL ORIENTATION TO **Hancock SP**. I HAVE BEEN GIVEN THE OPPORTUNITY TO ASK QUESTIONS. I UNDERSTAND THEM AND WILL BE HELD ACCOUNTABLE FOR ANY VIOLATIONS.

_Johnny Taylor_                    _12/16/18_
INMATE SIGNATURE                   DATE

Exhibit 3.15

HANCOCK STATE PRISON
P. O. BOX 339
SPARTA, GEORGIA   31087

## AUTHORIZATION FOR DIRECT DEPOSIT

I, Inmate _Johnny Taylor_           _EH155737_         give
Name                                Inmate Number

Hancock State Prison permission to endorse all money orders and
checks by rubber stamp rather than my personal signature.  The
rubber stamp will say the following:

DEPOSITED TO THE CREDIT
OF THE WITHIN NAMED PAYER
ENDORSEMENT GUARANTEED
HANCOCK CORRECTIONAL INSTITUTION
INMATE DEPOSIT ACCOUNT
SPARTA, GA

SIGNED: _Johnny Taylor_                      DATE: _12/16/98_

WITNESSED BY: _P. K. Robbins_                DATE: _____

NOTE:  SIGNED AUTHORIZATION FORM WILL BE MAINTAINED IN INMATE'S
FILE.

## HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the
Georgia Public Employee Hazardous Chemical Protection and Right to
Know Act of 1988.

The training was conducted on        _12/16/98_
                                     DATE

_Johnny Taylor_                      _EH155737_
INMATE NAME)                         (INMATE NUMBER)

_P. K. Robbins_                      _____
Instructor's Signature)              (Date)
05/98

Exhibit 3.15

# HANCOCK STATE PRISON
## P. O. BOX 339
## SPARTA, GEORGIA   31087

Inmate _~~Jake Taylor~~_ _~~E11235737~~_
          Name                                  Inmate Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*

## EMERGENCY DATA INFORMATION

## IN CASE OF EMERGENCY CONTACT:

NAME: _~~Sr Taylor~~_     RELATION: _~~Son~~_

ADDRESS: _~~no D nark Ave~~_

_~~Atlanta Ga~~_

PHONE(S): _~~404 398 7794~~_
          (AREA CODE/NUMBER)

_~~404 607 6851~~_
(AREA CODE/NUMBER)

05/98

Exhibit 3.15

# HANCOCK
## STATE
## PRISON



## FILE BEGINS
## HERE

## DATE
## 12-15-98

Exhibit 3.15

ATTACHMENT II
SOP IIB6-0002

GEORGIA DEPARTMENT OF CORRECTIONS

INMATE PERSONAL PROPERTY INVENTORY

NAME: _Taylor, Johnny_ NUMBER: _EH155937_ DATE: _8-27-98_
REASON FOR INVENTORY: _U.S. Marshall_ INSTITUTION _G.D.C.P._

**CLOTHING ITEMS (BE SPECIFIC)**
- TROUSERS
- SHIRTS
- SOCKS
- JACKET
- SWEATSHIRT
- CAP
- BELT
- HANDKERCHIEF
- UNDERSHIRTS
- UNDERSHORTS
- HOUSECOAT
- TENNIS SHOES
- BEDROOM SHOES
- DRESS SHOES
- SHOWER SHOES _1 pr._
- GYM SHORTS
- PAJAMAS
- SKULL CAP

**FOOD ITEMS**
- 4 - Cheese Crackers
- 8 - Peanut Butter Crackers
- 3 - Pack Cookies
- 4 - Packs Peanuts
- 7 - Packs Corn Chips
- 2 - Pack Raisin Cereal
- 2 - Fancy Pecan Pies
- 1 - Honey Bun

**MISCELLANEOUS ITEMS**
- DRINKING CUP
- SHEETS
- PILLOW CASES
- TOWELS
- BATHCLOTHS
- BLANKETS
- 1 Brown Envelope w/ misc papers
- 8 - White Full-Size Envelopes
- 8 - 32¢ Stamps
- ( )Food ( 33 cakes

**PERSONAL GROOMING ITEMS**
- TOOTHPASTE _3_
- RAZORS/BLADES _1_
- SHAMPOO _1_
- SHAVING CREAM
- COMBS
- HAIRBRUSH
- TOOTHBRUSH _3_
- DEODORANT _3_
- 1 - Ambi Cream (used)

**PERSONAL PROPERTY ITEMS**
- PHOTO ALBUM
- PHOTOGRAPHS
- COUPON BOOK
- HEADPHONES _1 pr._
- RADIO
- WRISTWATCH
- JEWELRY

- RELIGIOUS MEDAL
- PAPER/PADS _2_
- PENCILS/PENS _1/3_
- MAGAZINES
- BOOKS _1 Webster's Dictionary_
- SUNGLASSES
- EYEGLASSES
- BILLFOLD
- LETTERS
- 4 - Bar Soap

**TOBACCO ITEMS**

**LEGAL MATERIALS**

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_[signature]_ 8-27-98 0800
Inventory Officer's Signature

X _[signature]_
Inmate's Signature

Shift Supervisor's Signature

Witness' Signature

_[signature]_ COII 9-18-98 1447

Inmate's Ack/Receipt of Property

Officer Returning Property

Distribution:  White — Inmate File     Canary — Inmate     Pink — ID / Property Room

PI-634 (Rev. 3/89)

Exhibit 3.15

ʀ.F.C. US MARSHALL

**Georgia Department of Corrections** Attachment I SOP IIB6-0002

INITIAL INMATE PERSONAL PROPERTY INVENTORY

TAYLOR, JOHNNY L.
Name_____ EF-155937 B/M GDCP Date Received 9-18-98
                              Number_____ Institution_____

Amount of money brought into institution_____

Destroyed or mailed:___ Coat_____ Shirt_____ Trousers
(circle one)          Shoes (pr)___ Socks (pr)____ Belt
                      Shorts_____ Undershirt_____ Wallet
                      Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____

_____

Inmate's Signature                    Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
**********************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

___ Shoes ___ Earphone ___ Toothbrush ___ Toothpaste ___ Socks (pr)
___ Disposable razor ___ Institution rules

Copy No. 1 of Book "Orientation Handbook for Offenders" by GDC

Other_____
                                      Inmate's Arrival Signature

Remarks:_____

**********************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                      Inmate's Departure Signature

Date of Transfer:_____ Destination:_____

Distribution: White — Inmate File    Canary — Inmate    Pink — ID / Property Room

PI-1176 (Rev.3/89)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 105 of 270
PageID #: 1075

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

TO: CHIEF TAYLOR

DATE: August 14, 19_0

NAME: TAYLOR, JOHNNY L                    IP NUMBER: 238737

I have received an orientation regarding this institution and State
Rules, Regulations, Programs and Services. The opportunity to ask any question
regarding Rules, Regulations, Programs and Services and an explanation of all
Inmate Grievance Procedures was given to me at this date.

Acknowledged during this Orientation session is certified by signature of the
counselor conducting Orientation. If questions arise at a later point, I can
direct them to my assigned Counselor.

HAZARD COMMUNICATION TRAINING CERTIFICATION

I have received Hazard Communication Training as described in the Georgia
Public Employee Hazardous Chemical Protection and Right to Know Act of
1988. The training was conducted by GDCP Orientation Counselor.

LEGAL SERVICES

I have been advised of access to the Courts, Law Library assistance staff
and legal assistance through the Center for Prisoner's Legal Assistance,
Inc. (CPLA).

SEXUAL ALLEGATION

I have been advised that according to policy, staff of the Georgia Department
of Corrections who become aware of a sexual allegation involving an offender
must notify the Warden/Superintendent or his/her designee.

Signed: _____    238737    Date: _____
        Inmate Signature          ID Number

Staff Member: _____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE FILE.

Department of Corrections
OFFENDER MANAGEMENT S\_   M
Visitation Request Sheet

August 12, 1998 Exhibit 3-15 9 am
Report 3160
Printed By VANHOC00

NAME: TAYLOR,JOHNNY L                    I.D.: 155937        RACE: B

| Visitor Name | Relationship | Address | Phone |
|---|---|---|---|
| REBA TAYLOR | WIFE | 2839 Rollingwood In Atlanta GA 30316 | |
| LISA TAYLOR | SISTER | 1618 Downalee Atlanta GA 30316 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The Superintendent or his representative is hereby authorized to open and examine all mail matter which may be directed to me or which may be sent out by me as long as I am an inmate.

X _Johnny Taylor_                    Date:    August 12, 1998   _J. Russell_
                                                                (Witness)

Exhibit 3.15

## GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON
## INMATE CREDIT ENDORSEMENT

TAYLOR JOHNNY L
FF 155937          73
        7 2 54

I, _____/_____
                    **NAME**                              **ID NUMBER**

Give the GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON permission
to endorse all money orders, checks, etc., by rubber stamp
rather than by signature.


Stamp to read as follows:

Deposit to the
Credit of the within
Named Payee, Endorsement
Guaranteed by G.D.&C.P
Jackson, Georgia
Acct. # 004-37-442


Signed (Inmate) X _Johnny Taylor_____

Witness _____ F. Davis _____

Date: ___8-12-98_____


cc/file


ADM962.ADM

Exhibit 3.15

Attachment  I
**Georgia Department of Corrections** SOP IIB6-0002

<u>INITIAL INMATE PERSONAL PROPERTY INVENTORY</u>

TAYLOR,JOHNNY L.                    EF-155937  B/M    GDCP    Date Received  08-12-98
Name_____  Number_____  Institution_____

Amount of money brought into institution_____ $6.36 CM _____

Destroyed or mailed:_____ Coat _____ Shirt _____ Trousers
(circle one) _____ Shoes (pr)_____ Socks (pr) _____ Belt
_____ Shorts _____ Undershirt _____ Wallet
_____ Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____

_____

X_____    X_____
Inmate's Signature                    Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
***********************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

____ Shoes ____ Earphone ____ Toothbrush ____ Toothpaste ____ Socks (pr)
____ Disposable razor ____ Institution rules

Copy No. |__ of Book "Orientation Handbook for Offenders" by GDC

Other_____    _____
                                          Inmate's Arrival Signature

Remarks:_____

***********************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                  _____
                                  Inmate's Departure Signature

Date of Transfer:_____  Destination:_____

Distribution:  White — Inmate File    Canary — Inmate    Pink — ID / Property Room

PI-1176 (Rev.3/89)

Exhibit 3.15

GEORG␣␣ IAGNOSTIC & CLASSIFICATION Cℓ
Post Office Box 3877
Jackson, Georgia 30233

## COUNTY COURT RECEIPT

RE: TAYLOR,JOHNNY L.   EH⁻155937 B|M   NO MEDS B-121

_____

_____

_____

_____

_____

_____

This is to certify that I, Sheriff of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U.S. MARSHALL NORTHERN DISTRICT
                                             (County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL   NORTHERN, the
                                          (County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by ___ U.S. MARSHALL
                                                               (County &
_____ GA _____.
     State)

This the __27TH__ Day of __AUGUST_____ 19__98__.

                                        _JB Bennett_ US Marshals
                                        (Lawful Sheriff or Deputy)

_____Kelley_____
ceiving & Identification Supervisor
            (or)
      Officer in Charge)

NOTE TO SHERIFF:  WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
                  NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
                  THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PL-1134   3-86

Exhibit 3.15

GEORGIA DIAGNOSTIC & CLASSIFICATION CENTER
Post Office Box 3877
Jackson, Georgia   30233

## COUNTY COURT RECEIPT

RE: TAYLOR, JOHNNY L.   EF-155937 B|M   NO MEDS B-121

_____

_____

_____

_____

_____

This is to certify that I, Sheriff of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U.S. MARSHALL, NORTHERN DISTRICT
                                              (County & State)
for trial.

Upon completion of said court of _____ U.S. MARSHALL   NORTHERN the
                                              (County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
                                                                   (County &
____GA_____.
     State)

This the ___27TH___ Day of __AUGUST_____ 19__98__ .

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
            (or)
        Officer in Charge)

NOTE TO SHERIFF:  WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
                  NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
                  THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PI-1134   3-86

Exhibit 3.15

STATE OF GEORGIA        **PI 463**
**DEPARTMENT OF CORRECTIONS**      (5/77)
**ORDER FOR PRODUCTION OF PRISONER IN COURT**

<u>1:98CR053CC,205CC</u>

RE. TAYLOR,JOHNNY L
_____
NAME

EH155937
_____
NUMBER

GA. DIAG. & CLASS. PRISON
_____
INSTITUTION

GEORGIA, OTHER CUSTODY COUNTY

Whereas, Hon. __COOPER, CLARENCE__ Judge, __SUPERIOR__ Court has ordered that the above-named prisoner be produced in said Court on the __31st__ day of __August__, 19 __98__, for __SENTENCING__

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the __21st__ day of __August__, 19 __98__.

J. Wayne Garner, Commissioner
Department of Corrections

BY *Calvin J. Brown*
_____
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
     Officer of the Court
     State Board of Pardons and Paroles
     Central Office — Inmate file

CC0625 (VER240)(MAY'83)

Exhibit 3.15

PI 463
(5/77)

# STATE OF GEORGIA
## DEPARTMENT OF CORRECTIONS
## ORDER FOR PRODUCTION OF PRISONER IN COURT
## N O T I C E   O F   P I C K U P

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
    NAME

EH155937.
    NUMBER

DATE OF PICKUP 08/27/98

GA. DIAG. & CLASS. PRISON
    INSTITUTION

BY_____
    SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE

CC0628 (VER 2.0 MAY'93)

Exhibit 3.15

## STATE OF GEORGIA
## DEPARTMENT OF CORRECTIONS
## ORDER FOR PRODUCTION OF PRISONER IN COURT

**PI 463**
(5/77)

# N O T I C E   O F   R E T U R N

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
   **NAME**

EH155937
   **NUMBER**

DATE OF RETURN _____

GA. DIAG. & CLASS. PRISON
   **INSTITUTION**

BY _____
   SHERIFF OR U.S. MARSHALL

**TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE**

CC0827 (VER 2.0 MAY'93)

Exhibit 3.15

## PAROLE REVIEW SUMMARY

Institution _____ GDCP _____  Date Submitted __11-10-98__

I. Inmate: Name __Taylor, Johnny__  ID Number __EM-155937__

II. Type case: Parole_____ Max Out_____  Report covers the months From __8-12-98__ To __10-28-98__
Tentative Month: Mo_____ Yr_____

III. Disciplinary Reports and Dispositions:

No disciplinaries found.

IV. Proposed Plan for Residence and Employment Upon Release:

Inmate claims he will parole to Federal Prison.

V. Case Management Summary:
a. Current status Mental Health/Mental Retardation Program: Active ☐  Not active ☒
b. Comment upon institutional adjustment, staff/peer relationships, and overall performance. It is imperative to include a statement regarding the response to treatment of any inmate currently active in the Mental Health/Mental Retardation Program.

Inmate is currently in diagnostic processing status; no case manager assigned. Subject in a house but does not are available for diagnostic inmates.

VI. Summary Rating: Work/Activity Performance Report
Above average ☐   Average ☒   Below average ☐

VII. Recommendations: (Please place an X in each appropriate space).
a. Release in advance of Tentative Parole Month (TPM)_____ or Max Out Date_____
No ☐   Yes ☐
b. To date accumulated TPM Extension _____ days
c. Reduction of Disciplinary TPM Extension
No ☐   Yes, by _____ days

_____  _____
Signature                   Date

VIII. Warden's Statement:

Summary Rating:   Above average ☐   Average ☒   Below average ☐

_____  _____
Signature                   Date

IX. Final DOR Recommendations to Parole Board (Central Office use only)
Please consider this inmate:
Above average ☐   Average ☐   Below average ☐ .
TPM Extension of _____ days

_____  _____
Signature                   Date

Distribution: Copies 1 and 2 — Offender Administration  Copy 3 — Institutional File

DOOR Form #50-953

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 115 of 270   PageID #: 1085

Exhibit 3.15

ATTACHMENT II
SOP IIB6-0002

**GEORGIA DEPARTMENT OF CORRECTIONS**

INMATE PERSONAL PROPERTY INVENTORY

NAME: _Taylor, Johnny_ NUMBER: _EH155937_ DATE: _8-27-98_
REASON FOR INVENTORY: _U.S. Marshan_ INSTITUTION _G.D.C.P._

**CLOTHING ITEMS (BE SPECIFIC)**
TROUSERS
SHIRTS
SOCKS
JACKET
SWEATSHIRT
CAP
BELT
HANDKERCHIEF
UNDERSHIRTS
UNDERSHORTS
HOUSECOAT
TENNIS SHOES
BEDROOM SHOES
DRESS SHOES
SHOWER SHOES _1 pr._
GYM SHORTS
PAJAMAS
SKULL CAP

**FOOD ITEMS**
4 - Cheese Crackers
8 - Peanut Butter Crackers
3 - Pack Cookies
4 - Packs Peanuts
2 - Packs Corn Chips
2 - Packs Raisin Cereal
2 - Fancy Pecan Pies
1 - Honey Bun
**MISCELLANEOUS ITEMS**
DRINKING CUP
SHEETS
PILLOW CASES
TOWELS
BATHCLOTHS
BLANKETS
1 Brown Envelope w/ misc papers
8 - white full-size Envelopes
8 - 32¢ Stamps

1 Food (33 Cakes

**PERSONAL GROOMING ITEMS**
TOOTHPASTE _3_
RAZORS/BLADES _1_
SHAMPOO _1_
SHAVING CREAM
COMBS
HAIRBRUSH
TOOTHBRUSH _3_
DEODORANT _3_
1 - Ambi Cream (used)

**PERSONAL PROPERTY ITEMS**
PHOTO ALBUM
PHOTOGRAPHS
COUPON BOOK
HEADPHONES _1 pr._
RADIO
WRISTWATCH
JEWELRY

RELIGIOUS MEDAL
PAPER/PADS _2_
PENCILS/PENS _1/3_
MAGAZINES
BOOKS _1 Webster's Dictionary_
SUNGLASSES
EYEGLASSES
BILLFOLD
LETTERS
4 - Bar Soap

**TOBACCO ITEMS**

**LEGAL MATERIALS**

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_Inventory Officer's Signature_ 8-27-98 6810

Inmate's Signature

Shift Supervisor's Signature

Witness' Signature

Inmate's Ack/Receipt of Property

Officer Returning Property 9-18-98 1447

Distribution: White — Inmate File     Canary — Inmate     Pink — ID / Property Room

PI-634 (Rev. 3/89)

Exhibit 3.15

R.F.C. US MARSHALL

Attachment I
## Georgia Department of Corrections SOP IIB6-0002
### INITIAL INMATE PERSONAL PROPERTY INVENTORY

TAYLOR, JOHNNY L.      EF-155937   B/M    GDCP    Date Received _9-18-98_
Name_____ Number_____ Institution_____

Amount of money brought into institution_____

Destroyed or mailed:___ Coat _____ Shirt _____ Trousers
(circle one)      Shoes (pr) _____ Socks (pr) _____ Belt
             Shorts _____ Undershirt _____ Wallet
             Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____
_____
_____

_____      _____
Inmate's Signature          Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
**********************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

___ Shoes ___ Earphone ___ Toothbrush ___ Toothpaste ___ Socks (pr)
___ Disposable razor ___ Institution rules

Copy No. _1_ of Book "Orientation Handbook for Offenders" by GDC

Other_____ _____
                                  Inmate's Arrival Signature

Remarks:_____

**********************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                              _____
                              Inmate's Departure Signature

Date of Transfer:_____ Destination:_____

    Distribution: White – Inmate File     Canary – Inmate     Pink – ID / Property Room

PI-1176 (Rev.3/89)

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 117 of 270
PageID #: 1087

Exhibit 3.15

GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON

RE:     ORIENTATION

DATE:     August 14, 1998

NAME:     TAYLOR,JOHNNY L          ID NUMBER:  EH155937

I have received Orientation regarding this institution and GD&CP
Rules, Regulations, Programs and Services. The opportunity to ask any questions
regarding Rules, Regulations, Programs and Services and an explanation of the
Inmate Grievance Procedures was given to me on this date.

Attendance during this Orientation session is verified by signature of the
counselor conducting Orientation. If questions arise at a future time, I will
direct them to my assigned Counselor.

### HAZARD COMMUNICATION TRAINING CERTIFICATION

I have received Hazard Communication Training as described in the Georgia
Public Employee Hazardous Chemical Protection and Right to Know Act of
1988. The training was conducted by GD&CP Orientation Counselor.

### LEGAL SERVICES

I have been advised of access to the courts, Law Library services at GD&CP
and legal assistance through the Center for Prisoner's Legal Assistance,
Inc. (CPLA).

### SEXUAL ALLEGATIONS

I have been advised that according to policy, staff of the Georgia Department
of Corrections who become aware of a sexual allegation involving an offender
must notify the Warden/Superintendent or his/her designee.

Signed: _____   155937       8/14/98
       Inmate Signature         ID Number      Date

Staff Member: _____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE CHART.

NAME: TAYLOR,JOHNNY L                    I.D.: 155937        RACE: B

| Visitor Name | Relationship | Address | Phone |
|---|---|---|---|
| Reba Taylor | Wife | 2839 Rollingwood In Atlanta GA 30316 | |
| Lisa Taylor | Sister | 1618 Donnalee Atlanta GA 30316 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The Superintendent or his representative is hereby authorized to open and examine all mail matter which may be directed to me or which may be sent out by me as long as I am an inmate.

X _Johnny Taylor_          Date:    August 12, 1998    _T. Russell_
                                                          (Witness)

Exhibit 3.15

## GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON
## INMATE CREDIT ENDORSEMENT

TAYLOR  JOHNNY L
FF 155937          73
         7 2 54

I, _____/_____

               **NAME**                                  **ID NUMBER**

Give the GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON permission
to endorse all money orders, checks, etc., by rubber stamp
rather than by signature.


Stamp to read as follows:
                        Deposit to the
                    Credit of the within
                 Named Payee, Endorsement
                Guaranteed by G.D.&C.P
                   Jackson, Georgia
                  Acct. # 004-37-442

Signed (Inmate) X _Johnny Taylor_ _____

Witness _F. David_ _____

Date: _8-12-78_ _____


cc/file


ADM962.ADM

Exhibit 3.15

Attachment I

**Georgia Department of Corrections** SOP IIB6-0002

<u>INITIAL INMATE PERSONAL PROPERTY INVENTORY</u>

TAYLOR,JOHNNY L.

Name_____ Number_____ Institution_____ Date Received  08-12-98

EF-155937  B/M  GDCP

Amount of money brought into institution_____ $6.26 CA

Destroyed or mailed:____ Coat____ Shirt____ Trousers
  (circle one)  ____ Shoes (pr)____ Socks (pr)____ Belt
  ____ Shorts____ Undershirt____ Wallet
  ____ Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____

_____

_____            _____
Inmate's Signature                 Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
**********************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

____ Shoes ____ Earphone ____ Toothbrush ____ Toothpaste ____ Socks (pr)
____ Disposable razor ____ Institution rules ____ Deodrent

Copy No. ___ of Book "Orientation Handbook for Offenders" by GDC

Other_____         _____
                                          Inmate's Arrival Signature

Remarks:_____

**********************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                     _____
                                     Inmate's Departure Signature

Date of Transfer:_____  Destination:_____

Distribution:  White — Inmate File    Canary — Inmate    Pink — ID / Property Room

PI-1176 (Rev.3/89)

Exhibit 3.15

GEORGL IAGNOSTIC & CLASSIFICATION CEN.
Post Office Box 3877
Jackson, Georgia 30233

## COUNTY COURT RECEIPT

RE: TAYLOR,JOHNNY L. EH-155937 B|M NO MEDS B-121

This is to certify that I, Sheriff of _____ U.S. MARSHALL NORTHERN DISTRICT
(County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U S MARSHALL NORTHERN DISTRICT
(County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL NORTHERN, the
(County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
(County &
_____ GA _____.
State)

This the 27TH Day of AUGUST 19 98 .

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
(or)
Officer in Charge)

NOTE TO SHERIFF: WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

Exhibit 3.15

**GEORGIA DIAGNOSTIC & CLASSIFICATION CENTER**
Post Office Box 3877
Jackson, Georgia 30233

## COUNTY COURT RECEIPT

RE: TAYLOR, JOHNNY L.   EH-155937 B|M   NO MEDS B-121

This is to certify that I, Sheriff of _____ U.S. MARSHAEL NORTHERN DISTRICT
(County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U S MARSHALL NORTHERN DISTRICT
(County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL  NORTHERN the
(County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
(County &
GA
State)

This the __27TH__ Day of __AUGUST__ 19 _98_.

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
(or)
Officer in Charge)

**NOTE TO SHERIFF:** WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

Exhibit 3.15

ORDER FOR PRODUCTION OF PRISONER IN COURT

1:98CR053CC,205CC

RE: TAYLOR,JOHNNY L
_____
NAME

EH155937
_____
NUMBER

GA. DIAG. & CLASS. PRISON
_____
INSTITUTION

GEORGIA, OTHER CUSTODY COUNTY

Whereas, Hon. COOPER, CLARENCE Judge, SUPERIOR Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August , 19 98 , for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August , 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY *Calvin J. Brown*
_____
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office — Inmate file

Exhibit 3.15

**PI 463**
**(5/77)**

STATE OF GEORGIA
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**
**N O T I C E   O F   P I C K U P**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE: TAYLOR, JOHNNY L
   **NAME**

EH155937
   **NUMBER**

DATE OF PICKUP 08/27/98

GA. DIAG. & CLASS. PRISON
   **INSTITUTION**

BY
   **SHERIFF OR U.S. MARSHALL**

**TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE**

CC0628 (VER 2.0 MAY'83)

Exhibit 3.15

STATE OF GEORGIA
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**
# N O T I C E   O F   R E T U R N

**PI 463**
**(5/77)**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
___
NAME

EH155937
___
.NUMBER

DATE OF RETURN ___

GA. DIAG. & CLASS. PRISON
___
'INSTITUTION

BY ___
SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE

CC0827 (VER 2.0 MAY'93)

Exhibit 3.15

## STATE OF GEORGIA
## DEPARTMENT OF CORRECTIONS
### ORDER FOR PRODUCTION OF PRISONER IN COURT

**PI 463**
(5/77)

1:98CR053CC, 205CC

RE: TAYLOR, JOHNNY L
**NAME**

EH155937
**NUMBER**

GA. DIAG. & CLASS. PRISON
**INSTITUTION**

GEORGIA, NORTHERN

Whereas, Hon. COOPER, CLARENCE Judge, US DISTRICT Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August , 19 98 , for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August , 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY _Calvin G. Brown_
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office - Inmate file

Exhibit 3.15

**PI 463**
**(5/77)**

## STATE OF GEORGIA
## DEPARTMENT OF CORRECTIONS
### ORDER FOR PRODUCTION OF PRISONER IN COURT
### N O T I C E   O F   P I C K U P

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
   NAME

EH155937
   NUMBER

DATE OF PICKUP 08/27/98

GA. DIAG. & CLASS. PRISON
   INSTITUTION

BY
   SHERIFF OR U.S. MARSHALL

### TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE

CC0628 (VER 2.0 MAY'93)

Exhibit 3.15

STATE OF GEORGIA
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**

**PI 463**
**(5/77)**

# N O T I C E   O F   R E T U R N

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
     NAME

EH155937                                    DATE OF RETURN _____
NUMBER


GA. DIAG. & CLASS. PRISON          BY_____
INSTITUTION                                    SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE

CC0627 (VER 2.0 MAY'93)

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
### INMATE PROPERTY DISPOSAL AGREEMENT

Hancock S.P.
_____
Institution

I, Johnny Taylor #155937 have received through the mail on the below listed items that were not on my approved Request/Authorization to Receive Package form or that are not authorized by this institution. I have been informed that I have thirty (30) days in which to have the listed items picked up at visitation by a visitor listed on my visiting list, mailed home at my expense or the items will be destroyed or donated to charity. I also understand the deadlines for disposing of the items will be 2-3-01 . I fully understand that if the items are not disposed of by mail or visitation, they will be destroyed after the above date.

DATE: 1-2-01

Inmate Signature & Number

1. Sm Flwm Seeds                6. _____
2. Foam Bxs                     7. _____
3. Body Lotion                  8. _____
4. Bath Gel                     9. _____
5. _____              10. _____

OFFICER

Date Mailed Home        Officer Signature        Inmate Signature

Date Picked up/visitation   Officer Signature    Visitor Signature

2/12/01

re Destroyed/Donated    Officer Signature    Witness Signature

tribution:   White — Inmate File    Canary — Inmate    Pink — ID / Property Room



PI-1165 (Rev. 3/89)

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

 **FILE COPY**

James E. Donald
Commissioner

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA ,GA#30303

Date: 06/18/08

RE : TAYLOR,JOHNNY L ,EH-0000155937, GDC ID-0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release: 07/21/2008     Time: 8:00 a.m. to 5:00 p.m.

Location of inmate: HANCOCK STATE PRISON

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _____
Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc: State Board of Pardons and Paroles
    Warden
    Sheriff
    Central office file

Equal Opportunity Employer

Version 1.0

CC0940

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 131 of 270 PageID #: 1101

Exhibit 3.15

# CERTIFICATE OF
# CONDITIONAL TRANSFER



**STATE BOARD
OF
PARDONS AND PAROLES
ATLANTA, GEORGIA**

### KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Georgia State Board of Pardons and Paroles that there is reasonable probability that the inmate named below WILL NOT FURTHER VIOLATE THE LAWS, and that there is a detainer filed against the inmate, and it being the opinion of said Board that the transfer of this inmate is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this inmate will not become a public charge on transfer.

Under the authority vested in the State Board of Pardons and Paroles by the Laws of Georgia, it is hereby ORDERED that the inmate named below be Conditionally Transferred pending good behavior and subject to the conditions of Conditional Transfer as listed here and on the reverse side of this Order until the expiration of the confinement sentence(s).

It is further ordered that, should said inmate satisfy all detainers or be released from custody of the detaining authority prior to completion of the Georgia sentence(s) on which Conditionally Transferred, custody shall revert back to the jurisdiction of this Board for disposition.

This Conditional Transfer shall permit the delivery of the inmate to authorities of the Federal Government or of any jurisdiction otherwise entitled to his custody, the priority of more than one detainer to be determined by the Georgia Department of Corrections.

**NOT VALID WITHOUT BOARD SEAL**

In witness whereof this Certificate bearing the Seal of the State Board of Pardons and Paroles is issued.

**STATE BOARD OF PARDONS AND PAROLES**

For the Board

**ORDER NUMBER: 186711**

**INMATE:** Johnny L. Taylor, EF-155937

**OFFENSE(S) AND COURT(S):** Armed Robbery (82CR1246) (Ct 1) Aggravated Assault (Ct 3); Dekalb Superior, Escape (84-38); Tattnall Superior

**EFFECTIVE CONDITIONAL TRANSFER DATE:** July 21, 2008

**EXPIRATION DATE: LIFE**

**ISSUE DATE:** June 4, 2008

**SPECIAL CONDITIONS:** If released from custody prior to the expiration date listed above, I will contact the Georgia Interstate Compact Unit, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334 within 24 hours after my release. This contact will be by phone (404-656-5747) and will be for the purpose of assigning me to a Parole Officer.

Rev. August 2003

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

**James E. Donald**
Commissioner

HANCOCK STATE PRISON        /WARDEN
PO BOX 339
SPARTA        , GA 31087-0339            6/18/2008

RE:   TAYLOR,JOHNNY L                EH –    155937
                                GDC ID –    380941

Dear Warden:

The attached parole order or conditional release order authorizes the release of the above named inmate.

Be certain that the inmate understands the conditions of his or her release.  The four copies of the order should be signed and witnessed. Return one copy to the Department of Corrections, one copy to the inmate and one copy for your files. Provide the inmate with the arrival notice and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:   PATTI FOSTER, DIRECTOR
      INMATE ADMINISTRATION


  Note: If subject has been moved to another jail, return release documents and provide new jail county and date moved. If subject was released from your jail, return release documents and provide date and reason for release.


                            SHOULD NOT RECEIVE $25 GRATUITY

Equal Opportunity Employer

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**

Floyd Veterans Memorial Building
Room 756' – East Tower
Atlanta, Georgia 30334

NOTE TO WARDEN/SUPERINTENDENT:
THIS ORDER SHOULD BE SIGNED BY
THE INMATE AND THE RECEPTION,
RELEASE OFFICER ADVISED
IMMEDIATELY BY TELETYPE.

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON     /WARDEN
PO BOX 339
SPARTA          , GA 31087-0339          6/18/2008

RE:     TAYLOR,JOHNNY L          EH -     155937
                                 GDC ID -     380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of the first agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer. I am by copy of this letter,
advising these authorities to have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibililty to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release. If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
FULTON
75 SPRING ST.S.W. RM.1669
ATLANTA          GA 30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:     State Board of Pardons and Paroles SHOULD NOT RECEIVE $25 GRATUITY
        Detainer
        Sheriff

**Equal Opportunity Employer**

CC0624

Exhibit 3.15



**GEORGIA DEPA⌐ ⌐ENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 — East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

**James E. Donald**
Commissioner

HANCOCK STATE PRISON        /WARDEN
PO BOX 339
SPARTA        , GA 31087-0339                6/18/2008

RE:    TAYLOR,JOHNNY L                EH  -      155937
                              GDC  ID  -      380941

Dear Warden:

The attached parole order or conditional release order authorizes the
release of the above named inmate.

Be certain that the inmate understands the conditions of his or her
release.  The four copies of the order should be signed and witnessed.
Return one copy to the Department of Corrections, one copy to the inmate
and one copy for your files. Provide the inmate with the arrival notice
and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:    PATTI FOSTER, DIRECTOR
        INMATE ADMINISTRATION

Note: If subject has been moved to another jail, return release documents
        and provide new jail county and date moved. If subject was released
        from your jail, return release documents and provide date and reason
        for release.

SHOULD NOT RECEIVE $25  GRATUITY

**Equal Opportunity Employer**

CC0824



Exhibit 3.15

**GEORGIA DEPART̲̅ ̅NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

FILE COPY



*U. S. Marshal*

*478-752-8280*

*Herb*

*Deputy US Marshal*

Sonny Perdue
Governor

James E. Donald
Commissioner

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA        ,GA#30303

Date: 06/18/08

RE:        TAYLOR,JOHNNY L        ,EH-0000155937, GDC ID-0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release: _____07/21/2008_____        Time: 8:00 a.m. to 5:00 p.m.

Location of inmate: ____HANCOCK STATE PRISON____

*Allen, Kenreith –*
*Jackson, John*

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _____
Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:    State Board of Pardons and Paroles
       Warden
       Sheriff
       Central office file

Equal Opportunity Employer

Version 1.0

CC0940

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 136 of 270
PageID #: 1106

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 - East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON - WARDEN
PO BOX 339
SPARTA          , GA 31087-0339                6/18/2008

RE:   TAYLOR,JOHNNY L              EH -      155937
                                   GDC ID -  380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of the first agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer. I am by copy of this letter,
advising these authorities to have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibililty to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release. If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
FULTON
76 SPRING ST.S.W. RM 1669
ATLANTA          GA  30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:   State Board of Pardons and Paroles SHOULD NOT RECEIVE $25  GRATUITY
      Detainer
      Sheriff

Equal Opportunity Employer

Version 1.0                                                        CC0624

Exhibit 3.15

# CERTIFICATE OF
# CONDITIONAL TRANSFER



### STATE BOARD
### OF
### PARDONS AND PAROLES
### ATLANTA, GEORGIA

**KNOW ALL MEN BY THESE PRESENTS:**

It having been made to appear to the Georgia State Board of Pardons and Paroles that there is reasonable probability that the inmate named below WILL NOT FURTHER VIOLATE THE LAWS, and that there is a detainer filed against the inmate, and it being the opinion of said Board that the transfer of this inmate is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this inmate will not become a public charge on transfer.

Under the authority vested in the State Board of Pardons and Paroles by the Laws of Georgia, it is hereby ORDERED that the inmate named below be Conditionally Transferred pending good behavior and subject to the conditions of Conditional Transfer as listed here and on the reverse side of this Order until the expiration of the confinement sentence(s).

It is further ordered that, should said inmate satisfy all detainers or be released from custody of the detaining authority prior to completion of the Georgia sentence(s) on which Conditionally Transferred, custody shall revert back to the jurisdiction of this Board for disposition.

This Conditional Transfer shall permit the delivery of the inmate to authorities of the Federal Government or of any jurisdiction otherwise entitled to his custody, the priority of more than one detainer to be determined by the Georgia Department of Corrections.

**NOT VALID WITHOUT BOARD SEAL**

In witness whereof this Certificate bearing the Seal of the State Board of Pardons and Paroles is issued.

**STATE BOARD OF PARDONS AND PAROLES**

*M. Zachary*

**For the Board**

**ORDER NUMBER: 186711**

**INMATE:** Johnny L. Taylor, EF-155937

**OFFENSE(S) AND COURT(S):** Armed Robbery (82CR1246) (Ct 1) Aggravated Assault (Ct 3); Dekalb Superior, Escape (84-38); Tattnall Superior

**EFFECTIVE CONDITIONAL TRANSFER DATE:** July 21, 2008

**EXPIRATION DATE: LIFE**

**ISSUE DATE: June 4, 2008**

**SPECIAL CONDITIONS:** If released from custody prior to the expiration date listed above, I will contact the Georgia Interstate Compact Unit, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334 within 24 hours after my release. This contact will be by phone (404-656-5747) and will be for the purpose of assigning me to a Parole Officer.

Rev. August 2003

Exhibit 3.15



**GEORGIA DEPART⟨ ⟩NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON /WARDEN
PO BOX 339
SPARTA , GA 31087-0339          6/18/2008

RE:   TAYLOR,JOHNNY L                  EH -    155937
                              GDC ID -  380941

Dear Warden:

The attached parole order or conditional release order authorizes the release of the above named inmate.

Be certain that the inmate understands the conditions of his or her release. The four copies of the order should be signed and witnessed. Return one copy to the Department of Corrections, one copy to the inmate and one copy for your files. Provide the inmate with the arrival notice and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:   PATTI FOSTER, DIRECTOR
      INMATE ADMINISTRATION

Note:  If subject has been moved to another jail, return release documents and provide new jail county and date moved. If subject was released from your jail, return release documents and provide date and reason for release.

SHOULD NOT RECEIVE $25  GRATUITY

Equal Opportunity Employer

Version 1.0                                                    CC0624

Exhibit 3.15



**GEORGIA DEPART\_\_NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 - East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON - WARDEN
PO BOX 339
SPARTA          , GA 31087-0339                6/18/2008

RE:    TAYLOR,JOHNNY L              EH -    155937
                                    GDC ID -  380941

Dear Sir:

This is your authority to release the above named inmate into the custody of the first agency listed below on 07/21/08 in compliance with the attached certificate of conditional transfer. I am by copy of this letter, advising these authorities to have their officers present at your institution on 07/21/08 to assume custody of this inmate.

It will be your responsibility to explain to the inmate the conditions which appear on the back of this order immediately and determine if he intends to accept this release. If after explaining this release he does not desire to accept, the Central Office should be notified in order that we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons and Paroles should receive a signed copy of the Certificate of Conditional Transfer.

If more than one detainer exists, they will be listed below , and it is requested that the detaining authority notify any other detaining authorities before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
FULTON
75 SPRING ST.S.W. RM.1669
ATLANTA        GA 30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:    State Board of Pardons and Paroles  SHOULD NOT RECEIVE $25  GRATUITY
       Detainer
       Sheriff

Equal Opportunity Employer

CC0624

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
**Commissioner**

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA          ,GA#30303

Date:  06/18/08

RE :      TAYLOR,JOHNNY L          ,EH-0000155937, GDC ID-0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release:_____07/21/2008_____ Time:  8:00 a.m.  to 5:00 p.m.

Location of inmate:_____HANCOCK STATE PRISON_____

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:  _____
        Patti Foster, Director
        Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:     State Board of Pardons and Paroles
         Warden
         Sheriff
         Central office file

X _____

**Equal Opportunity Employer**

Version 1.0

CC0940

Exhibit 3.15

## NEEDS ASSESSMENT/PROGRAM PLAN

Name _Johnny Taylor_  Number _380941_  Security _MED_  PIC/TPM/MRD _Life_

Counselor _Foston_  Institution _HSP_  Institution Code _541_  Date _____

**ACADEMIC EDUCATION:**

| | |
|---|---|
| Inmate does not have GED or High School Diploma | ☐ (If checked, consider Academic program) |
| Inmate speaks English as a second language or does not speak English | ☐ (If checked, consider ESOL) |
| Inmate is under 22 and has history of Special Education | ☐ (If checked, consider Special Education) |

**EMPLOYABILITY:**

| | |
|---|---|
| Unstable/no work history, Limited/no job skills | ☐ (If checked, consider OJT or Vocational Ed) |

**SUBSTANCE ABUSE:**

| | |
|---|---|
| History of substance use/abuse or drug related crime | ☐ (If checked, Motivation for Change required |
| Substance abuse/dependency problem | ☐ (If checked, consider Prime for Life / RSAT) |

**CRIMINAL HISTORY**

| | |
|---|---|
| Inmate has history of domestic violence | ☐ (If checked, Family Violence required) |
| Sex offense with Parole mandated treatment | ☐ (If checked, SOPP required/Parole will refer |

**COGNITIVE BEHAVIORAL:**

| | |
|---|---|
| History of substance abuse; juvenile delinquency; parole/probation failure Failure to attend groups; sporadic employment; unstable residence | ☐ (If checked, consider R&R/MRT/T4C/ART) |

**POST INCARCERATION:**

| | |
|---|---|
| Financial /community resource problems; inadequate or no post release plan | ☐ (If checked, consider Transitional program) |

| PROGRAMS | N/A | Required | Needed | Referred | Refused | Date Enrolled | Date Terminated | Successful Complet |
|---|---|---|---|---|---|---|---|---|
| Motivation for Change | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☑ Yes ☐ No |
| Family Violence | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| SOPP | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Pre-Release | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Parenting | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Literacy/RR | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| ABE | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| GED Prep | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| ESOL | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Special Education | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Vocational | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| OJT | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Prime for Life | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| RSAT | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Victim Impact | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Female Perpetrators | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Cog Program | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| (Indicate Choice) | ☐ R&R | ☐ MRT | ☐ T4C | ☐ ART | | | | |
| Transitional Program | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Other: _____ | | | | | | | | ☐ Yes ☐ No |

Inmate Comments: _Inmate needs is to take groups that he needs to take._

Date: _2-17-05_  Signature: _____

Counselor Comments _Inmate stated he have federal time to do. Inmate stated he have positive attitude_

Date: _2/17/05_  Signature: _Counslor Foston_

**CLASSIFICATION APPROVAL**

Date: _2-22-05_  Signature: _Jim Coon_

Retention Schedule: Upon completion, this form will be placed in the inmate administrative file.

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

**I. 1. NAME:** Taylor, Johnny  **2. ID#:** 380941  **3. INSTITUTION:** Hancock SP 541  **4. DATE:** 12/29/07

**5. CURRENT SECURITY** Minimum  **6. RATER:** Farley  **7. LAST REVIEW DATE:** No-14-07

**II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE**

| A. FACTS/CIRCUMSTANCES OF OFFENSE | C. 25YR OR LIFE W/O PAROLE | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|
| B. PAROLE SET OFF | D. MH/MR | |

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) LIFE
October 2, 1973

TPM/MRD ( non-life )
0= 0-36 mos.  2= 72-119 mos.   (0)= 16+ yrs)  2= 6-10 yrs.
1= 37-71 mos.  3= 120+ mos.   1= 11-15 yrs.  3= 0- 5 yrs.  (life) — **0**

2. Involvement with drugs/alcohol
Never
(0= never/past)    2= current — **0**

3. Type of most serious disciplinary report
Past
(0= none)  1= low, moderate  3= high    4= greatest — **0**

4. Frequency of disciplinary reports
Past
(0= none)  1= 1  2= 2  3= 3 or 4    5= 5 or more — **0**

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. — **1**

6. Escapes
Ga S.P.(12-04-83)
0= none  (1= 1)  2= 2  3= 3 or more — **1**

7. Sex offenses
None
(0= none)  1= other sex offense    3= aggressive sex acts — **0**

8. Assaultive criminal history
Agg Assault /Armed Robbery
0= none  1= 1 violent  (3= 2 violent)  4= 3 or more — **3**

9. Detainers/Pending Charges
Unknown offense -10-27-1998
0= none  (1= lowest, low moderate, moderate)  3= high  4= greatest — **1**

**IV. SECURITY SCORING TOTAL** — **6**

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| (Minimum) | 0-4 | 5 - 9 | 10 - 32 |
| Medium | (0 - 6) | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

**1. TYPE OF REVIEW.** (Regular)  Exception  **2. EXCEPTION REVIEW REASON:**  **3. DATE OF NEXT REVIEW:** 6/27/08

**4. FORM RECOMM. SECURITY:** HI-Max  Maximum  Medium  Minimum  Close  (Trusty)

**5. INST. RECOMM. SECURITY:** HI-Max  Maximum  Close  Medium  Minimum  Trusty  **6. SECURITY EXCEPTION REASON:** Detain

**7. CHAIRPERSON**  **8. WARDEN/DESIGNEE:**  ENT'D JAN 15 2007

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____   2. Approved Security Level _____

**DISAPPROVED DUE TO:**
_____
_____

Date _____  Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-855 (Revised 10/28/99)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 143 of 270
PageID #: 1113

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(3/15/2006)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor

Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score.  Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
# WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny          Inmate ID: 380941

Counselor: Angela L Farley          Institution: HANCOCK S.P.

Reporting Staff Member: _____          Work/Activity: N.1 CBD

Number of Months Supervised: _____

********************************************************************************

## PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | | X | | | |
| RESPONSE TO SUPERVISOR<br>- Follow Instructions<br>- Works well without supervision | | | X | | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | X | | | |
| QUALITY OF WORK<br>- Meets Quotas / Goals<br>- Completes work assigned | | | X | | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | | X | | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | | X | | | |
| OVERALL RATING | | | | | | |

## REASON FOR REPORT

| | | | | | |
|---|---|---|---|---|---|
| Assignment Change | [ ] | Program Completion | [ ] | Test Scores | [ ] |
| Security Review | [ ] | Performance Notice | [ ] | M: _____ | |
| Parole Review | [ ] | | | R: _____ | |
| | | | | L: _____ | |
| | | | | O: _____ | |

## COMMENTS

Inmate Taylor Johnny is Very Consistted

STAFF SIGNATURE: _Ofc. A. Copeland COI_          DATE: 12/18 07

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 145 of 270
PageID #: 1115

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

| I. 1. NAME: Taylor Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 06-14-07 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: Farley | | 7. LAST REVIEW DATE: 12/14/80X |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

1. Time remaining LIFE on sentence (in months) October 12, 1978

TPM/MRD ( non-life )
0= 0-36 mos.    2= 72-119 mos.    (life) 0= 16+ yrs.    2= 6-10 yrs.
1= 37-71 mos.    3= 120+ mos.    1= 11-15 yrs.    3= 0- 5 yrs.    **0**

2. Involvement with drugs/alcohol Never
(0= never/past)    2= current    **0**

3. Type of most serious disciplinary report None current
(0= none)    1= low, moderate    3= high    4= greatest    **0**

4. Frequency of disciplinary reports None current
(0= none)    1= 1    2= 2    3= 3 or 4    5= 5 or more    **0**

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.    **1**

6. Escapes Ga State Prison (12/24/1988)
0= none    (1= 1)    2= 2    3= 3 or more    **1**

7. Sex offenses NONE
(0= none)    1= other sex offense    3= aggressive sex acts    **0**

8. Assaultive criminal history Agg Assault / Armed Robbery
0= none    1= 1 violent    (2= 2 violent)    4= 3 or more    **3**

9. Detainers/Pending Charges Unknown Offense (10-27-1998)
0= none    (1= lowest, low moderate, moderate)    3= high    4= greatest    **1**

## IV. SECURITY SCORING TOTAL    **6**

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | (0 - 6) | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 12-14-07 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: HI-Max Maximum Close / (Medium) (Minimum) Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close / (Medium) (Minimum) Trusty | 6. SECURITY EXCEPTION REASON: |
| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: ENTD JUL 17 2007 |  |

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO: _____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)

DOC50-955 (Revised 10/26/99)

Exhibit 3.15

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0 Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1 Good | | | | |
| 2 Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3 Marginal | | | | |
| 4 Poor<br><br>Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibilit Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
# WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor Johnny                          Inmate ID: 380941

Counselor: Angela L Farley                          Institution: HANCOCK S.P.

Reporting Staff Member: _____ Work/Activity: H-1 CBD

Number of Months Supervised: 06

**********************************************************************************************************

## PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY** <br> - Attendance <br> - On Time | | | X | | | |
| **RESPONSE TO SUPERVISOR** <br> - Follow Instructions <br> - Works well without supervision | | | X | | | |
| **TEAM WORK** <br> - Cooperates with other workers <br> - Works toward team goals <br> - Not disruptive to others | | | X | | | |
| **QUALITY OF WORK** <br> - Meets Quotas / Goals <br> - Completes work assigned | | | X | | | |
| **SKILL DEVELOPMENT** <br> - Increased competency <br> - Increased grade level | | | X | | | |
| **APPEARANCE** <br> - Hygiene <br> - Proper Dress | | | X | | | |
| **OVERALL RATING** | | | | | | |

## REASON FOR REPORT

| | | | | | |
|---|---|---|---|---|---|
| Assignment Change | [ ] | Program Completion | [ ] | Test Scores | [ ] |
| Security Review | [ ] | Performance Notice | [ ] | M: _____ | |
| Parole Review | [ ] | | | R: _____ | |
| | | | | L: _____ | |
| | | | | O: _____ | |

## COMMENTS

_____

_____

_____

STAFF SIGNATURE: _____     DATE: 6-13-07

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTION
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 12/14/06 |
|---|---|---|---|
| 5. CURRENT SECURITY: Maximum | 6. RATER: Farley | | 7. LAST REVIEW DATE: Not Holne |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining LIFE on sentence (in months) October 13, 1973

TPM/MRD ( non-life )
0= 0-36 mos.    2= 72-119 mos.
1= 37-71 mos.   3= 120+ mos.

(life)
(0= 16+ yrs.)  2= 6-10 yrs.
1= 11-15 yrs.  3= 0- 5 yrs.

**0**

2. Involvement with drugs/alcohol  None

(0= never/past)    2= current

**0**

3. Type of most serious disciplinary report  None Current

(0= none)  1= low, moderate  3= high   4= greatest

**0**

4. Frequency of disciplinary reports  None Current

(0= none)  1= 1   2= 2   3= 3 or 4   5= 5 or more

**0**

5. Responsibility inmate has shown

Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.

**2**

6. Escapes  Tattoo

0= none   (1= 1)   2= 2   3= 3 or more

**1**

7. Sex offenses  None

(0= none)  1= other sex offense   3= aggressive sex acts

**0**

8. Assaultive criminal history  Agg Ass / Armed Robb

0= none   1= 1 violent   (3= 2 violent)   4= 3 or more

**3**

9. Detainers/Pending Charges  Unknown

0= none   1= lowest, low moderate, moderate   (3= high)  4= greatest

**3**

### IV. SECURITY SCORING TOTAL

**9**

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) / Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 06/14/07 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

DISAPPROVED DUE TO: _____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 149 of 270
PageID #: 1119

Exhibit 3.15

### INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance (2 points) | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance (2 points) | Satisfactory in contact with others (2 points) |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 150 of 270
PageID #: 1120

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_   Inmate ID: _380941_

Counselor: _Angela L Farley_   Institution: **Hancock S.P.**

Reporting Staff Member: _S. Germany_   (Work/Activity _H-1 CBD_

Number of Months Supervised: _03_   _Dec 4 2006_
*********************************************************************************

### PERFORMANCE RATING
(Please make an **X** in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | | | ✓ | | |
| **RESPONSE TO SUPERVISOR**<br>- Follows instructions<br>- Works well without supervision | | | | ✓ | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | ✓ | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | | | ✓ | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | | | ✓ | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | | | ✓ | | |
| **OVERALL RATING** | | | | ✓ | | |

### REASON FOR REPORT

| | | | |
|---|---|---|---|
| Assignment Change | [ ] | Program Completion [ ] | Test Scores [ ] |
| Security Review | [ ] | Performance Notice [ ] | M: _____ |
| Parole Review | [ ] | | R: _____ |
| | | | L: _____ |
| | | | O: _____ |

### COMMENTS

_____

_____

STAFF SIGNATURE: _S Germany CII_   DATE: _____

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**SECURITY RECLASSIFICATION FORM**

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 6/16/06 |
|---|---|---|---|
| 5. CURRENT SECURITY: Medium | 6. RATER: Farley | | 7. LAST REVIEW DATE: 11-39-2005 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | |
|---|---|---|
| 1. Time remaining on sentence (In months) Life  October 19, 1973 | TPM/MRD (non-life),  0= 0-36 mos.   2= 72-119 mos.   (life) 0= 16+ yrs   2= 6-10 yrs.  1= 37-71 mos.   3= 120+ mos.   1= 11-15 yrs.   3= 0- 5 yrs. | 0 |
| 2. Involvement with drugs/alcohol  None | (0= never/past)    2= current | 0 |
| 3. Type of most serious disciplinary report  None | (0= none)   1= low, moderate   3= high    4= greatest | 0 |
| 4. Frequency of disciplinary reports  None | (0= none)   1= 1   2= 2   3= 3 or 4    5= 5 or more | 0 |
| 5. Responsibility inmate has shown: | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | 2 |
| 6. Escapes  Yollow | 0= none   (1= 1)   2= 2   3= 3 or more | 1 |
| 7. Sex offenses  None | (0= none)   1= other sex offense    3= aggressive sex acts | 0 |
| 8. Assaultive criminal history  Agg assault / armed Robb | 0= none   1= 1 violent   (3= 2 violent)   4= 3 or more | 3 |
| 9. Detainers/Pending Charges | 0= none   1= lowest, low moderate, moderate   (3= high)   4= greatest | 3 |

| IV. SECURITY SCORING TOTAL | | 9 |
|---|---|---|

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 12-16-06 |
|---|---|---|
| 4. FORM. RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

7. CHAIRPERSON

8. WARDEN/DESIGNEE

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

**DISAPPROVED DUE TO:** _____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)  
DOC50-955 (Revised 10/26/99)  
Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 152 of 270  
PageID #: 1122

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(6/01/2005)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny                    Inmate ID: 380941

Counselor: Angela L Farley                    Institution: Hancock S.P.

Reporting Staff Member: _____     Work/Activity H-1 - CBD

Number of Months Supervised: _____

*****************************************************************************************

### PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | | | ✓ | | |
| RESPONSE TO SUPERVISOR<br>- Follow Instructions<br>- Works well without supervision | | | | ✓ | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | ✓ | | |
| QUALITY OF WORK<br>- Meets Quotas/Goals<br>- Completes work assigned | | | | ✓ | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | | | ✓ | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | | | ✓ | | |
| OVERALL RATING | | | | ✓ | | |

### REASON FOR REPORT

| | | | | | |
|---|---|---|---|---|---|
| Assignment Change | [  ] | Program Completion | [  ] | Test Scores | [  ] |
| Security Review | [  ] | Performance Notice | [  ] | M: _____ | |
| Parole Review | [  ] | | | R: _____ | |
| | | | | L: _____ | |
| | | | | O: _____ | |

#### COMMENTS

_____

_____

STAFF SIGNATURE: Ofc. B. Quinn CO2              DATE: 05/04/06

Exhibit 3.15

ENTERED DEC 1 7 2005

**GEORGIA DEPARTMENT OF CORRECTIONS**
**SECURITY RECLASSIFICATION FORM**

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 11-29-05 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: Forley | | 7. LAST REVIEW DATE: 5-11-2005 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE<br>B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE<br>D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

**III. SECURITY LEVEL SCORING**

| | | |
|---|---|---|
| 1. Time remaining on sentence (in months) LIFE October 12, 1973 | TPM/MRD ( non-life )      (life)<br>0= 0-36 mos.   2= 72-119 mos.   ⓪= 16+ yrs.   2= 6-10 yrs.<br>1= 37-71 mos.   3= 120+ mos.   1= 11-15 yrs.   3= 0- 5 yrs. | 0 |
| 2. Involvement with drugs/alcohol None | ⓪= never/past     2= current | 0 |
| 3. Type of most serious disciplinary report None | ⓪= none   1= low, moderate   3= high   4= greatest | 0 |
| 4. Frequency of disciplinary reports None | ⓪= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | 1 |
| 6. Escapes Tattnall | 0= none   ①= 1   2= 2   3= 3 or more | 1 |
| 7. Sex offenses None | ⓪= none   1= other sex offense   3= aggressive sex acts | 0 |
| 8. Assaultive criminal history Agg Assault, Armed Robbery | 0= none   1= 1 violent   2= 2 violent   4= 3 or more | 3 |
| 9. Detainers/Pending Charges Unknown | 0= none   1= lowest, low moderate, moderate   6= high   4= greatest | 3 |

**IV. SECURITY SCORING TOTAL**      8

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

**VI. INSTITUTION ACTION**

| 1. TYPE OF REVIEW: Regular / Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 05-29-06 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: HI-Max Maximum Close / Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close / Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

**VII. CENTRAL OFFICE ACTION**

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

**DISAPPROVED DUE TO:** _____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 155 of 270 PageID #: 1125

Exhibit 3.15

Attachment 3
SOP IIC02-C003
Page 1 of 2
(6/01/2C05)

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny                     Inmate ID: 380941

Counselor: Angela L Farley                        Institution: Hancock S.P.

Reporting Staff Member: V. Primus COII     Work/Activity H-1 CPD

Number of Months Supervised: 3                          November 2, 2005

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT SUITED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>• Attendance<br>• On Time | | ✓ | | | | |
| RESPONSE TO SUPERVISOR<br>• Follow Instructions<br>• Works well without supervision | | ✓ | | | | |
| TEAM WORK<br>• Cooperates with other workers<br>• Works toward team goals<br>• Not disruptive to others | | ✓ | | | | |
| QUALITY OF WORK<br>• Meets Quotes/Goals<br>• Completes work assigned | | ✓ | | | | |
| SKILL DEVELOPMENT<br>• Increased competency<br>• Increased grade level | | ✓ | | | | |
| APPEARANCE<br>• Hygiene<br>• Proper Dress | | ✓ | | | | |
| OVERALL RATING | | | | | | |

## REASON FOR REPORT

Assignment Change [ ]    Program Completion [ ]    Test Scores [ ]
Security Review [ ]       Performance Notice [ ]    M: _____
Parole Review [ ]                                   R: _____
                                                    L: _____
                                                    O: _____

### COMMENTS

I/m Taylor alway take the iniative to assist in dorm with all dorm activity

STAFF SIGNATURE: V. Primus COII          DATE: 11/2/05

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 157 of 270
PageID #: 1127

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

| I. 1. NAME: Taylor Johnny L | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 5-11-05 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: Farley | | 7. LAST REVIEW DATE: 11-03-2004 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE<br>B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE<br>D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) Life  Oct 13, 1973

TPM/MRD ( non-life )
0= 0-36 mos.   2= 72-119 mos.
1= 37-71 mos.  3= 120+ mos.

life
(0= 16+ yrs)   2= 6-10 yrs.
1= 11-15 yrs.  3= 0- 5 yrs.

— 0

2. Involvement with drugs/alcohol  Never
(0= never/past)     2= current

— 0

3. Type of most serious disciplinary report  None current
(0= none)   1= low, moderate   3= high   4= greatest

— 0

4. Frequency of disciplinary reports  None current
(0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more

— 0

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.

— 2

6. Escapes
0= none   (1= 1)   2= 2   3= 3 or more

— 1

7. Sex offenses  None
(0= none)   1= other sex offense   3= aggressive sex acts

— 0

8. Assaultive criminal history  Agg Assault/Armed Robbery
0= none   1= 1 violent   (3= 2 violent)   4= 3 or more

— 3

9. Detainers/Pending Charges  Fulton County
0= none   1= lowest, low moderate, moderate   (3= high)   4= greatest

— 3

IV. SECURITY SCORING TOTAL — 9

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 11-11-05 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

7. CHAIRPERSON _____

8. WARDEN/DESIGNEE: _____

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO: _____

ENT'D MAY 3 1 2005

Date _____   Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 158 of 270
PageID #: 1128

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

**I. 1. NAME:** Taylor Johnny L

**2. ID#:** 380941

**3. INSTITUTION:** Hancock 541

**4. DATE:** 5-11 5

**5. CURRENT SECURITY** Medium

**6. RATER:** Forley

**7. LAST REVIEW DATE:** 11-02-2004

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE<br>B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE<br>D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining Life on sentence (in months) Oct 12,1978

TPM/MRD ( non-life )
0= 0-36 mos.    2= 72-119 mos.
1= 37-71 mos.    3= 120+ mos.

life
(0= 16+ yrs)    2= 6-10 yrs.
1= 11-15 yrs.    3= 0- 5 yrs.

0

2. Involvement with drugs/alcohol
Never
(0= never/past)    2= current

0

3. Type of most serious disciplinary report
None current
(0= none)    1= low, moderate    3= high    4= greatest

0

4. Frequency of disciplinary reports
None current
(0= none)    1= 1    2= 2    3= 3 or 4    5= 5 or more

0

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.

2

6. Escapes
0= none    (1= 1)    2= 2    3= 3 or more

1

7. Sex offenses
None
(0= none)    1= other sex offense    3= aggressive sex acts

0

8. Assaultive criminal history
Agg Assault / armed Robbery
0= none    1= 1 violent    (3= 2 violent)    4= 3 or more

3

9. Detainers/Pending Charges
Fulton County
0= none    1= lowest, low moderate, moderate    (3= high)    4= greatest

3

**IV. SECURITY SCORING TOTAL** 9

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | | 3. DATE OF NEXT REVIEW: | 11-05 |
|---|---|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

**7. CHAIRPERSON**

**8. WARDEN/DESIGNEE:**

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

**DISAPPROVED DUE TO:**

Date _____    Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 159 of 270
PageID #: 1129

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_  Inmate ID: _380941_

Counselor: _Dean_  Institution: **Hancock S.P.**

Reporting Staff Member: _OFC. BRENT JEFFREY EASLEY_ Work/Activity _CBO_

Number of Months Supervised: _03_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERFORMANCE RATING
(Please make an **X** in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | X | | | | |
| RESPONSE TO SUPERVISOR<br>- Follow Instructions<br>- Works well without supervision | | X | | | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | X | | | | |
| QUALITY OF WORK<br>- Meets Quotas/Goals<br>- Completes work assigned | | X | | | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | X | | | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | X | | | | |
| OVERALL RATING | | | | | | |

## REASON FOR REPORT

Assignment Change [ X ]  Program Completion [ ]  Test Scores [ ]
Security Review [ X ]  Performance Notice [ ]  M: _____
Parole Review [ ]  R: _____
  L: _____
  O: _____

## COMMENTS

STAFF SIGNATURE: _Ofc. Robert Jeffrey Easley corr_  DATE: _16 OCT 03_

Exhibit 3.15

Attachment 1
SOP IIC02-000:
(01-April-95)

**GEORGIA DEPARTMENT OF CORRECTIONS**
**SECURITY RECLASSIFICATION FORM**

I. 1. NAME: Taylor, Johnny   2. ID#: 155937   3. INSTITUTION: Hancock   54   4. DATE: 10-29-02

5. CURRENT SECURITY: Close   6. RATER: Beckham   7. LAST REVIEW DATE: 10/9/01

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE<br>B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE<br>D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

**III. SECURITY LEVEL SCORING**

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD | non-life: 0= 0-36 mos.  2= 72-119 mos.  1= 37-71 mos.  3= 120+ mos.  life: 0= 16+ yrs.  2= 6-10 yrs.  1= 11-15 yrs.  (3= 0-5 yrs.) | 3 |
| 2. Involvement with drugs/alcohol | | (0= never/past)   2= current | 0 |
| 3. Type of most serious disciplinary report | | (0= none)  1= low, moderate  3= high  4= greatest | 0 |
| 4. Frequency of disciplinary reports | | (0= none)  1= 1  2= 2  3= 3 or 4  5= 5 or more | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | 3 |
| 6. Escapes  1983 GSP | | 0= none  (1= 1)  2= 2  3= 3 or more | 1 |
| 7. Sex offenses | | (0= none)  1= other sex offense   3= aggressive sex acts | 0 |
| 8. Assaultive criminal history Armed Robbery Agg Asslt, | | 0= none  1= 1 violent  (3= 2 violent)  4= 3 or more | 3 |
| 9. Detainers/Pending Charges | | 0= none  1= lowest, low moderate, moderate  3= high  (4= greatest) | 4 |

**IV. SECURITY SCORING TOTAL**  14

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 18 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

**VI. INSTITUTION ACTION**

| | | |
|---|---|---|
| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10/2003 |
| 4. FORM RECOMM. SECURITY: Hi-Max Maximum (Close) / Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: Hi-Max Maximum (Close) / Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: IN ___ OUT ___ |

7. CHAIRPERSON _____   8. WARDEN/DESIGNEE: _____

**VII. CENTRAL OFFICE ACTION**

1. Recommended Security Level _____

2. Approved Security Level _____

ENTERED
OCT 29
HANC...

Disapproved due to _____

Date _____  Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office

DOC50-955 (04-9

Exhibit 3.15



INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0 Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1 Good | Average assignment performance (2 points) | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others (2 points) |
| 2 Average | | | | |
| 3 Marginal | | | | |
| 4 Poor Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

H-1

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny          Inmate ID: EF 155937

Counselor: Beckham          Institution: Hancock S.P.

Reporting Staff Member: FL Farris Adams Jr. Co-I   Work/Activity: CBD/WALK/CBD

Number of Months Supervised: 01

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PERFORMANCE RATING
(Please make an **X** in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | | | X<br>X | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | | | X<br>X | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | X<br>X<br>X | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | | | X<br>X | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | | | X<br>X | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | | X<br>X | | | |
| **OVERALL RATING** | | | | | | |

### REASON FOR REPORT

| | | | |
|---|---|---|---|
| Assignment Change [  ] | Program Completion [  ] | Test Scores [  ] | |
| Security Review [  ] | Performance Notice [  ] | M: _____ | |
| Parole Review [  ] | | R: _____ | |
| | | L: _____ | |
| | | O: _____ | |

### COMMENTS

STAFF SIGNATURE: Beckham          DATE: 10/1/02

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Taylor Johnny    2. ID#: EF 155937    3. INSTITUTION: Hancock SMI    4. DATE: 10-3-00

5. CURRENT SECURITY: CLOSE    6. RATER: Morris    7. LAST REVIEW DATE: 10-19-99

II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE

A. FACTS/CIRCUMSTANCES OF OFFENSE
B. PAROLE SET OFF
C. 25YR OR LIFE W/O PAROLE
D. MH/MR
E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED

III. SECURITY LEVEL SCORING

| | | non-life | | life | | |
|---|---|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD Life | 0= 0-36 mos.  1= 37-71 mos. | 2= 72-119 mos.  3= 120+ mos. | 0= 16+ yrs.  1= 11-15 yrs. | 2= 6-10 yrs.  (3= 0-5 yrs.) | 3 |
| 2. Involvement with drugs/alcohol | | (0= never/past) | 2= current | | | 0 |
| 3. Type of most serious disciplinary report | | (0= none) | 1= low, moderate | 3= high | 4= greatest | 0 |
| 4. Frequency of disciplinary reports | | (0= none) | 1= 1    2= 2 | 3= 3 or 4 | 5= 5 or more | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | | | 2 |
| 6. Escapes | | 0= none  (1= 1) | 2= 2 | 3= 3 or more | | 1 |
| 7. Sex offenses | | (0= none) | 1= other sex offense | 3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none  1= 1 violent | (3= 2 violent) | 4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none  1= lowest, low moderate, moderate | (3= high)  4= greatest | | | 3 |

IV. SECURITY SCORING TOTAL    12

V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

VI. INSTITUTION ACTION

1. TYPE OF REVIEW: (Regular) Exception    2. EXCEPTION REVIEW REASON:    3. DATE OF NEXT REVIEW: 10/20/01

4. FORM RECOMM. SECURITY: HI-Max Maximum (Close)    Medium Minimum Trusty
5. INST. RECOMM. SECURITY: HI-Max Maximum (Close)    Medium Minimum Trusty
6. SECURITY EXCEPTION REASON:    IN ___ OUT ___

7. CHAIRPERSON: Emmy W. Shey    8. WARDEN/DESIGNEE: Leroy Butt

VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

ENTERED

OCT 2 4 2000

Date _____ Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

**I. 1. NAME:** Taylor Johnny  **2. ID#:** EF155937  **3. INSTITUTION:** Hancock SII  **4. DATE:** 10 3 00

**5. CURRENT SECURITY** CLOSE  **6. RATER:** Morris  **7. LAST REVIEW DATE:** 10-19-99

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | **TPM/MRD** Life | non-life 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | life 0= 16+ yrs.  2= 6-10 yrs. 1= 11-15 yrs.  (3= 0-5 yrs.) | 3 |

2. Involvement with drugs/alcohol — (0= never/past)   2= current — 0

3. Type of most serious disciplinary report — (0= none)  1= low, moderate  3= high  4= greatest — 0

4. Frequency of disciplinary reports — (0= none)  1= 1  2= 2  3= 3 or 4  5= 5 or more — 0

5. Responsibility inmate has shown — Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. — 2

6. Escapes — 0= none  (1= 1)  2= 2  3= 3 or more — 1

7. Sex offenses — (0= none)  1= other sex offense  3= aggressive sex acts — 0

8. Assaultive criminal history — 0= none  1= 1 violent  (3= 2 violent)  4= 3 or more — 3

9. Detainers/Pending Charges — 0= none  1= lowest, low moderate, moderate  (3= high)  4= greatest — 3

**IV. SECURITY SCORING TOTAL** — 12

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10/2001 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ___ OUT ___ |
|---|---|---|---|---|---|---|---|

**7. CHAIRPERSON** Ernestine W. Ivey  **8. WARDEN/DESIGNEE:** Leroy Butt

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

Date _____  Classification Analyst _____

NOTE:  Requests for exception reviews must have documentation accompany this form.  Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

**Attachment 1**
**SOP IIC02-0003**
**(01-April-95)**

### GEORGIA DEPARTMENT OF CORRECTIONS
### SECURITY RECLASSIFICATION FORM

| I. 1. NAME: | 2. ID#: | 3. INSTITUTION: | 4. DATE: |
|---|---|---|---|

| 5. CURRENT SECURITY: | 6. RATER: | 7. LAST REVIEW DATE: |
|---|---|---|

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| Consideration | TPM/MRD | non-life | life | Score |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | | 0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs.<br>1= 11-15 yrs.   3= 0- 5 yrs. | |
| 2. Involvement with drugs/alcohol | | 0= never/past   2= current | | |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | |

**IV. SECURITY SCORING TOTAL** _____

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | | 3. DATE OF NEXT REVIEW: |
|---|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ___ OUT ___ |
|---|---|---|---|---|---|---|---|

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

Disapproved due to _____

Date _____ Classification Analyst _____

**NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.**

DC50-955 (04-95)

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## BEHAVIOR RECLASSIFICATION FORM

Name: Johnny Taylor    ID# 155937    Institution: Hancock    Date: 10-19-99

Current Behavior Level: 3    Rater: Robbins    Last Review Date: 1/99

### BEHAVIOR LEVEL SCORING

| | | | | |
|---|---|---|---|---|
| Disciplinary Reports (Past 12 Months) | 0= No Reports<br>1= 1 Report | 2=2-3 reports<br>3=4-5 reports | 4=6+ reports | 0 |
| Seriousness of Disciplinaries | 0= N/A<br>1=Low/Moderate | 2=High 1<br>3=High 2 | 4=Greatest | 0 |
| Work / Activity Reports | 0=Excellent<br>1=Above Average | 2=Average<br>3=Below Average | 4=Refused | 2 |
| Counselor Assessment | 0=Excellent<br>1=Above Average | 2=Average<br>3=Below Average | 4=Refused | 1 |

**Behavioral Scoring Total**    3

### Behavioral Change Scale
(Circle Category and Point Total Range)

| Inmate's Current Behavior Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Behavior I | N/A | 0-1 | 2+ |
| Behavior II | 0-1 | 2-3 | 4+ |
| Behavior III | 0-3 | 4-8 | 9+ |
| Behavior IV | 0-8 | 9-12 | 13+ |
| Behavior V | 0-12 | 13+ | N/A |

### INSTITUTION ACTION

Type of Review: Regular / Exception    Exception Review: Reason:_____    Date of Next Review: 4-19-2000

Form Recomm. Behavior Level: Level 1 / Level 2 / Level 3 / Level 4 / Level 5    Instit. Recomm. Behavior Level: Level 1 / Level 2 / Level 3 / Level 4 / Level 5

Level Exception Reason:_____

Chairperson: _____    Warden / Designee: _____

Note: Requests for exception reviews must have supportive documentation attached.

ENTERED
OCT 2 6 1999
HANCOCK C.I.

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Jimmy 380941

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance (0) points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others (0) points |
| (1) Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory (2) points | Involvement with satisfactory performance (2) points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Johnny L
38D941

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

6 ≈ 1.5

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny L        Inmate ID: 380941

Counselor: Farley        Institution: Hancock S.P.

Reporting Staff Member: R. Lazenby   Work/Activity CBD        H-1

Number of Months Supervised: 01

### PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY** <br> - Attendance <br> - On Time | | | ✓ | | | |
| **RESPONSE TO SUPERVISOR** <br> - Follow Instructions <br> - Works well without supervision | | | ✓ | | | |
| **TEAM WORK** <br> - Cooperates with other workers <br> - Works toward team goals <br> - Not disruptive to others | | | ✓ | | | |
| **QUALITY OF WORK** <br> - Meets Quotas/Goals <br> - Completes work assigned | | | ✓ | | | |
| **SKILL DEVELOPMENT** <br> - Increased competency <br> - Increased grade level | | | ✓ | | | |
| **APPEARANCE** <br> - Hygiene <br> - Proper Dress | | | ✓ | | | |
| **OVERALL RATING** | | | ✓ | | | |

### REASON FOR REPORT

Assignment Change [ ]    Program Completion [ ]    Test Scores [ ]
Security Review [ ]       Performance Notice [ ]    M: _____
Parole Review [ ]                                   R: _____
                                                    L: _____
                                                    O: _____

**COMMENTS**

Very dependable; always pays attention to detail, always on assigned detail daily before being instructed

STAFF SIGNATURE: R. Lazenby cot        DATE: 5-5-05

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

**I.** 1. NAME: Taylor, Johnny    2. ID#: 380941    3. INSTITUTION: OSH Hancock    4. DATE: 11-02-04

5. CURRENT SECURITY: Medium    6. RATER: Beadman    7. LAST REVIEW DATE: 4/30/04

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

**III. SECURITY LEVEL SCORING**

1. Time remaining on sentence (in months)
TPM/MRD ( non-life )
0= 0-36 mos.    2= 72-119 mos.
1= 37-71 mos.    3= 120+ mos.
life
0= 16+ yrs    (2= 6-10 yrs)
1= 11-15 yrs.    3= 0-5 yrs.    **2**

2. Involvement with drugs/alcohol    0= never/past    2= current    **0**

3. Type of most serious disciplinary report    0= none    1= low, moderate    3= high    4= greatest    **0**

4. Frequency of disciplinary reports    0= none    1= 1    2= 2    3= 3 or 4    5= 5 or more    **0**

5. Responsibility inmate has shown    Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.    **2**

6. Escapes    0= none    (1= 1)    2= 2    3= 3 or more    **1**

7. Sex offenses    (0= none)    1= other sex offense    3= aggressive sex acts    **0**

8. Assaultive criminal history    Agg. Assault, Armed Robbery    0= none    1= 1 violent    (3= 2 violent)    4= 3 or more    **3**

9. Detainers/Pending Charges    0= none    1= lowest, low moderate, moderate    3= high    4= greatest    **0**

**IV. SECURITY SCORING TOTAL**    **8**

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

**VI. INSTITUTION ACTION**

1. TYPE OF REVIEW. (Regular) Exception

2. EXCEPTION REVIEW REASON:

3. DATE OF NEXT REVIEW: 05-02-05

4. FORM RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty

5. INST. RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty

6. SECURITY EXCEPTION REASON:

7. CHAIRPERSON: Jim Cook

8. WARDEN/DESIGNEE: Jim Cook

ENT'D NOV 4 2004

**VII. CENTRAL OFFICE ACTION**

1. Recommended Security Level _____

2. Approved Security Level _____

**DISAPPROVED DUE TO:**

Date _____    Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/28/99)



Exhibit 3.15



**I. 1. NAME:** Taylor, Johnny    **2. ID#:** 380941    **3. INSTITUTION:** GSP Hancock CI    **4. DATE:** 11-02-04

**5. CURRENT SECURITY** Medium    **6. RATER:** Beedman    **7. LAST REVIEW DATE:** 4/30/04

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life ) 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | life 4/06  0= 16+ yrs  (2= 6-10 yrs) 1= 11-15 yrs.  3= 0-5 yrs. | **2** |
| 2. Involvement with drugs/alcohol | 0= never/past      2= current | | **0** |
| 3. Type of most serious disciplinary report | 0= none    1= low, moderate    3= high    4= greatest | | **0** |
| 4. Frequency of disciplinary reports | 0= none    1= 1    2= 2    3= 3 or 4    5= 5 or more | | **0** |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | **2** |
| 6. Escapes | 0= none    (1= 1)    2= 2    3= 3 or more | | **1** |
| 7. Sex offenses | (0= none)    1= other sex offense    3= aggressive sex acts | | **0** |
| 8. Assaultive criminal history Agg Assault Armed Robbery | 0= none    1= 1 violent    (3= 2 violent)    4= 3 or more | | **3** |
| 9. Detainers/Pending Charges | 0= none    1= lowest, low moderate, moderate    3= high    4= greatest | | **0** |

## IV. SECURITY SCORING TOTAL     **8**

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | | 3. DATE OF NEXT REVIEW: 05-02-05 |
|---|---|---|---|---|
| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close    (Medium) Minimum Trusty    6. SECURITY EXCEPTION REASON: |

7. CHAIRPERSON    8. WARDEN/DESIGNEE:

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____    2. Approved Security Level _____

**DISAPPROVED DUE TO:** _____

_____

Date _____    Classification Analyst _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor<br><br>Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

*Taylor Johnny*
*380940*

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_          Inmate ID: _380941_

Counselor: _Beerham_          Institution: **Hancock S.P.**

Reporting Staff Member: _O/C J. Andrews_    Work/Activity _CBO_

Number of Months Supervised: _3 month_

**PERFORMANCE RATING**
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | ✓ | | | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | ✓ | | | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | ✓ | | | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | ✓ | | | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | ✓ | | | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | ✓ | | | | |
| **OVERALL RATING** | | ✓ | | | | |

**REASON FOR REPORT**

Assignment Change [X]    Program Completion [ ]    Test Scores [ ]
Security Review    [X]   Performance Notice [ ]    M: _____
Parole Review      [ ]                             R: _____
                                                   L: _____
                                                   O: _____

_For SR purposes may_ COMMENTS _Beerham_

STAFF SIGNATURE: _O/C J. Anderson_          DATE: _7-21-11_

Exhibit 3.15



GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor Johnny | 2. ID#: 380941 | 3. INSTITUTION: SUI Hancock S.P. | 4. DATE: 4-30-04 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: J. Dean | | 7. LAST REVIEW DATE: 10-22-03 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD ( non-life ) | life | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | 0= 16+ yrs.  2= 6-10 yrs. 1= 11-15 yrs.  (3)= 0- 5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | (0)= never/past     2= current | | 0 |
| 3. Type of most serious disciplinary report | (0)= none  1= low, moderate  3= high  4= greatest | | 0 |
| 4. Frequency of disciplinary reports | (0)= none  1= 1  2= 2  3= 3 or 4  5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes | 0= none  (1)= 1  2= 2  3= 3 or more | | 1 |
| 7. Sex offenses | (0)= none  1= other sex offense  3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | 0= none  1= 1 violent  (3)= 2 violent  4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none  (1)= lowest, low moderate, moderate  3= high  4= greatest | | 1 |

**IV. SECURITY SCORING TOTAL**      9

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10-30-04 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

| 7. CHAIRPERSON _Jim Coon_ | 8. WARDEN/DESIGNEE: _Jim Coon_ | ENT'D MAY 4 2004 |
|---|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

**DISAPPROVED DUE TO:**
_____
_____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 175 of 270
PageID #: 1145

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Johnny
380941

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0   Excellent | Above Average assignment performance (0) points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others (0) points |
| (1)   Good | | | | |
| 2   Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory (2) points | Involvement with satisfactory performance (2) points | Satisfactory in contact with others 2 points |
| 3   Marginal | | | | |
| 4   Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_  Inmate ID: _380941_

Counselor: _Dean_  Institution: Hancock S.P.

Reporting Staff Member: _____  Work/Activity _CB6_

Number of Months Supervised: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | X | | | | |
| RESPONSE TO SUPERVISOR<br>- Follow Instructions<br>- Works well without supervision | | X | | | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | X | | | | |
| QUALITY OF WORK<br>- Meets Quotas/Goals<br>- Completes work assigned | | X | | | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | X | | | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | X | | | | |
| OVERALL RATING | | X | | | | |

## REASON FOR REPORT

Assignment Change [ X ]   Program Completion [ ]   Test Scores [ ]
Security Review [ X ]   Performance Notice [ ]   M: _____
Parole Review [ ]   R: _____
L: _____
O: _____

COMMENTS

_Taylor is a very hard worker that works well the time he gets up_

STAFF SIGNATURE: _____  DATE: _4-15-04_

KM

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**SECURITY RECLASSIFICATION FORM**

Attachment 1
SOP IIC02-0003
(12/01/99)

I. 1. NAME: Taylor, Johnny  2. ID#: 380941/1559937  3. INSTITUTION: 541 Hancock SP  4. DATE: 10-22-03

5. CURRENT SECURITY: Close  6. RATER: J. Dean  7. LAST REVIEW DATE: 10-29-02

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD ( non-life ) | life | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | 0= 0-36 mos.　2= 72-119 mos.<br>1= 37-71 mos.　3= 120+ mos. | 0= 16+ yrs.　2= 6-10 yrs.<br>1= 11-15 yrs.　(3)= 0- 5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | (0)= never/past　　2= current | | 0 |
| 3. Type of most serious disciplinary report | (0)= none　1= low, moderate　3= high　　4= greatest | | 0 |
| 4. Frequency of disciplinary reports | (0)= none　1= 1　2= 2　3= 3 or 4　　5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes | 0= none　(1)= 1　2= 2　3= 3 or more | | 1 |
| 7. Sex offenses | (0)= none　1= other sex offense　3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | 0= none　1= 1 violent　(3)= 2 violent　4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none　(1)= lowest, low moderate, moderate　3= high　4= greatest | | 1 |

### IV. SECURITY SCORING TOTAL

9

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | (0 - 11) | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 4-22-04 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max  Maximum  Close | (Medium)  Minimum  Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max  Maximum  Close | (Medium)  Minimum  Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

7. CHAIRPERSON _(signature)_　　8. WARDEN/DESIGNEE: _(signature)_　ENT'D OCT 2 2 2003

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____　2. Approved Security Level _____

DISAPPROVED DUE TO:

_____

_____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Case 1:19-cv-00147-CLC-CHS　　Document 3-15　　Filed 05/15/19　　Page 178 of 270
PageID #: 1148

Exhibit 3.15

RM

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

**I. 1. NAME:** Taylor, Johnny    **2. ID#:** 380541/155937    **3. INSTITUTION:** 541 Hancock SP    **4. DATE:** 10-22-03

**5. CURRENT SECURITY** Close    **6. RATER:** J. Dean    **7. LAST REVIEW DATE:** 10-29-02

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | TPM/MRD ( non-life ) | | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | 0= 0-36 mos.   2= 72-119 mos. 1= 37-71 mos.   3= 120+ mos. | | 0= 16+ yrs.   2= 6-10 yrs. 1= 11-15 yrs.   (3)= 0- 5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | (0)= never/past     2= current | | | 0 |
| 3. Type of most serious disciplinary report | (0)= none   1= low, moderate   3= high    4= greatest | | | 0 |
| 4. Frequency of disciplinary reports | (0)= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | | 1 |
| 6. Escapes | 0= none   (1)= 1   2= 2   3= 3 or more | | | 1 |
| 7. Sex offenses | (0)= none   1= other sex offense   3= aggressive sex acts | | | 0 |
| 8. Assaultive criminal history | 0= none   1= 1 violent   (3)= 2 violent   4= 3 or more | | | 3 |
| 9. Detainers/Pending Charges | 0= none   (1)= lowest, low moderate, moderate   3= high   4= greatest | | | 1 |

**IV. SECURITY SCORING TOTAL**     9

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | | 3. DATE OF NEXT REVIEW: 4-22-04 |
|---|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

**7. CHAIRPERSON** Jim Coon    **8. WARDEN/DESIGNEE:** Jim Coon

## VII. CENTRAL OFFICE ACTION

**1. Recommended Security Level** _____    **2. Approved Security Level** _____

**DISAPPROVED DUE TO:**

_____

**Date** _____ **Classification Analyst** _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-000: (01-April-95)

I. 1. NAME: Johnny Taylor    2. ID#: 15 5937    3. INSTITUTION: Hancock    4. DATE: 10-19-99

5. CURRENT SECURITY Close    6. RATER: Robbins    7. LAST REVIEW DATE: 10/5/98

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | TPM/MRD | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | Life | 0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs.<br>1= 11-15 yrs.  3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | ✓0= never/past   2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   ✓3= 2 violent   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 3 |

IV. SECURITY SCORING TOTAL    12

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Johnny Taylor   2. ID#: 155937   3. INSTITUTION: Hancock   4. DATE: 10/19/99

5. CURRENT SECURITY: Close   6. RATER: Robbins   7. LAST REVIEW DATE: 10/5/98

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD Life | 0= 0-36 mos.   2= 72-119 mos. 1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs. 1= 11-15 yrs.   3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | 0= never/past   2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 3 |

IV. SECURITY SCORING TOTAL   12

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: | 10-19-2000 |
|---|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ✓ OUT _ |
|---|---|---|---|---|---|---|---|

7. CHAIRPERSON   8. WARDEN/DESIGNEE: Emory W. Ane

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____   2. Approved Security Level _____

Disapproved due to _____

Date _____   Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Johnny Taylor    2. ID#: 15 5/.7    3. INSTITUTION: Hin    4. DATE: /3 / /

5. CURRENT SECURITY: /o    6. RATER: K. Kl...    7. LAST REVIEW DATE: /c /c /13

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | Life | 0= 0-36 mos.   2= 72-119 mos.   1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs.   1= 11-15 yrs.   3= 0-5 yrs. | 3 |

2. Involvement with drugs/alcohol        0= never/past        2= current        0

3. Type of most serious disciplinary report    0= none    1= low, moderate    3= high    4= greatest    0

4. Frequency of disciplinary reports    0= none    1= 1    2= 2    3= 3 or 4    5= 5 or more    0

5. Responsibility inmate has shown    Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.    2

6. Escapes        0= none    1= 1    2= 2    3= 3 or more    1

7. Sex offenses        0= none    1= other sex offense    3= aggressive sex acts    0

8. Assaultive criminal history    0= none    1= 1 violent    3= 2 violent    4= 3 or more    3

9. Detainers/Pending Charges    0= none    1= lowest, low moderate, moderate    3= high    4= greatest    3

### IV. SECURITY SCORING TOTAL    12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW.   Regular / Exception    2. EXCEPTION REVIEW REASON:    3. DATE OF NEXT REVIEW: /c-/c/2000

4. FORM RECOMM. SECURITY:   Hi-Max  Maximum  Close  Medium  Minimum  Trusty
5. INST. RECOMM. SECURITY:   Hi-Max  Maximum  Close  Medium  Minimum  Trusty
6. SECURITY EXCEPTION REASON:    IN / OUT

7. CHAIRPERSON    8. WARDEN/DESIGNEE: Cromwy W. Aw...

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____    2. Approved Security Level _____

ENTERED
NOV 4 200.

Disapproved due to _____

Date _____    Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.
DOC50-955 (04-95)

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(01-April-95)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

I. 1. NAME: Johnny Taylor     2. ID#: 155937     3. INSTITUTION: Hancock     4. DATE: 10-9-01

5. CURRENT SECURITY: CLOSE     6. RATER: Morris     7. LAST REVIEW DATE: 10/3/00

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) — Life — TPM/MRD
   non-life: 0= 0-36 mos.  2= 72-119 mos.  1= 37-71 mos.  3= 120+ mos.
   life: 0= 16+ yrs.  2= 6-10 yrs.  1= 11-15 yrs.  (3= 0-5 yrs.)     **3**

2. Involvement with drugs/alcohol — (0= never/past)  2= current     **0**

3. Type of most serious disciplinary report — (0= none)  1= low, moderate  3= high  4= greatest     **0**

4. Frequency of disciplinary reports — (0= none)  1= 1  2= 2  3= 3 or 4  5= 5 or more     **0**

5. Responsibility inmate has shown — Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.     **2**

6. Escapes GSP 83 — 0= none  (1= 1)  2= 2  3= 3 or more     **1**

7. Sex offenses — (0= none)  1= other sex offense  3= aggressive sex acts     **0**

8. Assaultive criminal history Agg Assault (3) ct  Armed Robb (1) ct — 0= none  1= 1 violent  3= 2 violent  (4= 3 or more)     **4**

9. Detainers/Pending Charges — 0= none  1= lowest, low moderate, moderate  3= high  (4= greatest)     **4**

### IV. SECURITY SCORING TOTAL     **14**

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0-4 | 5-32 |
| Minimum | 0-4 | 5-9 | 10-32 |
| Medium | 0-6 | 7-14 | 15-32 |
| (Close) | 0-11 | (12-19) | 20-32 |
| Maximum | 0-14 | 15-24 | N/A |
| Hi-Maximum (GSP Only) | 0-14 | 15-24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW: (Regular)  Exception     2. EXCEPTION REVIEW REASON:     3. DATE OF NEXT REVIEW: 10-8-02

4. FORM RECOMM. SECURITY: Hi-Max  Maximum  (Close)  Medium  Minimum  Trusty
5. INST. RECOMM. SECURITY: Hi-Max  (Maximum)  (Close)  Medium  Minimum  Trusty
6. SECURITY EXCEPTION REASON:     IN ___  OUT ___

7. CHAIRPERSON: [signature]     8. WARDEN/DESIGNEE: Emory W. Sure

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____     2. Approved Security Level _____

Disapproved due to _____

ENTERED
OCT 12 2001
HANCOCK

Date _____  Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

**I. 1. NAME:** Johnny Taylor  **2. ID#:** 155937  **3. INSTITUTION:** Hancock  **4. DATE:** 10 9 01

**5. CURRENT SECURITY** CLOSE  **6. RATER:** Norris  **7. LAST REVIEW DATE:** 10/3/00

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | non-life | | life | | |
|---|---|---|---|---|---|---|
| 1. Time remaining on sentence (in months) Life TPM/MRD | Life | 0= 0-36 mos.  2= 72-119 mos.<br>1= 37-71 mos.  3= 120+ mos. | | 0= 16+ yrs.  (2= 6-10 yrs.)<br>1= 11-15 yrs.  (3= 0-5 yrs.) | | 3 |
| 2. Involvement with drugs/alcohol | | (0= never/past)  2= current | | | | O |
| 3. Type of most serious disciplinary report | | (0= none)  1= low, moderate  3= high  4= greatest | | | | O |
| 4. Frequency of disciplinary reports | | (0= none)  1= 1  2= 2  3= 3 or 4  5= 5 or more | | | | O |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | | | 2 |
| 6. Escapes GSP 83 | | 0= none  (1= 1)  2= 2  3= 3 or more | | | | 1 |
| 7. Sex offenses | | (0= none)  1= other sex offense  3= aggressive sex acts | | | | O |
| 8. Assaultive criminal history Agg Assault (3) ct Armed Robb (1) ct | | 0= none  1= 1 violent  3= 2 violent  (4= 3 or more) | | | | 4 |
| 9. Detainers/Pending Charges | | 0= none  1= lowest, low moderate, moderate  3= high  (4= greatest) | | | | 4 |

**IV. SECURITY SCORING TOTAL** ____14____

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10-5-02 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ___ OUT ___ |
|---|---|---|---|---|---|---|---|

**7. CHAIRPERSON** _[signature]_  **8. WARDEN/DESIGNEE:** Emory W. Sut

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

Date _____ Classification Analyst _____

**NOTE:** Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

| I. 1. NAME: | 2. ID#: | 3. INSTITUTION: | 4. DATE: |
|---|---|---|---|

| 5. CURRENT SECURITY | 6. RATER: | 7. LAST REVIEW DATE: |
|---|---|---|

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | non-life | | life | | |
|---|---|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD | 0= 0-36 mos. 1= 37-71 mos. | 2= 72-119 mos. 3= 120+ mos. | 0= 16+ yrs. 1= 11-15 yrs. | 2= 6-10 yrs. 3= 0-5 yrs. | _____ |

| 2. Involvement with drugs/alcohol | 0= never/past | 2= current | | | _____ |
|---|---|---|---|---|---|

| 3. Type of most serious disciplinary report | 0= none | 1= low, moderate | 3= high | 4= greatest | _____ |
|---|---|---|---|---|---|

| 4. Frequency of disciplinary reports | 0= none | 1= 1 | 2= 2 | 3= 3 or 4 | 5= 5 or more | _____ |
|---|---|---|---|---|---|---|

5. Responsibility inmate has shown — Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. _____

| 6. Escapes | 0= none | 1= 1 | 2= 2 | 3= 3 or more | | 1 |
|---|---|---|---|---|---|---|

| 7. Sex offenses | 0= none | 1= other sex offense | 3= aggressive sex acts | | _____ |
|---|---|---|---|---|---|

| 8. Assaultive criminal history | 0= none | 1= 1 violent | 3= 2 violent | 4= 3 or more | 1 |
|---|---|---|---|---|---|

| 9. Detainers/Pending Charges | 0= none | 1= lowest, low moderate, moderate | 3= high | 4= greatest | 1 |
|---|---|---|---|---|---|

### IV. SECURITY SCORING TOTAL _____

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ___ OUT ___ |
|---|---|---|---|---|---|---|---|

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

Disapproved due to _____

Date _____ Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
WORK/ACTIVITY PERFORMANCE REPORT

Inmate Name: Johnny Taylor          Inmate ID: 155937

Counselor: Morris          Institution: Hancock

Reporting Staff Member: Braddy          Work/Activity: Cell Block Orderly

Number of Months Supervised: _____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG. | AVERAGE | BELOW AVERAGE | REFUSES TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | | | X | | |
| RESPONSE TO SUPERVISOR<br>- Follows instructions<br>- Works well without supervision | | | X | | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | X | | |
| QUALITY OF WORK<br>- Meets Quotas/Goals<br>- Completes work assigned | | | X | | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | | X | | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | | | X | | |
| OVERALL RATING | | | | X | | |

REASON FOR REPORT

Assignment Change [ ]          Program Completion [ ]          Test Scores [ ]
Security Review [X]          Performance Notice [ ]          M: _____
Parole Review [ ]          R: _____
                                                        L: _____
                                                        O: _____

COMMENTS

_____

_____

_____

STAFF SIGNATURE: Roley Braddy          DATE: _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor

Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score.  Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment
SOP IIC02-000:
(01-April-95)

I. 1. NAME: Johnny Taylor    2. ID#: 15 5937    3. INSTITUTION: Hancock    4. DATE: 10-19-99

5. CURRENT SECURITY: Close    6. RATER: Robbins    7. LAST REVIEW DATE: 10/5/98

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | Life | 0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs.<br>1= 11-15 yrs.   3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | 0= never/past        2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 3 |

### IV. SECURITY SCORING TOTAL    12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW.   (Regular)   Exception    2. EXCEPTION REVIEW REASON:    3. DATE OF NEXT REVIEW: 10-19-2000

4. FORM RECOMM. SECURITY: Hi-Max Maximum (Close)   Medium Minimum Trusty    5. INST. RECOMM. SECURITY: Hi-Max Maximum (Close)   Medium Minimum Trusty    6. SECURITY EXCEPTION REASON:    IN ✓   OUT ___

7. CHAIRPERSON _____    8. WARDEN/DESIGNEE: Emory W. Arne

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____    2. Approved Security Level _____

Disapproved due to _____

Date _____   Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**BEHAVIOR MANAGEMENT SYSTEM**
**COUNSELOR ASSESSMENT**

Inmate Name __Johnny Taylor__     Inmate ID __155,937__

Counselor __Robbins__     Institution __Hancock__

Number of Months ON Caseload __09__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PERFORMANCE RATING**
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG. | AVERAGE | BELOW AVG. | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **NAPP**<br>• Awareness of goals and program requirements<br>• Demonstrates initiative in meeting goals/requirements | | | X | | | |
| **LIVING UNIT**<br>• Follows Officers Instructions<br>• Not Disruptive to Others<br>• Maintains living/storage area to standard | | | X | | | |
| **RESPONSIBILITY**<br>• Complies with administrative rules and procedures<br>• Personal hygiene/dress | | | X | | | |
| **INTERACTION W/COUNSELOR**<br>• Courteous<br>• Appropriate<br>• Follows direction | | | X | | | |
| **USE ON NON-STRUCTURED TIME**<br>• Voluntary groups<br>• Dorm activities<br>• Self improvement | | | | X | | |
| Overall Rating | | | X | | | |

**REASON FOR REPORT**

Behavior Review ( )      Behavior Exception ( )

**COMMENTS**

_____

_____

_____

STAFF SIGNATURE ___P. H. R. II.___     DATE __10/12/99__

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 189 of 270
PageID #: 1159

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE

Inmate Name _Johnny Taylor_    Inmate ID _155937_

Counselor _Robbins_    Institution _Hancock_

Reporting Staff Member _Coleman_    Work/Activity _Walk_

Number of Months at Institution _11_    Number of Months Supervised _____

### PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| Dependability<br>* Attendance<br>* On Time | | | | X | | |
| Response to Supervision<br>* Follows Instructions<br>* Works Well W/Out Super. | | | | X | | |
| Team Work<br>* Cooperates w/other workers<br>* Works Toward Team Goals<br>* Not Disruptive to Others | | | | X | | |
| Quality of Work<br>* Meets Quotas/Goals<br>* Completes Work Assigned | | | | X | | |
| Skill Development<br>* Increased Competency<br>* Increased Grade Level | | | | X | | |
| Appearance<br>* Hygiene<br>* Proper Dress | | | | X | | |
| Overall Rating | | | | X | | |

### REASON FOR REPORT

Detail Change ( )    Program Completion ( )

Behavior Review ( )    Test Scores:   M: _____

Parole Review ( )      R: _____

     L: _____

     O: _____

### COMMENTS

_____

_____

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE

Inmate Name _Johnny Taylor_   Inmate ID _155937_

Counselor _Robbins_   Institution _Hancock_

Reporting Staff Member _____   Work/Activity _CBO_

Number of Months at Institution _11_   Number of Months Supervised _03_

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| Dependability<br>* Attendance<br>* On Time | | | | X | | |
| Response to Supervision<br>* Follows Instructions<br>* Works Well W/Out Super. | | | | X | | |
| Team Work<br>* Cooperates w/other workers<br>* Works Toward Team Goals<br>* Not Disruptive to Others | | | | X | | |
| Quality of Work<br>* Meets Quotas/Goals<br>* Completes Work Assigned | | | | X | | |
| Skill Development<br>* Increased Competency<br>* Increased Grade Level | | | | X | | |
| Appearance<br>* Hygiene<br>* Proper Dress | | | | X | | |
| Overall Rating | | | | | | |

## REASON FOR REPORT

Detail Change ( )

Behavior Review ( )

Parole Review ( )

Program Completion ( )

Test Scores:   M: _____

R: _____

L: _____

O: _____

## COMMENTS

_None_

Exhibit 3.15

3

## GEORGIA DEPARTMENT OF CORRECTIONS
## BEHAVIOR RECLASSIFICATION FORM

Name: Johnny Taylor    ID# 155437    Institution: Hancock    Date: 1-12-19

Current Behavior Level:    Rater: Robbins    Last Review Date:

### BEHAVIOR LEVEL SCORING

| | | | | |
|---|---|---|---|---|
| Disciplinary Reports (Past 12 Months) | 0= No Reports 1= 1 Report | 2=2-3 reports 3=4-5 reports | 4=6+ reports | 0 |
| Seriousness of Disciplinaries | 0= N/A 1=Low/Moderate | 2=High 1 3=High 2 | 4=Greatest | 0 |
| Work / Activity Reports | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 2 |
| Counselor Assessment | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 2 |
| | | | | 4 |

**Behavioral Scoring Total**

### Behavioral Change Scale
(Circle Category and Point Total Range)

| Inmate's Current Behavior Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Behavior I | N/A | 0-1 | 2+ |
| Behavior II | 0-1 | 2-3 | 4+ |
| Behavior III | 0-3 | 4-8 | 9+ |
| Behavior IV | 0-8 | 9-12 | 13+ |
| Behavior V | 0-12 | 13+ | N/A |

### INSTITUTION ACTION

Type of Review: Regular / Exception    Exception Review: Reason:_____    Date of Next Security Review: 07-19

Form Recomm. Behavior Level    Level 1  Level 2  Level 3  Level 4  Level 5    Instit. Recomm. Behavior Level    Level 1  Level 2  Level 3  Level 4  Level 5

Level Exception Reason:_____

Chairperson:_____    Warden/Designee:_____

Note: Requests for exception reviews must have supportive documentation attached.

DEPARTMENT OF CORRECTIONS
BEHAVIOR MANAGEMENT SYSTEM
COUNSELOR ASSESSMENT

Inmate Name Johnny Taylor          Inmate ID 155937

Counselor Robertson          Institution Hancock

Number of Months on caseload  01

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVE. | AVERAGE | BELOW AVERAGE | REFUSES TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **NAPP** <br>* Awareness of goals and program requirements <br>* Demonstrates initiative in meeting goals/requirements | | | | X | | |
| **LIVING UNIT** <br>* Follows officers instructions <br>* Not disruptive to others <br>* Maintains living/storage area to standard | | | | X | | |
| **RESPONSIBILITY** <br>* Complies with administrative rules and procedures <br>* Personal hygiene/dress | | | | X | | |
| **INTERACTION W/COUNSELOR** <br>* Courteous <br>* Appropriate <br>* Follows directions | | | | X | | |
| **USE ON NON-STRUCTURED TIME** <br>* Voluntary groups <br>* Dorm activities <br>* Self improvement | | | | X | | |
| **Overall Rating** | | | | P | | |

### REASON FOR REPORT

Behavior Review     (  )                    Behavior Exception     (  )

### COMMENTS

_____

_____

_____

STAFF SIGNATURE P A Robertson _____ DATE 1-4-98

Exhibit 3.15

17-1

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE**

Inmate Name _Johnny Taylor_ Inmate ID _1559357_

Counselor _Robbins_ Institution _Hancock_

Reporting Staff Member _____ Work/Activity _C.B.O_

Number of Months at Institution _01_ Number of Months Supervised _____

## PERFORMANCE RATING
(Please make an X in one space for each Item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSE TO PARTC |
|---|---|---|---|---|---|---|
| **Dependability** <br> • Attendance <br> • On Time | | | | / | | |
| **Response to Supervision** <br> • Follows Instructions <br> • Works Well W/Out Super | | | | / | | |
| **Team Work** <br> • Cooperates w/other workers <br> • Works Toward Team Goals <br> • Not Disruptive to Others | | | | / | | |
| **Quality of Work** <br> • Meets Quota/Goals <br> • Completes Work Assigned | | | | / | | |
| **Skill Development** <br> • Increased Competency <br> • Increased Grade Level | | | | / | | |
| **Appearance** <br> • Hygiene <br> • Proper Dress | | | | / | | |
| **Overall Rating** | | | | / | | |

## REASON FOR REPORT

Detail Change ( )    Program Completion ( )

Behavior Review ( )    Tests Scores: M: _____

Parole Review ( )

R: _____

L: _____

O: _____

## COMMENTS

_____

_____

_____

STAFF SIGNATURE _C.Bond__ DATE _1-5-98_

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 194 of 270
PageID #: 1164

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE REPORT

Col. 1 = P
Card type

Counselor _Beckham_

Institution Code ⌇ ⌇ ⌇ ⌇

Inmate _Hayi Johnny_
(3 Letters — Last name)     (First)

Inmate ID | | | 3 8 0 9 4 1 |
Prefix    6 Numbers

Supervisor _Opephews_

Name Work
or Activity _Cell Block Orderly_

Number of months I have supervised this inmate | | | |

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☒ | Quality of work | ☐ | ☐ | ☒ |
| Willingness to learn | ☐ | ☐ | ☒ | Attention to detail | ☐ | ☐ | ☒ |
| Relationship to co-workers | ☐ | ☐ | ☒ | Consistency of work | ☐ | ☐ | ☒ |
| Response to supervision | ☐ | ☐ | ☒ | Level of productivity | ☐ | ☐ | ☒ |
| Trustworthiness | ☐ | ☐ | ☒ | Skill development | ☐ | ☐ | ☒ |

### OVERALL SUMMARY RATING

Below average ☒    Average ☐    Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

| Counseling: | | | |
|---|---|---|---|
| Vocational | ☐ | Detail change | ☐ |
| Work adjustment | ☐ | School | ☐ |
| Drug/Alcohol | ☐ | On-the-job training | ☐ |
| Pre-release | ☐ | Other | ☐ |
| | | (Please specify _____) | |

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

| Semi-annual | ☐ | | | Incentive Award | |
|---|---|---|---|---|---|
| Assignment change | ☐ | TABE administered | ☐ | Level I | ☐ |
| | | Reading grade level | | Level II | ☐ |
| | | | | | |
| Program completion | ☐ | | | Other | ☐ |
| Behavior change | ☐ | | | (Please specify _____) | |

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

Ym taylor work without being told and works All day. Very respectful and follows All instruction

Supervisor's signature _Opephews_    Date _8-05-04_

---

## INCENTIVE AWARD

Date _____    Institution name _____

Awarded to Inmate _____    Inmate ID | | | | | | | | | | | |

Specific award _____    Counselor's signature _____

Date taken _____    Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = P
Card type

Counselor _Morris Counselor_    Institution Code [ | | | ]

Inmate [ | | | ] _Taylor, Johnny_    Inmate ID [ | | | | | 1 | 5 | 5 | 9 | 3 | 7 ]
(3 Letters — Last name)    (First)    Prefix    6 Numbers

Supervisor _Coach Franke_    Name Work or Activity _Wellness Walk_

Number of months I have supervised this inmate [ 1 | 2 ]

----

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☒ | Quality of work | ☐ | ☐ | ☒ |
| Willingness to learn | ☐ | ☐ | ☒ | Attention to detail | ☐ | ☐ | ☒ |
| Relationship to co-workers | ☐ | ☐ | ☒ | Consistency of work | ☐ | ☐ | ☒ |
| Response to supervision | ☐ | ☐ | ☒ | Level of productivity | ☐ | ☐ | ☒ |
| Trustworthiness | ☐ | ☐ | ☒ | Skill development | ☐ | ☐ | ☒ |

----

## OVERALL SUMMARY RATING

Below average ☐    Average ☐    Above average ☒

----

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:

| | | |
|---|---|---|
| Vocational | ☐ | Detail change ☒ |
| Work adjustment | ☐ | School ☐ |
| Drug/Alcohol | ☐ | On-the-job training ☐ |
| Pre-release | ☐ | Other ☐ |
| | | (Please specify _____) |

----

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☐

Assignment change ☐    TABE administered Reading grade level ☐ [ | | | | ]    Incentive Award
Level I ☐
Level II ☐

Program completion ☐    Other ☐

Behavior change ☐    (Please specify _____)

----

## COMMENTS
(Task accomplished for incentive award, problems, progress, recommendations)

_Inmate Taylor needs to be dropped from Wellness Walk for he has a down orderly detail —_

Supervisor's signature _Diane Franke_    Date _6-14-01_

----

## INCENTIVE AWARD

Date _____    Institution name _____

Awarded to Inmate _____    Inmate ID [ | | | | | | | | | | | | ]

Specific award _____    Counselor's signature _____

Date taken _____    Date _____

----

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = 2
Card type

Counselor __Morris__

Institution Code [5][4][1][1]

Inmate __T/A Tyllor, Johnny__
(3 Letters – Last name)          (First)

Inmate ID [A][F][1][C][5][5][9][3][2]
Prefix          6 Numbers

Supervisor __K. Lamar__

Name Work or Activity __CRO / WALK / CRO__

Number of months I have supervised this inmate [__][__][__]

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☑ | ☐ | Quality of work | ☐ | ☑ | ☐ |
| Willingness to learn | ☐ | ☑ | ☐ | Attention to detail | ☐ | ☑ | ☐ |
| Relationship to co-workers | ☐ | ☑ | ☐ | Consistency of work | ☐ | ☑ | ☐ |
| Response to supervision | ☐ | ☑ | ☐ | Level of productivity | ☐ | ☑ | ☐ |
| Trustworthiness | ☐ | ☑ | ☐ | Skill development | ☐ | ☑ | ☐ |

### OVERALL SUMMARY RATING

Below average ☐     Average ☑     Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:

| | |
|---|---|
| Vocational ☐ | Detail change ☐ |
| Work adjustment ☐ | School ☐ |
| Drug/Alcohol ☐ | On-the-job training ☐ |
| Pre-release ☐ | Other ☐ |
| | (Please specify _____) |

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☑
Assignment change ☐     TABE administered Reading grade level ☐  [__][__][__][__]

Incentive Award
Level I ☐
Level II ☐

Program completion ☐     Other ☐
Behavior change ☐     (Please specify _____)

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)




Supervisor's signature __K. Mons   K. Lamar__     Date __3-26-01__

---

## INCENTIVE AWARD

Date _____     Institution name _____

Awarded to
Inmate _____     Inmate ID [__][__][__][__][__][__][__][__][__]

Specific award _____     Counselor's signature _____

Date taken _____     Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by Institution.

Exhibit 3.15

 **ENTERED**

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
**REQUEST FOR OTIS ENTRY**

Name _Taylor, Johnny_

State ID No. _380941_

Date of Birth _7-2-54_

Race _B_  Sex _M_

---

INSTITUTION: _Hancock SP_    Date: _7/21/03_    Height: _6'1_    Weight: _166 lb_

**ASSIGNED HEALTH PROFILE:**    **MEDICAL HOLD:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
| | | |
| | | |

\* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies    ☐ Heat intolerance    ☐ Cold intolerance    ☐ On renal dialysis    ☐ Lower range (seizures)
☐ Extreme obesity    ☐ Insulin dependent    ☐ Mental instability    ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss    ☐ Prosthetic device    ☐ Indwelling catheter    ☐ State housing only
☐ Oxygen dependent    ☐ Special diet    ☐ Unusual footwear    ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE** ( max. 300 chars. ): State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_Able to continue janitorial duties c̄ no limitations._

---

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.

Signature: _H. A. Thy PA C_    MD, DO, NP, (PA), DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS.**
**DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.    Yellow carbonless copy: forward to OTIS data entry.

Exhibit 3.15

**Name** Taylor Johnny

**State ID No.** 155937

**Date of Birth** 7-2-52

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
**REQUEST FOR OTIS ENTRY**

**Race** B  **Sex** M

**INSTITUTION:** Hancock S.P.  **Date:** 7/27/01  **Height:** 6'7  **Weight:** 168 lb

**ASSIGNED HEALTH PROFILE:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**MEDICAL HOLD:**

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
| | | |

\* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

**Additional description of the medical profiles is found in SOP No. VH26-0001.**

**RESTRICTIONS:**

☐ Severe allergies    ☐ Heat intolerance    ☐ Cold intolerance    ☐ On renal dialysis    ☐ Lower range (seizures)
☐ Extreme obesity    ☐ Insulin dependent    ☐ Mental instability    ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss    ☐ Prosthetic device    ☐ Indwelling catheter    ☐ State housing only
☐ Oxygen dependent    ☐ Special diet    ☐ Unusual footwear    ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE ( max. 300 chars. ):** State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List._

**Signature:** E. Enoch ayin    MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.    Yellow carbonless copy: forward to OTIS data entry.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
REQUEST FOR OTIS ENTRY

Name _Taylor, Johnny_

State ID No. _155937_

Date of Birth _7-2-54_

Race _B_  Sex _M_

INSTITUTION: _Hancock S.P._  Date: _10/31/00_  Height: _1190_  Weight: _68" lb_

**ASSIGNED HEALTH PROFILE:**

**MEDICAL HOLD:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| \ | \ | \ | \ | 2 | \ | \ | \ | \ | \ |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
| | | |

\* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies  ☐ Heat intolerance  ☐ Cold intolerance  ☐ On renal dialysis  ☐ Lower range (seizures)
☐ Extreme obesity  ☐ Insulin dependent  ☐ Mental instability  ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss  ☐ Prosthetic device  ☐ Indwelling catheter  ☐ State housing only
☐ Oxygen dependent  ☐ Special diet  ☐ Unusual footwear  ☐ Cane, crutch, walker, wheelchair, etc.

NARRATIVE ( max. 300 chars. ): State here medical information which may preclude routine housing or job assignments.
State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_____

_____

_____

_____

*I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.*

Signature: _L. B. Cohig, CNP_  MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS.
DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.    Yellow carbonless copy: forward to OTIS data entry.

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 200 of 270   PageID #: 1170

 

Exhibit 3.15

**Georgia State Department of Corrections**

Name _Taylor Johnny_

State ID# _155 567_

## PHYSICAL EXAMINATION

| Height | Weight | Pulse | Resp. | B/P | Age | Audio-Meter | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6'1" | 169.0 | 78 | 20 | 120/80 | 46 | | Right | | | | | | | | |
| | | | | | | | Left | | | | | | | | |

| DISTANT VISION | NEAR VISION | INTRAOCULAR TENSION |
|---|---|---|
| Rt.20/_20_----Corr. to 20/--------- | Rt.20/_30_----Corr. to----------by---------- | Rt.Scale Units----------mmHg.---------- |
| Lt.20/_100_----Corr. to 20/--------- | Lt.20/_30_----Corr. to----------by---------- | Lt.Scale Units----------mmHg.---------- |

| | Clinical Evaluation | | Explanation |
|---|---|---|---|
| | (1) Physical Appearance & Behavior: | | ⊖ tattoos, scars ∞ |
| ✓ | (2) HEENT: (sinus, face, mouth) | | birth marks |
| | (3) Neck: (thyroid, trachea) | | |
| ✓ | (4) Cardio - Resp: (chest, lungs, heart, vascular) | | 'includes optrucly used |
| ✓ | (5) Gastro - Intest: (abdomen, viscera, anus, rectum, hernia) | | |
| | (6) Genito - Urinary: _Deferred_ | | |
| ✓ | (7) Neuro - Musco - Skeletal: (a) Upper extremities (b) Lower extremities | | |
| ✓ | (8) Skin - Lymphatics: | | |
| | (9) Breast: | | |
| | (10) Pelvic: | | |
| ✓ | (11) Ident. Body Marks: _See Note_ | | |

Remarks:

_____

_____

_____

Signature: _X. Gelling CRP_

Signature: _____

Date Examined: _10-13-00_

Exhibit 3.15

 

**Georgia State Department of Corrections**

## PHYSICAL EXAMINATION

Name _____

State ID# _____

| Height | Weight | Pulse | Resp. | B/P | Age | Audio-Meter | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Right | | | | | | | | |
| | | | | | | | Left | | | | | | | | |

| DISTANT VISION | NEAR VISION | INTRAOCULAR TENSION |
|---|---|---|
| Rt.20/--------Corr. to 20/--------- | Rt.20/----------Corr. to----------by--------- | Rt.Scale Units---------mmHg.--------- |
| Lt.20/ _100_ ----Corr. to 20/--------- | Lt.20/---------Corr. to----------by--------- | Lt.Scale Units---------mmHg.--------- |

| NORM | Clinical Evaluation | ABNO | Explanation |
|---|---|---|---|
| | (1) Physical Appearance & Behavior: | | |
| | (2) HEENT: (sinus, face, mouth) | | |
| | (3) Neck: (thyroid, trachea) | | |
| | (4) Cardio - Resp: (chest, lungs, heart, vascular) | | |
| | (5) Gastro - Intest: (abdomen, viscera, anus, rectum, hernia) | | |
| | (6) Genito - Urinary: | | |
| | (7) Neuro - Musco - Skeletal: (a) Upper extremities (b) Lower extremities | | |
| | (8) Skin - Lymphatics: | | |
| | (9) Breast: | | |
| | (10) Pelvic: | | |
| | (11) Ident. Body Marks: | | |

Remarks:

_____

_____

_____

_____

Signature: _____

Signature: _____

Date Examined: _____

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name _Taylor John_
No. _15T937_

**INTAKE/ANNUAL PHYSICAL EXAMINATION**
DIAGNOSTIC CENTER:_____

Date of Birth _7-2-5__ 7-2-5__
Race ___B___ Sex _M_

Education _____ Occupation _____ Hair color _Blk_ Eye color _Brown_
Height _6'_ Weight _170 +_ Temp. _97.8_ Pulse _64_ Resp. _18_ BP _130 / 80_
Hearing: Right_____ Left_____ Distant vision: Right 20/_50_ Left 20/_70_ Near vision: Right 20/_25_ Left 20/_30_
**Corrected vision measurements:** Distant vision: Right 20/___ Left 20/___ Near vision: Right 20/___ Left 20/___

| | WNL | Abnl | | WNL | Abnl |
|---|---|---|---|---|---|
| General appearance, affect, suicidal? | ✓ | | Heart size, rhythm, and sounds | ✓ | |
| Integument, lymphatics | ✓ | | Peripheral vascular, varicosities | ✓ | |
| Head, face, neck, and scalp | ✓ | | Abdomen, organs | ✓ | |
| Nose and sinuses | ✓ | | Neck and back spine | ✓ | |
| Lips, mouth, and throat | ✓ | | Upper extremities strength and ROM | ✓ | |
| Neck, thyroid size, bruits | ✓ | | Lower extremities strength and ROM | ✓ | |
| External ears | ✓ | | Genitalia and urinary system | ✓ | |
| Ear canals and drums | ✓ | | Anus and rectum, hemorrhoids, fistulae _Refused Rectal_ | | |
| Eyes, general aspects | ✓ | | Neurological exam | ✓ | |
| Pupils equality and light reaction | ✓ | | Pelvic female exam _N/A_ | | |
| Ocular motility, nystagmus | ✓ | | Identifying body marks, scars | ✓ | |
| Eyegrounds by ophthalmoscope | ✓ | | Tattoos | ✓ | |
| Chest and lungs | ✓ | | Allergies to drugs, food, or other | ✓ | |
| Female breast exam _N/A_ | | | | | |

Summary of laboratory abnormalities:*_____

Summary of physical abnormalities, defects, or diagnoses:*_____
_____
_____
_____

Recommendations for further care:*_____
_____
_____

*I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs were documented in the Medical Profile and explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.*
**\* Use additional sheets as needed.**
Date: _7/29/99_ Signed: _____ PAC

PI-412A (REV.7.90) **DO NOT WRITE ON BACK - USE BLACK INK** **INTAKE/ANNUAL PHYSICAL EXAMINATION**

Case 1:19-cv-00147-CLC-CHS Document 3-15 Filed 05/15/19 Page 203 of 270
PageID #: 1173

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
REQUEST FOR OTIS ENTRY

Name _____

State ID No. _155.937_

Date of Birth _7.29.99  72.54_

Race _____ Sex _____

INSTITUTION: _Hancock_        Date: _7.29.99_    Height: _6'_    Weight: _170_ lb

**ASSIGNED HEALTH PROFILE:**                    **MEDICAL HOLD:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
|  |  |  |

*MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

**Additional description of the medical profiles is found in SOP No. VH26-0001.**

**RESTRICTIONS:**

☐ Severe allergies ☐ Heat intolerance ☐ Cold intolerance ☐ On renal dialysis ☐ Lower range (seizures)
☐ Extreme obesity ☐ Insulin dependent ☐ Mental instability ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss ☐ Prosthetic device ☐ Indwelling catheter ☐ State housing only
☐ Oxygen dependent ☐ Special diet ☐ Unusual footwear ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE ( max. 300 chars. ):** State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_CCC    HTN_

_I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List._

Signature: _____ PA-c    MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.        Yellow carbonless copy: forward to OTIS data entry.

PI-2051 (REV. 2/96)        DO NOT WRITE ON BACK - USE BLACK INK ONLY        **HEALTH/ACTIVITY PROFILE**

Exhibit 3.15

# HANCOCK
## STATE
## PRISON



# FILE BEGINS
# HERE

# DATE
# 12-15-98

Exhibit 3.15

TEST SCORE REPORT                    TAYLOR      JOHNNY  L

**1. CULTURE FAIR IQ, WIDE RANGE ACHIEVEMENT TEST--Revised     (grade level equivalents)**

---------------------------------------------------------------------------------

| IQ | READING | MATH | SPELLING |
|----|---------|------|----------|
| 109 | 9.5 | 6.5 | 7.5 |

**2. UNITED STATES EMPLOYMENT SERVICE INTEREST INVENTORY (raw scores)**

----------------------------------------------------------------- ----- N/A

**3. MONROE DYSCONTROL SCALE AND SUICIDE RISK SCALE (raw scores)**

----------------------------------------------------------------------

|        | MONROE |         |  | SUICIDE RISK |         |
|--------|--------|---------|--|--------------|---------|
| MDS | MDS_VIO | Missing | | SCORE | Missing |
| 9 | 1 | 0 | | 2 | 0 |

**4. BUSS-DURKEE HOSTILITY INVENTORY (raw scores)**

------------------------------------------------

| TOTAL | TOT_R | OVA | CVA | ASL | IND | IRR | NEG | RST | SPC | VER | GLT | Missing |
|-------|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|
| 12 | 7 | 3 | 3 | 1 | 1 | 1 | 0 | 1 | 0 | 3 | 5 | 0 |

**5. SUBSTANCE ABUSE SCORES**

----------------------------------------------------------------------

|       | MAST |         | DAST |         |
|-------|------|---------|------|---------|
| Score | Missing | Score | Missing |  |
| 9 | 0 | 2 | 0 |  |

**6. EVALUATION AND OFFENDER PROFILE REPORT RESULTS**

--------------------------------------------------

| AFA | MHNEED | EVAL | SUICI | VICTM | VIOLN | SUBAB | Psychiatric Dx Flags |
|-----|--------|------|-------|-------|-------|-------|----------------------|
| 1 | 1 | 2 | 1 | 1 | 3 | 5 | 303.xx or 304.xx or 305.xx, 301.xx |

=====================================================================================================================================

| DOC # | 155937 | TAYLOR | JOHNNY | L | AGE 44 | Run date: 08/18/98 | (ver. 3.01) |

Case 1:19-cv-00147-CLC-CHS     Document 3-15     Filed 05/15/19     Page 206 of 270
PageID #: 1176

Exhibit 3.15


**IPAT**

# ANSWER SHEET

*155937*

# Test of "g": Culture Fair, SCALE 2, Form _____ (A or B)

NAME _Taylor_ | Last Name | _Johnny_ First Name | Initial | DATE _08/17/98_

SCHOOL (or Address, Occupation, as instructed) _____

AGE _44_ Years Months | DATE OF BIRTH _7_ Month _2_ Day _54_ Year | GRADE _8 - GED_ | MALE ☐ (Boy) | FEMALE ☐ (Girl)

CIRCLE HIGHEST GRADE COMPLETED IN SCHOOL  1  2  3  4  5  6  7  8  9  10  11  (12)  13  14  15  16

**Instructions:** Place this answer sheet next to the booklet. Inside the booklet there are rows of little puzzles. You are to pick the best one of the 5 choices that are given for each puzzle. If the answer you choose is the first one in the line, fill in the box under the "1." If the answer you choose is the second, fill in the box under the "2." If you choose the third, fill in the box under the "3," and so on. Be sure when you are working on Test 1 to fill in the boxes under Test 1; when you are working on Test 2, be sure you fill in the boxes under Test 2; and so on.

| | Do not write in this space. |
|---|---|
| | Test — Score |
| | 1 _____ |
| | 2 _____ |
| | 3 _____ |
| | 4 |
| | Total Score _33_ |
| | Q. _109_ |
| | M. _____ Optional |

NOTES:

**TEST 1** Examples / **TEST 2** Examples / **TEST 3** Examples / **TEST 4** Examples — [bubble answer grids]

Test 1: 1–12, End Page 1 (after 5), Stop Here / Do not go on to next page until told to do so (after 12)

Test 2: 1–14, End Page 3 (after 6), Stop Here (after 14)

Test 3: 1–12, End Page 5 (after 5), Stop Here (after 12)

Test 4: 1–8, Stop Here (after 8)

Culture Fair, Scale 2, Forms A and B, Copyright © 1949, 1957, 1960 by the Institute for Personality and Ability Testing, Inc., P.O. Box 1188, Champaign, Illinois, U.S.A. All rights reserved. Printed in U.S.A.

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 207 of 270   PageID #: 1177

Exhibit 3.15

Pr U.S.A.  Trans-Optic® by NCS MP86789 :15  GS09

# Department of Corrections
## Drug and Alcohol History

**IDENTIFICATION NUMBER**

NAME: Taylor, Johnny            Gel

DATE: 8-14-98            AGE: 44

| DRUG GROUP | EVER USED (Yes or No) | | AGE AT FIRST USE | REGULAR USE (daily for 30 days or more) | | AGE AT LAST USE | USAGE DURING LAST 2 MONTHS BEFORE LOCKUP (1) Not at all (2) Less than once a week (3) 1 to 4 days a week (4) 5 to 7 days a week | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. Glue, spray cans, gasoline, etc. | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| B. Marijuana or hashish | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| C. Hallucinogens (LSD, mescaline, peyote, PCP, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| D. Oral amphetamines & other uppers (whites, benzedrine, dexedrine) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| E. IV methamphetamine (speed, meth. etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| F. Barbiturates/other downers (reds, seconal, yellow jackets, quaalude, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| G. Heroin | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| H. Street methadone | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| I. Other opiates (opium, morphine, codeine, paregoric, dilaudid, percodan, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| J. Cocaine/crack | Ⓨ | N | 19 | Y | Ⓝ | 31 | ① | ② | ③ | ④ |
| K. Tranquilizers (valium, librium, miltown, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| L. Other (specify) ( ) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| M. Alcohol | Ⓨ | N | 15 | Y | Ⓝ | 19 | ① | ② | ③ | ④ |

# CONTINUE ON BACK OF FORM ➤

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## DENTAL SCREENING, EXAMINATION,
## TREATMENT PLAN, AND FORENSIC RECORD

Name _____

State ID No. _____ TAYLOR   JOHNNY L _____ 7B
E-F 155937

Date of Birth _____ 7 2 54 _____

Race _____ Sex _____

Date: _8-13-98_

Intake Facility __GDCP__

Intake Dentist: _Dr. Batchelor_

Classification at Intake: I    II    III

### Soft Tissue Examination

| | WNL | Comments |
|---|---|---|
| Face................................. | | |
| Lips.................................. | | |
| Cheeks.............................. | | |
| Hard Palate........................ | | |
| Soft Palate......................... | | |
| Pharynx............................. | | |
| Tongue.............................. | | |
| Floor of Mouth................... | | |
| Gingiva............................. | | |
| Periodontium...................... | | |
| Occlusion........................... | | |

Other Comments: _____
Significant Medical History
(Review Medical History): _____

_____

Special Comments: _____

_____

Comprehensive Examination:
Date: _____ Facility: _____

Dentist: _____

Classification at Comprehensive
Exam:   I        II        III
Explanation: _____

### Missing Teeth/Extractions/Restorations/Forensic (INK)

RIGHT    LEFT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

### Existing Pathology/Treatment Plan (PENCIL)

RIGHT    LEFT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

## Treatment Plan: (PENCIL):    Tooth Number/Procedure

1. _____     9. _____     17. _____     25. _____
2. _____     10. _____    18. _____     26. _____
3. _____     11. _____    19. _____     27. _____
4. _____     12. _____    20. _____     28. _____
5. _____     13. _____    21. _____     29. _____
6. _____     14. _____    22. _____     30. _____
7. _____     15. _____    23. _____     31. _____
8. _____     16. _____    24. _____     32. _____

Perio Tx: _____     Pros Tx: _____     Other Tx: _____

Distribution:   White - Medical Record.     Yellow - Central Office Inmate File.     Pink - Institutional Inmate File.

Dental Screening, Examination.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

## INTAKE/ ANNUAL PHYSICAL EXAMINATION
### GEORGIA DIAGNOSTIC & CLASSIFICATION
PRISON (8-19) 9, 7/99

Name ___TAYLOR JOHENY L___
F F 155937 73
No. _____ 7-2-54
Date of Birth _____
Race _____ Sex ___ Age 44

Education 8th   Occupation Plumber   Haircolor B/K   Eyecolor BWN
Height 6'2"   Weight 176   Temp ____   Pulse 78   Resp 16   BP 120/90
Hearing: Right WNL Left WNL   Distant vision: Right 20/20   Left 20/20   Near vision: Right 20/20 Left 20/3
IOP:   Corrected vision:   Distant vision: Right 20/___   Left 20/___   Near vision: Right 20/___   Left 20/___

| | WNL | ABNL | | WNL | ABNL |
|---|---|---|---|---|---|
| General appearance, affect, suicidal | ✓ | | Heart size, rhythm, and sounds | ✓ | |
| Integument, lymphatic | ✓ | | Peripheral vascular, varicosities | ✓ | |
| Head, face, neck, and scalp | ✓ | | Abdomen, organs | ✓ | |
| Nose and Sinuses | ✓ | | Neck and back, spine | ✓ | |
| Lips, mouth and throat | ✓ | | Upper extremities strength and ROM | ✓ | |
| Neck, thyroid size, bruits | ✓ | | Lower extremities strength and ROM | ✓ | |
| External ears | ✓ | | Genitalia and urinary system | ✓ | |
| Ear canals and drums | ✓ | | Anus & rectum, hemorrhoids, fistulae | ✓ | |
| Eyes, general aspects | ✓ | | Neurological exam | ✓ | |
| Pupils, equality and light reaction | ✓ | | Pelvic female exam | — | |
| Ocular motility, nystagmus | ✓ | | Identifying body marks, scars | ✓ | |
| Eyegrounds by opthamaloscope | N.E | | Tattoos | ✓ | |
| Chest and Lungs | ✓ | | Allergies to drugs, food, or other | ✓ | |
| Female breast exam | | | | | |

Summary of laboratory abnormalities:* _____ Ø

Summary of physical abnormalities, defects or diagnoses:* _____ Ø

Recommendations for further care:* (1) MONITOR _____

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs were documented in the Medical Profile and explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List. Use additional sheets as needed.

DATE: 8-19-98   SIGNED: _Lindsey_ 1A _____

PI-412A (REV.7/96 )   DO NOT WRITE ON BACK-USE BLACK INK   INTAKE/PHYSICAL EXAM

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 210 of 270   PageID #: 1180

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name __TAYLOR JOHNNY L__

**HEALTH/ACTIVITY PROFILE**

Number __EH-155937__   Date of Birth __07/02/1954__

Race __BLACK__   Sex __MALE__

INSTITUTION: __GA. DIAG. & CLASS. PRISON__   DATE: __08/28/1998__   Height __6'02"__   Weight __176__ lbs

ASSIGNED HEALTH PROFILE :

MEDICAL HOLD :

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| Date Start Hold | Date Stop Hold | Authorized By* |
|---|---|---|
|  |  |  |

\# MD, DO, PA, NP, DDS, PSY

**KEY :**

P: Physical capability, Stamina. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=Terminal, 6=Pregnant offender.
U: Upper extremities. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No arms.
L: Lower extremities. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No legs.
H: Hearing. 1=Normal, hears whispered voice, 2,3,4=Intermediate, 5=Deaf.
E: Vision. 1=20/20 both eyes, 2,3,4=Intermediate, 5=Total bilateral blindness.
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than one, must be assigned by mental health staff.
D: Dental grade. 1=Minimal decay, no teeth to be extracted. If other than one, must be assigned by dental staff.
W: Work capacity. 1=All jobs, 2,3=Intermediate, 4=Major restrictions, 5=Can not work under any circumstances.
I: Impairments. 1=Not impaired, normal; 5=Needs a special program for activities of daily living.
T: Transportation. 1=All vehicles; 5=Needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH25-0003.

**RESTRICTIONS :**

☐ Severe allergies ☐ Heat intolerance ☐ Cold intolerance ☐ On renal dialysis ☐ Lower Range (Seizures)
☐ Extreme obesity ☐ Insulin dependent ☐ Mental instability ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss ☐ Prosthetic device ☐ Indwelling catheter ☐ State housing only
☐ Oxygen dependent ☐ Special diet ☐ Unusual footwear ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE :**

_____
_____
_____
_____
_____

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.

*Signature* : ROY CRISPIN-MD

OR8MHC Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 211 of 270 PageID #: 1181

Exhibit 3.15

PERFORMANCE RECORDING SHEET

INMATE NAME: TAYLOR,JOHNNY L          INMATE NUMBER: EN-155957

| DATE | INFORMATION | SIGNATURES |
|------|-------------|------------|
| 9-21-98 | PHS | BC |
| 9/30/98 | FINAL INTERVIEW | |
| | SECURITY: Close (IN)/ OUT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit 3.15

## STATE BOARD OF PARDONS AND PAROLES
### Atlanta, Georgia
### PERSONAL HISTORY STATEMENT

Date Completed **09/24/98**

1. **NAME:** TAYLOR, JOHNNY L          Number: **EH-155937**

   Alias:

   Age: **44**    D.O.B.: **07/02/54**          Race: **BLACK**          Sex: **M**

   Height: **6' 2"**  Weight: **176**  Eye Color: **BROWN**    Hair Color: **BLACK**    Skin Color: **DARK**

   Scars, Marks & Tattoos:

   Soc. Sec. No.: **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**        Religion: **BAPTIST**              Guardian: **MOTHER ON**

   Social Class: **MINIMUM STD**      Environment: **S.M.S.A**

   Family Behavior: **FATH ABSNT**

   Primary Lang: **ENGLISH**        Secondary Lang:              Ethnic Origin:

   Citizenship: **UNITED STATES (USA)**      Birth Place: **FULTON, GA**

2. **CURRENT CONVICTIONS:**

| Offense | County | Sentence |
|---|---|---|
| ESCAPE | TATTNALL | 5Y CC |
| AGGRAVATED ASSAULT | DEKALB | 10Y (CT 3)CC |
| ARMED ROBBERY | DEKALB | LIFE (CT 1)CC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

   Detainers/Pending Charges:

   Escapes and Recaptures: **DENIES ANY ESCAPES**

3. **HEALTH: Physical condition, impairments, addictions, diagnosis**

   (A) Profile:    GC-1    UB-1    LB-1    HE-1    E-1    P-1        Restrictions: **NO**

   (B) Alcohol: **NONE**

       Treatment: **NONE**

   (C) Drugs: **EXPERIMENTAL**            Type: **COCAINE/CRACK**

       Treatment: **NONE**

       IV Drugs: **NEVER**            Other Drugs: **MARIJUANA, QUIT 1970**

   (D) Mental Diagnosis:DSMIII        Medicated: **N** Level:

       Previous Mental Health:

4. **EDUCATION:**

   Grade Completed or
   GED Date: **COMPL TECH**        Degree or
                                    Skill (Trade): **PLUMBER**

   IQ Test            Score: **109**    WRAT: Read **9.5** Math **6.5** Spell **7.5** Avg **7.8**

**CONFIDENTIAL STATE SECRET WHEN COMPLETED**
**(For Official Use Only)**

Exhibit 3.15

EH-155937   TAYLOR, JOHN, L

Page 2 of 4

5.  MILITARY: Branch  **NO MIL SERV**  SN:        Job:

Entered:            Date Discharged:            Type Discharge: **NOT REPTD**       Rank:

6.  LAST THREE HOME ADDRESSES (Within the Past 10 Years):          From          To

(A) **2038 BEAUPREE ST.**       **ATLANTA, GA 30316**     **00/00/93 03/17/98**

(B) **1393 CUSTER AVE**       **ATLANTA, GA**       **06/10/92 00/00/93**

(C)

7.  LAST THREE JOBS HELD STARTING WITH THE LAST JOB HELD (Within the Past 10 Years):

(A) Employer Name: **METRO CONTRACTORS**    Phone:        Salary: **450/WEEK**
    Address:               **UNION CITY, GA**
    Type of Work: **PLUMBER**                **11/00/97-03/00/98**
    Foreman:                   Dept:

(B) Employer Name: **AX-HANDLE REED PACKAGING**   Phone:   Salary: **200/WEEK**
    Address:    **HOLLYWOOD RD.**     **ATLANTA, GA**
    Type of Work: **CLERK**                  **11/00/96-11/00/97**
    Foreman:   **TYRONE DAVIS**       Dept:

(C) Employer Name:              Phone:        Salary:
    Address:
    Type of Work:
    Foreman:                   Dept:

8.  (A) Father:    **TOM TAYLOR**                Phone:
       Address: **DECEASED**
       Employer: **UNKNOWN CAUSE**              Phone:

    (B) Mother:    **ADDIE COPELAND SMITH**        Phone: **404-627-6859**
       Address: **1393 CUSTER AVE.**    **ATLANTA, GA**        **FULTON CO**
       Employer:                    Phone:

    (C) Stepfather:   **JOSEPH SMITH**             Phone:
       Address: **8-B**
       Employer: **WEST HOME IMPROVEMENT**          Phone:

    (D) Stepmother:                   Phone:
       Address:
       Employer:                    Phone:

    (E) Social Informant: **8-B**                Phone:
                                     Dist:

    (F) Directions: **NEAR MORELAND AVE.**

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

EH-155937  TAYLOR, JOHNN. L                    Page 3 of 4

9. Number of Brothers: 01                          Number of Sisters: 02

| | NAME | ADDRESS | | AGE | PHONE |
|---|---|---|---|---|---|
| (A) | WALTER TAYLOR | | ,NC | 51 | |
| (B) | BARBARA HEFLIN | 1998 CAPRI | DECATUR,GA | 55 | 404-243-5834 |
| (C) | LISA TAYLOR | | ATLANTA,GA | 36 | 404-378-0974 |
| (D) | | | | | |
| (E) | | | | | |
| (F) | | | | | |
| (G) | | | | | |
| (H) | | | | | |
| (I) | | | | | |
| (J) | | | | | |

10. List present spouse or common law spouse:

NAME: Last, First Maiden          Date and Place of Marriage          Date of Separation

REBA GATLIN TAYLOR

Address: 2830 ROLLINGWOOD LN.     ATL,GA 30306          Phone: 404-243-6695

Employer: U.S.P.S. CROWN RD. ATL.                      Phone:

11. CHILDREN:

| | NAME | ADDRESS | AGE |
|---|---|---|---|
| (A) | JOHN TAYLOR  10 | | 17 |
| (B) | REJON TAYLOR  10 | | 14 |
| (C) | | | |
| (D) | | | |
| (E) | | | |
| (F) | | | |
| (G) | | | |
| (H) | | | |
| (I) | | | |
| (J) | | | |

12. Person to contact in case of emergency:

Name: SMITH, ADDIE          Relationship: PARENT          Phone: (404)627-6859

Address: 1393 CUSTER AVE.     ATLANTA,GA 30316          FULTON CO

13. Immediate relatives who are now serving, or have previously served, in prison and why:

(A)

(B)

(C)

14. Co-Defendants and Sentence Received:

(A)

(B)

(C)

(D)

(E)

(F)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

EH-155937   TAYLOR, JOHN… L        Page 4 of 4

15. PREVIOUS CONVICTIONS in all courts including all state, city, juvenile and other courts:

| Offense | County | Sentence | Date Sentence Began | Date of Release | Type of Release |
|---------|--------|----------|---------------------|-----------------|-----------------|
| | | PAROLE | 6-10-92 | | |
| | | REVOKED | 3-24-98 | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comments:

16. OFFENDER'S EXPLANATION OF CRIME:

PAROLE REVOCATION 3-24-98

"I ADMIT ALL MY PAROLE VIOLATIONS. I SIGNED A WAIVER."

"I WAS CONVICTED IN FEDERAL COURT OF BANK FRAUD AND POSSISSION OF A FIREARM BY A CONVICTED FELON. I GOT 100 MONTHS TO SERVE AND 5 YEARS SUPERVISED RELEASE TO RUN CONSECTIVE TO MY GEORGIA SENTENCE."

ADDITIONAL INFORMATION:

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

# Inmate Classification Profile

NAME: TAYLOR,JOHNNY L          NUMBER: EH-155937          DOB: 07/02/1954

I.     MEDICAL:
GRADE 1

II.    PUBLIC RISK:
CLOSE SECURITY.  INMATE CHARGED WITH PAROLE REVOCATION.  WAS PAROLED
IN 6/92 AFTER SERVING TIME FOR ARMED ROBBERY, AGGRAV ASSAULT AND ESCAPE.
PAROLE WAS REVOKED ON TECHNICALITIES AND COMMITTING OFFENSE OF THEFT
BY RSP, MOTOR VEHICLE, AND POSS OF F/A BY C/F IN DEKALB CO.  INMATE
STATES THIS IS A FEDERAL CHARGE.  HE HAS BEEN TO COURT AND RECEIVED
100 MOS SENTENCE AND A FINE.  THIS INFORMATION IS NOT IN FILE.  IT IS
CONSIDERED PENDING.  FILE SHOWS CONVICTIONS FOR ARMED ROBBERY AND
AGGRAV ASSAULT INDICATING ASSAULTIVE BEHAVIOR.  DENIES SEX OFFENSES.
INMATE ESCAPED FROM GSP IN 83.

III.   INSTITUTIONAL RISK:
THREE PREVIOUS INCARCERATIONS FOR 2 CHARGES OF ARMED ROBBERY AND POSS
OF BURGLARY TOOLS.  NO ENEMIES OR RELATIVES IN PRISON SYSTEM.  HAS 4
DRS IN FILE.  HAS 2 DRS FOR POSS OF ESCAPE DEVICE AND 1 DR FOR ESCAPE
FROM INSTITUTION.  DENIES ANY HOMOSEXUAL ACTIVITY.

IV.    TREATMENT:
NO TREATMENT CLAIMED.  NO SUICIDE ISSUES.

V.     EDUCATION:
8TH GRADE COMPLETED  CLAIMS TO HAVE GOTTEN A GED IN ALABAMA.
SCORES/CF IQ 109  R 9.5  M 6.5  SP 7.5

VI.    VOCATIONAL:
STATES IN PRISON HE STUDIED PLUMBING.  COMPLETED COURSE.  NO MILITARY
SERVICE.

VII.   WORK HABITS:
STATES HE HAS 18 MOS EXP AS A PLUMBER.  ALSO WORKED AS CASHIER.
CLAIMS VALID GA DRIVER'S LICENSE AT HOME.

VIII.  DRUGS & ALCOHOL:
DENIES USE.

IX.    SPECIAL CONSIDERATIONS:
REPORTS CORRESPONDENCE FROM MOTHER, SISTER, AND WIFE.  NO CRIMINAL
HISTORY AMONG IMMEDIATE FAMILY.  OPR INDICATES VERY HIGH POTENTIAL FOR
SUBSTANCE ABUSE.  INMATE DENIES THE USE OF DRUGS OR ALCOHOL.

X.     IMPRESSIONS & OBSERVATIONS:
INMATE WAS COOPERATIVE DURING INTERVIEW.  SEEMS TO BE FUNCTIONING ON
AN ABOVE AVERAGE LEVEL.  PLANS TO LIVE WITH HIS WIFE UPON RELEASE.

XI.    RECOMMENDATIONS:
1.  SECURITY CLOSE
2.  ASSIGNMENT - NO PREFERENCE.  NO MH NEEDS.
3.  WORK - GENERAL LABOR
4.  PROGRAMS - SELF HELP PROGRAMS.

CC070B
VER 1.0

Exhibit 3.15

## Inmate Classification Profile

NAME: TAYLOR,JOHNNY L          NUMBER: EH-155937          DOB: 07/02/1954

PERSON COMPLETING FORM:     RICHARD BRYSON/BF
DATE FORM COMPLETED:   10/05/1998

CLASSIFICATION COMMITTEE OR DIAGNOSTIC DIRECTOR:
CHARLENE WISE

CC0705

VER 1.0

Exhibit 3.15
Attachment 1(a)
SOP IIC02-0002
(01-April-95)

## GEORGIA DEPARTMENT OF CORRECTION
## INITIAL SECURITY CLASSIFICATION

Name : TAYLOR,JOHNNY L          Number : EH-155937          Date :  10/05/98

Institution : GA. DIAG. & CLASS. PRISON     Months Served :     1

Additional          ASSAULTIVE TENDENCY
Considerations :

| Section A | SECURITY LEVEL SCORING | | DIAG. C.O. |
|-----------|------------------------|---|------------|
| Type of Detainer or A B pending charges | 0 = None    3 = Moderate    7 = Greatest / 1 = Low/Low Moderate    5 = High | A | 03 |
| Severity of current offense | 0 = Lowest    3 = Moderate    7 = Greatest / 1 = Low Moderate    5 = High | | 01 |
| Projected Length MRD TPM of incarceration | 0 = 0-12 months   2 = 50-119 months  10 = Life / 1 = 13-49 months   5 = 120+ months | M | 10 |
| Type of Prior A B Committments | 0 = None    3 = Serious (High,Great) / 1 = Minor (Low,Low Mod.,Mod.) | A | 03 |
| History of Escapes A B Attempts | 0 = None  3 = Recent Minor  7 = Recent Serious / 1 = Past Minor   5 = Past Serious | A | 05 |
| History of A B Violence | 0 = None  3 = Recent Minor  7 = Recent Serious / 1 = Past Minor   5 = Past Serious | A | 05 |
| SECURITY POINT TOTAL (Total items 1 through 6) | | | 27 |
| SECURITY LEVEL       3 = 0-7 Minimum    5 = 17-28 Close / 4 = 8-16 Medium    6 = 29+ Maximum | | | 5 |

| Section B | EXCEPTIONAL CONSIDERATION(S) |
|-----------|------------------------------|

1. Maximum Security will be assigned to the inmate
   currently serving a death sentence.

Institution recommended security is : 05 - Close

**************************

FOR CENTRAL OFFICE USE ONLY
An exception to the recommended Security Level is made for the following
reasons:

In ____  Out ____  Reason : _____

Final Security Approved : _____

Date and Initials        : _____

Exhibit 3.15

INITIAL SECURITY CLASSIFICATION FORM

| 1.NAME Taylor, Johnny L | 2.NUMBER 173937 | 3.INSTITUTION G-DCP | 4.DATE 9/30/98 |
|---|---|---|---|
| 5.MONTHS SERVED | | 6.PERSON COMPLETING FORM | R. Brown |

7.ADDITIONAL CONSIDERATIONS
1.MEDICAL      3.HOMOSEXUAL TENDENCIES   (5)ASSAULTIVE TENDENCIES    7.NOTORIETY OF OFFENSE    9.JUVENILE
2.PSYCHIATRIC  4.SEX OFFENDERS           6.MULTIPLE ESCAPES         8.INSTITUTIONAL ADJUSTMENT

| SECTION A | | SECURITY LEVEL SCORING | | DIAG | C.O. |
|---|---|---|---|---|---|
| TYPE OF DETAINER OR (A)B PENDING CHARGES | 0=NONE  1=LOW MODERATE | (3)MODERATE  5=HIGH | 7=GREATEST | 3 | |
| SEVERITY OF CURRENT OFFENSE | 0=LOWEST  (1)LOW MODERATE | 3=MODERATE  5=HIGH | 7=GREATEST | 1 | |
| PROJECTED LENGTH (MOD) TPM OF INCARCERATION | 0= 0-12 MONTHS  1=13-49 MONTHS | 2=50-119 MONTHS  5=120+ MONTHS | (10)LIFE | 10 | |
| TYPE OF PRIOR (A)B COMMITMENTS | 0=NONE | 1=MINOR (LOW, LOW MOD, MED) | (3)SERIOUS (HIGH,GREAT) | 3 | |
| HISTORY OF (A)B ESCAPES/ATTEMPTS | 0=NONE  1=PAST MINOR | 3=RECENT MINOR  (5)PAST SERIOUS | 7=RECENT SERIOUS | 5 | |
| HISTORY OF (A)B VIOLENCE | 0=NONE  1=PAST MINOR | 3=RECENT MINOR  (5)PAST SERIOUS | 7=RECENT SERIOUS | 5 | |
| SECURITY POINT TOTAL (ADD ITEMS 1 THROUGH 6) | | | | 27 | |
| SECURITY | 3 = 0-7 MINIMUM  4 = 8-16 MEDIUM | (5) 17-28 CLOSE  6 = 29+ MAXIMUM | | 5 | |

| SECTION B | EXCEPTIONAL CONSIDERATIONS |
|---|---|

*MAXIMUM SECURITY WILL BE ASSIGNED TO INMATES CURRENTLY SERVING A DEATH SENTENCE.*

An exception to the Security Level Score is recommended by the diagnostic center due to the following reasons:

_____

_____

_____

_____

_____

_____

SECURITY LEVEL RECOMMENDED BY EXCEPTION:_____

FOR CENTRAL OFFICE USE ONLY:    IN_____ OUT_____ REASON_____

An exception to the recommended Security Level is made for the following reasons:_____

_____

_____

_____

FINAL SECURITY APPROVED:_____ DATE AND INITIALS:_____

DOC50-965 (REV. 03-95)

SEC965.SEC Rev. 12/97

Exhibit 3.15

Georgia Department of Corrections

Offender Profile Report
==============================================================(ver. 3.01)

TAYLOR        JOHNNY    L                        DOC #:     155937

        D.T.: 08/17/98         44 y.o.        Black              EDUC:   8

INMATE LOCATION:       Georgia Diagnostic and Classification Center

THIS COMPUTER GENERATED REPORT SHOULD BE VIEWED WITH CAUTION.  IT
MAY NOT ACCURATELY DESCRIBE THIS OFFENDER.  THESE STATEMENTS ARE BASED
ON THE BEHAVIORS AND HISTORIES OF PERSONS WITH SIMILAR TEST SCORES,
INTERVIEW RESPONSES, AND PERSONAL CHARACTERISTICS.  THE DIAGNOSTIC
AND TREATMENT SUGGESTIONS BELOW SHOULD BE CONSIDERED AS HYPOTHESES
WHICH SHOULD BE CONFIRMED OR RULED OUT FOLLOWING EXAMINATION BY THE
DIAGNOSTIC STAFF OR OTHER PERSONNEL.


POTENTIAL ADJUSTMENT ISSUES:
                Substance use disorders
                Antisocial Personality

POTENTIAL FOR SELF HARM:
        1  LOW:  The psychological profile does not provide any
        significant history or evidence suggesting a tendency toward
        self-injurious behavior.

POTENTIAL FOR VICTIMIZATION:
        1  LOW:   This offender's psychological profile does not provide
        any significant evidence suggesting a vulnerability to
        victimization.

VIOLENCE POTENTIAL:
        3  MODERATE:   This offender's psychological profile suggests
        some potential for violent behavior.  The situational
        determinants for this individual's violent behavior need to
        be identified.  Unless otherwise indicated, violence
        potential may not need to be considered as a special
        precaution in making institutional assignments.

POTENTIAL FOR SUBSTANCE ABUSE
        5  VERY HIGH:  The test and interview data are all highly
        indicative of a serious substance abuse problem.  Which
        substances this offender might abuse, as well as the pattern
        of abuse, need to be clarified.

INTELLIGENCE:
        IQ: -- 109
        As measured by the Culture Fair, this offender currently is
        functioning in the average range of intelligence.

Exhibit 3.15

155937  TAYLOR      JOHNNY  L

EDUCATIONAL/ACADEMIC ACHIEVEMENT:  Wide Range Achievement Test--Revised
        Total Reading ..................... 9.5
        Total Math ....................... 6.5
        Spelling ......................... 7.5

PSYCHOTROPIC MEDICATION:
        This offender denies any history of medically supervised use of
        drugs for psychiatric or emotional problems.

MANAGEMENT & TREATMENT CONSIDERATIONS:

A.   Requiring immediate attention:
     ...none...

B.   Special programming considerations:
        Educational programming leading to a G.E.D. needs to be
     considered for this offender.
        Appropriate substance abuse treatment programming needs
     to be considered for this offender.
        Appropriate ANGER management treatment programming needs
     to be considered for this offender.

ALCOHOL/DRUG HISTORY AND TREATMENT REQUEST

| Drugs Reported Used | Reported Regular Use | Reported Use Two Months Before Lockup |
|---|---|---|
| Cocaine | | not at all |
| Alcohol | | not at all |

Inmate reported alcohol or drug use caused the following problems
in the year prior to being locked up:

     None acknowledged

Inmate reported never having received treatment for alcohol or
drug abuse.

Inmate rated desire for drug treatment as not at all.

Inmate rated desire for alcohol treatment as not at all.

Exhibit 3.15

## State Board of Pardons and Paroles



### Atlanta, Georgia

### REVOCATION OF PAROLE

**REVOCATION ORDER:**

WHEREAS, JOHNNY L. TAYLOR / Serial Number EH-155937, was granted a PAROLE on the 10TH day of JUNE, 1992; and

WHEREAS, it has been shown to the satisfaction of the State Board of Pardons and Paroles of the State of Georgia that the above named subject has violated the conditions of HIS said PAROLE in the following particular(s):

CONDITION #1:   BY FAILING TO FOLLOW INSTRUCTIONS ISSUED TO HIM BY HIS PAROLE OFFICER OR OTHER EMPLOYEE OF THE STATE BOARD OF PARDONS AND PAROLES ON OR ABOUT 6-11-1992 REGARDING MONTHLY REPORTING.

CONDITION #2:   BY COMMITTING THE OFFENSES OF THEFT BY RECEIVING STOLEN PROPERTY (MOTOR VEHICLE) AND POSSESSION OF A FIREARM BY A CONVICTED FELON ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

CONDITION #2:   BY FAILING TO NOTIFY HIS PAROLE OFFICER OF HIS ARREST ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

SUBJECT IS BEING HELD IN DEKALB COUNTY JAIL.

NOW, THEREFORE by virtue of the authority vested in the State Board of Pardons and Paroles of the State of Georgia by section 42-9-51 of the Georgia Code Annotated and pursuant to the authority granted said Board by the constitution of the State of Georgia and the laws enacted pursuant thereto, it is hereby considered, ordered and adjudged that the PAROLE of the above named subject be and the same is hereby revoked effective this date and that HE be delivered to the State Department of Corrections of the State of Georgia and thence remanded to the State penitentiary system to serve the remainder of HIS said maximum sentence or sentences.

GIVEN UNDER THE HAND AND SEAL OF THE STATE BOARD OF PARDONS AND PAROLES, this 24TH day of MARCH, 1998.



ADMISSIONS RECEIVED

APR - 3 1998

FOR THE BOARD:

James R. Bralley
Division Director of Field Operations

JRB/c-dj

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRE**    **ONS**

#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334

# ASSIGNMENT/TRANSFER ORDER

04/03/98

TO: WARDEN
GA. DIAG. & CLASS. PRISON

1. This is authority to move the below named inmate as indicated. <u>Movement will be made within three working days of receipt of this order.</u>

2. Reason for movement:  PAROLE REVO          PAROLED: 06/10/92 REVOKED: 03/24/98

| NAME | NUMBER | MOVE FROM | MOVE TO |
|---|---|---|---|
| B/M TAYLOR,JOHNNY L | EH   155937 | DEKALB | GDCP JACKSON |
| AKA TAYLOR,JOHNNY | | | |
| TAYLOR,CHARLEY | | | |

3. Special Instructions:          BIRTH DATE 07/02/54.

_____ Fingerprint Requirement : Yes ____ No  X

—— COPY OF PAROLE REVOCATION ORDER ATTACHED

4. Security Classification:                    BY ORDER OF THE COMMISSIONER

DIAGNOSTIC   ( In/Out Status :     )     BY: _Kim Chagnon_____

## R E C E I P T

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____ <br> (date) | Received on _____ <br> (date) |
| _____ <br> (Transfer Officer) | _____ <br> (Receiving Officer) |
| Received at assigned institution on <br> _8 — 12 —98_ <br> (date) | **DISTRIBUTION** |
| _H. W. Small_ <br> (Receiving Officer) | 1. Record Copy — Return to Atlanta <br> 2. Gaining Institution <br> 3. Losing Institution <br> 4. Parole Board <br> 5. Suspense |

Version 1.0                                                                                27 877 (Rev. 5/78)
CC0800

Case 1:19-cv-00147-CLC-CHS   Document 3-15   Filed 05/15/19   Page 224 of 270
PageID #: 1194

Exhibit 3.15



**GEORGIA DEPAR~. ~NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 — East Tower
Atlanta, Georgia 30334

**INMATE FILE**

Date: 10/27/98

J. Wayne Garner
Commissioner

TO: BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
76 SPRING ST.S.W. RM.1669
ATLANTA, GA # 30303

*Fed. Number:*
*Fed. Name:*
   *TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L          EH-0000155937
GA. DIAG. & CLASS. PRISON   JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above
named inmate. By copy of this notification, the Warden/Superintendent,
having physical custody of the inmate, will be instructed to inform
the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised
approximately thirty (30) days in advance of this inmate's release
date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn
prior to the expiration of his penitentiary sentence, it is
requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JWG/cjb

**Note to Warden/Superintendent:**
*Subject cannot file for final
disposition on these charges
under the Agreement on Detainers.*

**NOTE:** *This Detainer supercedes
Detainer placed on 08/14/1998*
*Maximum Release Date:
88/88/8888*

*Tentative Parole Date:
88/88/8888*

cc: Warden/Inmate
    State Board of Pardons and Paroles
    Central Office File

**Equal Opportunity Employer**

Version 1.0

CC0624



Exhibit 3-15

**U.S. Department of Justice**
*United States Marshals Service*

# DETAINER
(USMM 622.04)

**UNITED STATES MARSHAL:**
ROBERT H. MCMICHAEL, II

**Date:** 09/16/98

NORTHERN ___ District __GEORGIA___

*SUBJECT:* TAYLOR, JOHN ___EH-155937___

⌐ TO:

GEORGIA DEPT. OF CORRECTIONS
ATTN: FRANCES YANCEY
FLOYD BLDG., 7TH FLOOR
2 MLK JR. DRIVE, S.E.
└ ATLANTA, GEORGIA 30334 ⌐

THIS DETAINER SUPERSEDES DETAINER
DATED 08/12/98.

| JUDGEMENT: | 100 MONTHS CONC. |
|---|---|
| CASE# | 1:98-CR-053 |
| DISTRICT: | N/GA |

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS—SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☐

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☐

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

RECEIVED
SEP 21 1998
RELEASE & AGREEMENT

| RECEIPT | |
|---|---|
| Date: | |
| Signed: | |
| Title: | |

Very truly yours,

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
404-730-9209

# DETAINER

Copy 1—Institution    PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED    FORM USM-16 (REV. 8/23/77)
FORMERLY LAA-121

Exhibit 3.15



**GEORGIA DEPAR~ ~ENT OF CORRECTIONS**
Floyd Veterans N. .orial Building
Room 756 − East Tower
Atlanta, Georgia 30334



J. Wayne Garner
*Commissioner*

Date: 09/03/98

TO: BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING STREET, RM.1669
ATLANTA, GA # 30303

*Fed. Number: 1:98-CR-053*
*Fed. Name:*
*TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L    EH-0000155937
GA. DIAG. & CLASS. PRISON   JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above
named inmate. By copy of this notification, the Warden/Superintendent,
having physical custody of the inmate, will be instructed to inform
the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised
approximately thirty (30) days in advance of this inmate's release
date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn
prior to the expiration of his penitentiary sentence, it is
requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JWG/cjb

*Maximum Release Date:*
*88/88/8888*

*Tentative Parole Date:*
*88/88/8888*

cc: Warden/Inmate
State Board of Pardons and Paroles
Central Office File

Equal Opportunity Employer

Version 1.0

CC0624

Exhibit 3.15

**U.S. Department of Justice**
**United States Marshals Service**

# DETAINER
(USMM 622.04)

Date: 08/12/98

UNITED STATES MARSHAL:
ROBERT H. MCMICHAEL, II

NORTHERN _District_ GEORGIA

SUBJECT: TAYLOR, JOHN  EH# 155937

DOB/070254 SSN: 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

┌
| TO:
|     GEORGIA DEPT. OF CORRECTIONS
|     ATTN:  FRANCES YANCEY
|     FLOYD BLDG., 7TH FLOOR
|     2 MLK JR. DRIVE, S.E.
└     ATLANTA, GEORGIA  30334

┐
| CHG: POSS W/INTENT TO DIST MARIJUANA;
|      FIREARMS
| DISTRICT:  N/GA
| CASE#      1:98-CR-053
┘

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS—SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☒

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☐

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

| RECEIPT |
| --- |
| Date: _____ |
| Signed: _____ |
| Title: _____ |

Very truly yours,

AUG 14 1998
RELEASE & AGREEMENT

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
    404-730-9209

# DETAINER

Copy 1—Institution    PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED    FORM USM-16 (REV. 8/23/77)
FORMERLY LAA-121

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937     Inmate Name: TAYLOR,JOHNNY L     Date: 08/12/1998
Page: 01

Current Status: ACTINM     DOB: ▓▓▓964     Race: BLACK     Sex: M
Social Sec No: 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     SID: 000382850     FBI #: 592993K8

## M O V E M E N T   H I S T O R Y

| INM CASE # | TYPE MOVE | REASON | LOCATION | INITIATED | COMPLETED |
|---|---|---|---|---|---|
| 155937 | INIT-ASG | PAR RV NEW. | GDCP | 04/03/98 | 08/12/98 |
| | READMIT | NEW SENT | DEKALB | 04/03/98 | |
| | RELEASE | PAROLE | GSP | 06/10/92 | 03/24/98 |
| | ESCAPE | UNKNOWN | GSP | 12/24/83 | 02/17/84 |
| | TRANSFER | ADMIN | GSP | 07/14/83 | 07/16/83 |
| | TRANSFER | ADMIN | COASTAL SP | 06/13/83 | 06/14/83 |
| | INIT-ASG | COURT CMMT | GDCP | 03/28/83 | 04/06/83 |
| | PREADMIT | COURT CMMT | DEKALB | 03/22/83 | |
| 105034 | RELEASE | SENTENCE EXPIRED | ATL. TC. | 08/10/80 | |
| | TRANSFER | REHAB | ATL. TC. | 03/26/80 | 03/27/80 |
| | TRANSFER | ADMIN | SMCI | 03/03/80 | 03/04/80 |
| | TRANSFER | ADMIN | CENTRAL SP | 07/07/78 | 07/08/78 |
| | TRANSFER | ADMIN | WALKER SP | 07/06/77 | 07/07/77 |
| | INIT-ASG | COURT CMMT | GDCP | 04/27/77 | 04/29/77 |
| | PREADMIT | COURT CMMT | CONV CNTY | 04/26/77 | |
| 16277 | RELEASE | SENTENCE EXPIRED | L.A.S.P. | 12/30/74 | |
| | INIT-ASG | COURT CMMT | L.A.S.P. | 10/11/73 | 10/12/73 |
| | PREADMIT | COURT CMMT | CONV CNTY | 10/10/73 | |

## C R I M I N A L   H I S T O R Y     GCIC CRIM HIST UPDATED: 01/09/94

| ARREST DATE | OFFENSE DESCRIPTION | DISPOSITION DESCRIPTION | DATE | ST |
|---|---|---|---|---|
| 06/19/85 | FLIGHT-ESCAPE | CONVICTED | | GA |
| 10/06/84 | BAD CHECKS | DEAD DOCKET | 11/02/84 | GA |

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS

### OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937    Inmate Name: TAYLOR,JOHNNY L    Date: 08/12/1998
                                                          Page: 02

Current Status: ACTINM    DOB: ▮▮▮▮1964  Race: BLACK    Sex: M
Social Sec No: 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  SID: 000382850  FBI #: 592993K8

| ARREST DATE | OFFENSE DESCRIPTION | DISPOSITION DESCRIPTION | DATE | ST |
|---|---|---|---|---|
| 12/07/81 | ARMED ROBBERY | CONVICTED | | GA |
| 12/07/81 | AGGRAVATED ASSAULT | CONVICTED | | GA |
| 12/07/81 | THEFT BY TAKING | DISMISSED | | GA |
| 07/25/75 | STATED CHARGE NOT CLEAR | NOT GUILTY | 11/04/75 | GA |
| 07/25/75 | LARCENY | CONVICTED | 11/04/75 | GA |
| 07/25/75 | LARCENY | CONVICTED | 11/04/75 | GA |
| 01/27/75 | ROBBERY | | | GA |
| 08/24/73 | ROBBERY | CONVICTED | | GA |
| 03/27/73 | PUBLIC PEACE | | | GA |
| 03/27/73 | SIMPLE ASSAULT | | | GA |
| 11/30/72 | FLIGHT-ESCAPE | | | GA |

### DISCIPLINARY HISTORY

| INM CASE NO | TRANS TYPE | INST NAME | REPORT DT | SEQ# | 1ST INFRAC |
|---|---|---|---|---|---|
| 155937 | STR TIME DISC | GSP | 12/09/1985 | 1 | CO7A |

OFFENSE: ARM.ROBBERY      TENT PAR DT: 88/88/8888  MAX REL DT: 88/88/8888
REPORT#:   0  INCIDENT:        0
TPM EXT DAYS:   0 ACTION DAYS:   0 ISOLATION DAYS:  14 SEGREG DAYS:   0
INFRACTION CODES:  POSSESSION-ESCAPE DEVICE
SANCTION CODES:
OFFICER-  SSN:           SEX:    RACE:
      TITLE:  **********  NAME:
CENTRAL OFFICE-      ACTION:        DATE: 12/09/1985

| 155937 | STR TIME DISC | GSP | 03/16/1984 | 1 | CO3 |
|---|---|---|---|---|---|

OFFENSE: ARM.ROBBERY      TENT PAR DT: 88/88/8888  MAX REL DT: 88/88/8888
REPORT#:   0  INCIDENT:        0
TPM EXT DAYS:   0 ACTION DAYS:   0 ISOLATION DAYS:   0 SEGREG DAYS:   0
INFRACTION CODES:  ESCAPE FROM INSTITUTION
SANCTION CODES:
OFFICER-  SSN:           SEX:    RACE:

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECT. . .IS**

**OFFENDER CRIMINAL BIOGRAPHY**

Inmate ID No: EH-155937     Inmate Name: TAYLOR,JOHNNY L     Date: 08/12/1998
                                                           Page: 03

Current Status: ACTINM     DOB: ▮▮▮▮1954   Race: BLACK     Sex: M
Social Sec No: 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     SID: 000382850     FBI #: 592993K8

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | TRANS TYPE | INST NAME | REPORT DT | SEQ# | 1ST INFRAC |
|---|---|---|---|---|---|

          . TITLE:    \*\*\*\*\*\*\*\*\*\*   NAME:
CENTRAL OFFICE-       ACTION:       DATE: 03/16/1984

---

       155937     ET TIME OUT     GSP            11/28/1983     1       CO7A

OFFENSE: ARM.ROBBERY     TENT PAR DT: 88/88/8888   MAX REL DT: 88/88/8888
REPORT#:    0   INCIDENT:        0
TPM EXT DAYS:    0 ACTION DAYS:    60 ISOLATION DAYS:    0 SEGREG DAYS:    0
INFRACTION CODES:   POSSESSION-ESCAPE DEVICE    POSSESSION-ANY DISGUISE
SANCTION CODES:
OFFICER-    SSN:            SEX:     RACE:
           TITLE:    \*\*\*\*\*\*\*\*\*\*   NAME:
CENTRAL OFFICE-       ACTION:       DATE: 11/28/1983

---

       105034     ET TIME OUT     CENTRAL SP     09/01/1978     1       C15

OFFENSE: POSS.OF TOOL     TENT PAR DT:        MAX REL DT: 07/28/1985
REPORT#:    0   INCIDENT:        0
TPM EXT DAYS:    0 ACTION DAYS:    30 ISOLATION DAYS:    7 SEGREG DAYS:    0
INFRACTION CODES:   FAIL TO FOLLOW INSTRUCT
SANCTION CODES:
OFFICER-    SSN:            SEX:     RACE:
           TITLE:    \*\*\*\*\*\*\*\*\*\*   NAME:
CENTRAL OFFICE-       ACTION:       DATE: 09/01/1978

---

E S C A P E S / R E C A P T U R E S     H I S T O R Y

LAST INST: GA. DIAG. & CLASS. PRISON TENT PAROLE; 88/88/8888   MAXREL: 88/88/8888
OFFENSE:    ARMED ROBBERY           CURR SECURITY: 7

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| ESC. DATE | INST | SEC | METHOD | APPREHEND | RECAPTURE | #DAYS |
|---|---|---|---|---|---|---|
| 12/24/83 | 517 GSP | 6 | UNKNOWN | | 02/17/84 | 55 |

APPREHEND CTY:       APPREHEND STATE:

---

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECT...NS

### OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937    Inmate Name: TAYLOR,JOHNNY L    Date: 08/12/1998
Page: 04

Current Status: ACTINM    DOB: 07/02/1954    Race: BLACK    Sex: M
Social Sec No: 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    SID: 000382850    FBI #: 592993K8

I D E N T I F I C A T I O N    C A S E    H I S T O R Y

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | CASE TYPE | CASE STATUS | STATUS DATE |
|---|---|---|---|
| 155937 | INMATE | ACTIVE | 98/08 |

```
NAME:TAYLOR,JOHNNY L          DOB: 07/02/1954    SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON            BIRTH-CNTRY: US    ST:  GA
BOOTCAMP-1ST CNSID:           CHNG:             STAT:DOES NOT MEET AGE REQUIRE
CURR/LAST-SECURITY:DIAGNOSTIC DATE:04/03/1998   INST:GA. DIAG. & CLASS. PRISON
CUSTODY- STATUS:              DATE:             CNTY:            STATE:
MAJOR OFFENSE:      ARMED ROBBERY              EARLIEST CURR SENT:12/07/1981
CONVICTION CNTY:    DEKALB         G B M I:  N  TOTAL SENTENCES:   03
PENDING RELEASE:    N    PROBATION FOLLOWS:  N  CURR SEX OFFENDER: N
ACTIVE DETAINER:    N    SPECIAL NOTICE:     N  TOTAL FINES:
                        GEORGIA WARRANT:    N
ADMISSION DATE:    08/12/1998                 LAST ESCAPE DATE:   12/24/1983
ADMISSION REASON:  PAR RV NEW                 RECAPTURE DATE:     02/17/1984
MAXIMUM REL DATE:  LIFE                       OLD TENT REL DATE:
PRISON REL DATE:                              TENT PAROLE DATE:   88/88/8888
RELEASE REASON:                               RELEASED FROM PAR:
```

| 105034 | INMATE | INACTIVE | 80/08 |
|---|---|---|---|

```
NAME:TAYLOR,JOHNNY           DOB: 07/02/1954    SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON           BIRTH-CNTRY: US    ST:  GA
BOOTCAMP-1ST CNSID:          CHNG:             STAT:PREADMIT BEFORE 04/15/91
CURR/LAST-SECURITY:MINIMUM   DATE:             INST:ATL. TRANSITIONAL CTR (M)
CUSTODY- STATUS:             DATE:             CNTY:            STATE:
MAJOR OFFENSE:      POSS BURGLAR TOOLS        EARLIEST CURR SENT:07/28/1975
CONVICTION CNTY:    FULTON         G B M I:  N  TOTAL SENTENCES:
PENDING RELEASE:    N    PROBATION FOLLOWS:  N  CURR SEX OFFENDER: N
ACTIVE DETAINER:    N    SPECIAL NOTICE:     N  TOTAL FINES:
                        GEORGIA WARRANT:    N
ADMISSION DATE:    04/29/1977                 LAST ESCAPE DATE:
ADMISSION REASON:  COURT CMMT                 RECAPTURE DATE:
MAXIMUM REL DATE:  07/28/1985                 OLD TENT REL DATE: 08/10/1980
PRISON REL DATE:   08/10/1980                 TENT PAROLE DATE:
RELEASE REASON:    SENTENCE EXPIRED           RELEASED FROM PAR:
```

| 16277 | INMATE | INACTIVE | 74/12 |
|---|---|---|---|

```
NAME:TAYLOR,JOHNNY           DOB: 07/02/1954    SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON           BIRTH-CNTRY: US    ST:  GA
BOOTCAMP-1ST CNSID:          CHNG:             STAT:PREADMIT BEFORE 04/15/91
CURR/LAST-SECURITY:CLOSE     DATE:             INST:ARRENDALE STATE PRISON
CUSTODY- STATUS:             DATE:             CNTY:            STATE:
MAJOR OFFENSE:      ARMED ROBBERY             EARLIEST CURR SENT:08/26/1973
CONVICTION CNTY:    FULTON         G B M I:  N  TOTAL SENTENCES:
PENDING RELEASE:    N    PROBATION FOLLOWS:  N  CURR SEX OFFENDER: N
```

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTI... S

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937     Inmate Name: TAYLOR,JOHNNY L          Date: 08/12/1998
                                                                  Page: 05

Current Status: ACTINM      DOB: ▮▮▮▮1954   Race: BLACK     Sex: M
Social Sec No: 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  SID: 000382850  FBI #: 592993K8

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | CASE TYPE | CASE STATUS | STATUS DATE |
|---|---|---|---|

ACTIVE DETAINER:   N     SPECIAL NOTICE:    N    TOTAL FINES:
                         GEORGIA WARRANT:   N
ADMISSION DATE:    10/12/1973                    LAST ESCAPE DATE:
ADMISSION REASON:  COURT CMMT                    RECAPTURE DATE:
MAXIMUM REL DATE:  08/26/1975                    OLD TENT REL DATE: 12/30/1974
PRISON REL DATE:   12/30/1974                    TENT PAROLE DATE:
RELEASE REASON:    SENTENCE EXPIRED              RELEASED FROM PAR:

------------------------------------------------------------------------

D E T A I N E R S  /  S P E C  N O T I C E S  /  W A R R A N T S  H I S T O R Y

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| TYPE | EFFECTIVE DATE | MAJOR OFFENSE | STATE/CNTY |
|---|---|---|---|
| S | | 1704 BAD CHECKS | CLAYT |

COURT CASE NUMBER:              PERSON'S NAME: CARBO,J
AGENCY NAME:                    TITLE: SOLICITOR
AUTHORITY ADDRESS:             CITY:  JONESBORO        STATE: GA
OUT OF STATE CNTY:             ZIP:                    COUNTY: 31
IMP. AUTH PHONE:               DET. AUTH PHONE:
REV/ACK DATE:                  CANCELLATION DATE: 04/08/1985

------------------------------------------------------------------------

Exhibit 3.15

```
OR1212                    GEORGIA DEPARTMENT OF CORRECTIONS              09/30/1998
                          DISPLAY INMATE CRIMINAL HISTORY          Page  1 of  2

   Action I   Name TAYLOR,JOHNNY L              Race 2     Sex M    DOB ████ 54
   SSN   259880182    SID 000382850    FBI 592993K8    Last GCIC Updt 09/30/98
   UNO      380941       Case Number      155937
*******************************************************************************
     Arrest                                 ----------------- DISPOSITION -----------------
     Date      Offense Description          Description             Date    St
  _  02/03/98  THEFT BY REC STOLEN PROP STOL OTHE                           GA
  _  02/03/98  POSSESSION OF FIREARM BY CONVICTED                           GA
  _  11/14/95  CARRYING CONCEALED WEAPON                                    GA
  _  06/19/85  FLIGHT-ESCAPE                CONVICTED                       GA
  _  10/06/84  BAD CHECKS                   DEAD DOCKET           11/02/84  GA
  _  12/07/81  THEFT BY TAKING              NOLLE PROSSED                   GA
  _  12/07/81  AGGRAVATED ASSAULT           CONVICTED                       GA
  _  12/07/81  ARMED ROBBERY                CONVICTED                       GA
  _  07/25/75  STATED CHARGE NOT CLEAR      NOT GUILTY            11/04/75  GA
  _  07/25/75  LARCENY                      CONVICTED             11/04/75  GA
     ***********-----XMIT-from-Line-Above-for-More-Detailed-Information----**********
   Next:SSN _____, SID _____ or Case Number _____ UNO _____
   Next Page # _____ ___ Initiate GCIC RAP Update ___ Return(=F9)  OTIS=F10
       ( F1=Next Pg     F2=Back 1 Pg     F3=First Pg     F4=Last Pg )
LAST GCIC UPDATE - SUCCESSFUL.
   OR1212                    GEORGIA DEPARTMENT OF CORRECTIONS              09/30/1998
                          DISPLAY INMATE CRIMINAL HISTORY          Page  2 of  2

   Action I   Name TAYLOR,JOHNNY L              Race 2     Sex M    DOB 07/02/54
   SSN   259880182    SID 000382850    FBI 592993K8    Last GCIC Updt 09/30/98
   UNO      380941       Case Number      155937
*******************************************************************************
     Arrest                                 ----------------- DISPOSITION -----------------
     Date      Offense Description          Description             Date    St
  _  07/25/75  LARCENY                      CONVICTED             11/04/75  GA
  _  01/27/75  ROBBERY                                                     GA
  _  08/24/73  ROBBERY                      CONVICTED                      GA
  _  03/27/73  SIMPLE ASSAULT                                             GA
  _  03/27/73  PUBLIC PEACE                                               GA
  _  11/30/72  FLIGHT-ESCAPE                                              GA
```

Exhibit 3.15



# Georgia Department of Corrections

## Booking Report

| Last Name: | First Name: | Middle Name: |
|---|---|---|
| **TAYLOR** | **JOHNNY** | **L** |

| BKG# | UNO# | Date Received: |
|---|---|---|
| EH155937 | 380941 | 08/12/1998 |

| Height: | Weight: | Eyes: | Hair: |
|---|---|---|---|
| 601 | 155 | BROWN | BLACK |

| Facial Hair: | Build: | Culture: | Race: |
|---|---|---|---|
| | | | BLACK |

| Citizenship: | Marital Status: | Year of Entry: |
|---|---|---|
| | | |

Additional Information:

Inmate Prefx HABIT O/F    EH        Inmate Number   155937    Person UNO      380941
Inmate Name   TAYLOR,JOHNNY L                       Birth    ████████1954 Race BLACK      Sex M
Institution   DEKALB COUNTY                         Offense  ARMED ROBBERY

Ht 6'01"  Wt 155   Eye Color BROWN    Hair Color BLACK     Skin Color BLACK
Birth State   GA    Birth Country UNITED STATES (USA)      1st Language
                    Citizenship                            2nd Language

Environment   S.M.S.A                                       Guardian    MOTHER ONLY
Soc/Ec Level  MINIMUM STD        Religion   BAPTIST         Educ Level  6TH GRADE

Employment    FULL TIME         Marital   MARRIED           Children    02
Military  NO MIL SERV Disch Type            Disch Date                Months Sv

Last Address: Street 1356 SARGENT                           County   FULTON
              City    ATLANTA          State GA   ZIP 30316
Next of Kin:  Name                                  Relationship
              Street                                County
              City                     State     ZIP             Ph

Nxt Case# _____  _  INQUIRY MENU  _ INMATE MENU  _ OTIS MENU

J1-27

Exhibit 3.15



*155937*

# TATOO'S/SCARS/AMPUTATIONS

INMATES NAME: TAylor Johny

**TATOO'S**

| | |
|---|---|
| L/ARM | L/LEG |
| R/ARM | R/LEG |
| BACK | STOMACH |
| CHEST | HEAD |

*N/V*

**SCAR'S**

| | |
|---|---|
| L/ARM | L/LEG |
| R/ARM | R/LEG |
| BACK | STOMACH |
| CHEST | HEAD |

*N/V*

**AMPUTATIONS**

Exhibit 3-15
Page 1 of 1

# DNA Database Submission Form

GBI Department of Forensic Sciences
P.O. Box 370808
Atlanta, GA 30037-3003
Attention: DNA Unit

| GBI-DOFS USE ONLY |
| --- |
| DOFS Case Number: _____ |
| Received by: _____ Date: _____ |
| Seal checked: _____ Documentation checked: _____ |

Offender Name (Last, First, Middle Initial): **Taylor, Johnny L**
Date of Birth: **07/02/1954**    Social Security Number: **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**
Sex: **M**    Racial Group: **BLACK**
GDC ID/GDC Case#: **380941/155937**    Offender Status: **Active Inmate**
Major Offense: **ARMED ROBBERY - FEL**

Agency Submitting Sample: **Georgia Department of Corrections**
Address:    **Floyd Veterans Memorial Building**
   **Room 952 - East Tower**
   **Atlanta, GA 30334-4900**

Contact Person:    **Health Services DNA Coordinator**    Phone: **404-656-6891**

Person Collecting Sample: **B. REEVES LPN**      Sample Collection Date: **01/24/2006**
Signature: _____

Subject Identified by: **SGT. K. FORT**      How Identified: **GDC ID CARD**
Signature: _____
Offender assigned to: **HANCOCK STATE PRISON**

Offender's Thumbprints



| Left Thumbprint | Right Thumbprint |
| --- | --- |

Case 1:19-cv-00147-CLC-CHS    Document 3-15    Filed 05/15/19    Page 238 of 270
PageID #: 1208

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny          INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 2/8/99 | Completed & Discuss NAPP with Inmate Taylor. No other concerns noted at this time. | |
| 3/8/99 | Contact with Inmate Taylor while on dorm. Expressed no concerns at this time. Inmate signed up for Level 5 Health Awareness Classes. | R_ |
| 4/13/99 | Talked with Inmate Taylor on dorm. No concerns noted at this time. Behavior & appearance positive. | R_ |

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 5/3/9a | Made contact on dorm with Johnny Taylor, who expressed no concerns at this time. Stated he was doing okay. Inmate continue to work assigned detail daily and appearance & behavior appropriate. | (Robbins) |
| 6/1/99 | Monthly contact with inmate Johnny Taylor on dorm. Expressed no concerns at this time. Stated he was doing okay. Encourage inmate to continue to improve his behavior and to attend detail daily. | Robbins |

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: _____ INMATE NUMBER _____

| DATE | INFORMATION | | STAFF SIGNATURES |
|------|-------------|---|------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DOC 50-042(7/76)

Exhibit 3.15

PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny     INMATE NUMBER: EH-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 12/15/98 | Received at Hancock State Prison - <br> TX From: GOCP <br> File review; Current Crime & Sentence: ESCAPE, Aggravated Assault, Armed Robbery; 57cc, 104, LIZ | J. Hill |
| | MRD: Life     TPM: N/A     SECURITY: Close-out <br> MEDICAL ASSESSMENT: 1P | |
| | EDUCATIONAL ASSESSMENT: WRAT: 9.5, LF: 109 <br> Compl Tech | |
| | SKILLS: Plumber | |
| | RECOMMENDATIONS: Sub. Abuse 101, Family Violence, Corrective Thinking, Victims IMPACT, Lifer's Group C | L. Philips |
| 12·16·98 | Orientation Held C | L. Philips |
| 12-22-98 | HANCOCK S.P. <br> CLASSIFICATION <br> ASSIGNMENT-TRANSFER-SECURITY CPO Walk/CPO <br> APPROVED-DISAPPROVED-DEFERRED | |
| 4/12/99 | HANCOCK S.P. <br> CLASSIFICATION BMS Level 3 <br> ASSIGNMENT-TRANSFER-SECURITY <br> APPROVED-DISAPPROVED-DEFERRED | |
| 10/8/99 | Contact with Inmate Johnny Taylor who expressed no concerns at this time. Encouraged inmate to become involved in Counseling groups and Education classes. Behavior and appearance positive. Give OMS schedule | Baker |

Exhibit 3.15



Exhibit 3.15

VB01-0006 (ATTACHMENT 1 page 2)
2/01/01

**VI. SUBSTANCE ABUSE:**

| | | | | |
|---|---|---|---|---|
| 1. [X] | Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [X] |
| 2. [ ] | Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [ ] |
| 3. [ ] | High Need | Substance dependency problem and no sobriety | High | [ ] |

Comments/Goals _No problems in past 12 months. Has not completed SA 101._

**VII. INTERPERSONAL SKILLS:**

| | | | | |
|---|---|---|---|---|
| 1. [X] | Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low | [X] |
| 2. [ ] | Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate | [ ] |
| 3. [ ] | High Need | Constant communication or personal-social deficits; major family issues; sex offender | High | [ ] |

Comments/ Goals _No major problems in this area._

**VIII. POST INCARCERATION:**

| | | | | |
|---|---|---|---|---|
| 1. [X] | Low Need | No issues, financial skills; community resources; has post release plans | Low | [X] |
| 2. [ ] | Moderate Need | Issues financial skills or community resources; post release plan inadequate | Moderate | [ ] |
| 3. [ ] | High Need | Issues with both financial skills and community resources; no useable post release plan | High | [ ] |

Comments/ Goals _No problems in this area._

**IX. CORE PROGRAMS**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | | | |
| Family Violence | | | |
| Victim Impact | | | |
| Corrective Thinking | | | |
| Confronting Self Concepts | | | |

**IX. RISK REDUCTIONS**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SOPP | | | |
| Pre-Release/ Vital Issues | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |
| Female Perpetrators of Family Violence | | | |
| Other: | | | |

Inmate Comments:_____

Date: _2-20-04_   Signature: _(signature)_

Counselor Comments _Recommend inmate complete all core programs._

Date: _2-20-04_   Signature: _(signature)_

**CLASSIFICATION APPROVAL**

Date: _2-24-04_   Signature: _(signature)_

Exhibit 3.15

VB01-0006
ATTACHMENT 1
2/01/01

# NEEDS ASSESSMENT/PROGRAM PLAN

Name: Taylor, Johnny   Number: 380941   Security: Med   Behavior: N/A

Counselor: Dean   Institution: Hancock S.P.   Institution Code: 541

Date of Plan: 2-11-04   PIC/TPM/MRD: Life   Initial: _____   Revision Date: 2-11-04

| RATING | NEED DIMENSION | PRIORITY |
|---|---|---|

**I. Institutional Adjustment:**

1. [M] Low Need — Less than two DR's; average to above; uses free & leisure time productively
2. [ ] Moderate Need — 2 to 4 DR's; average to below; does not participate in, or misuse free & leisure time
3. [ ] High Need — Over 4 DR's; below average; refuse to participation, or create problems in free time

Low [X]   Moderate [ ]   High [ ]

Comments/ Goals: No DR's in the past 12 months.

**II. Academic Education:**

1. [M] Low Need — No educational need; WRAT/TABE of 8 or higher; has diploma or GED
2. [ ] Moderate Need — WRAT/TABE between 5.0 and 7.9; may or may not have diploma/ GED
3. [ ] High Need — WRAT/TABE below 5.0; non- English speaking; special education history

Low [X]   Moderate [ ]   High [ ]

Comments/ Goals: Completed Technical School with a R-score of 9.5.

**III. Employability:**

1. [M] Low Need — Work history; job skills; adequate finances & education
2. [ ] Moderate Need — Unstable work history; limited job skills; marginal finances & education
3. [ ] High Need — No work history; no job skills; unstable finances; limited education

Low [X]   Moderate [ ]   High [ ]

Comments/ Goals: Inmate worked as cashier, also 18 months experience as plumber.

**IV. Physical Health:**

1. [M] Low Need — No issues/problems with current medical profile
2. [ ] Moderate Need — Frequent issues/problem with current medical
3. [ ] High Need — Constant issues/problems with current medical profile

Low [X]   Moderate [ ]   High [ ]

Current Medical Profile ( General Condition ) LP no restrictions.

Comments/Goals: Recommend enroll in Health Education.

**V. Psychological Mental Health/ Mental Retardation**

1. [X] Low Need — No indication of Mental Health need
2. [ ] Moderate Need — Monitored by QP counselor, Mild MR
3. [ ] High Need — Monitored by MH/MR   IS

Low [X]   Moderate [ ]   High [ ]

Current Medical Profile (Psychiatric Condition) IS

Comments/ Goals: No MH/MR needs.

ENT'D FEB 2 6 2004

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

**VI.** **SUBSTANCE ABUSE:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [ ] | Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [ ] |
| 2. | [X] | Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [X] |
| 3. | [ ] | High Need | Substance dependency problem and no sobriety | High | [ ] |

Comments/Goals: _Recommend SA101._

**VII.** **POST INCARCERATION:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [ ] | Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low | [ ] |
| 2 | [X] | Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate | [X] |
| 3 | [X] | High Need | Constant communication or personal- social deficits; major family issues; sex offender | High | [X] |

Comments/Goals: _____

**VIII. CORE PROGRAMS:**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | | | |
| Family Violence I | | | |
| Family Violence II | | | |
| Victim Impact | | | |
| Pre-Release/Vital Issues | | | |
| Confronting Self Concepts | | | |

**IX. RISK REDUCTION**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SOPP | | | |
| Corrective Thinking | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |
| Other: _____ | | | |

Inmate Comments: _____

Date: 2-11-99          Inmate Signature: _____

Counselor Comments _____

Date: 2-9-99          Signature: _____

**CLASSIFICATION APPROVAL**

Date: 2/12/99          Signature: _____

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

## NEEDS ASSESSMENT/PROGRAM PLAN

Name _Johnny Taylor_ Number _155937_ Security _Close_ Behavior _3_

Counselor _Robbins_ Institution _Hancock_ Institution Code _541_

Date of Plan _4/8/99_ PIC/TPM/MRD _Life_ Initial _✓_　　　　REVISION DATE

| RATING | NEED DIMENSION | | |
|---|---|---|---|

**I. Institutional Adjustment:**

| 1. | ☒ Low Need | Less than two DR's; average to above; uses free & leisure time productively | Low | ☒ |
| 2. | [ ] Moderate Need | 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time | Moderate | [ ] |
| 3. | [ ] High Need | Over 4 DR's; below average; Refuse to participation, or create problems in free time | High | [ ] |

Comments/Goals _____

**II. Academic Education:**

| 1. | ☒ Low Need | No educational need, WRAT/TABE of 8 or higher, has diploma or GED | Low | ☒ |
| 2. | [ ] Moderate Need | WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED | Moderate | [ ] |
| 3. | [ ] High Need | WRAT/TABE below 5.0; non english speaking; special education history | High | [ ] |

Comments/Goals: _Complete Tech School (Plumbing, Auto, Painting)_

**III. Employability:**

| 1. | ☒ Low Need | Stable work history; job skills; adequate finances & education | Low | ☒ |
| 2. | [ ] Moderate Need | Unstable work history; limited job skills; marginal finances & education | Moderate | [ ] |
| 3. | [ ] High Need | No work history; no job skills; unstable finances; limited education | High | [ ] |

Comments/Goals _____

**IV. PHYSICAL HEALTH:**

| 1. | ☒ Low Need | No issues/problems with current medical profile | Low | ☒ |
| 2. | [ ] Moderate Need | Frequent issues/problems with current medical | Moderate | [ ] |
| 3. | [ ] High Need | Constant issues/problems with current medical profile | High | [ ] |

Current Medical Profile (General Condition) _____

Comments/Goals _____

**V. PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:**

| 1. | ☒ Low Need | No indication of Mental Health need | Low | ☒ |
| 2. | [ ] Moderate Need | Monitored by OP counselor; Mild MR | Moderate | [ ] |
| 3. | [ ] High Need | Monitored by MH/MR | High | [ ] |

Current Medical Profile (Psychiatric Condition) _____

Comments/Goals _____

Exhibit 3.15

*CP*

VB01-0006
ATTACHMENT 1
12/01/98

## NEEDS ASSESSMENT/PROGRAM PLAN

Name __Johnny Taylor__ Number __155937__ Security __Close__ Behavior __3__

Counselor __Morris__ Institution __Hancock__ Institution Code __541__

Date of Plan __3-23-00__ PIC/TPI __Life__ Initial _____     REVISION DATE

---

**RATING**   **NEED DIMENSION**

**I.   Institutional Adjustment:**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | Less than two DR's; average to above; uses free & leisure time productively | Low [✓] |
| 2. | [ ] Moderate Need | 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time | Moderate [ ] |
| 3. | [ ] High Need | Over 4 DR's; below average; Refuse to participation, or create problems in free time | High [ ] |

Comments/Goals __No D.R.__

**II.   Academic Education:**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | No educational need, WRAT/TABE of 8 or higher, has diploma or GED | Low [✓] |
| 2. | [ ] Moderate Need | WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED | Moderate [ ] |
| 3. | [ ] High Need | WRAT/TABE below 5.0; non-english speaking; special education history | High [ ] |

Comments/Goals: __Completed Tech__

**III.   Employability:**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | Stable work history; job skills; adequate finances & education | Low [✓] |
| 2. | [ ] Moderate Need | Unstable work history; limited job skills; marginal finances & education | Moderate [ ] |
| 3. | [ ] High Need | No work history; no job skills; unstable finances; limited education | High [ ] |

Comments/Goals __Plumber__

**IV.   PHYSICAL HEALTH:**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | No issues/problems with current medical profile | Low [✓] |
| 2. | [ ] Moderate Need | Frequent issues/problems with current medical | Moderate [ ] |
| 3. | [ ] High Need | Constant issues/problems with current medical profile | High [ ] |

Current Medical Profile (General Condition) __R-1__

Comments/Goals _____

**V.   PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | No indication of Mental Health need | Low [✓] |
| 2. | [ ] Moderate Need | Monitored by GP counselor; Mild MR | Moderate [ ] |
| 3. | [ ] High Need | Monitored by MH/MR | High [ ] |

Current Medical Profile (Psychiatric Condition) _____

Comments/Goals _____

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

## VI. SUBSTANCE ABUSE:

| | | | | |
|---|---|---|---|---|
| 1. | [ ] Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [ ] |
| 2. | [ ] Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [ ] |
| 3. | [ ] High Need | Substance dependency problem and no sobriety | High | [ ] |

Comments/Goals _____

_____

_____

## VII. POST INCARCERATION:

| | | | | |
|---|---|---|---|---|
| 1. | [ ] Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low | [ ] |
| 2 | [ ] Moderate Need | Frequent communication deficits or personal-social skill deficit; some family issues | Moderate | [ ] |
| 3 | [ ] High Need | Constant communication or personal-social deficits; major family issues; sex offender | High | [ ] |

Comments/Goals: _____

_____

_____

## VIII. CORE PROGRAMS:

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | | | |
| Family Violence I | | | |
| Family Violence II | | | |
| Victim Impact | | | |
| Pre-Release/Vital Issues | | | |
| Confronting Self Concepts | | | |

## IX. RISK REDUCTION

| | | | |
|---|---|---|---|
| SOPP | | | |
| Corrective Thinking | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |
| Other: Health Awareness | 9/99 | | |

Inmate Comments: _____

Date: 2/28/00   Inmate Signature: _____

Counselor Comments: Recommend complete CORE Program

Date: 2.28.00   Signature: _____

CLASSIFICATION APPROVAL

Date: 2-28-00   Signature: Emory W. _____

Exhibit 3.15

ATTACHMENT
12/01/98

## ASSESSMENT/PROGRAM PLAN

Name: Johnny Taylor  Num: 155937  Security: Close  Behavior: 3

Morris  Inmate: Hescoct  Institution Code: 541

2-23-00  Life  Initial: _____  REVISION DATE

RATING  REVISION

**I.  Institutional Adjustment:**

| | | | | |
|---|---|---|---|---|
| 1. | [ ] Low Need | | average to above; uses free & leisure time productively | Low  IT |
| 2. | [ ] Moderate Need | | below; doesn't participate in, or misuse free & leisure time | Moderate [ ] |
| 3. | [ ] High Need | | average; Refuse to participation, or create problems in free time | High  [ ] |

Comments/Goals: No D.R.

**II.  Academic Education:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | | ABT/TABE of 8 or higher, has diploma or GED | Low  H |
| 2. | [ ] Moderate Need | | and 7.9, may or may not have diploma/GED | Moderate [ ] |
| 3. | [ ] High Need | | non-english speaking; special education history | High  [ ] |

Comments/Goals: Completed Tech

**III.  Employability:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | | good job skills; adequate finances & education | Low  iL |
| 2. | [ ] Moderate Need | | limited job skills; marginal finances & education | Moderate [ ] |
| 3. | [ ] High Need | | skills; unstable finances; limited education | High  [ ] |

Comments/Goals: Plumber

**IV.  PHYSICAL HEALTH:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | | with current medical profile | Low  H |
| 2. | [ ] Moderate Need | | with current medical | Moderate [ ] |
| 3. | [ ] High Need | | with current medical profile | High  [ ] |

Current Medical Profile: P-1

Comments/Goals: _____

**V.  PSYCHOLOGICAL HEALTH AND/OR MENTAL RETARDATION:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | | Health need | Low  H |
| 2. | [ ] Moderate Need | | Mild MR | Moderate [ ] |
| 3. | [ ] High Need | | | High  [ ] |

Current Medical Profile (Psych): _____

Comments/Goals: _____

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

**VI.  SUBSTANCE ABUSE:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [✓] |
| 2. | [ ] Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [ ] |
| 3. | [ ] High Need | Substance dependency problem and no sobriety | High | [ ] |

Comments/Goals_____

_____

_____

**VII.  POST INCARCERATION:**

| | | | | |
|---|---|---|---|---|
| 1. | [ ] Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low | [ ] |
| 2 | [ ] Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate | [ ] |
| 3 | [ ] High Need | Constant communication or personal-social deficits; major family issues; sex offender | High | [ ] |

Comments/Goals:_____

_____

_____

| **VIII.  CORE PROGRAMS:** | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | ____ | ____ | ____ |
| Family Violence I | ____ | ____ | ____ |
| Family Violence II | ____ | ____ | ____ |
| Victim Impact | ____ | ____ | ____ |
| Pre-Release/Vital Issues | ____ | ____ | ____ |
| Confronting Self Concepts | ____ | ____ | ____ |
| **IX.  RISK REDUCTION** | | | |
| SOPP | ____ | ____ | ____ |
| Corrective Thinking | ____ | ____ | ____ |
| Parenting | ____ | ____ | ____ |
| Violence and Substance Abuse | ____ | ____ | ____ |
| RSAT | ____ | ____ | ____ |
| PSAP | ____ | ____ | ____ |
| SIP I | ____ | ____ | ____ |
| SIP II | ____ | ____ | ____ |
| Other: _Health Awareness_ | 9/99 | ____ | ____ |

Inmate Comments:_____

Date: _2/28/00_     Inmate Signature _[signature]_

Counselor Comments _Recommend Complete CORE Program_

_____

Date: _2-28-00_     Signature: _[signature]_

**CLASSIFICATION APPROVAL**

Date: _2-28-00_     Signature _Emory W. Ause_

## NEEDS ASSESSMENT/PROGRAM PLAN

Name Taylor Johnny Number EF-155937 Security Close Behavior 3

Counselor Morris Institution Hancock Institution Code 541

Date of Plan 2/14/01 PIC/TPN/MRD Life Initial

REVISION DATE

2/6/02

2/26/03

| RATING | NEED DIMENSION | |
|---|---|---|

**I. Institutional Adjustment:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | Less than two DR's; average to above; uses free & leisure time productively | Low | [✓] |
| 2. | [] | Moderate Need | 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time | Moderate | [] |
| 3. | [] | High Need | Over 4 DR's; below average; Refuse to participation, or create problems in free time | High | [] |

Comments/Goals Inmate hasn't received an DR in past twelve months, Inmate is still showing positive behavior and his still D.R. free.

**II. Academic Education:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | No educational need, WRAT/TABE of 8 or higher, has diploma or GED | Low | [✓] |
| 2. | [] | Moderate Need | WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED | Moderate | [] |
| 3. | [] | High Need | WRAT/TABE below 5.0; non-english speaking; special education history | High | [] |

Comments/Goals Inmate scored on 9.5 on WRAT Inmate Completed Tech school

**III. Employability:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | Stable work history; job skills; adequate finances & education | Low | [✓] |
| 2. | [] | Moderate Need | Unstable work history; limited job skills; marginal finances & education | Moderate | [] |
| 3. | [] | High Need | No work history; no job skills; unstable finances; limited education | High | [] |

Comments/Goals Inmate claimed he worked as a plumber

**IV. PHYSICAL HEALTH:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | No issues/problems with current medical profile | Low | [✓] |
| 2. | [] | Moderate Need | Frequent issues/problems with current medical | Moderate | [] |
| 3. | [] | High Need | Constant issues/problems with current medical profile | High | [] |

Current Medical Profile (General Condition)

Comments/Goals Inmate has no medical problems

**V. PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | No indication of Mental Health need | Low | [✓] |
| 2. | [] | Moderate Need | Monitored by OP counselor; Mild MR | Moderate | [] |
| 3. | [] | High Need | Monitored by MH/MR | High | [] |

Current Medical Profile (Psychiatric Condition)

Comments/Goals No mental health

**VI. SUBSTANCE ABUSE:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | [✓] | Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [✓] |
| 2. | [] | Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [] |
| 3. | [] | High Need | Substance dependency problem and no sobriety | High | [] |

Comments/Goals Inmate will be enrolled in substance abuse 101

Exhibit 3.15

VB01-0006
ATTACHMENT 1
9/01/99

VII. **INTERPERSONAL SKILLS:**

| | | | |
|---|---|---|---|
| 1. | [ ] Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low [✓] |
| 2 | [ ] Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate [ ] |
| 3 | [ ] High Need | Constant communication or personal- social deficits; major family issues; sex offender | High [ ] |

Comments/Goals: _Inmate gets along with staff and other_
_inmates_

VIII. **POST INCARCERATIONS**

| | | | |
|---|---|---|---|
| 1. | [✓] Low Need | No issues financial skills/community resources: has post release plan | Low [✓] |
| 2 | [ ] Moderate Need | issues financial skills or community resources: post release plan inadequate | Moderate [ ] |
| 3 | [ ] High Need | Issues with both financial skills and community resources: no useable post release plan | High [ ] |

Comments/Goals: _Inmate is serving Life._

| IX. CORE PROGRAMS: | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | | | |
| Family Violence I | | | |
| Family Violence II | | | |
| Victim Impact | | | |
| Pre-Release/Vital Issues | | | |
| Confronting Self Concepts | | | |
| **X. RISK REDUCTION** | | | |
| SOPP | | | |
| Corrective Thinking | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |
| Other: _Health Awareness_ | 9/99 | | |

Inmate Comments:

_2-26-03_

Date: _2.15.01_ _2-11-02_    Inmate Signature

Counselor Comments _Recommend he complete CORE program_

_2-26-03_
Date: _2/15/01  3/11/02_    Signature: _K. M___

**CLASSIFICATION APPROVAL**

Date: _2-16-01_    Signature _Ronald Minchew_

_2-11-02_    _4-5-02_    _Emory W. Sue_
_2-28-03_    _Charles Phelps_

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor    INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 12/5/01 | D. Contact with inmate Johnny Taylor while on the dorm, inmate states that everything is alright, because he know that he's a more time to serve. Inmate states that he stays in his room, but that he do come out to work on his detail. A. Inmate is serving on life sentence and his alright about it. Inmate doesn't do any talking at all. P. Inmate is encouraged to serve his time the best he know how. Encouraged him to continue with his positive behavior. | *(signature)* |
| 1/10/02 | Contact with inmate Johnny Taylor while on the dorm, inmate was given his OMS schedule for this cycle. Inmate is still showing some positive behavior. | *(signature)* |
| 2/6/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that he has more time to serve once he's release. Inmate don't want to participate with the CORE groups. A. Inmate feels that he has to much time to sit in a class. Completed NAPP P. Inmate is showing positive behavior and attitude. He's still D.R. free and he will be encouraged to participate with the CORE groups. | *(signature)* |

DOC 60-042(7/7)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

NMATE NAME: Johnny Taylor     INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 10/4/01 | D. Contact with inmate Taylor while on the dorm, inmate states that he has no concern at this time. Inmate stated that he did talk to his son and that everything was okay. A. Inmate feels that he has to much time to participate in groups and that he wants to be dropped from wellness walk. P. Inmate is displaying positive behavior and attitude. Inmate appearance was appropriate | Keith Morris |
| 10-9-01 | Initial Classification / Reclassification  Detail Assignment... Dorm Assignment... Program Assignment... ... Close Transfer Request... | Emory W. Sue |
| 11/4/01 | D. Contact with inmate Taylor while on the dorm, inmate states that he works all day on his work detail. Inmate hasn't received any detail during the past twelve month. A. Inmate is staying out of trouble, but has not participate in groups, due to his life sentence. P. Inmate is encouraged that just because he has a life sentence doesn't mean he can't do any groups. | Keith Morris |

DOC 50-042(7)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor      INMATE NUMBER EH-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| | P. Encouraged him to continue with his positive behavior, also stated to him that he don't have to wait until there's a problem to talk to Counselor. | Keith Mone |
| 7/16/01 | Contact with Johnny Taylor while on the dorm inmate asked was he dropped from wellness walk. Inmate's son called to talk to his father since he hadn't talked to him for a long time. Inmate is encouraged to continue with his positive behavior and attitude. | Keith Mone |
| 7-18-01 | HANCOCK S.P. Initial Classification / Reclassification Detail Assignment: CBD / WORK / CBD Dorm Assignment: Program Assignment: Security Level: Transfer Request: | Jeroy B... |
| 8/22/01 | Contact with inmate Taylor while on the dorm, inmate was suppose to be dropped from wellness walk, Inmate Taylor has very little to talk about at the dorm or at the office. Inmate stated that this is the way he do his time. Inmate is encouraged to participate more in CORE groups. | Keith Mone |
| 9/11/01 | Contact with inmate Johnny Taylor while on dorm, inmate has a good behavior record. Inmate is working as cell block orderly every day. Inmate still doesnt want to participate with CORE groups. Inmate states that he has to much time to think about groups. | Keith Mone |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor     INMATE NUMBER EF-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 2/14/01 | Contact with Johnny Taylor while on the dorm, to talk to him about his NAPP and what he needs to do. Encouraged him to continue with his positive behavior and attitude. Inmate Taylor doesn't have much to talk to the counselor about. I did tell him that he needs to complete the CORE classes ——— | Mims |
| 3/25/01 | Contact with Johnny Taylor while on the dorm. No major concern, inmate didn't return his application for social security card or birth certificate so a waiver was placed in his file. ——— | Keith Mims |
| 4/17/01 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate was given his new OMS. ——— | Keith Mims |
| 5/18/01 | Contact with Johnny Taylor while on the dorm, inmate's appearance and attitude was appropriate at this time. Inmate stated that he want to be dropped from wellness walk. Inmate hasn't received an D.R. in past twelve months, he's encouraged to continue with positive behavior — | Keith Mims |
| 6/6/01 | File Review. | Charles Philips |
| 6/18/01 | D. Contact with Johnny Taylor while on the dorm, inmate wants to be dropped from wellness walk. Inmate doesn't cause any problems and hasn't received an D.R. in past twelve months. Inmate works everyday as a dorm orderly preparing the dorm for inspection. Inmate stated that he has more time to serve once he's release from the state prison. An Inmate has a good behavior record in prison. Inmate didn't have alot to talk about, did stated that he doesn't talk to the counselor unless he has a problem. | |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor Johnny     INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 8-18-00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Encouraged him to continue his positive behavior and attitude | *(signature)* |
| 9/__/__ | Contact with Johnny Taylor while on the dorm no major concern at this time. | *(signature)* |
| 10-3-60 | HANCOCK S.P. Initial Classification / Reclassification  Detail Assignment:_____ Dorm Assignment:_____ Program Assignment:_____ Security Level: Close Transfer Request:_____ | *(signature)* |
| 10-3-60 | F/e Review | OPhilya |
| __/__/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Encouraged him to continue his positive behavior and attitude | *(signature)* |
| 11/7/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate will receive his second application for Birth Certificate and Social Security card to fill out. | *(signature)* |
| 12/6/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate hasn't receive D.R. in past twelve months, expressed to him the importance of having positive behavior. | *(signature)* |
| 1/29/01 | Contact with Johnny Taylor while on the dorm, and informed him about the no smoking in the dorm file. Inmate Taylor's sister Lisa wanted to come to visit him, everybody stated that it was okay. Checked I.D. card everything looks okay. Inmate Taylor is currently on dorm orderly, and states that he likes his detail. | *(signature)* |

DOC 60-042(7/76)

Exhibit 3.15

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor      INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 10/8/99 | Contact with Inmate Johnny Taylor. Expressed no concerns at this time. Inmate given new OMS schedule. Behavior and appearance positive. Encouraged to continue. | (signature) |
| 1.11.00 | New to caseload: Monthly contact with Johnny Taylor no major concern at this time inmate was given a OMS. Expressed to him to continue a positive behavior and to keep up with following all rules and appearance was good. | M.S |
| 2.2.00 | Contact with Johnny Taylor no major concern at this time. Inmate wanted to change a number on his phone list | M.S |
| 3.6.00 | Contact with Taylor Johnny no major concern at this time. Encouraged him to sign up for classes in CORE program. Expressed to him to continue a positive behavior and attitude. His appearance was okay | M.S |
| 4.10.00 | Contact with Johnny Taylor no major concern at this time Inmate was given OMS and census form was completed | M.S |
| 5.11.00 | Contact with Taylor Johnny no major concern at this time | M.S |
| 6.15.00 | Contact with Johnny while in the dorm no major concern at this time. Encouraged him to continue positive behavior and attitude | M. |
| 7.21.00 | Inmate has been started in Job Development Package for Taylor, and will receive an birth certificate and SSI card application to be completed | M. |

DOC 60 042(7/76)

Exhibit 3.15

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: Taylor, Johnny      INMATE NUMBER: 155-937

| INFORMATION | STAFF SIGNATURES |
|---|---|
| 7/1/99 Made contact on dorm with J. Taylor, w/o expressed no concerns at this time. Stated he was doing okay. Inmate continue to work assigned detail daily and appearance & behavior appropriate. | (Robbins) |
| 8/2/99 Monthly contact with Inmate Johnny Taylor. Expressed no concerns at this time. Stated he was okay. Encouraged him to continue positive behavior. Attitude & appearance positive. | (Robb) |
| 9/2/99 Contact with Inmate Johnny Taylor who request & rec'd a copy of this form. Expressed no other concerns at this time. Encouraged inmate to continue positive behavior. | (Robb) |
| 10/5/99 Completed & discuss paperwork for Security review. No concerns noted. _____ + appearance positive. | (Robb) |

HANCOCK STATE PRISON
RECLASSIFICATION

DETAIL CHANGE: _____
PROGRAM CHANGE: _____
DORM CHANGE: _____
TRANSFER: _____
SECURITY LEVEL: _____ TO Close
LAST REVIEW: _____
BEHAVIOR LEVEL: _____ TO 3
NEXT REVIEW: _____
NAPP REVIEW: _____

_____ W. ___     10-19-99
CHAIRPERSON SIGNATURE      DATE

DOC 50-042(7/76)

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: _____ INMATE NUMBER: _____

| DATE | | INFORMATION | | STAFF SIGNATURES |
|------|--|-------------|--|------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DOC 50-042(7/78

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor          INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 3/21/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that staying in his room and staying to himself is the way he do his time. A. Inmate states that he has a lot of time to do in Georgia and other states. P. Encouraged him to have positive behavior and attitude, inmate is showing positive behavior by staying D.R. free. Inmate Johnny Taylor isnt a sex offender and his visitation will be in compliance with SOP. — Keith Morris | |
| 4/3/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that He's not going to take any CORE groups. A. Inmate has alot of time to do, he has a life sentenced, and he has more time once he finished this current time. P. Inmate is encouraged to participate with the CORE groups and to continue with his current behavior. — Keith Morris | |
| 4/23/02 | D. Contact with inmate Taylor while on the dorm, inmate stated that he didn't want to participate in wellness walk anymore. A. Inmate feels that his been on this detail long enough and he don't want to go anymore. P. Encouraged him to participate in wellness walk if that's what's on his Oms. — Keith Morris | |

DOC 60-042(7/78)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor     INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 6/24/02 | D. Contact with inmate Taylor while on the dorm, inmate states that the less he talk to people than the better he do his time. Inmate is showing positive behavior and attitude at this time. A. Inmate states that he has a lot of time to do in prison, but he's not worry about it. P. Encouraged him to continue following all rules and maintain having positive attitude. — Keith Morris | |
| 6-27-02 | F/C Review | Philip |
| 7/24/02 | D. Contact with inmate Taylor while on the dorm, inmate was given his OMS schedule for this cycle. Inmate asked could he work in the inmate store as a work detail. A. Inmate feels that a change in work detail will help him do his time. P. Encouraged him to have positive behavior and attitude. — Keith Morris | |
| 9/14/02 | (D) Contact with inmate Taylor during this month session, inmate stated that, since he wasn't assigned to work in the inmate store that he would like to keep his cell block orderly job. (A) Inmate seem to think that he don't need to continue walking at wellness walk. (P) Inmate is encouraged to continue with his positive behavior. — Keith Morris | |
| 7-3-02 | Hancock State Prison Initial Classification/Reclassification  Detail Assignment: _____  Dorm Assignment: _____  Program Assignment: _____  Security Level: _____  Transfer Request: _____ | Emmy Ann |

DOC 50-042(7/76)

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: Johnny Taylor    INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 9/23/02 | (D) Contact with inmate Taylor during this month session, inmate stated that he wanted to be dropped from wellness walk. (A) Inmate feels that he's been on wellness walk detail long enough. (P) Inmate was put in to be dropped from the detail, but it was denied. | Keith Myers |
| 10/11/02 | (D) Inmate Taylor is new to I-1 caseload. Inmate Taylor is currently serving a life sentence (for escape) aggravated assault and armed robbery. Inmate is completing a technical school and obtained a trade in plumbing. Inmate Taylor made an IQ of 109 and a reading level score of 9.5. Inmate Taylor was introduced to his new caseload. Counselor and the ground rules were established in reference to our interaction. Inmate Taylor stated that he spoke to Coach Franke about being dropped from Wellness Walk. I spoke to the staff Coach Franke and he stated that Inmate Taylor does not come to Wellness Walk. Inmate Taylor has been receiving disciplinaries for not attending Wellness Walk. (A) Inmate Taylor seems to just want off Wellness Walk but he does not attend Wellness Walk. (P) Inmate Taylor will remain on Wellness Walk. | |
| 10/2/02 | Security reclass forms completed. Inmate is close security. | |
| 10/29/02 | Hancock State Prison Initial Classification/Reclassification | |
| | Detail Assignment: | |
| | Dorm Assignment: | |
| | Program Assignment: | |
| | Security Level: Close | |
| | Transfer Request: | |

DOC 50-042(7/78)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny    INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 11/5/02 | Reclass action completed to have Inm Taylor dropped from Wellness Walk per Coach Franko. | Shulina Beck |
| 1/3/02 | Hancock State Prison Initial Classification/Reclassification. Detail Assignment: CBO/CBO/CBO Dorm Assignment: Program Assignment: Security Level: Transfer Request: | Leroy Britt |
| 12/28/02 | (D) Inm Taylor is currently classified as a CBO. Inm Taylor remains DR free. Inm stated that he is doing okay. (A) Institutional functioning is average. (P) You will be encouraged to continue positive behavior. | |
| 1/3/03 | (D) Inm Taylor received his new MRS schedule. Inm Taylor continues to be a cellblock orderly. Inm Taylor remains DR free. Inm Taylor's ID was checked and it was in good condition. (A) | |
| 2-18-03 | D- Inmate is new to caseload. Monthly contact held with inmate. No major concerns to report at this time. MRapp reviewed no changes needed. A- Attitude was appropriate during the session. P- Will continue to monitor his progress. Inmate will continue to remain DR free. | Jane Olson |
| 3-24-03 | D- Monthly contact held with inmate. Inmate had no major concerns to report at this time. Job development draft in file. A- Attitude and behavior has been appropriate. P- Will continue to monitor his program. | Jane Olson |
| 4-16-03 | D- Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate was informed about new CBK rules. A- Attitude and behavior has been appropriate. P- Will continue to monitor his program. | Jane Olson |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny          INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURE |
|---|---|---|
| 5-30-03 | O-Monthly session held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. | [signature] |
| 6-30-03 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. Will continue to encourage inmate to remain positive. | [signature] |
| 7-1-03 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate currently assigned as a dorm orderly. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. | [signature] |
| 8-28-03 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. | [signature] |
| 9-24-03 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. Will encourage to remain DR free. | [signature] |
| 10-20-03 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Regular security review completed. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. Will encourage to continue positive behavior. | [signature] |

DOC 80-042(7/78)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny      INMATE NUMBER 380941

| DATE | INFORMATION | STAFF SIGNATURE |
|---|---|---|
| 10/22/03 | Hancock State Prison Initial Classification/Reclassification<br>Detail Assignment:<br>Dorm Assignment:<br>Program Assignment:<br>Security Level: med<br>Transfer Request: | Jim Cook |
| 11-25-03 | D - Monthly contact held as major concerns to report at this time. A - Attitude and behavior has been appropriate. P - Will continue to monitor his progress. | [signature] |
| 12-21-03 | D - Monthly contact held with inmate. Inmate had no major concerns to report at this time. A - Attitude and behavior has been appropriate. P - Will continue to monitor his progress. | [signature] |
| 1-22-04 | D - Monthly contact held with inmate. Inmate had a concern about a Special Parole Review Summary. No other concerns to report at this time. A - Attitude and behavior has been appropriate. P - Will continue to monitor progress. HO card checked in good condition, all information correct. | [signature] |
| 2-11-04 | D - Monthly contact held with inmate. Inmate had no major concerns to report at this time. A - Attitude and behavior has been appropriate. P - Will continue to monitor progress. Napp form has been revised. Will advise that overall profile does not show exemplary conduct. | [signature] |
| 2-24-04 | **CLASSIFICATION REVIEW OF NAPP** | Jim Cook |
| 3-24-04 | D - Monthly contact held with inmate. Inmate had no major concerns to report at this time. Currently assigned as a dorm orderly. A - Attitude and | |

DOC 60-042(7/76)

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: Taylor, Johnny     INMATE NUMBER 380941

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 3-24-04 Cont. | behavior has been appropriate. P-Will continue to monitor progress. Will encourage to maintain behavior. | Ge-O'De |
| 4-6-04 | P- Monthly contact held with inmate. Inmate asked about transfer to his detainer in the federal prison. No other concerns to report at this time. A- Attitude and behavior has been appropriate. P-9 will Continue to monitor progress. Regular security review completed. | Jam O'Dean |
| 4-30-04 | Hancock State Prison Initial Classification/Reclassification  Detail Assignment: ___  Dorm Assignment: ___  Program Assignment: ___  Security Level: Med  Transfer Request: ___ | Jim Goa |
| 5-20-04 | P- Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate is currently assigned as dorm orderly. A- Attitude and behavior has been appropriate. Dress and appearance is adequate. P-9 Will continue to monitor progress. Will encourage to maintain his behavior. | Jan O'Dean |
| 6/18/04 | (O) Mr. Taylor is new to my caseload on H-1. He was again advised y our interaction ground was associated with our interaction. Mr. Taylor expressed interest in a SPRS Special parole review summary. Mr. Taylor is assigned as a CBO. He meets the qualifications for a SPRS but he does not have any above average work performance reports in his file. He has been DR free since his arrival at HSP which is consistent with his NMPP goal. (A) Institutional functioning is average. (P) He will be encouraged to obtain work performances that are favorable for completion of a SPRS. NMPP due 7/05 & the | Sherry Peeler |

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: Taylor, Johnny

INMATE NUMBER: 380941

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 7/9/04 | (I) Inm Taylor received a copy of his work schedule. Inm continues to be a CPO. He stated no problems or concerns at this time. He remains CB free which is consistent with his NHPP goals. (A) Institutional adjustment to average. (P) Inm will be encouraged to continue positive behavior. | [signature] |
| 10/6/04 | (I) New MHS schedule issued to Taylor. He continues to work as a CPO. No groups assigned. I'm okay. (A) Behavior appropriate. Under Life Sentence. (P) Can't stay in tact. | [signatures] |
| | Hancock State Prison Initial Classification/Reclassification | |
| | Detail Assignment: | |
| | Dorm Assignment: | |
| | Program Assignment: | |
| 11-29-04 | Security Level: med | [signature] |
| | Transfer Request: | |
| | Hancock State Prison Initial Classification/Reclassification | |
| | Detail Assignment: | |
| | Dorm Assignment: | |
| | Program Assignment: | |
| 11/28/05 | Security Level: Medium | [signature] |
| | Transfer Request: | |
| | HANCOCK S.P. Initial Classification / Reclassification | |
| | Detail Assignment: | |
| | Dorm Assignment: | |
| 6/16/06 | Program Assignment: | [signature] |
| | Security Level: Med | |
| | Transfer Request: | |

DOO 60-042(7/76)