Exhibit 3.16



# George Copeland
## in the 1880 United States Federal Census

| | |
|---|---|
| Name: | George Copeland |
| Age: | 37 |
| Birth Date: | Abt 1843 |
| Birthplace: | Georgia |
| Home in 1880: | Ethridge, Jones, Georgia, USA |
| Dwelling Number: | 359 |
| Race: | Black |
| Gender: | Male |
| Relation to Head of House: | Self (Head) |
| Marital status: | Married |
| Spouse's name: | Arianna Copeland |
| Father's Birthplace: | Georgia |
| Mother's Birthplace: | Georgia |
| Occupation: | Minister Methd. |
| Cannot Read: | Yes |
| Cannot Write: | Yes |
| Neighbors: | View others on page |

Household Members:

| Name | Age |
|---|---|
| George Copeland | 37 |
| Arianna Copeland | 47 |
| William Copeland | 14 |
| Daniel Copeland | 12 |
| Mary Copeland | 8 |
| | 4 |

Case 1:19-cv-00147-CLC-CHS    Document 3-16    Filed 05/15/19    Page 1 of 2
PageID #: 1241

Exhibit 3.16

| Name | Age |
|------|-----|
| Charley Copeland | |
| Nancy Copeland | 2 |

## Source Citation

Year: *1880*; Census Place: *Ethridge, Jones, Georgia*; Roll: *154*; Page: *437C*; Enumeration District: *078*

## Source Information

Ancestry.com and The Church of Jesus Christ of Latter-day Saints. *1880 United States Federal Census* [database on-line]. Lehi, UT, USA: Ancestry.com Operations Inc, 2010. 1880 U.S. Census Index provided by The Church of Jesus Christ of Latter-day Saints © Copyright 1999 Intellectual Reserve, Inc. All rights reserved. All use is subject to the limited use license and other terms and conditions applicable to this site.

Original data: Tenth Census of the United States, 1880. (NARA microfilm publication T9, 1,454 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C.

## Description

This database is an index to 50 million individuals enumerated in the 1880 United States Federal Census. Census takers recorded many details including each person's name, address, occupation, relationship to the head of household, race, sex, age at last birthday, marital status, place of birth, parents' place of birth. Additionally, the names of those listed on the population schedule are linked to actual images of the 1880 Federal Census. Learn more...

© 2019, Ancestry.com