Exhibit 3.17

| | | | | |
|---|---|---|---|---|
| A | 1. FULL NAME OF CHILD | Joseph Anthony Gatlin | | 60 18241 STATE FILE NO. |
| B | 2. DATE OF BIRTH ▮▮▮▮ 1954 | 3. BOY OR GIRL | 4. COLOR OR RACE negro | 18280 CUSTODIAN'S NO. |
| C | PLACE OF BIRTH 5. NAME OF COUNTY Fulton | | USUAL RESIDENCE OF MOTHER 9. NAME OF COUNTY ~~Fulton~~ DeKalb | |
| D | 6. NAME OF CITY OR TOWN Atlanta IN CITY LIMITS YES ☑ NO ☐ | | 10. NAME OF CITY OR TOWN Atlanta IN CITY LIMITS YES ☑ NO ☐ | |
| E | 7. NAME OF HOSPITAL H.S.P. Grady | | 11. STREET ADDRESS OR R.F.D. AND BOX NO. ▮▮▮▮ | |
| F | 8. HOW LONG WAS MOTHER IN THIS COUNTY BEFORE THIS DELIVERY 3 years | | 12. STATE Ga. | N.E. |
| G | FATHER OF CHILD 13. FULL NAME | | MOTHER OF CHILD 18. MAIDEN NAME Eva Clair Gatlin | |
| H | 14. COLOR OF FATHER | 15. AGE AT TIME OF THIS BIRTH | 19. COLOR OR RACE negro | 20. AGE AT TIME OF THIS BIRTH 21 |
| I | 16. BIRTHPLACE OF FATHER | | 21. BIRTHPLACE OF MOTHER Walton Co., Ga. | |
| J | 17. USUAL OCCUPATION | | 22. USUAL OCCUPATION Housewife | |
| K | 23. NUMBER OF OTHER CHILDREN NOW LIVING 1 | 24. NUMBER OF OTHER CHILDREN BORN ALIVE - NOW DEAD | 25. NUMBER OF FETAL DEATHS OF ANY GESTATION AGE | |
| L | 26. PARENT OF INFANT SIGN HERE Eva Clair Gatlin | | RELATIONSHIP TO INFANT Mother | |
| M | LOCAL REGISTRAR'S SIGNATURE Kate Pierse | | DATE FILED DEC 23 1954 | MILITIA DISTRICT |
| N | DEPARTMENT OF HEALTH EDUCATION AND WELFARE U.S. PUBLIC HEALTH SERVICE | VS-6 | CERTIFICATE OF LIVE BIRTH | GEORGIA DEPARTMENT OF PUBLIC HEALTH |

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH VITAL RECORDS SERVICE, GEORGIA DEPARTMENT OF HUMAN RESOURCES. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, VITAL RECORDS, CODE OF GEORGIA.

DATE  JUN 11 1996

Michael

STATE REGISTRAR
DIRECTOR, VITAL

(VOID WITHOUT IMPRESSED SEAL OR IF ALTERED OR COPIED)

