Exhibit 3.19



# Lewis Copeland
## in the U.S., Social Security Applications and Claims Index, 1936-2007

| | |
|---|---|
| Name: | Lewis Copeland |
| Gender: | Male |
| Birth Date: | █████ 1883 |
| Birth Place: | Hancock CO, GA |
| Death Date: | 15 Oct 1967 |
| Claim Date: | 19xx |
| Father: | Lewis Copeland |
| Mother: | Addie Scott |
| SSN: | ████████ |

### Source Information

Ancestry.com. *U.S., Social Security Applications and Claims Index, 1936-2007* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2015.

Original data: Social Security Applications and Claims, 1936-2007.

### Description

This database picks up where the SSDI leaves off, with details such as birth date and parents' names extracted from information filed with the Social Security Administration through the application or claims process. Learn more...

© 2019, Ancestry.com