Exhibit 3.20



#1

150

# STATE OF GEORGIA,

## HANCOCK COUNTY.

To any Minister of the Gospel, Judge or Justice of the Peace, or any person authorized to Celebrate:

### THESE ARE TO AUTHORIZE AND PERMIT YOU TO

## Join in the Honorable State of Matrimony

Armsted Copeland Col.

OF THE ONE PART, AND

Addie Scott

OF THE OTHER PART,

According to the Rites of your Church, provided there be no lawful cause to obstruct the same; and this shall be your au=thority for so doing.

Given under my hand, as the Ordinary for said County aforesaid, this _First_ day of _January_ 188_1_ W A Buckner _ed_ Ordinary.

I Hereby Certify, That _Armsted Copeland Col_ and _Addie Scott_ Col_ were joined together in the

## HOLY BANS OF MATRIMONY,

by me, on the ___1___ day of _January_ 188_1_

Emanuel Wimbish