Exhibit 3.24



| | | |
|---|---|---|
| 1. FULL NAME OF CHILD | Reba LaRue Gatlin | STATE FILE NO. |
| 2. DATE OF BIRTH ▮▮▮▮ 1956 | 3. GIRL | 4. COLOR OR RACE Negro — CUSTODIAN'S NO. 2974 |

**PLACE OF BIRTH** — **USUAL RESIDENCE OF MOTHER**

| | |
|---|---|
| 5. NAME OF COUNTY Fulton | 9. NAME OF COUNTY Fulton |
| 6. NAME OF CITY OR TOWN Atlanta — IN CITY LIMITS YES ☑ NO ☐ | 10. NAME OF CITY OR TOWN Atlanta — IN CITY LIMITS YES ☑ NO ☐ |
| 7. NAME OF HOSPITAL U.S.P. Grady | 11. STREET ADDRESS OR R.F.D. AND BOX NO. ▮▮▮▮ |
| 8. HOW LONG WAS MOTHER IN THIS COUNTY BEFORE THIS DELIVERY 5 years | 12. STATE Ga. Foss Ave. S.E. |

**FATHER OF CHILD** — **MOTHER OF CHILD**

| | |
|---|---|
| 13. FULL NAME | 18. MAIDEN NAME Eva Clark Gatlin |
| 14. COLOR OF FATHER | 15. AGE AT TIME OF THIS BIRTH | 19. COLOR OR RACE Negro | 20. AGE AT TIME OF THIS BIRTH 22 |
| 16. BIRTHPLACE OF FATHER | 21. BIRTHPLACE OF MOTHER Newton Co, Ga |
| 17. USUAL OCCUPATION | 22. USUAL OCCUPATION Domestic |

| | | |
|---|---|---|
| 23. NUMBER OF OTHER CHILDREN NOW LIVING 2 | 24. NUMBER OF OTHER CHILDREN BORN ALIVE - NOW DEAD 0 | 25. NUMBER OF FETAL DEATHS OF ANY GESTATION AGE 0 |

26. PARENT OF INFANT SIGN HERE *Eva Clair Gatlin* — RELATIONSHIP TO INFANT Mother

LOCAL REGISTRAR'S SIGNATURE *Kate Pierce* — DATE FILED Mar 21 1956 — MILITIA DISTRICT

This is to certify that this is a true and correct copy of the certificate filed with the Vital Records Service, Georgia Department of Human Resources. This certified copy is issued under the Authority of Chapter 31-10, Vital Records Code of Georgia.

*Michael R. Lavoie*

State Vital Records Registrar and Custodian Director, Vital Records Service

County Custodian *Anne Barr*

Issued by: *B. Arnold*

(Void without original signature and impressed seal)

Date: 7-29-88