

**Exhibit 3.25**

**CRAWFORD LEWIS, Ph.D.**
SUPERINTENDENT

LYNN CHERRY GRANT, CHAIR
THOMAS E. BOWEN, VICE CHAIR
CASSANDRA ANDERSON-LITTLEJOHN
ELIZABETH ANDREWS
SARAH COPELIN-WOOD
JESSE 'JAY' CUNNINGHAM, JR.
BEBE JOYNER
JIM REDOVIAN
ZEPORA ROBERTS

BOARD OF EDUCATION MEMBERS

**DEKALB**
County School System

3770 NORTH DECATUR ROAD
DECATUR, GEORGIA 30032-1099
678-676-1200 · WWW.DEKALB.KI2.GA.US

**March 26, 2008**

***VIA CERTIFIED MAIL 7007 0710 0003 0680 0795***
William H. Ortwein
1010 Market Street, Suite 306
Chattanooga, TN 37402

**Re: Subpoena for Student Records Request**

Dear Mr. Ortwein:

This letter is responsive to the Subpoena for Student Records Request which we received on March 11, 2008. The requested information for the following student is enclosed for your review:

1. Rejon Taylor

If you have any questions, please contact this office at (678) 676-0420.

Sincerely,

Janet C. Scott
Office of Internal Affairs



EXHIBIT

3 D

"THE SCHOOL CANNOT LIVE APART FROM THE COMMUNITY"

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN          DISTRICT OF         TENNESSEE

UNITED STATES OF AMERICA

V.

REJON TAYLOR

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:04-cr-160



RECEIVED

MAR 1 1 2008

TO:   Crawford Lewis, Superintendent
DeKalb County School System
3770 North Decatur Road
Decatur, GA 30032-1099

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Joel Solomon U.S. Courthouse and Federal Building<br>900 Georgia Avenue<br>Chattanooga, TN 37402 | Judge Curtis Collier |
| | DATE AND TIME |
| | 4/7/2008 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All school records for Rejon Taylor, including psychological and intelligence testings, diagnostic test results, counseling records, names of teachers and guidance counselors, and any disciplinary records. DOB 7/15/84; SS# 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.

JCHS
Entered   3-7-08
Transferred to District   19
Closed _____

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**PATRICIA L. McNUTT, CLERK** | DATE |
|---|---|
| (By) Deputy Clerk | MAR - 6 2008 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William H. Ortwein, 1010 Market Street, Suite 306, Chattanooga, TN 37402
(423) 718-0703 or (423) 265-0296

Exhibit 3.25

# DeKalb County
## School System
## Official Student Transcript



Student Name/Address
**TAYLOR, REJON L**
ATLANTA, GA 30316

Student ID | Birth Date
████9797 | ████84

5506247 | Gender **M** | Race **B**

Parent/Guardian
**MS REBA TAYLOR**

Cum GPA **2.346** | Cum AVG **76.31**

Diploma type
**COLLEGE / TECHNOLOGY**

Core GPA **2.429** | Core AVG **78.00**

McNair High School
1804 Bouldercrest Rd SE
ATLANTA, GA 30316
678-874-4902

**Exit Date:** 8/13/01
**Exit Reason:** 2 = TO ANOTHER SCHOOL IN GEORGIA

============================================= TRANSCRIPT =============================================

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QTR 1 1992/1993** | | | | | | **QTR 2 1992/1993** | | | | | |
| 23.0060 | LANGUAGE ARTS A | C | .00 | S | 398 | 23.0060 | LANGUAGE ARTS B | C | .00 | S 2 | 398 |
| 27.0160 | MATH A | A | .00 | S | 398 | 27.0160 | MATH B | B | .00 | S 2 | 398 |
| 41.0160 | SCIENCE / HEALTH A | A | .00 | S | 398 | 41.0160 | SCIENCE / HEALTH B | C | .00 | S 2 | 398 |
| 45.0060 | SOCIAL STUDIES A | C | .00 | S | 398 | 45.0060 | SOCIAL STUDIES B | B | .00 | S 2 | 398 |
| 36.0060 | PHYS ED A | S | .00 | N | 398 | 36.0060 | PHYS ED B | S | .00 | N 2 | 398 |
| 50.0060 | ART A | S | .00 | S | 398 | 50.0060 | ART B | S | .00 | S 2 | 398 |
| 53.0060 | MUSIC A | S | .00 | S | 398 | 53.0060 | MUSIC B | S | .00 | S 2 | 398 |
| **QTR 3 1992/1993** | | | | | | | | | | | |
| 23.0060 | LANGUAGE ARTS C | C | .00 | S 1 | 398 | | | | | | |
| 27.0160 | MATH C | B | .00 | S 1 | 398 | | | | | | |
| 41.0160 | SCIENCE / HEALTH C | C | .00 | S 1 | 398 | | | | | | |
| 45.0060 | SOCIAL STUDIES C | C | .00 | S 1 | 398 | | | | | | |
| 36.0060 | PHYS ED C | N | .00 | N 1 | 398 | | | | | | |
| 50.0060 | ART C | S | .00 | S 1 | 398 | | | | | | |
| 53.0060 | MUSIC C | S | .00 | S 1 | 398 | | | | | | |

****

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QTR 1 1993/1994** | | | | | | | | | | | |
| 23.1060 | REP LANGUAGE ARTS A | C | .00 | S 2 | 398 | | | | | | |
| 27.0160 | MATH A | B | .00 | S 2 | 398 | | | | | | |
| 41.0160 | SCIENCE / HEALTH A | C | .00 | S 2 | 398 | | | | | | |
| 45.0060 | SOCIAL STUDIES A | C | .00 | S 2 | 398 | | | | | | |
| 36.0060 | PHYS ED A | S | .00 | S 2 | 398 | | | | | | |
| 50.0060 | ART A | S | .00 | S 2 | 398 | | | | | | |
| 53.0060 | MUSIC A | S | .00 | S 2 | 398 | | | | | | |

****

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QTR 1 1996/1997** | | | | | | **QTR 2 1996/1997** | | | | | |
| 23.0060 | LANGUAGE ARTS A | 87 B | .00 | S 3 | 430 | 23.0060 | LANGUAGE ARTS B | 78 C | .00 | S 10 | 430 |
| 27.0160 | MATH A | 87 B | .00 | S 3 | 430 | 27.0160 | MATH B | 78 C | .00 | S 10 | 430 |
| 41.0160 | SCIENCE / HEALTH A | 78 C | .00 | S 3 | 430 | 41.0160 | SCIENCE / HEALTH B | 87 B | .00 | S 10 | 430 |
| 45.0060 | SOCIAL STUDIES A | 87 B | .00 | S 3 | 430 | 45.0060 | SOCIAL STUDIES B | 87 B | .00 | S 10 | 430 |
| 36.0060 | PHYS ED A | 882 S | .00 | S 3 | 430 | 36.0060 | PHYS ED B | 884 U | .00 | N 10 | 430 |
| 50.0060 | ART A | 882 S | .00 | S 3 | 430 | 50.0060 | ART B | 882 S | .00 | S 10 | 430 |
| 53.0060 | MUSIC A | 882 S | .00 | N 3 | 430 | 53.0060 | MUSIC B | 882 S | .00 | N 10 | 430 |
| **QTR 3 1996/1997** | | | | | | | | | | | |
| 23.0060 | LANGUAGE ARTS C | 87 B | .00 | S 2 | 430 | | | | | | |
| 27.0160 | MATH C | 87 B | .00 | S 2 | 430 | | | | | | |
| 41.0160 | SCIENCE / HEALTH C | 96 A | .00 | S 2 | 430 | | | | | | |
| 45.0060 | SOCIAL STUDIES C | 87 B | .00 | S 2 | 430 | | | | | | |
| 36.0060 | PHYS ED C | 882 S | .00 | S 2 | 430 | | | | | | |
| 50.0060 | ART C | 882 S | .00 | S 2 | 430 | | | | | | |
| 53.0060 | MUSIC C | 882 S | .00 | S 2 | 430 | | | | | | |

****

Case 1:19-cv-00147-CLC-CHS    Document 3-25    Filed 05/15/19    Page 3 of 58
PageID #: 1304

7300789/1199

Exhibit 3.25

Student Name/Address
**TAYLOR, REJON L**
ATLANTA, GA  30316

Parent/Guardian
**MS REBA TAYLOR**

Diploma type
**COLLEGE / TECHNOLOGY**

Student ID  ████9797   Birth Date ████84

**5506247**   Gender **M**   Race **B**

Cum GPA **2.346**   Cum AVG **76.31**

Core GPA **2.429**   Core AVG **78.00**

# *DeKalb County*
## *School System*
## *Official Student Transcript*



McNair High School
1804 Bouldercrest Rd SE
ATLANTA,GA 30316
678-874-4902

**Exit Date:**      0/13/01
**Exit Reason:**   2 = TO ANOTHER SCHOOL IN GEORGIA

========================================== TRANSCRIPT ==========================================

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEM 1 1997/1998** | | | | | | **SEM 2 1997/1998** | | | | | |
| 23.0120 | LANG ARTS 7A | 88 B | .00 | S | 4 544 | 23.0120 | LANG ARTS 7B | 73 D | .00 | S | 7 544 |
| 27.0220 | PRE-ALGEBRA 7A | 83 B | .00 | N | 4 544 | 27.0220 | PRE-ALGEBRA 7B | 78 C | .00 | U | 7 544 |
| 26.0110 | INTEG SCI 7A | 81 C | .00 | S | 8 544 | 26.0110 | INTEG SCI 7B | 70 D | .00 | S | 15 544 |
| 45.0080 | WORLD STUDIES 7A | 88 B | .00 | S | 9 544 | 45.0080 | WORLD STUDIES 7B | 82 C | .00 | N | 21 544 |
| 36.0080 | PHY ED 7B | 96 A | .00 | S | 544 | 17.0080 | HEALTH 7A | 82 C | .00 | U | 6 544 |
| 20.0120 | 6WK EXPLOR FCS7 | 86 B | .00 | S | 1 544 | 53.0080 | 6WK MUSIC 7 | 80 C | .00 | S | 6 544 |
| 36.0080 | PHY ED 7B | 86 B | .00 | S | 4 544 | 36.0080 | PHY ED 7B | 90 B | .00 | S | 9 544 |
| 60.0840 | 6WK FL EXPLOR 7 | 94 A | .00 | S | 4 544 | 21.0210 | TE EXPLOR 7 | 95 A | .00 | S | 8 544 |
| 36.0080 | PHY ED 7B | 85 B | .00 | S | 3 544 | 36.0080 | PHY ED 7B | 85 B | .00 | N | 7 544 |
| 07.0840 | BE EXPLOR 7 | 87 B | .00 | S | 8 544 | 50.0120 | 6WK ART 7 | 86 B | .00 | S | 6 544 |

\* \* \* \* \* \*

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEM 1 1998/1999** | | | | | | **SEM 2 1998/1999** | | | | | |
| 23.0130 | LANG ARTS 8A | 89 B | .00 | S | 17 544 | 23.0130 | LANG ARTS 8B | 82 C | .00 | S | 24 544 |
| 27.0240 | PRE-ALGEBRA 8A | 82 C | .00 | N | 6 544 | 27.0240 | PRE-ALGEBRA 8B | 70 D | .00 | N | 17 544 |
| 40.0610 | INTEG SCI 8A | 84 B | .00 | N | 6 544 | 40.0610 | INTEG SCI 8B | 70 D | .00 | N | 17 544 |
| 45.0090 | GA HISTORY A | 92 A | .00 | S | 16 544 | 45.0090 | GA HISTORY B | 77 C | .00 | S | 24 544 |
| 36.0090 | PHY ED 8B | 65 F | .00 | S | 4 544 | 36.0090 | PHY ED 8B | 70 D | .00 | S | 10 544 |
| 60.0840 | 6WK SP EXPLOR 8 | 88 B | .00 | S | 1 544 | 21.0210 | TE EXPLOR 8 | 83 B | .00 | S | 4 544 |
| 36.0090 | PHY ED 8B | 70 D | .00 | S | 3 544 | 36.0090 | PHY ED 8B | 40 F | .00 | U | 4 544 |
| 60.0810 | 6WK FR EXPLOR 8 | 82 C | .00 | N | 4 544 | 53.0090 | 6WK MUSIC 8 | 80 C | .00 | S | 8 544 |
| 36.0090 | PHY ED 8B | 70 D | .00 | S | 9 544 | 17.0090 | HEALTH 8A | 28 F | .00 | U | 12 544 |
| 07.4850 | BE EXPLOR 8 | 70 D | .00 | N | 6 544 | 20.0130 | 6WK EXPLOR FCS8 | 82 C | .00 | N | 11 544 |

\* \* \* \* \* \*

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEM 1 1999/2000** | | | | | | **SEM 2 1999/2000** | | | | | |
| 23.0610 | LIT/COMP 9A | 67 F | .00 | S | 595 | 23.0610 | LIT/COMP 9B | 86 B | .50 | S | 11 595 |
| 27.0610 | ALGEBRA I A | 73 C | .50 | S | 11 595 | 27.0610 | ALGEBRA I B | 75 C | .50 | S | 10 595 |
| 26.4120 | BIOLOGY I A | 74 C | .50 | S | 20 595 | 26.4120 | BIOLOGY I B | 81 B | .50 | S | 15 595 |
| 45.0510 | CITIZENSHIP | 53 F | .00 | S | 20 595 | 45.0710 | W GEOG A | 76 C | .50 | S | 16 595 |
| 06.4120 | BE BUS COMMUN A | 20 F | .00 | U | 22 595 | 20.4161 | COMPRE FCS IB | 72 C | .50 | S | 6 595 |
| 36.0510 | PHY ED 9 | 31 F | .00 | S | 3 595 | 17.0110 | HEALTH 9 | 98 A | .50 | S | 5 595 |
| **SUMMR 1999/2000** | | | | | | | | | | | |
| 23.0610 | LIT/COMP 9A | 96 A | .50 | S | 3 567 | | | | | | |
| 45.0510 | CITIZENSHIP | 95 A | .50 | S | 2 567 | | | | | | |

\* \* \* \* \* \*

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEM 1 2000/2001** | | | | | | **SEM 2 2000/2001** | | | | | |
| 23.0630 | W LIT/COMP 10A | 87 B | .50 | S | 4 595 | 23.0630 | W LIT/COMP 10B | 85 B | .50 | S | 17 595 |
| 27.0640 | ALGEBRA II GENA | 76 C | .50 | S | 10 595 | 27.0640 | ALGEBRA II GENB | 94 A | .50 | S | 11 595 |
| 40.4510 | CHEMISTRY I A | 73 C | .50 | S | 8 595 | 40.4510 | CHEMISTRY I B | 82 B | .50 | S | 2 595 |
| 45.0830 | W HISTORY A | 90 A | .50 | S | 5 595 | 45.0830 | W HISTORY B | 86 B | .50 | S | 14 595 |
| 60.0710 | BEGIN SPAN A | 77 C | .50 | N | 8 595 | 60.0710 | BEGIN SPAN B | 81 B | .50 | S | 11 595 |
| 20.4161 | COMPRE FCS IA | 78 C | .50 | S | 5 595 | 20.4151 | COMPRE FCS IIB | 78 C | .50 | S | 11 595 |

\* \* \* \* \* \*

=========================== SUMMARY OF UNITS EARNED TOWARD GRADUATION ===========================

| | REQ | ACH | | REQ | ACH | | REQ | ACH |
|---|---|---|---|---|---|---|---|---|
| ENGLISH | 4.0 | 2.0 | PE / HEALTH | 1.0 | .5 | GENERAL ELECTIVES | .0 | .5 |
| MATHEMATICS | 4.0 | 2.0 | COMP/ART/VOC/WORLDLG | 1.0 | .0 | *ALL COURSES* | 22.0 | 11.0 |
| SCIENCE | 3.0 | 2.0 | CAREER TECHNICAL | 4.0 | 1.5 | | | |
| SOCIAL STUDIES | 3.0 | 1.5 | WORLD LANGUAGE | 2.0 | 1.0 | | | |

Case 1:19-cv-00147-CLC-CHS      Document 3-25      Filed 05/15/19      Page 4 of 58
PageID #: 1305

7300789/1199

Exhibit 3.25

# DeKalb County
## School System
## Official Student Transcript



**Student Name/Address**
TAYLOR, REJON L ██████LN
ATLANTA, GA 30316

**Student ID** ███████9797
**Birth Date** ███/84
5506247
**Gender** M
**Race** B

**Parent/Guardian**
MS REBA TAYLOR

**Cum GPA** 2.346
**Cum AVG** 76.31

**Diploma type**
COLLEGE / TECHNOLOGY

**Core GPA** 2.429
**Core AVG** 78.00

McNair High School
1804 Bouldercrest Rd SE
ATLANTA,GA 30316
678-874-4902

=============================== STANDARDIZED TEST SCORES ===============================

Grad Asm LANG     Reqd          Grad Asm MATH     Reqd          Grad Asm SCI          Reqd
Grad Asm SOC      Reqd          Grad Asm WRIT     Reqd

=============================== EXTENDED INFORMATION ===============================

Grades earned at location(s):
- 398   Smoke Rise Elementary
- 430   Terry Mill Elementary
- 544   McNair Middle School
- 567   Redan High School
- 595   McNair High School

=============================== SYSTEM STANDARDS ===============================

ACCREDITATION:
All schools, grades K-12, are fully accredited by the Southern Association of Colleges and
Schools and the Georgia Accrediting Commission.

GRADING SCALE: School years 1997 and after.
| | | Grade Point Average (GPA): |
A = 90 -100       I  - Incomplete            Regular          AP and IB only
B = 80 - 89       DR - Dropped               A = 4.0 pts.     A = 5.0 pts.
C = 71 - 79       NC - Non-credit            B = 3.0 pts.     B = 4.0 pts.
D = 70 - 70       P  - Passed                C = 2.0 pts.     C = 3.0 pts.
F =  0 - 69       CS - Cont. Progress- Satisfactory    D = 1.0 pts.     D = 2.0 pts.
                  CU - Cont. Progress- Unsatisfactory

TRANSFER GRADES:
Transfer grades reflect grading scale of school where earned.

GPA:
All accredited courses, except QBE non-funded courses such as Office Aide, are utilized in
computation of the GPA.

CORE GPA:
Includes credit earned in English, Math, Science, Social Studies, and World Language.

COURSE TITLE:
">"   Indicates program for GIFTED and TALENTED students.
"GFT" Indicates program for GIFTED and TALENTED students.
"MAG" Indicates participation in accelerated courses for qualified students.
"@"   Indicates Audited courses, no credit granted.
"*"   Indicates Georgia End-Of-Course Test percentage applied to the final grade. (EOCT)

CLASS RANK:
Rank in class is not calculated in DeKalb County.

CONDUCT CODES:
S - Satisfactory   N - Needs improvement   U - Unsatisfactory

RACE CODES:
A = Asian/Pacific Island     H = Hispanic              M = Multiracial
B = Black, Not Hispanic      I = Am.Indian / Alaskan   W = White, Not Hispanic

Case 1:19-cv-00147-CLC-CHS     Document 3-25     Filed 05/15/19     Page 5 of 58
PageID #: 1306

7300789/1199

Exhibit 3.25



RECEIVED

MAR 1 8 2008

DEKALB COUNTY SCHOOL SYSTEM

Exhibit 3.25

Class of 2001
and subsequent years.

# DEKALB COUNTY SCHOOL SYSTEM
## PROGRAM OF STUDY SELECTION FORM

STUDENT __Rejon Taylor__  HOMEROOM __0317__

Effective with students who enter the ninth grade in the 1997-98 school year, the following Programs of Study will be available. Once a student begins a selected Program of Study, it will be difficult to switch to another Program of Study and to graduate with his/her class. Each Program of Study requires one year of algebra or its equivalent. With careful planning and consistent success, a student can complete both the College Preparatory and the Technology/Career Prep Programs of Study. This will earn dual seals to which "Distinction" and/or "Excellence" may be added.

| Technology/Career Prep Program of Study ☐ | Unit | Technology/Career Prep with Distinction Program of Study ☐ (3.0 GPA required) | Units | College Preparatory Program of Study ☐ | Units | College Preparatory with Distinction Program of Study ☐ (3.0 core GPA required) | Units |
|---|---|---|---|---|---|---|---|
| English | 4 | English | 4 | English* | 4 | English* | 4 |
| Math**** | 3 | Math**** | 3 | Math** | 4 | Math** | 4 |
| Science | 3 | Science | 3 | Science*** | 3 | Science*** | 3 |
| Citizenship | .5 | Citizenship | .5 | Citizenship | .5 | Citizenship | .5 |
| Economics | .5 | Economics | .5 | Economics | .5 | Economics | .5 |
| World Studies | 1 | World Studies | 1 | World Studies | 1 | World Studies | 1 |
| American History | 1 | American History | 1 | American History | 1 | American History | 1 |
| Health | .5 | Health | .5 | Health | .5 | Health | .5 |
| Physical Education | .5 | Physical Education | .5 | Physical Education | .5 | Physical Education | .5 |
| Computer Tech., and/or Fine Arts and/or Career Tech, and/or World Lang. | 1 | Computer Tech., and/or Fine Arts, and/or Tech/Career Prep, and/or World Lang. | 1 | Computer Tech., and/or Fine Arts, and/or World Lang and/or Career Tech.***** | 1 | Computer Tech., and/or Fine Arts, and/or World Lang. and/or Career Tech.***** | 1 |
| Career Tech.***** (at least 3 of the 4 units must be in one of these areas: BUS ED., FCS, TE, T&I, JROTC) | 4 | Career Tech.***** | 4 | Electives | 4 | Electives | 4 |
| | | Electives | 4 | World Lang. | 2 | World Lang. | 2 |
| Electives | 3 | State Electives (from Core Courses-English, Math, Science, Social Studies and/or World Lang.) | 1 | | | State Electives (from Core Courses-English, Math, Science, Social Studies and/or World Lang.) | 2 |
| Total | 22 | Total | 24 | Total | 22 | Total | 24 |

| | | |
|---|---|---|
| ****Technology/Career-prep students may want to utilize an elective unit as a World Language or as a fourth unit of mathematics depending upon the student's program of study and the student's intention to enter a University System of Georgia institution. By year | 2001, students entering a University System of Georgia institution must have 4 units of college preparatory mathematics.<br><br>*****Technology/Career-prep includes JROTC. | *English<br>Grammar/Usage/Advanced Composition Skills/Literature (American, British, World)<br><br>**Math<br>Algebra I, Geometry, Algebra II, PreCalculus, AP Calculus, Business Calculus, Discrete Math | ***Science<br>Biology, Chemistry, Physics (Preferred) Physical Science, Biology, Chemistry (Preferred), Physical Science, Biology, Physics, Physical Science, Biology, another Laboratory Science |

| Fine Arts Electives with Seal of Endorsement | Technology with Distinction and Excellence Seal of Endorsement | College Preparatory with Distinction and Excellence Seal of Endorsement |
|---|---|---|
| Two of the elective units must be in one of these areas: Instrumental Music, Vocal Music, Visual Arts | 3.5 GPA in Technology/Career Prep and 3.0 in Core GPA | Core GPA 3.5 |

Indicate in the space below which diploma choice is preferred: ☒ **Dual Seals (College Prep/Technology/Career Prep)**

☐ Technology/Career Prep  ☐ Technology/Career Prep with Distinction  ☐ College Preparatory  ☐ College Preparatory with Distinction

_Deynta Anderson_  _2/3_  _Rejon Taylor_  _2/3/99_
Parent/Guardian Signature  Date  Student's Signature  Date

_[Counselor signature]_  _2/4/99_
Counselor's Signature  Date

White-School  Canary-Student

Exhibit 3.25

## OCCUPATION SORT

Here is a list of the Occupation Sort items with the responses you have made so far.

| | |
|---|---|
| Continuous | No, I would not |
| Precise | No, I would not |
| Using Facts | No, I would not |
| Working with Others | Yes, I would |
| Persuading | Yes, I would |
| Decision Making | Yes, I would |
| Change | Yes, I would |
| Creative | Yes, I would |
| Eye-hand Coordination | High level of coordinating eye and hand movements |
| Working with Fingers | ---- |
| Checking Accuracy | ---- |
| Use of Words | ---- |
| Use of Numbers | ---- |
| Catching on to Things | ---- |
| Seeing Detail | ---- |
| Physical Activity | ---- |
| Education and Training | ---- |
| Average Wage | ---- |
| Work Setting | ---- |
| City Size | ---- |
| Region | ---- |

## OCCUPATIONS ON LIST (31)

ADMINISTRATIVE OCCUPATIONS
  Association Executives
  Recreation Directors

ART AND ENTERTAINMENT OCCUPATIONS
  Models

BOOKKEEPING AND ACCOUNTING OCCUPATIONS
  Collectors

BUILDING MAINTENANCE OCCUPATIONS
  Domestic Service Workers

CLERICAL OCCUPATIONS
  Court Clerks
  Hotel Desk Clerks
  Library Assistants

Case 1:19-cv-00147-CLC-CHS   Document 3-25   Filed 05/15/19   Page 8 of 58   PageID #: 1309

Exhibit 3.25

FOOD SERVICE OCCUPATIONS
  Hosts and Hostesses

HEALTH SERVICE OCCUPATIONS
  Ambulance Drivers and Attendants
  Nursing Assistants
  Psychiatric Aides
  Psychiatric Technicians

PERSONAL SERVICE OCCUPATIONS
  Baggage Porters and Bellhops
  Flight Attendants
  Funeral Attendants
  Massage Therapists

PROTECTIVE SERVICES OCCUPATIONS
  Bailiffs
  Crossing Guards
  Military Enlisted Personnel

SALES OCCUPATIONS
  Automobile Salespeople
  Retail Salespersons
  Vendors

SOCIAL SERVICE OCCUPATIONS
  Child Care Workers
  Library Technicians
  Preschool Teachers
  Recreation Workers
  Tour Guides

STOCK CONTROL OCCUPATIONS
  Newspaper Carriers

TRANSPORTATION OCCUPATIONS
  Service Station Attendants
  Transportation Agents

Case 1:19-cv-00147-CLC-CHS   Document 3-25   Filed 05/15/19   Page 10 of 58   PageID #: 1311

Breyon taylor
June 3

I plan to be An Actor, or be A designer. I plan to start Showing my goal now. I'm going to Acting School, in the Summer. I want to be them so bad because I'm good At them both. I Also plan to go to college to be A designer, I would like to design houses and things like that. In the acting part. I plan to make Action, & comidc/ movies like Chris tucker, & Jim Carrey. But I hope while At Acting School cl /can get pick to be in A movie. But if it don't work like that I would go to college then to be A director. I just hope that my Dream come true. I Also plan to Start my own bussiness in A fast food Resturent. Something like Chick filA

Exhibit 3.25

Exhibit 3.25

Class of 2001
and subsequent years

## DeKalb County School System
## COLLEGE PREPARATORY TECHNOLOGY/CAREER PREP
### Dual Program of Study
(Requires One Year of Algebra or Its Equivalent)

Name *Rejon Taylor*  Grad. Yr. *2003*  Homeroom *317*

Post High School Plans *Actor/Model*  ☑ Excellence Endorsement  ☐ Fine Arts Endorsement

| SUBJECT | UNITS REQ. | SY *99 00* 9th Grade | SY *00 01* 10th Grade | SY *01 02* 11th Grade | SY *02 03* 12th Grade |
|---|---|---|---|---|---|
| ENGLISH | 4 | Grammar/Usage Literature | Grammar/Usage Literature | Grammar/Usage Am. Literature | Composition British Literature |
| MATH | 4 | (Alg. I/Geometry) | Alg. I/Geometry/ (Alg. II) | (Geometry/Alg. II) Pre Cal. | Business Calculus/ AP Calculus/ (Pre Cal./Discrete) Math |
| SCIENCE | 3 | Biology | (Phys. Sci./Chemistry) | (Chemistry/Physics) | |
| CITIZENSHIP | 1/2 | Citizenship | | | |
| ECONOMICS | 1/2 | | | | Economics |
| WORLD STUDIES | 1 | | World Studies | | |
| AM. HISTORY | 1 | | | Am. History | |
| WORLD LANGUAGE | 2 | | World *Spanish* Language | World *Spanish* Language | |
| HEALTH | 1/2 | Health | | | |
| P.E. | 1/2 | Physical Education | | | |
| FINE ARTS; JROTC WORLD LANG; BUS/MKTG; FCS; T&I; TECH ED | 1 | | | | Fine Arts; JROTC; World Lang: Bus/Mktg; FCS; T&I Tech Ed; |
| CAREER TECH. COURSES (AT LEAST 3 OF 4 UNITS MUST BE IN ONE OF THESE AREAS: BUS. ED., FCS, TE, T&I, JROTC) | 4 | Career Tech Course *W.Geog. (1/2)* *Business* | Career Tech (1 of 3) *Business* *Home EC 1* | Career Tech (2 of 3) *Business II* | Career Tech (3 of 3) *(1/2 *)* *Business III* |

TOTAL *22*

_____  _____
Student's Signature *(signed)*   Date *3/11*

_____  _____
Parent(s) Signature   Date

_____  _____
Counselor's Signature *(signed)*   Date

White — Counselor  Canary — Student

Z440364B/998

Case 1:19-cv-00147-CLC-CHS   Document 3-25   Filed 05/15/19   Page 11 of 58
PageID #: 1312

Exhibit 3.25

Class of 2001
and subsequent years.

**DEKALB COUNTY SCHOOL SYSTEM**
**STUDENT COUNSELOR ADVISEMENT FORM**

STUDENT _KaJon Taylor_   HOMEROOM _317_   DATE _____

CAREER INTEREST _____   HOME TELEPHONE _____

**DIPLOMA OBJECTIVE: CHECK ONE (EACH PROGRAM OF STUDY REQUIRES ONE YEAR OF ALGEBRA OR ITS EQUIVALENT)**

| Technology/Career Prep Program of Study ☐ | | Technology/ Career Prep with Distinction Program of Study (3.0 GPA required) ☐ | | College Preparatory Program of Study ☒ Dual | | College Preparatory with Distinction Program of Study (3.0 core GPA required) ☐ | |
|---|---|---|---|---|---|---|---|
| | Unit | | Units | | Units | | Units |
| English | 4 | English | 4 | English* | 4 | English* | 4 |
| Math | 3 | Math | 3 | Math** | 4 | Math** | 4 |
| Science | 3 | Science | 3 | Science*** | 3 | Science*** | 3 |
| Citizenship | .5 | Citizenship | .5 | Citizenship | .5 | Citizenship | .5 |
| Economics | .5 | Economics | .5 | Economics | .5 | Economics | .5 |
| World Studies | 1 | World Studies | 1 | World Studies | 1 | World Studies | 1 |
| American History | 1 | American History | 1 | American History | 1 | American History | 1 |
| Health | .5 | Health | .5 | Health | .5 | Health | .5 |
| Physical Education | .5 | Physical Education | .5 | Physical Education | .5 | Physical Education | .5 |
| Computer Tech., and/or Fine Arts and/or Career Tech, and/or World Lang. | 1 | Computer Tech., and/or Fine Arts, and/or Tech/Career Prep, and/or World Lang. | 1 | Computer Tech., and/or Fine Arts, and/or World Lang. and/or Career Tech. | 1 | Computer Tech., and/or Fine Arts, and/or World Lang. and/or Career Tech. | 1 |
| Career Tech.**** (3 of the 4 units must be in one of these areas: BUS ED., FCS, TE, T&I) | 4 | Career Tech.**** | 4 | Electives | 4 | Electives | 4 |
| Electives | 3 | Electives | 4 | World Lang. | 2 | World Lang. | 2 |
| | | State Electives (from Core Courses-English, Math, Science, Social Studies and/or World Lang.) | 1 | | | State Electives (from Core Courses-English, Math, Science, Social Studies and/or World Lang.) | 2 |
| Total | 22 | Total | 24 | Total | 22 | Total | 24 |

*English
Grammar/Usage/
Advanced Composition
Skills
Literature (American,
British, World)

**Math
Algebra I, Geometry
Algebra II, PreCalculus
AP Calculus, Business
Calculus, Discrete Math

***Science
Biology, Chemistry,
Physics (Preferred)
Physical Science,
Biology, Chemistry
(Preferred)
Physical Science,
Biology, Physics
Physical Science,
Biology, another
Laboratory Science

****Career
Technology Electives
for Seal of
Endorsement (3 of the
4 units must be in one
of these areas: Bus.
Ed., JROTC, T&I, FCS)
OR
****Fine Arts Electives
for Seal of
Endorsement (3 of the
4 units must be in one
of these areas:
Instrumental Music,
Vocal Music, Visual
Arts)

**Students Must Pass
State Board Of
Education
Assessments To
Receive A Diploma**

Dual Seals may be
earned by complet-
ing requirements for
both the College
Prep and
Technology/Career
Prep Programs of
Study

| SEALS OF ENDORSEMENT | | School Year _99-2000_ | | | |
|---|---|---|---|---|---|
| | | Subject | Course Title | Code | Teacher Initials |
| ☐ Fine Arts Electives OR | 4 | English | Grammar | Auc | J.E.C. |
| | | Math | Alg I | BDG | |
| ☐ Career Tech. Electives | 4 | Science | Biology | CBV | |
| | | Social Studies | Citizenship | DBJ | J.E.C. |
| ☐ Excellence Seal (3.5 Core GPA) | | Health/PE | Health/PE | JAG | |
| | | Elective | Tech | GAC | B.T |

Student Signature _KaJon Taylor_   Date _____

Parent Signature _____   Date _____

Alternate Choice _Business Comm_   Code _GBC_

Counselor Signature _____   Date _____

7440361C/898

Exhibit 3.25

```
Student Name/Address          Student ID        Birth Date
TAYLOR, REJON L.             ████████9797      ████/84

ATLANTA, GA  30316            5506247        Gender   Race
                                              M        B

Parent/Guardian              Cum GPA     Core GPA
MS REBA TAYLOR               2.346         2.550

Diploma type                 Cum AVG     Core AVG
COLLEGE / TECHNOLOGY         76.31         80.35
```

```
                                              MCNAIR SENIOR HIGH SCHOOL
                                              1804 BOULDERCREST RD SE
                                              ATLANTA,GA 30316
                                              404-241-5000
```

```
Exit Date:     8/13/01
Exit Reason:   2 = TO ANOTHER SCHOOL IN GEORGIA
```

```
========================= SUMMARY OF UNITS EARNED TOWARD GRADUATION ==========================
              REQ  ACH                              REQ  ACH                            REQ  ACH
ENGLISH       4.0  2.0   PHYSICAL EDUCATION         1.0   .5   GENERAL ELECTIVES          .0   .5
MATHEMATICS   4.0  2.0   COMP/ART/VOC/WORLDLG       1.0   .0   *ALL COURSES*            22.0 11.0
SCIENCE       3.0  2.0   CAREER TECHNICAL           4.0  1.5
SOCIAL STUDIES 3.0 1.5   WORLD LANGUAGE             2.0  1.0
```

```
========================== STANDARDIZED TEST SCORES ==========================
Grad Asm LANG    Reqd        Grad Asm MATH   Reqd        Grad Asm SCI     Reqd
Grad Asm SOC     Reqd        Grad Asm WRIT   Reqd
```

```
========================= EXTENDED INFORMATION =========================
Grades earned at location(s):
   544     MCNAIR MIDDLE
   567     REDAN HIGH SCHOOL
   595     MCNAIR SENIOR HIGH SCHOOL
```

```
========================= SYSTEM STANDARDS =========================
ACCREDITATION:
All schools, grades K-12, are fully accredited by the Southern Association of Colleges and
Schools and the Georgia Accrediting Commission.

GRADING SCALE: School years 1987-1996.          Grade Point Average (GPA):
A = 92 -100     I  - Incomplete                 Regular       AP Only
B = 83 - 91     DR - Dropped                    A = 4.0 pts.  A = 5.0 pts.
C = 74 - 82     NC - Non-credit                 B = 3.0 pts.  B = 4.0 pts.
D = 70 - 73     P  - Passed                     C = 2.0 pts.  C = 3.0 pts.
F =  0 - 69     CS - Cont.Progress- Satisfactory D = 1.0 pts.  D = 2.0 pts.
                CU - Cont.Progress- Unsatisfactory

GRADING SCALE: School years 1997 and after.     Grade Point Average (GPA):
A = 90 -100     I  - Incomplete                 Regular       AP Only
B = 80 - 89     DR - Dropped                    A = 4.0 pts.  A = 5.0 pts.
C = 71 - 79     NC - Non-credit                 B = 3.0 pts.  B = 4.0 pts.
D = 70 - 70     P  - Passed                     C = 2.0 pts.  C = 3.0 pts.
F =  0 - 69     CS - Cont.Progress- Satisfactory D = 1.0 pts.  D = 2.0 pts.
                CU - Cont.Progress- Unsatisfactory

TRANSFER GRADES:
Transfer grades reflect grading scale of school where earned.

GPA:
All courses, except QBE non-funded courses such as Office Aide, are utilized in computation
of the GPA.

CORE GPA:
Includes credit earned in English, Math, Science, Social Studies, and World Language.

COURSE TITLE:
">" Preceding course title indicates program for GIFTED and TALENTED student.

CLASS RANK:
Rank in class is not calculated in DeKalb County.
```

Exhibit 3.25

```
Student Name/Address          Student ID          Birth Date
TAYLOR, REJON L                         9797              /84

ATLANTA, GA  30316            5506247         Gender    Race
                                                M        B

Parent/Guardian              Cum GPA     Core GPA
MS REBA TAYLOR                 2.346       2.550

Diploma type                 Cum AVG     Core AVG
COLLEGE / TECHNOLOGY           76.31       80.35
```

```
                                        MCNAIR SENIOR HIGH SCHOOL
                                        1804 BOULDERCREST RD SE
                                        ATLANTA,GA 30316
                                        404-241-5000
```

CONDUCT CODES:
S - Satisfactory   N - Needs improvement   U - Unsatisfactory

RACE CODES:
A = Asian/Pacific Island      H = Hispanic               M = Multiracial
B = Black, Not Hispanic       I = Am.Indian / Alaskan    W = White, Not Hispanic

# Iowa Tests of Basic Skills

**SS-701a:**
**Individual Performance Profile**

| | |
|---|---|
| Student: | **TAYLOR, REJON** |
| I.D. No.: | 5445506247 |
| Class/Group: | HOMEROOM 0303 |
| Building: | MCNAIR MIDDLE |
| Bldg Code: | |
| System: | DEKALB |
| Order No.: | 007-A8900044-00-056 |

| | |
|---|---|
| Grade: | 7 |
| Level: | 13 |
| Form: | K |
| Test Date: | 3/98 |
| Norms: | WK 03/24/92 |
| Page: | 20308 |

SS=Standard Score
GE=Grade Equivalent
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
▬▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | GE | NS | NCE | NPR |
|---|---|---|---|---|---|
| Vocabulary | 235 | 7.4 | 5 | 48 | 46 |
| Reading Comprehension | 231 | 7.2 | 5 | 47 | 44 |
| Reading Total | 233 | 7.3 | 5 | 48 | 45 |
| Spelling | 239 | 7.8 | 5 | 51 | 52 |
| Capitalization | 239 | 7.8 | 5 | 51 | 51 |
| Punctuation | 280 | 12.3 | 6 | 64 | 74 |
| Usage & Expression | 247 | 8.6 | 5 | 54 | 57 |
| Language Total | 251 | 8.8 | 6 | 55 | 60 |
| Math Concepts & Estimation | 243 | 8.3 | 5 | 54 | 57 |
| Math Probs & Data Interp. | 259 | 9.7 | 6 | 59 | 66 |
| Math Total* | 258 | 9.7 | 6 | 61 | 71 |
| **Core Total*** | 247 | 8.5 | 5 | 55 | 59 |
| Social Studies | 240 | 8.0 | 5 | 51 | 52 |
| Science | 235 | 7.5 | 5 | 49 | 47 |
| Maps & Diagrams | 274 | 11.7 | 6 | 65 | 76 |
| Reference Materials | 241 | 8.1 | 5 | 51 | 53 |
| Sources of Info. Total | 258 | 9.6 | 6 | 59 | 67 |
| **Composite*** | 246 | 8.4 | 5 | 54 | 57 |
| Math Computation | 271 | 11.2 | 7 | 69 | 81 |

*Includes Mathematics Computation

## Skills

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 41 | 41 | 61 | 63 | Vocabulary |
| | | | | **COMPREHENSION** |
| 14 | 14 | 64 | 62 | Factual Meaning |
| 23 | 23 | 43 | 52 | Inferential Meaning |
| 9 | 9 | 56 | 61 | Evaluative Meaning |
| | | | | **SPELLING** |
| 25 | 25 | 56 | 60 | Root Words |
| 9 | 9 | 78 | 54 | Words with Affixes |
| 5 | 5 | 80 | 82 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 5 | 5 | 80 | 65 | Names/Titles/Dates |
| 7 | 7 | 57 | 70 | Place Names |
| 5 | 5 | 80 | 64 | Organizations/Groups |
| 6 | 6 | 50 | 59 | Literary Conventions |
| 6 | 6 | 67 | 58 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 7 | 7 | 57 | 48 | Terminal Punctuation |
| 5 | 5 | 80 | 45 | Comma |
| 9 | 9 | 78 | 56 | Other Punctuatn Mrks |
| 8 | 8 | 50 | 50 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 21 | 21 | 52 | 58 | Usage |
| 7 | 7 | 43 | 46 | Verb Forms |
| 3 | 3 | 33 | 52 | Pronouns |
| 3 | 3 | 100 | 61 | Modifiers |
| 5 | 5 | 60 | 70 | Other Conventions |
| 3 | 3 | 33 | 73 | Correct Usage |
| 20 | 20 | 70 | 56 | Expression |
| 7 | 7 | 100 | 57 | Concise and Clear |
| 10 | 10 | 50 | 56 | Approp Language |
| 3 | 3 | 67 | 52 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 30 | 30 | 77 | 65 | Concepts |
| 7 | 7 | 57 | 66 | Number/Operations |
| 5 | 5 | 100 | 67 | Geometry |
| 4 | 4 | 75 | 61 | Measurement |
| 7 | 7 | 100 | 72 | Fract/Decml/Percent |
| 3 | 3 | 33 | 49 | Probability/Stats |
| 4 | 4 | 75 | 67 | Equations/Inequalts |
| 22 | 22 | 41 | 55 | Estimation |
| 8 | 8 | 50 | 55 | Standard Rounding |
| 4 | 4 | 75 | 63 | Order of Magnitude |
| 10 | 10 | 20 | 51 | Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 19 | 19 | 42 | 51 | Problem Solving |
| 5 | 5 | 40 | 59 | Single-Step |
| 8 | 8 | 25 | 49 | Multiple-Step |
| 6 | 6 | 67 | 48 | Prob-Solv Strategy |
| 16 | 16 | 81 | 53 | Data Interpretation |
| 3 | 3 | 100 | 75 | Read Amounts |
| 7 | 7 | 71 | 51 | Compare Quantities |
| 6 | 6 | 83 | 44 | Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 15 | 15 | 47 | 49 | History |
| 5 | 5 | 40 | 60 | Geography |
| 11 | 11 | 55 | 47 | Economics |
| 4 | 4 | 75 | 56 | Political Science |
| 5 | 5 | 40 | 52 | Sociology & Anthro |
| 4 | 4 | 50 | 48 | Related Social Sci |
| | | | | **SCIENCE** |
| 10 | 10 | 60 | 52 | Nature of Science |
| 11 | 11 | 82 | 62 | Life Science |
| 12 | 12 | 33 | 51 | Earth and Space |
| 11 | 11 | 45 | 60 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 13 | 13 | 54 | 50 | Map Reading |
| 2 | 2 | 50 | 63 | ** Locate & Describe |
| 3 | 3 | 67 | 55 | Determine Direction |
| 3 | 3 | 33 | 40 | Determine Distance |
| 5 | 5 | 60 | 47 | Interpret Data |
| 17 | 17 | 76 | 52 | Diagrams and Charts |
| 2 | 2 | 100 | 59 | ** Locate Information |
| 4 | 4 | 100 | 52 | Explain Relatnshps |
| 6 | 6 | 50 | 47 | Infer Processes |
| 5 | 5 | 80 | 54 | Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 6 | 6 | 67 | 53 | Index |
| 8 | 8 | 38 | 58 | Dictionary |
| 5 | 5 | 40 | 60 | Card Catalog: Use |
| 5 | 5 | 100 | 67 | Guide Words |
| 5 | 5 | 60 | 57 | Key Words |
| 7 | 7 | 71 | 56 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 13 | 13 | 77 | 70 | Whole Numbers |
| 13 | 13 | 85 | 50 | Fractions |
| 16 | 16 | 69 | 51 | Decimals |
| | | | | **THINKING SKILLS** |
| 17 | 17 | 65 | 61 | Focus/Info-Gathering |
| 30 | 30 | 70 | 62 | Remembering |
| 76 | 76 | 66 | 57 | Organizing |
| 190 | 190 | 62 | 57 | Analyzing |
| 75 | 75 | 47 | 53 | Generating |
| 37 | 37 | 49 | 52 | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

Exhibit 3.25

Case 1:19-cv-00147-CLC-CHS   Document 3.25   Filed 05/15/19   Page 15 of 58
PageID #: 1316

**Riverside Publishing**
A HOUGHTON MIFFLIN COMPANY

©1996, 1993 The Riverside Publishing Company. All rights reserved.

# Iowa Tests of Basic Skills

**SS-701a:**
**Individual Performance Profile**

| | |
|---|---|
| Student: | **TAYLOR, REJON** |
| I.D. No.: | 5445506247 |
| Class/Group: | HOMEROOM 0317 |
| Building: | MCNAIR MIDDLE |
| Bldg Code: | 6441057 |
| System: | DEKALB |
| Order No.: | 007-A9900044-00-054 |

| | |
|---|---|
| Grade: | 8 |
| Level: | 14 |
| Form: | M |
| Test Date: | 3/99 |
| Norms: | WK 03/24/92 |
| Page: | 21511 |

SS=Standard Score
GE=Grade Equivalent
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
▬▬▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | Scores | | | | | National Percentile Ranks |
|---|---|---|---|---|---|---|
| | SS | GE | NS | NCE | NPR | |
| Vocabulary | 226 | 6.7 | 4 | 35 | 24 | |
| Reading Comprehension | 254 | 9.2 | 5 | 52 | 55 | |
| Reading Total | 240 | 7.9 | 5 | 45 | 41 | |
| Spelling | 247 | 8.6 | 5 | 49 | 48 | |
| Capitalization | 263 | 10.1 | 5 | 55 | 59 | |
| Punctuation | 236 | 7.6 | 5 | 45 | 42 | |
| Usage & Expression | 251 | 8.9 | 5 | 51 | 52 | |
| Language Total | 249 | 8.7 | 5 | 50 | 50 | |
| Math Concepts & Estimation | 257 | 9.5 | 5 | 55 | 59 | |
| Math Probs & Data Interp. | 266 | 10.5 | 6 | 57 | 63 | |
| Math Total* | 264 | 10.4 | 6 | 58 | 65 | |
| **Core Total*** | 251 | 8.9 | 5 | 51 | 52 | |
| Social Studies | 267 | 10.6 | 6 | 58 | 64 | |
| Science | 271 | 11.3 | 6 | 60 | 68 | |
| Maps & Diagrams | | | | | | |
| Reference Materials | | | | | | |
| Sources of Info. Total | | | | | | |
| **Composite*** | | | | | | |
| Math Computation | 269 | 10.9 | 6 | 60 | 68 | |

*Includes Mathematics Computation

## Skills

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 43 | 43 | 53 | 66 | Vocabulary |
| | | | | **READING COMPREHENSION** |
| 16 | 15 | 81 | 54 | Factual Meaning |
| 14 | 14 | 36 | 62 | Inferential Meaning |
| 19 | 18 | 63 | 55 | Evaluative Meaning |
| | | | | **SPELLING** |
| 32 | 32 | 63 | 59 | Root Words |
| 4 | 4 | 25 | 35 | Words with Affixes |
| 5 | 5 | 60 | 67 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 4 | 4 | 50 | 54 | Names/Dates/Holidays |
| 8 | 8 | 75 | 69 | Place Names |
| 6 | 6 | 67 | 65 | Organizations/Groups |
| 5 | 5 | 80 | 61 | Literary Conventions |
| 7 | 7 | 57 | 58 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 5 | 5 | 20 | 55 | Terminal Punctuation |
| 10 | 10 | 50 | 52 | Comma |
| 7 | 7 | 71 | 58 | Other Punctuation |
| 8 | 8 | 38 | 52 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 22 | 22 | 55 | 57 | Usage |
| 8 | 8 | 63 | 62 | Verb Forms |
| 2 | 2 | 50 | 53 | ** Pronouns |
| 5 | 5 | 60 | 43 | Modifiers |
| 4 | 4 | 25 | 55 | Other Conventions |
| 3 | 3 | 67 | 75 | Correct Usage |
| 21 | 21 | 71 | 65 | Expression |
| 6 | 6 | 67 | 62 | Conciseness/Clarity |
| 11 | 11 | 73 | 70 | Appropriate Language |
| 4 | 4 | 75 | 56 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 32 | 32 | 56 | 55 | Concepts |
| 8 | 8 | 50 | 55 | Numeration/Operation |
| 6 | 6 | 50 | 53 | Geometry |
| 4 | 4 | 25 | 51 | Measurement |
| 7 | 7 | 71 | 59 | Frac/Decimal/Percent |
| 3 | 3 | 100 | 53 | Probability & Stats. |
| 4 | 4 | 50 | 55 | Equations/Inequality |
| 24 | 24 | 54 | 50 | Estimation |
| 8 | 8 | 88 | 60 | Standard Rounding |
| 5 | 5 | 60 | 46 | Order of Magnitude |
| 11 | 11 | 27 | 45 | Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 20 | 20 | 60 | 57 | Problem Solving |
| 5 | 5 | 80 | 73 | Single-Step |
| 9 | 9 | 56 | 59 | Multiple-Step |
| 6 | 6 | 50 | 39 | Strategies |
| 16 | 16 | 63 | 55 | Data Interpretation |
| 3 | 3 | 67 | 73 | Read Amounts |
| 5 | 5 | 40 | 50 | Compare Quantities |
| 8 | 8 | 75 | 52 | Interpret Relatnshps |
| | | | | **SOCIAL STUDIES** |
| 12 | 12 | 50 | 46 | History |
| 9 | 9 | 67 | 55 | Geography |
| 9 | 9 | 56 | 51 | Economics |
| 8 | 8 | 75 | 47 | Political Science |
| 5 | 5 | 60 | 50 | Sociology/Anthro. |
| 3 | 3 | 0 | 32 | Related Soc. Sciences |
| | | | | **SCIENCE** |
| 11 | 11 | 73 | 60 | Nature of Science |
| 12 | 12 | 75 | 51 | Life Science |
| 11 | 11 | 18 | 44 | Earth and Space |
| 12 | 12 | 75 | 53 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 20 | | | | Map Reading |
| 4 | | | | Locate/Describe |
| 5 | | | | Direction/Distance |
| 5 | | | | Interpret Data |
| 6 | | | | Living Conditions |
| 13 | | | | Diagrams and Charts |
| 1 | | | | ** Locate Information |
| 3 | | | | Explanations |
| 2 | | | | ** Inferences |
| 7 | | | | Comparisons |
| | | | | **REFERENCE MATERIALS** |
| 8 | | | | Dictionary |
| 5 | | | | Library Catalog Systm |
| 7 | | | | Index |
| 5 | | | | Readers' Guide |
| 6 | | | | Key Words |
| 7 | | | | General References |
| | | | | **MATH COMPUTATION** |
| 10 | 10 | 90 | 68 | Whole Numbers |
| 14 | 14 | 57 | 45 | Fractions |
| 19 | 19 | 68 | 57 | Decimals |
| | | | | **THINKING SKILLS** |
| 24 | | | | Focus/Info-Gathering |
| 27 | | | | Remembering |
| 81 | | | | Organizing |
| 204 | | | | Analyzing |
| 78 | | | | Generating |
| 34 | | | | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

Exhibit 3.25

Riverside Publishing     1986, 1993 The Riverside Publishing Company. All rights reserved.

Exhibit 3.25

| Student Name/Address | Student ID | Birth Date |
|---|---|---|
| TAYLOR, REJON L | ████9797 | ██/██/84 |
| ATLANTA, GA  30316 | 5506247 | Gender M   Race B |

| Parent/Guardian | Cum GPA | Core GPA |
|---|---|---|
| MS REBA TAYLOR | 2.346 | 2.550 |

| Diploma type | Cum AVG | Core AVG |
|---|---|---|
| COLLEGE / TECHNOLOGY | 76.31 | 80.35 |

MCNAIR SENIOR HIGH SCHOOL
1804 BOULDERCREST RD SE
ATLANTA,GA 30316
404-241-5000

Exit Date:     8/13/01
Exit Reason:   2 = TO ANOTHER SCHOOL IN GEORGIA

============================================= TRANSCRIPT =============================================

| COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC | COURSE NO | DESCRIPTION | GRADE | UNIT | C/AB | LOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEM 1 1997/1998** | | | | | | **SEM 2 1997/1998** | | | | | |
| 23.0120 | LANG ARTS 7A | 88 | .00 | S  4 | 544 | 23.0120 | LANG ARTS 7B | 73 | .00 | S  7 | 544 |
| 27.0220 | PRE-ALGEBRA 7A | 83 | .00 | N  4 | 544 | 27.0220 | PRE-ALGEBRA 7B | 78 | .00 | U  7 | 544 |
| 26.0110 | INTEG SCI 7A | 81 | .00 | S  8 | 544 | 26.0110 | INTEG SCI 7B | 70 | .00 | S 15 | 544 |
| 45.0080 | WORLD STUDIES 7A | 88 | .00 | S  9 | 544 | 45.0080 | WORLD STUDIES 7B | 82 | .00 | N 21 | 544 |
| 36.0080 | PHY ED 7B | 96 | .00 | S | 544 | 17.0080 | HEALTH 7A | 82 | .00 | U  6 | 544 |
| 36.0080 | PHY ED 7B | 86 | .00 | S  4 | 544 | 36.0080 | PHY ED 7B | 90 | .00 | S  9 | 544 |
| 36.0080 | PHY ED 7B | 85 | .00 | S  3 | 544 | 36.0080 | PHY ED 7B | 85 | .00 | N  7 | 544 |
| 20.0120 | 6WK EXPLOR FCS7 | 86 | .00 | S  1 | 544 | 53.0080 | 6WK MUSIC 7 | 80 | .00 | S  6 | 544 |
| 60.0840 | 6WK FL EXPLOR 7 | 94 | .00 | S  4 | 544 | 50.0120 | 6WK ART 7 | 86 | .00 | S  6 | 544 |
| 07.0840 | BE EXPLOR 7 | 87 | .00 | S  8 | 544 | 21.0210 | TE EXPLOR 7 | 95 | .00 | S  8 | 544 |
| | | | | | | ****** | | | | | |
| **SEM 1 1998/1999** | | | | | | **SEM 2 1998/1999** | | | | | |
| 23.0130 | LANG ARTS 8A | 89 | .00 | S 17 | 544 | 23.0130 | LANG ARTS 8B | 82 | .00 | S 24 | 544 |
| 27.0240 | PRE-ALGEBRA 8A | 82 | .00 | N  6 | 544 | 27.0240 | PRE-ALGEBRA 8B | 70 | .00 | N 17 | 544 |
| 40.0610 | INTEG SCI 8A | 84 | .00 | N  6 | 544 | 40.0610 | INTEG SCI 8B | 70 | .00 | N 17 | 544 |
| 45.0090 | GA HISTORY A | 92 | .00 | S 16 | 544 | 45.0090 | GA HISTORY B | 77 | .00 | S 24 | 544 |
| 36.0090 | PHY ED 8B | 65 | .00 | S  4 | 544 | 17.0090 | HEALTH 8A | 28 | .00 | U 12 | 544 |
| 36.0090 | PHY ED 8B | 70 | .00 | S  3 | 544 | 36.0090 | PHY ED 8B | 70 | .00 | S 10 | 544 |
| 36.0090 | PHY ED 8B | 70 | .00 | S  9 | 544 | 36.0090 | PHY ED 8B | 40 | .00 | U  4 | 544 |
| 60.0840 | 6WK SP EXPLOR 8 | 88 | .00 | S  1 | 544 | 53.0090 | 6WK MUSIC 8 | 80 | .00 | S  8 | 544 |
| 60.0810 | 6WK FR EXPLOR 8 | 82 | .00 | N  4 | 544 | 21.0210 | TE EXPLOR 8 | 83 | .00 | S  4 | 544 |
| 07.4850 | BE EXPLOR 8 | 70 | .00 | N  6 | 544 | 20.0130 | 6WK EXPLOR FCS8 | 82 | .00 | N 11 | 544 |
| | | | | | | ****** | | | | | |
| **SEM 1 1999/2000** | | | | | | **SEM 2 1999/2000** | | | | | |
| 23.0610 | LIT/COMP 9A | 67 | .00 | S | 595 | 23.0610 | LIT/COMP 9B | 86 | .50 | S 11 | 595 |
| 27.0610 | ALGEBRA I A | 73 | .50 | S 11 | 595 | 27.0610 | ALGEBRA I B | 75 | .50 | S 10 | 595 |
| 26.4120 | BIOLOGY I A | 74 | .50 | S 20 | 595 | 26.4120 | BIOLOGY I B | 81 | .50 | S 15 | 595 |
| 45.0510 | CITIZENSHIP | 53 | .00 | S 20 | 595 | 45.0710 | W GEOG A | 76 | .50 | S 16 | 595 |
| 06.4120 | BE BUS COMMUN A | 20 | .00 | U 22 | 595 | 20.4161 | COMPRE FCS IB | 72 | .50 | S  6 | 595 |
| 36.0510 | PHY ED 9 | 31 | .00 | S  3 | 595 | 17.0110 | HEALTH 9 | 98 | .50 | S  5 | 595 |
| **SUMMR 1999/2000** | | | | | | | | | | | |
| 23.0610 | LIT/COMP 9A | 96 | .50 | S  3 | 567 | | | | | | |
| 45.0510 | CITIZENSHIP | 95 | .50 | S  2 | 567 | | | | | | |
| | | | | | | ****** | | | | | |
| **SEM 1 2000/2001** | | | | | | **SEM 2 2000/2001** | | | | | |
| 23.0630 | W LIT/COMP 10A | 87 | .50 | S  4 | 595 | 23.0630 | W LIT/COMP 10B | 85 | .50 | S 17 | 595 |
| 27.0640 | ALGEBRA II GENA | 76 | .50 | S 10 | 595 | 27.0640 | ALGEBRA II GENB | 94 | .50 | S 11 | 595 |
| 40.4510 | CHEMISTRY I A | 73 | .50 | S  8 | 595 | 40.4510 | CHEMISTRY I B | 82 | .50 | S  2 | 595 |
| 45.0830 | W HISTORY A | 90 | .50 | S  5 | 595 | 45.0830 | W HISTORY B | 86 | .50 | S 14 | 595 |
| 60.0710 | BEGIN SPAN A | 77 | .50 | N  8 | 595 | 60.0710 | BEGIN SPAN B | 81 | .50 | S 11 | 595 |
| 20.4161 | COMPRE FCS IA | 78 | .50 | S  5 | 595 | 20.4290 | COMPRE FCS IIB | 78 | .50 | S 11 | 595 |
| | | | | | | ****** | | | | | |

HIGH SCHOOL WITHDRAWAL FORM
DeKalb County, Georgia, School System
James R. Hallford, Superintendent

Exhibit 3.25

Student: TAYLOR, REJON L
Address: ██████████████
ATLANTA GA 30316
Home #: ████████████ Listed
Other : ████████████ UNKNOWN Unknown
Std No.: 5506247
DOB/Age: ████ 1984 16
Diploma: COLLEGE / TECHNOLOGY

School: MCNAIR SENIOR HIGH SCHOOL
1804 BOULDERCREST RD SE
ATLANTA, GA 30316
404 241-5000

SSN : ████ -9797
Grade : 11
Units : 11.00

Parent : MS REBA TAYLOR PARENT(S)

New Address: _____

Wdrawn: 08/13/2001
Reason: TO ANOTHER SCHOOL IN GEORGIA

SUPPORT SERVICES:

SUPPLEMENTAL FILES:

=================================================================================

HOMEROOM TEACHER:  700111 HARRIS, W

1. Entry Date : 08/23/1999

Days Absent  0 Semester: 1st
08/13/2001 Through 12/21/2001

2. Chief Absence Reason: _____

3. Student Marked Not-on-Roll for rest of attendance period?  Yes ___ No ___

Homeroom Teacher's Signature: _____

=================================================================================

CLASSROOM TEACHER: (Cummulative semester grades supplied as of withdrawal date)

| Local# | State# | Local Course Name | Grd | Abs | Clear? | Instructor | Init |
|--------|--------|-------------------|-----|-----|--------|------------|------|
| EAGA0 | 60.0720019 | INTER SPAN A | ___ | ___ | ___ | BASS, K | ___ |
| BAEA1 | 27.0620019 | GEOMETRY A | ___ | ___ | ___ | JONES, D | ___ |
| CBAA0 | 40.4810019 | PHYSICS I A | ___ | ___ | ___ | BONNER, R | ___ |
| FAAA0 | 20.4150019 | COMPRE FCS IIA | ___ | ___ | ___ | SIMS, B | ___ |
| ABAA0 | 23.0510019 | AM LIT/COMP 11A | ___ | ___ | ___ | ADAMSON, J | ___ |
| DACA0 | 45.0810019 | US HIST/GOVT A | ___ | ___ | ___ | MASSEY JR., J | ___ |

=================================================================================

SCHOOL OFFICIALS: (Sign if this student is cleared with your department.)

If the receiving school does not request your official records within ten days
of withdrawal, a **Certificate of Non-Compliance** will be submitted to
revoke a 15 through 17 year old's drivers license or instructional permit.

_____
Parent/Guardian

_____
Principal

AUG 0 9 2001

_____
Cafeteria Manager

Lunchroom Charges Cleared: Yes___ No___

_____
Media Specialist

Name of Lost/Damaged Library/Media Materials

Exhibit 3.25



# ATLANTA PUBLIC SCHOOLS

G.W. CARVER COMPREHENSIVE
HIGH SCHOOL
1275 CAPITOL AVENUE, S.W.
ATLANTA, GEORGIA 30315

MR. GEORGE RUTLEDGE
PRINCIPAL

(404) 330-4108
FAX (404) 330-4154

*Our Focus... Student Success*

October 1, 2001

**McNair Senior High School**
**1804 Bouldercrest Road, S.E.**
**Atlanta, Georgia   30316**

Name: <u>Rejon Taylor</u>      Grade: <u>11th</u>
Date of Birth: █████84 has enrolled in G.W. Carver Comprehensive High School.

**Please send copies of his/her records**

1. **Cumulative record including numerical grades and attendance.**
2. **Health data and testing reports.**
3. **Special placement and reports.**
4. **Interpretations of your grading scale (Numerical to letter grade).**
5. **Any other information which may assist us in guidance and proper placement of this student.**
6. **Immunization, Birth Certificate, Ear, Dental and Vision, Social Security Card information.**
7. **Discipline Record**
8. **Georgia High School Test Scores**

**Arlene Dawson**

*Arlene Dawson/bjs*

**Registrar**

*mailed*
**OCT 0 4 2001**

**Parent permission is no longer required when authorized school personnel request records. (Family Educational Rights and Privacy Act, Final Rule on Education Records, Federal Register, June 17, 1976, 76 vol. 41, No. 118, Page 246731.)**

For school system directory information, dial 404.827.8000. The Atlanta Public School System does not discriminate on the basis of race, color, religion, sex, age, national origin, disability, veteran status, marital status, or sexual orientation in any of its employment practices, educational programs, services or activities. For additional information about nondiscrimination provisions, please contact the Office of Internal Resolution, 2930 Peachtree Road, N.W., Atlanta, Georgia 30305, 404.350.2635 (VTT).

Class of 2001
and subsequent years.

**DEKALB COUNTY SCHOOL SYSTEM**
**PROGRAM OF STUDY SELECTION/ADVISEMENT FORM**

Exhibit 3.25

STUDENT _Rejon Taylor_ , _(5506247_ HOMEROOM _0312_ DATE _2/16/01_

CAREER INTEREST _Designer/Model_ HOME TELEPHONE _____

DIPLOMA OBJECTIVE: CHECK ONE

| Technology/Career Prep Diploma | Unit | College Preparatory Diploma | Units | Special Education Diploma | College Prep/Technology Career Prep (Dual Seals) | Units |
|---|---|---|---|---|---|---|
| English | 4 | English* | 4 | Must satisfy the requirements of the student's Individual Education Plan | English* | 4 |
| Math | 3 | Math** | 4 | | Math** | 4 |
| Science | 3 | Science*** | 3 | | Science*** | 3 |
| Social Studies: | | Social Studies: | | | Social Studies: | |
| Citizenship/Economics | 1 | Citizenship/Economics | 1 | | Citizenship/Economics | 1 |
| World Studies | 1 | World Studies | 1 | | World Studies | 1 |
| American History | 1 | American History | 1 | | American History | 1 |
| Health | .5 | Health | .5 | | Health | .5 |
| Physical Education | .5 | Physical Education | .5 | | Physical Education | .5 |
| Computer Tech., Fine Arts, ROTC Career Tech, or World Lang. | 1 | World Lang. | 2 | | World Lang. | 2 |
| | | Computer Tech., and/or Fine Arts, Career Tech | 1 | | Computer Tech, Fine Arts, Career Tech or World Language | 1 |
| | | World Lang. | | | | |
| Career Tech (at least 3 of 4 units must be in one of these areas:BUS ED., FCS, TE, T&I, JROTC) | 4 | Electives | 4 | | Electives 3 of the 4 units must be in one of these areas: BUS ED., FCS, TE, T&I, JROTC | 4 |
| Electives | 3 | | | | | |
| Total | 22 | Total | 22 | | Total | 22 |
| **Technology/Career Prep w/ Distinction requires: (3.0 core GPA) and the following:** | | **College Prep w/Distinction requires (3.0 core GPA) and the following:** | | | **Dual Diploma w/Distinction (3.0 core GPA) and the following:** | |
| State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts or World Lang.) | 1 | State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts and/or World Lang.) | 2 | | State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts and/or World Lang.) | 2 |
| Elective | 1 | | | | | |
| Total | 24 | Total | 24 | | Total | 24 |
| **Technology/Career Prep w/Excellence requires: 3.5 core GPA and the above** | | **College Prep w/Excellence requires 3.5 core GPA and the above** | | | **Dual Diploma w/Excellence requires 3.5 core GPA and the above** | |

*English
Grammar/Usage/
Advanced Composition
Literature (American,
British, World)

**Math
Algebra I, Geometry
Algebra II, PreCalculus
AP Calculus, Business
Calculus, Discrete Math

***Science
Biology, Chemistry,
Physics (Preferred)
Physical Science,
Biology, Chemistry
(Preferred)
Physical Science,
Biology, Physics
Physical Science,
Biology, another
Laboratory Science

**Students Must Pass
Georgia High School
Graduation Tests in 5
Areas To Receive A
Diploma**

| SEAL OF ENDORSEMENT | | School Year _01-02_ | | | |
|---|---|---|---|---|---|
| Fine Arts Elective for Seal of Endorsement (3 of the 4 units must be in one of these areas: Instrumental Music, Vocal Music, Visual Arts) | | Subject | Course Title | Code | Teacher Initials |
| | | English | Am Lit/Comp 11 | | A IC |
| | | Math | Geom | | BEE |
| | | Science | Physics | | C DG |
| | | Social Studies | US History | | DKM |
| | | P.E-Health/Elective | Interm Span | | EDE |
| | | Elective | Home Ec II A/PE elect | | FAC |

Parent's/Guardian's Signature _____ Date _____ Alternate Elective Choice _____ Code _____

Student's Signature _____ Date _2/16_ Counselor's Signature _Mrs. Peterson_ Date _2/16/01_

White-Counselor        Canary-Registrar        Pink-Student/Parent

7440361C/999

Case 1:19-cv-00147-CLC-CHS  Document 8-25  Filed 05/15/19  Page 20 of 58  PageID #: 1321

# DEKALB COUNTY SCHOOL SYSTEM
## PROGRAM OF STUDY SELECTION/ADVISEMENT FORM

Class of 2001 and subsequent years.

**Exhibit 3.25**

STUDENT _Rejon Taylor (5506247_ HOMEROOM _0324_ DATE _12/9/99_

CAREER INTEREST _Chem/Computer Science_ HOME TELEPHONE _(4) 243-6695_

DIPLOMA OBJECTIVE: CHECK ONE

| Technology/Career Prep Diploma ☐ | | College Preparatory Diploma ☐ | | Special Education Diploma ☐ | College Prep/Technology Career Prep (Dual Seals) ☒ | |
|---|---|---|---|---|---|---|
| | **Unit** | | **Units** | | | **Units** |
| English | 4 | English* | 4 | Must satisfy the | English* | 4 |
| Math | 3 | Math** | 4 | requirements | Math** | 4 |
| Science | 3 | Science*** | 3 | of the student's | Science*** | 3 |
| Social Studies: | | Social Studies: | | Individual Education | Social Studies: | |
| Citizenship/Economics | 1 | Citizenship/Economics | 1 | Plan | Citizenship/Economics | 1 |
| World Studies | 1 | World Studies | 1 | | World Studies | 1 |
| American History | 1 | American History | 1 | | American History | 1 |
| Health | .5 | Health | .5 | | Health | .5 |
| Physical Education | .5 | Physical Education | .5 | | Physical Education | .5 |
| Computer Tech., Fine Arts, ROTC Career Tech, or World Lang. | 1 | World Lang. | 2 | | World Lang. | 2 |
| | | Computer Tech., and/or Fine Arts, Career Tech World Lang. | 1 | | Computer Tech, Fine Arts, Career Tech or World Language | 1 |
| Career Tech (at least 3 of 4 units must be in one of these areas:BUS ED., FCS, TE, T&I, JROTC) | 4 | Electives | 4 | | Electives 3 of the 4 units must be in one of these areas: BUS ED., FCS, TE, T&I, JROTC | 4 |
| Electives | 3 | | | | | |
| Total | 22 | Total | 22 | | Total | 22 |

| Technology/Career Prep w/ Distinction requires: (3.0 core GPA) and the following: ☐ | | College Prep w/Distinction requires (3.0 core GPA) and the following: ☐ | | | Dual Diploma w/Distinction (3.0 core GPA) and the following: ☐ | |
|---|---|---|---|---|---|---|
| State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts or World Lang.) | 1 | State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts and/or World Lang.) | 2 | | State Electives (from Core Courses-English Math, Science, Social Studies, Fine Arts and/or World Lang.) | 2 |
| Elective | 1 | | | | | |
| Total | 24 | Total | 24 | | Total | 24 |

| Technology/Career Prep w/Excellence requires: 3.5 core GPA and the above ☐ | College Prep w/Excellence requires 3.5 core GPA and the above ☐ | | Dual Diploma w/Excellence requires 3.5 core GPA and the above ☐ |
|---|---|---|---|

***English**
Grammar/Usage/ Advanced Composition Literature (American, British, World)

****Math**
Algebra I, Geometry Algebra II, PreCalculus AP Calculus, Business Calculus, Discrete Math

*****Science**
Biology, Chemistry, Physics (Preferred) Physical Science, Biology, Chemistry (Preferred) Physical Science, Biology, Physics Physical Science, Biology, another Laboratory Science

**Students Must Pass Georgia High School Graduation Tests in 5 Areas To Receive A Diploma**

| SEAL OF ENDORSEMENT ☐ | | School Year 2000-01 | | | |
|---|---|---|---|---|---|
| Fine Arts Elective for Seal of Endorsement (3 of the 4 units must be in one of these areas: Instrumental Music, Vocal Music, Visual Arts) | Subject | Course Title | Code | Teacher Initials | |
| | English | Comp/W Lit A | AWC | | ✓ |
| | Math | Alg II A | BEI | | ✓ |
| | Science | Phys Sci A | CCA | | ✓ |
| | Social Studies | W/History A | DKJ | | ✓ |
| | P.E-Health/Elective | Beg Sport A | EDC | | ✓ |
| | Elective | Home EC I A | FAA | | ✓ |

Parent's/Guardian's Signature _____ Date _____ Alternate Elective Choice _____ Code _____

Student's Signature _____ Date _____ Counselor's Signature _MW Peterson_ Date _12/9/99_

White-Counselor     Canary-Registrar     Pink-Student/Parent     7440361C/999

```
SCDR110              Student Request Maintenance/Inquiry      System: DEKALB
041200                      Fall Semester                     Device: H595A0065
```

Exhibit 3-25

```
Student  . . . . 5506247 TAYLOR, REJON L           Hroom  . . . .  032409
Diploma Type . . COLLEGE / TECHNOLOGY 2000          Next Grade . .  10
Location . . . . 595 MCNAIR SENIOR HIGH SCHOOL

Type options, press Enter.
  2=Edit  4=Delete  5=Display
                              Semester 1

Opt Course-Sc Course name              Len Ara AltCrs Course name
  _   AWC     W LIT/COMP 10A             1  01B
  _   BEI     ALGEBRA II GENA            1  02H
  _   CCA     PHY SCI A                  1  09
  _   DKJ     W HISTORY A                1  04B
  _   EDC     BEGIN SPAN A               1  08B
  _   FAA     COMPRE FCS IA              1  07


F3=Exit F6=Create F7=Credits F8=Diploma Type F12=Cancel
```

Exhibit 3.25

STOCKBRIDGE HIGH SCHOOL
1151 Old Conyers Road
Stockbridge, Georgia 30281



McNair Senior High School
1804 Bouldercrest Rd. S.E.
Attanta, Ga. 30316

30316+3902        |,.||.||....||...||.||...||.|.|.||....|.|||...|.||.|.|

Exhibit 3.25

Class of 2001
and subsequent years

# DeKalb County School System
## COLLEGE PREPARATORY TECHNOLOGY/CAREER PREP
### Dual Program of Study
(Requires One Year of Algebra or Its Equivalent)

Name _ReJon Taylor_  Grad. Yr. _2003_  Homeroom _317_

Post High School Plans _Actor / Model_  ☑ Excellence Endorsement  ☐ Fine Arts Endorsement

| SUBJECT | UNITS REQ. | SY _99 00_ 9th Grade | SY _00 01_ 10th Grade | SY _01 02_ 11th Grade | SY _02 03_ 12th Grade |
|---|---|---|---|---|---|
| ENGLISH | 4 | Grammar/Usage Literature | Grammar/Usage Literature | Grammar/Usage Am. Literature | Composition British Literature |
| MATH | 4 | Alg. I/Geometry | Alg. I/Geometry/ Alg. II | Geometry/Alg. II Pre Cal. | Business Calculus/ AP Calculus/ Pre Cal./Discrete Math |
| SCIENCE | 3 | Biology | Phys. Sci./Chemistry | Chemistry/Physics | |
| CITIZENSHIP | 1/2 | Citizenship | | | |
| ECONOMICS | 1/2 | | | | Economics |
| WORLD STUDIES | 1 | | World Studies | | |
| AM. HISTORY | 1 | | | Am. History | |
| WORLD LANGUAGE | 2 | | World Spanish Language | World Spanish Language | |
| HEALTH | 1/2 | Health | | | |
| P.E. | 1/2 | Physical Education | | | |
| FINE ARTS; JROTC WORLD LANG; BUS/MKTG; FCS; T&I; TECH ED | 1 | | | | Fine Arts; JROTC; World Lang: Bus/Mktg; FCS; T&I Tech Ed; |
| CAREER TECH. COURSES (AT LEAST 3 OF 4 UNITS MUST BE IN ONE OF THESE AREAS: BUS. ED., FCS, TE, T&I, JROTC) | 4 | Career Tech Course W.Geog. (1/2) French | Career Tech (1 of 3) Business Home Ec1 | Career Tech (2 of 3) Business II | Career Tech (3 of 3) (1/2 *) Business III → |

TOTAL  22

_Signature_  _3/11_
Student's Signature  Date

_Signature_
Counselor's Signature  Date

Parent(s) Signature  Date

White — Counselor  Canary — Student  7440364B/998

Exhibit 3.25

# REQUEST FOR RECORDS

Stockbridge High School
1151 Old Conyers Road
Stockbridge, GA 30281

Telephone: (770)474-8747
Fax: (770)474-4727

_TAYLOR, Be JON_
Student's Name (Last, First, Middle)

_11 th_
Grade

████ /84
Date of Birth

The student named above has enrolled in our school. Please forward all records relating to this student:

✓ Academic records(including attendance)
✓ Discipline records
✓ Grading scale/School profile
✓ Standardized test data
✓ Health records
✓ Special Education records*         (*If applicable)
✓ Gifted records*
✓ Grades earned to date of withdrawal

I hereby authorize the release of records for the above named student.

_Jayon_
Parent/Guardian

_mailed_
**AUG 2 3 2001**

Thank you,

_C. Dotson_
Counseling Department
Stockbridge High School



**Iowa Tests of Basic Skills**

NAME: TAYLOR, REJON

GRADE 6 — TEST DATE 3/97

| PERCENTILE RANK SCORES REPORTED | READING | LANGUAGE | MATH * | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | SOURCES OF INFORMATION | COMPOSITE * |
|---|---|---|---|---|---|---|---|---|
| NPR | 78 | 51 | 83 | 71 | 67 | 43 | 58 | 63 |

COMPLETE/CORE BATTERY, Key: NPR=National

I.D. No. 4305506247

---

**Iowa Tests of Basic Skills**

NAME: TAYLOR, REJON — I.D. No. 4305506247

GRADE 6, LEVEL 12, FORM K, TEST DATE 3/97, NORMS WK 03/24/92

OTHER INFORMATION, TITLE I, A B C D W X Y Z, 2

| SCORES REPORTED | READING VOCAB | READING COMPRE-HENSION | READING TOTAL | SPELLING | CAPITAL-IZATION | PUNCTU-ATION | USAGE/EXPRESS | LANG TOTAL | CONCEPTS/ESTIMATE | PROBLEMS/DATA | MATH TOTAL * | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | MAPS & DIAGRAMS | REF MAT'LS | SOURCES TOTAL | COMPOSITE * | MATH COMPU-TATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPR SS | 79248 | 76253 | 78250 | 66239 | 61239 | 47222 | 38212 | 51228 | 90263 | 64240 | 83257 | 71245 | 67244 | 43219 | 32207 | 80262 | 58234 | 63239 | 91267 |
| GE | 8 | 9 | 8 | 7 | 7 | 6 | 5 | 6 | 10 | 8 | 9 | 8 | 8 | 6 | 5 | 10 | 7 | 7 | 10 |
| NS | 7 | 6 | 7 | 6 | 6 | 4 | 5 | 6 | 8 | 7 | 7 | 6 | 4 | 4 | 5 | 7 | 6 | 6 | 8 |
| NCE | 66 | | | 59 | 56 | 44 | | 57 | 77 | 70 | 57 | 62 | 59 | 46 | 40 | 68 | 54 | 57 | 78 |

COMPLETE/CORE BATTERY, Key. GE=Grade Equivalent, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, NPR=Nat'l %ile Rank    * Includes Math Computation

---

**Iowa Tests of Basic Skills**

NAME: TAYLOR, REJON — I.D. No. 5445506247

GRADE 7, LEVEL 13, FORM K, TEST DATE 3/98, NORMS WK 03/24/92

OTHER INFORMATION, TITLE I, A B C D W X Y Z, 2

| SCORES REPORTED | READING VOCAB | READING COMPRE-HENSION | READING TOTAL | SPELLING | CAPITAL-IZATION | PUNCTU-ATION | USAGE/EXPRESS | LANG TOTAL | CONCEPTS/ESTIMATE | PROBLEMS/DATA | MATH TOTAL * | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | MAPS & DIAGRAMS | REF MAT'LS | SOURCES TOTAL | COMPOSITE * | MATH COMPU-TATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPR SS | 46235 | 44231 | 45233 | 52239 | 51239 | 74280 | 57247 | 60251 | 57243 | 66259 | 71258 | 59247 | 52240 | 47235 | 76274 | 53241 | 67258 | 57246 | 81271 |
| GE | 7⁴ | 7² | 7³ | 7⁸ | 7⁸ | 12³ | 8⁸ | 8⁸ | 8³ | 9⁷ | 9⁷ | 8⁸ | 8⁹ | 7⁸ | 11⁷ | 8¹ | 9⁸ | 8³ | 11⁴ |
| NS | 5 | 5 | 5 | 5 | 5 | 6 | 5 | 6 | 5 | 6 | 6 | 5 | 5 | 5 | 6 | 5 | 6 | 5 | 7 |
| NCE | 48 | 47 | 48 | 51 | 51 | 64 | 54 | 55 | 54 | 59 | 61 | 55 | 51 | 49 | 65 | 51 | 59 | 54 | 69 |

COMPLETE/CORE BATTERY, Key. SS=Standard Score, GE=Grade Equivalent, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, NPR=Nat'l %ile Rank    * Includes Math Computation

Exhibit 3.25

# Iowa Tests of Basic Skills

**SS-701a:**
**Individual Performance Profile**

| Student: | **TAYLOR, REJON** | | |
|---|---|---|---|
| I.D. No.: | 4305506247 | Grade: | 6 |
| Class/Group: | HOMEROOM 0301 | Level: | 12 |
| Building: | TERRY MILL ELEM | Form: | K |
| Bldg Code: | | Test Date: | 3/97 |
| System: | DEKALB | Norms: | WK 03/24/92 |
| Order No.: | 007-A7900169-00-092 | Page: | 37481 |

SS=Standard Score
GE=Grade Equivalent
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
▬▬▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | Scores | | | | | National Percentile Ranks |
|---|---|---|---|---|---|---|
| | SS | GE | NS | NCE | NPR | Low 1 · 10 · 25 · 40 50 60 · 75 · 90 · High 99 |
| Vocabulary | 248 | 8.6 | 7 | 67 | 79 | |
| Reading Comprehension | 253 | 9.1 | 6 | 65 | 76 | |
| Reading Total | 250 | 8.8 | 7 | 66 | 78 | |
| Spelling | 239 | 7.8 | 6 | 59 | 66 | |
| Capitalization | 239 | 7.8 | 6 | 56 | 61 | |
| Punctuation | 222 | 6.4 | 5 | 48 | 47 | |
| Usage & Expression | 212 | 5.7 | 4 | 44 | 38 | |
| Language Total | 228 | 6.8 | 5 | 51 | 51 | |
| Math Concepts & Estimation | 263 | 10.2 | 8 | 77 | 90 | |
| Math Probs & Data Interp. | 240 | 8.0 | 6 | 57 | 64 | |
| Math Total* | 257 | 9.6 | 7 | 70 | 83 | |
| Core Total* | 245 | 8.4 | 6 | 62 | 71 | |
| Social Studies | 244 | 8.4 | 6 | 59 | 67 | |
| Science | 219 | 6.1 | 5 | 46 | 43 | |
| Maps & Diagrams | 207 | 5.2 | 4 | 40 | 32 | |
| Reference Materials | 262 | 10.1 | 7 | 68 | 80 | |
| Sources of Info. Total | 234 | 7.3 | 5 | 54 | 58 | |
| **Composite*** | 239 | 7.7 | 6 | 57 | 63 | |
| Math Computation | 267 | 10.7 | 8 | 78 | 91 | |

*Includes Mathematics Computation

## Skills

| Total Items | N Att. | %C Student | %C Nation | Skills | Low | Avg | High |
|---|---|---|---|---|---|---|---|
| | | | | **VOCABULARY** | | | |
| 40 | 40 | 80 | 61 | Vocabulary | | | |
| | | | | **COMPREHENSION** | | | |
| 15 | 15 | 73 | 61 | Factual Meaning | | | |
| 15 | 15 | 93 | 60 | Inferential Meaning | | | |
| 14 | 14 | 71 | 61 | Evaluative Meaning | | | |
| | | | | **SPELLING** | | | |
| 22 | 22 | 73 | 61 | Root Words | | | |
| 9 | 9 | 56 | 53 | Words with Affixes | | | |
| 5 | 5 | 100 | 81 | Correct Spelling | | | |
| | | | | **CAPITALIZATION** | | | |
| 5 | 5 | 40 | 60 | Names/Titles/Dates | | | |
| 6 | 6 | 83 | 61 | Place Names | | | |
| 5 | 5 | 60 | 57 | Organizations/Groups | | | |
| 6 | 6 | 67 | 56 | Literary Conventions | | | |
| 6 | 6 | 67 | 56 | Overcap/Correct Cap | | | |
| | | | | **PUNCTUATION** | | | |
| 7 | 7 | 71 | 63 | Terminal Punctuation | | | |
| 5 | 5 | 0 | 39 | Comma | | | |
| 7 | 7 | 57 | 53 | Other Punctuatn Mrks | | | |
| 9 | 9 | 56 | 53 | Overuse/Correct Use | | | |
| | | | | **USAGE AND EXPRESSION** | | | |
| 21 | 21 | 43 | 58 | Usage | | | |
| 7 | 7 | 57 | 53 | Verb Forms | | | |
| 3 | 3 | 33 | 44 | Pronouns | | | |
| 2 | 2 | 50 | 52 | ** Modifiers | | | |
| 6 | 6 | 33 | 67 | Other Conventions | | | |
| 3 | 3 | 33 | 72 | Correct Usage | | | |
| 20 | 20 | 60 | 57 | Expression | | | |
| 5 | 5 | 80 | 58 | Concise and Clear | | | |
| 11 | 11 | 55 | 57 | Approp Language | | | |
| 4 | 4 | 50 | 56 | Organization | | | |

| Total Items | N Att. | %C Student | %C Nation | Skills | Low | Avg | High |
|---|---|---|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** | | | |
| 28 | 28 | 89 | 64 | Concepts | | | |
| 8 | 8 | 100 | 67 | Number/Operations | | | |
| 4 | 4 | 75 | 61 | Geometry | | | |
| 3 | 3 | 67 | 62 | Measurement | | | |
| 6 | 6 | 100 | 67 | Fract/Decml/Percent | | | |
| 3 | 3 | 100 | 70 | Probability/Stats | | | |
| 4 | 4 | 75 | 56 | Equations/Inequalts | | | |
| 20 | 20 | 70 | 53 | Estimation | | | |
| 8 | 8 | 100 | 56 | Standard Rounding | | | |
| 4 | 4 | 75 | 69 | Order of Magnitude | | | |
| 8 | 8 | 38 | 41 | Compensation | | | |
| | | | | **PROBLEMS & DATA INTERP** | | | |
| 18 | 18 | 61 | 52 | Problem Solving | | | |
| 2 | 2 | 50 | 82 | ** Single-Step: + & - | | | |
| 3 | 3 | 33 | 50 | Single-Step: x & ÷ | | | |
| 8 | 8 | 63 | 51 | Multiple-Step | | | |
| 5 | 5 | 80 | 45 | Prob-Solv Strategy | | | |
| 14 | 14 | 64 | 60 | Data Interpretation | | | |
| 3 | 3 | 67 | 75 | Read Amounts | | | |
| 6 | 6 | 67 | 53 | Compare Quantities | | | |
| 5 | 5 | 60 | 60 | Interprt Relatnshp | | | |
| | | | | **SOCIAL STUDIES** | | | |
| 10 | 9 | 50 | 50 | History | | | |
| 4 | 4 | 75 | 54 | Geography | | | |
| 11 | 11 | 64 | 55 | Economics | | | |
| 6 | 6 | 50 | 53 | Political Science | | | |
| 7 | 7 | 86 | 57 | Sociology & Anthro | | | |
| 4 | 4 | 50 | 52 | Related Social Sci | | | |
| | | | | **SCIENCE** | | | |
| 7 | 7 | 14 | 48 | Nature of Science | | | |
| 12 | 12 | 42 | 57 | Life Science | | | |
| 12 | 12 | 58 | 56 | Earth and Space | | | |
| 11 | 11 | 73 | 56 | Physical Sciences | | | |

| Total Items | N Att. | %C Student | %C Nation | Skills | Low | Avg | High |
|---|---|---|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** | | | |
| 12 | 12 | 33 | 49 | Map Reading | | | |
| 3 | 3 | 0 | 63 | Location/Direction | | | |
| 4 | 4 | 25 | 39 | Determine Distance | | | |
| 2 | 2 | 50 | 55 | ** Interpret Data | | | |
| 3 | 3 | 67 | 47 | Living Conditions | | | |
| 17 | 17 | 41 | 51 | Diagrams and Charts | | | |
| 4 | 4 | 25 | 50 | Locate Information | | | |
| 2 | 2 | 50 | 48 | ** Explain Relatnshps | | | |
| 8 | 8 | 50 | 50 | Infer Processes | | | |
| 3 | 3 | 33 | 57 | Compare Features | | | |
| | | | | **REFERENCE MAT'LS** | | | |
| 6 | 6 | 67 | 47 | Index | | | |
| 7 | 7 | 86 | 69 | Dictionary | | | |
| 4 | 4 | 100 | 66 | Card Catalog: Read | | | |
| 5 | 5 | 100 | 60 | Guide Words | | | |
| 5 | 5 | 60 | 47 | Key Words | | | |
| 7 | 7 | 71 | 64 | Gen Refer Materials | | | |
| | | | | **MATH COMPUTATION** | | | |
| 18 | 18 | 89 | 72 | Whole Numbers | | | |
| 12 | 12 | 92 | 55 | Fractions | | | |
| 11 | 11 | 82 | 54 | Decimals | | | |
| | | | | **THINKING SKILLS** | | | |
| 20 | 20 | 45 | 59 | Focus/Info-Gathering | | | |
| 33 | 33 | 73 | 59 | Remembering | | | |
| 73 | 73 | 75 | 60 | Organizing | | | |
| 184 | 183 | 61 | 56 | Analyzing | | | |
| 69 | 69 | 65 | 56 | Generating | | | |
| 25 | 25 | 52 | 53 | Integrate/Evaluate | | | |

** 1 and 2 item skills are not graphed

The Riverside Publishing Company    a Houghton Mifflin company    © 1993 The Riverside Publishing Company. All rights reserved.

Exhibit 3.25

Exhibit 3.25

# Interpreting Service 12a,
## Individual Performance Profile

The *Individual Performance Profile* displays detailed achievement test results. The report is for use by parents, teachers, and students. Scores reported are from the *Iowa Tests of Basic Skills (ITBS)*, the *Tests of Achievement and Proficiency (TAP)*, or the *Iowa Tests of Educational Development (ITED)*. Each student is tested on only one of these test batteries.

1. All three *ITBS* Batteries (Complete, Core, and Survey) measure student achievement for kindergarten through grade 9 in reading, language, and mathematics. The Complete Battery also includes tests in social studies, science, and sources of information beginning at grade 1, and in listening and word analysis at the primary grades.

2. The *TAP* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

3. The *ITED* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

An *Individual Performance Profile* sample report for Brian Rogers is pictured for the *ITBS*. Reports for the *TAP* and *ITED* are similar. In the upper right-hand section of the report, scores are printed for the tests, totals, and composite. On this report, grade equivalents (GE), national stanines (NS), and national percentile ranks (NPR) are shown. Student reports in other school systems may contain different

kinds of scores. Both grade equivalents and standard scores (SS) are general indicators of a student's level of development. Stanines are clusters of percentile ranks that range from 1 up to 9. National percentile ranks and stanines indicate how a student compares with other students in the nation in his or her grade. Brian's national percentile rank of 84 in Spelling shows that his score was higher than the scores of about 84 percent of fifth-grade students in the nation.

The graph of national percentile ranks to the right of the scores allows a quick comparison of the student's performance in different areas relative to one another.

In the bottom portion of the report, skill performance in each test area is described by scores and a bar graph. Look at Brian's sample report below. In the middle part, there is a listing of the skills in the Math Concepts & Estimation test. One skill, called "Number/Operations", has nine questions, and Brian attempted all nine. His percent-correct score, 78, means that he answered 78 percent of the questions on this skill correctly. The typical fifth-grade student in the nation answered 71 percent of these questions right. The bar graph shows Brian's approximate percentile rank for each skill score. The "Low" range covers percentile ranks between 1 and 25, the "Avg" range is from the 26th to the 74th, and the "High" range is the 75th through the 99th. Even though Brian's percentile rank for this skill is not printed with his other scores, the bar graph shows that it is just above the middle, around the 60th. That is, his percent-correct score (which is 78) is higher than the scores of about 60 percent of fifth-grade students in the nation on that skill.

When the Survey Battery has been given, a brief narrative at the bottom of this report describes the student's performance.

Iowa Tests of Basic Skills — Service 12a, Individual Performance Profile sample report for ROGERS, BRYAN.

Exhibit 3.25

# Teacher Recommendation and Registration Sheet
## Class of 2003 Registration

**Student Name** _TAYLOR, REJON_

(LAST)                                    (FIRST)                                    (MI)

**Name of Parents** _____

**Address** _____ **Phone**_____

## English
| | | |
|---|---|---|
| Language Arts 8 | _____ (ANA) | Level _____ |
| Adv. Language Arts 8 | _____ (ANC) | Level _____ |
| Language Arts 8 (S) | _____ (ARE) | Level _____ |
| Language Arts / ESOL | _____ (ANQ) | Level _____ |

## Math
Pre Algebra 8 _____ (BCC)
Algebra I Gen. _____ (BCE)
Algebra I Adv. _____ (BCG)
Mathematics 8 (S) _____ (BRE)

## Science
Integrated Science 8 _____ (CBG)
Integrated Science 8 (S) _____ (CRE)

## Social Studies
GA History _____ (DKD)
Impact GA History _____ (DVE)
GA History (S) _____ (DRE)

## Health / PE _____ (JAA)
## Health (S) _____ (JRI)

## Elective (Choose ONE)

**\* These are full year courses. You are making a commitment for the entire year.**

| | | | | |
|---|---|---|---|---|
| **\*Band** | _____ Circle One: | Beg (LDA) | Inter (LDD) | Adv (LDG) |
| **\*Chorus** | _____ (LEV) | | | |
| **\*Strings** | _____ Circle One: | Beg (LCA) | Inter (LCD) | Adv (LCG) |
| **\*Spanish I** | _____ (EDS) | | | |
| **\*French I** | _____ (EAS) | | | |
| **\*Art** | _____ (KAD) | | | |

Six Weeks Exploratory ___✓___ (MDR)
Decision Making (S) _____ (MSC)
Flex Study Skills (S) _____ (MSB)

**Please sign and return this form to homeroom teacher.**

Parent Signature                              Student Signature

# STANDARDIZED TEST RECORD

## DeKALB COUNTY SCHOOL SYSTEM — DeKALB COUNTY, GEORGIA

Name_____

| Name of Test | Form | Date | Grade | C. A. | | | | |
|---|---|---|---|---|---|---|---|---|

**NAME** TAYLOR, REJON  **I.D. No.** 5445506247  **Iowa Tests of Basic Skills**  | GRADE 8 | LEVEL 14 | FORM M | TEST DATE 3/99 | NORMS WK 03/24/92 | OTHER INFORMATION 595 | TITLE I N N Y | A B C D W X Y Z 2 |

| SCORES REPORTED | READING | | | | LANGUAGE | | | | | MATHEMATICS | | | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | SOURCES OF INFORMATION | | | COMPOSITE * | | MATH COMPU-TATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOCAB | COMPRE-HENSION | TOTAL | | SPELLING | CAPITAL-IZATION | PUNCTU-ATION | USAGE/EXPRESS | TOTAL | CONCEPTS/ESTIMATE | PROBLEMS/DATA | TOTAL * | | | | MAPS & DIAGRAMS | REF MAT'LS | TOTAL | | | |
| NPR SS | 24226 | 55254 | 41240 | | 48247 | 59263 | 42236 | 52251 | 50249 | 59257 | 63266 | 65264 | 52251 | 64267 | 68271 | | | | | | 68269 |
| GE | 67 | 92 | 79 | | 86 | 101 | 76 | 89 | 87 | 95 | 105 | 104 | 89 | 105 | 113 | | | | | | -109 |
| NS | 4 | 5 | 5 | | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | 6 |
| NCE | 35 | 52 | 45 | | 49 | 55 | 45 | 51 | 50 | 55 | 57 | 58 | 51 | 58 | 60 | | | | | | 60 |

COMPLETE/CORE BATTERY, Key: SS=Standard Score, GE=Grade Equivalent, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, NPR=Nat'l %ile Rank  * Includes Math Computation

**NAME** TAYLOR, REJON  **Iowa Tests of Basic Skills**  | GRADE 8 | TEST DATE 3/99 |

| PERCENTILE RANK SCORES REPORTED | READING | LANGUAGE | MATH * | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | SOURCES OF INFORMATION | COMPOSITE * |
|---|---|---|---|---|---|---|---|---|
| NPR | 41 | 50 | 65 | 52 | 64 | 68 | | |

COMPLETE/CORE BATTERY, Key: NPR=National  * Includes Math Computation

Case 1:19-cv-00147-CLC-CHS   Document 3-25   Filed 05/15/19   Page 30 of 58
PageID #: 1331

0329

Exhibit 3.25

I-11-69

# Career Achievement Portfolio (CAP)

## Personal Information

Name _ReJon Taylor_

Address ███████████████ 

_Atlanta Georgia 30316_

Parent/Guardian Name _Reba Taylor_

Social Security Number _____

Birthdate ████/84     Birthplace _Atlanta_

### Educational History

| Name of School | City/State |
|---|---|
| **Elementary School(s)** | |
| Whitefoord / Parkinson | Dec. Ga /Atl. Ga |
| Smoke Rise / Terry Mill | Stone Mtn / Dec Ga |
| **Middle School(s)** | |
| Mc Nair | |
| **High School(s)/ Vocational School(s)** | |
| | |

## CONTENTS

### Required
- Career Planner
- Educational Planner
- Career Skills Builder
  - Results of Career Interest Surveys and Assessments
  - Results of Achievement and Ability Assessments
  - Results of ITBS

### Recommended
- Vocational Competency Test Results (If Applicable)
- College and/or Postsecondary Admission Test Results (If applicable)
- Completed Job Application
- Student's Resume
- Letters of Recommendation
- Other Items Deemed Appropriate

## CAREER ACHIEVEMENT PORTFOLIO

### Assessment Results (Academic, Interest, Etc.)

| NAME OF INSTRUMENT | GRADE | RESULTS |
|---|---|---|
| Caps and Caps/GEIS | 6th | ✓ |
| | | |
| | | |

## After High School I Plan to:

8th  9th  10th  11th  12th

| 8th | 9th | 10th | 11th | 12th |
|---|---|---|---|---|
| ✓ | | | | |
| | ✓ | | | |
| | | | | |
| | | | | |
| | | | | |

1. Work full-time
2. Work part-time and attend school.
3. Attend college full-time.
4. Attend technical post-secondary school.
5. Enter the military as a career.

The information I have given on this form indicates that I will be selecting courses that are primarily:

| | 8 | 9 | 10 | 11 |
|---|---|---|---|---|
| College Path | ☐ | ☐ | ☐ | ☐ |
| Career/Technology | ☐ | ☐ | ☐ | ☐ |
| Dual | ☒ | ☒ | ☐ | ☐ |

### Approval of plan

| | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|
| Student | RT | RT | | | |
| Parent | | | | | |
| Councelor | ✓ | ✓ | | | |
| Teacher | | | | | |

Exhibit 3.25

This folder is yours. It will be kept for you in the school file. When you graduate or transfer to another school, you will take this file with you. What you record in this file will help you complete your educational and career plans and goals. It will also assist you in completing job application forms and resumes. You do not have to fill in any information that

_Taylor, Rejon L._

# Career Skills Builder
## School-Based Learning

Use this activity to help ensure that you have the skills to develop educational plans and career goals. When you demonstrate specific skills, both you and an adult (your counselor, teacher, or parent) will initial them. Keep this form in your Individual Career Plan folder so you can assess your skills each year.

**Adult  Student**
*(please initial)*

- ☐ ☐ I have reviewed (and changed, if needed) my Career and Educational Planners (9_____) (10_____) (11_____).
- ☐ ☐ I know my interests and work traits.
- ☐ ☐ I know and can describe my academic strengths.
- ☐ ☐ I know how to locate and use career information resources.
- ☐ ☐ I understand various career clusters.
- ☐ ☐ I can describe the educational programs available to me.
- ☐ ☐ I know the high school graduation requirements.
- ☐ ☐ I know how to plan for long-range goals.
- ☐ ☐ I have discussed my current educational plans and career goals with my parents and a counselor/teacher.
- ☐ ☐ I am in a course of study that leads to my career goals.
- ☐ ☐ I can identify local job opportunities.
- ☐ ☐ I can identify job-seeking and application skills.
- ☐ ☐ I have discussed my post-high school plan with my parents and a counselor/teacher.
- ☐ ☐ I have taken action on my post-high school plan.

## Connecting Activities

Listed below are five competencies employers want students to have. Use this activity to describe your abilities to perform school-to-work competencies (skills). As you demonstrate specific skills, write a brief description in the appropriate space.

**Resources:** Identifies, organizes, plans, and allocates resources _____

_____

_____

_____

**Interpersonal:** Works with others _____

_____

_____

_____

**Information:** Acquires and uses information _____

_____

School

Exhibit 3.25

**Technology:** Works with a variety of technologies _____

## Work-Based Learning
Use this activity to identify a plan and/or to record work-based experiences that relate to your career goal.
As you write a brief description in the appropriate space, indicate whether it is a goal or an actual experience.

**Job shadowing:** _____

**Mentoring** _____

**Internship** _____

**Service Learning** _____

**On-the-Job Training** _____

**Other** _____

Functional Work Skills

Exhibit 3.25 ▶ Work

Exhibit 3.25

# Career Planner

Planning will help you enter and succeed in a career. Begin your career planning by completing the statements below. Since our career plans may change over time, you will have a chance to complete this form again each year. After completing this form, go on to the Educational Planner.

| | 8th School Year 98/99 | 9th School Year _____ | 10th School Year_____ | 11th School Year_____ |
|---|---|---|---|---|
| My career goals are to | be ar actor | | | |
| My interests, skills and knowledge supporting my career goals are | I'm good in making people laugh | | | |
| To fulfill my career goals, I will need additional skills and knowledge in | acting | | | |
| I will obtain the additional skills and knowledge by taking part in the following educational activities: | Plays talent show | | | |
| I will need a degree, certification and/or specialized training in | specilized training | | | |

# Educational Planner

This form will help you decide on the most appropriate educational plan to help you reach your career goals. You will have the opportunity to review your educational plan annually and make any needed changes.

| | 9th Subject | 10th Subject | 11th Subject |
|---|---|---|---|
| English | | | |
| Math | | | |
| Science | See Enclosed | | |
| Social Studies | | | |
| Health | | | |
| Physical Education | | | |
| Foreign Language | | | |
| Fine Arts | | | |
| Career Technology | | | |
| | | | |

is the policy of the Board of Education of the DeKalb School System, that educational activities, employment, rograms, and services are offered without regard to race, color, national origin, sex, religion, handicap or age.

440301/998

DeKalb County Board of Education
Office of Internal Affairs
3770 N. Decatur Road
Decatur, Georgia 30032





CERTIFIED MAIL

7007 0710 0003 0680 0795

William H. Ortwein
1010 Market Street, Suite 306
Chattanooga, TN 37402

Exhibit 3.25

Exhibit 3.25

Dannie Reed
**Associate Superintendent**



Crawford Lewis, Ph.D.
**Superintendent**

### DEKALB COUNTY SCHOOL SYSTEM

Department of Student Relations, 5823 Memorial Dr., Stone Mountain, Georgia 30083   Phone (678) 676-1811

# CERTIFICATION PAGE

**RE:  Rejon Taylor v. DeKalb County Board of Education**

This is to certify that the record and transcript forwarded to your office for Rejon T.  are true and correct.

Mr. John W. Elmore
Director
Student Relations

June 20, 2005

Exhibit 3.25

*Ortwein & Ortwein, P.C.*

William H. Ortwein
Lee Ortwein *
*ALSO LICENSED IN GA

A Professional Corporation
Attorneys and Counselors-At-Law
1010 Market Street, Suite 306
Chattanooga, TN 37402

Telephone (423) 265-0296
Fax: (423) 265-0903
E-Mail: OrtLaw@aol.com

June 6, 2005

Mr. Stan Hawkins, Esquire
Weekes and Candler
150 East Ponce de Leon Avenue
Suite 300
Decatur, GA 30030

Re: *United States v. Rejon Taylor*
    Eastern District of Tennessee
    1:04-cr-160

Dear Mr. Hawkins:

Thank you for responding and providing me with the certified records relative to the above-captioned individual, which consisted of the courses he took, his grades and the discipline which he suffered. I had already obtained these records from the school system with a simple authorization from Mr. Taylor. The records which I am in need of consist of other matters such as reports from counselors, as well as any further detail notes and information regarding his education and discipline which may be in possession of the school system.

It would be appreciated if you would secure those records for me in addition to those you kindly provided. In the event it is necessary due to school policy for me to issue another Rule 17(c) subpoena from the Federal Court, please advise and I shall proceed to do so.

Your assistance in this matter is greatly appreciated.

Very truly yours,

William H. Ortwein, Esquire
Ortwein & Ortwein, P.C.

WHO/rh

```
DISR226                    Student Incident History        System: 2205 P 595
060905                                                      Device: A756A005S1
```

Exhibit 3-25

```
Student . . 5506247  TAYLOR, REJON L
Type option, press Enter.
  2=Edit  4=Delete  5=Display  6=Parent Report  7=Exclude  9=Tribunal Data

Opt  Inc #       Date    Offense             Disposition          Sch   Exc
     0168010  2000/01/13 Failure to Follow In Out-of-School Suspen 595
_    0155849  1999/12/02 Cutting Class        Out-of-School Suspen 595
_    0155356  1999/11/01 Disrespect to School In-School Suspension 595
_    0131942  1999/06/07 Failure to Follow In Warned/Discussed     544
_    0131844  1999/05/25 Failure to Follow In Detention 3-day      544
_    0116708  1999/03/30 Disrespect to School Detention 3-day      544
_    0116172  1999/03/16 Disrespect to School Detention 3-day      544
_    0094315  1999/01/08 School Disturbance w Out-of-School Suspen 544
_    0082621  1998/11/06 Bus Misconduct       In-School Suspension 544
_    0078422  1998/10/20 Fighting             Out-of-School Suspen 544
_    0075831  1998/10/14 Disrespect to School Detention 3-day      544
_    0075567  1998/10/06 Bus Misconduct       Warned/Discussed     544
_    0072073  1998/09/18 Bus Misconduct       Bus Suspension 3-day 544
                                                                     More ...
F3=Exit to menu    F5=Refresh    F6=Add    F12=Cancel   (T)=Tribunal Data
```

Student . . 5506247  TAYLOR, REJON L
Type option, press Enter.
  2=Edit  4=Delete  5=Display  6=Parent Report  7=Exclude  9=Tribunal Data

```
Opt  Inc #      Date      Offense              Disposition            Sch   Exc
_    0058135  1998/05/26 Classroom or School  In-School Suspension   544
_    0054882  1998/05/11 Threaten School Pers Out-of-School Suspen   544
_    0048560  1998/03/30 Failure to Follow In In-School Suspension   544
_    0025580  1997/12/15 Failure to Follow In In-School Suspension   544
_    0020643  1997/12/03 Classroom or School  In-School Suspension   544
_    0009012  1997/10/22 Failure to Follow In Detention 1-day        544
```

                                                              Bottom
F3=Exit to menu    F5=Refresh    F6=Add    F12=Cancel   (T)=Tribunal Data

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 595 MCN HS Incidnt# 0168010
Lead Offense(F4) 3103 Failure to Follow In Date. . 1/13/2000 Time  1:30 IEP N
Othr Offense(F4) 1109 Classroom or School  3107 Failure to Serve ISS
                                                                        (+)
Dispositions(F4) 4002 Out-of-School Suspen
                                                                        (+)
Location Typ(F4) 1    On campus/Sch ground   Phone .
Context. . .(F4) 1    During school hours     Other1.
Administratr(F4) PRIESTER M                   Other2.
Referred by (F4) COHEN S                      Other3.
Exclude days . .
Parental Contact Made . . . . . Y (Y/N)   Method of Contact . . letter/phone
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative refuse to stop talking during class


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L            Sch(F4)  595 MCN HS  Incidnt# 0155849
Lead Offense(F4) 3101 Cutting Class          Date. .  12/02/1999 Time  1:55 IEP N
Othr Offense(F4)
                                                                          (+)
Dispositions(F4)  4002 Out-of-School Suspen
                                                                          (+)
Location Typ(F4) 1    On campus/Sch ground      Phone .  ████████████████
Context. . .(F4) 1    During school hours       Other1.  ████████████████
Administratr(F4) PRIESTER M                     Other2.  ████████████████
Referred by (F4) COHEN S                        Other3.  ████████████████
Exclude days . .
Parental Contact Made . . . . Y (Y/N)   Method of Contact . . LETTER/PHONE
Outside Agency Involved . . . N (Y/N)   Agency Name . . . . .

Narrative LEFT CAMPUS WITHOUT PERMISSION


F3=Exit    F12=Cancel
Management Information Services  v1.1                      (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L           Sch(F4) 595 MCN HS Incidnt# 0155356
Lead Offense(F4) 1202 Disrespect to School Date. . 11/01/1999 Time  1:45 IEP N
Othr Offense(F4) 1109 Classroom or School
                                                                          (+)
Dispositions(F4) 3003 In-School Suspension
                                                                          (+)
Location Typ(F4) 1    On campus/Sch ground     Phone .
Context. . .(F4) 1    During school hours       Other1.
Administratr(F4) PRIESTER M                     Other2.
Referred by (F4) COHEN S                        Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)    Method of Contact . . letter/phone
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L            Sch(F4) 544 MJHS     Incidnt# 0131942
Lead Offense(F4) 3103 Failure to Follow In Date. .  6/07/1999 Time 10:50 IEP N
Othr Offense(F4)
                                                                              (+)
Dispositions(F4) 1001 Warned/Discussed
                                                                              (+)
Location Typ(F4) 1     On campus/Sch ground       Phone .
Context. . .(F4) 1      During school hours        Other1.
Administratr(F4) KITCHENS R                         Other2.
Referred by (F4) GARY S                             Other3. ████████
Exclude days . .
Parental Contact Made . . . . N (Y/N)      Method of Contact . .
Outside Agency Involved . . . N (Y/N)      Agency Name . . . . .

Narrative Rejon refused to stop wrighting on the table


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L        Sch(F4) 544 MJHS    Incidnt# 0131844
Lead Offense(F4) 3103 Failure to Follow In Date. .  5/25/1999 Time      IEP N
Othr Offense(F4)

                                                                      (+)
Dispositions(F4) 2103 Detention 3-day                      .

                                                                      (+)
Location Typ(F4) 1                      Phone .
Context. . .(F4) 1                      Other1.
Administratr(F4)                        Other2.
Referred by (F4)                        Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)   Method of Contact . . telephone
Outside Agency Involved . . . N (Y/N)   Agency Name . . . . .

Narrative


F3=Exit    F12=Cancel
Management Information Services  v1.1

                                                      (c) 1996, CCPS +

Exhibit 3.25

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0116708
Lead Offense(F4) 1202 Disrespect to School Date. . 3/30/1999 Time 12:35 IEP N
Othr Offense(F4) 3103 Failure to Follow In 1109 Classroom or School
                                                                         (+)
Dispositions(F4) 2103 Detention 3-day
                                                                         (+)
Location Typ(F4) 1    On campus/Sch ground   Phone .
Context. . .(F4) 1    During school hours     Other1.
Administratr(F4) KITCHENS R                   Other2.
Referred by (F4) GARY S                       Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)    Method of Contact . .
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative Refused to sit down


F3=Exit     F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L              Sch(F4) 544 MJHS    Incidnt# 0116172
Lead Offense(F4) 1202 Disrespect to School Date. .  3/16/1999 Time 11:30 IEP N
Othr Offense(F4) 3103 Failure to Follow In
                                                                              (+)
Dispositions(F4) 2103 Detention 3-day
                                                                              (+)
Location Typ(F4) 1    On campus/Sch ground      Phone .
Context. . .(F4) 1    During school hours        Other1.
Administratr(F4) KITCHENS R                      Other2.
Referred by (F4) HOKE M                          Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)    Method of Contact . .
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative Rejon was rude and refused to follow instructions


F3=Exit     F12=Cancel
Management Information Services  v1.1                          (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0094315
Lead Offense(F4) 3120 School Disturbance w Date. . 1/08/1999 Time 12:45 IEP N
Othr Offense(F4) 1202 Disrespect to School 3103 Failure to Follow In
                                                                      (+)
Dispositions(F4) 4003 Out-of-School Suspen
                                                                      (+)
Location Typ(F4) 1    On campus/Sch ground      Phone .
Context. . .(F4) 1    During school hours        Other1.
Administratr(F4) KITCHENS R                      Other2.
Referred by (F4) HILL W                          Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)     Method of Contact . . telephone
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative Rejon was throwing food in the cafeteria


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

**Student#** 5506247 TAYLOR, REJON L            **Sch(F4)** 544 MJHS    **Incidnt#** 0082621
**Lead Offense(F4)** 1108 Bus Misconduct       **Date.** . 11/06/1998 **Time**  7:30 **IEP** N
**Othr Offense(F4)**

                                                                          (+)
**Dispositions(F4)** 3003 In-School Suspension

                                                                          (+)
**Location Typ(F4)** 1    On campus/Sch ground       **Phone** .
**Context.** . .**(F4)** 1    During school hours       **Other1**.
**Administratr(F4)** KITCHENS R                       **Other2**.
**Referred by (F4)** KITCHENS R                       **Other3**.
**Exclude days** . .
**Parental Contact Made** . . . . Y (Y/N)    **Method of Contact** . . left message
**Outside Agency Involved** . . . N (Y/N)    **Agency Name** . . . . .

**Narrative** Rejon exited through the emergency door of the bus


**F3=Exit**    **F12=Cancel**
Management Information Services  v1.1                    (c) 1996, CCPS

Exhibit 3-25

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L              Sch(F4) 544 MJHS    Incidnt# 0078422
Lead Offense(F4) 2102 Fighting                Date. . 10/20/1998 Time  1:25 IEP N
Othr Offense(F4)
                                                                              (+)
Dispositions(F4) 4003 Out-of-School Suspen
                                                                              (+)
Location Typ(F4) 1                           Phone .  ██████████████
Context. . .(F4) 1                           Other1.  ██████████████
Administratr(F4)                             Other2.  ██████████████
Referred by (F4)                             Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)   Method of Contact . . telephone
Outside Agency Involved . . . N (Y/N)   Agency Name . . . . .

Narrative Confrontation with Raynette Vail.


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS +

Exhibit 325

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0075831
Lead Offense(F4) 1202 Disrespect to School Date. . 10/14/1998 Time  2:00 IEP N
Othr Offense(F4) 3103 Failure to Follow In 1109 Classroom or School
                                                                            (+)
Dispositions(F4) 2103 Detention 3-day
                                                                            (+)
Location Typ(F4) 1    On campus/Sch ground    Phone .
Context. . .(F4) 1    During school hours      Other1.
Administratr(F4) KITCHENS R                    Other2.
Referred by (F4) KITCHENS R                    Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)    Method of Contact . .
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative Rejon was rude, refused to follow instructions and disrupted the
          class

F3=Exit    F12=Cancel
Management Information Services  v1.1                      (c) 1996, CCPS

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L           Sch(F4) 544 MJHS    Incidnt# 0075567
Lead Offense(F4) 1108 Bus Misconduct       Date. . 10/06/1998 Time  3:30 IEP N
Othr Offense(F4)
                                                                          (+)
Dispositions(F4) 1001 Warned/Discussed
                                                                          (+)
Location Typ(F4) 3    Transportation schl   Phone .
Context. . .(F4) 1    During school hours    Other1.
Administratr(F4) KITCHENS R                  Other2.
Referred by (F4) KITCHENS R                  Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)    Method of Contact . .
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative Rejon would not sit down on the school bus


F3=Exit     F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS

Case 1:19-cv-00147-CLC-CHS    Document 3-25    Filed 05/15/19    Page 51 of 58
                              PageID #: 1352

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L              Sch(F4) 544 MJHS    Incidnt# 0072073
Lead Offense(F4) 1108 Bus Misconduct          Date. .  9/18/1998 Time  8:00 IEP N
Othr Offense(F4)
                                                                              (+)
Dispositions(F4) 5003 Bus Suspension 3-day
                                                                              (+)
Location Typ(F4) 1                            Phone .
Context. . .(F4) 1                            Other1.
Administratr(F4)                              Other2.
Referred by (F4)                              Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)    Method of Contact . . TELEPHONE
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative JUMPED OFF THE BACK OF THE BUS.


F3=Exit    F12=Cancel
Management Information Services  v1.1                          (c) 1996, CCPS +

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0058135
Lead Offense(F4) 1109 Classroom or School  Date. .  5/26/1998 Time  9:30 IEP N
Othr Offense(F4) 3103 Failure to Follow In
                                                                        (+)
Dispositions(F4) 3003 In-School Suspension
                                                                        (+)
Location Typ(F4) 1                          Phone .
Context. . .(F4) 1                          Other1.
Administratr(F4) DUNSON H                   Other2.
Referred by (F4)                            Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)    Method of Contact . .
Outside Agency Involved . . . N (Y/N)    Agency Name . . . . .

Narrative Rejon disrupted the class


F3=Exit    F12=Cancel
Management Information Services  v1.1              (c) 1996, CCPS +

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L        Sch(F4) 544 MJHS    Incidnt# 0054882
Lead Offense(F4) 4201 Threaten School Pers Date. . 5/11/1998 Time  2:30 IEP N
Othr Offense(F4)

                                                                            (+)
Dispositions(F4) 4003 Out-of-School Suspen
                                                                            (+)
Location Typ(F4) 1                      Phone .  ███████████
Context. . .(F4) 1                      Other1.  ███████████
Administratr(F4) STEWART R              Other2.  ███████████
Referred by (F4)                        Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)   Method of Contact . . left message
Outside Agency Involved . . . N (Y/N)   Agency Name . . . . .

Narrative Rejon pushed a student into Mrs. Gruber twice.


F3=Exit    F12=Cancel
Management Information Services  v1.1                    (c) 1996, CCPS +

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L              Sch(F4) 544 MJHS    Incidnt# 0048560
Lead Offense(F4) 3103 Failure to Follow In Date. .  3/30/1998 Time  9:10 IEP N
Othr Offense(F4)
                                                                            (+)
Dispositions(F4) 3003 In-School Suspension
                                                                            (+)
Location Typ(F4) 1                              Phone .
Context. . .(F4) 1                              Other1.
Administratr(F4) DUNSON H                       Other2.
Referred by (F4)                                Other3.
Exclude days . .
Parental Contact Made . . . . N (Y/N)     Method of Contact . .
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative Rejon would not do sit-ups in class


F3=Exit    F12=Cancel
Management Information Services  v1.1                        (c) 1996, CCPS +

Exhibit 325

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0025580
Lead Offense(F4) 3103 Failure to Follow In Date. . 12/15/1997 Time 10:40 IEP N
Othr Offense(F4)
                                                                        (+)
Dispositions(F4) 3003 In-School Suspension
                                                                        (+)
Location Typ(F4) 1                        Phone .  ████████████
Context. . .(F4) 1                        Other1. ████████████
Administratr(F4)                          Other2. ████████████
Referred by (F4)                          Other3. ████████████
Exclude days . .
Parental Contact Made . . . . . Y (Y/N)   Method of Contact . . TELEPHONE
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative


F3=Exit     F12=Cancel
Management Information Services   v1.1                    (c) 1996, CCPS +

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS    Incidnt# 0020643
Lead Offense(F4) 1109 Classroom or School Date. . 12/03/1997 Time  8:40 IEP N
Othr Offense(F4)
                                                                         (+)
Dispositions(F4) 3002 In-School Suspension
                                                                         (+)
Location Typ(F4) 1                        Phone .  ███████████████████
Context. . .(F4) 1                        Other1.  ███████████████████
Administratr(F4) DUNSON H                 Other2.  ███████████████████
Referred by (F4)                          Other3.  ███████████████████
Exclude days . .
Parental Contact Made . . . . . Y (Y/N)   Method of Contact . . telephone
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative Rejon created a classroom disturbance.


F3=Exit    F12=Cancel
Management Information Services  v1.1                         (c) 1996, CCPS +

Use PgUp/PgDn to view additional incidents.

Student# 5506247 TAYLOR, REJON L          Sch(F4) 544 MJHS   Incidnt# 0009012
Lead Offense(F4) 3103 Failure to Follow In Date. . 10/22/1997 Time        IEP N
Othr Offense(F4)

                                                                          (+)
Dispositions(F4) 2101 Detention 1-day

                                                                          (+)
Location Typ(F4) 1                        Phone .
Context. . .(F4) 1                        Other1.
Administratr(F4)                          Other2.
Referred by (F4)                          Other3.
Exclude days . .
Parental Contact Made . . . . Y (Y/N)     Method of Contact . . TELEPHONE
Outside Agency Involved . . . N (Y/N)     Agency Name . . . . .

Narrative


F3=Exit      F12=Cancel
Management Information Services  v1.1                      (c) 1996, CCPS +