Exhibit 3.26

## Rejon Taylor: Intergenerational Health Stressors

| Mental Health and Disorders -- | Alcohol and Narcotics Abuse -- | Diabetes -- | High Blood Pressure, Heart Disease, and Hypertension -- | Other Serious Health Issues -- | Violence -- | Incarceration -- | Early Death -- |
|---|---|---|---|---|---|---|---|
| **Maternal** | **Maternal** | **Maternal** | **Maternal** | **Maternal** | **Maternal** | **Maternal** | **Maternal** |
| **Reba Taylor (mother)** – Symptoms of Depression | **Edward Gatlin (cousin)** – alcohol use | **Reba Taylor (mother)** | **Reba Taylor (mother)** – High blood pressure; hypertension | **Reba Taylor (mother)** – high cholesterol; glaucoma; hemorrhoids **Eva Williams (grandmother)** – Alzheimer's Disease | **Reba Taylor (mother)** – physically and emotionally abused by John Taylor; physically abused by Cecil Anderson | **Edward Joseph Gatlin (cousin)** | **Reba Taylor (mother)** – died at age 61 |
| **Tameka Shepard (sister)** – Symptoms of Depression | **Joseph Anthony Gatlin (uncle)** – alcohol and narcotics use | **Fecilia Gatlin (in-law)** | **Tameka Shepard (sister)** – unspecified heart condition | | | **Michael Thomas (cousin)** | **Yvonne Smith (cousin)** – died from liver cancer in her mid 50's – 60's |
| **Edward Joseph Gatlin (cousin)** – Bipolar Disorder | **Leonard Gatlin Jr. (cousin)** – alcohol, died from alcoholism | **Peggy Welch (cousin)** | **Eva Williams (grandmother)** – high blood pressure | | **Tameka Shepard (sister)** – experienced domestic abuse from boyfriend | **Paternal** | **Sharon Hurst (cousin)** – died of a heart disease at 37 |
| **Leonard Gatlin Jr. (cousin)** – Symptoms of Depression | **Leonard Gatlin Sr. (uncle)** – alcoholism | **Felisha Gatlin (cousin)** | **Felicia Gatlin (in-law)** – died from congestive heart failure | **Anna Belle Williams (great-grandmother)** – Alzheimer's Disease | **Eva Williams (grandmother)** – abused by male she was involved with | **Johnny Taylor (father)** | **Dennis Williams (cousin)** – murdered, November 2000 at age XX |
| **Cynthia Williams (cousin)** – Unspecified Mental Illness | **Paternal** | **Leonard Gatlin Sr. (uncle)** | **Sharon Hurst (cousin)** -heart disease | **Peggy Welch (cousin)** – cancer | **Anna Belle Williams (great-grandmother)** – whipped children and great grandchildren | **John Taylor (brother)** | **Cecil Anderson (mother's ex-boyfriend)** —murdered at age 36 |
| **Katrina Williams (cousin)** – Unspecified Mental Illness | **Johnny Taylor (father)** – narcotics abuse | **Rosa Pat Moss (cousin)** | **Leonard Gatlin Sr. (uncle)** – heart problems, high blood pressure, emphysema | **Yvonne Smith (cousin)** – liver cancer | **Leonard Gatlin (uncle)** – physically and verbally abusive | **Michael Eberhart (in-law)** – incarcerated for murdering wife Betty Taylor | **Leonard Gatlin, Jr. (cousin)** – cirrhosis of the liver at age 52 |
| **Paternal** | **Tom Taylor (grandfather)** – alcoholism | **Yolanda Gooden (cousin)** | **Stanley Gatlin (uncle)** – high blood pressure, hypertension | **Leonard Gatlin Jr. (cousin)** – kidney failure; seizures; migraines; cirrhosis of the liver; hepatitis | **Tonya Walton (aunt)** – experienced domestic abuse | **Saadia Heflin (cousin)** | **Peggy Welch (cousin)** – died of cancer at age 52 |
| **Johnny Taylor (father)** – Unspecified Mental Illness | **Willie Adams Coplien (uncle)** – alcohol, died from alcoholism | **Sharon Hurst (cousin)** | **Anna Belle Williams (great-grandmother)** – congestive heart failure, coronary artery disease, high blood pressure | **Paternal** | **Dennis Williams (cousin)** – murdered, November 2000 | | **Shalandria Welch Williams (cousin)** - suicide at age 27 |
| **Erica Gould (cousin)** – Schizophrenia | **Herman Lee Walton (in-law)** – alcoholism and narcotics abuse | **Marcy Moss (cousin)** | **Joseph Gatlin (uncle)** – unspecified heart condition | **Charlie Copeland (uncle)** –Parkinson's disease | **Pearl Gatlin (cousin)** – raped | | **Paternal** |
| **Saadia Heflin (cousin)** – PTSD | **Joseph Smith (in-law)** – alcoholism | **Sonya Moss (cousin)** | **Yolanda Gooden (cousin)** – high blood pressure | **Willie Adams Coplien (uncle)** - cirrhosis of the liver | **Cecil Anderson (mother's ex-boyfriend)** — stabbed to death | | **Betty Taylor (aunt)** – murdered by her husband at age 35 |
| **Vanessa Heflin (cousin)** – Unspecified Mental Illness, including anxiety and panic attacks | **Vanessa Heflin (cousin)** – alcohol and narcotics use | **Paternal** | **Rosa Pat Moss (cousin)** – high blood pressure | **Vanessa Heflin (cousin)** – syphilis | **Ramon Shepard (in-law)** – gunshot wounds | | **Barbara Heflin (aunt)** – died at age 56 |
| | | **Barbara Heflin (aunt)** | **Marcy Moss (cousin)** – high blood pressure | | **Tobias Gatlin (cousin)** – whipped with extension cords by parent | | **Willie Adams Coplien (uncle)** - cirrhosis of the liver at age 49 |
| | | **Vanessa Heflin (cousin)** | **Sonya Moss (cousin)** – high blood pressure | | **Paternal** | | **Mark Turner (cousin)** – murdered, at age 37 |
| | | **Walter Taylor (uncle)** | **Tuawanna Walton (cousin)** – high blood pressure | | **John Taylor (father)** – whipped by mother, physically and emotionally abusive to Reba Taylor | | |
| | | | **Paternal** | | **Betty Taylor (aunt)** – murdered by husband, experienced domestic violence | | |
| | | | **Addie Copeland (grandmother)** – high blood pressure | | **Cousin Beatrice's husband Maron (in-law)** – abuse of children (tied boys over stove by ankles, beatings) | | |
| | | | **Barbara Heflin (aunt)** – high blood pressure, high cholesterol, blood clots | | **Vanessa Heflin (cousin)** – emotionally and physically abused by mother, experienced domestic violence, raped | | |
| | | | **Lisa Taylor (aunt)** – high cholesterol | | **Saadia Hefflin (cousin)** – emotionally and physically abused by mother, experienced domestic violence | | |
| | | | **Vanessa Heflin (cousin)** – high blood pressure | | | | |