9/10/01                    WITHDRAWAL FORM                    Exhibit 3.27

STOCKBRIDGE SENIOR HIGH                    PRC POSTED          ____
1151 OLD CONYERS ROAD                      SCH CARD PULLED     ____
ETS# - 112830                              GRADE REC DELETED   ✓
STOCKBRIDGE      GA      30281             REG DELETED         ✓
770-474-8747                               HR ROLL DELETED     ✓
                                           WD CODE             W32

ID#:  60086   NAME: TAYLOR, RE JON L.      FTE #: 100000259679797   BIRTHDATE : ███/1984   AGE : 16

DATE ENTERED :08/14/2001    DATE WITHDRAWN : 9/10/01   REASON : Moving - No Reason

| PER | COURSE/SECTION | TEACHER | ROOM | 1ST 6 WEEKS | 2ND 6 WEEKS | DAYS ABSENT | GRADE TO DATE | BOOK RET'D | MONIES OWED | TEACHER SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5850 01 SCIENCE,TECHNOLOGY SOC | SAWAYA, FRED | 914T | | | 11 | — | yes | | H. |
| 2 | 1272 02 THEATRE ARTS IA | THROWER, GAYLE | 308 | | | | 80 | ✓ | — | GThro |
| 3 | 6552 07 US HISTORY A | COLLINS, JACK | 401 | | | 8 | 50 | yes | — | |
| 4 | 4643 04 GEOMETRY A | MCCAULEY, KELLIE | 214 | | | | 55 | yes | — | |
| 5 | 1533 10 SPANISH IIA | ROSADO, ALBERTO | 112 | | | 8 | 19 | yes | No | |
| 6 | 3702 03 ENGLISH IIIA2 | HEBERT, JOY | 115 | | | 7 | 58 | yes | | |

LIBRARY : _____

OFFICE : Kevin Dorsett

COUNSELOR : 000

HR SECTION/ADVISOR : 385 DO-   SAWAYA, FRED           ROOM 914T   _____


                                        _____
                                        ATTENDANCE OFFICE

# HENRY COUNTY SCHOOLS

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Taylor, | ReJon | L |

| DATE OF BIRTH YR. | 84 | MONTH | ███████ | BIRTH CERT. NO. | | PLACE OF BIRTH | |
|---|---|---|---|---|---|---|---|

| FATHER'S NAME | | PHONE | OCCUPATION |
|---|---|---|---|
| MOTHER'S NAME | | PHONE | OCCUPATION |

| GUARDIAN | RELATIONSHIP |
|---|---|

| ADDRESS | CITY |
|---|---|

## 9 TH GRADE 99 TO 20 00

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng. I | | 67 | | | | 86 | | .5 |
| Alg. I | | 73 | | | | 75 | | 1.0 |
| Biology | | 74 | | | | 81 | | 1.0 |
| Civis/Geog | 53 | | | | | 76 | | .5 |
| P.Fit/Health | 31 | | | | | 98 | | .5 |
| Trans Bus. | 20 | | | | | 72 | | .5 |

DAYS TARDY
DAYS ABSENT

cNair H. TOTAL UNITS — 4.0

## 9 TH GRADE - 20 TO 20 00 Summer

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng IA | | | 96 | | | | | .5 |
| Civics | | | 95 | | | | | .5 |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## 10TH GRADE - 2000 TO 20 01

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng. II | | | 87 | | | 85 | | 1.0 |
| Alg. II | | | 76 | | | 94 | | 1.0 |
| Chemistry | | | 73 | | | 82 | | 1.0 |
| Wor. Hist. | | | 90 | | | 86 | | 1.0 |
| Spanish I | | | 77 | | | 81 | | 1.0 |
| Fam/Con Sci I | | | 78 | | | 78 | | 1.0 |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS — 6.0

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT

TOTAL UNITS

## EXTRA-CURRICULUM RECORD

| DATE | GRD | ACTIVITY | OFFICE(S) |
|---|---|---|---|
| | | | |

## TEST DATA

| DATE OF GRADUATION |
|---|
| # IN CLASS   RANK |
| HIGH SCHOOL AVERAGE |
| COLLEGE ENTERED |

STUDENT PERMANENT RECORD   USE "PERMANENT" TYPE BLACK INK ONLY   HENRY COUNTY SCHOOLS

Exhibit 3.27

Georgia Department of Human Resources
## SCHOOL CERTIFICATE OF IMMUNIZATION

Child's Name _De Gyn Jayfer_     Birthdate _███ '84_

Parent's Name _____

Date of Certification _1/8/98_

This certificate is to be used ONLY to certify that a child has met the immunization requirements for attending OR to certify a medical exemption. The requirements are spelled out on the back of this form. Please review before completing the certification.

| VACCINE | TOTAL # DOSES | DATE | DATE | DATE | DATE | DATE | DAT |
|---|---|---|---|---|---|---|---|
| DTP | 5 | 11 15 84 | 1 17 85 | 5 13 85 | 3 24 87 | 2 7 90 | |
| Ped DT | | | | | | | |
| Adult Td | | | | | | | |
| OPV | 4 | 11 15 84 | 1 17 85 | 3 24 87 | 2 7 90 | | |
| IPV | | | | | | | |
| MMR | 2 | 12 27 85 | 1 22 96 | | | | |
| Measles | | | | | | | |
| Mumps | | | | | | | |
| Rubella | | | | | | | |

MEDICAL EXEMPTION:
_____
_____
_____

_H1B 3/24/89_     _dose B 1/8/98_

Printed, Typed
or Stamped Name
and Address

Certified by _____     Signature of Licensed Physician
                                              (See Reverse Side for Minimum Standards)

Date of Signature _1/8/98_

County Health Department _____

Health Center

Certified by _____     Date _____

Older revisions of this form already on file for children in school should not be replaced.

Form 3032 (Rev. 10-90)

Exhibit 3.27

2001 | LEGEND

stockbridge high school | back to square one

Exhibit 3.27







Faculty

And

Staff





172

*Faculty & Staff*



Exhibit 3.27









Hilda Adams


Linda Allen


Ana Arnold


Joyce Atkinson


Emma Atterberry


Regina Babb



Melissa Bell


Nancy Bivins


Alan Blount


Tom Boutwell


Janet Brock


Gena Brown

Faculty

Exhibit 3.27

| | | | | | |
|---|---|---|---|---|---|
| Lillie Brown | Pamela Brown | Daniel Burchfield | Sherae Cannon | Amy Childers | Mishawne Clark |
| Jack Collins | Andy Cooper | Tanya Costa | Terry Creamer | Bernice Crump | Cynthia Dearing |
| Jared Dickey | Bert Dollar | Carol Dotson | Carolyn Douglas | Mindy Duckworth | Geeger Dunson |
| Kenya Gatson | Charles Gooch | Ann Grantham | Mike Guman | Dorothy Harrison | Joy Hebert |
| Jennie Henck | Michael Hobgood | Tonya Holmes | Richard Holton | Brenda Howard | Angel Howell |

Babb

a Brown

Designed by: Meredi



Exhibit 3.27

Mark Jones    Kathy Kelly-George    Elizabeth Kenny    Patricia Koehler    Karl Koenig    Sandra Lambert

Jan Lee    Linda Lewis    Jeff Lin    Neil Maddock    Michael Martin    Sheri Mc Clelland

Dot Mc Donald    Sarah Miller    Linda Moak    Shannon Mocyk    Isiah Moore    Derrick Mosley

Lourdes Nieves    Margaret Overhuls    Beth Painter    Ryan Parejko    Carol Paulicelli    Jane Penland

Joe Plymel    Hazel Poss    Jacquelyn Puckett    Rosetta Riddle    Karen Robbins    Karen Robertson

Exhibit 3.27

Joanna Sammons　　Tammy Sanders　　Sevi Sapp　　Donna Scoggins　　Pam Sims　　Kristen Slay

Linda Steele　　Debbie Steiner　　Nancy Thibault　　Neisa Thornton　　Gayle Thower　　Sherry Tribby

Rachel Visintainer　　Sandy Voelkel　　Cynthia Walker　　Retha Walton　　Leslie Wantland　　Ellen Warren

Eric Watson　　Dannu Webbi　　Patricia White　　Susan White　　Jim Williams　　Rex Winn

Joanne Witzl　　Janice Work　　Gerri Wright

Designed by: Meredith Bat