# Exhibit 3.28
The Atlanta Constitution · Wed, Nov 20, 1996 · Page 21

https://www.newspapers.com/image/403445659

Downloaded on May 13, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.

