VOID COPY (repeated watermark across document)

# STATE OF GEORGIA — CERTIFICATE OF LIVE BIRTH

TYPE OR PRINT IN PERMANENT BLACK OR BLUE-BLACK INK

SEP 2 8 1984

Local File Number: 003020  
State File Number: 110-8

Exhibit 3.30

**CHILD**

| CHILD'S NAME FIRST | MIDDLE | LAST | SEX | DATE OF BIRTH (Mo., Day, Year) | TIME OF BIRTH |
|---|---|---|---|---|---|
| 1. ReJon | Llwellyn | TAYLOR | 2. Male | ▮ 1984 | 2:42 A.M. |

| THIS BIRTH (Single, Twin, Triplet, Etc.) | IF NOT SINGLE BIRTH, SPECIFY BIRTH ORDER | CITY, TOWN, OR LOCATION OF BIRTH |
|---|---|---|
| 4a. Single | | 5a. Decatur, Georgia |

| HOSPITAL NAME (If not Hospital, give Street and Number) | | COUNTY OF BIRTH |
|---|---|---|
| 5a. DeKalb General Hospital | 1720 | 5c. DeKalb 044 |

**MOTHER**

| MOTHER (MAIDEN NAME) FIRST | MIDDLE | LAST | AGE (At time of this birth) | DATE OF BIRTH (Mo., Day, Year) | STATE OF BIRTH (If not U.S.A. name Country) |
|---|---|---|---|---|---|
| 6a. Reba | LaRue | Gatlin | 6b. 28 | ▮ 1956 | 6d. Georgia 11 |

| RESIDENCE — STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER OF RESIDENCE |
|---|---|---|---|
| 7a. Georgia 11 | 7b. DeKalb 044 | 7c. Atlanta 035 | 7d. ▮ |

| MOTHER'S MAILING ADDRESS — IF SAME AS ABOVE, ENTER ZIP CODE | INSIDE CITY LIMITS? (Yes or No) |
|---|---|
| 8. 30316 | 7e. Yes |

**FATHER**

| FATHER'S NAME FIRST | MIDDLE | LAST | AGE (At time of this birth) | DATE OF BIRTH (Mo., Day, Year) | STATE OF BIRTH (If not U.S.A. name Country) |
|---|---|---|---|---|---|
| 9a. John | L | Taylor | 9b. 30 | ▮ 1954 | Georgia 11 |

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

| (Signature of Parent or other Informant) 10a. *Reba Taylor* | RELATION TO CHILD 10b. *mother* |
|---|---|

**CERTIFIER**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.

| (Signature) 11a. *[signature] M.D.* | DATE SIGNED (Mo., Day, Year) 11b. 9/15/84 | 11c. (Name) | ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) 11d. (Title) |
|---|---|---|---|

| CERTIFIER — NAME AND TITLE (Type or Print) 11e. Donald Mansfield, M.D. | CERTIFIER — MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) 11f. ▮ |
|---|---|

**REGISTRAR**

| REGISTRAR (Signature) 12a. *[signature]* | DATE RECEIVED BY LOCAL REGISTRAR (Mo., Day, Year) 12b. 9-18-84 |
|---|---|

Form 3801 (Rev. 8-83) DEPARTMENT OF HUMAN RESOURCES, VITAL RECORDS SERVICE

STATE COPY