UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                          )
                                       )
        Petitioner,                    )
                                       )
v.                                     )      No.:   1:19-CV-147-CLC-CHS
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Respondent.                    )

## O R D E R

Petitioner Rejon Taylor ("Petitioner"), a prisoner in federal custody confined under a sentence of death, has now filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Counsel for Petitioner has filed an unopposed Motion for Leave to File Documents Under Seal and *Ex Parte* [Doc. 2].  Good cause having been shown, the Motion [Doc. 2] is hereby **GRANTED**.

Counsel for Petitioner and Respondent are hereby **ORDERED** to appear for an in-person scheduling and case management conference on **August 20, 2019** at **1:00 p.m. EST** before United States District Judge Curtis L. Collier, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**