IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

UNITED STATES OF AMERICA,⁣ )
)
*Plaintiff/Respondent,* )
)
v. ) Case No. 1:19-cv-00147-CLC
)
REJON TAYLOR, )
)
*Defendant/Movant.* )

---

Unopposed Motion to Reset Status Conference

---

Rejon Taylor, through counsel, moves this Honorable Court to reset the status conference currently set for August 20, 2019 to November 4, 2019 at 1:00 PM. In support of this motion, Mr. Taylor states the following:

1. Mr. Taylor stands convicted of carjacking resulting in death in violation of 18 U.S.C. §2119; firearms murder during and in relation to carjacking in violation of 18 U.S.C. §924(c); kidnapping resulting in death in violation of 18 U.S.C. §1201; firearms murder during and in relation to kidnapping in violation of 18 U.S.C. § 924 (c).The Jury was instructed that it should enter a single aggregate sentencing verdict. This Honorable Court sentenced Mr. Taylor to a single sentence of death in accordance with the jury's verdict. No other sentence was entered.

2. On May 14, 2019, Mr. Taylor filed his motion for collateral relief pursuant to 28 U.S.C. 2255. Doc. 1. Mr. Taylor raised a number of claims relating to his

capital conviction and sentences, including that his conviction under counts 2 and 4 were unconstitutional under the United States Supreme Court's decisions in *Johnson v. United States*, 135 S.Ct. 2552, 2557-58 (2015) and *Sessions v. Dimaya*, 138 S.Ct. 1204 (2018). Doc.1, p. 187. Mr. Taylor cited the pending case of *United States v. Maurice Davis and Andre Glover*, Case No. 16-10330 as support for his claim. *Id.*

3. On June 24, 2019, the United States Supreme Court entered its decision in *Davis*. The Court found that the residual clause of 18 U.S.C. 94 © is unconstitutionally vague under due process and separation of powers principles. *United States v. Davis,* 139 S.Ct. 2319 (2019).

4. Following the Court's decision in *Davis*, counsel for Mr. Taylor and the government have conferred regarding the potential impact of *Davis* on Mr. Taylor's capital sentence. The parties agree that additional time is necessary for the government to consider its position of the impact of *Davis* on Mr. Taylor's capital convictions and singular capital sentence.

5. The parties have conferred and request that the Court reset the status conference in this case to November 4, 2019 at 1:00 PM. This continuance will allow the government time to research and assess its position. The parties agree that the interests of justice and judicial economy will be served by this extension.

WHEREFORE, the motion should be granted.

Dated: August 12, 2019

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org

/s/ Patricia Okonta
Patricia Okonta
Skadden Fellow
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
pokonta@naacpldf.org


*Counsel for Movant Rejon Taylor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

<div style="margin-left:40%">

<u>/s/ Kelley J. Henry</u>
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org

</div>