UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                           )
                                        )
          Petitioner,                   )
                                        )
v.                                      )     No.:   1:19-CV-147-CLC-CHS
                                        )
UNITED STATES OF AMERICA,               )
                                        )
          Respondent.                   )

## O R D E R

Petitioner Rejon Taylor ("Petitioner"), a prisoner in federal custody confined under a sentence of death, has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The undersigned previously ordered counsel for both parties to appear for an in-person scheduling and case management conference on August 20, 2019 [Doc. 31]. Petitioner has now filed an unopposed Motion to reschedule the status conference, indicating that both parties have agreed that additional time is necessary for Respondent to research and assess its position with respect to the potential impact of a recent Supreme Court decision on Petitioner's capital conviction(s) and sentence [Doc. 34 (discussing *United States v. Davis*, 139 S. Ct. 2319 (2019), which found the residual clause of 18 U.S.C. § 924(c) to be unconstitutionally vague)].

The Court finds good cause to **GRANT** Petitioner's Motion [Doc. 34]. Counsel for Petitioner and Respondent are hereby **ORDERED** to appear for in-person scheduling and case management conference on **November 4, 2019** at **1:00 p.m. EST** before United States District Judge Curtis L. Collier, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**