IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent,* | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00147-CLC |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| *Defendant/Movant.* | ) | |

---

### Unopposed Motion to Reset Status Conference

---

Rejon Taylor, through counsel, moves this Honorable Court to reset the status conference currently set for November 4, 2019. In support of this motion, Mr. Taylor states the following:

1. By previous agreement of counsel, this Court set a status conference in this case for November 4, 2019 at 1:00 PM.

2. Unfortunately, an unforeseen professional conflict arose on October 29, 2019 that will prevent lead counsel Kelley Henry from attending the status conference on November 4. The conflict was unforeseen and is unavoidable.

3. Upon learning of this conflict, Ms. Henry immediately contacted counsel for the Government by email to ask their position on resetting the date. Assistant United States Attorney Steve Neff advised Ms. Henry by email that the Government did not oppose resetting the scheduling conference to a new date.

4. Ms. Henry wishes to apologize to the Court for any inconvenience to the Court, its staff, and opposing counsel.

WHEREFORE, the motion should be granted.

Dated: October 30, 2019

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org

/s/ Patricia Okonta
Patricia Okonta
Skadden Fellow
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006

Tel: (212) 965-2200
Fax: (212) 226-7592
pokonta@naacpldf.org

*Counsel for Movant Rejon Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public Defender, Capital Habeas Unit
Office of the Federal Public Defender for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org