UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                          )
                                       )
        Petitioner,                    )
                                       )
v.                                     )     No.:   1:19-CV-147-CLC-CHS
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Respondent.                    )

## O R D E R

Counsel for Petitioner and Respondent are hereby **ORDERED** to appear for in-person scheduling and case management conference on **January 28, 2020** at **1:00 p.m. EST** before United States District Judge Curtis L. Collier, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**