# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☐ MOTION HEARING

☑ PRETRIAL CONFERENCE

☐ OTHER

Case No __1:19-cv-00147-CLC-CHS__  Rejon Taylor _____ v. __USA_____

PRESENT: Honorable __Curtis L. Collier_____ ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

Alexis Hoag, Amy Harwell | Kelly Henry, Patricia Okonta | Christopher Poole, Steven Neff
Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s)

_____ | Barbara Lewis | Elizabeth Coffey
Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter

PROCEEDINGS:

Status/Scheduling Conference: Movant's Brief is due by March 25, 2020 and the Government's Response is due April 24, 2020 and any Reply is due May 8, 2020. The Brief and Response page limits are 50 pages and the Reply page limit is 25 pages.

TESTIMONY BY: _____

TRIAL SET: _____

Time: __1:05__ to __1:20__          Date: __1/28/2020_____

_____ to _____

_____ to _____

_____ to _____

REV 7/14