UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

REJON TAYLOR,                          )
                                       )
        Petitioner,                    )
                                       )
v.                                     )      No.:   1:19-CV-147-CLC-CHS
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Respondent.                    )

## O R D E R

Petitioner shall file a brief on the applicability to Petitioner's case of *United States v. Davis*, __ U.S. __, 139 S. Ct. 2319 (2019), on or before **March 25, 2020**. The United States shall file a brief in response on or before **April 24, 2020**. Neither brief shall exceed fifty (50) pages. Petitioner may file a reply brief on or before **May 8, 2020**. Petitioner's reply brief shall not exceed twenty-five (25) pages.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**