IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent,* | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00147-CLC |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| *Defendant/Movant.* | ) | |

Unopposed Motion for Two Business Day Extension to File
Brief on the Applicability of *United States v. Davis*

Rejon Taylor, through counsel, moves this Honorable Court for a two business day extension of time in which to file his brief in support of the applicability of *United States v. Davis,* 139 S.Ct. 2319 (2019), to his case. In support of this motion, Mr. Taylor states the following:

1. By agreement of the parties, Mr. Taylor's brief to the Court on the applicability of *Davis* is due on Wednesday, March 25, 2020.

2. In light of logistical challenges brought on by the recent outbreak of the COVID-19 virus, counsel require additional time to finalize the draft of Mr. Taylor's brief.

3. Mr. Taylor requests a two business day extension of the current deadline. If granted, Mr. Taylor's brief would be due Monday, March 30, 2020.

4. Counsel for the Government do not oppose this motion.

WHEREFORE, the motion should be granted.

Dated: March 23, 2020.

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org

/s/ Patricia Okonta
Patricia Okonta
Skadden Fellow
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
pokonta@naacpldf.org


*Counsel for Movant Rejon Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org