**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **REJON TAYLOR,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Nos. 1:19-cv-147/1:04-cr-140** |
| **v.** | ) | |
| | ) | **Judge Collier** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS RESPONSIVE BRIEF

Comes now the United States of America through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Christopher D. Poole, and respectfully requests an extension of time within in which to file its responsive brief regarding the applicability of *United States v. Davis*, 139 S.Ct. 2319 (2019), to this case. In support of this motion, the United States would show the following:

1. The United States' responsive brief on the applicability of *Davis* is due on Friday, April 24, 2020.

2. The United States has been responding to numerous emergency motions related to the recent outbreak of the COVID-19 virus and requires additional time to prepare its brief.

3. The United States requests a one-week extension of the current deadline. If granted, the United States' brief would be due Friday, May 1, 2020.

4. The United State has contacted counsel for Mr. Taylor and been informed that counsel does not oppose this motion.

Respectfully submitted this 23rd day of April, 2020.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

 /s/ **Christopher D. Poole**
Christopher D. Poole
Assistant U.S. Attorney
1110 Market Street, Ste. 515
Chattanooga, Tennessee   37402
(423) 752-5140
Chris.Poole@USDOJ.GOV
TN BPR #019155