**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

This matter is before the Court on Respondent's Unopposed Motion for Extension of Time

to File Response/Reply [Doc. 44]. The motion [Doc. 44] is **GRANTED**. Respondent **SHALL** file

its response by Friday, May 1, 2020.

**SO ORDERED.**

**ENTER:**

**/s/**                                      
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**