| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent,* | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00147-CLC |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| *Defendant/Movant.* | ) | |

### Unopposed Motion for One Week Extension to File
### Reply Brief on the Applicability of *United States v. Davis*

Rejon Taylor, through counsel, moves this Honorable Court for a one week extension of time in which to file his brief in support of the applicability of *United States v. Davis,* 139 S.Ct. 2319 (2019), to his case. In support of this motion, Mr. Taylor states the following:

1. The government filed its responsive brief on the applicability of *Davis* on May 1, 2020. Mr. Taylor's response brief is currently due May 8, 2020.

2. In light of logistical challenges brought on by the recent outbreak of the COVID-19 virus and other professional obligations, counsel requires additional time to finalize Mr. Taylor's reply brief.

3. Mr. Taylor requests a one week extension of the current deadline. If granted, Mr. Taylor's brief would be due Monday, May 15, 2020.

4. Counsel for the Government do not oppose this motion.

WHEREFORE, the motion should be granted.

Dated: May 6, 2020.

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Practioner in Residence
Eric H. Holder Initiative for Civil &
Political Rights
Columbia Law School
435 W 116th Street, Rm 605
New York, New York 10027
Tel: (212) 854-2619
alexis.hoag@law.columbia.edu

/s/ Patricia Okonta
Patricia Okonta
Skadden Fellow
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
pokonta@naacpldf.org


*Counsel for Movant Rejon Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public Defender, Capital Habeas Unit
Office of the Federal Public Defender for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org