UNITED STATES OF AMERICA,    )
   )
   Plaintiff,    )
   )    Case No. 1:19-cv-147
   v.    )    U.S. District Judge Curtis L. Collier
   )
   )
REJON TAYLOR,    )
   )
   Defendant.    )

## JOINT RESPONSE TO COURT ORDER

The United States and Rejon Taylor, by counsel, offer the following response to this Court's order of February 17, 2021 directing the parties to state whether they have an objection to a stay of this action pending the Supreme Court's decision in *Borden v. United States*, __U.S.__, 140 S. Ct. 1262 (2020). Doc. 50. Neither party opposes a stay of the proceedings in this matter pending resolution of the *Borden* case in the United States Supreme Court.

Dated: March 3, 2021

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit

Office of the Federal Public Defender for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis Hoag
Alexis Hoag
Practitioner in Residence
Eric H. Holder Initiative for Civil & Political Rights
Columbia Law School
435 W 116th Street, Rm 605
New York, New York 10027
Tel: (212) 854-2619
alexis.hoag@law.columbia.edu

*Counsel for Movant*

FRANCIS M. HAMILTON III
Acting United States Attorney

  by:  *s/ Steven S. Neff*
      Steven S. Neff
      Assistant U.S. Attorney
      1110 Market Street, Ste. 515
      Chattanooga, Tennessee  37402
      (423) 752-5140
      steven.neff@USDOJ.GOV
      GA BPR #537187

  by:  *s/ Christopher D. Poole*
      Christopher D. Poole
      Assistant U.S. Attorney
      1110 Market Street, Ste. 515
      Chattanooga, Tennessee  37402
      (423) 752-5140
      Chris.Poole@USDOJ.GOV
      TN BPR #019155

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org