UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

REJON TAYLOR,                        )
                                     )
        Petitioner,                  )
                                     )
v.                                   )        No. 1:19-CV-147-CLC-CHS
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )

## **O R D E R**

Petitioner's 28 U.S.C. § 2255 capital habeas corpus action is before the Court on the parties' March 3, 2021, joint response to the Court's February 17, 2021, order (Doc. 50), in which the Court ordered the parties to state whether they would oppose a stay of this action pending the Supreme Court's decision in *Borden v. United States*, __U.S.__, 140 S. Ct. 1262 (2020). The parties respond that they do not oppose a stay. (Doc. 51 at 1). This action is therefore **STAYED** pending the Supreme Court's decision in *Borden*.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**