IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent,* | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00147-CLC |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| *Defendant/Movant.* | ) | |

Unopposed Motion for a 14 Day Extension to File
Brief on the Applicability of *Borden v. United States*

Rejon Taylor, through counsel, moves this Honorable Court for a 14 day extension of time in which to file his brief in support of the applicability of *Borden v. United States,* 141 S. Ct. 1817 (2021), to his case. In support of this motion, Mr. Taylor states the following:

1.      On November 1, 2021, this Court ordered the parties to submit supplemental briefs in light of the Supreme Court's decision in *Borden* and explain how this decision may have an impact on their respective positions. R. 54.

2.      In light of other professional obligations and personal health issues, counsel require additional time to finalize Mr. Taylor's reply brief.

3.      Mr. Taylor requests a 14 day extension of the current deadline. If granted, Mr. Taylor's brief would be due November 29, 2021.

4.      Counsel for the Government do not oppose this motion.

WHEREFORE, the motion should be granted.

Dated: November 8, 2021.

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Assistant Professor of Law
Brooklyn Law School
250 Joralemon Street, Rm 814
Brooklyn, NY 11201
alexis.hoag@brooklaw.edu
(718) 780-0372


*Counsel for Movant Rejon Taylor*


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2021, I electronically filed

the foregoing with the Clerk of the Court using the ECF system, which sent

notification of such filing to all counsel of record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113

2

Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org