**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is Petitioner's Motion for Extension to File Brief on the Application of *Borden v. United States*, 141 S. Ct. 1817 (2021) [Doc. 54]. On November 1, 2021, the Court ordered the parties to file supplemental briefs on *Borden*. [Doc. 53]. The Court ordered Petitioner to file his supplemental brief within fourteen days of entry of its order. [*Id*.] Petitioner's attorneys now move the Court to extend the deadline for filing Petitioner's supplemental brief to November 29, 2021 due to other professional obligations and personal health issues. [Doc. 54 at 1]. They further state that Respondent's attorneys do not oppose the motion. [*Id*.] Petitioner's motion [Doc. 54] is therefore **GRANTED**. Petitioner **SHALL** file his supplemental brief no later than November 29, 2021.

       **SO ORDERED.**

       **ENTER:**

                                **/s/**_____
                                **CURTIS L. COLLIER**
                                **UNITED STATES DISTRICT JUDGE**