IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | |
|---|---|
| REJON TAYLOR, | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| v. | )      Case No. 1:19-cv-00147-CLC |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Respondent.* | ) |

---

Unopposed Motion for One Week Extension to File
Brief on the Applicability of *Borden v. United States*

---

Rejon Taylor, through counsel, moves this Honorable Court for a one week extension of time in which to file his brief in support of the applicability of *Borden v. United States,* 141 S. Ct. 1817 (2021), to his case. In support of this motion, Mr. Taylor states the following:

1. On November 1, 2021, this Court ordered the parties to submit supplemental briefs in light of the Supreme Court's decision in *Borden* and explain how this decision may have an impact on their respective positions. R. 54.

2. This Court granted Mr. Taylor an extension on November 10, 2021, and Mr. Taylor's brief is presently due November 29, 2021. R. 55.

3. Counsel for Mr. Taylor has recently concluded a lengthy challenge to a Tennessee death row inmate's sentence that required extensive court appearances, expert consultation, and numerous, laborious pleadings.

4.      In light of that and other professional obligations, counsel require additional time to finalize Mr. Taylor's brief.

5.      Mr. Taylor requests a one week extension of the current deadline. If granted, Mr. Taylor's brief would be due December 6, 2021.

6.      Counsel for the Government do not oppose this motion.

WHEREFORE, the motion should be granted.

Dated: November 22, 2021.

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR # 028712
Assistant Professor of Law
Brooklyn Law School
250 Joralemon Street, Rm 814
Brooklyn, NY 11201
 (718) 780-0372
alexis.hoag@brooklaw.edu

*Counsel for Movant Rejon Taylor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

<u>/s/ Kelley J. Henry</u>
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org