**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR,              )
                            )
      Petitioner,        )
                            )
v.                          )      No. 1:19-cv-147-CLC-CHS
                            )
UNITED STATES OF AMERICA,  )
                            )
      Respondent.     )

## O R D E R

Before the Court is Petitioner's second Motion for Extension to File Brief on the Application of *Borden v. United States*, 141 S. Ct. 1817 (2021) [Doc. 56].  On November 1, 2021, the Court ordered the parties to file supplemental briefs on *Borden*.  [Doc. 53].  The Court ordered Petitioner to file his supplemental brief within fourteen days of entry of its order.  [*Id*.]  On November 8, 2021, Petitioner, through his attorneys, filed a motion to extend the time for filing his brief to November 29, 2021, which the Court granted.  [*See* Docs. 54, 55].

Petitioner's attorneys again move the Court to extend the deadline for filing Petitioner's supplemental brief to December 6, 2021, due to other professional obligations.  [Doc. 56 ¶ 5]. They state that Respondent's attorneys do not oppose the motion.  [*Id*. ¶ 6].  Petitioner's motion [Doc. 56] is therefore **GRANTED**.  Petitioner **SHALL** file his supplemental brief no later than **December 6, 2021**.

      **SO ORDERED.**

      **ENTER:**

                           **/s/**_____
                           **CURTIS L. COLLIER**
                           **UNITED STATES DISTRICT JUDGE**