# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

REJON TAYLOR,                          )
                                       )
                                       )
    Petitioner,               )
                                       )    **Nos. 1:19-cv-147/1:04-cr-140**
v.                                     )
                                       )    **Judge Collier**
                                       )
UNITED STATES OF AMERICA,              )
                                       )
    Respondent.               )

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS RESPONSIVE BRIEF</u>

Comes now the United States of America through Francis M. Hamilton, III, Acting United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Christopher D. Poole, and respectfully requests an extension of time within in which to file its responsive brief regarding the applicability of *Borden v. United States*, 141 S.Ct. 1817 (2021), to this case. In support of this motion, the United States would show the following:

1. The United States' responsive brief on the applicability of *Borden* is due on Monday, December 13, 2021.

2. The United States has sought and is waiting for U.S. Department of Justice guidance regarding this issue and requires additional time to prepare its brief.

3. The United States requests a one-week extension of the current deadline. If granted, the United States' brief would be due Monday, December 20, 2021.

4. The United State has contacted counsel for Mr. Taylor and been informed that counsel does not oppose this motion.

Respectfully submitted this 13th day of December, 2021.

Respectfully submitted,

FRANCIS M. HAMILTON, III
Acting United States Attorney

 /s/ **Christopher D. Poole**
Christopher D. Poole
Assistant U.S. Attorney
1110 Market Street, Ste. 515
Chattanooga, Tennessee   37402
(423) 752-5140
Chris.Poole@USDOJ.GOV
TN BPR #019155