**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **O R D E R**

Before the Court is Respondent's Motion for Extension of Time to File Its Responsive Brief on the Application of *Borden v. United States*, 141 S. Ct. 1817 (2021) [Doc. 59]. On November 1, 2021, the Court ordered the parties to file supplemental briefs on *Borden*. [Doc. 53]. After filing two unopposed motions for an extension [*see* Docs. 54, 56], Petitioner filed his supplemental brief with the Court on December 6, 2021 [Doc. 58]. Respondent's responsive brief is due on December 13, 2021. [*See* E.D. Tenn. L.R. 7.1(d)].

Respondent now moves the Court for a one-week extension to file its responsive brief. [Doc. 59 ¶ 3]. Respondent seeks an extension because "[t]he United States has sought and is waiting for U.S. Department of Justice guidance regarding this issue" and "additional time to prepare its brief" is necessary. [*Id*. ¶ 2]. In addition, Respondent indicates that Petitioner's attorneys do not oppose its motion. [*Id*. ¶ 4]. Respondent's motion [Doc. 59] is therefore **GRANTED**. Respondent **SHALL** file its supplemental brief no later than **December 20, 2021**.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**