UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
) Case No: 1:04-CR-160
v. )
) Chief Judge Curtis L. Collier
)
REJON TAYLOR )
)

## VERDICT FORM

1.  We the jury unanimously find Defendant _____ (**IS**/**IS NOT**) guilty of the offense charged in Count 1 of the Indictment, carjacking resulting in death.

2.  We the jury unanimously find Defendant _____ (**IS**/**IS NOT**) guilty of the offense charged in Count 2 of the Indictment, first degree murder by use of a firearm during and in relation to carjacking.

    **[ If you answer "is" to Question 2, then answer Question 2.A
    by placing a check or checks on the appropriate lines,
    and skip Questions 2.B.1 and 2.B.2.
    If you answer "is not" to Question 2, then skip Question 2.A
    and answer Question 2.B.1 ]**

    2.A  We the jury unanimously find the murder in Count 2 of the Indictment
    ___✓___ was committed ~~was~~ *or* during the perpetration of a kidnapping
    _____ was wilful, deliberate, malicious, and premeditated

    2.B.1  We the jury unanimously find Defendant _____ (**IS**/**IS NOT**) guilty of the lesser offense charged in Count 2 of the Indictment, second degree murder by use of a firearm during and in relation to carjacking.

    **[ If you answer "is" to Question 2.B.1, then skip 2.B.2.
    If you answer "is not" to Question 2, then answer Question 2.B.2 ]**

    2.B.2  We the jury unanimously find Defendant _____ (**IS**/**IS NOT**) guilty of the lesser offense charged in Count 2 of the Indictment, voluntary manslaughter by use of a firearm during and in relation to carjacking.

Case 1:04-cr-00160 Document 670 Filed 09/08/08 Page 1 of 2
Case 1:19-cv-00147-CLC-CHS Document 62-2 Filed 12/22/21 Page 1 of 18
PageID #: 1714

3. We the jury unanimously find Defendant _____ (IS/IS NOT) guilty of the offense charged in Count 3 of the Indictment, kidnapping resulting in death.

4. We the jury unanimously find Defendant _____ (IS/IS NOT) guilty of the offense charged in Count 4 of the Indictment, murder by use of a firearm during and in relation to kidnapping.

**[ If you answer "is" to Question 4, then answer Question 4.A
by placing a check or checks on the appropriate lines,
and skip Question 4.B.
If you answer "is not" to Question 4, then skip Question 4.A
and answer Question 4.B ]**

4.A We the jury unanimously find the murder in Count 4 of the Indictment
 ___✓___ was committed ~~was~~ during the perpetration of a kidnapping
 _____ ~~was wilful, deliberate, malicious, and premeditated~~

4.B We the jury unanimously find Defendant _____ (IS/IS NOT) guilty of the lesser offense charged in Count 4 of the Indictment, voluntary manslaughter by use of a firearm during and in relation to kidnapping.

/s/
FOREPERSON

9-8-08
DATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
) Case No: 1:04-CR-160
v. )
) Chief Judge Curtis L. Collier
)
REJON TAYLOR )
)

## SPECIAL VERDICT FORM

**We the jury unanimously find that the Government has proved beyond a reasonable doubt:**

1. **AGE OF DEFENDANT**

    Defendant was eighteen years of age or older at the time of the offense.
    __✓__ Yes    _____ No

> **[ If you answer "Yes" to Question 1, then continue to Question 2.**
> **If you answer "No" to Question 1, then skip to Question 7. ]**



## 2. REQUISITE MENTAL STATE

Defendant intentionally killed the victim.
___✓___ Yes      _____ No

Defendant intentionally inflicted serious bodily injury that resulted in the death of the victim.
___✓___ Yes      _____ No

Defendant intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act, which directly resulted in the death of Guy Luck.
___✓___ Yes      _____ No

Defendant intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Guy Luck died as a direct result of the act.
___✓___ Yes      _____ No

**[ If you answer "Yes" to one or more parts of Question 2, then continue to Question 3. If you answer "No" to all parts of Question 2, then skip to Question 7. ]**

## 3. STATUTORY AGGRAVATING FACTORS

The death, or injury resulting in death, occurred during the commission of kidnaping.
___✓___ Yes      _____ No

Defendant committed the murder after substantial planning and premeditation to cause the death of Guy Luck.
___✓___ Yes      _____ No

**[ If you answer "Yes" to one or both parts of Question 3, then continue to Question 4. If you answer "No" to both parts of Question 4, then skip to Question 7. ]**

2



## 4. NON-STATUTORY AGGRAVATING FACTORS

Defendant attempted to escape from a detention facility in Chattanooga, Tennessee, on April 14, 2006, and that this factor tends to support imposition of the death penalty.
_____ Yes     __✓__ No

Defendant would be a danger in the future to the lives and safety of other persons, and that this factor tends to support imposition of the death penalty.
__✓__ Yes     _____ No

Defendant caused injury, harm, and loss to Guy Luck, and his family and friends, and that this factor tends to support imposition of the death penalty.
_____ Yes     __✓__ No

**[ Continue to Question 5 ]**

3



## 5. MITIGATING FACTORS

A finding with respect to a mitigating factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such a factor established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established. Further, any juror may also weigh a mitigating factor found by another juror, even if he or she did not also find that factor to be mitigating:

Defendant has alleged the following mitigating factors. For each, indicate in the space provided the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence.

### A. Alternative sentence

1.  If he is not sentenced to death, Rejon Taylor will be incarcerated for the rest of his life in a federal prison with no possibility of release.
    Number of jurors who so find __12__

### B. Circumstances of the crime

2.  There was a struggle for a gun before Guy Luck was shot.
    Number of jurors who so find __O__

3.  While there is sufficient evidence of Rejon Taylor's guilt, the evidence does not establish Rejon Taylor's guilt of the capital crime of intentionally killing Guy Luck with sufficient certainty to justify imposition of a sentence of death.
    Number of jurors who so find __O__

4.  While there is sufficient evidence of Rejon Taylor's guilt, the contradictory statements of the government's witnesses does not remove all doubt.
    Number of jurors who so find __O__

5.  There is no scientific or physical evidence, such as DNA, showing whether Rejon Taylor or Sir Jack Matthews killed Guy Luck.
    Number of jurors who so find __O__

### C. Relative culpability

6.  Sir Jack Matthews will not be sentenced to death for his role in the murder of Guy Luck, despite his history of violence.
    Number of jurors who so find __O__

4



7. Joey Marshall, who was involved in the escape attempt, will not be sentenced to death for his role in the murder of Mr. Luck.
Number of jurors who so find __0__

8. The government's plea bargains with Sir Jack Matthews and Joey Marshall weigh against imposition of a death sentence upon Rejon Taylor.
Number of jurors who so find __0__

D. Background of Rejon Taylor

9. Rejon Taylor was subjected to neglect as a child.
Number of jurors who so find __0__

10. Rejon Taylor was exposed to violence within the home as a child.
Number of jurors who so find __9__

11. Rejon Taylor's father subjected him to emotional abuse.
Number of jurors who so find __12__

12. Rejon Taylor's parents were inadequate.
Number of jurors who so find __12__

13. Rejon Taylor lacked positive male role models in his family. His father was in prison for most of Rejon's life and his older brother also served time in prison and was involved in criminal behavior.
Number of jurors who so find __12__

E. Character of Rejon Taylor

14. Rejon Taylor was 18 years old at the time of Guy Luck's death.
Number of jurors who so find __12__

15. At the age of 18, a person has not fully matured.
Number of jurors who so find __1__

16. Rejon Taylor has never before been convicted of a crime.
Number of jurors who so find __12__

17. Rejon Taylor had no prior history of violent criminal conduct.
Number of jurors who so find __0__

5



18. Although not a defense to murder, Rejon Taylor's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of law was impaired by his brain's immaturity.
Number of jurors who so find _0_

19. Rejon Taylor was immature and lacked the emotional development and decision-making abilities that would be expected in a mature adult.
Number of jurors who so find _2_

20. Although not a defense to murder, at the time of Guy Luck's death, Rejon Taylor was acting under mental or emotional disturbance.
Number of jurors who so find _0_

21. Rejon Taylor has shown kindness and concern for other people in his community.
Number of jurors who so find _5_

22. Rejon Taylor conducted himself appropriately during the trial.
Number of jurors who so find _0_

23. Rejon Taylor has a positive relationship with his defense team.
Number of jurors who so find _12_

24. Rejon Taylor's life has value.
Number of jurors who so find _12_

25. After the shooting, Rejon Taylor was remorseful.
Number of jurors who so find _0_

F. Future adaptation to prison

26. While incarcerated at the Hamilton County Jail, Rejon Taylor participated in GED classes.
Number of jurors who so find _12_

27. While incarcerated at the Hamilton County Jail, Rejon Taylor participated in religious programs.
Number of jurors who so find _12_

28. While incarcerated at the Hamilton County Jail, Rejon Taylor encouraged others to study the Bible.
Number of jurors who so find _12_

6

Case 1:19-cv-00147-CLC-CHS Document 760 Filed 10/24/08 Page 13 of 18 PageID #: 1726

Case 1:19-cv-00147-CCC-HS Document 76 Filed 10/24/08 Page 12 of 16 Page 14 of 18
PageID #: 1727

29. Other than the escape attempt, Rejon Taylor has shown respect for the staff at the Hamilton County Jail.
Number of jurors who so find _0_

30. Rejon Taylor was influenced to become involved in an escape by older, more criminally experienced, inmates.
Number of jurors who so find _3_

31. Although two officers were hurt in the escape attempt, Mr. Taylor did not hurt anyone.
Number of jurors who so find _12_

32. Rejon Taylor responds well to structured environments. He would likely make a good adaptation to prison if he were sentenced to life imprisonment.
Number of jurors who so find _0_

G. Other factors

33. Other factors in Rejon Taylor's childhood, background or character mitigate against imposition of a death sentence.
Number of jurors who so find _0_

34. Other factors suggest that life in prison without release is the more appropriate sentence. (One or more jurors should write in what the factor is):

_____

Number of jurors who so find ____

_____

Number of jurors who so find ____

_____

Number of jurors who so find ____

**[ Continue to Question 6 ]**

7

Case 1:19-cv-01047-GLC-CHS Document 760 Filed 10/24/08/22/21 Page 13 of 16 Page 15 of 18 PageID #: 1728



6. **DETERMINATION**

Based upon consideration of whether the aggravating factor or factors found to exist sufficiently outweigh any mitigating factor or factors found to exist:

We determine, by unanimous vote, that the sentence to be imposed shall be:

\_\_\_\_\_ Life imprisonment without possibility of release.

\_X\_\_ Death.

**[ Continue to Question 7 ]**

7. **CERTIFICATION**

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same determination regarding a sentence for the crime or crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendant, or the victims.

Signed by all twelve jurors.

Signatures redacted per Court.

Date: *10-21-08*

s/ _____

FOREPERSON

*10-21-08*

DATE

8

Case 1:19-cv-00147-CCL-60HS Document 760 Filed 10/24/08 2/20/21 15 Page 17 of 18 PageID #: 1730

