UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| REJON TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 1:19-cv-147-CLC-CHS |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

This case is before the Court on *sua sponte* review of the record. On March 9, 2021, the Court stayed this action pending the Supreme Court's decision in *Borden v. United States*, 140 S. Ct. 1262 (2020) (granting *certiorari* in part), in anticipation that it may be relevant to the Court's ruling on Petitioner's *Davis* claim.[1] [Doc. 52; *see also* Doc. 50]. The Supreme Court has since rendered its decision in *Borden*, and this Court recently denied Petitioner's *Davis* claim. [Doc. 63]. The stay, therefore, is no longer necessary. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay.

In addition, the parties are hereby **ORDERED** to appear before the Court for an in-person scheduling and case management conference on **August 25, 2022,** at **2:00 p.m. Eastern Standard Time** at the Joel W. Solomon Federal Building, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

---

[1] *See United States v. Davis*, 139 S. Ct. 2319 (2019) (holding that the residual clause under 18 U.S.C. § 924(c) is unconstitutional).

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**