IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent,* | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00147-CLC |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| *Defendant/Movant.* | ) | |

Unopposed Motion to Reset Status Conference
(Corrected)[1]

Rejon Taylor, through counsel, moves this Honorable Court to reset the

status conference currently set for August 25, 2022. In support of this motion, Mr.

Taylor states the following:

1. This Court has scheduled a status conference for August 25, 2022 for the

   purpose of setting a schedule in light of the Court's ruling that *Borden v.*

   *United States*, 141 S.Ct. 1817 (2021) does not provide an avenue of relief for

   Mr. Taylor. ECF No. 64.

2. Due to the presss of business the parties have been unable to meet and confer

   prior to the status conference. Counsel for the Government is due to be at an

   important training confernece in Knoxville on August 24 and 25, and will be

   unable to meet with undersigned in advance of the hearing. Lead counsel,

---

[1]ECF 65 was filed in error. Please disregard,

Kelley Henry, is currently out of state conducting investigation in another capital 2255 case.

3. Ms. Henry and Mr. Poole conferred by email and agreed that it would be in the interest of both parties to request that the status conference be reset.

4. Counsel for Mr. Taylor believes that addititional time is needed to permit discussion with the Government regarding the impact of the United States Supreme Court's decision in *United States v. Taylor*, 142 S.Ct. 2015 (2022). The *Taylor* opinion was issued on June 21, 2022.

5. Should this Court find that this motion is well-taken, undersigned counsel would inform the court that they are available for a status conferene on Oct. 13, 14, and 20.

6. This motion is filed in the interests of justice and judicial economy.

WHEREFORE, the motion should be granted.

Dated: August 22, 2022

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org

kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag-Fordjour, BPR # 02871
Asst. Professor of Law
Brooklyn Law School
250 Joralemon Street, Suite 814
Brooklyn, NY 11201
alexis.hoag@brooklaw.edu
(718) 780-0372


*Counsel for Movant Rejon Taylor*


## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public Defender, Capital Habeas Unit
Office of the Federal Public Defender for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org