**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR, )
)
      Petitioner, )
) No. 1:19-cv-147-CLC-CHS
v. )
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

# **O R D E R**

Before the Court are Petitioner's Unopposed Motions to Reset Status Conference [Docs. 65, 66]. Petitioner moves the Court to reset the scheduling and case management conference that is currently scheduled for August 25, 2022. [Doc. 66 at 1; *see* Doc. 64]. According to Petitioner, the parties' attorneys have been, and will be, unable to confer with each other before August 25, 2022, because Petitioner's lead attorney is out of state, and Respondent's attorneys will be in Knoxville on August 24 and August 25, 2022. [Doc. 66 ¶ 2].

Respondent does not oppose Petitioner's motion. [*Id*. at 1–2]. Accordingly, Petitioner's motion [Doc. 66] is **GRANTED**. The parties are hereby **ORDERED** to appear before the Court for an in-person scheduling and case management conference on **October 13, 2022**, at **2:00 p.m. Eastern Standard Time** at the Joel W. Solomon Federal Building, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee. In addition, the Clerk is **DIRECTED** to terminate Petitioner's previous motion [Doc. 65] because Petitioner states that it "was filed in error." [Doc. 66 at 1 n.1].

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**