## U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☐ MOTION HEARING

☐ PRETRIAL CONFERENCE

☑ OTHER

Case No __1:19-cv-00147-CLC-CHS__  __Rejon Taylor__ v. __USA__

**PRESENT:** Honorable __Curtis L Collier__ ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

Alexis Hoag Fordjour for Petitoner
_____
Attorney(s) for Plaintiff(s)

Kelley Jane Henry for Petitioner
_____
Attorney(s) for Plaintiff(s)

_____
Attorney(s) for Defendant(s)

AUSA Chris Poole for USA/Respondent
_____
Attorney(s) for Defendant(s)

Barbara Lewis
_____
Courtroom Deputy

Elizabeth Coffey
_____
Court Reporter

PROCEEDINGS:

Case Management Conference: Petitioner will file a Brief re: Omnibus Verdict Form and Reconsideration by November 14th. The Government will respond to Brief on or before December 7th and the Petitioner will Reply to the Government by December 14th.

TESTIMONY BY: _____

TRIAL SET:_____

Time:__2:10__ to__2:35__          Date: __10/13/2022__

_____ to_____

_____ to _____

_____ to _____

REV 7/14