UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| REJON TAYLOR, | ) |
| *Petitioner*, | ) |
| | ) Case No. 1:19-CV-147 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) Magistrate Judge Christopher H. Steger |
| | ) |
| *Respondent*. | ) |

## O R D E R

On October 13, 2022, the parties appeared before the Court for a case-management and scheduling conference. Petitioner's attorneys informed the Court that recent legal developments—specifically, the United States Court of Appeals for the Eighth Circuit's decision in *United States v. Ross*, No. 18-2800, 2022 WL 4103064, at *1 (8th Cir. Sept. 7, 2022), and the United States Supreme Court's decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022)—will necessitate further briefing from the parties. In addition, Petitioner's attorneys informed the Court that briefing on the application of *United States v. Causey*, 185 F.3d 407 (5th Cir. 1999), could preclude significant litigation. Counsel for Respondent agreed with Petitioner's attorneys. The parties' briefing schedule is as follows: Petitioner shall file his brief no later than **Monday**, **November 14, 2022**; Respondent shall file its response brief no later than **Wednesday**, **December 7, 2022**; and Petitioner shall file his reply brief, if any, no later than **Wednesday**, **December 14, 2022**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**