# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

**REJON TAYLOR,**
        **Petitioner,**

                                                **No. 1:19-cv-147**
        **v.**                                  **Judge Collier**

**UNITED STATES OF AMERICA,**
        **Respondent.**

### UNITED STATES' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PETITIONER'S BRIEF IN SUPPORT OF *UNITED STATES v. DAVIS* AND BRIEF IN SUPPORT OF CLAIMS 17(b) AND (c)

Comes now the United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Christopher D. Poole, Assistant United States Attorney, and moves this Court to extend the time within which to file the United States' response to the petitioner's briefs. Court File # 75, 76.    In support of its motion, the United States would show the following:

The United States' response(s) to the petitioner's briefs is due December 7, 2022. Court File #74.

The Appellate Section of the United States Attorney's Office for the Eastern District of Tennessee in coordination with Main Justice has been responsible for drafting the United States' responses to the petitioner's 2255 claims.    In fact, the Appellate Section drafted a response to the petitioner's current claims, but, unfortunately, due to a computer issue, most of the response, including all of the argument section, was lost some time on December 2, 2022.    That same day, the Appellate Attorney who drafted the response (and all of the 2255 responses in this case) left

1

the country for a previously planned vacation. The undersigned, in coordination with Main Justice, is working on a response but will not be able to complete an appropriate response by December 7, 2022.

The undersigned has communicated with counsel for the petitioner, who does not object to this motion.

Therefore, the United States requests an extension until December 23, 2022, to file its response to the petitioner's briefs.[1] Court File # 75, 76. The United States would further request that counsel for the petitioner be given adequate time to reply to the United States' response, perhaps until January 6, 2022.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: **/s/ Christopher D. Poole**
Christopher D. Poole
Assistant U.S. Attorney
1110 Market Street, Ste. 515
Chattanooga, Tennessee 37402
(423) 752-5140
Chris.Poole@USDOJ.GOV
TN BPR #019155

---

[1] The undersigned will be out of state on a business trip for most of the week of December 12, 2022, and the Appellate Attorney who has been drafting the responses in this matter will return to the office on December 19, 2022.