**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR,                                                        )
                                                                     )
          Petitioner,                                                )
                                                                     )     No. 1:19-CV-147-CLC-CHS
v.                                                                   )
                                                                     )
UNITED STATES OF AMERICA,                                            )
                                                                     )
          Respondent.                                                )

## **O R D E R**

Before the Court is Respondent's motion for extension [Doc. 77]. On October 13, 2022, the Court held a case-management and scheduling conference, at which the parties stated that they would file briefs to address the applicability of *United States v. Taylor*, 142 S. Ct. 2015 (2022), *United States v. Ross*, No. 18-2800, 2022 WL 4103064, at *1 (8th Cir. Sept. 7. 2022), and *United States v. Causey*, 185 F.3d 407, 423 (5th Cir. 1999) to Petitioner's case. On October 27, 2022, the Court entered a briefing schedule. [Doc. 74]. The deadline for Respondent to file its response brief is December 7, 2022, and for Petitioner to file his reply brief is December 14, 2022. [*Id*.]

Respondent has now timely moved the Court to extend the deadline for filing its response brief to December 23, 2022. [Doc. 77 at 2]. As grounds for its extension, Respondent explains that the Appellate Section of the United States Attorney's Office for the Eastern District of Tennessee, which is responsible for drafting Respondent's brief, lost its draft response on December 2, 2022, due to a computer issue. [*Id*. at 1]. Respondent states that it, consequently, will be unable to file an appropriate response by December 7, 2022. [*Id*. at 2]. In addition, Respondent requests that the Court allow Petitioner adequate time to file a reply brief and proposes a date of January 6, 2023. [*Id*.]

Respondent's motion is well taken, and Respondent indicates that Petitioner does not oppose its motion. [*Id*.] Accordingly, Respondent's motion [Doc. 77] is **GRANTED**. Respondent **SHALL** file its response brief no later than **Friday**, **December 23**, **2022**, and Petitioner **SHALL** file his reply brief no later than **Friday**, **January 6**, **2023**.

    **SO ORDERED.**

    **ENTER:**

                        **/s/**_____
                        **CURTIS L. COLLIER**
                        **UNITED STATES DISTRICT JUDGE**