IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | No. 1:19-CV-147-CLC-CHS |
| | ) | |
| UNITED STATES, | ) | **CAPITAL 2255 PROCEEDINGS** |
| Respondent | ) | |
| | ) | |

## UNOPPOSED MOTION FOR TWO WEEK EXTENSION TO FILE REPLY BRIEF IN SUPPORT OF UNITED STATES v. DAVIS AND BRIEF IN SUPPORT OF CLAIMS 17(b) AND (c)

Rejon Taylor, by and through counsel, respectfully moves this Honorable Court for a two-week extension of time in which to file a reply to the United States' response. R. 81, 82. In support of this motion, Mr. Taylor states the following:

1.      On October 27, 2022, this Court ordered the parties to submit supplemental briefing on the application of *United States v. Davis* in light of the Supreme Court's recent decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022), and the United State Court of Appeals for the Eight Circuit's decision in *United States v. Ross*, No. 18-2800, 2022 WL 4103064 (8th Cir. Sept. 7, 2022). R. 74. This Court also ordered supplemental briefing on *United States v. Causey*, F.3d 407, 423 (5th Cir. 1999). *Id.*

2.      In a separate case, the Sixth Circuit Court of Appeals recently ordered counsel for Mr. Taylor to complete *en banc* briefing by January 5, 2022. *See Rogers v. Mays*, 2022 WL 17427706, * 1 (6th Cir. Dec. 6, 2022). This briefing requires significant time and effort by Mr. Taylor's counsel.

3.    In light of that and other professional obligations, counsel requires additional time to finalize Mr. Taylor's reply briefs.

4.    Mr. Taylor requests a two-week extension of the current deadline. If granted, Mr. Taylor's brief would be due January 20, 2023.

5.    Counsel for the Government do not oppose this motion.

WHEREFORE, the motion should be granted.

Dated: December 28, 2022.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone:  (615) 736-5047
Fax:      (615) 736-5265
Email:   Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

BY: /s/ *Kelley Henry*