**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR, )
)
    Petitioner, )
) No. 1:19-CV-147-CLC-CHS
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

# **O R D E R**

Before the Court is Petitioner's unopposed motion for extension [Doc. 83]. On October 13, 2022, the Court held a case-management and scheduling conference, at which the parties stated that they would file briefs to address the applicability of *United States v. Taylor*, 142 S. Ct. 2015 (2022), *United States v. Ross*, No. 18-2800, 2022 WL 4103064, at *1 (8th Cir. Sept. 7. 2022), and *United States v. Causey*, 185 F.3d 407, 423 (5th Cir. 1999) to Petitioner's case. Currently, the deadline for Petitioner to file his reply brief is January 6, 2023. [*See* Doc. 78 at 1].

Petitioner timely moves for a two-week extension of this deadline. [Doc. 83 at 2]. As grounds for an extension, Petitioner states that his attorneys are working on extensive briefing due before the United States Court of Appeals for the Sixth Circuit. [*Id*. at 1]. In addition, he indicates that Respondent does not oppose his motion. [*Id*. at 2]. Accordingly, Petitioner's unopposed motion [Doc. 83] is **GRANTED**. Petitioner **SHALL** file his reply brief no later than **Friday**, **January 20, 2023**.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**