**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR, )
)
Petitioner, )
)
v. ) No. 1:19-cv-147-CLC-CHS
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## **O R D E R**

This case is before the Court on a *sua sponte* review of the record. On December 19, 2022, Petitioner filed an *ex parte* motion. [Doc. 79]. In his motion, Petitioner asked that this Court's "Order [] remain sealed for one year." [*Id*. at 2]. In addition, Petitioner indicated that he would file an appropriate motion to maintain the seal beyond that one-year period. [*Id*.] That same day, the Court entered a sealed order granting Petitioner's motion. [Doc. 80]. Petitioner, however, has not filed a motion to maintain the seal, and the seal has expired.

Within **fourteen days** of this Order's entry, Petitioner **SHALL** file either a notice consenting to the unsealing of this Court's December 19, 2022, Order [Doc. 80] or file an appropriate motion explaining why the Court should maintain its seal. The Clerk is **DIRECTED** to keep this Court's December 19, 2022 Order [Doc. 80] under seal until further order of the Court. *See* Fed. R. Civ. P. 5.2(d) (stating that a "court may order that a filing be made under seal without redaction[,]" subject to the court later unsealing the filing).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**
