IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| Respondent. | ) | |

## RESPONSE TO COURT ORDER AND REQUEST TO CONTINUE SEAL

Movant, Rejon Taylor, by counsel provides the following response to this Court's Order of December 21, 2023 [Doc. 94] and requests the Court to maintain the seal on Movant's *es parte* motion, [Doc. 79] and the Court's Order granting the same.[Doc. 80].

In support of this motion, Movant states that the basis for the Court's proper order sealing the motion and order are still present. The motion contains information relating to attorney/client and work product matters which the Guide to Judicial Policy sanctions keeping under seal.

By agreement of all the parties and for judicial economy, proceedings in this case are effectively stayed pending this Court's decision on the Mr. Taylor's request that this Court set aside his capital sentence based on the United States Supreme Court's decision in *United States v. Davis*, 139 S.Ct. 2319 (2019) and *United States v. Taylor*, 142 S.Ct. 2015 (2022), [Doc 75] and the related motion regarding the

1

improper omnibus verdict form. [Doc. 76]. *See also* Docs. 88, 89, 92, 93. The resoluation of either of those motions will moot the need to seal Docs. 79 and 80.

At this time, CJA matters relating to strategy decisions of counsel on behalf o movant should not be revealed to the Government who does not have a right to such information.

WHEREFORE, Movant requests this court to maintain the seal as to Docs. 79 and 80.

Dated: January 4, 2024

Respectfully submitted,

/s/ *Kelley Henry*
Kelley J. Henry, BPR # 021113
Chief, Capital Habeas Unit
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org

## CERTIFICATE OF SERVICE

I certify that on the 4th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Kelley Henry*
Kelley J. Henry, BPR #021113
Supervisory Asst. Federal Public Defender,
Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org