**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**at CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CASE NO.:** **1:04-cr-160** |
| **v.** | ) | **1:19-cv-147** |
| | ) | |
| **REJON TAYLOR** | ) | **JUDGE COLLIER** |

## NOTICE OF ATTORNEY SUBSTITUTION

The United States of America advises the Court and the defendants that, effective this date, Assistant United States Attorney Steven S. Neff will represent the United States in the above-captioned case. The United States also asks that Christopher D. Poole, who is currently listed as counsel of record for the United States, be removed.

FRANCIS M. HAMILTON III
United States Attorney

By:     *s/Steven S. Neff*
Steven S. Neff, BPR #GA 537187
Assistant U.S. Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
steven.neff@usdoj.gov
