UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

REJON TAYLOR,
          Petitioner,

          v.

UNITED STATES OF AMERICA,
          Respondent.

No. 1:19-cv-147

Judge Collier

## NOTICE OF ATTORNEY SUBSTITUTION

Effective immediately, the undersigned attorney represents the United States in this case.

The United States asks that the former attorney of record, Steven S. Neff, be removed.

Respectfully submitted,

Francis M. Hamilton III
United States Attorney

by:   *s/ Debra A. Breneman*
      Debra A. Breneman
      Assistant United States Attorney
      PA Bar No. 93171
      800 Market Street, Suite 211
      Knoxville, Tennessee  37902
      (865) 545-4167
      debra.breneman@usdoj.gov