**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No: 1:19-cv-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |

## **O R D E R**

This matter is before the Court on *sua sponte* review of the record. On December 23, 2024, former President Joseph R. Biden commuted Petitioner's death sentence to a life sentence without the possibility of parole. [Case No. 1:04-cr-160-CLC-CHS-1, Doc. 1082 (Executive Grant of Clemency)].

The undersigned will hold a status conference with counsel via Teams videoconference on **Wednesday**, **April 16, 2025,** at **2:00 p.m. (Eastern Time)**. The Court will email to counsel a link to the Teams videoconference on Monday, April 14, 2025.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE