| | | |
|---|---|---|
| REJON TAYLOR | ) | |
|      **Petitioner** | ) | **No. 1:19-cv-147** |
|   **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **JUDGE COLLIER** |
|     Respondent | ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby enters this Notice of Appearance on behalf of the undersigned Assistant United States Attorney. The undersigned is a registered user of the Electronic Case Filing system in the Eastern District of Tennessee. All further pleadings, notices, and orders regarding the above-captioned case, in addition to being served on lead counsel, should be served on the undersigned.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Franklin P. Clark*
Franklin P. Clark, TN BPR# 034112
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
frank.clark@usdoj.gov