IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

REJON TAYLOR, )
          Petitioner, )
  )
  )
v. ) No. 1:19-CV-147-CLC-CHS
  )
UNITED STATES OF AMERICA, ) **CAPITAL 2255 PROCEEDINGS**
          Respondent. )
  )

## UNOPPOSED MOTION FOR SIXTY-DAY EXTENSION OF TIME TO AMEND PETITIONER'S MOTION FOR COLLATERAL RELIEF

Petitioner, by counsel, requests a sixty-day extension of time to file his amended motion for collateral relief pursuant to this Court's April 23, 2025, Order. (Doc. 108). In support of his motion, Petitioner states:

1. Petitioner's amended motion for collateral relief is due July 11, 2025. (Doc. 108).

2. Undersigned counsel is Chief of the Capital Habeas Unit. Her unit represents roughly half of the men on Tennessee's death row, several of whom have execution dates or have recently filed responses to the State's motions to set execution dates.

3. Undersigned counsel is lead counsel for Byron Black, who has an execution date of August 5, 2025. She is in the midst of several active cases challenging the constitutionality of Mr. Black's execution.

4. In addition, undersigned counsel is lead counsel in a case challenging the constitutionality of the Tennessee Department of Correction's 2025 execution protocol.

5. Because of a hiring freeze, the Capital Habeas Unit is understaffed thus requiring additional work on behalf of undersigned counsel.

6. Mr. Taylor's case involves complex issues of law.

7. Consequently, undersigned counsel cannot provide the court with fulsome briefing by July 11, 2025. Undersigned counsel requests leave of court for an additional sixty days, to and including September 9, 2025, to file his amended motion for collateral relief.

8. Opposing Counsel, Debra A. Breneman, has stated that the Respondent does not object to this motion.

> Respectfully submitted,
>
> FEDERAL PUBLIC DEFENDER FOR
> THE MIDDLE DISTRICT OF TENNESSEE
> CAPITAL HABEAS UNIT
>
> KELLEY J. HENRY
> Supervisory Asst. Federal Public Defender
> 810 Broadway, Suite 200
> Nashville, TN 37203
> Phone:  (615) 736-5047
> Fax:      (615) 736-5265
> Email:   kelley_henry@fd.org
>
> By: */s/ Kelley J. Henry*
> Counsel for Rejon Taylor

**CERTIFICATE OF SERVICE**

I certify that a copy of this document has been served on counsel for Respondent, Debra A. Breneman, AUSA, 800 Market Street Suite 211 Knoxville, TN 37902, by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley J. Henry*
Date of Service: July 2, 2025