REJON TAYLOR,                              )
      Petitioner,                        )
                              )
                              )
      v.                                         )        No. 1:19-CV-147-CLC
                              )
UNITED STATES OF AMERICA,                   )      **CAPITAL 2255 PROCEEDINGS**
      Respondent.                        )
                              )

---

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR SIXTY-DAY EXTENSION OF TIME TO AMEND PETITIONER'S MOTION FOR COLLATERAL RELIEF**

---

Rejon Taylor's unopposed motion for sixty-day extension of time to amend motion for collateral relief is **GRANTED**.

It is **ORDERED** that Petitioner shall have up to and including September 9, 2025 to file his amended motion for collateral relief.