Exhibit 3

## Declaration of Hope Hill, Ph.D.

I, Hope Hill, Ph.D., declare as follows:

### 1. Referral Question

Rejon Taylor's Sec. 2255 attorneys asked me to prepare a biopsychosocial history of Rejon and to identify the factors that shaped and influenced his development and functioning. In order to prepare a biopsychosocial history, I followed the standard of care in my profession and in the capital defense community, including *Williams v. Taylor*, 529 U.S. 362 (2000); *Wiggins v. Smith*, 539 U.S. 510 (2003); *Rompilla v. Beard*, 545 U.S. 374, 378 (2005); *Porter v. McCollum*, 588 U.S. 30, 130 S.Ct. 447, 449 (2009); and *Sears v. Upton*, 130 S.Ct. 3259 (2010), as well as the ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases (2003) and the Supplemental Guidelines for the Mitigation Function of Defense Teams in Death Penalty Cases (2008). I will present a detailed multigenerational biopsychosocial history of Rejon Taylor followed by my findings.

### 2. What Is A Biopsychosocial Evaluation?

Psychologists, social workers, and other qualified experts routinely prepare and present a biopsychosocial history in capital cases to provide decision makers with a reliable, thorough, and independently documented narrative of factors that shaped and influenced a capital defendant's behavior and functioning over the course of his life and surrounding the offense. The biopsychosocial history is a multigenerational history that presents the biological, psychiatric, psychological,

1

Exhibit 3

and social history of a person; in a case such as Rejon's, it is the basis of a neurodevelopmental history. It considers the defendant's family, culture, education, religion, medical, psychiatric and neurological health, criminal justice involvement, employment, and economic and social status. The multigenerational history considers genetic vulnerability and predisposition to medical and psychiatric diseases that affect behavior, perceptions, and functioning, and identifies patterns of family dynamics that are passed from one generation to the next. A reliable biopsychosocial history must be based on methods of data collection that are accepted within the legal, medical, and social science communities, with multiple sources, and tested until redundant. It describes historical, genetic vulnerabilities, and the day-to-day manifestations of those impairments.

Preparing Rejon Taylor's social history was unusual in several respects; in particular, the volume of data available in this case. Both sides of Rejon Taylor's family are from rural Georgia, his mother's family is from Covington in Newton County and his father's family is from Sparta in Hancock County. Investigators were able to identify, search, and locate information about Rejon's father's family from five generations back through marriage and census records, including members of Rejon's family who were enslaved. Through interviews with Rejon's extended family, including his deceased grandmother's younger sister born in 1933, we were able to establish insight into the broader picture of the family's experiences with structural racism, racial segregation, and related stressors. Witnesses were also able to provide insight into intergenerational patterns of mental illness,

2

Exhibit 3

particularly affective mood disorders, and neurological deficits such as recurring migraines and cognitive impairments.

Another area where Rejon's biopsychosocial history is unusual is the large amount of difficult, but possible to document data available. Both of Rejon's parents were born into families that combated poverty, racial segregation, disrupted education, neglect, abandonment, housing instability, and lack of positive Black male role models. Rejon's father's family, in particular, experienced early contact with the juvenile justice system, childhood incarceration, disrupted education, adult incarceration, and early death of siblings and peer groups. Rejon's mother's family, in particular, experienced undiagnosed mental illness, substance abuse, intimate partner violence, early parentage, and secrecy. Thus, Rejon was born into a family that, for generations, had been subjected to structural racism, racial trauma, domestic violence, disrupted education, colorism, drug abuse, destabilizing poverty, untreated/undiagnosed mental illness. In turn, these forces directly impacted Rejon, who then endured racially segregated, under-resourced, and violent schools, and came of age with a myriad of risk factors in spaces where he was routinely exposed to violence.

Rejon's life course cannot be fully understood without an awareness of the legacy of his family and extended family. Although Rejon was born in 1984, familial patterns established as a means of survival long before 1884 influenced the way Rejon and his cousins were raised. This extends to how members of Rejon's family work, form relationships, make life decisions; in short, these patterns continue to

3

Exhibit 3

influence who Rejon's family lives and dies. Some of these practices, such as physical whippings and beatings, were at times linked to survival and so during enslavement, sharecropping, and even Jim Crow segregation, they were considered adaptive. However, in today's current social context, these patterns have become maladaptive and are considered abusive. Scientific studies have demonstrated that beatings and whippings as a primary disciplinary practice is associated with youth violence, domestic violence and other forms of interpersonal violence in adulthood.[1] Nevertheless, this was a pattern of survival and socialization passed down through Rejon's maternal and paternal families, and it was how Rejon's maternal grandmother and great grandmother disciplined Rejon and the other children in their home.

"Working to stay alive" and "working to keep the family together" were the mantra of families coming out of a history of enslavement and sharecropping. Generations of maternal neglect did not begin with Rejon's mother, Reba Taylor. It began as African American mothers just out of slavery were forced to work from sunup to sundown often to provide for children and extended relatives. These mothers were unable to dedicate consistent time and energy to their own children given their obligations to work to provide for their families. For most of them, if it was not working in the fields it was taking care of white people's children, this was certainly true of Rejon's maternal and paternal grandmothers as well as their mothers. Reba followed a pattern that was common on both Rejon's paternal and

---

[1] *See* Annual Report, Office of Juvenile Justice and Delinquency Prevention (OJJDP), 2015.

4

Exhibit 3

maternal sides of the family. This pattern forced African American women into lives as breadwinners which prevented them from having the necessary time to engage emotionally with their children.

Increasing research in the area of genetics suggest that epigenesis, the process by which genes undergo changes as a result of chronic stress, can provide clues as to how traumatic stress impacts multiple generations.[2] This trauma appears in subsequent generations as increased vulnerabilities to serious mental and physical diseases such as heart disease and diabetes, which destabilize and compromise adults' ability to carry on essential activities, including helping to guide, nurture, and support subsequent generations from childhood into mature adulthood. In fact, several members of both sides of Rejon's family experienced health and life stressors, including mental health disorders, high blood pressure, heart disease, and hypertension. In addition to compromised health, Rejon's family members also experienced high rates of interpersonal violence, incarceration, early death, and alcohol and narcotics abuse.[3]

The most pernicious of the challenges were the loss of a father who spent over 20-years in prison leaving a son, who by all accounts, craved the attention of an older male. A safe consistent and involved man in the life of a boy can provide the modeling of what it means to be a man, and build the relationship such that the

---

[2] See Dora Costa, Noelle Yetter, Heather DeSomer, "Intergenerational transmission of paternal trauma among US Civil War ex-POWs," *Proceedings of the National Academy of the United States of America* (2018).

[3] See (Exhibit No. 3.26, Rejon Taylor Intergenerational Health Stressors).

5

Exhibit 3

youth feels connected and trusting.[4] In place, this parental figure can then begin to be a role model for such critical skills as decision making, making good choices, using good judgement, building healthy interpersonal relationships with men and women, and having a glimpse into the future in terms of schooling, college, careers and the like. Such a person is considered a protective process in the life of that youngster and can be particularly critical for boys in poverty and from families that have a history of serious trauma and other damage that can impact the healthy growth and development of the youth. Rejon did not have this figure in his life.

Conceived when his father was on the run from prison, Rejon was born into a family with longstanding intractable poverty, challenges, and risks that would set the foundation for his development. There were few ostensible protective processes within the family that could buffer the risks to which Rejon was exposed; risks that when combined with his neurological and psychological impairments placed him on a trajectory that eventually led to his involvement in the offense. All of these familial risk factors in the family, including interpersonal violence (domestic violence), whippings, emotional violence (yelling and screaming during arguments as exhibited by Rejon's parents), were in place long before he came into the world and shaped Rejon's developmental years.

Rejon experienced considerable trauma and secondary trauma based on what he experienced, heard, and witnessed in the spaces he inhabited as a child, including his grandmother's home on Rollingwood Lane, the home that he, his

---

[4] *See* Annual Report, OJJDP, 2015.

6

Exhibit 3

parents and brother resided in, his sister's apartment on Candler Road, and in the homes and apartments of relatives and friends. As a very young, preverbal, child, Rejon, his brother, and male cousin received switches, bound twine from trees, at the hands of Rejon's maternal grandmother and great grandmother, who would line the boys up to receive punishment. Also, as a small child, he was nearly shot when a gun went off near him in what should have been the safety of his sister's apartment; his older brother shot him with a BB gun and later pulled a gun on him. In fact, Rejon was repeatedly exposed to gun violence and the threat of gun violence throughout his developmental years. When his father was released from prison, he witnessed to his parents' recurrent violent fights, some ending in bloodshed and bruising. He knew his paternal aunt had been brutally murdered by her estranged husband and that his paternal cousins had been victims of pervasive torture at the hands of their mother, his paternal aunt. Rejon learned early that lethal violence could come from within your own family.

As a result of the early emotional neglect, multiple trauma and the lack of attachment to a parental figure, Rejon never had the foundation to develop a solid internal sense of self. At a stage (early adolescences) when he most needed a trusted parental figure to help him negotiate the myriad of challenges that come with that developmental period, especially in a high-risk environment, Rejon was on his own. He had no one to guide him or advise him, but his older brother, who was dealing with his own impairments and problematic identity formation. Equipped with

7

Exhibit 3

neurological and developmental impairments, Rejon struggled to make sense of the world and his place in it.

### 3. Qualifications

I am a clinical and developmental psychologist, with specialties in social policy and forensics. I hold a Doctorate and Master of Science degrees from Columbia University in Clinical Psychology, and a Bachelor of Art degree from Wesleyan University in Psychology and Political Science. I completed a post-bachelor's degree internship in Clinical Psychology at the UCLA Neuropsychiatric Institute and a post-doctorate program at Yale University in Child Development and Social Policy.

I have been qualified as a legal expert to provide testimony on, among other related topics, child and adolescent mental health and African American urban youth exposed to community violence, in state and federal courts, including Brooklyn and Manhattan Family Court, DC Superior Court, United States District Courts in the Eastern District of Pennsylvania, Western District of Pennsylvania, and the Eastern District of New York. I have also served as a principal investigator for the Office of the United States Attorney in Washington, D.C., on behalf of victims and witnesses.

I currently serve as an Associate Professor in the Department of Psychology at Howard University in Washington, D.C., where I was the Chair of the Faculty Search Committee from 2014-2015. I also serve as the Director of the Howard University Center for Violence Prevention and Youth Development. Prior to

8

Exhibit 3

Howard, I was an Assistant Professor in the Psychology Department at Vassar College, an Adjunct Assistance Professor in the Clinical Psychology Program at Columbia University, Teachers College.

My research interests include socio-emotional development of children at risk due to poverty and social stressors. Development of culturally appropriate models for preventing violence among children and youth. Impact of urban violence and neighborhood effects on the psychological development of children in US and South Africa. Developmental pathways of African American youth: Role of risk and protective processes across multiple social contexts. Impact of race-based trauma, neighborhoods, social determinants on life trajectories. I have published over 30 articles and practice guides in peer reviewed journals, mainstream publications, and manuals.

The following biopsychosocial assessment demonstrates not only what was known about Rejon Taylor at the time of his trial in 2008, but it also includes voluminous information not investigated or presented to this Court and a jury by the appropriate experts and available lay witnesses.

## 4. Materials Upon Which I Relied in Compiling the Evaluation

In order to prepare a reliable biopsychosocial history, I reviewed medical, mental health, social service, education, employment, judicial, and vital statistic records for Rejon, his siblings, parents, and extended paternal and maternal families; interviewed Rejon and reviewed witnesses declarations from approximately 25 family members, friends, neighbors, and acquaintances; and

9

Exhibit 3

reviewed relevant testimony and evidence from trial proceedings against Rejon. The materials I relied on are cited in this report. During my work, I identified additional documents and evidence to obtain and potential witnesses to locate and interview in order to provide a reliable biopsychosocial history that addresses complex problems associated with the impact of abuse and trauma on Rejon's underlying neurological and psychiatric diseases, his development during childhood, and his day-to-day functioning as an adult. This effort is ongoing and revelatory as it provides a mosaic of interrelated, severe impairments that have not been previously investigated nor examined. As I obtain additional, relevant and significant information about Rejon, I will supplement my findings.[5]

## 5. Evaluation

Rejon has neurological, psychological, and functional impairments that impede his perception of reality and manifest in ways that include religious delusions. In order to understand the events of Rejon's life and how the cascade of terrifying events he survived affected him, it is necessary to chart the interaction of mental illness, trauma, and stressors in his parents' lives.

---

[5] I prepared this biopsychosocial history under extreme time constraints imposed by circumstances over which Rejon and his counsel have no control. These time constraints created significant barriers to disclosure of sensitive and shameful information about abuse, neglect, and maltreatment by those who witnessed, designed, experienced and participated in such maltreatment. These barriers to revelation about real situations of abuse, neglect, and exploitation and other strategies of coercive control can only be overcome by building a trusting relationship and providing a safe environment to the truth teller. It is a time intensive endeavor that requires multiple interviews over time, weighed and analyzed against a backdrop of collateral data. It cannot be accomplished by accepting as true self-serving narratives by perpetrators and biased others or victims who have multiple underlying mental impairments as a result of maltreatment or biological makeup.

10

Exhibit 3

We know that the greater the number of risk factors (e.g., neighborhoods impacted by poverty and racism; physical and emotional abuse and neglect; mental impairment) the greater the chances the youth may be involved in serious violence. Rejon's risk factors far outweighed his protective factors, thereby amplifying his exposure to violence and the likelihood that he would be involved in violence.

## Paternal Family Origins: Sparta, Hancock County, Georgia[6]

Rejon Taylor's great-great grandfather, Armstead Copeland, was born into slavery in Hancock County, Georgia in 1859.[7] Armstead was the oldest of his parents' children.[8] "By 1840, the county was the richest per capita in the state" due to its heavy reliance on slave labor to farm cotton.[9] African American slaves made up 68 percent of Hancock County's population in 1860, but the census did not count these individuals as people in its per capital equations."[10] Armstead's parents were George and Arianna Copeland. In 1880, George was a Methodist Minister.[11] Armstead married Addie Scott in 1881, two years before Rejon's great-grandfather, Lewis Copeland, was born.[12] Addie Scott and her parents, Lewis Scott and Julia Ann Scott, were farm laborers.[13] The white "merchant-planter class was able to

---

[6] (Exhibit No. 3.27, Family Tree.)
[7] (Exhibit No. 3.2, 1870 United States Federal Census – Armstead Copeland).
[8] *Id.*
[9] Monica Kristin Blair, A Private History of School Segregation in GA (May 2015), (unpublished M.A. thesis, University of Georgia) (on file with the University of Georgia library), at 23.
[10] *Id.*
[11] (Exhibit No. 3.3, 1880 United States Federal Census – George Copeland).
[12] (Exhibit No. 3.3, 1880 US Census–Armstead Copeland; Exhibit No. XX, Marriage Certificate of Armstead Copeland and Addie Scott; Exhibit No. XX, Lewis Copeland Social Security Application and Claim; Exhibit No. 3.5, 1900 US Census–Addie Copeland).
[13] (Exhibit No. 3.5, 1900 US Census–Addie Copeland).

11

Exhibit 3

maintain its economic hegemony after the Civil War. Hancock County was barely touched by Sherman's March to the Sea, and white landlords quickly adapted to abolition by employing their former slaves as sharecropper."[14]

By 1900, Armstead was living in Chicot, Arkansas by himself as a day laborer while Addie was back home with her parents, siblings and three children.[15] Well into the twentieth century, "most [B]lack residents remained economically dependent on white landowners."[16] It is possible that Armistead was working as a hostler, a keeper of horses at an inn, in Fort Smith, Arkansas for a time in 1907. An Armstead Copeland was rejected for enrollment in the Eastern Cherokee Tribe in Muskogee, Oklahoma in 1909 in which case he may have been moving farther west for work.[17] "In the years after Reconstruction there was a spate of new laws aimed at keeping blacks on the farm; the enticement acts embodied the essence of the system of involuntary servitude."[18]

Rejon's paternal grandmother, Addie Smith, was born to Annie and Lewis Copeland in Sparta, Georgia in 1918.[19] Annie was 13 or 14-years-old when she married Lewis who was about 26-years-old. Both Lewis and Annie "might have had a first or

---

[14] Blair, A Private History of School Segregation in GA (May 2015), at 23.
[15] (Exhibit No. 3.5, 3.6, 1900 US Census—Armstead C. Copeland, row 19; Exhibit No. 3.4, 1900 Census—Addie Copeland).
[16] Blair, at 23.
[17] (Exhibit No. 3.7, 1909 Record of Enrollment of Eastern Cherokee—Armsted Copland)
[18] William Cohen, *Negro Involuntary Servitude in the South, 1865-1940: A Preliminary Analysis*, 42 Journal of Southern History 31, 35 (Feb. 1976).
[19] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 3).

12

Exhibit 3

second grade education. Neither could read nor write."[20] During Reconstruction, "the black community created schools" because there was little public funding for them.[21] Addie too was not able to finish school and "stopped attending in second or third grade." She also could not read or write, but she could count.[22] "Hancock County's black schools weren't just segregated; they were severely underfunded... [M]ost black schools in Hancock County were just 'pitiful shacks.'"[23]

Addie's siblings were Charlie Copeland, Nancy Copeland, Bill Copeland and Sarah Copeland.[24] Sarah is still living in Milledgeville, GA.[25] Addie later shared many of her experiences of living in Sparta in the early 1900s with her children:

> Sparta was rough and rural. My mother lived a hard life. She dropped
> out of school in the second grade to work and help her family. She
> came up in the 1930s during the Depression when there was very
> little work or food.  There were few opportunities to make
> money, and even fewer for a Black woman.[26]

Addie and her parents lived together in a shack on land that belonged to a White family, the Beasley's.  "White families owned all the land in and around Sparta."[27] "Blacks outnumbered whites four to one...However, whites received most of the benefits provided by local government in the impoverished county, which had never recovered from a 1920 boll-weevil infestation...Total segregation was the

---

[20] (Exhibit No. 39, Walter Lee Taylor Dec., at 6).
[21] Blair, at 23.
[22] (Exhibit No. 39, Walter Lee Taylor Dec., at 4).
[23] Blair, at 25 (quoting Thomas O'Brien, *The Politics of Race and Schooling: Public Education in Georgia, 1900-1961* (Lanham, Maryland: Lexington Books, 1999), 10-11.
[24] (Exhibit No. 39, Walter Lee Taylor Dec., at 2).
[25] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 3).
[26] (Exhibit No. 16, John Taylor Dec., at 4).
[27] (Exhibit No. 16, John Taylor Dec., at 8).

Exhibit 3

rule."[28] Lewis Copeland was a sharecropper. "Sharecropping was about the only thing [Lewis and Annie] could do for work when they were younger. [Annie] also did domestic work."[29] "There were a lot of sharecroppers and poor folks in Sparta at that time."[30] After the agriculture collapse during the Depression, "Hancock County never found an industry to replace agriculture, and as a consequence it remain[ed] one of the poorest counties in the state."[31]

Addie also later shared stories of her experiences of encountering overt racism while living in Sparta. "She was forced to refer to little White children as ma'am or sir, even when she was the same age or older than the White children."[32] Addie "and other Black folks had to go around the back of White people's houses if they wanted to speak to a White person."[33] During this period, lynching was used as a means of enforcing racial subjugation and segregation.[34] In February 1923, just before Addie's fifth birthday, "a posse" pursued "two negroes" with "track dogs," "after their alleged robberies on the outskirts of this county during the night."[35] "Several shots were exchanged...and one of the negroes was lynched...at 7 o'clock tonight the other was put to death just over the Baldwin county line in Hancock

---

[28] Donald L. Grant, The Way it was in the South: The Black Experience in Georgia, (Univ. of GA Press, 1993), at 434-35.

[29] (Exhibit No. 39, Walter Lee Taylor Dec., at 7).

[30] (Exhibit No. 16, John Taylor Dec., at 8).

[31] Blair, at 24.

[32] (Exhibit No. 31, Lisa Taylor Griggs Dec., at 4).

[33] *Id.*

[34] *See* Equal Justice Society, *Lynching in America: Confronting the Legacy of Racial Terror*, 3d ed. (2017).

[35] "Posse Lynches 2 Negroes in GA," *The Greenville News*, Feb. 4, 1923.

14

Exhibit 3

county."[36] "Lynchings were violent and public acts of torture that traumatized black people...and were largely tolerated by state and federal officials."[37]

Addie became pregnant with her first child, Willie Copeland,[38] when she was 15-years-old. "Willie's father was in his 20s."[39] Willie was born July 19, 1934.[40] Addie suffered a miscarriage between Willie and her next child, Barbara Ann, who was born February 8, 1943.[41] Barbara's father was Theodore Gilbert. Walter Taylor was born next on September 24, 1947.[42] Walter's nickname is Joe. Joe's father is Tom Taylor. Addie had two more children with Tom: Bettye, born on November 6 of 1950 and John, born on July 2, 1954.[43] John, who is Rejon Taylor's biological father, is known as Johnny. After Johnny, Joe recalled that Addie had a still born baby: "The second one I remember because I helped bury the fetus outside in a shoebox in our grandparents' yard in Sparta."[44] All of Addie's children who were born in Sparta were birthed with the help of midwives. "The babies with flaws did not live long. At times, the midwife had to decide to save either the baby or the mother."[45] During the time that Addie was having children, she was not able take

---

[36] *Id.*

[37] EJI, *Lynching in America*, at Introduction.

[38] ("The registrar in Sparta misspelled Willie's last name; instead of Copeland, she wrote Coplien on his birth certificate." The correct spelling of the name is Copeland. Exhibit No. 16, John Taylor Dec., at 3).

[39] (Exhibit No. 16, John Taylor Dec., at 3).

[40] (Exhibit No. 39, Walter Lee Taylor Dec., at 2).

[41] "My mother had a couple of miscarriages or stillborn babies. She had one sometime between Willie and Barbara." *Id.* at 3.

[42] *Id.* at 2.

[43] "Because [Bettye] was born during the night I could never remember if it was before or after midnight." *Id.*

[44] *Id.* at 3.

[45] *Id.* at 1.

15

Exhibit 3

time after giving birth to recover from the physical trauma of delivery or the emotional trauma of losing a child.[46] "She had to get back to work."[47]

Rejon's father, Johnny Taylor was born in a field.[48] He was told that he was born with a veil over his face.

> It was an actual layer of skin that covered my forehead. I was told that being born with this veil meant that I was lucky and would have visions of the future. This knowledge was passed down to me through my mother and older relatives . . . The removal of the skin marks the removal of the natural barriers the child has to seeing visions. My veil was cut off, likely by a midwife. As I grew older, I was able to see things that ended up happening. I saw parts of my future that came true.[49]

One of Johnny's earliest memories is of going to work at three-years old in the cotton fields with his mother and entire family. He recalls, "My job was to sit on the bale of cotton to make sure no one else claimed it and to protect our area."[50] "Everyone" in Johnny's family picked cotton including all of his siblings, aunts and uncles, and cousins. [51] "Cotton was king in Sparta." Johnny's family "picked cotton

---

[46] *Id.* at 1; (Exhibit No. 16, John Taylor Dec., at 2).
[47] (Exhibit No. 39, Walter Lee Taylor Dec., at 3).
[48] (Exhibit No. 16, John Taylor Dec., at 6).
[49] *Id.* at 7.
[50] *Id.* at 17.
[51] "Bill, Nancy and Sarah. Aunt Nancy and Uncle Bill were rough and strong willed folks. Bill married a woman named Sarah. They had my cousins: Nancy, Juanita, Daisy, William and Bill Junior. Uncle Bill had at least six children outside of his marriage. I do not know all of their names, but I met a few of them. Aunt Nancy married Eddy Kendricks and together, they had: Jesse, Mary Alice, Eddy Junior, and James. They had other children who had nicknames that I do not recall. Aunt Nancy had four children before she married Eddy with different men. Her children were: Ella Mae Boyd, Bubba Beatrice Watkins, Lewis Grier and Clarence Grier. Aunt Sarah was the youngest of my mother's siblings. She's still living in Milledgeville, Georgia. Her first husband was Ben Howell. She had Frances, Peggy, Jimmy and Ben Junior with Ben. This set of Sarah's children lived with us on the White landowner's land temporarily. She and Ben got divorced and Sarah later married Joseph Harper. She had children with him too: Carol "Cookie," Tammy, Bridgett, Eric and Anthony." *Id.* at 18.

Exhibit 3

from sun up to sun down . . ."[52] His brother Joe recalls this time in his family's life vividly:

> The white farmer drove around in his pickup truck picking up Black folks to work in the fields. We got up before sunrise with the chickens and went to bed with the chickens at night when the white man brought us back home. We packed a lunch for the field, or the farmer took us to a local store to buy our lunch. We had thirty minutes to eat lunch before returning to work . . . It was hard, labor intensive work picking cotton and dragging the heavy bag through the rows . . . At one time, we earned $2.50 for every hundred pounds we picked. They weighed the bags on a scale at the end of the field at the end of the day, and my mother got paid the money. I did not question that the money I earned for working went to my mother. I knew she was using it for the family.[53]

Johnny's father, Tom Taylor, traveled to Sparta from Dalton, Georgia to look for work and became a logger.[54] His father, Charles Taylor, was from North Carolina and his mother, Christine Taylor, was a Cherokee Indian from Dalton, Georgia. Charles and Christine met on a reservation in Dalton. "The family was forced off the reservation and walked the Trail of Tears to Oklahoma."[55] Tom Taylor had at least three siblings: John, Christine and Carrie. In line with his Cherokee background, Tom "was a type of medicine man." He and other relatives of Johnny's used herbs and various kinds of grasses from the fields that "we boiled for the medicine." "There was no going to the doctors for us."[56] "We did not know anything about buying medicine from a store."[57]

---

[52] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 4).
[53] (Exhibit No. 39, Walter Lee Taylor Dec., at 33-34).
[54] (Exhibit No. 16, John Taylor Dec., at 35).
[55] *Id.*
[56] (Exhibit No. 39, Walter Lee Taylor Dec., at 29).
[57] (Exhibit No. 16, John Taylor Dec., at 36).

17

Exhibit 3

Tom and Addie may have had a common law marriage. While Johnny has very little memory of Tom, Joe recalls that "Tom was smart" in that he "could do the crossword puzzles in the newspaper" for which he won prizes.[58] He was also able to "figure out the cost of things in the store with the tax included before it rung up on the register."[59] However, "one of [Addie's] problems with Tom was that he spent his money drinking alcohol." While Addie worked hard and brought the little money she made home to her children, Tom spent his check on liquor.[60] Though Tom appeared sporadically in Johnny Taylor's young life, Johnny saw his father for the last time when he was about eight-years-old. Johnny "was told he moved to California," and never heard from him again."[61]

> Many men left their wives and children behind and did not come back. They could do that back then. That was why most people stuck with their mothers because the daddies could leave at any time. There were a lot of demands on Black men and not a lot of ways for them to earn enough money to support a family.[62]

While Black men "were either away working and not earning enough, or were just gone,"

> It was not uncommon for white men to sneak around and have relations with Black women . . . The white men sold the women a bill of goods. Black women did not have enough money, so it was hard to turn the white men down. It was about survival. Black women had to find a way to survive and take care of their families on their own."[63]

---

[58] (Exhibit No. 39, Walter Lee Taylor Dec., at 20).
[59] *Id.*
[60] *Id.* at 21.
[61] (Exhibit No. 16, John Taylor Dec., at 55).
[62] (Exhibit No. 39, Walter Lee Taylor Dec., at 22).
[63] *Id.* at 10.

18

Exhibit 3

Living with his grandparents gave Johnny, his siblings and his mother some support.[64] Johnny recalled the shack in which he and his family lived on the white landowner's property while in Sparta. The Copelands were the "only Black family living on the land."[65] Their shack had no indoor plumbing. Sometimes Johnny "went and found a favorite spot in the woods to go to the bathroom rather than use [the] outhouse." His brother, Joe, recalls taking a Sears and Roebuck catalogue when using the outhouse. "We all used to love when the catalogue came. I liked to dream about all the things and toys you could get."[66]

The white landowners' home "had plumbing and electricity. They had a pump and a well outside" where Johnny and his siblings walked to get water.[67] "They knew we got our water from them daily. It took two of us carrying a 10-gallon foot tub with handles to get the water."[68] "There was no taking baths every day or brushing your teeth every day. Hygiene was not as important as it is today."[69]

The shack had "a fireplace in the wall that joined the two bedrooms so it could heat both rooms." "For the first 13 years of [his] life, [Joe] thought that [his] name was 'Cut Wood' because that is what [he] was told to do and had to do it every day."[70] The sleeping arrangements were such that Johnny's grandparents slept on one of

---

[64] *Id.* at 23.
[65] (Exhibit No. 16, John Taylor Dec., at 14).
[66] (Exhibit No. 39, Walter Lee Taylor Dec., at 28).
[67] (Exhibit No. 16, John Taylor Dec., at 15).
[68] *Id.*
[69] (Exhibit No. 39, Walter Lee Taylor Dec., at 27).
[70] *Id.* at 26.

19

Exhibit 3

the beds and the children, and sometimes Addie, slept on pallets or on the floor. "Not many people visited or spent the night."[71]

On Saturdays, Johnny and members of his family went to downtown Sparta. It was between an eight to 10 mile walk but sometimes they caught rides back home.[72] They went to town to purchase items that they could not make or grow on their own such as flour, sugar, and cloth for clothing and quilts, among other items. Store owners allowed patrons to set up accounts in their stores, knowing that many of them "could not have the money until the end of the crop season." Johnny recalls that he "had to be respectful and obedient to the white store owners because no one wanted to burn their account with the store." Johnny remembers that he "had to cross the street if whites were on the side [he] was walking. He recounts, "I was so upset with Whites and the way they treated us that I used to steal candy from their stores. As a child, it was the only way I thought of getting back at them."[73] Johnny's brother, Joe, highlights the perspective he had to have in order to ensure his safety: "As Black folks in Sparta, we knew our place. Even as a child I knew the rules of segregation without being told. I was born knowing the rules . . . It did not take Emmitt Till being killed for me to know that a white folk could kill me for not following the rules."[74] Johnny, Joe and their other siblings witnessed their mother and grandparents adhere to the rules of survival in the segregated South, and with great pain:

---

[71] (Exhibit No. 16, John Taylor Dec., at 15).
[72] *Id.* at 20. (Exhibit No. 39, Walter Lee Taylor Dec., at 36).
[73] (Exhibit No. 16, John Taylor Dec., at 22).
[74] (Exhibit No. 16, John Taylor Dec., at 48). *Id.* at 48.

20

Exhibit 3

It irked me the most to go into a store in Sparta with my grandmother and listen to the young teenage white girl who was the clerk address my grandmother by her first name and then have my grandmother call her "ma'am." That just burned me up that we had to address white children with that type of respect when they did not do the same. But I did not question racial segregation. It was the only way of life that we all knew so I did what was expected of me and followed the rules.[75]

"Sparta had only one school for Blacks and it was known as Hancock Training School."[76] "Hancock County finally built a modern school for its black residents in the 1950s as a last ditch effort to prove that separate schools could be truly equal."[77] Before Hancock there was Ellis Ingram High School which is where Johnny's older siblings went before it closed and Hancock was built in its place. "Of course, one school was not enough to house the county's black majority, and the new Hancock Central was overcrowded."[78] Black students "had a dilapidated school bus" that "had a hard time going over the dirt roads to get to school, especially when the rain turned the roads into mud."[79] Johnny has "memories of standing around the pot belly stove in the one-room schoolhouse, soaking wet, trying to dry off and get warm before the teacher started teaching."[80] "The all-white school board completely ignored the [Black] school's" deficiencies; "they considered their investment in a new black school to be adequate compliance with *Brown* [*v. Board of Education*]."[81] *Neither* Ellis Ingram, nor Hancock had new school books. "We got our books as

---

[75] (Exhibit No. 39, Walter Lee Taylor Dec., at 50).

[76] (Exhibit No. 16, John Taylor Dec., at 37).

[77] Blair, at 25 (citing Lawrence J. Hankins, *The Struggle for Black Political Empowerment in Three Georgia Counties*, (University of Tennessee Press, 1990), 70).

[78] Blair, at 25.

[79] (Exhibit No. 16, John Taylor Dec., at 37).

[80] (Exhibit No. 16, John Taylor Dec., at 37).

[81] Blair, at 25-26.

21

Exhibit 3

hand-me-downs from the white school."[82] "[S]ubpar conditions and overcrowding remained common in black schools" through the 1960s. Education for Black children in Sparta was discontinued "for at least two weeks in September so the Black children could be out in the fields picking cotton."[83] Discipline in school was corporal. The teachers at Ellis and Hancock "could and did whip your butt; we feared them." Joe recalls that "The fear of your teacher changed after racial integration. The white parents did not want a Black teacher whipping their children and Black parents did not want white teachers whipping their children."[84]

Discipline at home was also physical in the Copeland and Taylor households. Johnny recalls, "My mom put the law down."[85] Joe remembers that he and his siblings "got whippings with switches that we had to get from outside. We had better get a good switch too. We got whipped worse if we brought back a flimsy one that did not last. I did my best to behave.[86] Johnny's grandfather and Uncle Bill "were especially stern" but it was his cousin Beatrice and her husband, Maron, who were incredibly abusive to their children: "They tied his boys up over the stove by their ankles and beat them."[87] Such violence had likely been developed during enslavement as a means of survival, derived from a need for Black parents to equip their children for an even harder, more violence world outside the confines of home:

---

[82] (Exhibit No. 39, Walter Lee Taylor Dec., at 54).
[83] *Id.*
[84] *Id.* at 58.
[85] (Exhibit No. 16, John Taylor Dec., at 37).
[86] (Exhibit No. 39, Walter Lee Taylor Dec., at 52).
[87] (Exhibit No. 16, John Taylor Dec., at 29).

22

Exhibit 3

To ""[p]repare black children to deal with the chronic stresses they would face to keep them alive."[88]

When Johnny was whipped by Addie, it was usually because he was not in school. This would become a prominent theme later on in Johnny's life and was due, in large part, to an undiagnosed learning disability that became more pronounced when Johnny and his family relocated to Atlanta, Georgia from Sparta. Even while still in Sparta, Johnny did not feel comfortable in school. He laments, "The first day I walked into Hancock Training School, I walked in the front door and walked right out the back door . . . I did not feel comfortable around people who were not in my family. I was accustomed to mainly being around my family."[89] It was Johnny's sister, Bettye, who came to find him that day. He and Bettye were very close.

As Johnny's grandparents grew older, they could no longer withstand the physically grueling work of picking cotton and sharecropping. "[Lewis] had a couple of strokes. He did domestic work as a repairman for older White women whose husbands had died and who needed help around their homes. He worked on repairing fences and other repair jobs."[90] As Joe recalled, "When my grandfather

---

[88] Stacey Patton, *Corporal punishment in black communities: Not an intrinsic cultural tradition but racial trauma*, American Psychological Association, CYF News (April 2017) ("If black people had the luxury of 20 or 30 years after slavery — able to parent without fear of lynch mobs, indiscriminate police violence and unyielding racist discrimination — then perhaps the practice of 'whupping' might have become less widespread.").

[89] Johnny's brother Willie, was out of the household by the time Johnny was born. He enlisted in the army and fought in the Korean War in the early 1950s. Willie became an alcoholic and was in and out of Johnny's life until he died of cirrhosis of the liver on June 29, 1984. *Id.* at 41-42.

[90] (Exhibit No. 39, Walter Lee Taylor Dec., at 7).

23

Exhibit 3

got too old to work, he had no social security. No job that he had ever paid into it."[91]

Addie and Annie "took on ironing" and other domestic work for White families. Annie also looked after an elderly White woman. "The Black women in Sparta earned a few dollars cleaning up for White families."[92]

Joe reflected on his family's economic reality in Sparta during this time:

> We were very poor in Sparta. I did not know how poor we were because most of the   Black folks around us lived the same way.  Our poverty was like living in hell, there was nothing to say or do about the heat and we were all in it. We did not lock our doors.  Everyone lived that way. We had nothing to steal anyway because we were so poor.[93]

When Johnny was young and even before he was born, Addie began to travel to Atlanta, Georgia in search of work to help better provide for her children. Addie had difficulties grappling with the ravages of poverty. As a result, she prostituted herself when traveling to Atlanta in order to secure shelter and food during her stays.[94] Sometimes she "became pregnant during these trips and came home to Sparta to have her babies."[95] She then left her children with her parents and returned to Atlanta again. Addie shared stories of her experiences in Atlanta with Johnny:

> She came all by herself.  She had no help, no support system.  She went to Atlanta without shoes on her feet. My mother continued moving back and forth between Atlanta and Sparta to work odd jobs, even after I was born.  My siblings and I stayed behind with our grandmother and grandfather.  She later came to get us, one or two at a time.  She stayed sometimes in boarding houses.  She might meet a guy and live with him momentarily.  She took food offered to her by the

---

[91] *Id.*

[92] (Exhibit No. 16, John Taylor Dec., at 33).

[93] (Exhibit No. 39, Walter Lee Taylor Dec., at 25).

[94] *Id.* at 43.

[95] *Id.* at 4.

24

Exhibit 3

friends she met so that she could save the little money she was able to make.[96]

## Young Johnny Taylor Relocates to Urban Atlanta

Johnny was the last of his siblings to be brought to Atlanta and he "did not want to go." He loved his grandmother dearly and she was fond of him in return. Grandmother Annie loved boys in general and poured affection into them with hugs and kisses.[97] Johnny was around seven-years-old when he officially moved to Atlanta with his mother and siblings. [98]

The first place that Johnny lived with his mother was a rooming house on Georgia Avenue near the Capitol. It was a struggle for Addie to provide basic necessities for herself and her children, including a safe place to sleep. Johnny recalls, "We shared the bathroom that was down the hall with about eight or more families that also lived in the house."[99] From Georgia Avenue his family moved to Crews Street/Central Avenue in 1962 and later in 1966, the family moved into Carver Homes which were public housing for low-income families.[100] The public housing buildings crowded fifty-four hundred people into 990 apartments.[101] Residents in Carver Homes dealt with "poor or seldom done maintenance, unjustified increases in rent, managers unable to relate to tenant problems, apartments infested with rats and roaches, lack of grass or topsoil…"[102]

---

[96] (Exhibit No. 16, John Taylor Dec., at 43).
[97] *Id.* at 8.
[98] *Id.* at 44.
[99] *Id.* at 45.
[100] *Id.* at 56.
[101] *See* Lightfoot at 35.
[102] Boyd Lewis, "Housing strike spreads," Atlanta Voice (July 15, 1972).

Exhibit 3

"[P]oor...families tend to move much more frequently than their higher‑income neighbors and the general population."[103] Such housing instability can be stressful for children and have a lasting negative impact on children's mental health, social relationships, and academic performance. "My mother moved us around a lot, but we stayed in the Mechanicsville and Summerhill areas, these were all‑Black and rough neighborhoods. Summerhill was the roughest part of Atlanta."[104] "Poor parents are constrained in their choice of neighborhoods and schools. Low income may lead to residence in extremely poor neighborhoods characterized by social disorganization (crime, many unemployed adults, neighbors not monitoring the behavior of adolescents)."[105] Such neighborhoods also have "few resources for child development (playgrounds, child care, health care facilities, parks, after‑school programs)."

Johnny came of age in one of the most impoverished, violent and racially segregated areas of Atlanta just south of the city center: Summerhill, Peoplestown, and Mechanicsville; an enclave below Interstate 20.[106] Atlanta created these communities using racial zoning to designate "whole neighborhoods exclusively for

---

[103] Rebecca Cohen and Keith Wardrip, *Should I Stay or Should I Go? Exploring the Effects of Housing Instability and Mobility on Children*, Center for Housing Policy (Feb, 2011), 3.
[104] (Exhibit No. 16, John Taylor Dec., at 47).
[105] Jeanne Brooks‑Gunn, Greg J. Duncan, "The Effects of Poverty on Children," 7 Children & Poverty 55, 66 (Summer/Fall 1997).
[106] *See* W. Dennis Keating and Norman Krumholz, Rebuilding Urban Neighborhoods: Achievements, Opportunities, and Limits, *Atlanta: Peoplestown – Resilience and Tenacity Versus Institutional Hostility* (SAGE 1999), at 2 ("South of Atlanta Avenue and east of Capital Avenue, narrower un‑paved streets and smaller lots mark the general location of a black enclave."); *see also* at 3 ("The 1939 Works Progress Administration (WPA) survey provides the first clear picture of the black enclave on the east side of the neighborhood – 12 blocks were almost 100% black.").

26

Exhibit 3

black or white residence..."[107] "After the war...city planners determined that future city growth would be rigidly segregated."[108] Johnny was around nine-years-old when he saw his "first violent fight in the neighborhood. It was a1963 or 964. Two men were fighting when one pulled out a knife and stabbed the other."[109] Local papers referred to Peoplestown as a "slum,"[110] and described the three – Peoplestown, Summerhill, and Mechanicsville – as "blighted"[111] and "poverty dominated."[112] The city later requested federal funds from the Model Cities program to help address longstanding issues in these communities.

> Forty per cent of the families have incomes under $3,000. Unemployment runs at least as high as 15 per cent – compared to slightly more than 2 per cent for the entire city. No private doctors or dentists have offices in the area and the Price Comprehensive Health Service Center is jury getting cranked up and will serve only a portion of the residents. Only three pharmacies are located in the 3,000 acres — all in the eastern portion. The needs are clear. The demands are great. The challenge is there.[113]

Peoplestown, Summerhill, and Mechanicsville also lacked adequate public transportation, daycare facilities, employment opportunities, education, and

---

[107] Richard Rothstein, *The Color of Law: A Forgotten History of How Out Government Segregated America*, (Liverwright 2017) at 46.
[108] *Id.* at 135.
[109] (Exhibit No. 16, John Taylor Dec., at 48).
[110] Dick Herbert, "'Block Club' slum petition is expected to be shelved," Atlanta Constitution (May 4, 1967), 8; Remer Tyson, "City Gets $6.3 million more, called shining light in poverty war," Atlanta Constitution (Sept. 14, 1965).
[111] Alex Coffin, "Model Cities Program at Crossroads," Atlanta Constitution (Sept. 23, 1968), 6.
[112] Remer Tyson, "City Gets $6.3 million more, called shining light in poverty war," Atlanta Constitution (Sept. 14, 1965).
[113] *Id.*

27

Exhibit 3

housing. The federal "program's success or failure" would impact "the lives of 45,000 Atlantans," most of whom were "primarily black."[114]

Addie was pregnant by the time Johnny came to Atlanta and gave birth to his sister, Lisa Taylor on April 30, 1962.[115] Lisa's father was J.W. Holyfield. Addie did not marry Lisa's father, but he lived with her and the children for a while. He was "nice" but did not like to work. Meanwhile, Addie worked multiple jobs for very little pay for as long as Johnny can remember. He recalls:

> My mom worked her whole life to support us. She started cooking for a White family in their home and also for a business. She made $7 a week. There was no such thing as minimum wage then. Mom worked at quite a few laundry companies. Eventually, she landed at Apex, a large commercial laundry company, washing items for restaurants and hotels. It was mostly Black people who did that type of work. When mom worked in the hotels, she found things that people left behind and kept them. Sometimes she found money. At Apex, she made $15 a week twice as much as she made as a cook. Her wage increased at Apex from $15 a week to $23 and then to $40. She eventually made $50 a week and then $80. $80 a week was the most she ever made at Apex . . . [116]

It was while working at Apex that Addie met Joseph Smith who drove a linen truck for the company. Addie married Joseph Smith when Johnny was about 10 years old.[117] Joseph "was a good provider for my mother, but he liked to drink."[118] While Joseph "mistreated her," "there were times that [Addie] physically fought Joe when he was drunk."[119] Overall, Johnny believed that Joseph Smith was a "good man" but

---

[114] *Id.*

[115] (Exhibit No. 39, Walter Lee Taylor Dec., at 2).

[116] (Exhibit No. 16, John Taylor Dec., at 49).

[117] *Id.* at 59.

[118] *Id.*

[119] (Exhibit No. 39, Walter Lee Taylor Dec., at 109; Exhibit No. 16, John Taylor Dec., at 60).

28

Exhibit 3

"he saw himself as a provider, not a babysitter" which meant that he did not spent time with Johnny in a fatherly sense, though he was the most consistent father-figure in Johnny's life.[120] "He was more so of a father to Lisa since she was young and a girl."[121] When Addie and Joseph married, they had to move from Carver Homes to Washington Street because together, they made too much money to stay in the low-income housing. They remained in the Washington Street apartment for over ten years.

Prior to moving to Washington Street, every move his mother made meant that Johnny changed schools. Johnny attended Capitol Avenue Elementary, Georgia Avenue Elementary, Pryor Street Elementary, Lena Jean Campbell Elementary, Jessie Mae Jones Elementary, and E. R. Carter Elementary. "Every neighborhood had a school in those days . . . These were all Black schools in Black neighborhoods: Summerhill, Mechanicsville, and downtown Atlanta." [122] When Johnny began his early education, in the early to mid-1960s, all of his classmates and most of his teachers were Black. From 1961-62, 100% of Carter's 1,267 student population and 100% of its 41 teachers were all Black. [123] Similar statistics were

---

[120] (Exhibit No. 16, John Taylor Dec., at 81).

[121] *Id.* "I was the baby so by the time I was came along, my mother was finally settled and somewhat financially stable. I received things that my siblings did not such as clothes, shoes, and other material items that were not hand-me-downs. I also shared a relationship with my mother's husband Joseph that my siblings did not share. He treated me like I was his own biological child and provided for me. My siblings like Johnny, who were older, did not enjoy that sort of relationship with Joseph and the benefits that came along with it." (Exhibit No. 21. Lisa Taylor Griggs Dec, at 6).

[122] (Exhibit No. 16, John Taylor Dec., at 68).

[123] Plaintiff's Exhibit No. 8, Student Enrollment, Faculty, and Principals by Race Atlanta Public Schools 1961-1962- Elementary, *Calhoun v. Cook*, 443 F.2d 1174 (5th Cir. 1971).

29

Exhibit 3

observed at Jessie Mae Jones, Lena Jean Campbell, and Pryor Elementary, where 100% of both student and teacher populations were Black.[124] Racial segregation of teachers and students continued through the late 1960s. From 1966-67, all of Capitol Avenue Elementary 1,236 student and 45 teacher population was all Black.[125] This trend continued at Capitol and Johnny's other schools in to the following school year.[126]

> Even though courts struck down an explicit Atlanta racial zoning ordinance in 1924, the segregation maps guided school closure and construction decisions by the Atlanta School Board for the next two decades. Gradually, schools for whites were closed if they were in zones designated for future African American residence, and schools for African Americans were closed if they were in zones reserved for whites. New schools for white students were built in the developing white suburbs, which forced white families to move to those communities if their children were to have access to the most up-to-date schools. As with white families, black families who did not already live in their racially designated area were forced to find new housing if they wanted their children to attend a modern school.[127]

The racial makeup of Johnny's schools as a young child and adolescent provided insight into the resources and quality of education available to

---

[124] From 1961-62, Jessie Mae Jones Elementary enrolled 725 students and 20.2 full-time teachers, all of whom were Black; Lena Jean Campbell Elementary enrolled 1,001 students and employed 41 teachers, all of whom were Black. Pryor Street elementary enrolled 904 students and employed 25.2 full-time teachers, all of whom were Black. *Id.*

[125] Plaintiff's Exhibit No. 8, Student Enrollment, Faculty, and Principals by Race Atlanta Public Schools 1966-1967- Elementary, *Calhoun v. Cook*, 443 F.2d 1174 (5th Cir. 1971).

[126] From 1967-68, Capitol Avenue Elementary enrolled 1,188 students and employed 52.2 full-time teachers, all of whom were Black. Jessie Mae Jones Elementary enrolled 722 students and 27.1 full-time teachers, all of whom were Black; Lena Jean Campbell Elementary enrolled 910 students, all of whom were Black and employed 33.6 full-time teachers, one teacher was white. Pryor Street elementary enrolled 529 students, all of whom were Black, and employed 22.6 full-time teachers, 1.3 full-time teachers were white. . Plaintiff's Exhibit No. 8, Student Enrollment, Faculty, and Principals by Race Atlanta Public Schools 1967-1968- Elementary, *Calhoun v. Cook*, 443 F.2d 1174 (5th Cir. 1971).

[127] Richard Rothstein, *The Color of Law: A Forgotten History of How Out Government Segregated America*, (Liverwright 2017) at 135.

30

Exhibit 3

Black students at the time. School districts across the country were slow to desegregate after the US Supreme Court struck down the "separate, but equal" doctrine.[128]  Atlanta was no exception.  To ensure that Black children, like Johnny Taylor, had an opportunity to attend well-resourced public schools, the NAACP Legal Defense & Educational Fund ("LDF") sued Atlanta City Public Schools.[129]  After the 1961 desegregation order, schools that remained all Black schools operated at 125% of capacity, while white schools were 97.4% of capacity.[130]  This meant that white schools had twice as much floor space and up to two times as many books per pupil as did all Black schools.[131]  White schools also had higher value of furniture and equipment.[132] "[E]qual educational opportunities did not exist in Atlanta in any meaningful sense for the majority of [B]lack students."[133]

Johnny began to miss school often, at least in part because he did not have shoes there were not "busted up" or clothes that fit him. "[P]overty presents a chronic stress for children and families that may interfere with successful adjustment to developmental tasks, including school achievement," which Johnny struggled with early on.[134] Another reason was that for Johnny:

---

[128] *Brown v. Board of Education*, 347 U.S. 483 (1954).

[129] *See Calhoun v. Latimer*, 188 F.Supp. 412 (N.D. Ga. 1960) (action to compel operation of public schools without racial discrimination).

[130] Brief for Plaintiffs at 4, *Calhoun v. Cook*, 322 F.Supp 804 (N.D. Ga. 1974)(No. 10841).

[131] *Id.*

[132] *Id.* at 4-5.

[133] *Id.* at 1.

[134] Patrice L. Engle and Maureen M. Black, "The Effect of Poverty on Child Development and Educational Outcomes," 1136 Psychol. & Child Dev. 243, 244 (June 1, 2008).

31

Exhibit 3

School was also not easy . . . I was the slowest of my siblings. I did not know how to study to learn the information. My brother and sisters, they helped one another. School work came easy for my brother Joe. He and I sat at our table, and he became so frustrated with me. He did not have the patience for me. Joe tried to explain fractions to me. He thought it was easy and   something I should have known.  He yelled, 'Why can't you do this?' and I cried. I just couldn't get it, and no one had the patience to help me. It was hard for me to do the work.[135]

There was another fact that contributed to Johnny beginning to miss school at such a young age: no one was there to make sure he went. By the time he and his family moved to Washington Street, Johnny's brother Willie was out of the house and living in Florida or New York.[136] He had joined the military to fight in the Korean War in his in his late teens and early 20s and stayed away for some time.[137] Johnny's sister, Barbara had met and married her husband, Van Heflin, and had already had three daughters: Monique, Saadia and Vanessa. Addie and Joseph Smith were working full-time and even his brother Joe began working at a young age and was going to school.[138] Bettye was around, but was four years older than Johnny and began to receive attention by adults in her life who saw great potential in her and invested the necessary time and resources to helping her thrive.[139] Unlike Johnny, Bettye did not struggle with academics and was able to enjoy learning.

---

[135] (Exhibit No. 16, John Taylor Dec., at 69).
[136] *Id.* at 101.
[137] *Id.* at 41.
[138] (Exhibit No. 39, Walter Lee Taylor Dec., at 66); (Exhibit No. 16, John Taylor Dec., at 50).
[139] Bettye attended Carver Vocational High School.  She was a cheerleader and soft ball player.  She enjoyed school and in 1967, the principal of Carver and his wife who was a counselor at Carve took Betty in to live with them to finish high school.  From there, she attended Spelman College in Atlanta. (Exhibit No. 16, John Taylor Dec., at 76).

32

Exhibit 3

During this very vulnerable and significant developmental stage in his life, at about 11 and 12 years of age, Johnny began "raising and providing" for himself. He began "to steal things [Addie] could not afford." He was taken under the wings of men much older than him who taught Johnny either directly or indirectly how to break into cars and houses. Low-income "adolescents have smaller social support networks and are more dependent upon their peers than upon adults for social support."[140] Johnny recalls, "Those were the people I found myself around. They talked about everything: women, guns, crimes. It was exciting for me, since I was young. I learned good and bad."[141]

The Tuesday after Labor Day in1966, when Johnny was 12years-old, he observed the Summerhill Riots. Out-of-state newspapers referred to it as "the worst racial outbreak in modern Atlanta history."[142] The catalyst was a police shooting of a Black man, but the larger issue was that Black residents were fed up with inadequate pubic infrastructure; they demanded Atlanta provide them with "better schooling, jobs and housing."[143] Demonstrations "stretched ten blocks long and two wide."[144] Fifteen people were injured and "[t]he entire Altana police force was called

---

[140] Gary W. Evans, *The Environment of Childhood Poverty*, 59 American Psychologist 77, 80 (Feb./Mar. 2004) (this trend is exacerbated in disadvantaged neighborhoods that have less social capital than wealthier neighborhoods).

[141] (Exhibit No. 16, John Taylor Dec., at 81).

[142] *See e.g.,* "'Good Neighbors' Campaign 'Black Power' in Atlanta, Princeton Daily Clarion, (Sept. 8, 1966).

[143] Bruce Biossat, "Atlanta faces racial dilemma," Decatur Daily Review (Sept. 30, 1966), 8; *see also* Keating, Rebuilding Urban Neighborhoods: Achievements, Opportunities, and Limits, at 5. ("Housing conditions headed the list of grievances neighborhood representatives reported to the mayor in the riot's aftermath.").

[144] Bruce Biossat, "Atlanta faces racial dilemma," Decatur Daily Review (Sept. 30, 1966), 8.

33

Exhibit 3

in to restore order."[145] Law enforcement arrested Stokely Carmichael, head of the Student Non-Violent Coordinating Committee (SNCC), for "inciting to riot and disorderly conduct-disturbance."[146] Along with Mr. Carmichael, law enforcement arrested 15 Atlanta residents and held them in the Fulton County Jail for weeks.[147] The group sought release from a three-judge panel of the U.S. Court of Appeals for the Fifth Circuit, which approved their bonds.[148]

Somewhere between 1966 and 1967, Johnny began carrying a gun for protection.

> I started carrying a .38 gun when I was 12 or 13-years-old. It was easy to get a gun in those days. You could go into a store and buy one or break into a car and find one. I needed a gun for protection from older guys in the neighborhood, guys in their 20s.[149]

While Rejon's father was essentially raising himself and still struggling to adjust to the challenges of segregated city life in Atlanta, his mother, Reba (Gatlin) Taylor, was faced with her own set of obstacles less than a mile or so away.

## Maternal Family Origins: Covington, Newton County, Georgia

Reba Gatlin was born in Atlanta on February 22, 1956,[150] but her story begins long before her family became situated in Fulton County, Georgia. Reba's mother and Rejon's maternal grandmother, Eva Claire Williams, was born on June

---

[145] Keeler McCartney and Bill Shipp, "On riot charges in raid on Snick office," Atlanta Constitution, (Sept. 9, 19666), 1.
[146] *Id.*
[147] Reuben Smith, "15 seized in riots sign own bonds," Atlanta Constitution (Oct. 4, 1966).
[148] *Id.*
[149] (Exhibit No. 16, John Taylor Dec., at 83).
[150] (Exhibit No. 3.24, Birth Certificate of Reba Gatlin).

34

Exhibit 3

10, 1933,[151] to Anna Belle Williams Malcolm Benton and Howard Gatlin. Anna Belle had one other child with Howard Gatlin, Leonard Gatlin Sr. who was born August 21, 1931. She had another child, Leola, in 1937 with a different man.[152]

We do not know much about Eva's childhood as neither she nor Anna Belle passed down stories to their children and grandchildren. A "code of silence" exists in Black families which keeps them, particularly Black women, from discussing abuse and trauma.[153] This culture of secrecy and shame often exists across generations.[154] Eva's niece, Pearl, wishes that she knew more about her father's life but explains that, "The Gatlin side of my family is particularly secretive or closed off about their past." "Most of the family who would know about Anna Belle and her history are now deceased."[155] Eva herself passed away at age 82 in 2015.[156] Her son Joseph Gatlin further laments, "I wish I knew more about what my mother's childhood and life were like in Covington. She was a very private person and did not speak to us about her childhood."[157]

---

[151] (Exhibit No. 65, Death Certificate of Eva C. Williams). Eva wrote that she was born in Newton County, Georgia on Reba Gatlin's birth certificate and that she was born in Walton, Georgia on Joseph Gatlin's birth certificate. (Exhibit No. 3.17, Birth Certificate of Joseph Gatlin); (Exhibit No. 3.24, Birth Certificate of Reba Gatlin).

[152] "Leola's name is spelled Leora on her funeral service but our entire family knew her as Leola. (Exhibit No. XX, Leola Smith Obituary); Eva's sister, Leola, believed she shared Eva's father until she was in her 50s and Eva told Leola that she "was not her real sister." (Exhibit No. 28, Rosa Moss Dec., at 1).

[153] Jayne O'Donnell, Sierra Lewter and Karla Lozano, *Domestic violence 'code of silence' contributes to prevalence across races, classes*, USA TODAY (Feb. 20, 2018).

[154] *Id.*

[155] (Exhibit No. 28, Rosa Moss Dec., at 2).

[156] (Exhibit No. 65, Death Certificate of Eva Claire Williams).

[157] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 4).

35

Exhibit 3

Similar to Rejon's paternal grandmother, Eva lived with relatives on land in rural Georgia, in the 1940s and early 1950s. Eva's mother, Anna Belle, was the one constant figure in Eva's life, while others moved in and out. Eva did not know her father, Howard Gatlin. It is unclear whether Anna Belle was ever married to Howard and some family members have questioned whether Howard was Eva's biological father, in that for the better part of her life she was not known as Eva Gatlin, but as Eva Williams.[158] At some point Anna Belle did marry a man named Oscar Benton, who was called Frog. Frog lived with Anna Belle and Eva off and on while in Covington.[159] For a time, Eva's brother Leonard, Leonard's first wife, Myrtis, and their three daughters: Peggy Ann, who was born July 2, 1948; Rosa Moss who is known as Pat and was born July 28, 1949, and Pearl Rankins who was born July 20, 1950, all lived in the same house with Eva and her parents.[160] The house had three small bedrooms, was made of wood and was settled in a poor neighborhood in Covington. It also had an outhouse to go to the bathroom. Eva's

---

[158] "Names are a funny thing in our family. We do not always know where they come from. For example, I always felt that Eva and my daddy did not have the same father, even though Grandma Anna Belle said that Howard Gatlin was their father. The fact that Anna Belle did not give Eva the last name of Gatlin fed into my suspicion that Eva had a different father. Of Anna Belle's children, only my father took Howard Gatlin's last name. Eva had Anna Belle's maiden name: Williams. However, Eva gave all of her children the last name of Gatlin, so that was confusing and a mystery to me." (Exhibit No. 28, Rosa Moss Dec., at 2); "Last name at birth" is listed as Williams on Eva's Death Certificate. (Exhibit No. 65, Eva Williams Death Certificate); Eva reported her name as Eva Claire Gatlin on Reba Gatlin's birth certificate and as Eva Clair Gatlin on Joseph Gatlin's birth certificate. (Exhibit No. 3.24, Reba Gatlin Birth Certificate); (Exhibit No. 3.17, Joseph Gatlin Birth Certificate).
[159] (Exhibit No. 28, Rosa Moss Dec., at 7).
[160] *Id.* at 3.

36

Exhibit 3

niece, Pat, recalls "we had little white buckets that we kept in our rooms to use if we had to use the bathroom during the night.[161]

Eva's then sister-in-law, Myrtis was confronted by her family who did not want Myrtis to marry Rejon's Great Uncle Leonard. This was due, at least in part, to the fact that the Gatlins were considered poor. They lived in a small wooden house while Myrtis' family lived in brick houses in a better part of town.[162] Myrtis' family also knew that Leonard "had a bad reputation with women."[163]

While living in Covington, Rejon's Great Grandmother Anna Belle and Grandmother Eva picked cotton. Anna Belle in particular "left very early in the morning and came back later in the evening."[164] Georgia maintained some of the strictest vagrancies in the South.[165] To address the labor shortages, "the officers of the law have begun the wholesale arrest of idle negroes on the streets of Covington, and it is thought that this action will scare them back to the farms from which they emanated last fall after the bulk of the cotton crop had been gathered."[166] These laws stayed "in effect into the 1960s."[167] "Living in a more rural part of Georgia at

---

[161] *Id.* at 5.
[162] *Id.*
[163] *Id.* at 4.
[164] *Id.* at 7.
[165] William Cohen, *Negro Involuntary Servitude in the South, 1865-1940: A Preliminary Analysis*, 42 Journal of Southern History 31, 50 (Feb. 1976).
[166] "Labor Scarce in Newton," Atlanta Constitution, (Feb. 1, 1904), 2; *see also* Jonathan M. Wiener, *Class Structure and Economic Development in the American South*, 1865-1955, AHR Forum, at 982.
[167] Cohen, *Negro Involuntary Servitude in the South, 1865-1940*, at 50.

37

Exhibit 3

this time meant we lived a life of hard work."[168] Anna Belle "talked about the grueling nature of picking cotton. She spoke of how physically taxing it was to work in the fields in the thick of the summer heat. Anna Belle was not able to finish school because she had to work to help support her family."[169] "Eva was not able to complete school either because she needed to work."[170] "Education was not the priority in my family then, it had to be work. You had to do what you had to do to make ends meet."[171]

While Eva worked in the fields and "cleaned White people's houses for work," it is unclear that her brother Leonard did much to help provide for the family.[172] He liked to drink and according to Pat, he was always taken care of by the women, like his mother Anna Belle.[173] We do not hear stories from Leonard's eldest children about him picking cotton or working difficult jobs to contribute to his family's income.

Myrtis and Leonard met in school and "both dropped out by the 11th grade."[174] They had a tumultuous and violent relationship. Myrtis' family had told her to stay away from Leonard Gatlin; that he was trouble.[175] They were not wrong. As Pat recalls, "My father was mean. I saw him beat several women, including my

---

[168] (Exhibit No. 28, Rosa Moss Dec., at 7).
[169] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 3).
[170] *Id.*
[171] (Exhibit No. 35, Tonya Walton Dec., at 6).
[172] *Id.*
[173] (Exhibit No. 28, Rosa Moss Dec., at 10).
[174] (Exhibit No. 24, Pearl Rankins Dec., at 3).
[175] (Exhibit No. 28, Rosa Moss Dec., at 4).

38

Exhibit 3

mother."[176] Leonard was physically and verbally abusive to Myrtis in front of his children and others.[177] "[Leonard] beat on my mother and almost killed her once. She showed me the scar on her stomach where he cut her. I remember that he slapped me one time because I wanted a pair of shoes that he was not going to buy for me. I remember that because it hurt pretty bad."[178]

Myrtis and Leonard separated and later divorced. Myrtis moved to Detroit where she had supportive family and she eventually remarried John Davis. At this point, their family unit was completely disrupted. Peggy and Pat were only toddlers while Pearl was still an infant. Myrtis took Pearl to Detroit, leaving Peggy and Pat behind to be raised by Eva and Anna Belle while Leonard left the home and began to spend his time staying "with various women he was dating."[179] Pat resents that she was left behind to be raised by Anna Belle in particular:

> Peggy and I ended up getting the hard end of the bargain. I called Anna Belle 'Momma' before I knew I had a different mother. I was 13-years-old when I found out that Myrtis was my actual mother. Eva told me the truth. My mother had been calling and trying to get in touch with us, but Anna Belle would not allow us to talk to her . . . Growing up with Grandma Anna Belle was difficult. She was severely strict. [180]

## Eva Williams Moves to Atlanta

---

[176] *Id.* at 4.

[177] (Exhibit No. 24, Pearl Rankins Dec., at 4).

[178] (Exhibit No. 28, Rosa Moss Dec., at 8).

[179] *Id.* at 10.

[180] *Id.* at 8.

Exhibit 3

In 1951, around 17 years of age, Eva began to travel the roughly forty-five minutes northwest to Atlanta, Georgia.[181] She went on her own in search of ways to make more money.[182] Blacks had been fleeing Newton County and other parts of rural Georgia since the early 1900s for more economic opportunity and to escape racial terrorism.[183] Similar to his paternal grandmother Addie, Rejon's Grandmother Eva also experienced challenges grappling with the depravations of poverty. As a result, Eva too engaged in sex with men for money to support herself and provide for her family.[184]

Eva began to bring her family, including her mother, aunts,[185] stepfather and nieces up to Atlanta for visits. "They all wanted a better life." Pat recalls the family traveled back and forth for some time and "stayed with different people . . . most of them were people Eva knew."[186] By the end of World War II, Atlanta, like many cities across the nation, was feeling the economic and social effects of divestment from its city center.[187] "Abandoned factories, run-down neighborhoods,

---

[181] Reba Gatlin's birth certificate states that Eva had been living in Fulton County, at least part-time since 1951. *See also* (Exhibit No. 28, Rosa Moss Dec., at 9); (Exhibit No. XX, Reba Gatlin Birth Certificate).

[182] (Exhibit No. 28, Rosa Moss Dec., at 9).

[183] *See* EJI, Lynching In America, at Trauma and the Legacy of Lynching; *see also* "Emigration fever in Newton: About twenty-five families left last Thursday night," Atlanta Constitution, Jan. 16, 1900, 3 ("On one farm...consisting of two hundred acres of cotton lands, not a single one of the work hands is left...At and around Covington...the laborers ha[ve] thoroughly incensed the white inhabitants...").

[184] (Exhibit No. 28, Rosa Moss Dec., at 24).

[185] Anna Belle had four siblings: Josephine Williams, Leila Mae Moore who was also known as Ma Dear, Addie Willie Pearl Williams who was also known as Pop, and Freddie Williams. (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 3).

[186] (Exhibit No. 28, Rosa Moss Dec., at 9).

[187] Irene Valerie Holliman, From 'Crackertown' to the 'ATL': Race, Urban Renewal, and the Re-Making of Downtown Atlanta 1945-2000 (May 2010), (unpublished dissertation, University of Georgia) (on file with the University of Georgia Library), at 25.

Exhibit 3

and boarded up downtown businesses became familiar scenes in urban spaces; and poverty and civic neglect became familiar experiences of urban people."[188] Black neighborhoods in Atlanta suffered from poor housing, few public amenities, and poverty. Residents of subsisted on a low-wage service jobs and housing shortages forced Black residents live in "ramshackle structures [...] hidden corners of alleys, hollows, and other unclaimed spaces.[189]" "Atlanta social life was racially segregated then, including neighborhoods and schools."[190]

On December 2, 1951, Eva was 18-years-old and traveled home to Covington to give birth to her first child, Rejon's Uncle, Stanley Gatlin. Stanley's father was a man named Eddy Howard/Clark. He was the only one of Eva's four children to be born in Covington.[191]

It was not long after Stanley was born that Eva and her family officially moved to Atlanta. She and Anna Belle, along with the children, moved into a stand-alone home on 1058 Fern Avenue in Peoplestown, an all-Black neighborhood in the downtown area. Frog lived with Anna Belle and Eva during their early years in Peoplestown.[192] Leonard moved also but did not live with his daughters on Fern

---

[188] *Id.* at 26.
[189] *Id.* at 29-30.
[190] (Exhibit No. XX, Warren Almand, at 1) (describing Atlanta neighborhoods in the 1950s and 1960s).
[191] (Exhibit No. 18, Joseph Anthony Gatlin, at 2).
[192] (Exhibit No. 28, Rosa Moss, at 14).

41

Exhibit 3

Avenue. He eventually settled down with a new wife, Ruby, and had a whole new set of children.[193]

Peoplestown was an under-resourced, low-income neighborhood. Home Owners' Loan Corporation (HOLC) Residential Security maps indicate that Peoplestown was graded a "D" or "hazardous" and color-coded red. This designation redlined the neighborhood and made Peoplestown ineligible for federal loans and repelled private investors.[194] However, to Eva's family it was a major improvement. According to her niece Pat:

> We thought we were rich all of a sudden when we moved into the house because it was such an upgrade from the house we lived in in Covington. The first time I saw a commode was in our new house. It took a bit for me to feel comfortable on the commode because I was so used to going in an outhouse or a pot or outside. We had a garden in the back of our house in Peoplestown.[195]

While in Peoplestown, Eva continued to meet and stay with "boyfriends" to provide for herself and her family. Her niece Pat recalls: "She was doing what she had to do to make money and provide for her kids. She was out trying to make a living the

---

[193] "Our half-siblings by my father and Ruby were Leonard Jr., Sharon, Patricia and Michael. Vanessa and Deborah were Ruby's daughters from another relationship. (Exhibit No. 28, Rosa Moss Dec., at 10).

[194] In 1938, a federal agency, the Home Owners' Loan Corporation (HOLC), created "Residential Security" maps of major American cities. These maps document how loan officers, appraisers and real estate professionals evaluated mortgage lending risk during the era immediately before the surge of suburbanization in the 1950's. Neighborhoods considered high risk or "Hazardous" were often "redlined" by lending institutions, denying them access to capital investment which could improve the housing and economic opportunity of residents. Bruce Mitchell and Juan Franco, HOLC "REDLINING" MAPS: THE PERSISTENT STRUCTURE OF SEGREGATION AND ECONOMIC INEQUALITY, NCRC 4 (2018); *see* Marni Davis, *Streetscape Palimpset: A History of Georgia Ave, available at* www.arcgis.com/apps/MapJournal/index.html?appid=b907a20ea0564aa921ecd208ec746bf.

[195] (Exhibit No. 28, Rosa Moss Dec., at 11).

42

Exhibit 3

best way she could. I knew what was going on. She had many, many boyfriends and stayed gone most of the time."[196]

In the process of providing for her family, Eva gave birth to her second child, Rejon's uncle, Joseph Gatlin on December 16, 1954 at HSP Grady Hospital. She was 21 years old and listed "housewife" under "Occupation" on her medical forms.[197] Eva was not married at the time that she gave birth to Joseph. In fact, Eva never married and was intentional about not taking a husband.[198] Joseph's father was a man named Robert Adams. Robert is not listed on Joseph's birth certificate as his father.[199]

### Reba Gatlin is Born

On February 22, 1956, Eva gave birth to Rejon's mother, Reba Gatlin. Eva was 22 years old at the time. This time Eva wrote "Domestic" under "Occupation."[200] Reba was told by Eva throughout her life that she shared Joseph's father, Robert Adams. However, Joseph and other family members believed that Reba's father was actually a man who went by Shot. "Shot said he knew Reba was his child. Reba looked just liked him. Shot was married so they kept the fact that

---

[196] *Id.* at 24.
[197] (Exhibit No. 18, Joseph Anthony Gatlin Birth Certificate).
[198] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 8); (Exhibit No. 35, Tonya Walton Dec., at 5).
[199] (Exhibit No. 18, Joseph Anthony Gatlin Birth Certificate).
[200] (Exhibit No. 3.24, Reba Gatlin Birth Certificate).

43

Exhibit 3

Reba was his daughter a secret."[201]  Shot was a drinker and friend of Leonard
Gatlin's. [202]

By the time Reba and her brothers were toddlers, the house in Peoplestown
had become overcrowded.  The structure of the home provided "one bathroom, three
bedrooms and one heater in the middle of the living room floor." [203]  According to
Joseph, "at one point, 14 people lived in this house.  My mother took in anyone who
needed a place to stay and my sister Reba followed in her footsteps later on in
life."[204] During the time that Reba was coming up, the following people either lived
with her family on Fern Avenue or stayed there for extended periods of time: Reba's
siblings; Eva and Anna Belle; Aunt Leola and her children, Billy Jr., Michael, and
Yvonne; two of Great Aunt Josephine's children, Katrina and Cynthia; and Oscar
Benton, better known as Frog or Granddaddy.[205]

Reba's younger sister, Tonya, was born last of her siblings on December 6,
1956 and joined the already overflowing household on Fern Avenue.  Her father was
Robert Hendrix.[206]  Tonya, similar to her siblings, did not grow up knowing her
father.  She was told by Eva that she "did not fool" with Robert "when he came
around."[207]  Tonya never met Stanley's father and Joseph reports that Robert

---

[201] (Exhibit No. 28, Rosa Moss Dec., at 24); (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 9); (Exhibit No. 35, Tonya Walton Dec., at 3).
[202] (Exhibit No. 18, Joseph Anthony Gatlin Dec., 24).
[203] *Id.* at 5.
[204] *Id.*
[205] (Exhibit No. 24, Pearl Rankins Dec., at 9); (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 5); (Exhibit No. 35, Tonya Walton Dec., at 7).
[206] (Exhibit No. 35, Tonya Walton Dec., at 3).
[207] *Id.* at 4.

Exhibit 3

Adams, the man whom Eva claimed was both his and Reba's father, "was absent from my life while I was growing up."[208] There was one boyfriend of Eva's who *was* around. Tonya explains, "There was one man named William who my mom dated for a long time. Stanley saw William hit my mom and Stanley jumped on him."[209] Joe remembers William's interactions with Eva and describes him as "mean to her and to us kids. He had just gotten out of prison and he stalked my mom. He spent the night on weekends."[210] Eva's niece Pat also reports that William "was abusive to her. Eva came in with bruises on her face and body after being with him. I was old enough to know where those bruises came from."[211] Sometime after Reba's brother Stanley "jumped on" William for hitting her mother, he stopped spending nights at the home and eventually left Eva and her family alone.[212]

By this time in the family's narrative, Frog was only "sometimes in the picture" and his relationship to Anna Belle was confusing for Anna Belle's young grandchildren. Oscar worked for Hall Steel Company and sometimes allowed Joseph to ride with him on his route. Joseph recalls,

> I found out when riding his route that he had another woman in his life. He used to take me over to the other woman's house. Everyone in our family knew about this arrangement and were okay with it. We knew not to say anything or talk about it and that was just the way it was. The other woman   knew who I was and where I came from.[213]

---

[208] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 10).
[209] (Exhibit No. 35, Tonya Walton Dec., at 5).
[210] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 12).
[211] (Exhibit No. 28, Rosa Moss Dec., at 24).
[212] (Exhibit No. 35, Tonya Walton Dec., at 5).
[213] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 11).

45

Exhibit 3

Between Frog's absence and the absence of the biological fathers of Eva's children, "there was never a man or father figure, at least not consistently."[214] Eva told Reba and her siblings that "she did not need a man's help to get by. She was very vocal about not wanting to marry." Some who knew her believed that her traumatic experience of being in relationship with William led her to swear never to be in that sort of situation again.[215] For Joseph, this meant he would continue to be "surrounded by women," which had its consequences. He explains,

> There was no example for me to follow of how a man should act; how a Black man in particular should act. I looked to the men in my life for a father figure, but they let me down. I paid attention to Uncle Leonard when he was around, but he mistreated women and did not take responsibility for the children he fathered. He was also belligerent.[216]

It was in fact Leonard's daughters, Peggy, Pat and later on Pearl, still children themselves in their early-to-mid-teens, who took on significant roles in raising Reba, Joseph, Stanley and Tonya. Pat, in particular, did much of the housework and looked over Reba and her siblings when Eva was at work.[217] We all practically raised ourselves.[218] Eva became involved in childcare and began working at a daycare on Eastlake that served mostly White families. Anna Belle cleaned White peoples' houses for a long time. The houses were located in North Atlanta.

---

[214] *Id.* at 8.
[215] (Exhibit No. 34, Tayanau Nunez Dec., at 6).
[216] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 10).
[217] (Exhibit No. 35, Tonya Walton Dec., at 9).
[218] (Exhibit No. 28, Rosa Moss Dec., at 24).

46

Exhibit 3

Joseph saw his mother and grandmother as the providers who "made sure we had food on our table."[219]

Though government assistance was available to Reba and her family while living in Peoplestown, her mother and grandmother were adamant in providing for their own children.  Joseph recalls that

> The welfare truck came through Peoplestown and gave out bread and cheese. My siblings and I were instructed not to accept anything from the truck. Grandmother Anna Belle told us that we did not need handouts like the other people in our community and so it would have been wrong for us to take them. She made sure we knew that we could get what we needed at home.[220]

Anna Belle and Eva did whatever necessary to provide for their household.  Anna Belle even bootlegged on the side for extra money.[221] Making and selling moonshine was not uncommon in Peoplestown during this period. Pints of "white lightning," "concocted from paint thinner – or some other form of methyl alcohol" sold for 50 cents in the 1950s in Peoplestown.[222] She and Frog made and sold alcohol out of the home on Fern Avenue. Selling it was illegal because the state was unable to collect tax for the transactions.[223] Pat recalls, "There was a hole in our kitchen floor behind our washing machine where they kept it.  People came in and out of the house to

---

[219] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 16-18).
[220] *Id.* at 19.
[221] (Exhibit No. 35, Tonya Walton Dec., at 11).
[222] "Poison liquor kills 18," Beatrice Times (Oct. 24, 1951), 1 (reporting that "17 negroes and a white woman" died from a bad batch of "white lightning" consumed at a party in Peoplestown).
[223] "Sabbath pursuit captures cache of illegal liquor," Atlanta Constitution (Dec. 10, 1951), 6 (describing a raid "in the heart of Peoplestown where poison liquor...killed 38 Atlantans less than 2 months ago."

47

Exhibit 3

buy the alcohol."[224] Due to the high numbers of death after consuming bad batches

of alcohol – "victims collapsed at their homes, in the streets and alleys, and at the

hospital. Some died or went blind 48 hours after a drink or two" – police and federal

agents "swept through the area arresting suspected bootleggers and sizing illegal

alcohol…"[225] This went on until, as Pat tells it, "One of Granddaddy's friends told on

him and the police sent an undercover cop in to buy from them. They took

Granddaddy to jail. Police were brutal back then, especially the White police

officers."[226]

In 1950s Atlanta, Jim Crow was the law of the land and white people were

taught they were superior to their Black counterparts,[227] Atlanta was filled with

symbols of racial hierarchies. Black people couldn't look white people directly in the

eye, Black people were forced to sit in the back of public buses, and public facilities

were separated by race designations.[228] By the late 1950s and into the early 1960s,

racial inequality was fully entrenched in in all aspects of Atlanta's social, political,

---

[224] (Exhibit No. 28, Rosa Moss Dec., at 15).

[225] George Groh, "Maker of moonshine that killed 42 made $80 profit," Evening Sun (Apr. 30, 1954), 33 (describing moonshine raids in Peoplestown).

[226] However, "It wasn't just White police officers either, it was certain White folks in general. I saw a Black man get killed just for asking a White man for directions once. It happened right round the corner from our Fern Avenue house, on Haygood Avenue SE. [She] was about 15-years-old at the time." (Exhibit No. 28, Rosa Moss Dec., at 15); see also Keeler McCartney and Bill Shipp, "On riot charges in raid on Snick office," Atlanta Constitution, (Sept. 9, 19666), 6 (organizers passed out leaflets after police shot a Black man in Summerhill asserting that Blacks "were sick and tired of seeing white cops mess over black men and women, as they have been doing for over 300 years. The crowd knew that Harold Prather was only one of thousands of black men and women in Atlanta who have been brutalized and shoved around by white cops and their bosses.").

[227] Heather Gray, *Growing Up in Jim Crow Atlanta* (Nov. 1, 2011), *available at* https://www.counterpunch.org/2011/11/01/growing-up-in-jim-crow-atlanta/

[228] *Id.*

48

Exhibit 3

and economic climates.[229] Black people made up nearly 36% of the population, but were confined to just 16.4 percent of the land in predominately Black neighborhoods, like Peoplestown.[230] These neighborhoods lacked decent housing, quality schools, and public resources and recreational facilities.[231] When Black families attempted to seek refuge better housing communities in predominately white areas, they were met with disdain.[232]

These social and economic inequities were fueled by white supremacy, and made Black communities disposable. In fact, the decimation of Black neighborhoods during Atlanta's urban renewal programs of the 1950s and 1960s was a continuation of a long effort to restrict and contain the expansion of Black communities within the city.[233] Urban renewal plans forced people in Peoplestown and other growing Black communities from their homes and confined them to neighboring Black communities, exacerbating already limited resources and space.[234] Ultimately, Development programs were used as a guide to safeguard residential segregation.[235]

---

[229] Gloria Ross, Food Deserted: Race, Poverty, and Food Vulnerability in Atlanta, 1980-2010 (Dec. 2014) (unpublished Ph.D. dissertation, Georgia Institute of Technology)(on file with the Georgia Institute of Technology library), at 8
[230] *Id.*
[231] *Id.*
[232] Irene Valerie Holliman, From 'Crackertown' to the 'ATL': Race, Urban Renewal, and the Re-Making of Downtown Atlanta 1945-2000 (May 2010), (unpublished dissertation, University of Georgia) (on file with the University of Georgia Library), at 55-56.
[233] Irene Valerie Holliman, From 'Crackertown' to the 'ATL': Race, Urban Renewal, and the Re-Making of Downtown Atlanta 1945-2000 (May 2010), (unpublished dissertation, University of Georgia) (on file with the University of Georgia Library), at 17.
[234] *Id.* at 80.
[235] *Id.* at 55.

49

Exhibit 3

By the mid-1960s racial tensions caused by systemic inequality reached its boiling point. On September 6th, 1966, racial unrest spurred a violent uprising in Summerhill, another Black community near Peoplestown.[236] After Atlanta police shot a Black man, groups like the Student Non-Violent Coordinating Committee (SNCC) organized demonstrations to protest police brutality and frustrations with the lack of resources, housing and opportunities for Black residents in Atlanta.[237] Many believed that the Summerhill riots would be a turning point for disenfranchised and under-resourced people living in Atlanta's Black communities, however, when tensions calmed, racial inequalities were preserved and contributed to urban racial violence.[238]

In general, Peoplestown was a tough neighborhood. "You had to be careful and hold your own . . ."[239] Pat explains, "I was a fighter because I had to be. People in my neighborhood picked fights for no reason, it created a survival mentality. You had to be prepared with violence for whatever violence might come your way."[240] "Crimes of violence total as much as three times those in other sections of the city."[241]

---

[236] *Id.* at 66.
[237] *Id.* at 67-68.
[238] *Id.* at 99, 109-111.
[239] (Exhibit No. 28, Rosa Moss Dec., at 16).
[240] *Id.*
[241] Alex Coffin, "Model Cities Program at Crossroads," Atlanta Constitution (Sept. 23, 1968), 6.

50

Exhibit 3

Ultimately, city officials believed that segregation was necessary for order and peace.[242] Peoplestown underwent a dramatic demographic shift during this time period. The racial makeup of up of Peoplestown and surrounding communities flipped from 85% white in 1950 to 95% Black by 1970.[243] White flight, caused businesses and economic centers to retreat from the neighborhoods as well. "Fifteen groceries and supermarkets had served the local neighborhoods in 1950; that number was nearly halved to eight in 1960, and then halved again to four in 1970."[244]

> Peoplestown was on the same side of the Highway as Summerhill. Georgia State Stadium was in the middle of Mechanicsville and Summerhill. You needed transportation to get to a supermarket... The convenience store was the only place to get everyday items in our neighborhood. There was no department clothing stores. Some stores did allow you to shop on credit up through the 1970s. You had to talk with the store owners about it and settle up at a certain time of the month. Some of the store owners messed with our women too. The women did it for favors from the men.[245]

Economic resources continued to deplete in these predominately Black communities as time went on. By 1980, "Summerhill, Mechanicsville, and Peoplestown [became] sites of concentrated, racially isolated poverty."[246]

---

[242] Irene Valerie Holliman, From 'Crackertown' to the 'ATL': Race, Urban Renewal, and the Re-Making of Downtown Atlanta 1945-2000 (May 2010), (unpublished dissertation, University of Georgia) (on file with the University of Georgia Library), at 15-16.

[243] see Marni Davis, *Streetscape Palimpset: A History of Georgia Ave, available at* www.arcgis.com/apps/MapJournal/index.html?appid=b907a20ea0564aa921ecd208ec746bf.

[244] *Id.*

[245] (Exhibit No. 16, John Taylor, at 13).

[246] Marni Davis, *Streetscape Palimpset: A History of Georgia Ave, available at* www.arcgis.com/apps/MapJournal/index.html?appid=b907a20ea0564aa921ecd208ec746bf.

Exhibit 3

## Church Becomes Front and Center

There was a point at which church became a central theme in the lives of Anna Belle and Eva which meant it became a central themes in the lives of their children as well. Elder Paul Grant, his wife Christine, Eva, Anna Belle and Anna Belle's sisters: Josephine, Addie and Leila Mae, essentially built the church that became the Temple of God. Pastor Grant's children: Sylvia, Sandra, Ruth, Sheila, Robert, Ernest, and Calvin, along with Reba, her siblings and maternal cousins were all congregants of the church from childhood through adulthood. Their denomination was African American Pentecostal and Elder Grant was an orthodox minister.[247] His daughter Sandra recalled, "Our church was strict. We were not allowed to go to the movies or play cards, and women and girls had to wear dresses."[248]

Reba and her siblings spent "a great deal of time in church" as children.[249] She, Eva and Anna Belle "were all very religious and they were devoted to Pastor Grant."[250] While attending church became habitual for Reba throughout her life, by the time he got to high school, Joseph "steadily stopped going to church" because he did not trust Elder Grant.[251] According to Joseph, Elder Grant "tried to date" Eva, despite the fact that he was married to Christine who incidentally became Eva's close friend with whom she eventually opened up a daycare.[252] Before he became a

---

[247] (Exhibit No. 30, Sandra G. Hines Dec., at 5).
[248] *Id.*
[249] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 23).
[250] (Exhibit No. 14, Harold Hall Dec., at 10).
[251] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 24).
[252] *Id.* at 17.

Exhibit 3

full-time pastor, Elder Grant worked at the Colonial Store in Peoplestown as a manager. Joseph remembers that "One Friday night, he showed up at our house and he started coming over on a regular basis," without his wife or children.[253] Meanwhile, Eva "drove all over the place putting up tents for the pastor's revivals." She ended up getting into a pretty serious car accident in which she was thrown from her vehicle and almost died. The fact that "the church did not help financially with the medical bills" was the last straw for Joseph. However, Reba and the rest of the Gatlin and Williams women continued to believe in and trust Elder Grant. "We took what our Pastor said to the bank, meaning we had faith in his words. If he predicted something was going to happen, it happened."[254]

Other than church-related events and responsibilities, Reba had little opportunity to engage in pro-social activities. This was not the case for her brothers, Stanley and Joseph. There was a family in Peoplestown, the Phillips, who "convinced the city to fund a bus" to take young boys across town to the George Washington Carver Boys Club where they "played ball, swam, and did all kinds of activities." Joseph believes that "riding the bus to the Boys Club "gave us something to do and kept us out of trouble." This sort of opportunity to socialize, engage in physical activity and participate in educational programs did not exist for Reba and Tonya. Instead, the girls "mostly stayed home with Grandma Anna Belle," when Anna Belle was not cleaning houses. Pat describes Reba as "house-

---

[253] *Id.* at 24.
[254] (Exhibit No. 35, Tonya Walton Dec., at 42).

53

Exhibit 3

ridden, or not aloud out of the house much."[255] Pat and Peggy also were "not allowed to do much, other than be in the house and take care of the children and the housework."[256] Pat was made to feel insufficient and insecure, no matter what she did. She recalls the consequences that followed if she did not comply with Anna Belle's wishes:

> If I did not do what she asked of me, or did not do it the way Anna Belle wanted it to be done, she whipped me. Anna Belle used switches mostly. She was the disciplinarian . . . Auntie Eva, she was different. She took up for me and loved on me. She defended me when she could. Granddaddy also told Anna Belle not to beat me.[257]

Anna Belle was harsh in other ways. She likely lacked the capacity to engage in bonding with young children at an early age. Anna Belle could bring in the monetary resources that were desperately needed, but not the physical ones. Physical touch was reserved for disciplinary action. This way of being affected her children and grandchildren. For example, Pat reflects on the absence of nurturing physical touch throughout her life: "I cannot recall a time when my father hugged me. Anna Belle was that same way. They rarely, if ever, showed affection."[258] Even non-relatives observed as Reba grew older that "Her mother did not show any affection, to anyone."[259] The responsibility of the mother to do whatever is necessary to feed the family and keep them together, even if that meant not being available to

---

[255] (Exhibit No. 28, Rosa Moss Dec., at 13).
[256] *Id.* at 14.
[257] *Id.*
[258] *Id.* at 10.
[259] (Exhibit No. 16, John Taylor Dec., at 125).

54

Exhibit 3

nurture your children, is a lesson that Reba learned early, just as her mother Eva learned it from her mother Anna Belle and so on.

When Reba was around 10 years old, her cousin Pat, who up until this point had taken on a significant caregiving role in Reba's young life, left the house on Fern Ave to be with her sister, Pearl and her mother, Myrtis, in Detroit, Michigan.[260] At first, things were good in Detroit. Pat "was allowed to be young."[261] Yet it was only about a year after her arrival that Pat discovered her stepfather had been cheating on her mother. Pat was the one to inform her mother who, for the second time in Pat's life, decided that it was best to separate from her. She sent Pat back to Peoplestown saying that "she did not want [Pat] to be around for the aftermath."[262] This time, Pearl accompanied Pat and moved in with her extended paternal family on Fern Ave. By then, Reba's cousin Peggy had moved out. At 18, Peggy became pregnant, dropped out of school and married her first child, Larry Jr.'s, father, Larry Gooden.[263]

Pearl had come from an environment of structure, having grown up with her stepfather who was in the military. She had an appreciation for order and a healthy respect for rules. Yet she could not have prepared herself for what might happen when she broke one of Anna Belle's rules. One night, Pearl went out with

---

[260] When she was 16 years old, Pearl Rankins had visited Atlanta with her mother and reunited with her sisters after nearly 15 years of separation. Myrtis traveled to Atlanta with the hopes of bringing Peggy and Pat back with her but only Pat went and spent about a year living with her mother and sister for the first time in her life. (Exhibit No. 24, Pearl Rankins Dec., at 8).

[261] (Exhibit No. 28, Rosa Moss Dec., at 19).

[262] *Id.* at 20.

[263] (Exhibit No. 24, Pearl Rankins Dec., at 9).

55

Exhibit 3

Peggy and was told by Anna Belle to be home at a certain time. When she showed up late, Anna Belle did not allow her to come back into the house, for days. Pearl went to live with Peggy who had moved to Summer Hill, an all-Black neighborhood that was notorious for being one of the roughest areas in town. It was while staying with Peggy that Pearl was raped by a man that she had met through Peggy. "I did not know anything about going to the police or taking the man to court. I did not realize that was an option and I did not have the language to call it rape."[264] This rape resulted in pregnancy and Pearl, who was just 17 at the time, did not believe in abortion and so decided to have her son. Pat too had become pregnant this same year for the first time and Peggy became pregnant with her second child.[265] Pearl was eventually allowed to move back into Anna Belle and Eva's house where she stayed until she had her son and later married. Reba was around 12-years-old when Pearl moved back in.

While Peggy dropped out of high school during her first pregnancy, Pearl and Pat remained in school. Pat graduated a year late, but Pearl ultimately earned her GED from Atlanta Technical College. She recalls how different the education she received at Price High School in Atlanta was from the education she had been receiving in other parts of the country as she traveled to different areas for her stepfather's military assignments: "School in the south was very slow. I was used to

---

[264] *Id.* at 11.

[265] "Peggy, Pat and Pearl all got pregnant when they were teenagers. Peggy . . . had Valeria on May 23, 1969. Pat . . . had Sonya on June 13, 1969. Peggy and Pat were both 20-years-old when they had their babies but were 19 when they got pregnant. Pearl . . . became pregnant at 17 and had her one and only son, Antonio on July 5, 1969. Antonio goes by Tony." (Exhibit No. 35, Tonya Walton., at 8).

56

Exhibit 3

being challenged but I was not challenged at Price. My peers were behind on so many things. I got bored."[266] Although the first court order for the integration of Atlanta public schools came down in 1961, segregation and the palpable inequality that segregation manifested, continued in schools for years.[267] Through the 1960s, 92.3% of elementary schools were totally segregated and 97% of Black public school teachers taught in Black schools.[268] Black students attending Atlanta's segregated public schools were facing an educational crisis.[269] Black schools in the Atlanta Public Schools suffered from severe over-crowding, and students attending theses schools did not have adequate books or floor space per student.[270] Students weren't receiving the education they needed or deserved in comparison to their white peers. In the 4th Grade, students in Black schools were more than one year behind

---

[266] (Exhibit No. 24, Pearl Rankins Dec., at 10); Years earlier, when Pat first moved to Atlanta, she too recalled details about her early years in Atlanta Public Schools. "I was unable to attend school before we moved to Atlanta, so I was academically behind when I enrolled in the first grade. I attended Stanton Elementary School and later Slater Middle School, both all-Black schools. The public schools in Atlanta were racially segregated at that time. These schools did not have a lot of resources compared to the White schools." (Exhibit No. 28, Rosa Moss Dec., at 12).

[267] *See Calhoun v. Latimer*, 188 F.Supp. 412, 413 (N.D. Ga. 1960) (ordering Atlanta Public Schools to enact desegregation plan in fall 1961, overriding local sentiment that "favored maintaining segregation, even though it might result in abolishing the Georgia public school system."); *Calhoun v. Latimer*, 377 U.S. 263 (1964) (vacating lower court decision releasing Atlanta Public Schools from federal court monitoring and remanding case back to district court to consider "entire Atlanta plan" in light of controlling federal desegregation law); *Calhoun v. Cook*, 443 F.2d 1174 (5th Cir. 1971) (ordering Atlanta Public Schools "to institute and implement a student assignment plan that complies" with federal law, including allowing "majority to minority pupil transfer option providing for free transportation;" and ordering school board to file semi-annual compliance reports with federal court).

[268] Better Schools-Atlanta, *Report on Student Achievement in Atlanta Public Schools* 3 (1968).

[269] *Report on Student Achievement in Atlanta Public Schools at 1-2.*

[270] Proposed Findings of Fact As Submitted By Plaintiffs, *Grigg v. Cook*, No. 10861, 3-4 (1967).

57

Exhibit 3

students in white schools; by 8th grade, students in Black school were four year behind.[271]

## Carver Vocational High School

Reba and her three siblings all attended Carver Vocational High School in the later 1960s and early 1970s. "Carver was an all-Black school that taught students a trade or low-skilled work, it was not academically rigorous.[272]" At Carver, students "were taught trades like cooking and carpentry" and not encouraged to attend college.[273] Carver High School was located in the southeastern section of Atlanta in the poorest area of the city.[274] Students at Carver High school faced, first-hand, the second class citizenry that segregation exemplified.[275] In 1964, Carver High School was segregated and one of 45 high schools – and 41 Black schools – not accredited.[276] By 1966, Carver still lacked facilities required for accreditation.[277] After federal courts forced Atlanta Public Schools to integrate, only 25 white students attended Carver High School.[278] Time and integration didn't improve conditions at Carver Vocational High School; by the

---

[271] *Id.* at 3.
[272] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 27).
[273] (Exhibit No. 16, John Taylor Dec., at 74).
[274] Sarah Lawrence Lightfoot, *Portraits of Exemplary Secondary Schools: George Washington Carver Comprehensive High,* 4 Daedalus 17, 19 (1981).
[275] Garrick Aaron Askew, The Oral Histories of Three Retired African American Superintendents from Georgia, 284 (August 2004) (unpublished MED. dissertation, Rutgers Northwestern State University) (on file with author).
[276] 60 Pct. Win Double Accrediting, ATL. CONST., Dec. 21, 1964.
[277] Joe Brown, Atlanta's Schools Need $81 Million by 1969, ATL. CONST., May 16, 1966.
[278] *See* Jack Stillman, Dixie School Boycotts Rise, ATL. CONST., Sept. 3, 1970.

Exhibit 3

late 1970s and in to 1980, the teaching staff was predominately Black, and the school catered to students labeled "problem children."[279]

## Reba Gatlin Has a Baby: Deyensa Lalita Tameka Anderson

It was at Carver where Reba met her first boyfriend who became the father of her first child, Cecil Anderson. At 15 years old, Reba became pregnant by Cecil. Tonya recalls Eva's reaction to finding out about Reba's pregnancy: "Our mother got very angry . . . She wanted to make Reba get rid of the baby. Reba said that it was her first time having sex. She did not know she could get pregnant the first time."[280] Anna Belle was no so happy about Reba's pregnancy either. Pat recalls that "Anna Belle was very mad about it at first. Reba and Cecil were naive about the pregnancy. They used to wrestle to try to make her lose the baby. Reba was scared to tell anyone she was pregnant but once Tameka was born, Anna Belle and Eva loved her."[281] Rejon's sister, Deyensa Lalita Tameka Anderson was born December 24, 1971. She became known as simply, Tameka. Tonya recalls that Reba "Tameka basically became my mom's baby because Reba went back to high school to finish and worked all the time. My mom raised Tameka. I did Tameka's hair every day. Tameka was always a different child. She was very quiet.[282]

## Johnny Taylor Meets Reba Gatlin

---

[279] *See* Lightfoot, *supra; see also* Donna Williams, *Carver Teaches Youth to Work,* ATL. CONST., Jan. 3, 1980.
[280] (Exhibit No. 35, Tonya Walton Dec., at 15).
[281](Exhibit No. 28, Rosa Moss Dec., at 31).
[282] (Exhibit No. 35, Tonya Walton Dec., at 13).

59

Exhibit 3

During the time that Reba was still dating Cecil, Rejon's father, Johnny Taylor spoke to Reba for the first time. He had seen her a couple of years earlier in a neighborhood convenience store, but had not worked up the courage to talk to her then. Reba was walking from Carver when Johnny stopped her along her way. He recalls their encounter vividly: "I finally spoke to her when I saw her walking down the street by herself and we were going to pass each other. I stopped and said to her, 'Good I finally caught you by yourself.' Back then, a sibling or someone usually escorted a girl, so it was rare that I caught Reba alone."[283] They chatted for just a few moments before Reba was on her way again.

Up to this point in time, Johnny had had a stressful and largely traumatic start in Atlanta. He was left to provide for himself in the streets and came under the wing of a few older guys who lived on Washington Avenue where Johnny lived with his mother, stepfather, and siblings: Lisa, Joe and Bettye. He had started carrying a gun and dropped out of school.[284]

When Johnny was just 15 years old, his life trajectory took an almost inevitable and tragic turn: "a guy pulled a gun on me, and I shot and killed him." The police arrested Johnny and the State sent him first to the Fulton County Juvenile Correctional Facility and later, at 16 years old, to the Youth Development Center

---

[283] (Exhibit No. 16, John Taylor Dec., at 91).

[284] Johnny believes he dropped out in the 8th grade but also recalls that the last school he attended was Carver Vocational School meaning he had to be at least in 9th grade. However, if he was held back at any point or started school late when he came to Atlanta, the year may be later and he could be a bit older than 14-15 years old. *Id.* at 74.

60

Exhibit 3

(YDC) in Milledgeville. Johnny was never given any type of assessment to see where he should have ended up. He did not receive any counseling after the incident. To this day, the trauma Johnny endured as a teenager regarding having been jailed for killing a man as a teen has never been addressed. He remained untreated yet still traumatized which contributed to the ongoing destructive behavior that followed.

From ages 16 to 20, Johnny Taylor was in and out of several correctional facilities and jails. "The training centers were bad, they were really rough. It was the early 1970s. Staff jumped on kids. Kids got beatings."[285] Having been arrested for Aggravated Assault and Robbery before he turned 20, Johnny moved his way through Georgia's youth correctional facilities to its adult prisons including Georgia Industrial Institute (GII) and Lee Arrendale State Prison in Alto, Georgia.[286] Arrendale was still segregated, known for brutal beat downs.[287] The Institute was designed for young offenders from 17 to 21.[288] State prisons in Georgia at the time, faced "a breakdown of order and rising reign of terror, due primarily to overcrowding."[289] Incarcerated individuals faced murders, hostage takings, and assaults by weapons.[290] Guards also participated in the violence, In the Winter of

---

[285] *Id.* at 86.
[286] (Exhibit No. 3.15, Gdoc Institutional File For Johnny Taylor); (Exhibit No. 3.18, Johnny Taylor Central File).
[287] (Exhibit No. 16, John Taylor Dec., at 90).
[288] John Samford, *Two Alto Inmates Sit on Tower in Protest of Confinement*, ATL. CONST. (July 15, 1971).
[289] Leonard Ray Teel, *State Prisons Are Seriously Overcrowded,,*ATL. CONST (Sep. 1 1974).
[290] *Id.*

61

Exhibit 3

2974, a guard was fired at Alto for pistol whipping a defenseless inmate.[291] Much of the violence was never reported.[292]

At first, he received no academic training at all, even in the youth centers. The State Department of Education operated academic and vocational high school programs in Alto for youth offenders.[293] However, it was a low priority for correctional officials. In 1973, only 70 inmates in Alto earned diplomas, and at times students were yanked out of classrooms for minor reasons, like to get a haircut.[294] At some point, State facilities were forced to implement educational programs.[295] Johnny began to take advantage of the programs. He learned how to do math, earned his GED and "read everything that was donated" to the prisons.[296] "I had access to more books in prison than when I was home."[297] In December 1974, at 20 years old, Johnny was discharged from the Georgia Industrial Institute and wound up right back in the Summerhill area in Atlanta.

## A Chance at Something Better: Gresham Park, DeKalb County

About two years before Johnny was released from GII, Reba and her family had made a significant move away from the neighborhood of Summerhill, Peoplestown and Mechanicsville. In 1972, Eva and Anna Belle bought a home in

---

[291] Jim Stewart *Alto Prison Guard Fired In Inmate Pistol-Whipping*, ATL. CONST. (Jan. 19, 1974).

[292] Leonard Ray Teel, *State Prisons Are Seriously Overcrowded,* ATL. CONST (Sep. 1 1974).

[293] Reg Murphy, *Priorities,* ATL. CONST (Jan. 14 1974).

[294] *Id.*

[295] In the early 1970s, Warden B.J. Leverett instituted new programs that included an expanded library and new facilities. *See* Jim Stewart, *Parole Board Gives 'Peanut Chance to Talk,* ATL. CONST. (Aug. 18. 1972).

[296] (Exhibit No. 16, John Taylor Dec., at 70).

[297] *Id.* at 71.

Exhibit 3

DeKalb County, just over the Fulton County line. They brought Stanley, Joseph, Tonya, Reba and Reba's infant daughter, Tameka, to 2830 Rollingwood Lane, in Gresham Park, a neighborhood in Southeast Atlanta. Eva and Anna Belle were one of only a few Black families to move into the neighborhood at this time.[298]

It was no accident that Anna Belle and Eva were able to secure a home in this particular neighborhood. In the 1950s and 60s it was a white working-class neighborhood, but by the late 1960s and 1970s, Gresham Park was the epicenter of aggressive blockbusting.[299] "The whites were leaving in panic trying to get away from black folks."[300] "Gresham Park was affordable, and Black people coming from Fulton County thought the DeKalb County schools were better than the Atlanta public schools. Honestly, the Atlanta schools had the same problem as the DeKalb County schools in that the more white and affluent areas got the resources for their schools." (Warren Almand Dec. at 3). Within a few years of Anna Belle and Eva's arrival, the neighborhood was virtually all-Black, as were the schools. By the 1980

---

[298] (Exhibit No. 33, Tameka Shepard Dec., at 3); Amber Rhea, *Educating DeKalb: Midcentury Elementary Schools in DeKalb County*, at 32 (Dec. 2013) ("The demographics of the Gresham Park neighborhood, and therefore of the school, shifted dramatically in the 1970s. When the school opened in 1958, the surrounding neighborhood was white; this remained the case throughout most of the 1960s. However, in the late 1960s and 1970s, the demographics of southeastern Atlanta underwent massive changes practically overnight… The passage of the Fair Housing Act in 1968 made racially restrictive covenants illegal, and African Americans were, for the first time, able to purchase homes in previously white neighborhoods.").

[299] *See* "Sounds of sawing, smell of spackling in the air: East Atlanta appears on verge of new life," *Atlanta Constitution* (Sept. 22, 1985) ("The real crisis though was racial. Throughout the '60s and early '70s East Atlanta residents allowed themselves to be stampeded out of their homes by blockbusting real estate dealers. East Atlanta High School, 70 percent white in 1970, was 70 percent black in 1971."); *see also* Richard Rothstein, *The Color of Law: A forgotten history of how our government segregated America*, (Liveright 2017).

[300] "A tale of two neighborhoods, one black one white," Atlanta Constitution (May 1, 1988).

Exhibit 3

census, the neighborhood was 88 percent Black.[301] "Even back then, the impression of the schools in the southern part of DeKalb County district where Walker High [later, McNair High] was located was not good." (*Id.* at 1-2). "And with the [white] residents, went the merchants, 'They thought the world was coming to an end.'"[302]

In the late 1970s, parents of Black school children sued the DeKalb County Public Schools system in federal court to challenge the district's operation of a duel school system segregated by race in which Black children received fewer and worse resources.[303] The case dragged on for almost two decades, as a remedy, the district instituted a "Minority to Majority" program ("M-to-M"), whereby a Black child zoned to attend a predominately Black (under resourced) school, could transfer to a majority white (better resourced) school. However, the district did not provide transportation for kindergarten students enrolled in M-to-M, and eventually phased the program out in the late 1990s.[304]

Rejon's mother graduated from Carver Vocational School in 1973, despite having been pregnant and given birth while still in high school.[305] Upon

---

[301301] "A tale of two neighborhoods, one black one white," Atlanta Constitution (May 1, 1988).

[302] "Sounds of sawing, smell of spackling in the air: East Atlanta appears on verge of new life," *Atlanta Constitution* (Sept. 22, 1985).

[303] *Pitts v. Cheery*, 598 F.2d 1005 (5th Cir. 1979) (declining to order DeKalb County school system to provide transportation to kindergarten participants in majority-to-minority transfer program to help desegregation efforts); *Freeman v. Pitts*, 503 U.S. 467 (1992) (reversing lower court ruling withdrawing federal court control over DeKalb County school system desegregation case because school district had not reached compliance with desegregation order regarding faculty assignment, student assignment, and quality of education).

[304] *Mills v. Freeman*, 942 F.Supp. 1449 (N.D. Ga. 1996) (releasing DeKalb County school system from federal monitoring of desegregation decree).

[305] (Exhibit No. 35, Tonya Walton Dec., at 17).

64

Exhibit 3

graduating, Reba took on several jobs at once. In fact, "Reba had already started working when she got pregnant. She took a job at McDonald's while she was still in school."[306] Her sister, Tonya recalls that "Reba was in the running for Miss Eleventh Grade at Carver before she got pregnant. She would have won because everyone liked her. But once she got pregnant, Reba took herself out of the running, so she didn't win."[307] In Reba's absence, Grandmother Eva raised Tameka, and not merely for the first few years of her life, but into her teenage years as well. Tameka explains, "I grew up calling my grandmother 'Momma' and later, 'Momma Eva.' I always called my mother Re or Re-ta.[308] Growing up, Tameka understood that her mother was "the provider" and this was why "[she] did not see Re a lot."[309]

Tameka did not see her father, Cecil, much either, but for very different reasons. He often lied to Tameka, saying that he would show up to spend time with her but then not following through. "Cecil liked to drink alcohol."[310] Tameka does not recall a time when her mother and father were together as a couple. Cecil had five other children who became Tameka's half-siblings: Cecil Jr., Terrell, Tameka, Laron and Caesar. Cecil Sr. named his second daughter the same as his first so that he would not get confused when talking to Reba or the mother of his second daughter.[311]

---

[306] *Id.* at 13.
[307] *Id.*
[308] (Exhibit No. 33, Tameka Shepard Dec., at 10).
[309] *Id.*
[310] *Id.* at 12.
[311] *Id.* at 13.

Exhibit 3

In 1975, Johnny Taylor and his older brother Willie Copeland were convicted of three counts of possession of tools for committing crime and theft by taking.[312] Johnny's 10 year sentence officially began July 25, 1975; he had just turned 21 years old.[313] During this sentence, Johnny served his time in several Georgia Correctional Facilities. He spent two years in the Fulton County Jail before he was sent to Georgia Diagnostic and Classification Center in Jackson, Georgia (now called Georgia Diagnostic and Classification State Prison).[314] He was sent to Walker Correctional Institution in Rock Spring, Georgia (now called Walker State Prison); Macon Central CI in Lizella, GA (now Central State Prison); and Stone Mountain CI (has since been shut down). Stone Mountain was where inmates were sent who were nearing the end of their sentences. In 1980, Johnny was released from Stone Mountain and "sent to a halfway house, Atlanta Transitional Center, on Ponce de Leon Ave in Atlanta."[315] While living at the Transition Center, Johnny made a decision to further his education. He applied to Atlanta Technical College and was accepted into the CETA (Comprehensive Employment and Training Act) program.

> It was a program that helped train workers and provide jobs in public service. I received a check every two weeks for attending school. I learned automotive body repair. I valued this opportunity and experience. I was released from the halfway house on August 10, 1980 and remained in the program.[316]

---

[312] (Exhibit No. 3.1, 8.5.75 Grand Jury Charges).
[313] (Exhibit No. 3.15, Gdoc Institutional File For Johnny Taylor); Exhibit No. 3.18, Johnny Taylor Central File).
[314] (Exhibit No. 16, John Taylor Dec., at 99).
[315] *Id.*
[316] *Id.*

Exhibit 3

Thirteen or 14 years passed between the first time that Johnny Taylor spoke to Reba Gatlin and the day that he was discharged from the Georgia Department of Corrections in 1980. Johnny had not forgotten about her and in fact, thinking of Reba helped pass the time while in prison. After his release, he caught up with her.

## Johnny and Reba Taylor: Married

Much to the dismay of Rejon's Grandmother Eva and Great Grandmother Anna Belle, Reba and Johnny moved in together. "We stayed in an apartment on Eastland Road in Atlanta not far from the federal prison in east Atlanta." Not only did they move in together in 1980, they married at a courthouse in Decatur on October 3 of that same year. Johnny remembers that "Reba started fussing on the day of our wedding. She was getting cold feet. I wanted to marry her so I maintained my cool and got us to the clerk's office.[317] Reba did not share the news of her marriage to Johnny with many people. Even her sister Tonya was kept out of the loop. Tonya explains, "I do not know any details about Johnny Taylor and Reba's marriage. She did not tell me when she was going to marry Johnny. I do not even know whether they had a wedding, or if they married before or after the boys were born."[318] Perhaps Reba had a reason for her secrecy.

According to Johnny and virtually every person in Reba's immediate and even extended family, Eva disliked Johnny with a passion and did not keep quiet about her feelings.[319] This created a challenge for Johnny, but he believed Eva's

---

[317] (Exhibit No. 16, John Taylor Dec., at 100).
[318] (Exhibit No. 35, Tonya Walton Dec., at 24).
[319] "I do not have a clue what Reba saw in Johnny. He was quiet. He rarely came around our family. He was in prison for most of their sons' lives." (Exhibit No. 35, Tonya Walton

67

Exhibit 3

aversion to him was not just about him, nor was it only directed toward him. He explains, "Reba's mother, Eva Williams, hated me. Her mother and grandmother were dead set against us being together. Eva did not like Cecil either . . . But Reba recognized I was a good person."[320] Johnny felt that "No man was good enough for either of Eva's daughters. Eva felt this way because of how men treated her in her past. I met a few of her boyfriends, but not many."[321]

Even central figures in Reba's church community were against her marriage to Johnny. While "Eva and her mother were church people," "Johnny was the furthest thing from being in church."[322] Eva shared her feelings about Johnny with Elder Grant. This widened the already great divide between Johnny and Reba' family as Johnny recalls,

> Eva even turned their pastor, Elder Paul Grant, against me. When Reba first introduced me to her pastor, I put out my hand to shake his and he refused to shake my hand. He said that I might kill him if he shook my hand. I was shocked, and that told me a lot about him as a person to refuse to shake someone's hand. I could not believe it and never forgot it.[323]

### Rejon Taylor II is Born

Despite the conflict that Johnny's place in Reba's life created within her family unit, Reba became pregnant with their first son in 1981. Johnny recalls, "We

---

Dec., at 23); "Rejon's grandmother, Eva Williams, hated my brother." (Exhibit No. 21, Lisa Taylor Griggs Dec., at 19); (Exhibit No. 16, John Taylor Dec., at 95); (Exhibit No. 32, Sylvia Stokes Dec., at 9); (Exhibit No. 33, Tameka Shepard Dec., at 18); (Exhibit No. 35, Tonya Walton Dec., at 31).

[320] (Exhibit No. 16, John Taylor Dec., at 95).

[321] *Id.* at 135.

[322] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 19); (Exhibit No. 16, John Taylor Dec., at 95).

[323] (Exhibit No. 16, John Taylor Dec., at 95).

Exhibit 3

had a hard time getting pregnant with John. Reba had been using an IUD and it caused infections. It took six months to get pregnant with John. I was in the waiting room when she delivered [him]. I could not be in the room and watch it. That was too much for me. [324] John Taylor II was born on September 25, 1981.

"After John was born, Reba went back to work, and [Johnny] looked after John . . . while also doing auto body and fender work on the side and still participating in the CETA program.[325] Things between Johnny and Reba were good, but Johnny recalls that "Reba had a temper. She sometimes got aggressive when she was angry."[326] There was one time in particular Johnny remembers:

> When John was a baby, Reba overheard me on the phone with a woman I was doing an illegal deal with. Reba thought I was also involved with the woman romantically. I could tell that Reba was listening to my conversation on our other phone line, because I could hear John crying. Reba charged at me and slapped me. I had to hold her back to keep her from hitting me until she calmed down.[327]

Johnny had been released from prison with "good intentions of getting a job, but it was hard having a criminal record" and now he had a family to provide for.[328] Despite the fact that he was involved with illegal activity when his first son was born, Johnny was arrested for crimes of armed robbery and aggravated assault in December of 1981 that he adamantly denies having committed. He was 27 years old at the time. Johnny knew the guilty parties. He reports that the crimes were "committed by a childhood friend, James Smith. He and his brother testified

---

[324] (Exhibit No. 16, John Taylor Dec., at 101).
[325] *Id.* at 102.
[326] *Id.* at 103.
[327] *Id.*
[328] *Id.* at 120.

69

Exhibit 3

against [Johnny] in 1981 and [Johnny] was convicted in Superior Court of DeKalb County."[329] Johnny received a life sentence for the armed robbery charge and 10 years for aggravated assault.[330]

Johnny served the majority of his sentence at Georgia State Prison in Reidsville, Georgia.[331] "This prison was notorious for racism, assaults and even killings. It was a hell hole and a vicious place. It was the White staff against the Blacks. The White staff sold things to the White inmates that they used against the Black inmates. As Black inmates, we had to stick together.[332] Prisoners were routinely segregated in the prison. In fact, in 1973, several inmates, represented by the NAACP LDF, filed an amended complaint in alleging that the prison racially segregated inmates and engaged in unconstitutional practices.[333] The lawsuit uncovered evidence of "inadequate medical and psychiatric care; unconstitutional disciplinary practices; [...] guard brutality[..] racially motivated verbal abuse," among other abuses.[334] The lawsuit was note resolved until 1981 when parties finalized a comprehensive settlement agreement addressing conditions of confinement and disciplinary practices, including expungement of all disciplinary convictions incurred by GSP inmates between August 4, 1978, and April 20, 1981.[335]

---

[329] *Id.* at 104.
[330] (Exhibit No. 3.15, Gdoc Institutional File For Johnny Taylor); Exhibit No. 3.18, Johnny Taylor Central File).
[331] *Id.*
[332] (Exhibit No. 16, John Taylor Dec., at 104).
[333] *See Guthrie v. Evans,* 93 F.R.D. 390, 391 (S.D. Ga. 1981).
[334] *Id.*
335 *Id.* at 393-95.

70

Exhibit 3

Johnny remembers that "The federal government had to come in to regulate the prison before [he] arrived. They hired more Black guards and decreased the inmate population by shipping inmates to other prisons in the state. Cells became one-man cells."[336] Under federal supervision, state official remodeled Reidsville and moved lower-security inmates to a new facility.[337] In 1981 prison cells were to be changed from multi-occupied to sing occupation by the end of 1985.[338]

On December 24, 1983, Johnny escaped from Reidsville Prison. He was on the run for approximately two and a half months. While on the run, Johnny stayed briefly with a friend named Calvin Griggs. Johnny's sister Lisa had become a sex worker and Calvin was Lisa's pimp. "Calvin had a house in an Atlanta slum called Pittsburg, off McDaniel Street. The neighborhood was so dangerous in the 1980s; there was a lot of violence, crime, and drug use. Lisa lived there with Calvin and three other sex workers. She was around 22 years old at the time."[339] During this time, Rejon's first cousin, Saadia Heflin was running away from home to avoid her mother Barbara's abuse.[340] Saadia stayed at Calvin's where she did the cooking, cleaning and laundry but not sex work. She was around 19 years old and witnessed

---

[336] (Exhibit No. 16, John Taylor Dec., at 104).

[337] *A New Challenge for Reidsville* ,ATL. CONST (June 3 1983).

[338] *Improving Reidsville* ,ATL. CONST (March 23 1981).

[339] (Exhibit No. 29, Saadia Heflin Dec., at 23).

[340] Saadia Heflin and her sister Vanessa suffered through severe physical, mental, and emotional at the hands of their mother. "She made us take our clothes off, sat on our heads or backs, and beat us until her arms got tired. My arms and back were covered with welts after the beatings. She often used switches, braided together to make them thicker. Momma forced our hands over the fire on the stove and yelled at us if we tried to pull them away. Sometimes she locked us in Daddy's study or a closet, in the dark. Other times, she locked us in the crawl space underneath the house." *Id.* at 2.

·　71

Exhibit 3

all that went on at Calvin's when she stayed there.[341] (Saadia Heflin Declaration, para 23).

In the chaos of Johnny doing his best to avoid being re-captured and staying off and on at Calvin Griggs,' he and Reba conceived their youngest son, Rejon Taylor. Turmoil and secrecy characterized Reba's second pregnancy with Rejon. Johnny was caught and sent back to Reidsville on February 17, 1984, just a few days shy of Reba's 28th birthday. Reba had been working at an insurance company in the same building where her sister Tonya also worked for a different insurance company so they carpooled together every morning. Tonya was pregnant with her first child, Tuawanna and had told Reba "all about it. Meanwhile, [Reba] was pregnant with Rejon and didn't say a word until she was showing and couldn't hide it anymore."[342] Eva explained to Tonya in later years that "Rejon had been conceived when Johnny Taylor had escaped from prison and was on the run." Tonya laments, "Sometimes I had no idea what was going on with Reba even though we spent time together and were close."[343]

## Rejon Llewellyn Taylor is Born

On September 15, 1984, Rejon Taylor was born at DeKalb General Hospital in the early house of the morning.[344]

Reba brought him home to 2830 Rollingwood Lane in Gresham Park to her mother, Eva and her Grandmother Anna Belle; Johnny was still incarcerated. By

---

[341] *Id.* at 23.
[342] (Exhibit No. 35, Tonya Walton Dec., at 22).
[343] *Id.*
[344] (Exhibit No. 3.30, Rejon Taylor Birth Certificate).

72

Exhibit 3

this time, Gresham Park was an all-Black neighborhood with under resourced and underfunded all-Black schools. "Gresham Park neighborhood was hood to me...There was something going on outside all day and night in Gresham Park."[345] A 1985 Atlanta Constitution article describes it as "like most faded intown neighborhoods, East Atlanta has suffered its share of crime. Five years ago a police officer was shot to death in a grocery store here, twice since, elderly residents have been killed in their homes. Despite violence, police say the crime rate in East Atlanta is relatively low."[346]

Shortly after giving birth, Reba returned to her demanding work schedule. Rejon's sister Tameka recalls, "Re worked as hard as she ever did when she was pregnant with John and Rejon." She worked for an insurance company when pregnant with Rejon and went right back to work after giving birth."[347] Reba also began working at the U.S. Post Office which meant that she juggled two jobs for the first few years of Rejon's life. Initially, "Rejon's primary caretakers were Great-Grandma Anna Bell at 71 years old, Grandma Eva at 50 years old, and [Tameka]," who was only 13 years old at the time.[348]

---

[345] (Exhibit No. 20, Keashawn Washington Dec., at 1).
[346] "Sounds of sawing, smell of spackling in the air: East Atlanta appears on verge of new life," *Atlanta Constitution* (Sept. 22, 1985).
[347] (Exhibit No. 33, Tameka Shepard Dec., at 22).
[348] *Id.*

73

Exhibit 3

During his first few years, Rejon spent time at his Aunt Lisa's place with Grandmother Addie Taylor.[349] Reba made sure that Rejon and John spent time with Johnny's family, despite his being incarcerated for most of their lives.[350] However, in his earliest years, Rejon's father's family experienced a series of tragic events, of which Rejon felt the indirect impact. These tragedies robbed Rejon of potential sources of support and further traumatized those left behind.

Just three months before Rejon was born, his Uncle Willie "drank himself to death."[351] "He became disabled" and Rejon's Grandmother Addie had to stop working in order to care for him until his death on June 29, 1984.[352] "The doctors told Willie to stop drinking but he could not . . . He drank all the way to the end."[353] The violent murder of Rejon's beloved Aunt Bettye which occurred less than a year after Rejon's birth, shattered the Taylor family. The impact is still being felt today. On March 3, 1985 Aunt Bettye was murdered by her second husband, Michael Eberhart. Local newspaper reports published details of the murder: "A 13-year-old girl returned to her DeKalb County home early Sunday morning from roller skating and found her mother dead, with her head and face under water in the bathtub." It continued, "The woman, Bettye T. Eberhart, 35, a U.S. postal worker, apparently had been strangled...the woman's estranged husband, Michael D. Eberhardt, 28...had been charged with murder."[354] Rejon's first cousin, Erica Gould was the 13-

---

[349] (Exhibit No. 33, Tameka Shepard Dec., at 22).
[350] (Exhibit No. 16, John Taylor Dec., at 113).
[351] (Exhibit No. 39, Walter Lee Taylor Dec., at 101).
[352] (Exhibit No. 16, John Taylor Dec., at 42).
[353] (Exhibit No. 39, Walter Lee Taylor Dec., at 101).
[354] "Girl finds mother slain," Atlanta Constitution (Mar. 5, 1985).

74

Exhibit 3

year-old- girl mentioned in the article; she came home and found "the bound feet of her mother's body . . .half in and half out of a bathtub where her head had been held under water."[355] After Bettye's murder, one of her colleagues at the U.S. Post Office, fatally shot two other co-workers, upset that his colleagues ignored Michael's warning that he planned to kill Bettye.[356] Michal Eberhardt, Erica's father, was only recently paroled for her mother's murder.[357]

Two more of Johnny's siblings were still living when Rejon was an infant and before he was old enough to attend school, but both were unavailable. Rejon's Uncle Joe was in the Army Airborne and stationed in North Carolina where he became a Sergeant Major. [358] Rejon's Aunt Barbara was not someone with whom adults in his father's family left their children. Barbara had her own daughters taken from her by the State.[359] Barbara inflicted long-term physical, emotional and psychological abuse on two of her daughters, Vanessa and Saadia Heflin.[360]

> She denied the girls food . . . She locked them in crawl spaces and closets. Her daughters went to school with welts on their bodies. Barbara beat them with switches and belts. She was hard on them girls . . . People in the family knew that Barbara was abusing her girls, but no one could make her stop.[361]

---

[355] (Exhibit No. 3.12, Eberhart v. State_ 257 Ga. 600); Erica was later diagnosed with schizophrenia. Reportedly, "Erica was normal for long while after finding her mother. She graduated from Southwest High School in DeKalb County. She attended and graduated from University of Georgia in Athens. She started working and all of a sudden, one day she was not okay." (Exhibit No. 21, Lisa Taylor Griggs Dec., at 12).

[356] June Preston, "A post office employee charged with fatally shooting two," UPI, (Mar. 7, 1985).

[357] *See* Georgia State Board of Pardons and Paroles, Michael D. Eberhardt, Case # 190777 (noting January 24, 2017 parole date).

[358] (Exhibit No. 39, Walter Lee Taylor Dec., at 83, 104).

[359] (Exhibit No. 16, John Taylor Dec., at 78).

[360] (Exhibit No. 37, Vanessa Heflin Dec., at 5-6, 10, 13); (Exhibit No. 29, Saadia Heflin Dec., at 4, 6-7, 10, 13-14, 17, 25).

[361] (Exhibit No. 16, John Taylor Dec., at 78-79).

75

Exhibit 3

While John and Rejon did not have access to *all* of their father's family during their earliest years, they did have limited access to their father. Reba took Rejon and John to visit Johnny in prison. Johnny recalls, "She drove 382 miles roundtrip from her home on Rollingwood Lane. She often brought the boys with her. This lasted from 1983 to about 1988," or from the time that Rejon was born until he was about four years old. [362] This meant that Rejon's initial interactions with and memories of his father took place in prison.

These visits with his father ended abruptly when Rejon was around four years old. Johnny "believed that Reba stopped visiting [him] in 1988 because of Harold. Her attitude started changing. Her family began telling her that I was never getting out of prison.[363]

Harold Hall was a friend of Reba's from work. Harold met Reba in 1985 when they both worked for the Post Office. As Harold recalls "It was easy meeting Reba because she was friendly and easy to talk to."[364] Harold admits that he had a problem with alcohol and that Reba helped him to stop drinking. He has not "had a drink or cigarette since" the year he met her.[365] Reba and Harold became more than friends over the years. Johnny did not approve of the role Harold took on in the lives of his wife and sons. Yet Johnny admits that his absence created a particular challenge and loss for his boys. He explains, "John and Rejon did not

---

[362] *Id.* at 114.
[363] *Id.* at 104.
[364] (Exhibit No. 14, Harold Hall Dec., at 4).
[365] *Id.*

76

Exhibit 3

have a male figure in their lives, showing them how to be, while I was locked up."[366] Reba's Uncle Leonard Gatlin Sr. came around the boys every now and then. "He tried to be a disciplinarian," but he had failed to be a father to his eldest children and was described by at least one grandchild as someone who never smiled, "was mean," and verbally threatening."[367]

Harold began coming around the boys often before either of them were old enough to attend school. [368] "Eva really liked Harold, because he did things for her, like work around the house." Yet Johnny could not understand why Harold and Reba's relationship won the approval of Eva, given that "He was married to someone else, and they were church-going people. I did not understand that. It was hypocritical."[369]

Despite having been married and responsible for his own family, Harold explains, "I was a part of Reba and her children's lives from the moment Reba and I became friends."[370] Harold did things like take the boys to the dentist and "other medical appointments. When [Rejon] was old enough for daycare and school, [Harold] took [him] and picked him up at times for Reba. She got him into a daycare that offered pre-K on Gresham Road when he was four-years-old."[371] This

---

[366] (Exhibit No. 16, John Taylor Dec., at 110).
[367] (Exhibit No. 13, Felisha Gatlin, Dec., at 4).
[368] (Exhibit No. 14, Harold Hall Dec., at 15).
[369] (Exhibit No. 16, John Taylor Dec., at 110).
[370] (Exhibit No. 14, Harold Hall Dec., at 15).
[371] *Id.* at 16. Harold also recalls, "I bought Christmas presents for Rejon and John. I was there on Christmas morning when they opened them. The four of us [Reba, Harold, John and Rejon] went on vacations together to Panama City Beach even though I did not like the beach, and I took the family to Six Flags." *Id.* at 17.

77

Exhibit 3

took some pressure off of Eva who, when Rejon was still too young to attend school, began to help run her church's daycare in Winder, Georgia. Harold "began driving her to the church on Mondays so she could run the daycare. Eva stayed there during the week and came home on Fridays for the weekend," leaving Rejon in the hands of his Great-Grandmother Anna Belle and teenaged sister, Tameka.[372]

## Growing Up on Rollingwood Lane

For about a decade, John and Rejon were not the only children residing in the Rollingwood household. Rejon's first cousin, Edward Joseph Gatlin, who is known as EJ, began to spend summers with Rejon and John on Rollingwood Lane. EJ "was a couple years older than Rejon and a few month younger than" John.[373] EJ was Uncle Joseph's son. His mother was Joseph's third wife, Felicia Gatlin. EJ thought of John and Rejon "like brothers." He referred to John as John Boy. He reflects on the time he spent with his brother-like cousins, Grandma Eva, and Great-Grandma Anna Belle whom EJ called Granny:

> We played outside during the day, trying to stay out of Granny and Grandma's way so they could watch their stories and the Price is Right on television. Granny Anna Belle did not play. If we made too much noise in the house, she would give us a warning, sometimes two, and then she would threaten to get the switch. Most of the time that was enough to get us quiet, but if she needed to, she would whoop us with the switch. That was new for me. My mother, Felicia did not discipline me with a switch. Aunt Reba was hardly home when I was there. She was constantly working multiple jobs. If anything, I would see her sleeping briefly in between jobs.

---

[372] *Id.* at 10.
[373] (Exhibit No. 12, Edward Joseph Gatlin Dec., at 1).

78

Exhibit 3

There was a time that only EJ and Rejon were at home with Eva and Anna Belle. This was when EJ was about four years old. EJ's mother enrolled him in a private school, Cathedral Academy on Flat Shoals. "She dropped me off at the Rollingwood house each day before she went to work. Private school started in September, about a month after public schools started. John went to public school, so he would already be in class, and for a couple of years Rejon was too young for school."[374] During this time and as he grew up, EJ recalls that

> Rejon was a quiet, caring child. He reminded me of his mother. When John Boy and I would get in fights with neighborhood boys or throw rocks at cars passing through the neighborhood, Rejon would hang back inside the house. He was not a risk taker. As a kid, John Boy could not sit still, he was high energy and active, always getting into something, and causing disruptions. On the other hand, Rejon was quiet. He wouldn't hurt a fly. He was a good kid. The women in the family cooed when he walked into a room. They would ask him to do things for them and he would do it without complaint. Rejon spent time by himself playing with a computer or with our Granny. As an adult, I wonder what was going on with Rejon as a child that made him so quiet. I wonder if he had pain or darkness that he was hiding.[375]

Rejon's Aunt Lisa had similar observations of Rejon and of Rejon's relationship with his older brother. She explains, "Rejon was a sensitive child. He and I share this trait . . . I cry often, sometimes over small things or even nice things that people do for me. Rejon was this same way. He cried easily."[376] Lisa recalls that "As a child and into his early teenage years, Rejon stayed to himself a lot. He did not like to do what everyone else did. He played as a child plays, but

---

[374] *Id.* at 3.
[375] (Exhibit No. 12, Edward Joseph Gatlin Dec., at 4).
[376] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 21).

79

Exhibit 3

was isolated. He watched the other children around him if he was in a group. He got along with other children, he was just quiet and kept to himself. John was different from Rejon. John was into everything. They were like night and day.[377]

Rejon's cousin, Aunt Tonya's middle daughter, Tayanau also remembers that "Rejon cried easily," particularly when John picked on him and the younger cousins. Rejon "was not one to fight back, he just cried. He did not use words to express what he felt."[378]

Tayanau, her mother and older sister, Tuawanna lived with Rejon on Rollingwood Lane "off and on" throughout Tayanau's childhood and early teens. The first time that she and her mother and sister moved in for a prolonged period of time, it was when Tonya was in the process of leaving Tayanau's father, Herman. Tayanau explains, "My father had started drinking a lot. He was a functional alcoholic. He may have been using drugs. He began coming home in fits of rage when he was drunk and so my mom took us and left. [379] During this stay, they remained at Rollingwood for about two years. Understandably so, there were times that the three-bedroom, one and one half bathroom house felt very crowded. When it got to be too much for Rejon's Aunt Tonya and her girls, Tonya took her girls and went to a hotel for a couple of days.[380]

---

[377] *Id.* at 22.
[378] (Exhibit No. 34, Tayanau Nunez Dec., at 25).
[379] *Id.* at 2.
[380] *Id.*

Exhibit 3

2830 Rollingwood Lane was a resting place for more than just Rejon's Aunt and cousins.

> The home on Rollingwood often served as a place for people in need to stay. Lots of different people stayed at one time or another in the front room . . . Several different family members popped in and out over the years. This is how the house was run throughout the generations. If you were a guest in that house, you got a good meal and a good night's rest. Auntie Reba opened the house up to anyone in need.[381]

Rejon's great-great aunt Josephine's daughter, Katrina, "stayed months or weeks at a time" on Rollingwood with Rejon and his family.[382] Katrina had "mental issues" and has not been able to support herself "or maintain a stable place to live on her own."[383] As Tameka recalls, Katrina, "had some odd behaviors. For example, she bathed in bleach. Her mother did too. She also stole food and other things from stores. Even now, she does not have a stable home."[384] Tayanau describes Katrina's mother, Josephine, as having had "her demons" meaning that she suffered multiple miscarriages and still births and dealt with it "by becoming reclusive."[385] Tayanau recalls when she stayed on Rollingwood, Katrina "popped up, cooked a meal,

---

[381] *Id.* at 24. "Reba remained in the house on Rollingwood Lane that belonged to our mother. Reba was so caring. Reba would do anything for anybody. She took many people in and allowed them to stay in her home. It was like a revolving door of people . . . There were several people I did not know who stayed in the home. Our relative, Katrina, was someone who took advantage of Reba's kindness. Katrina stayed at Reba's often. The room on the left-hand side of the hallway was usually where guests slept." (Exhibit No. 35, Tonya Walton Dec., at 30).

[382] (Exhibit No. 33, Tameka Shepard., at 21).

[383] (Exhibit No. 18, Joseph Anthony Gatlin., at 6).

[384] (Exhibit No. 33, Tameka Shepard Dec., at 21).

[385] (Exhibit No. 34, Tayanau Nunez Dec., at 4).

81

Exhibit 3

washed some clothes and then she was gone. Her son is also odd in similar ways."[386]

In the midst of relatives moving in and out of his childhood home, Rejon clung to his grandmother and great-grandmother, but even more so to his sister, Tameka. According to Rejon, Tameka had the single most influence on him while he was growing up. When he was around 4 years old, Tameka came in a panic. A guy who liked her hit her in the face. He hit her so hard that she bled. Tameka recalls, "When I came home and my mother saw my face, she tried to stop it from bleeding. She did not react strongly or with emotion. Rejon was home that day and saw my face bloodied and bruised."[387] This scene in which Rejon observed his sister crying and her face bloody would remain with Rejon through adulthood.

To summarize, during the first three to four years of his life, Rejon's mother "worked around the clock to provide for her family," which resulted in Rejon's inability to form a healthy and necessary attachment to her.[388] His father was in prison where Rejon was taken to visit him on weekends, until those visits stopped without warning. Family members shuffled in and out of his home, sometimes living there for months or years at a time before leaving. It is within the first few years in the life of a child that a foundation is set for healthy development. Early maltreatment which is parental emotional neglect becomes a critical risk factor in Rejon's early development. However, generations of maternal neglect did not begin

---

[386] *Id.* at 14.
[387] (Exhibit No. 33, Tameka Shepard Dec., at 40).
[388] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 18).

Exhibit 3

with Rejon's mother, Reba. It began as African American mothers just out of slavery were forced to work from sun up to sun down often to provide for their children. Reba followed a pattern that was common on both Rejon's paternal and maternal sides of the family. This pattern forced African American women into lives as breadwinners, preventing them from having the necessary time to engage with their children.

## Rejon is Five-Years Old

By the time Rejon reached five years old, he began staying more and more outside of his home on Rollingwood Lane with various family members. This was the same time that Tameka met her now husband, Ramon Shepard. Reba had taken on another job at an Amoco gas station and Tameka went to work with her.[389] Tameka had dropped out of school her 11th grade year for more than one reason. Great Grandmother Anna Belle had reached her mid to late 70s and began experiencing signs and symptoms of Alzheimer's disease. Reba was working three jobs by this point and Eva began to sit with elderly people for work. When Anna Belle could no longer stay home alone, Tameka began to miss school. She already "did not feel as smart as the rest of the kids" so when she began missing days to care for Anna Belle, it was that much harder for her to catch up.[390] In 11th grade,

---

[389] "Reba had to be doing something. She was fidgety. She worked two or three jobs at a time. I often picked her up from one job just to take her to another one. Besides working at the post office, she did jobs as a key punch operator for companies when I first met her. Reba later worked at service stations while also working at the post office. She and I worked together at an Amoco service station where she worked as a clerk in the store and I was a mechanic in the garage." (Exhibit No. 14, Harold Hall Dec., at 21).
[390] (Exhibit No. 33, Tameka Shepard Dec., at 25).

Exhibit 3

she finally told Reba that she was "done going to school" and Reba "did not say anything." Tameka went to work with her mom at an Amoco.

Ramon too had dropped out of high school, in order to make money. He got a job in roofing and was on his way to work temporarily in South Carolina after Hurricane Hugo hit. He stopped to get gas at the Amoco and spotted Tameka. They struck up a conversation during which Ramon noticed that "her mom was on the floor sleeping at the time." Ramon later learned that Reba had been "trying to sneak in some rest with all her jobs"[391]

Ramon became a central figure in Rejon's life before long. Rejon observed the aftermath of the first and last time that Ramon was shot. He and Tameka "were still early into [the] relationship" when Ramon recalls,

> . . . I got shot in the arm and leg. I was about 21 or 22-years-old. Tameka came to the hospital to see me. I had been hanging out with a friend in his car down where all the college kids hang out. I was in the streets at that time, making money the illegal way. When I got shot, I assumed it was a mistaken identity situation because my friend had plates that were not Georgia plates. These two guys came up to the window of the car I was in, and one shot me right through it. The ambulance came. I went to the hospital. I thought my friend who was driving had been shot but he was not."[392]

---

[391] *Id.* at 22. "Re had two or three jobs for as long as I can remember. She started out at Denny's and then worked at gas stations. She was at the Amoco for a while and then worked at the Post Office for at least 15 years. She also worked for Delta. She did something on the computers at Delta. Her last job was at AutoZone. I don't remember a time when my mother was not working. If she wasn't working, she was sleeping. She slept on the couch, in her car, wherever she could in between jobs. She did not get good sleep but slept when she could. She often worked third shift at night and slept during the day."*Id.* at 11.

[392] (Exhibit No. 26, Ramon Shepard Dec., at 8).

84

Exhibit 3

Rejon remembers seeing Ramon's bandaged arm and leg and not understanding why or how he had been hurt.[393]

A couple more years into their relationship, Tameka and Ramon got an apartment together on Candler Road in East Atlanta. "Candler Road was a rough area at the time. It was a place where people went to buy or sell drugs. It was known to have shootings."[394] Ramon recalls,

> Reba helped us with the bills because we had never been on our own. Rejon and John spent a lot of time with me and Tameka at our place on Candler Road before we had our own children. They were like our practice kids. They came over and stayed with us. We had a great time with the boys, but we were still so young ourselves. I enjoyed being with John and Rejon when they were kids. John was a curious, active little boy. He was always getting into something. He was a handful . . . [395]

While Ramon and Tameka have mostly fond memories of living together in their first apartment, there was one incident that occurred during their time there that could have had deadly consequences. Ramon explains, "I kept a gun in our place for protection, since the area was so dangerous. I went to put the gun under my and Tameka's bed and it went off. Rejon was in the room and only a few feet away from where the bullet shot; it almost hit him. [396] A tragedy was avoided however, the shot that rang out near Rejon was terrifying to him at first. It is likely that this accident became a significant event that contributed to the ill effects of trauma of emotional neglect which appeared to be developing.

---

[393] 2019 Consultation with Jan Vogelsang, MSW.
[394] (Exhibit No. 33, Tameka Shepard Dec., at 27).
[395] (Exhibit No. 26, Ramon Shepard Dec., at 9).
[396] *Id.* at 10.

85

Exhibit 3

Rejon had previously been described as a loner, quiet a child who had difficulty expressing himself and one who cried frequently. This incident no doubt resulted in traumatic stress for this young pre-school child. It is significant in that it occurred at the same time that he was experiencing inconsistent care taking due to Anna Belle's sickness and Eva's and Reba's work schedules. Besides Tameka and Ramon, Rejon and John spent time with other relatives outside of their Rollingwood home.

Rejon's Uncle Joseph Gatlin, EJ's father, was one of the adults who took turns watching Rejon and John after he and EJ's mother, Felicia purchased a new home in Decatur, Georgia sometime between 1988 and 1989. Rejon and John began to spend weekends at Joseph's house two to three times per month. Joe recalls that "When they stayed for the whole weekend, they often did not want to leave. EJ, John and Rejon liked to hang out together and got along well. Rejon and John were great kids."[397] EJ reflects back on this time and appreciates what his father was trying to do for John and Rejon:

> Their father was incarcerated at the time. They did not have a Black male role model in their home. They did not have someone who they could look to as an example. They needed to see a Black man go to work and provide for the family. I had that in my father. My father tried to be that figure for them, but he could only do so much. My mother encouraged it because she knew they did not have a father or male role model at home. In reference to John and Rejon, she would tell my father: include those boys in what you're doing! Go get them boys! But the boys needed *their* father.[398]

---

[397] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 46).
[398] (Exhibit No. 12, Edward Joseph Gatlin Dec., at 5).

86

Exhibit 3

EJ's sister Nicole recalls that John and Rejon had different reactions to her father's efforts:

> John and Rejon came over to our house often and spent weekends with us. My father tried to be present in John and Rejon's lives when they were young since they did not have a father around. John was less interested than Rejon in my father taking on that role. For as long as I have known him, John does what he wants and is his own person. Rejon was different. He wanted and needed the attention my father gave when they visited us; he was hungry for it. Rejon responded positively to my father's efforts while John preferred to figure a lot of things out on his own. [399]

While spending time at Uncle Joseph's, Rejon behaved the same as he did with other family members. Uncle Joseph remembers that "Rejon was very obedient with adults, but easily influenced by his peers. He was not one to act out or show aggression. He was a small kid for his age. [400]

In terms of a consistent and strong disciplinary figure, Rejon and John went without. Uncle Joseph understood that "Reba loved her boys," but the downside of the ways in which she showed her love is that "they could do no wrong in her eyes. She loved them to a fault."[401] Uncle Joseph observed that "If something went wrong in one of their schools, Reba never questioned the boys and instead transferred them to a different school . . . Whatever happened was everyone else's fault. The boys needed guidance and discipline, but they weren't getting it from anyone at home."[402]

---

[399] (Exhibit No. 23, Nicole Gatlin Carson Dec., at 7).
[400] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 47).
[401] *Id.*
[402] *Id.*

87

Exhibit 3

## AGES 6 – 7 [1st GRADE]

In August of 1991, Rejon started 1st grade about a month shy of turning seven years old.[403] He was enrolled in his neighborhood school, Gresham Park Elementary. "The demographics of the Gresham Park neighborhood, and therefore of the school, shifted dramatically in the 1970s. When the school opened in 1958, the surrounding neighborhood was white; this remained the case throughout most of the 1960s. However, in the late 1960s and 1970s, the demographics of southeastern Atlanta underwent massive changes practically overnight… The passage of the Fair Housing Act in 1968 made racially restrictive covenants illegal, and African Americans were, for the first time, able to purchase homes in previously white neighborhoods."[404] "As Gresham Park's demographics shifted from a predominately white, middle-class community to a predominately black, middle-to-lower class community, the school's education program changed as well. The school added staff, including numerous specialists, as an increasing number of students were eligible to receive remedial assistance. Throughout the 1980s, 1990s, and into the 2000s, the school was beset by numerous systemic difficulties:

> Family and community factors which impact students in the school include the following: a high percentage of students from families who receive public assistance; a large percentage of students who live in

---

[403] Rejon's sister, Tameka's biological father, Cecil Anderson was stabbed to death this same year. "Cecil was stabbed to death by a man known as Black on January 20, 1991. He was only thirty-six years old. The incident was reported in a newspaper that my mother kept. It said that he was stabbed, stumbled to a house on Twiggs Street and pounded on the door. When someone inside opened the door, he collapsed. The police did not have a motive or a suspect. I have never heard of anyone being charged with Cecil's murder." (Exhibit No. 33, Tameka Shepard Dec., at 13); (Exhibit No. XX, Cecil Anderson Newspaper Clipping.)
[404] Educating DeKalb: Midcentury Elementary Schools in DeKalb County by Amber Rhea, at 32.

Exhibit 3

single parent homes with female heads of households; many who are being raised by grandparents, aunts, or other relatives; the young age of mothers coupled with a lack of parenting skills; the failure of parents to attain a high school diploma; the lack of employment opportunities; the lack of adequate recreational facilities; and a soaring crime rate.[405]

"In 2011, Gresham Park Elementary was closed as part of a large-scale redistricting plan on the part of the school board."[406]

Rejon's cousin Tayanau recalls, "Rejon, my sister Tuawanna and I all rode the bus to Gresham Park Elementary School when we lived together . . . I do not remember John being on the bus that took us to Gresham. Gresham was the only school the Rejon and I attended together." [407] Tayanau and Tuawanna did not attend any other school with Rejon because Rejon's Aunt Tonya did not allow them to stay in Gresham Park very long:

The school system was terrible in DeKalb County so my mother decided to try Fulton County. The academic track in Gresham Park Elementary School was not challenging. My mother wanted better for her children. My sister, Tuawanna, graduated from Creekside High School in Fulton County. We had an apartment in that area before we realized the school system in Fulton County was not much better than DeKalb so my mother moved to Fayette County. We got a house in

---

[405] "History of Gresham Park Elementary School," op.cit. [Taken from Amber Rhea's Educating DeKalb: Midcentury Elementary Schools in DeKalb County, p. 31]
[406] Shirek, Jon. "Dekalb County School Board Votes to Close Schools, Redistrict." *11 Alive*. Gannett, Mar. 8, 2011. [Taken from Amber Rhea's Educating DeKalb: Midcentury Elementary Schools in DeKalb County, p. 31].
[407] (Exhibit No. 34, Tayanau Nunez Dec., at 28).

89

Exhibit 3

Fayetteville. I attended Creekside my 9th grade year and then McIntosh High School from tenth through twelfth grade. I graduated from McIntosh in 2005.[408]

As his close cousins moved further and further away to achieve Tonya's goal of offering her girls a proper education, Rejon and John remained in Gresham Park but also bounced around to other family members. All through elementary school, Rejon continued to stay also with his Uncle Joseph's family in Decatur. Throughout these years, Uncle Joseph noticed something odd about Rejon: He cried quite a bit. If he did not do something correctly, like if he was doing an activity and was not good at it, he teared up. John screamed at Rejon when he cried and told him to stop crying. He tried to toughen him up but it did not work.[409] Rejon did not respond well to John in those moments. Rejon felt that his brother was repulsed by him, that John found him disgusting and did not want to be around him.[410] John did not hide his feelings about Rejon. Harold recalls the time that John hit Rejon with a rake in his ear or side of his head. Harold rushed Rejon to the emergency room.[411] Harold normalized John's behavior explaining that "John was just more active and into things than Rejon was." [412] Perhaps there was something more going on inside of Rejon than the adults around him perceived. One older paternal cousin, Saadia, observed that

> Around groups of people, [Rejon] was withdrawn, like Uncle Johnny.
> They were both on the quiet side. Rejon was sad a lot of the times that
> I was around him when he was young. He had these walls built up

---

[408] *Id.*
[409] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 47).
[410] Hope Hill Notes p. 3
[411] (Exhibit No. 14, Harold Hall Dec., at 23).
[412] *Id.*

90

Exhibit 3

around him. When we had family barbecues, Rejon was off to himself, like he was in another world. When he got older, you could tell there was something on his mind when he was with you. His dad was that same way. . . I used to feel the same way that Rejon did, so I recognized that he was dealing with depression of some sort at a young age. Rejon and I talked. Sometimes when I asked him what was wrong, he told me that he had stuff on his mind. He did not know how to talk about what he was going through.[413]

## AGES 7 – 9 [2nd grade, 92-93/3rd grade, 93-94]

Utilizing the M-to-M program, Reba was able to enroll Rejon into Smoke Rise Elementary at the start of 2nd grade in August of 1992. Smoke Rise was a racially mixed, well-resourced school in the North part of DeKalb County. However, it only lasted a little over one year. For part of second, third, and fourth grades, Rejon attended Gresham Elementary, his neighborhood school. "There were not many fathers around in my friends' lives in [Gresham Park]."[414] The student body at Gresham Elementary was 99.4% Black, with 74.1% of children receiving free and reduced lunch.[415] During the early, mid 1990s, crime rates were higher for Gresham Park than the rest of DeKalb County.[416] Rejon briefly enrolled in two other elementary schools, depending on where he was living at the time—he bounced around from Gresham Park to his Aunt Lisa Taylor's house on Donnalee Avenue in East Atlanta and later on to Lakewood when his father was released from prison.[417]

It was a shame and missed opportunity that Rejon was not encouraged or allowed to remain in the M-to-M Program while it lasted. Rejon's cousin, Nicole

---

[413] (Exhibit No. 29, Saadia Heflin Dec., at 40-41).

[414] (Exhibit No. 20, Keashawn Washington Dec., at 11).

[415] *See* Office of Civil Rights Data Collection, U.S. Dep't of Ed. (School Year 1993-1994).

[416] Gresham Park Neighborhood Profile, Atlanta Constitution (Oct. 20, 1994).

[417] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 21).

91

Exhibit 3

Gatlin Carson, credits the M-to-M Programs for providing her with the tools necessary to envision a better and brighter future for herself. In the schools that the program allowed her to attend, Nicole "learned that college was a real option, that it was within [her] reach, and [she] began to work toward that goal."[418] Nicole saw this same potential and "desire for more, for better" in Rejon from a young age.[419] While Nicole and her brother EJ had EJ's mother, Felicia and their father, Joseph guiding and motivating them to pursue education and engage in prosocial activities, Rejon missed out on such a positive influence.

During Rejon's three quarters of his 2nd grade school year at Smoke Rise Elementary, he earned two 'A's, three 'B's, seven 'C's, eight 'S's for Satisfactory, and one 'N' for Needs Improvement. Rejon received 18 satisfactory marks in conduct and three 'N's in conduct in his classes for the school year.[420]

---

[418] "While living with my father, I initially attended the school that I was zoned to attend in his neighborhood: Chapel Hill Elementary School, about two miles away from our home. I only attended Chapel Hill for a few months before I entered the M-to-M, Majority to Minority Program that was offered in DeKalb County Public Schools. The M-to-M program allowed me to attend racially diverse and better-resourced schools than the majority Black schools I was otherwise zoned to attend, like Cedar Grove High School, which the district poorly funded. If not for the M-to-M program, I would have ended up at schools like McNair or Cedar Grove and even at that young age, I knew the education those schools offered was not good. I wanted better for myself and my parents encouraged that desire, as well as my stepmother, Felicia. Together, we all decided that I would enter into M-to-M . . . Thanks to the M-to-M program, I attended Sequoyah Middle School and Cross Keys High School. The DeKalb County Public School System arranged for me to ride the bus to these schools because they were located in the north part of the county, about 20 miles away from my home. At both Sequoyah and Cross Keys, I was exposed to a different way of thinking and academic rigor. The teachers and students were motivated; it was a great environment for me." (Exhibit No. 23, Nicole Gatlin Carson Dec., at 9-10.) Nicole later became the first person in the Gatlin family to graduate from college. She received a Hope Scholarship and attended Valdosta State University and graduated in 2000. (Exhibit No. 23, Nicole Gatlin Carson Dec., at 13.)

[419] (Exhibit No. 23, Nicole Gatlin Carson Dec., at 12.)

[420] (Exhibit No. 3.25, Rejon Educational Records Records).

92

Exhibit 3

In the first quarter of Rejon's 3rd grade year at Smoke Rise Elementary, he earned one 'B', three 'C's, and three 'S's before having to leave the school and return to attending Gresham Park Elementary in his neighborhood. In that first quarter of the school year, he receives all satisfactory marks in conduct for his seven classes.[421]

## Johnny Taylor is Released from Prison

When Rejon was about to turn eight years old, his father, Johnny Taylor, was released from prison on June 10, 1992. Rejon had not seen Johnny in four years.

Johnny's homecoming was as much an adjustment for him as it was for his sons. After being locked up for just over 10 years, Johnny returned to a dwindling community, "By the time I was released, all of my closest friends and most of the people I knew growing up had either been murdered or died. I do not have anyone to go to and to talk about life with. [422] Johnny's best friend, Darrell Burns, had been killed during an armed robbery; he was just in his 20s. Another close friend of Johnny's, Aubrey Crowder, died of a drug overdose. Johnny reflects on loss and life both pre- and post-incarceration: "Several friends have died of AIDS. When I have lost someone close to me, I dealt with it. I looked at my own situation and was actually grateful to have been locked up while people close to me were out in the world, doing things that hurt them in some cases. This gave me perspective."[423]

Once again, Johnny had well-meaning intentions of finding a good job and staying out of trouble. But this time upon his release, he had spent a decade behind

---

[421] *Id.*

[422] (Exhibit No. 16, John Taylor Dec., at 115).

[423] *Id.*

93

Exhibit 3

bars and was entering the workforce on parole and with a felony on his record. "I found work painting and doing construction with guys who ended up not paying me. I started working on my own doing auto bodywork. I had wanted to work on my own anyway."[424] More than anything, Johnny was "desperate for [his] family when [he] got out."[425] Johnny began to work toward bring his family; namely Reba, John and Rejon, together.

At this point in his young life, Rejon's primary home was still the house on Rollingwood but he spent ample time with Uncle Joseph, Aunt Lisa and of course, Tameka. This same year, Tameka and Ramon got a different apartment in Conyers, about 30 minutes east of Atlanta. "Tameka worked at her friend's place doing hair nearby," but another violent incident ended their time at this apartment similar to their apartment on Candler Road.[426] "The salon where Tameka worked was robbed. It was scary. We realized we did not want to be that far out of town if something like that happened, so we moved back to the city."[427]

## AGES 9 – 11 [4th grade, 94-95/5th grade, 95-96]

"It took him some time to get on his feet, but eventually [Johnny] got a house on Beaupree Street in Lakewood" and John recalls, "He brought my mom, Rejon, and I to live with him."[428] The house was "about 12 minutes away from our home on Rollingwood. Beaupree Street is no longer a street but was located right off of Route

---

[424] *Id.* at 120.
[425] *Id.* at 121.
[426] (Exhibit No. 26, Ramon Shepard., at 11).
[427] *Id.*
[428] (Exhibit No. 17, John Taylor II Dec., at 15).

94

Exhibit 3

166 in the Lakewood neighborhood of Atlanta, across from the amphitheater. There are only 2 houses on the block. It was a secluded street."[429]

For the very first time in their lives, Rejon and John were introduced to a structured daily living. Johnny cooked and they ate meals together as a family. He drove the boys to school, picked them up, and made sure they did their homework; "he liked to do stuff like that."[430] Johnny also "kept their friends from Gresham Park away. I know how boys are, especially when they are unsupervised. I was afraid they would find themselves getting involved with bad influences. I wanted them to avoid trouble."[431]

While living on Beaupree Street, "Reba maintained her busy work schedule. She was at the Postal Service and she ran a transportation service for a woman. The service was based out of the woman's home."[432] But as a family, Reba, Johnny, John and Rejon went out to eat and worked in their yard planting flowers and gardening.[433]

Perhaps what took the most getting used to was the way in which Johnny showed affection to John and Rejon. He explains,

> I was affectionate with the boys, something that Reba did not do, it wasn't her style. I hugged and kissed on them. Even with words, Reba was not expressive. She liked to talk, but she did not talk about emotional things... I think it had to do with the way she came up. Her mother [Eva] did not show any affection, to anyone."[434]

---

[429] (Exhibit No. 33, Tameka Shepard Dec., at 36).
[430] (Exhibit No. 17, John Taylor II Dec., at 15).
[431] (Exhibit No. 16, John Taylor Dec., 124).
[432] *Id.* at 128.
[433] *Id.* at 124.
[434] *Id.* at 125.

Exhibit 3

Johnny recalls this period of time in his life as very positive and full of love. For Rejon, it was an adjustment. For all of the structure, affection, and attention Rejon received for this period of time, he also had some unpleasant memories. Rejon recalls that his father kept a gun in their house for protection. He believed that Rejon and John should learn how to use it. While John was excited to learn how to operate the weapon because guns interested him, Rejon began to cry and refused to even hold it.[435]

His brother John affirms that Rejon did not like any type of gun. He recalls, "I had a BB gun when I was 13-years-old and Rejon was ten. I liked that kind of stuff. Rejon was not into BB guns. He was into clothes. He cared about what he was dressed in and how it looked."[436] Rejon remembers having been shot at by John with a BB gun in his calf for not leaving John's room when he asked.

While living together, Reba and Johnny had one ongoing disagreement which had to do with Reba's church. Up until this point, Rejon and John had essentially grown up in their mother's church.[437] Elder Grant and Reba's good friend, Sylvia Stokes, recalls that

> Reba brought her boys to church. My mother used to beat the drum in church. John and Rejon used to sit up front near her. All of Reba's children were involved in church programs and said their little Easter and Christmas speeches. Rejon was the quietest one of the three. Besides looking like Johnny, Rejon also did not talk a lot, like his father. John was the most talkative. Tameka was silly like Reba. They were all playful and had the same laugh in the family.[438]

---

[435] 2019 Consultation with Dr. Kathryn Porterfield.
[436] (Exhibit No. 17, John Taylor II Dec., 12).
[437] (Exhibit No. 30, Sandra G. Hines Dec., at 34).
[438] (Exhibit No. 32, Sylvia Stokes Dec., at 11).

96

Exhibit 3

To Johnny, "family was everything" but Reba "thought that God should come first in your life and then family. This meant mostly that she believed that boys should be in church and that was the most important thing."[439] Johnny protested that the most important thing was for him and Reba to be present in the boys' lives and engender positive influence in that way. Still, given that Reba kept her demanding work schedule, Johnny's word stuck and Reba's church community noticed the boys' absence. Sylvia recalls that "when Rejon and John were middle school age, I did not see them as much at church. They were living briefly with their father after his release from prison. [440]

Reba and Johnny had other, more troubling arguments while living together. Rejon has memories of hearing or observing fights between his parents that were so intense, they would cause him to yell and cry in his room. Reba often resorted to crawling into bed with him to sleep at night.[441] Rejon's recollection is that Reba yelled at Johnny and not the other way around.

Yet several of his maternal relatives, including his sister Tameka, saw things differently. Tameka recalls a time that "[Johnny] hit Re" and she showed up at Rollingwood with a "cut, swollen and puffy" eye."[442] Rejon's cousin Tayanau, who became a sort of confident to Reba when she grew older, reports that "Johnny was physically, verbally and emotionally abusive toward Auntie Reba."[443] She too

---

[439] (Exhibit No. 16, John Taylor Dec., 137).
[440] (Exhibit No. 32, Sylvia Stokes Dec., at 12).
[441] 2019 Hope Hill Visit with Rejon Taylor.
[442] (Exhibit No. 33, Tameka Shepard Dec., at 39).
[443] (Exhibit No. 16, John Taylor Dec., at 17).

97

Exhibit 3

noticed Reba's before she and her entire family were heading out on a family vacation. Tayanau recalls,

> It was the first and last time we ever did something like that, with our entire family on my mother's side. Auntie Reba had been paying on a timeshare in Westgate in Orlando, Florida. We spent a whole week there. Johnny did not go. Before we left, I noticed Auntie Reba had a black eye. I asked her about it and she made up a story that did not make sense. She said that she hit her eye on a doorknob. I was only around 10 years old and I knew what really happened. Johnny did that to my Auntie Reba. A few years ago, Auntie Reba confirmed that Johnny was responsible for her black eye. Even today, the hairs stand up on the back of my neck when Johnny Taylor comes around my family.[444]

While living in Lakewood, Rejon attended Perkerson and Lakewood Elementary Schools, both within the Atlanta Public Schools system, which was notoriously under resourced and offered lower quality academic training to students than DeKalb County schools. When Rejon was enrolled in Perkerson for fourth grade, student enrollment was 94.7% Black and 94.7% of students qualified for free and reduced lunch.[445]

## AGES 11-12 [6th GRADE]

Around the time that Rejon entered the 6th grade, Reba decided to move out of the house on Beaupree. John remembers, "My mom moved back to Grandma Eva's house . . . at some point, leaving me and Rejon with my dad for somewhere between three and six months. Eventually, I had to move out because I was in the Minority to Majority (M2M) program and needed to live at Grandma Reba's to

---

[444] *Id.*

[445] *See* Office of Civil Rights Data Collection, U.S. Dep't of Ed. (School Year 1994-95).

Exhibit 3

attend a school in the program."[446]  After a while, Rejon was made to return to Rollingwood as well.  He and John still spent time with their father and were back and forth between the house on Rollingwood and Beaupree, but also staying with Aunt Lisa as well.  In fact, Rejon enrolled in 6th grade at Terry Mill Elementary School with his cousin, Lisa's son, Demarcus.  He remained at Terry Mill for only one year.

Rejon's earned one 'A', eight 'B's, three 'C's, eight 'S's, and one 'U' for unsatisfactory during the three quarters of his 6th grade year at Terry Mill Elementary School.[447] He received 18 satisfactory marks in conduct and three 'N's in conduct for the school year.[448]

During this same year, just before Thanksgiving, Rejon's Great Grandmother Anna Belle passed away on November 15, 1966 with congestive heart failure and coronary artery disease.  She also had been suffering from pneumonia and Alzheimer's disease.[449]

## AGES 12-14 [7th – 8th GRADES]

In 1997, Rejon was back in Gresham Park for junior high, where he enrolled at McNair Middle School, less than a mile from his home on Rollingwood. A 1997 neighborhood profile shows that only 7.5% of adults had a college education, and more than 10% of the population lived below the poverty level, and that eleventh-

---

[446] (Exhibit No. 16, John Taylor Dec., at 16).
[447] (Exhibit No. 3.25, Rejon Educational Record Records).
[448] *Id.*
[449] (Exhibit No. 3.8, Anna Belle Williams Benton Death Certificate).

Exhibit 3

grade students performed at about an eighth-grade level.[450] While Rejon was there, enrollment at McNair Middle was 97.8% Black with 65.9% student eligible for free and reduced lunch. During Rejon's years there (1997-1999), he was exposed to violence and other tragedies: a student brought a gun,[451] one student raped another,[452] five students were injured on the bus when a student threw a brick at them,[453] and the district was ending the M-to-M program.[454]

Rejon began the 7th grade at McNair Middle School in the fall of 1997.[455] During his 7th grade year, his father Johnny Taylor was arrested on February 3, 1998 for Armed Robbery. His parole was officially revoked on March 24, 1998; Rejon was 13-years-old at the time. When he was just one month shy of his 14th birthday, Rejon saw his father for what would be the last time. Johnny was sent to state prison on August 12, 1998, just before Rejon began his 8th grade year at McNair Middle School.[456]

Before his father's arrest, Rejon had only three incident reports at school that resulted in his having to do detention or in-school suspension. After his father's arrest and over the next three school years, from 1998-2000, Rejon received sixteen

---

[450] Gresham Park Neighborhood Profile, Atlanta Constitution (Jan. 30, 1997).
[451] "First student to get gun tip reward," Atlanta Constitution (Feb. 21, 1998).
[452] "14-year-old charged with raping classmate," Atlanta Constitution (May 26, 1999).
[453] "Hurled brick injures 5 on DeKalb school bus," Atlanta constitution (Oct. 3, 1998).
[454] *See* "DeKalb feels parents' hat over alternatives to busing," *Atlanta Constitution* (Nov. 29, 1999); *see also Freeman v. Pitts*, 503 U.S. 467 (1992) (reversing lower court ruling withdrawing federal court control over DeKalb County school system desegregation case because school district had not reached compliance with desegregation order regarding faculty assignment, student assignment, and quality of education).
[455] (Exhibit No. 3.25, Rejon Education Records).
[456] *Id.*; (Exhibit No. 3.15, Gdoc Institutional File For Johnny Taylor; Exhibit No. 3.18, Johnny Taylor Central File)

100

Exhibit 3

incident reports while at McNair Middle School and at McNair High School. Rejon was given out-of-school suspensions for only four of those incidents.[457]

Rejon's brother left home within this same timeframe. John explain, "I left our home on Rollingwood for a prolonged period of time when I was 15 years old. I stayed with my cousin Julian, who goes by Fat, at his sister Shalandria's for a while. She renovated the downstairs area of her house so we lived there."[458] John then "dropped out of McNair High School in 10th grade and began making money at 16 years old." He explains, "I dropped out because I was very bored in school and never felt challenged." It was not long after leaving school that John was arrested in April of 1997 in Fulton County for theft, simple battery and criminal trespassing. He was not sentenced for this charge until December of 2005 and his sentence was reduced to time served. [459]

At this point, Rejon noticed a change in his mother. He reports that Reba was "coping with something" and that her "light was subdued." His cousin Tayanau recalls that "There were days that Auntie Reba could not get out of bed. She struggled with depression that went undiagnosed and untreated. I recognized the signs because of my education and work experience."[460]

Rejon earned two 'A's, seven 'B's, and one 'C' for the first semester of his 7th grade year at McNair Middle School. He received nine 'S's in conduct and one 'N' in conduct in the first semester in his ten classes. Rejon earned one 'A', three 'B's, four

---

[457] (Exhibit No. 3.25, Rejon Educational Records).
[458] (Exhibit No. 17, John Taylor II Dec., at 21).
[459] *Id.* at 22.
[460] (Exhibit No. 34, Tayanau Nunez Dec., at 11).

101

Exhibit 3

'C's, and one 'D' for the second semester of 7th grade. He received six 'S's, two 'N's, and two 'U's in conduct during the second semester at McNair Middle School.

In the 8th grade at McNair Middle School, Rejon earned one 'A', three 'B's, two 'C's, three 'D's, and one 'F' in the 10 classes that he took that first semester. He received six 'S's and four 'N's in conduct that semester. Rejon earned one 'B', four 'C's, three 'D's, and two 'F's in the 10 classes that he took in the second semester of 8th grade. He received five 'S's, three 'N's, and two 'U's in conduct in those classes.[461]

To review: while still in Middle School, Rejon's father had gone back to prison; his mother was showing signs and symptoms of depression; his brother had dropped out of school and moved out; one of his earliest primary caretaker, Great Grandmother Anna Belle had died, and his sister had married and given birth to her two children, DeyenRa and ReMeka.[462]

After Johnny returned to prison, Ramon and Tameka moved into the house on Beaupree Street with their children. Rejon stayed off and on with them there. Jessica Jackson, Rejon's longtime friend and neighbor, became his niece and nephew's babysitter in order to be close to Rejon. Jessica had a crush on Rejon for as long as she can recall. In the absence of regular adult supervision and attention, Rejon and Jessica formed a bond. She remembers, "Rejon and I spent most nights on the phone together. We often fell asleep on the phone and at 2am or 3am, one of

---

[461] (Exhibit No. 3.25, Rejon Educational Records Records).
[462] Tameka and Ramon married in DeKalb County Georgia November 7, 1991. They had their son, DeyenRa on December 5, 1990 and their daughter, ReMeka on July 28, 1992. (Exhibit No. 26, Ramon Shepard Dec., at 12).

102

Exhibit 3

us would check to see if the other had hung up. When I checked, he was still on the line. Knowing he was there was comforting and made me feel not alone.[463]

Before the start of his 9th grade year, Rejon had his first sexual experience at just 13 years old. Jessica recalls,

> Rejon and I lost our virginity to one another the summer before he went to high school. I was 12-years-old and he was 13. We talked about it and talked about it until we finally met at Rashard's house and did it there. I do not know who had talked to Rejon about sex, if anyone. We did not use a condom and not knowing any better, I thought there was a chance that I was pregnant. This freaked Rejon out so much. He went to his older brother, John, for help. I never knew what came of their conversation but I eventually bought a pregnancy test and once I realized I was not pregnant, we did not talk any more about it.[464]

## Ages 14-16 years old—High School

Rejon then matriculated to McNair High School. During Rejon's two and a half years there (1999-2001), a classmate was shot and killed off campus,[465] police were routinely called to the school and arrested students,[466] students regularly brought weapons,[467] McNair students scored the lowest on SATs in the district, a women's burned, dead body was found in the truck of a car in McNair's parking lot,[468] and Rejon experienced a carjacking attempt.

Rejon's peers reflect on their experiences at McNair:

> McNair High School...was...a rough school. Teachers were forced to spend most of class time disciplining disruptive students. By the time the students settled down, the class was over, and we had not learned

---

[463] (Exhibit No. 15, Jessica Jackson Langford Dec., at 14).
[464] *Id.* at 15.
[465] "Student shot, killed at zoo had missed Friday prom," *Atlanta Constitution* (May 8, 2001).
[466] "McNair needed help 3 times in one day," *Atlanta Constitution* (Mar. 19, 1998).
[467] "Security experts to evaluate schools," *Atlanta Constitution* (Feb. 19, 1998).
[468] "DA may seek death penalty in student's slaying," *Atlanta Constitution* (Dec. 14, 2000).

103

Exhibit 3

anything. There were fights on a regular basis. Kids announced that they wanted to fight so-and-so, and then everyone gathered round to watch. Students brought razors and knives to school, and I recall at least one gun. Security guards were always on campus. They used pepper spray to break up the fights. It seemed they did not care where they sprayed in the crowds. I often choked on pepper spray fumes in the building.[469]

A lot of the guys at McNair High were in gangs. People did not rep established gangs, like the Crips or the Bloods, but they had street affiliations, from where they lived or hung out, like Gresham Road, Bouldercrest, and the Hamp Boys. You had to learn how to survive and adapt. Rejon managed to stay unaffiliated. He learned how to go with the flow and make friends with everyone . . . He was a floater. We had that in common. I managed to float from one group to the next without getting mixed up in anyone's drama.[470]

Rejon found himself in an educational environment that proved to be anything *but* educational. "The teachers and administrators did not encourage students to strive for college at McNair High School."[471] For the students who did show academic promise and were engaged in learning, there were negative and possible dangerous consequences. Rejon's friend Nedras, who was used to a different way of learning, explains

To be the smart one in a school like McNair, where a majority of your peers can barely read, is not a good thing. To be intelligent made you a target. I was bullied a lot. Eventually I dumbed myself down to avoid getting beat up or held down by some dude in the bathroom. I began missing school. I missed 31 days and no one even called my mom... Even now, when I find myself in the presence of people like the bullies at McNair, I start to sweat.[472]

---

[469] (Exhibit No. 36, Traketa Taylor Dec., at 10).

[470] *Id.* at 11.

[471] *Id.* at 12.

[472] (Exhibit No. 22, Nedras Moreland Dec., at 12-13).

104

Exhibit 3

Nedras observed that "The students at McNair were like adults; they sold drugs and came to school to pass the time. They were used to violence and did what they had to do in order to survive."[473] Another close friend of Rejon's, Jovante McCoy recalls that

> Students at McNair had grown responsibilities meaning that they were in 9th and 10th grades and regularly paying bills to keep the lights on in their homes. I heard a friend of mine at McNair say "I gotta sell 50 dimes before I make it home to keep the power on." I had friends whose families sat at home in the dark if not for the income they brought in. Most, if not all, of my peers came from single-parent homes which really meant single-mother homes. For many, it was too much for a single mom to handle things all on her own so she and her kids moved in with her parents or a sibling.[474]

While Rejon was not among those who needed to "work to keep the power on," this was the type of environment in which he was socialized.[475] It is precisely this sort of high-threat environment of McNair in which bonds with peers are birthed and become solidified. Jovante explains that "the friends I made there were good, and the bonds were strong. When you come up in that type of environment, the bonds you form with your friends are stronger than those that other kids form in schools where they get to just be kids."[476]

Rejon had already formed a group of friends that included classmates, family and peers from his neighborhood. Joey Marshall and Sir Jack Matthews were among the few friends who knew Rejon before 9th grade and remained close throughout their high school years. Rejon and Joey in particular "became

---

[473] *Id.* at 11.
[474] (Exhibit No. 19, Jovante McCoy Dec., at 7).
[475] *Id.* at 8.
[476] *Id.* at 11.

Exhibit 3

inseparable in high school."[477] While Rejon was said to have been close to several of his peers, he rarely shared insight into his own life with them. Rejon spent hours and hours on the phone with his friend, Traketa Taylor and spent time with her after school and on weekends but Traketa recalls that "As much as Rejon and I spoke on the phone, there were many things we did not discuss—his home life, where his father was, and how he got money for new clothes and gifts for other people. I never went to his house or met his family. I assumed Rejon did not have his father in his life because he did not talk about him."[478]

Given the overwhelming stress and instability that Rejon experienced both at school and at home, Rejon's first semester of 9th grade at McNair High School was difficult. He earned two 'C's and four 'F's in his six classes that first semester. He received five 'S's and one 'U' in conduct that semester. Rejon was able make some improvement in his grades in his second semester of 9th grade when he earned one 'A', two 'B's, and three 'C's in his six classes. His conduct improved also and he received six 'S's in conduct in his classes.

At some point during his 9th grade year, Rejon's brother John began to give him money for shoes, clothes, and other items. These sorts of material possession mattered at McNair High School and having them meant that people began to associate Rejon with money and popularity. Rejon drove John's cars before he even

---

[477] (Exhibit No. 15, Jessica Jackson Langford Dec., at 10).
[478] (Exhibit No. 36, Traketa Taylor Dec., at 7).

106

Exhibit 3

had a license and was generous with the money he carried. "Rejon became known for buying things for people, not just his close friends."[479]

Those closest to Rejon began to take note of the ways in which he was changing. Jessica Jackson observed:

> Rejon went through some changes when he got to high school. He started 9th grade at McNair when I was still in 8th grade. At McNair, Rejon started caring about impressing people. He drove really nice cars and dressed fancy. Rejon began driving early, long before he had a license. All of a sudden, Rejon was around girls who wore high heels and mini-skirts. He began to ask me why I still dressed like a kid. He did not ask this in a mean way, he was asking honestly. It was like he did not understand that I *was* still a kid. In reality, so was he.[480]

By the time he got to 10th grade, Rejon was searching for an identity and searching for a pathway to something greater. Adolescence was a critical time in Rejon's life where all he needed was the right person to guide him. He was looking for an identity and looking to do something positive. In the absence of a healthy male for guidance, he sought the approval as he sought the approval of the closest available person, his older brother John.

At the start of his 10th grade year, John sent Rejon to school in a limousine. According to John, "It made him feel special and it definitely made him stand out."[481] Rejon soon began dating a senior, Summur, Jeter who was two grades ahead of him. He received his learner's license and began running errands for John, like picking up John's now wife, Alexis, from school. Eventually John trusted Rejon

---

[479] (Exhibit No. 15, Jessica Jackson Langford Dec., at 19).
[480] *Id.*
[481] (Exhibit No. 17, John Taylor II Dec., at 26).

107

Exhibit 3

enough to pick up money that John was making illegally.[482] Whatever sorts of things John asked, Rejon did, always desperate for his brother's approval and affection.

Rejon's lifestyle became cause for concern from some. His brother-in-law Ramon explains,

> Things happened too fast for Rejon. John started giving Rejon money and nice things. Rejon drove expensive cars and started getting attention from girls. I wish I knew what I know now about raising kids when Rejon was growing up. I wish I was more of a father figure to him when he was little. I was young and still trying to figure things out for myself. I did not have a good childhood to draw from when trying to help Rejon out as a kid. I know better now because I'm a father; I have had more experience and I am older. I think back and wish I pulled Rejon aside when he was a teenager to talk to him about the kind of people he was hanging out with. They were a bad influence. But I was caught up in the things going on in my life. I still regret having failed to talk to him."[483]

Others worried about Rejon during this period of his life. Traketa Taylor explains,

> It concerned me that Rejon acted worry free. He appeared not to have a care in the world, but everyone had something going on with them, especially people at McNair. I opened up to him about what was going on in my family and what I was going through, but I was never able to penetrate his feelings, he never opened up in that way.[484]

Traketa also opines that "Socially, Rejon shined in school, but even then, I thought he might have been covering for something. It seemed like he had trouble at home. I sensed that Rejon did not get love and attention from his family, and that he spent a lot of energy trying to get it from peers instead."[485]

---

[482] 2019 Consultation with Jan Vogelsang, MSW.
[483] (Exhibit No. 26, Ramon Shepard Dec., at 20).
[484] (Exhibit No. 36, Traketa Taylor Dec., at 7).
[485] *Id.* at 5.

Exhibit 3

Despite the fact that by his peers and family members, Rejon was considered a highly intelligent teen, his grades at McNair remained average while his conduct was found to be satisfactory.[486] In the first semester of Rejon's 10th grade year at McNair High School, he earned 1 'A', one 'B', and four 'C's in his six classes, and he received five 'S's and one 'N' in conduct in those classes. In Rejon's second semester of 10th grade, he earned 1 'A', three 'B's, and one 'C' in his six classes. He received an 'S' in conduct in all of his classes that semester. Even with all of the incident reports on Rejon his conduct was found to be satisfactory. This also was Rejon's last year attending McNair High School. Rejon still needed to attend summer school at Redan High School where he took two classes and earned an 'A' in both and received 'S' in conduct in both classes.[487]

School became less and less of a priority for Rejon when he began his own mobile detailing business. Reba helped him get his business started by buying him what he needed to wash and detail cars.[488] His family helped him out with finding customers for him and he was happy to be making his own money.

---

[486] Ms. White, our tenth-grade literature teacher, gave us all an assessment test. Everyone bombed it except Rejon. Ms. White told Rejon that she was going to place him in an advanced class, but he did not want that. He did not want people at school to know he was smart. Rejon wanted to stay in the in-crowd. When Ms. White told him about the advanced class, he took a paper hole puncher and tossed all the punched-out holes in the air, it was raining paper holes. He was trying to maintain his reputation at school. Ms. White was not having any of it. She still put him in the advanced class with Ms. Scott. Rejon did something similar in our math class with Mr. Brayton. Everyone was failing that class except Rejon, he had a high B. He had a natural aptitude for school. I was shocked to learn that Rejon did not graduate, he could have gone to any college he wanted to."[486] (Exhibit No. 36, Traketa Taylor Dec., at 4).
[487] (Exhibit No. 3.25, Rejon Educational Records).
[488] (Exhibit No. 16, John Taylor Dec., at 143); (Exhibit No. 13, Felisha Gatlin Dec at 12).

109

Exhibit 3

Rejon took Reba out on dates with some of his money. He picked her up from work and took her to lunch and other places to spend time with one another. Rejon was grateful for what he characterized as the most intimate time with his mother. He and Reba did other things together like attend business seminars and computer classes. Rejon recalls being the youngest person in some of the classes.[489]

Rejon recalls that during this time, he was living mostly at the house on Beaupree with little to no adult supervision.[490]

In 2000, Cecil Anderson Jr., Tameka's half-brother, kidnapped Rejon's brother, John. Tameka recalls, "My half-brother, Cecil Jr., once kidnapped John. It was a terrifying event. Ramon and I were the ones to go and pick John up. I do not like to talk about it."[491] This was a major setback for John who returned home safe, but whose ability to make and distribute money to his family was now constrained.[492]

By this point, Rejon feels the pressure and dangers of his brother's lifestyle while trying to keep his own reputation with friends and stay focused at school. Even Reba, who was still working as much as ever, took note. She decided that the one person who may be able to intervene and help redirect Rejon's path was his

---

[489] 2019 Consultation with Jan Vogelsang, MSW.

[490] 2019 Hope Hill Visit with Rejon Taylor.

[491] (Exhibit No. 33, Tameka Shepard Dec., at 46).

[492] 2019 Consultation with Jan Vogelsang. Also in the year 2000, Rejon's cousin, Dennis Williams, "was murdered in November 2000 over a slight. Someone approached him at a club, and it wasn't even an argument about anything significant. My cousin wouldn't back down and the guy just shot him. My cousin was the type to argue, even if he found himself facing off against more than one guy. He was young." (Exhibit No. 17, John Taylor II Dec., at 43).

110

Exhibit 3

father. Reba and his Aunt Lisa took Rejon to see Johnny Taylor at Hancock State Prison, but Rejon did not go inside. Johnny recalls,

Reba visited me one time after I went back to prison. In 2000, she brought Rejon to see me because she wanted me to talk to him. She would not say why. She did not talk to me about things that went on with the boys, because she knew I would get onto her about being too relaxed with them. I wanted to know what was going on in Rejon's head. But Rejon came up with the excuse that he lost his ID and could not come into the prison. He sat in the car while Reba and my sister, Lisa, visited me.[493]

## AGE 17

On August 14, 2001, Rejon enrolled in Stockbridge Senior High School. He had moved to Ellenwood, "about ten miles south of Gresham Park," with his friend, Rashard Blackwell, and Rashard's mother. [494] Rashard was "not sure why [Reba] allowed [Rejon] to live with us." [495] Stockbridge High School was predominantly White and "was totally different than what Rejon and I were used to. The classes were hard, and teachers cared about teaching. Unlike at McNair, students could learn. Rejon did not stay there long. He stopped going to school a few weeks after we enrolled at Stockbridge. I graduated from there."[496] Rejon officially withdrew his enrollment less than one full month of attending Stockbridge on September 10,

---

[493] (Exhibit No. 16, John Taylor Dec., at 142).
[494] (Exhibit No. 27, Rashard Blackwell Dec., at 10).
[495] *Id.*
[496] *Id.* at 11.

111

Exhibit 3

2001.[497] He enrolled at Carver High School in October of 2001 for a brief period of time with living with Tameka at 1275 Capitol Ave, SW Atlanta, Georgia.[498] Rejon had already attended two different schools and lived in two different places within the first semester of his junior year.

In the chaos of changing schools and living at various residences, Rejon and his family suffered a tragic loss. In October 2001, Rejon's cousin, Shalandria Williams, committed suicide.[499] While some of her relatives have suspected foul play by Shalandria's husband, Rejon's Aunt Lisa felt differently.[500] Lisa was Peggy's best friend and a close confident of Shalandria's. She explains,

Some people have said that it was her husband who killed her, but I was on the phone with Peggy when she was trying to get to Shalandria after she locked herself in the bathroom. No one else was in the home, except for Peggy, when Shalandria killed herself. Shalandria had been at my house the night before she died. She confided in me. I was kind of like her counselor. She was depressed and dealing with a lot in her life but she tried to cover it up by keeping busy and putting on a happy face . . . She believed that if you commit suicide, you do not go to heaven. Something serious enough had to come over her to make her go through with it.[501]

---

[497] (Exhibit No. 3.27, Stockbridge Senior High School Transcript Senior High School Transcript.)
[498] (Exhibit No. 3.25, Rejon Educational Records Records).
[499] (Exhibit No. XX, TheAtlantaConstitution_Shalandria Williams Obit).
[500] ("In October of 2001, our cousin Shalandria, my Uncle Leonard Gatlin's granddaughter, allegedly committed suicide. Even though her death was determined to be a suicide, many of us believe her husband killed her. There was some investigation but nothing came of it. (Exhibit No. 33, Tameka Shepard Dec., at 47); (Exhibit No. 13, Felisha Gatlin Dec., at 18); (Exhibit No. 26, Ramon Shepard Dec., at 7).
[501] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 16).

112

Exhibit 3

## AGES 18-19

Having been out of school for over a year, Rejon enrolled at Crim Open Campus High School on January 27, 2003. He did not graduate from Crim. In his eleven years of education, Rejon attended ten different schools in three school systems: Henry County, DeKalb County and Atlanta Public Schools.

Rejon and his girlfriend Summur got an apartment in Buckhead together. This was alarming to Rejon's Uncle Joseph who had "lost touch" with Rejon by this point:

> By the time he made it to the 11th grade, I rarely saw [Rejon]. I do not know what happened with him. I know that his brother was a big influence on him. Rejon followed him around and wanted to be like him. The last thing I remember Rejon telling me is that he wanted to be rich. Rejon told me that he had an apartment in Buckhead. I asked him about it because I knew that Buckhead was an expensive area and I was wondering how he could afford to live there on his own as a teenager. When I asked, he told me not to worry about it.[502]

Around this same time, Rejon experienced yet another traumatic incident involving his brother John and a gun, except for this time, it was not merely a BB gun that John aimed at Rejon. In front of their mother, Rejon confronted John about a lie that he believed John had told him. Within seconds things escalated and John pulled out a gun and pointed it at Rejon. Rejon recalls Reba telling John to put the gun away, which he did.[503] Rejon's Aunt Lisa recalls this incident: "Once when they were older, I remember hearing that John pulled a gun on Rejon and threatened him. John was like that, quick tempered and did not think before acting."[504]

---

[502] (Exhibit No. 18, Joseph Anthony Gatlin Dec., at 50).
[503] 2019 Consultation with Jan Vogelsang, MSW.
[504] (Exhibit No. 21, Lisa Taylor Griggs Dec., at 22).

Exhibit 3

Months later, John was arrested for possession of a firearm and sentenced to one year. He was sent to a boot camp in Reidsville, Georgia.

What Rejon needed most, as an infant, a young child, and throughout adolescence, was secure attachment with a consistent adult figure; someone who could have helped him form a strong sense of self to enable him to feel secure enough to navigate the world around him. Rejon did not have that, so he navigated the best way he knew how, with his peers and older brother leading the way.

I declare under penalty of perjury and laws of the United States that the foregoing is true and correct to the best of my information and belief.

Hope Hill, Ph.D.

114

Exhibit 3

# Hope M. Hill, PH.D.

DrHopeMHillPhD@gmail.com          (202)258-9684.

6412  13th Street, NW

Washington, DC 20012

## Professional Objective

Clinical/Developmental Psychology, Social Policy, Forensics

## Educational Background

| | |
|---|---|
| **Yale University** | Post-doctorate, Child Development and Social Policy, |
| Bush Center, | |
| **Columbia University** | Ph.D. Clinical Psychology, |
| **Columbia University** | M.S. Clinical Psychology, |
| **UCLA, Neuropsychiatric Institute** | Internship, Clinical Psychology- |
| **Wesleyan University** | B.A. Psychology and Political Science cum laude |

## Research Interests

Socio-emotional development of children at risk due to poverty and social stressors. Development of culturally appropriate models for preventing violence among children and youth.  Impact of urban violence and neighborhood effects on the psychological development of children in US and South Africa. Developmental pathways of African American youth: Role of risk and protective processes across multiple social contexts. Impact of race-based trauma, neighborhoods, social determinants on life trajectories

## Expertise in Legal System

| | |
|---|---|
| Brooklyn and Manhattan Family Court | Qualified as an expert witness in matters of children exposed to violence, sexual abuse, adolescents exposed to community violence. |
| DC Superior Court | Mental Health Expert in juvenile diversion |

Exhibit 3

Washington, DC

Provided psycho-social intervention for youth exposed to violence, youth involved in violence of crews and youth perpetrators of other violence in High Intensive Treatment Services (HITS) a juvenile diversion program.

DC Superior Court
Washington, DC

Qualified as an expert witness in child and adolescent mental health and African American urban youth exposed to community violence. juveniles involved in violence associated with crews. Testified in homicide cases involving children and adolescents exposed to family violence, interpersonal and community violence.

Eastern District of Pennsylvania
Eastern District of New York

Qualified as an expert witness in child and adolescent mental health and African American urban youth exposed to neighborhood violence; juveniles involved in violence associated with crews. Teaching witness on impact of risk and protective processes in homicide, drug trade and other serious criminal behaviors.

Maryland District. Fourth Circuit

Qualified as an expert witness in community and neighborhood factors on youth exposed to violence. Psychological mitigation

Western District of Pennsylvania

Expert witness and psychological mitigation. Qualified as an expert witness in the impact of violence on youth at risk and the development of high risk urban youth.

Alamance County Court, NC

Qualified as an expert witness in development of at risk youth in urban areas.

Office of the US Attorney
Victims/Witnesses
Washington, DC

Principal Investigator: Child Witnesses to Domestic Violence. Developed intervention for children and their mothers who were victims

Exhibit 3

of family violence.

## Experience Related to Law Enforcement

Metropolitan Police Department
Washington, DC

Member of the Promotion Panel for individuals seeking promotion to sergeant, lieutenants and captain.

Metropolitan Police Department
Department of Mental Health

Youth Trauma Service
Developed collaborative intervention to respond to incidents of homicide and other serious violence in the District of Columbia to address prevent further violence among urban youth and crews.

## Current Position

Howard University

Associate Professor
Department of Psychology, Chair, Faculty Search Committee (2014-2015)

Howard University Center for
Violence Prevention and Youth Development

Director
The center conducts research, provides training and program development in the areas of youth violence prevention, family violence and community interventions.

## Selected Academic Experience

Vassar College
Department of Psychology
Poughkeepsie, NY

Assistant Professor

Columbia University
Teachers College
New York, NY

Adjunct Assistant Professor,
Clinical Psychology Program

## Clinical, Consulting and Program Development

Exhibit 3

Early Childhood Programs
of the United Planning
Organization

Mental Health Consultant

Casey Preschool Project

Consultation and training to
preschools regarding the impact of
violence on young children

Child and Youth Services
Commission on Mental Health
Washington, DC

Chief, ACCESS Division

Responsible for the development
of a new division in the children's
mental health system with central
intake and evaluation unit,
clinical case management program,
mobile crisis team and outreach
unit.

Graham Windham Mental
Health Clinic
New York, NY

Chief Psychologist - Children
and Families.

Northside Child
Developmental Center


New York, NY

Chief Psychologist - Children
and Families in the first mental
health clinic for African American
youth – Founded by Kenneth &
Mamie Clark

Yale-New Haven Hospital
Newborn Special Care Unit
New Haven, CT

Developmental Specialist -
Infants and Families.

Bush Center for Child
Developmental and Social
Policy, Yale University
New Haven, CT

Post-doctoral Fellow

Conducted the following research:
Policy analysis of the Supple-
mental Food Program for Women,
Infants and Children (WIC) and an

Exhibit 3

investigation of family characteristics of highly competent children.

Child advocacy law and infant & child development

Martin Luther King, Jr.
Hospital
Los Angeles, CA

Therapist - Adults, Children and Families.

Act Ed Head Start
New York, NY

Consulting Psychologist - Preschool

## Publications

Cheek, D., Hill, H., Myers, H., Thomas, S., & Thomas, T. (1981). A culturally-adapted parent training program. Center for the Improvement of Child Caring, Studio City, CA.

Hill, H. (1982). An investigation of indices of competent parenting in Afro-American mothers. Doctoral dissertation, Teachers College, Columbia University.

Hill, H., (1983). A Review: Black children, their roots, culture and learning styles. The Networker, Spring.

Hill, H. (1983). Black Families: Beyond the deficit model. New York Times, December 6.

Hill, H., & Allen, D. (1984). The impact of day care on the employment of black single women. Study commissioned by the National Urban League, 1984.

Comer, J., & Hill, H. (1985). Social policy and the mental health of black children. Journal of the American Academy of Child Psychiatry, 24, 2:175-181.

Hill, H. (1984) WIC: A retrospective analysis of a success. Policy analysis submitted for requirement for post-doctoral fellowship.

Hill, H. & Ware, N. (1988). Socio-cultural issues in prevention of AIDS among black emotionally disturbed adolescents. Unpublished manuscript.

Harp, O.J., Wright-Harp, W., Hill, H.M. & Molock, S.D. (1994) Affect, time orientation

Exhibit 3

and neuropsychological test performance in African-American children. Journal of Black Psychology. .

Hill, H.M. (1994). Urban Violence: Reclaiming childhood for children at risk. Violence Update 5, 1-10.

Hill, H.M., Soriano, F.I., Chen, A., LaFromboise, T.D. (1995. Socio-cultural factors in the etiology and prevention of violence among ethnic minority youth. Eron, L.D., Gentry, J.H., Schlegel, P. Reason to hope: A psychosocial perspective on violence and youth. American Psychological Association: Washington, DC.

Hill, H.M. & Madhere, S. (1996). Exposure to community violence and African-American children: A multidimensional model of risks resources. Journal of Community Psychology 24, 26-43.

Hill, H. M. & Twaite, J. (1997). Exposure to violence and social support as predictors of anxiety and social and emotional among African-American children. Journal of Child and Family Studies 5, 399-414.

Hill, H.M., Hawking, S. & Raposo, M.T. (1995). The relationship between multiple exposures to violence and coping styles among African-American mothers. Victims and Violence, 10:1, 55-71.

Hill, H.M. Instant being versus the agony of becoming: Understanding adolescents and crews. Howard University, Lonnie Mitchell Conference, Washington, DC 1998.

Hill, H. & Jones, L. (1997). Children's and parents' perceptions of children's exposure to violence in urban neighborhoods. Journal of the National Medical Association. 89 (4), 270-276.

Hill, H. M. & Madhere S. (2002) Profile of resilience in African-American children exposed to community violence (unpublished paper).

Hill, H. M. (1997) The application of the principles of cultural competence in preventing violence in the workplace. Presentation to the US Postal Service Las Vegas, NV.

Hill, H.M. (2000) Implementation Manual for the Howard University Violence Prevention Project: Children as Witness to Community Violence. Submitted to the National Center of Injury Prevention, CDC.

Hill, H. M. & Andrews. B. (2000) Psychological abuse, family violence and community Violence: The triple threat to children and families. Paper presented at the Domestic Violence Conference, Howard University, September, 2000. Report submitted to Office of the US Attorney, Washington, DC.

Exhibit 3

Hill, H. M. (2002) Multiple exposure to interpersonal, community and domestic violence and the development of post traumatic stress disorder among urban African American women. Paper presented at the Lonnie Mitchell Memorial Conference, Center for Drug Abuse Research, sponsored by NIDA, Baltimore, MD.

Fowler, D. & Hill, HM (2004). Social support and spirituality as culturally relevant Factors in coping among African American women survivors of partner abuse. Violence Against Women. 10(11), 1267-1282.

Brown, J., Hill, HM. Lambert, S.F. (2005) Traumatic stress symptoms in women Exposed to community and partner violence. Journal of Interpersonal Violence. 20:147814-94.

Hill, HM (2006) The impact of community violence and trauma on adolescents: Gangs, crews, and other youth in the juvenile justice system. Urban Trauma Conference, Howard University School of Social Work, Washington, DC.

Hill, HM (2007) Social and cultural factors in defending the African American male. Federal Death Penalty Strategy Conference, Federal Death Penalty Resource Counsel Project New York Bar, May, 2007, New York, NY.

Hill, HM (2007) Social and cultural factors in the lives of African American Males: The fight of their lives. Paper presented at the Annual Mitigation Conference, Office of the Public Defender, State of Maryland, June, 2007, Bolger Center, Rockville, MD.

Hill, HM (2008) The impact of social, culture and neighborhood factors in mitigation. Paper presented at the Federal Death Penalty Strategy Conference, November, 2008, Phoenix, AZ.

Hill, HM (2009). The impact of neighborhood factors on the life trajectories of African American men. Paper presented at the National Seminar on the Development and Integration of Mental Health Evidence in Capital Cases, April, 2009. Philadelphia, PA.

Hill, HM (2010) Race, culture and social context in defending the African American Male. Paper presented at the Death Penalty College, August 2, 2010, Santa Clara, CA.

Hill, HM (2013). Integration of social context, development and history in telling story of African American men Annual Integration of social context, development and history in telling the story of African American men. Annual Habeas Conference, Federal Defenders, Washington, DC.

Hill, HM (2014) Role of developmental exposure to trauma on preparing the narrative of African American men and boys preparing for trial. Baltimore, MD.

Exhibit 3

Hill, HM (2015). Impact of race, culture and neighborhood in preparing psychological

Mitigation for capital cases. Federal Defenders' Annual Conference, September NYC.

Hill, HM (2016) Impact of Micro-Aggressions and Race in the developmental trajectory African American men. Presentation at Capital Habeas Conference. University of Missouri, Kansas City.

Hill, HM. (2016) Defending the African American man: An integrated approach to the role of culture, development and social context. (book manuscript in process).

Mills, CP, Hill, H. & Johnson, J. (2017) Mediated effects of coping on mental health of Africa American women. Violence Against Women. February, 7, 2017.DOI:http //doi.org/ 10.1177/117710778012/216686219.

Thompson, L & Hill, H (2017) . Impact of trauma, grit and emotional adjustment on the success of African American College Students ( Submitted to Journal of Black Studies).

Hill, HM (2018) The criminalization of Black Childhood.
(submitted for publication).

### Selected Grants and Contracts Awarded

1. Faculty Research Initiation Award, Howard University Study: The Impact of Environmental Violence on the Social and Emotional Development of African-American Children

2. Minority Research Initiation Planning Grant, National Science Foundation Study: Urban Violence and the Social and Emotional Development of African-American Children two years of funding
3. Howard University Violence Prevention project: Educational Enrichment Project, Grant from the Office of Systematic Educational Reform, DC Public Schools

4. Faculty Research in the Social Science and Humanities, Howard University Study: Environmental Violence and the Social and Emotional Development Of African-American Children

5. Howard University Violence Prevention Project, Office of Criminal Justice Plans and Analysis, Office of the Mayor, Washington, DC,

6. Social and Emotional Development of Children Exposed to Community Violence, MIRDP, National Institute for Mental Health

Exhibit 3

7. Urban Violence as a Stressor in the Development of African-American Children, MIRDP, National Institute for Mental Health,

8. Howard University Violence Prevention Project: An Intervention for Children Exposed to Community Violence, Annie E. Casey Foundation9.    Safe Start and Lessons from Resilience Children, CRESPAR, U.S. Department of Education, OERI,.

10. Coping with Violence among South African and US Children, Minority International Research and Training Fellowship, Fogarty Institute, Lucille Campbell, Ph.D. PI for research in South Africa

11. Children witnesses to domestic violence, National Institute of Justice, Violence Against Women,.

12. Saving Our Children: A Violence Prevention Intervention for Youth in Public Housing, Department of Housing and Urban Development and DC Housing Authority,

13. Grant from Howard University Fund for Academic Excellence to develop course on South African and American perspective on violence, 1998.

14. Drug Elimination Grant, DC Housing Authority,

15. California Department of Mental Health and Developmental Disabilities, Wellness Grant to plan violence prevention and safety program for developmentally disabled women,

16. Alcohol, Aggression and African American Women,  core grant from the National Institute of Alcohol Abuse,  awarded to Alcohol Research Center at Howard University Medical School.

17. Evaluation of the Justice Assistance Grants for funding years   Criminal Justice Coordination Council, Washington, DC.


## SELECTED APPOINTMENTS AND PROFESSIONAL ACTIVITIES

Board of Directors of New York Association of Black Psychologist

Board of Trustees, Wesleyan University, Middletown, Connecticut

Values Commission for the DC Public Schools.  This was a select commission charged with the responsibility of developing a plan for infusing a multi-dimensional program of values education into DC Public Schools.

American Psychological Association's Task Force on Youth Violence.

Exhibit 3

Board of Advisors for the Center for Child Poverty School for Public Health, Columbia University.

Mayor's Task Force on School Violence.

National Academy of Sciences, Special Committee of the Board on Children, Youth and Families.

National Academy of Sciences, Institute of Medicine Committee on Injury Control and Prevention.

DC Public Charter School Board.

US Department of Education's Panel on Safe and Drug-Free Schools.
Advisory Board for the DC Commission on African American Males

## SELECTED EXAMPLES OF CLINICAL PROGRAM DEVELOPMENT

1. Workplace Violence: Preparing for the 21st Century. This training provides insights into prevention of workplace violence through use of the principles of cultural competence. Prepared for university and the corporate settings.

2. Graham Windham Parenting Program. This program for parents focusing on life planning, adult development, child development, communication between parent and child, and handling child behavioral problems.

3. ACCESS Division in the Children's mental health system in Washington, DC designed to handle trauma, mental health crises and coordinated services in the system of care.

4. Howard University Violence Prevention Project, a clinical research intervention for children exposed to community violence.

5. Casey Preschool Consultation Project for child care workers and Children in high violence communities and Casey Summer Project For emotionally disturbed children exposed to community violence.

6. The Youth Trauma Service Team, a collaborative intervention with DC Metropolitan Police and children's mental health system Which responds to incidents of traumatic community violence?

7. "Safe Start", school-based violence prevention project-serving children from 3rd. through 8th grades.

Exhibit 3

8. Intervention for mothers and their children exposed to family Violence funded by Department of Justice, Violence Against Women.

9. Violence Prevention Intervention for developmentally disabled consumers in the State of California.

10. Drug prevention and violence prevention intervention for youth and families in DC

**<u>Dr. Hope M. Hill is a licensed psychologist in the District of Columbia</u>**