Exhibit 3.1



IN THE SUPERIOR COURT OF SAID COUNTY.

THE GRAND JURORS selected, chosen and sworn for the County of Fulton, to-wit:



1. ~~IAN F. STALKER, Foreman~~
2. ~~J. E. ALFRED~~, Assistant Foreman
3. ~~HELEN SMITH~~, Secretary
4. ~~MRS. LYNDON HARRIS~~, Asst. Secretary
5. ~~JACK L. BOREN~~
6. ~~HAZEL L. BREELAND~~
7. ~~LUCIAN C. CROFT~~
8. DONALD D. DAVIS
9. ~~HENRY W. ECHOLS~~
10. FRANK O. EVANS
11. ~~WILLIAM F. GOWE, JR.~~
12. MARY L. HEAD
13. ~~JAMES H. HEMPHIS~~
14. RALPH E. HULSEY
15. ~~CLARENCE W. KAISER~~
16. ROBERT M. KESTERTON
17. T. B. McLEOD
18. ~~BILLY T. MERRITT~~
19. ~~H. H. METERS~~
20. HUGH C. QUIN
21. EUGENE F. ROBINSON
22. PAUL A. SMITH, JR.
23. F. C. YANCEY

in the name and behalf of the citizens of Georgia, charge and accuse

JOHNNY TAYLOR, WILLIE COPLIN and BRUCE SMITH

with the offense of:—

THEFT BY TAKING

for that said accused, in the County of Fulton and State of Georgia, on the

25th day of July, 19 75.

did unlawfully take two Hibachi portable grills, all of the value of $24.00 and the property of Irene Kennon, with the intention of depriving said owner of said property; - contrary to the laws of said State, the good order, peace and dignity thereof.

COUNT TWO

And the Grand Jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse

JOHNNY TAYLOR, WILLIE COPLIN and BRUCE SMITH

with the offense of THEFT BY TAKING, for that said accused, in the County of Fulton, State of Georgia, on the 25th day of July, 1975

did unlawfully take three men's suits, three men's dress shirts, four pairs of men's shoes, one flight bag, three men's belts, one lock blade knife, one automobile radial tire with rim and one hair dryer, all of the value of $800.00 and the property of Richard M. Cronic, with the intention of depriving said owner of said property; - contrary to the laws of said State, the good order, peace and dignity thereof. BOOK 404 PAGE 148

COUNT THREE-

And the Grand Jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse

JOHNNY TAYLOR, WILLIE COPLIN and BRUCE SMITH

with the offense of POSSESSION OF TOOLS FOR THE COMMISSION OF CRIME, for that said accused, in the County of Fulton, State of Georgia, on the 25th day of July, 1975

did unlawfully have in their possession the following tool commonly used in the commission of burglary and theft, to wit: one screwdriver; said accused having possession of said tool with the intent to make use of same in the commission of said crimes; - contrary to the laws of said State, the good order, peace and dignity thereof.

LEWIS R. SLATON, District Attorney
Special Presentment.