Exhibit 3.2



# Armstead Copeland
## in the 1870 United States Federal Census

| | |
|---|---|
| Name: | Armstead Copeland |
| Age in 1870: | 11 |
| Birth Year: | abt 1859 |
| Birthplace: | Georgia |
| Dwelling Number: | 18 |
| Home in 1870: | White Plains, Greene, Georgia |
| Race: | Black |
| Gender: | Male |
| Occupation: | Day Laborer |
| Cannot Read: | Y |
| Cannot Write: | Y |

Household Members:

| Name | Age |
|---|---|
| George Copeland | 27 |
| Ariam Copeland | 20 |
| Armstead Copeland | 11 |
| Wm Copeland | 5 |
| Willie Copeland | 1 |

## Source Citation

Year: *1870*; Census Place: *White Plains, Greene, Georgia*; Roll: *M593_153*; Page: *377B*; Family History Library Film: *545652*

## Source Information

Ancestry.com. *1870 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2009. Images reproduced by FamilySearch.

Original data:

- 1870 U.S. census, population schedules. NARA microfilm publication M593, 1,761 rolls. Washington, D.C.: National Archives and Records Administration, n.d.

Exhibit 3.2

- Minnesota census schedules for 1870. NARA microfilm publication T132, 13 rolls. Washington, D.C.: National Archives and Records Administration, n.d.

## Description

This database is an index to individuals enumerated in the 1870 United States Federal Census, the Ninth Census of the United States. Census takers recorded many details including each person's name, age at last birthday, sex, color; birthplace, occupation, and more. No relationships were shown between members of a household. Additionally, the names of those listed on the population schedule are linked to actual images of the 1870 Federal Census. Learn more...

© 2019, Ancestry.com