Exhibit 3.4



# Addie Copeland
## in the 1900 United States Federal Census

| | |
|---|---|
| Name: | Addie Copeland [Addie Scott] |
| Age: | 41 |
| Birth Date: | Dec 1858 |
| Birthplace: | Georgia |
| Home in 1900: | Militia District 101, Hancock, Georgia |
| House Number: | 5 |
| Sheet Number: | 7 |
| Number of Dwelling in Order of Visitation: | 115 |
| Family Number: | 119 |
| Race: | Black |
| Gender: | Female |
| Relation to Head of House: | Daughter |
| Marital status: | Married |
| Marriage Year: | 1884 |
| Father's name: | Lewis Scott |
| Father's Birthplace: | Georgia |
| Mother's name: | Julia Ann Scott |
| Mother's Birthplace: | Georgia |
| Mother: Number of Living Children: | 4 |
| Mother: How Many Children: | 4 |
| Occupation: | Farm Laborer |
| Months Not Employed: | 0 |
| Can Read: | Yes |
| Can Write: | No |
| Can Speak English: | Yes |

| Household Members: | Name | Age |
|---|---|---|
| | Lewis Scott | 65 |

Exhibit 3.4

| Name | Age |
| --- | --- |
| Julia Ann Scott | 60 |
| Addie Copeland | 41 |
| Joshua Scott | 23 |
| Rhoda Scott | 21 |
| Daniel Scott | 18 |
| Pearl Scott | 16 |
| Willie Belle Scott | 13 |
| Mayna Scott | 10 |
| Lewis Copeland | 16 |
| Mary Copeland | 12 |
| Anna Copeland | 10 |

## Source Citation

Year: *1900*; Census Place: *Militia District 101, Hancock, Georgia*; Page: *7*; Enumeration District: *0011*; FHL microfilm: *1240203*

## Source Information

Ancestry.com. *1900 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2004.

Original data: United States of America, Bureau of the Census. *Twelfth Census of the United States, 1900*. Washington, D.C.: National Archives and Records Administration, 1900. T623, 1854 rolls.

## Description

This database is an index to individuals enumerated in the 1900 United States Federal Census, the Twelfth Census of the United States. Census takers recorded many details including each person's name, address, relationship to the head of household, color or race, sex, month and year of birth, age at last birthday, marital status, number of years married, the total number of children born of the mother, the number of those children living, birthplace, birthplace of father and mother, if the individual was foreign born, the year of immigration and the number of years in the United States, the citizenship status of foreign-born individuals over age twenty-one, occupation, and more. Additionally, the names of those listed on the population schedule are linked to actual images of the 1900 Federal Census. Learn more...

© 2019, Ancestry.com