Exhibit 3.6

## TWELFTH CENSUS OF THE UNITED STATES.

### SCHEDULE No. 1.—POPULATION.

B

State: Arkansas
County: Chis t

Township or other division of county: McConnell Township

Name of incorporated city, town, or village, within the above-named division.

Supervisor's District No. 6
Enumeration District No. 32
Sheet No. 22

Name of Institution,

Ward of city,

Enumerated by me on the 25 day of June, 1900, Chas A. Kruse, Enumerator.

| LOCATION | NAME | RELATION | PERSONAL DESCRIPTION | NATIVITY | CITIZENSHIP | OCCUPATION | EDUCATION | OWNERSHIP |
|---|---|---|---|---|---|---|---|---|
| 427 430 | Davis, King | Son | B M Mar 1892 8 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | — Ernest | Son | B M Dec 1897 3 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | — Joe | Son | B M Feb 1898 2 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| 428 431 | Smith, Gus | Head | B M May 1862 38 M 6 | Texas Texas Texas | | Day Labor 0 | Yes No Yes R F | |
| | — Lizzie | Wife | B F Jan 1874 26 M 5 1 1 | Arkansas Arkansas Mississippi | | | | |
| 429 432 | Turner, Peter | Head | B M May 1878 25 M 6 | Arkansas Arkansas Arkansas | | Farm Labor 0 | Yes No Yes R F | |
| | — Lizzie | Wife | B F July 1874 25 M 6 3 1 | Arkansas Arkansas Arkansas | | | Yes No No | |
| | — Pearlie | Daughter | B F Sept 1898 2 S | Arkansas Arkansas Arkansas | | | No No No | |
| | — Emeline | Mother | B F Dec 1840 60 Wd 24 4 4 | Tennessee Tennessee Tennessee | | | No No Yes | |
| 430 433 | Clark, Richard | Head | B M Oct 1871 38 M 12 | Texas Texas Texas | | Farm Labor 0 | Yes No Yes R F | |
| | — Milia | Wife | B F 1872 28 M 12 6 6 | Louisiana Louisiana Louisiana | | | No No Yes | |
| | — Richard | Son | B M Sept 1887 12 S | Arkansas Texas Louisiana | | | No No No | |
| | — Edward | Son | B M Aug 1889 10 S | Arkansas Texas Louisiana | | | No No Yes | |
| | — Lucy | Daughter | B F July 1891 8 S | Arkansas Texas Louisiana | | | No No Yes | |
| | — Alberta | Daughter | B F Oct 1894 5 S | Arkansas Texas Louisiana | | | No No Yes | |
| | — Oscar | Son | B M Nov 1897 2 S | Arkansas Texas Louisiana | | | No No Yes | |
| 431 434 | Green, James | Head | B M Dec 1855 44 M 20 | Kentucky Kentucky Kentucky | | Blacksmith 0 | Yes No Yes R F | |
| | — Alta | Wife | B F Aug 1858 41 M 20 4 5 | Louisiana Louisiana Louisiana | | | No No Yes | |
| | — Louisa | Daughter | B F Aug 1881 18 S | Arkansas Kentucky Louisiana | | | Yes No Yes | |
| | — Bertie | Daughter | B F Sept 1883 16 S | Arkansas Kentucky Louisiana | | | Yes No Yes | |
| | — Minnie | Daughter | B F July 1895 4 S | Arkansas Kentucky Louisiana | | | Yes No Yes | |
| 432 435 | Kyle, Charly | Head | B M Feb 1859 41 M 3 | Alabama Alabama Alabama | | Day Labor 0 | Yes No Yes R F | |
| | — Martha | Wife | B F Oct 1864 35 M 3 2 2 | Arkansas Arkansas Arkansas | | | Yes Yes No | |
| | — Edgar | Son | B M Mar 1888 12 S | Arkansas Alabama Arkansas | | | Yes No No | |
| 433 436 | Gibson, Bennett | Head | B M Jan 1842 38 S | Virginia Virginia Virginia | | Farm Labor 0 | No No Yes R F | |
| | Worland, Elvira | Sister | B F Mar 1868 32 M 11 7 7 | Arkansas Arkansas Arkansas | | | No No Yes | |
| | Ballfort, Elizabeth | Niece | B F Dec 1882 18 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | Worland, Albert | Nephew | B M Aug 1886 13 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | — Harriet | Niece | B F Feb 1884 16 S | Arkansas Arkansas Arkansas | | Day Labor 0 | No No Yes | |
| 434 437 | Wells, Robert | Head | B M Feb 1853 47 M 22 | Arkansas Arkansas Arkansas | | Farm Labor 0 | No No Yes R F | |
| | — Lizzie | Wife | B F Oct 1867 32 M 12 9 9 | Arkansas Arkansas Arkansas | | | Yes Yes No | |
| | — Mollie | Daughter | B F Jan 1879 20 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | — Willie | Son | B M July 1885 14 S | Arkansas Arkansas Arkansas | | Farm Labor 3 | No No Yes | |
| | — Isaac | Son | B M Sept 1886 13 S | Arkansas Arkansas Arkansas | | | Yes No Yes | |
| | Wells, Frank | Son | B M Mar 1898 2 S | Arkansas Arkansas Arkansas | | | No No Yes | |
| | Kenmore, Maggie | Helper | B F Jan 1867 33 S | Louisiana Louisiana Louisiana | | Day Labor 3 | No No Yes | |
| 435 438 | Johnson, Maranda | Head | B F Feb 1877 23 S 1 1 | Arkansas Arkansas Arkansas | | Day Labor 3 | No No Yes R F | |
| | Copeland, Minty | Helper | B F May 1880 20 S | Arkansas Arkansas Arkansas | | Day Labor 3 | No No Yes | |
| | Brown, Flora | Helper | B F Jan 1874 26 S 1 1 | Arkansas Arkansas Arkansas | | | Yes Yes Yes | |
| 436 439 | Berry, George | Head | B M July 1881 18 S | Arkansas Arkansas Arkansas | | Day Labor 0 | No No Yes R F | |
| 437 440 | Copeland, Armstead C | Head | B M June 1854 40 M | Georgia Georgia Georgia | | Day Labor 0 | Yes No Yes R F | |
| 438 441 | Boxum, Charly | Head | B M Dec 1874 25 M 4 | Georgia Georgia Georgia | | Farm Labor 0 | Yes No Yes R F | |
| | — Louisa | Wife | B F Feb 1878 22 M 4 2 2 | Arkansas Arkansas Arkansas | | | No No Yes | |
| | — Henrietta | Daughter | B F Mar 1897 3 S | Arkansas Georgia Arkansas | | | No No No | |
| | — Ede | Daughter | B F Sept 1898 1 S | Arkansas Georgia Arkansas | | | No No No | |
| 439 442 | Johnson, Hamp | Head | B M Mar 1881 19 M | Arkansas Arkansas Arkansas | | Day Labor 0 | No No Yes R F | |
| | Towns, Major | Helper | B M July 1880 19 S | Arkansas Arkansas Arkansas | | Day Labor | No No Yes | |
| | — Richard | Helper | B M Feb 1874 36 M 7 | Arkansas Arkansas Arkansas | | Day Labor 0 | Yes No Yes | |
| 440 443 | Perry, Corny | Head | B F Jan 1876 24 S | Mississippi Mississippi Mississippi | | Day Labor 3 | No No Yes R F | |
| 441 444 | Lucas, Rufus W | Head | B M May 1863 37 S | Arkansas Arkansas Arkansas | | Day Labor 0 | Yes No Yes R F | |

Case 1:19-cv-00147-CLC-CHS    Document 111-9    Filed 09/09/25    Page 1 of 2
PageID #: 2349

https://www.ancestry.com/interactive/Print/7602/4120020_00774/35193905?landscape=true&printViewOption=0&query=pid...    05/09/2019

Exhibit 3.6