Exhibit 3.8



CERTIFICATE OF DEATH/STATE OF GEORGIA

Local File 05063  State File 051011

DECEDENT'S NAME: ANNA B. BENTON — FEMALE — 1996

RACE: BLACK — ORIGIN OF DESCENT: AMERICAN — DATE OF BIRTH: 12 — Age 84 — COUNTY OF DEATH: DEKALB

CITY, TOWN or LOCATION OF DEATH: DECATUR — HOSPITAL OR OTHER INSTITUTION NAME: DEKALB MEDICAL CENTER — IN-PATIENT — U.S. ARMED FORCES: No

STATE AND COUNTY OF BIRTH: GA Unknown — CITIZEN OF WHAT COUNTRY: USA — MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: Widowed — SPOUSE: Oscar Benton

SOCIAL SECURITY NUMBER: 6445 — USUAL OCCUPATION: HOUSEWIFE — KIND OF INDUSTRY OR BUSINESS: OWN HOME

RESIDENCE STATE: GA — COUNTY: DEKALB — CITY, TOWN or LOCATION: ATLANTA — STREET AND NUMBER: — INSIDE CITY LIMITS: YES

FATHER'S NAME: JOHN WILLIAMS — MOTHER'S MAIDEN NAME: MANERNIA PEAK

INFORMANT'S NAME: EVA WILLIAMS — MAILING ADDRESS: ATLANTA 30316 — RELATIONSHIP: DAUGHTER

BURIAL, CREMATION, REMOVAL: BURIAL — DISPOSITION DATE: 11/20/96 — CEMETERY OR CREMATORY NAME: KENNEDY M. GARDEN — LOCATION: ELLENWOOD, GA 30049 DEKALB

FUNERAL DIRECTOR: GREGORY B. LEVETT — PUR. DIR. LICENSE NO.: 2655 — NAME AND ADDRESS OF FACILITY: GREGORY B. LEVETT & SONS, INC. — CERT. LICENSE NO.: 1007

EMBALMER: NANCY F. CHANDLER — EMBALMER LICENSE NO.: 3675 — 351 N. CLARENDON AVENUE, SCOTTDALE, GA 30079

PART I — IMMEDIATE CAUSE:
A. CONGESTIVE HEART FAILURE — 1 week
B. Coronary Artery Disease — years

PART II — OTHER SIGNIFICANT CONDITIONS: Pneumonia — AUTOPSY: NO

WAS OPERATION PERFORMED: No

CERTIFIER: Scott W. Anderson MD
DATE SIGNED: 12-3-96 — HOUR OF DEATH: 7:08 PM

NAME, TITLE, AND LICENSE NO. OF CERTIFIER: SCOTT W. ANDERSON — PHYS. LIC. NO.: 020649 — ADDRESS OF CERTIFIER: 2675 N. Decatur Rd Suite 200, Decatur GA

REGISTRAR: Wanda Cason — DATE RECEIVED BY REGISTRAR: DEC-4 1996

Form 3903 (Rev. 9-91) GEORGIA DEPARTMENT OF HUMAN RESOURCES/VITAL RECORDS SERVICE

DO NOT FOLD THIS CERTIFICATE

This is to certify that this is a true and correct copy of the certificate filed with the Vital Records Service, Georgia Department of Human Resources. This certified copy is issued under the authority of Chapter 31-10, Vital Records Code of Georgia.

Michael R. Lawrie
State Vital Records
Registrar and Custodian,
Director, Vital Records Service

Wanda Cason
County Custodian

Wanda Cason
Issued by

1/26/98
Date

(Void without original signature and impressed seal)