Exhibit 3.11



**ANDERSON**

Mr. Cecil Jerome Anderson of 1721 Pryor Rd., S.W., Apartment 5, the husband of Mrs. Janice J. Anderson passed January 20, 1991. Funeral arrangements announced later. Stocks Funeral Home Kirkwood Chapel, Inc. 377-0458-9.