Exhibit 3.13

# A Celebration Service Of The Life

## For

# Eva C. Williams

1933

2015



## Temple of God
### 92 Whitefoord Avenue
### Atlanta, Georgia 30318

## Reverend Paul Grant
### Sr. Pastor, Eulogist/Officiant

# When Tomorrow Starts Without Me

Exhibit 3.13



When tomorrow starts without me, and I'm not there to see

If the sun should rise and find your eyes all filled with tears for me

I wish so much you wouldn't cry, the way you did today

While thinking of the many things we didn't get to say.

I know how much you love me as much as I love you,

And each time that you think of me I know you'll miss me too.

When tomorrow starts without me please try to understand

That an angel came and called my name and took me by the hand.

I'd have to leave behind all those I dearly love.

But as I turned to walk away a tear fell from my eye.

It seemed almost impossible that I was leaving you.

I thought of all the yesterdays the good ones and the bad

I thought of all the love we shared and all the fun we had.

If I could relive yesterday just even for a while

I'd say goodbye and kiss you and maybe see you smile

But then I fully realized that this could never be,

The emptiness and memories would take the place of me

I thought of you, and when I did my heart was filled with sorrow

God looked down and smiled at me from his great golden throne

He said, "This is eternity and all I've promised you."

Today your life on earth is past but here

it starts anew I promised no tomorrow but today will always last.

So when tomorrow starts without me, don't think we're for apart

for every time you think of me, I'm right there, in your heart.

Exhibit 3.13

Exhibit 3.13

# —The Order of Service—



Musical Prelude

Processional

Solo..................................................................................Terry Carter

Scripture Readings:
   Old Testament...............................................Sister Brenda Collins
   New Testament.............................................Sister Sandra Hines

Prayer...............................................................................David Benton

Solo..................................................................................Rahbi Hines

Silent Reading of the Obituary.........................................Soft Music

Open Remarks (2 minutes please)..........................Family and Friends

Musical Selection.........................................................Rickie Waddell

Eulogy.........................................................................Elder Paul Grant

Acknowledgement.............................Gregory B. Levett & Sons Staff

Recessional

Interment
Kennedy Memorial Gardens
2500 River Road
Ellenwood, Georgia

Exhibit 3.13



Exhibit 3.13

# "Like A Coin"

*Like a coin, we get to spend it anyway we like
but we only get it once.
Our goal should be that when
we get to the end of our lives,
we are able to say "I spent my coin right!"
God, I served my purpose,
I lived out what you made me to do.
I have finished the race.
I served your purpose in my generation.*



## Flower Ladies
Family and Friends

## Pallbearers
Family and Friends

## Acknowledgements

The family of Eva C. Williams gratefully acknowledges the many acts of kindness shown during this time of bereavement. Our faith in God and your prayers, love, thoughtfulness and support are sources of comfort which will help us courageously face the days ahead with fond memories of the past. May God bless each of you'll.

—The Family—

Exhibit 3.13



## "I NEEDED THE QUIET"

I needed the quiet so He drew me aside.
Into the shadows where we could confide.
Away from the bustle where all the day long
I hurried and worried when active strong.
I needed the quiet, tho at first I rebelled
But gently, so gently, my cross He upheld
and whispered so sweetly of spiritual things.
Tho weakened in body, my spirit took wings
to height never dreamed of when active all day.
He loved me so greatly he drew me away.
I needed the quiet.
No prison my bed,
But a beautiful valley of blessings instead.
A place to grow richer in Jesus to hide.
I needed the quiet so He drew me aside.



—Final Arrangements Entrusted To—
## Gregory B. Levett & Sons Funeral Homes & Crematory, Inc.

| Avondale-Scottdale Chapel | South DeKalb Chapel | Gwinnett Chapel | Rockdale Chapel |
|---|---|---|---|
| 351 North Clarendon Avenue | 4347 Flat Shoals Parkway | 914 Scenic Highway | 1999 Highway 138, S.E. |
| Scottdale, Ga. 30079 | Decatur, Ga. 30034 | Lawrenceville, Ga. 30045 | Conyers, Georgia 30013 |
| (404) 294-5500 | (404) 241-5656 | (770) 338-5558 | (770) 285-6673 |

*A Family Serving Families Worldwide"*
www.levettfuneralhome.com

Lanshas Paper Goods
www.lanshaspapergoods.com