

FIFTH QUARTER SALOON, INC.                                  80-12601

Exhibit 3.14

Nov 26 1980                              , Fulton Co

John G Grubb Jr

max 10,000 shares com .01          paid in 500.00

DH
8.87

# DUPLICATE

12601
60



# State of Georgia

## OFFICE OF SECRETARY OF STATE

*I, David B. Poythress, Secretary of State of the State of Georgia, do hereby certify that*

**"FI_TH QUARTER SALOON, INC."**

has been duly incorporated under the laws of the State of Georgia on the **26th** day of **November, 1980**, by the filing of articles of incorporation in the office of the Secretary of State and the fees therefor paid, as provided by law, and that attached hereto is a true copy of said articles of incorporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this **26th** day of **November** in the year of our Lord One Thousand Nine Hundred and Eighty and of the Independence of the United States of America the Two Hundred and **Five.**

_____

SECRETARY OF STATE, EX-OFFICIO CORPORATION
COMMISSIONER OF THE STATE OF GEORGIA

RECEIVED
Nov 26 4 10 PM '80
SECRETARY OF STATE

ARTICLES OF INCORPORATION

OF

FIFTH QUARTER SALOON, INC.

The Articles of Incorporation of Fifth Quarter Saloon, Inc. are as follows:

I.

The name of the corporation is Fifth Quarter Saloon, Inc.

II.

The corporation is organized pursuant to the provisions of the Georgia Business Corporation Code.

III.

The corporation shall have perpetual duration.

IV.

The purpose of the corporation is pecuniary gain and profit, and the Corporation shall have the power to make and carry out contracts of every kind that may be necessary or conducive to the accomplishment of the purposes of the corporation; to acquire, lease and hold or otherwise deal in such real estate as may be necessary or convenient in connection with its business; to engage in any form or type of business for any lawful purpose or purposes not specifically prohibited to corporations for profit under the laws of the State of Georgia; and to have all the rights, powers, privileges and immunities which are now or hereafter may be allowed to corporations under the laws of the State of Georgia.

V.

The corporation shall have authority to issue not more than Ten Thousand (10,000) shares of common stock, One Cent ($.01) par value. The corporation may purchase its own shares of capital stock out of unreserved and unrestricted earned surplus and unreserved and unrestricted capital surplus available therefor

and as otherwise provided by law. The corporation's Board of Directors may from time to time distribute to shareholders, out of capital surplus of the corporation, a portion of its assets, in cash or in property.

## VI.

The corporation shall not commence business until it shall have received not less than Five Hundred Dollars ($500.00) in payment for the issuance of shares of its stock.

## VII.

No holder of shares of any class of capital stock of the corporation shall have preemptive rights, and the corporation shall have the right to issue and to sell to any person or persons any shares of its capital stock or any option rights or any securities having conversion or option rights, without first offering such shares, rights, or securities to any holders of shares of any class of capital stock of the corporation.

## VIII.

The address of the initial registered office of the corporation shall be Suite 200, Candler Building, Atlanta, Fulton County, Georgia. The initial registered agent of the corporation at such address shall be John L. Taylor.

## IX.

The initial Board of Directors of the corporation shall consist of three (3) members, whose names and addresses are as follows:

John L. Taylor
Suite 200, Candler Building
127 Peachtree Street, N. E.
Atlanta, Georgia   30329

William G. McDaniel
Suite 200, Candler Building
127 Peachtree Street, N. E.
Atlanta, Georgia   30329

Robert Strickland, Jr.
2895 Buford Highway, N. E.
Atlanta, Georgia   30329

X.

The name and address of the Incorporator are as follows:

John G. Grubb, Jr.
McDaniel, Chorey & Taylor
Suite 200, Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia  30303

IN WITNESS WHEREOF, the undersigned executes these
Articles of Incorporation.

John G. Grubb, Jr., Incorporator

# CONSENT TO APPOINTMENT AS REGISTERED AGENT

TO:   The Honorable David B. Poythress
      Secretary of State
      Ex-Officio Corporation
      Commissioner
      State of Georgia

I, John L. Taylor, Jr., do hereby consent to serve as registered agent for the corporation

Executed this 26ᵗʰ day of Nov. , 1980.

John L. Taylor, Jr.



# State of Georgia

## OFFICE OF SECRETARY OF STATE

*I, David B. Poythress, Secretary of State of the State of Georgia, do hereby certify that*

based on a diligent search of the records on file in this office, I find that the name of the following **proposed domestic** corporation to wit

"FIFTH QUARTER SALOON, INC. "

is not identical with or confusingly similar to the name of any other existing domestic or domesticated or foreign corporation registered in the records on file in this office or to the name of any other proposed domestic or domesticated, or foreign corporation as shown by a certificate of the Secretary of State heretofore issued and presently effective.

This certificate is in full force and effective for a period of 4 calendar months from date of issuance. After such period of time, this certificate is void.



In TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office at the Capitol, in the City of Atlanta, this 26th day of November , in the year of our Lord One Thousand Nine Hundred and Eighty and of the Independence of the United States of America the Two Hundred and Five

80330164

Secretary of State, Ex Officio Corporation
Commissioner of the State of Georgia

Exhibit 3.14

 **GEORGIA CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE

# BRIAN P. KEMP

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **FIFTH QUARTER SALOON, INC.** |
| Control Number: | **J012601** |
| Business Type: | **Domestic Profit Corporation** |
| Business Status: | **Admin. Dissolved** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **4425 FULTON INDUSTRIAL BLVD SW, ATLANTA, GA, 30336-1900, USA** |
| Date of Formation / Registration Date: | **11/26/1980** |
| State of Formation: | **Georgia** |
| Last Annual Registration Year: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **TAYLOR JOHN L** |
| Physical Address: | **127 PEACHTREE ST STE 500 CANDL, ATLANTA, GA, 30303, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| STRICKLAND ROBERT JR | CEO | 2895 BUFORD HWY, ATL, GA, 30329, USA |
| TAYLOR, JOHN L. | CFO | 500 CANDLER BLDG, ATL, GA, 30303, USA |

Back  Filing History  Name History

Return to Business Search