

Exhibit 3.15

# Georgia Department of Corrections

## Booking Report

| me:<br>YLOR | First Name:<br>**JOHNNY** | Middle Name: |
|---|---|---|

| BKG#<br>**EH155937** | UNO#<br>**380941** | Date Received:<br>**12/15/1998** |
|---|---|---|

| Height:<br>02 | Weight:<br>**176** | Eyes:<br>**BROWN** | Hair:<br>**BLACK** |
|---|---|---|---|

| Facial Hair: | Build: | Culture: | Race:<br>**BLACK** |
|---|---|---|---|

| Citizenship: | Marital Status: | Year of Entry: |
|---|---|---|

Additional Information:

Exhibit 3.15

## Hancock State Prison

### Classification Record

INMATE'S NAME: Taylor, Johnny     GDC # 380941

MRD: Life     TPM: _____     PIC: _____

Escapes (date & place): 1983 GSP

Pending Charges & Detainers: Federal

## INMATE DETAIL ASSIGNMENT

| REASON FOR ASSIGNMENT | DATE | FROM | TO | SIGNED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECURITY REVIEWS – NEEDS ASSESSMENTS

| Security Review DATE | From | To | SIGNED | Date NAPPS Completed |
|---|---|---|---|---|
| 10/22/03 | C/o | Med | JR | 2.24.04 |
| 4-30-04 | Med | med | JR | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## GROUP COMPLETIONS

| Group | Date Completed |
|---|---|
| 101 | |
| nily Violence | |
| im Impact | |
| ective Thinking | |
| Education | |
| Management | |
| /Substance Abuse | |
| se/Vital Issues | |
| | |
| | |
| | |
| | |

7-21-

Timeframe:   10/07/2007   to   10/13/2007

House: H-1

Bed:   H-1-219-B     Name:   TAYLOR, JOHNNY L       GDC ID:   380941

Birthdate:   07/02/1954    Age: 53    Race: BLACK      Security:   MINIMUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|------------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIB

Offender Schedule

HANCOCK STATE PRISON

July    05, 2007    10:23 AM

Printed By: BATTLE, MINNIE

Page 874 of ***

Timeframe:    07/09/2007   to   07/15/2007

House: H-1

Bed: H-1-219-B        Name:   TAYLOR, JOHNNY L        GDC ID: 380941
Birthdate: 07/02/1954    Age: 53    Race: BLACK        Security: MEDIUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|------------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

GA DEPT OF CORRECTIONS - SCRIB    HANCOCK STATE PRISON

Offender Schedule

Exhibit 3.15

April   05, 2007   01:00 PM

Printed By: WILLIAMS, KAREN

Page 891 of ***

Timeframe:   04/08/2007   to   04/14/2007

House: H-1

| Bed: | H-1-219-B | Name: | TAYLOR, JOHNNY L | | GDC ID: 380941 |
|------|-----------|-------|------------------|---|----------------|
| Birthdate: 07/02/1954 | Age: 52 | Race: BLACK | | Security: MEDIUM | |

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|-----------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|------------|----------|---------------------|

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIB                    HANCOCK STATE PRISON                    January  05, 2007    11:55 AM
Offender Schedule                                                                         Printed By: COPELAND, TANISHA
                                                                                          Page 879 of ***

Timeframe:    01/08/2007   to    01/14/2007

House:  H-1

Bed:  H-1-219-B          Name:   TAYLOR, JOHNNY L                              GDC ID:  360941
Birthdate:  07/02/1954    Age:  52    Race:  BLACK              Security:  MEDIUM

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|-----|-----------|----------|-----------|----------|---------------|-----------|-------------------|
| SUN | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| MON | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| TUE | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| WED | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| THU | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| FRI | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |
| SAT | 07:15 | 15:15 | 11/07/2006 | | INSIDE ORDERLY | DORM | CELLBLOCK ORDERLY |

## PROFILES

| Start Date | End Date | Profile Description |
|-----------|----------|---------------------|

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

October 4, 2006    11:33 am
Report 6087         Page  88
Printed By COPELTOO

```
                              In/  Birth
            Name         I.D.    PRE Sec TP Out  Date   Age Race House  Bed   Counselor Local Code
-------------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
================================================================================================================
TAYLOR,JOHNNY L          380941        MED 8      7/02/54 52  B  H-1      219-B FARA      CBO
*** Profile ***   Last Changed  2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006
================================================================================================================
```

```
            Sched Start/
Day  Time  * Flag  1/Thru              Activity             Supervisor Loc                 Comment
---  -----  - ----- -----  ------------------------------------ ------  ---- ------------------------------------------
Mon  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM

Tue  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM
Tue  13:45  *       PERSONAL-STORE AND BARBERSHOP TIME          CO     PERS
Tue  14:45  *       BSHOP2  -BARBER SHOP WK 2 AND WK 4          CO     IBAR

Wed  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM

Thu  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM

Fri  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM

Sat  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM

Sun  07:15          CELL   -CELLBLOCK ORDERLY                   CO     DORM
```

```
    *********************************************************************
    *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
    *                         ALL TIMES!!!                                *
    *********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

July 6, 2006          12:20 pm
Report 6087          Page  85
Printed By WILLIKOO

```
                                     In/  Birth
          Name              I.D.  PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==================================================================================================================
TAYLOR,JOHNNY L             380941      MED 8      7/02/54 52  B  H-1     219-B FARA      CBO
*** Profile ***   Last Changed 2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006
==================================================================================================================
          Sched Start/
Day  Time  * Flag 1/Thru               Activity            Supervisor Loc                Comment
---  -----  - ----- -----  ----------------------------    ------- ----  ------------------------------------
Mon  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM

Tue  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM
Tue  13:45  *         PERSONAL-STORE AND BARBERSHOP TIME      CO     PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4      CO     IBAR

Wed  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM

Thu  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM

Fri  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM

Sat  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM

Sun  07:15            CELL   -CELLBLOCK ORDERLY               CO     DORM
```

```
         *********************************************************************
         *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
         *                     ALL TIMES!!!                                   *
         *********************************************************************
```



Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

April 8, 2006   Exhibit 3.15   3:15 pm
Report 6087        Page 78
Printed By WILLIK00

```
                                      In/   Birth
           Name              I.D.   PRE Sec TP Out  Date   Age Race House  Bed   Counselor Local Code
------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
======================================================================================================
TAYLOR,JOHNNY L             380941      MED 8       7/02/54 51  B   H-1      219-B FARA      CBO
*** Profile ***   Last Changed  2/09/06
*Bottom bunk until:(08/09/2006).
 hs snack until:05/09/2006
======================================================================================================
```

```
              Sched Start/
Day  Time  * Flag 1/Thru            Activity              Supervisor Loc                    Comment
---  -----  - ----- -----  --------------------------------  ------  ----  --------------------------------------
Mon  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM

Tue  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM
Tue  13:30  *        STORE3  -STORE 3 (EAST SIDE)                     EAST
Tue  13:45  *        PERSONAL-STORE AND BARBERSHOP TIME       CO      PERS
Tue  14:45  *        BSHOP2  -BARBER SHOP WK 2 AND WK 4       CO      IBAR

Wed  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM

Thu  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM

Fri  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM

Sat  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM

Sun  07:15           CELL    -CELLBLOCK ORDERLY               CO      DORM
```

```
**************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                      ALL TIMES!!!                                      *
**************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
January 5, 2006    3:23 pm
Report 6087        Page  74
Printed By WILLIKOO

```
                                  In/   Birth
          Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
------------------------------------------------------------------------------------------------
================================================================================================

TAYLOR,JOHNNY L            380941       MED 8      7/02/54 51  B  H-1   219-B FARA      CBO
*** Profile ***   Last Changed  7/20/05
*Bottom bunk x 6 months (01/20/2006).
 hs snack until: 10/20/2005
================================================================================================
```

```
          Sched Start/
Day  Time  * Flag 1/Thru              Activity                Supervisor Loc          Comment
---  -----  - ----- -----  ---------------------------------  ------ ----  -----------------------

Mon  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM

Tue  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM
Tue  13:30  *          STORE3  -STORE 3 (EAST SIDE)                   EAST
Tue  13:45  *          PERSONAL-STORE AND BARBERSHOP TIME       CO    PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4        CO    IBAR

Wed  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM

Thu  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM

Fri  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM

Sat  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM

Sun  07:15             CELL    -CELLBLOCK ORDERLY                CO    DORM
```

```
*******************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                        ALL TIMES!!!                                     *
*******************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

October 5, 2005   4:52 pm
Report 6087        Page 78
Printed By COPELT00
Indicated As-Of 10/05/2005

Exhibit 3.15

| Name | I.D.. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|-------|-----|-----|----|---------|-----------|----|------|-------|-----|-----------|-----------|
| TAYLOR,JOHNNY L | 380941 | | MED | 8 | | 7/02/54 | 51 | B | H-1 | 219-B | FARA | CBO |

*** Profile ***   Last Changed 7/20/05
*Bottom bunk x 6 months (01/20/2006).
 hs snack until: 10/20/2005

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------|----------|------------|-----|---------|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

Indicated As-Of 10/05/2005
**********************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                      ALL TIMES!!!                                       *
**********************************************************

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

July 7, 2005    Exhibit 3.15    10:11 am
Report 6087              Page 83
Printed By WILLIK00

|  | Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|---|---|---|---|---|---|---|---|---|---|---|---|

TAYLOR,JOHNNY L.            380941      MED 8        7/02/54 51  B  H-1     219-B FARA      CBO
*** Profile ***  Last Changed 8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).

| Day | Time | * | Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|---|---|---|---|---|---|---|---|---|
| Mon | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
**************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                      ALL TIMES!!!                                       *
**************************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

April 7, 2005          8:28 am
Report 6087          Page   80
Printed By COPELT00
Indicated As-Of 4/07/2005

```
                                   In/   Birth
          Name              I.D.   PRE Sec TP Out  Date   Age Race House Bed  Counselor Local Code
------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- -----------------
==================================================================================================================
TAYLOR,JOHNNY L             380941     MED 8     7/02/54 50  B  H-1    219-B PEAJ      CBO
*** Profile ***   Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).
==================================================================================================================
```

|     |       | Sched Start/ |         |                                  |            |      |         |
|-----|-------|-----|---------|----------------------------------|------------|------|---------|
| Day | Time  | * Flag | 1/Thru | Activity                       | Supervisor | Loc  | Comment |
| Mon | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Tue | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Tue | 13:30 | *   |  | STORE3  -STORE 3 (EAST SIDE)          |            | EAST |         |
| Tue | 13:45 | *   |  | PERSONAL-STORE AND BARBERSHOP TIME    | CO         | PERS |         |
| Tue | 14:45 | *   |  | BSHOP2  -BARBER SHOP WK 2 AND WK 4    | CO         | IBAR |         |
| Wed | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Thu | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Fri | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Sat | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |
| Sun | 07:15 |     |  | CELL    -CELLBLOCK ORDERLY            | CO         | DORM |         |

```
              Indicated As-Of 4/07/2005
              ***********************************************************************
              *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
              *                        ALL TIMES!!!                                   *
              ***********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
January 6, 2005  4:28 pm
Report 6087        Page  83
Printed By WILLIK00

|  | Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|---|---|---|---|---|---|---|---|---|---|---|---|

TAYLOR, JOHNNY L          380941        MED        7/02/54 50   B   H-1     219-B FOSJ      CBO
*** Profile ***    Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|---|---|---|---|---|---|---|---|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
****************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                         ALL TIMES!!!                                    *
****************************************************************************
```

Department of Corrections                                                    October 7, 2004   10:08 am
OFFENDER MANAGEMENT SYSTEM                                                   Report 6087         Page 82
Weekly Offender Schedule Report                                             Printed By WILLIKOO

Exhibit 3.15

| Name | I.D. | PRE | Sec | TP | In/Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|----|--------|-----------|-----|------|-------|-----|-----------|-----------|
| TAYLOR,JOHNNY L | 380941 | MED | | | | 7/02/54 | 50 | B | H-1 | 219-B | RIGN | CBO |

*** Profile ***   Last Changed  8/26/04
*Bottom bunk x 6 months (08/26/2004-02/26/2005).

| Day | Time | * Flag | Sched Start/1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------------------|----------|-----------|-----|---------|
| Mon | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Tue | 13:30 | * | STORE3 | -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | * | PERSONAL | -STORE AND BARBERSHOP TIME | CO | PERS | |
| Tue | 14:45 | * | BSHOP2 | -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Thu | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Fri | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sat | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |
| Sun | 07:15 | | CELL | -CELLBLOCK ORDERLY | CO | DORM | |

```
********************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                        ALL TIMES!!!                                     *
********************************************************************************
```

Exhibit 3.15

```
                                       In/   Birth
            Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
--------------------------- ---------- --- --- -- --- -------- --- --- ------- ----- --------- --------------------
==================================================================================================================
TAYLOR,JOHNNY L               380941        MED       7/02/54 50  B  H-1     219-B BECKS     CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
==================================================================================================================
```

```
         Sched Start/
Day Time * Flag 1/Thru              Activity              Supervisor Loc                 Comment
--- ----- - ----- -----  ------------------------------- ------ ---- -----------------------------------------
Mon 07:15         S   CELL   -CELLBLOCK ORDERLY              CO     DORM

Tue 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM
Tue 13:30  *          STORE3 -STORE 3 (EAST SIDE)                   EAST
Tue 13:45  *          PERSONAL-PERSONAL TIME - LIBRARY       CO     PERS
Tue 14:45  *          BSHOP2 -BARBER SHOP WK 2 AND WK 4       CO     IBAR

Wed 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM

Thu 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM

Fri 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM

Sat 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM

Sun 07:15             CELL   -CELLBLOCK ORDERLY              CO     DORM
```

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIMES!!!                                   *
*********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
April 8, 2004    10:43 am
Report 6087         Page 82
Printed By WILLIKOO

|       | Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|-------|------|------|-----|-----|----|---------|------------|-----|------|-------|-----|-----------|------------|
|       | TAYLOR,JOHNNY L | 380941 | MED | | | | 7/02/54 | 49 | B | H-1 | 219-B | DEAJ | CBO |

*** Profile ***    Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3   -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2   -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
*****************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                    ALL TIMES!!!                                *
*****************************************************************
```

Exhibit 3.15

```
Department of Corrections                                              January 9, 2004   9:19 am
OFFENDER MANAGEMENT SYSTEM                                             Report 6087        Page  80
Weekly Offender Schedule Report                                       Printed By WILLIK00
```

```
                                            In/   Birth
           Name                  I.D.   PRE Sec TP Out  Date  Age Race House  Bed  Counselor Local Code
----------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- -------------------
==========================================================================================================
TAYLOR,JOHNNY L              380941      MED        7/02/54 49  B  H-1    219-B DEAJ      CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
==========================================================================================================
```

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3 -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2 -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
          ********************************************************************
          *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
          *                         ALL TIMES!!!                               *
          ********************************************************************
```

Exhibit 3.15

| Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|----|---------|-----------|-----|------|-------|-----|-----------|-----------|
| TAYLOR,JOHNNY L | 380941 | CLO | | | | 7/02/54 | 49 | B | H-' | 219-B DEAJ | CBO | |

*** Profile ***    Last Changed 11/01/02

*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/talking x 2 months (11/01/2002-01/01/2003). Bottom bunk x 6 months (11/01/2002-05/01/2003).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3   -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2   -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                      ALL TIMES!!!                                     *
************************************************************************
```

Exhibit 3.15

|  |  |  |  | In/ | Birth |  |  |  |  |  |  |
| Name | I.D. | PRE | Sec | TP Out | Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|--------|------|-----|------|-------|-----|-----------|------------|

TAYLOR,JOHNNY L            380941      CLO        7/02/54 49  B  H-1    219-B DEAJ      CBO
*** Profile ***    Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).

|  |  | Sched Start/ |  |  |  |  |
| Day | Time | * Flag | 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------|----------|------------|-----|---------|
| Mon | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Mon | 09:55 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Mon | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Tue | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Tue | 09:55 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Tue | 13:30 |  |  | STORE3  -STORE 3 (EAST SIDE) |  | EAST |  |
| Tue | 13:45 |  |  | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS |  |
| Tue | 14:45 | * |  | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR |  |
| Wed | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Wed | 09:55 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Wed | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Thu | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Thu | 09:55 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Thu | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Fri | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Fri | 09:55 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Fri | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |

```
************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                        ALL TIMES!!!                                    *
************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
April 4, 2003    10:18 am
Report 6087 .        Page 84
Printed By WILLIKOO .

```
                                       In/   Birth
            Name              I.D.  PRE Sec TP Out  Date   Age Race House Bed  Counselor Local Code
------------------------------ ----------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==============================================================================================================

TAYLOR,JOHNNY                  155937    EH  CLO        7/02/54 48  B   H-1     2198 DEAJ      CBO
*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).
==============================================================================================================
```

```
              Sched Start/
Day  Time   * Flag  1/Thru            Activity              Supervisor Loc              Comment
---  -----  - ----- -----  ------------------------------   ------ ----  -------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
Mon  09:55            DORM-H1 -DORM ORDERLY H-1               CO    H1
Mon  13:45            DORM-H1 -DORM ORDERLY H-1               CO    H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
Tue  09:55            DORM-H1 -DORM ORDERLY H-1               CO    H1
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                  EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY        CO    PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4      CO    IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
Wed  09:55            DORM-H1 -DORM ORDERLY H-1               CO    H1
Wed  13:45            DORM-H1 -DORM ORDERLY H-1               CO    H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
Thu  09:55            DORM-H1 -DORM ORDERLY H-1               CO    H1
Thu  13:45            DORM-H1 -DORM ORDERLY H-1               CO    H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
Fri  09:55            DORM-H1 -DORM ORDERLY H-1               CO    H1
Fri  13:45            DORM-H1 -DORM ORDERLY H-1               CO    H1
```

```
         ********************************************************************
         *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
         *                        ALL TIMES!!!                                     *
         ********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

January 3, 2003    9:06 am
Report 6087        Page 83
Printed By WILLIK00

Exhibit 3.15

| Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----------|---------|-----------|-----|------|-------|-----|-----------|-----------|

TAYLOR,JOHNNY          155937    EH  CLO        7/02/54 48  B  H-1    219B BECKS    CBO
*** Profile ***    Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
 bunk x 6 months (11/01/2002-05/01/2003).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------------------|----------|-----------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
**************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                         ALL TIMES!!!                                  *
**************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15

October 10, 2002    3:22 pm
Report 6087         Page 54
Printed By WILLIK00

| Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|----|---------|------------|-----|------|-------|-----|-----------|------------|
| TAYLOR,JOHNNY | 155937 | EH | CLO | | | 7/02/54 | 48 | B | H-1 | 219B | BECKS | CBO/WALK/CBO |

*** Profile ***   Last Changed 10/02/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002).

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                       ALL TIMES!!!                                 *
*********************************************************************
```

Exhibit 3.15

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

October 3, 2002    2:08 pm
Report 6087        Page 86
Printed By WILLIK00

| Name | I.D. | PRE | Sec | TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor | Local Code |
|------|------|-----|-----|-----|---------|------------|-----|------|-------|-----|-----------|------------|
| TAYLOR,JOHNNY | 155937 | EH | CLO | | | 7/02/54 | 48 | B | H-1 | 219B | BECKS | CBO/WALK/CBO |

*** Profile ***    Last Changed
*

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|---------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                        ALL TIMES!!!                                   *
************************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
November 7, 2002    3:21 pm
Report 6087          Page 35
Printed By WILLIKOO

```
                                        In/  Birth
        Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-----------------------------  ----------  ---  ---  --  ---  --------  ---  ---  --------  -----  ---------  -------------------
========================================================================================================================
TAYLOR,JOHNNY              155937    EH  CLO      7/02/54 48  B   H-1       219B BECKS    CBO
```

*** Profile ***   Last Changed 11/01/02
*No wellness walks x 2 weeks (10/02/2002-10/16/2002). No prolonged standing/walking x 2 months (11/01/2002-01/01/2003).  Bottom
  bunk x 6 months (11/01/2002-05/01/2003).

```
================================================================================================================================
            Sched Start/
Day  Time  * Flag 1/Thru                Activity                    Supervisor Loc                   Comment
---  -----  - -----  -----  -------------------------------------   ------  ----  -------------------------------------
Mon  07:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
Mon  09:55         S    DORM-H1 -DORM ORDERLY H-1                      CO     H1
Mon  13:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1

Tue  07:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
Tue  09:55         S    DORM-H1 -DORM ORDERLY H-1                      CO     H1
Tue  13:30              STORE3  -STORE 3 (EAST SIDE)                          EAST
Tue  13:45              PERSONAL-PERSONAL TIME - LIBRARY               CO     PERS
Tue  14:45  *           BSHOP2  -BARBER SHOP WK 2 AND WK 4             CO     IBAR

Wed  07:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
Wed  09:55         S    DORM-H1 -DORM ORDERLY H-1                      CO     H1
Wed  13:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1

Thu  07:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
Thu  09:55         S    DORM-H1 -DORM ORDERLY H-1                      CO     H1
Thu  13:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1

Fri  07:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
Fri  09:55         S    DORM-H1 -DORM ORDERLY H-1                      CO     H1
Fri  13:45              DORM-H1 -DORM ORDERLY H-1                      CO     H1
```

```
        **********************************************************************
        *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
        *                         ALL TIMES!!!                                  *
        **********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
January 11, 2002    9:12 am
Report 6087        Page  79
Printed By WILLIK00

|  |  | In/ | Birth |  |  |  |  |  |
| Name | I.D. | PRE Sec TP Out | Date | Age | Race | House | Bed | Counselor | Local Code |
|---|---|---|---|---|---|---|---|---|---|

TAYLOR,JOHNNY          155937    EH  CLO       7/02/54 47  B  H-1      219B MORK    CBO/WALK/CBO
*** Profile ***   Last Changed
*

|  |  |  | Sched Start/ |  |  |  |  |
| Day | Time | * Flag | 1/Thru | Activity | Supervisor | Loc | Comment |
|---|---|---|---|---|---|---|---|
| Mon | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Mon | 09:55 |  |  | WALK2  -WELLNESS WALK | FRAND | GYM |  |
| Mon | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Tue | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Tue | 09:55 |  |  | WALK2  -WELLNESS WALK | FRAND | GYM |  |
| Tue | 13:30 |  |  | STORE3  -STORE 3 (EAST SIDE) |  | EAST |  |
| Tue | 13:45 |  |  | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS |  |
| Tue | 14:45 | * |  | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR |  |
| Wed | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Wed | 09:55 |  |  | WALK2  -WELLNESS WALK | FRAND | GYM |  |
| Wed | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Thu | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Thu | 09:55 |  |  | WALK2  -WELLNESS WALK | FRAND | GYM |  |
| Thu | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Fri | 07:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |
| Fri | 09:55 |  |  | WALK2  -WELLNESS WALK | FRAND | GYM |  |
| Fri | 13:45 |  |  | DORM-H1 -DORM ORDERLY H-1 | CO | H1 |  |

```
****************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                         ALL TIME!!!!                                   *
****************************************************************************
```

```
                                              In/   Birth
          Name              I.D.    PRE Sec TP Out  Date    Age Race House Bed   Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------

TAYLOR,JOHNNY               155937   EH  CLO       7/02/54 47  B   H-1       2198 MORK     CBO/WALK/CBO
*** Profile ***   Last Changed
*
```

```
              Sched Start/
Day  Time  * Flag 1/Thru                 Activity              Supervisor Loc                    Comment
---  -----  - ----- -----  --------------------------------------  ------  ----  ------------------------------------
Mon  07:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
Mon  09:55              WALK2   -WELLNESS WALK                       FRAND   GYM
Mon  13:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1

Tue  07:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
Tue  09:55              WALK2   -WELLNESS WALK                       FRAND   GYM
Tue  13:30              STORE3  -STORE 3 (EAST SIDE)                         EAST
Tue  13:45              PERSONAL-PERSONAL TIME - LIBRARY             CO      PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4           CO      IBAR

Wed  07:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
Wed  09:55              WALK2   -WELLNESS WALK                       FRAND   GYM
Wed  13:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1

Thu  07:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
Thu  09:55              WALK2   -WELLNESS WALK                       FRAND   GYM
Thu  13:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1

Fri  07:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
Fri  09:55              WALK2   -WELLNESS WALK                       FRAND   GYM
Fri  13:45              DORM-H1 -DORM ORDERLY H-1                    CO      H1
```

```
          **********************************************************************
          *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
          *                         ALL TIMES!!!                                   *
          **********************************************************************
```

Exhibit 3 115

|      | Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age | Race | House | Bed | Counselor Local Code |
|------|------|------|-----------|---------|-----------|-----|------|-------|-----|---------------------|
| TAYLOR,JOHNNY | | 155937 | EH  CLO | | 7/02/54 | 47 | B | H-1 | 219B MORK | CBO/WALK/CBO |

*** Profile ***    Last Changed
*

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------------------|----------|-----------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | WALK2   -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
**********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT    *
*                        ALL TIMES!!!                                     *
**********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15
October 4, 2001    3:50 pm
Report 6087        Page  79
Printed By WILLIK00

|      | Name | I.D. | PRE Sec TP | In/ Out | Birth Date | Age Race | House | Bed | Counselor | Local Code |
|------|------|------|-----|-----|------|---------|-------|-----|-----------|-----------|

TAYLOR,JOHNNY          155937   EH  CLO        7/02/54 47  B  H-1      219B WORK    CBO/WALK/CBO
*** Profile ***   Last Changed
*

| Day | Time | * Flag | Sched Start/ 1/Thru | Activity | Supervisor | Loc | Comment |
|-----|------|--------|--------------------|----------|------------|-----|---------|
| Mon | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Mon | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Mon | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Tue | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Tue | 13:30 | | | STORE3  -STORE 3 (EAST SIDE) | | EAST | |
| Tue | 13:45 | | | PERSONAL-PERSONAL TIME - LIBRARY | CO | PERS | |
| Tue | 14:45 | * | | BSHOP2  -BARBER SHOP WK 2 AND WK 4 | CO | IBAR | |
| Wed | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Wed | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Wed | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Thu | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Thu | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 07:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |
| Fri | 09:55 | | | WALK2  -WELLNESS WALK | FRAND | GYM | |
| Fri | 13:45 | | | DORM-H1 -DORM ORDERLY H-1 | CO | H1 | |

```
****************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                          ALL TIMES!!!                                  *
****************************************************************************
```

```
                                    In/   Birth
            Name            I.D.  PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==============================================================================================

TAYLOR,JOHNNY              155937     EH  CLO       7/02/54 47  B  H-1       219B MORK   CBO/WALK/CBO
*** Profile ***    Last Changed
*

==============================================================================================
            Sched Start/
Day  Time  * Flag 1/Thru              Activity              Supervisor Loc              Comment
---  ----- - ----- -----  ------------------------------- ------ ---- --------------------------------------
Mon  07:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
Mon  09:55              WALK2   -WELLNESS WALK                  FRAND  GYM
Mon  13:45              DORM-H1 -DORM ORDERLY H-1               CO     H1

Tue  07:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
Tue  09:55              WALK2   -WELLNESS WALK                  FRAND  GYM
Tue  13:30              STORE3  -STORE 3 (EAST SIDE)                   EAST
Tue  13:45              PERSONAL-PERSONAL TIME - LIBRARY        CO     PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4      CO     IBAR

Wed  07:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
Wed  09:55              WALK2   -WELLNESS WALK                  FRAND  GYM
Wed  13:45              DORM-H1 -DORM ORDERLY H-1               CO     H1

Thu  07:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
Thu  09:55              WALK2   -WELLNESS WALK                  FRAND  GYM
Thu  13:45              DORM-H1 -DORM ORDERLY H-1               CO     H1

Fri  07:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
Fri  09:55              WALK2   -WELLNESS WALK                  FRAND  GYM
Fri  13:45              DORM-H1 -DORM ORDERLY H-1               CO     H1
```

```
*****************************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT     *
*                        ALL TIMES!!!                                       *
*****************************************************************************
```

Exhibit 3.15

```
                                              In/   Birth
              Name            I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- -------------------
==================================================================================================================

TAYLOR,JOHNNY                 155937   EH  CLO      7/02/54 46  B  H-1      219B MORK    CBO/WALK/CBO
*** Profile ***    Last Changed
*
==================================================================================================================

            Sched Start/
Day  Time  * Flag 1/Thru                Activity                Supervisor Loc                Comment
---  -----  . ----- -----  --------------------------------------  ------  ----  -----------------------------------

Mon  07:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
Mon  09:55             WALK2   -WELLNESS WALK                       FRAND   GYM
Mon  13:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1

Tue  07:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
Tue  09:55             WALK2   -WELLNESS WALK                       FRAND   GYM
Tue  13:30             STORE3  -STORE 3 (EAST SIDE)                         EAST
Tue  13:45             PERSONAL-PERSONAL TIME - LIBRARY             CO      PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4           CO      IBAR

Wed  07:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
Wed  09:55             WALK2   -WELLNESS WALK                       FRAND   GYM
Wed  13:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1

Thu  07:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
Thu  09:55             WALK2   -WELLNESS WALK                       FRAND   GYM
Thu  13:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1

Fri  07:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
Fri  09:55             WALK2   -WELLNESS WALK                       FRAND   GYM
Fri  13:45             DORM-H1 -DORM ORDERLY H-1                    CO      H1
```

```
    ***********************************************************************
    *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
    *                         ALL TIMES!!!                                  *
    ***********************************************************************
```

```
                                             In/   Birth
             Name               I.D.   PRE Sec TP Out   Date  Age Race House Bed  Counselor Local Code
---------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------

TAYLOR,JOHNNY                   155937   EH  CLO       7/02/54 46  B   H-1      219B MORK    CBO/WALK/CBO
*** Profile ***    Last Changed
*
```

```
            Sched Start/
Day  Time   * Flag 1/Thru              Activity              Supervisor Loc                    Comment
---  -----  - ----- -----  -------------------------------   ------   ----  ------------------------------------
Mon  07:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
Mon  09:55             WALK2   -WELLNESS WALK                   PUCM    YARD
Mon  13:45             DORM-H1 -DORM ORDERLY H-1                CO      H1

Tue  07:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
Tue  09:55             WALK2   -WELLNESS WALK                   PUCM    YARD
Tue  13:30             STORE3  -STORE 3 (EAST SIDE)                     EAST
Tue  13:45             PERSONAL-PERSONAL TIME - LIBRARY         CO      PERS
Tue  14:45  *          BSHOP2  -BARBER SHOP WK 2 AND WK 4       CO      IBAR

Wed  07:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
Wed  09:55             WALK2   -WELLNESS WALK                   PUCM    YARD
Wed  13:45             DORM-H1 -DORM ORDERLY H-1                CO      H1

Thu  07:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
Thu  09:55             WALK2   -WELLNESS WALK                   PUCM    YARD
Thu  13:45             DORM-H1 -DORM ORDERLY H-1                CO      H1

Fri  07:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
Fri  09:55             WALK2   -WELLNESS WALK                   PUCM    YARD
Fri  13:45             DORM-H1 -DORM ORDERLY H-1                CO      H1
```

```
             ***********************************************************************
             *THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
             *                         ALL TIMES!!!                                   *
             ***********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

Exhibit 3.15    8:24 am
Report 6087         Page 84
Printed By WILLIK00

```
                                          In/   Birth
           Name              I.D.    PRE Sec TP Out  Date   Age Race House Bed  Counselor Local Code
----------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------
==========================================================================================================================
TAYLOR,JOHNNY              155937   EH  CLO      7/02/54 46  B  H-1      219B MORK   CBO/WALK/CBO
*** Profile ***   Last Changed
*
==========================================================================================================================
              Sched Start/
Day  Time  * Flag  1/Thru              Activity              Supervisor Loc                  Comment
---  -----  - ----- -----  -------------------------------  ------  ----  ------------------------------
Mon  07:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
Mon  09:55           WALK2   -WELLNESS WALK                   PUCM    YARD
Mon  13:45           DORM-H1 -DORM ORDERLY H-1                CO      H1

Tue  07:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
Tue  09:55           WALK2   -WELLNESS WALK                   PUCM    YARD
Tue  13:30           STORE3  -STORE 3 (EAST SIDE)                     EAST
Tue  13:45           PERSONAL-PERSONAL TIME - LIBRARY         CO      PERS
Tue  14:45  *        BSHOP2  -BARBER SHOP WK 2 AND WK 4       CO      IBAR

Wed  07:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
Wed  09:55           WALK2   -WELLNESS WALK                   PUCM    YARD
Wed  13:45           DORM-H1 -DORM ORDERLY H-1                CO      H1

Thu  07:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
Thu  09:55           WALK2   -WELLNESS WALK                   PUCM    YARD
Thu  13:45           DORM-H1 -DORM ORDERLY H-1                CO      H1

Fri  07:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
Fri  09:55           WALK2   -WELLNESS WALK                   PUCM    YARD
Fri  13:45           DORM-H1 -DORM ORDERLY H-1                CO      H1
```

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT   *
*                          ALL TIMES!!!                              *
*********************************************************************
```

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Weekly Offender Schedule Report

April 7, 2000   8:52 am
Exhibit 3.15
Report 6087          Page 88
Printed By WILLIKOO

```
                                      In/  Birth
          Name              I.D.   PRE Sec TP Out  Date  Age Race House Bed  Counselor Local Code
-------------------------- ---------- --- --- -- --- -------- --- --- -------- ----- --------- --------------------

TAYLOR,JOHNNY               155937    EH  CLO       7/02/54 45  B  H-1      219B MORK   CBO/WALK/CBO
*** Profile ***   Last Changed
*
```

```
            Sched Start/
Day  Time  * Flag 1/Thru            Activity               Supervisor Loc                 Comment
---  ----- - ----- -----  --------------------------------  ------ ----  -------------------------------------
Mon  07:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
Mon  09:55            WALK2   -WELLNESS WALK                   PUCM  YARD
Mon  13:45            DORM-H1 -DORM ORDERLY H-1                CO    H1

Tue  07:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
Tue  09:55            WALK2   -WELLNESS WALK                   PUCM  YARD
Tue  13:30            STORE3  -STORE 3 (EAST SIDE)                   EAST
Tue  13:45            PERSONAL-PERSONAL TIME - LIBRARY         CO    PERS
Tue  14:45  *         BSHOP2  -BARBER SHOP WK 2 AND WK 4       CO    IBAR

Wed  07:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
Wed  09:55            WALK2   -WELLNESS WALK                   PUCM  YARD
Wed  13:45            DORM-H1 -DORM ORDERLY H-1                CO    H1

Thu  07:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
Thu  09:55            WALK2   -WELLNESS WALK                   PUCM  YARD
Thu  13:45            DORM-H1 -DORM ORDERLY H-1                CO    H1

Fri  07:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
Fri  09:55            WALK2   -WELLNESS WALK                   PUCM  YARD
Fri  13:45            DORM-H1 -DORM ORDERLY H-1                CO    H1
```

```
*********************************************************************
*THIS SCHEDULE IS FOR THE NEXT TWELVE (12) WEEKS.  KEEP IT WITH YOU AT  *
*                         ALL TIMES!!!                               *
*********************************************************************
```

Exhibit 3.15

OR4127        GEOF    DEPARTMENT OF CORRECTIONS        08/03/2001
                 Offender education profile & skills        14:15:43

ACTION: I
NAME: TAYLOR,JOHNNY L            CASE NUMBER: 0000155937
DATE OF BIRTH: 07/02/54      SEX: M      RACE: 2      SECURITY: 5
PRIME LANGUAGE: ENGL    CF IQ SCORE: 109    WRAT SCORE:    9.5R   6.5M   7.5S
EDUCATION LEVEL: 31
CURRENT INSTITUTION: 0541 HANCOCK STATE PRISON
SKILLS: _
********************************************************************************
WAIS: Score        Date   /  /              SIT: Score        Date   /  /

********************************************************************************
                  _ F9-PREVIOUS SCREEN      _ F10-PROGRAMS MAIN MENU

Exhibit 3.15

OR4110                   GEOI \ DEPARTMENT OF CORRECTIONS              08/03/2001
                                OFFENDER MENU                           12:05:26

<1> ACTION: I (I,A,M,D)
<2> CASE NUMBER: 155937____        <3> SURNAME: ___ (First 3 Chars)


*****************************************************************************

  _ OFFENDER'S EDUCATION PROFILE AND SKILLS ............... 2
  _ PROGRAMS OFFERED AT OFFENDER'S CURRENT INSTITUTION .... 2

  _ PROGRAMS REQUIRED/REFERRED/WAIVED ..................... 1*,2,3*

    (to ADD PROGRAMS COMPLETED BY OFFENDER please go to FACILITY menu)
  _ PROGRAMS COMPLETED BY OFFENDER (inq/mod/del only) ..... 1*,2(I,M,D),3*




*****************************************************************************
  * Required If Action = A, M OR D                  _ F10 Programs Main Menu
THIS OFFENDER HAS NO PROGRAMS

Exhibit 3.15

```
. OR4139                GEO1     A DEPARTMENT OF CORRECTIONS        08/03/2001
                        REQUIRED/REFERRED/WAIVED PROGRAMS          12:05:54
  Action: I


        155937 TAYLOR, JOHNNY L            0541 HANCOCK STATE PRISON
******************************************************************************
                                              REC    . EFFECTIVE
     PGM                                      TYP       DATE
     C1001 Substance Abuse 101  (CORE)         1      09/02/1997  Y
     C2001 Family Violence I (CORE)            1      09/02/1997  Y
     C2005 Victim/Impact of Crime (CORE)       1      09/02/1997  Y
     C3001 Corrective Thinking (Session I)     1      09/02/1997  Y
     C9003 Confronting Self-Concepts (CORE     1      04/14/1999  Y




Record Types : 1 = Required, 2 = Referred, 3 = Waived
Waive Reasons: 1 = No Fault, 2 = Refused
******************************************************************************

              _ F9 Previous Screen    _ F10 Programs Main Menu
```

Exhibit 3.15

```
ACTION    I     INMATE:   PREFIX EH          NUMBER      155937
NAME      TAYLOR,JOHNNY L
RACE      BLACK                 SEX  M
ADMIT     08/12/1998 TPAR 88/88/8888          MAX REL 88/88/8888
INST NAME HANCOCK STATE PRISON         OFFENSE ARM.ROBBERY
************************************************************************
    TRANS          INST REPORT      SEQ TPM    WD      DAYS  DAYS  FIRST
    TYPE           CODE DATE        NBR EXTEN TPM?    ISOL  FORF  INFRAC
 __ STR TIME DISC  517 12/09/1985   1                  14         C07A
 __ STR TIME DISC  517 03/16/1984   1                             C03
 __ ET TIME OUT    517 11/28/1983   1                        60   C07A
 __
 __
 __
 __
 __
 __
 __
************************************************************************
PROCEED TO PAGE ___                       __ RETURN/MENU
```

Exhibit 3.15

```
OR3234              GEORG  DEPARTMENT OF CORRECTIONS        DATE 08/06/2001
                           INMATE SKILLS
ACTION I
INMATE PREFIX EH       NUMBER      155937     NAME      TAYLOR,JOHNNY L
                       TENT PAR 88/88/8888    INST      HANCOCK STATE PRISON
                       MAX REL  88/88/8888    OFFENSE ARMED ROBBERY
*******************************************************************************
                                              METHOD OF      VERIFY
   SKILL CODE            SKILL NAME           DETERMINATION   CODE      DATE
   862000000     PLUMBER                      _1  PREV EMP C   _3     11/__/1997
   290477014     SALES CLERK(RET. TR)         _2  PREV EMP L   _3     11/__/1996
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____
   _____                                  __                     __/__/____

*******************************************************************************

                                                            __ RETURN
```

Exhibit 3.15

IIC02-0004
ATTACHMENT 2
12/31/00

HANCOCK STATE PRISON

INITIAL_____                                    RECLASSIFICATION __X__

**CLASSIFICATION COMMITTEE FORM**

Date: _11-5-02_                           Counselor: _Barham_

Inmate: _Taylor, Johnny_

ID#: _155937_     Race: _B_     DOB: ▓▓▓▓_54_     Dorm: _H-1_     MH/MR: Y/(N)

Date Of Arrival: _12/15/98_     Security: _Close_  I/O   TPM:_____     MRD: _Life_

County Of Conviction: _Dekalb_   #of Prior Incarcerations:_____   Behavior Level:_____

Crime/Sentence: _Escape/5YCC, Agg. Asslt (104) 3dscc, Armed Robbery/Life_

Criminal History: _N/A_

Gang Affiliations: _N/A_

Pending Charges/Detainers: _N/A_

Sex Offenses: _N/A_

Escape History: _GSP in 1983_

Disciplinary History(Last 12 months):_____

Medical Profile/Date/Limitations: _IP, W1_

Job Skills: _Plumber_

Education: _8th_     WRAT/TABE Scores: IQ: _109_   M: _6.5_   R: _9.5_   S: _7.5_

Mandated Programs (From Parole Board/Court): _One Programs_

Recommended Programs:_____

Counselor Comments/Recommendations: _Per Coach Franke, Im is to be dropped from Wellness Walk_

**CLASSIFICATION COMMITTEE ACTION**

Program Assignment:_____   To_____
Detail Assignment: _B0/W01/CR30_   To _CB0/CB0/R30_
Dorm Assignment:_____   To_____
Behavior Level:_____   To_____
Next Security Review:_____   Next NAPP Review Date:_____

**CLASSIFICATION COMMITTEE DECISION**

Date: _11/05/02_   Chairperson Comments:_____

(APPROVED)/ DENIED   _____   _____   _____
                        C/T MEMBER        CHAIRPERSON        SECURITY MEMBER

(FOR OUTSIDE DETAILS):

_____   _____   _____
D/W C/T        Date        D/W SECURITY        Date      WARDEN        Date

APPROVED / DENIED        APPROVED / DENIED        APPROVED / DENIED

RETENTION SCHEDULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = P
Card type

Counselor _Beckum_

Inmate | | | | | _Taylor, Johnny_ / Inmate ID _E|F| |/ |5|5|9|3|7|_
(3 Letters — Last name) (First)     Prefix     6 Numbers

Supervisor _Franke_     Name Work or Activity _Wellness Walk_

Number of months I have supervised this inmate _|2|Y|L_

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☐ | Quality of work | ☐ | ☐ | ☐ |
| Willingness to learn | ☐ | ☐ | ☐ | Attention to detail | ☐ | ☐ | ☐ |
| Relationship to co-workers | ☐ | ☐ | ☐ | Consistency of work | ☐ | ☐ | ☐ |
| Response to supervision | ☐ | ☐ | ☐ | Level of productivity | ☐ | ☐ | ☐ |
| Trustworthiness | ☐ | ☐ | ☐ | Skill development | ☐ | ☐ | ☐ |

---

### OVERALL SUMMARY RATING
Below average ☐     Average ☐     Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

| Counseling: | | | |
|---|---|---|---|
| | | Detail change | ☐ |
| Vocational | ☐ | School | ☐ |
| Work adjustment | ☐ | On-the-job training | ☐ |
| Drug/Alcohol | ☐ | Other | ☐ |
| Pre-release | ☐ | (Please specify _Medical_) | |

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

| Semi-annual | ☐ | | | Incentive Award | |
|---|---|---|---|---|---|
| Assignment change | ☐ | TABE administered Reading grade level ☐ | | Level I | ☐ |
| | | | | Level II | ☐ |
| Program completion | ☐ | | | Other | ☐ |
| Behavior change | ☐ | | | (Please specify _____) | |

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

_Due to broken bones in his foot, Please drop Johnny Taylor from Wellness Walk_

Supervisor's signature _Duane Franke_     Date _11-05-02_

---

## INCENTIVE AWARD

Date _____     Institution name _____

Awarded to Inmate _____     Inmate ID | | | | | | | | | | | |

Specific award _____     Counselor's signature _____

Date taken _____     Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

ATT.

HANCOCK STATE PRISON

INITIAL_____                                    RECLASSIFICATION____✓____

## CLASSIFICATION COMMITTEE FORM

Date: 9-3-02                           Counselor: Morris

Inmate: Johnny Taylor

ID#: 155937      Race: B      DOB: ███ 54     Dorm: H-1         MH/MR: Y/N

Date Of Arrival: 12/15/98     Security: CLOSE    I / O  TPM:_____   MRD: Life

County Of Conviction: Dekalb      #of Prior Incarcerations:_____   Behavior Level:_____

Crime/Sentence: Escape/5ycc Agg Assault/10y (3cts)cc Armed Robb/life

Criminal History:_____

Gang Affililations: N/A

Pending Charges/Detainers: N/A

Sex Offenses: N/A

Escape History: GSP in 83

Disciplinary History(Last 12 months):_____

Medical Profile/Date/Limitations: P W

Job Skills: Plumber

Education: 8th      WRAT/TABE Scores: IQ: 109   M: 6.5   R: 9.5   S: 7.5

Mandated Programs (From Parole Board/Court):_____

Recommended Programs:_____

Counselor Comments/Recommendations: Drop from wellness walk.

##################### CLASSIFICATION COMMITTEE ACTION #####################

Program Assignment:_____ To _____
Detail Assignment:_____ To _denied_
Dorm Assignment:_____ To _____
Behavior Level:_____ To _____
Next Security Review:_____  Next NAPP Review Date:_____

##################### CLASSIFICATION COMMITTEE DECISION #####################

Date: 9-3-02     Chairperson Comments:_____

APPROVED / DENIED    _____     _____     _____
                        C/T MEMBER           CHAIRPERSON        SECURITY MEMBER

(FOR OUTSIDE DETAILS):

_____  _____  _____
D/W C/T        Date       D/W SECURITY      Date   WARDEN        Date

   APPROVED / DENIED           APPROVED / DENIED           APPROVED / DENIED

RETENTION SCHEDULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = P
Card type

Counselor _Morris_

Institution Code |__|__|__|__|

Inmate |__|__|__|__| _Taylor, Johnny_
(3 Letters — Last name) (First)

Inmate ID |E|F|__|1|5|5|9|3|7|
Prefix    6 Numbers

Supervisor _Franke_

Name Work or Activity _Wellness Walk_

Number of months I have supervised this inmate |1|1|P|1|

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☐ | Quality of work | ☐ | ☐ | ☐ |
| Willingness to learn | ☐ | ☐ | ☐ | Attention to detail | ☐ | ☐ | ☐ |
| Relationship to co-workers | ☐ | ☐ | ☐ | Consistency of work | ☐ | ☐ | ☐ |
| Response to supervision | ☐ | ☐ | ☐ | Level of productivity | ☐ | ☐ | ☐ |
| Trustworthiness | ☐ | ☐ | ☐ | Skill development | ☐ | ☐ | ☐ |

### OVERALL SUMMARY RATING

Below average ☐    Average ☐    Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:
Vocational ☐                    Detail change ☒
Work adjustment ☐              School ☐
Drug/Alcohol ☐                 On-the-job training ☐
Pre-release ☐                  Other ☐
                               (Please specify _____)

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☐
Assignment change ☐       TABE administered ☐       Incentive Award
                          Reading grade level            Level I ☐
                          |__|__|__|__|                  Level II ☐
Program completion ☐                                   Other ☐
Behavior change ☐                              (Please specify _____)

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

_Johnny Taylor needs to be dropped from Wellness Walk & changed into another detail._

Supervisor's signature _Diane Franke_        Date _8-29-02_

---

## INCENTIVE AWARD

Date _____          Institution name _____

Awarded to Inmate _____     Inmate ID |__|__||__|__|__|__|__|__|__|__|__|

Specific award _____        Counselor's signature _____

Date taken _____            Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

U'

Exhibit 3.15

IIC02-0004
ATTACHMENT 2
12/31/00

HANCOCK STATE PRISON

INITIAL _____                                    RECLASSIFICATION __✓__

## CLASSIFICATION COMMITTEE FORM

Date: 7-18-01                          Counselor: Morris

Inmate: Johnny Taylor

ID#: 155937          Race: B          DOB: [redacted] 54     Dorm: H-1        MH/MR: Y/N

Date Of Arrival: 12/15/98       Security: CLOSE        I/O   TPM: _____   MRD: Life

County Of Conviction: Tattnall DeKalb    #of Prior Incarcerations: _____   Behavior Level: N/A

Crime/Sentence: Escape/5y CC   Agg Assault / W y (3cts) CC   Armed Robbery (Life)

Criminal History: _____

_____

Gang Affiliations: N/A _____

Pending Charges/Detainers: N/A _____

Sex Offenses: N/A _____

Escape History: GSP in 1983 _____

Disciplinary History(Last 12 months): N/A _____

Medical Profile/Date/Limitations: P W/I _____

Job Skills: Plumber _____

Education: 8th       WRAT/TABE Scores: IQ: 109   M: 6.5   R: 9.5   S: 7.5

Mandated Programs (From Parole Board/Court): _____

Recommended Programs: _____

Counselor Comments/Recommendations: Dropped from Wellness Walk, but remain as CBO

········································································

### CLASSIFICATION COMMITTEE ACTION

Program Assignment: _____     To _____
Detail Assignment: CBO/Wellness 180              To CBO/Walk/CBO
Dorm Assignment: _____     To _____
Behavior Level: _____     To _____
Next Security Review: _____   Next NAPP Review Date: _____

········································································

### CLASSIFICATION COMMITTEE DECISION          no change

Date: 7/18/01   Chairperson Comments: _____

APPROVED / DENIED

_____        _____        _____
C/T MEMBER                        CHAIRPERSON                 SECURITY MEMBER

'TSIDE DETAILS):

_____        _____        _____   _____     _____
Date           D/W SECURITY         Date      WARDEN         Date
  D / DENIED               APPROVED / DENIED              APPROVED / DENIED

JULE: Upon completion, this form is to be placed in the inmate administrative case file.

Exhibit 3.15

INITIAL_____

HANCOCK S.P.

R..CLASSIFICATION_____

## CLASSIFICATION COMMITTEE FORM

Date: _16-3-00_ Counselor: _Morris_ Inmate: _Taylor Johnny_

ID#: _EH-155937_ Race: _B_ DOB: ███_54 Dorm: _H1_ MH/MR: Y / (N)

Date Of Arrival: _12-15-98_ Security: _CLOSE_ I / O TPM: _____ MRD: _Life_

County Of Conviction: _DeKalb_ Tattnall #of Prior Incarcerations: _____ Behavior Level: _____

Crime/Sentence: _Escape /5y cc Agg Assault/10y (3ds) cc Armed Robbery/Life (1st) cc_

Criminal History: _____

Gang Affiliations: _N/A_____

Pending Charges/Detainers: _N/A_____

Sex Offenses: _N/A_____

Escape History: _GSP in 1983_____

Disciplinary History(Last 12 months): _____

Medical Profile/Date/Limitations: _P W1_____

Job Skills: _Plumber_____

Education: _8th TECH_ WRAT/TABE Scores: IQ: _109_ M: _6.5_ R: _9.5_ S: _7.5_

Mandated Programs (From Parole Board/Court): _____

Recommended Programs: _____

Counselor Comments/Recommendations: _Security Review_____

..........................................................................................................

## CLASSIFICATION COMMITTEE ACTION

Program Assignment: _____ To _____
Detail Assignment: _CBD_____ To _____
Dorm Assignment: _____ To _____
Behavior Level: _____ To _____
Next Security Review: _____ Next NAPP Review Date: _____

..........................................................................................................

## CLASSIFICATION COMMITTEE DECISION

Date: _10/3/00_ Chairperson Comments: _____ _Close_

APPROVED / DENIED

_C/T MEMBER_     _CHAIRPERSON_     _SECURITY MEMBER_

FOR OUTSIDE DETAILS):

| VW C/T | Date | D/W SECURITY | Date | WARDEN | Date |
|--------|------|--------------|------|--------|------|
| APPROVED / DENIED | | APPROVED / DENIED | | APPROVED / DENIED | |

Exhibit 3.15

ATTACHMENT C

(INSTITUTION NAME)

RECLASSIFICATION COMMITTEE MEETING

INMATE: Johnny Taylor
DATE: 16-1999                                    ID#: 155937
RACE: B                                          DOB: ████ 54
DORM: H-2
DATE OF ARRIVAL: 12-15-98
CURRENT SECURITY: Close                          (IN) / OUT
TPM: Life
MRD: Life
MEDICAL PROFILE: —
DATE
MEDICAL LIMITATIONS:

------------------------------------------------------------------------

ASSIGNMENT CHANGE

SECURITY: Close          (IN) / OUT TO   Close          (IN) / OUT
DATE OF NEXT REVIEW:                10-19-2000
BEHAVIOR LEVEL: 3                        TO   B 2
DATE OF NEXT REVIEW: 4-19-00            TO
DETAIL:                                  TO
PROGRAM:                                 TO
DORM:                                    TO

------------------------------------------------------------------------

TRANSFERS: APPROVED:                     DISAPPROVED

RECOMMENDATIONS:

NAPP REVIEW:
NEXT NAPP REVIEW:
ADMINISTRATIVE SEGREGATION REVIEW:
NEXT ADMIN. SEG. REVIEW:

_Emory W. Snow_                          _signature_
C/T MEMBER CHAIRPERSON                   SECURITY MEMBER

_Emory W. Snow, Jr._                     (APPROVED) / DISAPPROVED
DEPUTY WARDEN C/T (Inside Details)

Exhibit 3.15

HANCOCK STATE PRISON
ASSIGNMENT/SECURITY CLASSIFICATION REQUEST
INITIAL OR RECLASSIFICATION

TO:        CLASSIFICATION COMMITTEE

FROM:      COUNSELOR: _C. Philyaw_        DATE: _12-22-98_

RE: INMATE/ID: _Taylor, Johnny - EH 155937_ DORM: _H-1_

CURRENT SECURITY: _Close-out_ D.O.B.: ▮▮▮-54 RACE: _BL_

ASSIGNMENT CHANGE:

FROM: 1. _Initial_   2. _Initial_   3. _Initial_

TO:   1. _CBD_       2. _Walk_      3. _CBD_

SECURITY CHANGE: FROM: _____ TO: _____

TRANSFER TO: _____

D.O.A. _12-15-98_ TPM/MED _Life_   LAST OR _N/A_

CRIME: _Escape, Aggravated Assault, Armed Robbery_

SENTENCE: _54cc, 10y, Life_

MEDICAL PROFILE: _1P_

JUSTIFICATION: INCLUDE ALL PERTINENT REPORTS, EVALUATIONS, PAST
RECORD, PARTICIPATION, ATTITUDE, BEHAVIOR,
COUNSELOR RECOMMENDATION, ETC..

_Skills: Plumbe_
_Education: WRAT: 9.5  CF: 109  ED Level: Comp/Tech_

•    VIOLENT
••   SEX OFFENDER
▮▮▮ ESCAPE RISK _GSP in 83_        _C. Philyaw_
                                    COUNSELOR

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

CLASSIFICATION COMMITTEE'S REVIEW    _Thes. 1345_
                                     _5 - 1330_
_Leroy Butt_            MEMBER        _B2 - 1445_

_____ MEMBER

_____ MEMBER

COMMENTS (CLASSIFICATION CHAIRMAN): _____

_____

_____

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

OR4SR    .                 SENTENCE COMPUTATION FORM

SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION                    PAGE : 1 OF 03
                                                    AS OF : 04/30/1998
                                        ROUTE TO: GA. DIAG. & CLASS. PRISON

NAME : TAYLOR, JOHNNY L            ID#: EH/0000166937  RACE: BLACK  SEX: M

ALIAS: 1. TAYLOR, JOHNNY          DOB: 07/02/1954  SSN : 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
       2. TAYLOR, CHARLEY
       3. _____     FBI NO: 592993K8  SID : 000382860
       4. _____
       5. _____     EDUCATION: 06 VOCATION: OTHER - UN
       6. _____     BC REJ REASON: _____

CURRENT INSTITUTION: DEKALB COUNTY        SB441: N  RECID: _  SB440: N

ADMISSION TYPE: PAR RV NEW           CURRENT SECURITY: DIAGNOSTIC

PREVIOUS
CASE NUMBERS:  1. ___106034___    2. ___16277___    3. _____
               4. _____      5. _____     6. _____
               7. _____

*****************************************************************

                              DATES:

*****************************************************************

MAXIMUM RELEASE DATE  : 88/88/8888    ADMISSION DATE          : _____

TENTATIVE PAROLE DATE : _____    INITIAL ASSIGNMENT ORDER: 04/03/1998

PAROLE REVOCATION DATE: 03/24/1998    LAST ARRIVE DATE        : _____

LAST RECAPTURE DATE   : 02/17/1984

ESCAPE DATE           : 12/24/1983    *ESCAPE INSTITUTION*: 0517

*****************************************************************

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

SENTENCE COMPUTATION FORM

SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION

NAME : TAYLOR,JOHNNY L                                ID#: EH/0000166937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPUTATION DETAIL SUMMARY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| COURT NAME/ CASE NUMBER | COURT TYP/ OFFENSE / SENTENCE TEXT | CRIME COMMITTED DATE | DATE SENTENCED | ADJ | -SENTENCE- ADJUSTED BEGIN DATE | ADJUSTED END DATE |
|---|---|---|---|---|---|---|
| TATTNALL 8438 | SUPERIOR ESCAPE 5Y CC | 12/24/1983 | 06/20/1985 / | -467 | 06/20/1985 | 02/16/1989 |
| DEKALB 82CR1246 | SUPERIOR AGGRAVATED ASSAULT 10Y (CT 3)CC | 09/05/1981 | 01/26/1982 / | -913 | 12/07/1981 | 06/06/1989 |
|  | TIME OUT |  |  | 15 | 12/07/1981 | 06/21/1989 |
|  | NON RUN TIME ESCAPE |  |  | 56 | 12/07/1981 | 08/16/1989 |
| DEKALB 82CR1246 | SUPERIOR ARMED ROBBERY LIFE (CT 1)CC | 09/05/1981 | 01/26/1982 / |  | 12/07/1981 | 88/88/8888 |
|  | TIME OUT |  |  |  | 12/07/1981 | 88/88/8888 |
|  | NON RUN TIME ESCAPE |  |  |  | 12/07/1981 | 88/88/8888 |

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

SENTENCE COMPUTATION FORM

SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION

NAME : TAYLOR,JOHNNY L                                    ID#: EH/0000166937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SENTENCE ADJUSTMENT BLOCK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NO. | TYPE | AFFECTED SENTENCE DATE | BEGIN DATE | END DATE | DAYS |
|---|---|---|---|---|---|
| 1 | NON-ET T-OUT | 12/07/1981 | 11/28/1983 | 01/27/1984 | 60 |
| 2 | NON-RUN ESCA | 12/07/1981 | 12/24/1983 | 02/17/1984 | 55 |

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## INMATE PERSONAL PROPERTY INVENTORY

Attachment 2
SOP IIB6–0002
6/01/2005

NAME: _Taylor, Johnny_ NUMBER: _380941_ DATE: _7-21-08_

REASON FOR INVENTORY: _Conditional Transfer_ INSTITUTION: _Hancock S.P._

**CLOTHING ITEMS (BE SPECIFIC)**
TROUSERS _____
SHIRTS _____
SOCKS _____
JACKET _____
SWEATSHIRT _____
CAP _____
BELT _____
HANDKERCHIEF _____
UNDERSHIRTS _____
UNDERSHORTS _____
HOUSECOAT _____
TENNIS SHOES _____
BEDROOM SHOES _____
DRESS SHOES _____
SHOWER SHOES _____
GYM SHORTS _____
PAJAMAS _____
SKULL CAP _1 black_

**FOOD ITEMS**
_____
_____
_____
_____
_____
_____
_____
_____

**MISCELLANEOUS ITEMS**
DRINKING CUP _____
SHEETS _____
PILLOW CASES _____
TOWELS _____
BATHCLOTHS _____
BLANKETS _____
_____
_2 (1¢ stamp)_
_6 (41¢ stamps), (1 42¢ stamp)_
_1 wash cloth_

**PERSONAL GROOMING ITEMS**
TOOTHPASTE _____
RAZORS / BLADES _____
SHAMPOO _____
SHAVING CREAM _____
COMBS _____
HAIRBRUSH _1_
TOOTHBRUSH _1_
DEODORANT _____
_____
_____
_____

**PERSONAL PROPERTY ITEMS**
PHOTO ALBUM _____
PHOTOGRAPHS _50 single_
COUPON BOOK _____
HEADPHONES _____
RADIO _____
WRISTWATCH _blue face Timex_
JEWELRY _____

RELIGIOUS MEDAL _____
PAPER / PADS _____
PENCILS / PENS _1 pen_
MAGAZINES _____
BOOKS _____
SUNGLASSES _____
EYEGLASSES _____
BILLFOLD _____
LETTERS _1 10x13 envelope & misc. papers_

**TOBACCO ITEMS**
_____
_____

**LEGAL MATERIALS**
_1 10x13 envelope & legal papers_

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_____
Inventory Officer's Signature

_____
Shift Supervisor's Signature

_____
Inmate's Ack/Receipt of Property

_____
Inmate's Signature

_____
Witness' Signature

_____
Officer Returning Property

**RETENTION SCHEDULE:**
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

Exhibit 3.15

# INMATE PERSONAL PROPERTY INVENTORY

Hancock State Prison
INSTITUTION

NAME _Taylor, Johnny L_  I.D. NO. _155937_  DATE _12/15/98_

REASON FOR INVENTORY _New Arrival_

**CLOTHING ITEMS (Be specific)**
1. Trousers __3__
2. Shirts __3__
3. Socks
4. Jacket
5. Sweatshirt __1__
6. Cap
7. Belt
8. T-shirts __3__
9. Undershirts
10. Shoes
11. Undershorts __3__
12. Tennis Shoes
13. Gym Shorts
14. Athletic Socks
15. Pajamas
16. Street Shoes
17. Socks
18. Showershoes __1__

**FOOD ITEMS**
1. Snacks
   __8  chips__
   __4  -Bags of granola bars__
2. Coffee
3. Hot Chocolate
4. Canned Drinks
5. Sweet & Low
6. Coffee Mate
7. Cookies/Crackers
8. Candies
9. Nuts
10. Drink Mixes
11. Soup Mixes
12. Pudding

**MISCELLANEOUS ITEMS**
1. Drinking Cup
2. Sheets
3. Pillowcases
4. Towels __1__
5. Personal Towels
6. Blanket
7. Rule Book(s)
8. Personal Fan
9. __note book__
10. __8 old letters__
11. __5 stamps__
12.
13.
14.
15.

**PERSONAL GROOMING ITEMS**
1. Deodorant __3__
2. Toothpaste __2__
3. Razors & Blades __1__
4. Lotions __2__
5. Hair Tonic/Grease
6. Shampoo __1__
7. Shaving Cream __1__
8. Shaving Powder
9. Body Oil
10. Soap __3__
11. Noxzema __1__
12. Talcum Powder
13. Combs __1__
14. Toothbrush __1__
15. Fingernail Clippers

**PERSONAL PROPERTY ITEMS**
(Provide description of each item).
1. Photo Album
2. Legal Materials
3. Tape Player
4. Tapes
5. Coupon (Store) Book
6. Headphones
7. Radio
8. Batteries
9. Watch
10. Ring
11. Religious Medal
12. Paper/Legal Pads
13. Pencils __1__
14. Pens __3__
15. Magazines
16. Books __1 - Dictionary__
17. Playing Cards
18. Stamps
19. Key Chain
20. Necklace

**TOBACCO ITEMS**
1. Cigarettes
2. Cigarette Roller
3. Safety Matches
4. Cigarette Paper
5. Lighter Flints
6. Tobacco (Smoking)
7. Tobacco (Chewing)
8. Cigars
9. Pipes
10. Pipe Filters
11. Pipe Cleaners

This form must be completed any time an inmate's personal property is confiscated or stored for any reason whatsoever.

_Sgt. D. Lutt_
Inventory Officer's Signature

X _____
Inmate's Signature

_____
Shift Supervisor's Signature

X _____
Inmate's Acknowledgment of Receipt

Witness' Signature
_Sgt. Lutt_

_____
Property Returned By

DISTRIBUTION: 1ST COPY - FILE WITH PROPERTY UNTIL RETURNED TO INMATE. THEN PLACE IN INMATE FILE.
2ND COPY - FILE WITH PROPERTY UNTIL RETURNED TO INMATE. GIVE THIS COPY TO INMATE AS A RETURN RECEIPT.
3RD COPY - PLACE IN INMATE FILE WHEN PROPERTY IS CONFISCATED.
4TH COPY - GIVE TO INMATE AS RECEIPT WHEN PROPERTY IS CONFISCATED.

P-I 396 Rev. 1/86

Exhibit 3.15

DATASET: HANCOCK, Contact Type: A or T, Visitor Status: A, Detention End Date: BLANK OR > TODAY, House Code: G-1.. OR G-2.. OR H-1.. OR H-2..

| Visitor Name | Relation | Visitor Address City, ST Zip | Telephone | Visitor Status & Date | Contact Type | / Comment |
|---|---|---|---|---|---|---|
| TAYLOR,JOHNNY L | 380941 | | | | | |
| House: H-1 | Counselor: FARA | | | | | |
| : HEFLIN, BARBARA | SISTER | 1998 CAPRI DRIVE DECATUR, GEORGIA 30032 | | A 12/17/98 | A | |
| : SMITH, ADDIE | MOTHER | 1393 CUSTER AVENUE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |
| : TAYLOR, JOHN | SON | 2038 BEAUPREE STREET ATLANTA, GEORGIA 30315 | | A 12/17/98 | A | |
| : TAYLOR, LISA | SISTER | 1816 DONNA LEE AVENUE ATLANTA, GEORGIA 30315 | | A 12/17/98 | A | |
| : TAYLOR, REBA | WIFE | 2830 ROLLINGWOOD LANE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |
| : TAYLOR, REJON | SON | 2830 ROLLINGWOOD LANE ATLANTA, GEORGIA 30316 | | A 12/17/98 | A | |

-> E N D   O F   R O S T E R <-

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| 404 794·8845 | Friend | SAM LEWIS | 3905 WEST LAKE | ATLANTA | GA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | SEP 20 2004 |
| | | | ENTERED 9/21/04 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | EF 155937 | | |

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE.   Reproduce locally

NEXT ENROLLMENT:_____ Inmate/Probationer SIGNATURE/EF#: Johnny Taylor   3·8·09.141.   COUNSELOR'S SIGNATURE:_____

RETENTION SCHEDULE: UPN completion, placed in the offender administrative case file.

Exhibit 3.15

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| | | | | | |
| 770.465.4003 | SISTER | Monique Taylor | 5369 McCarter, Stone Mountain, GA | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE. Reproduce locally

NEXT ENROLLMENT:_____ Inmate/Probationer SIGNATURE/EF#: _____ COUNSELOR'S SIGNATURE: _____
RETENTION SCHEDULE: UPN completion, placed in the offender administrative case file

155937

Johnny Taylor 11-1

Exhibit 3.15

| PHONE | RELATIONSHIP | NAME | ADDRESS | CITY | STATE |
|---|---|---|---|---|---|
| 770 465-4607 | Sister | Monique Taylor | 5249 McCarter | Stone mountain | GA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

YOU CAN MAKE CHANGES EVERY 6 MONTHS. THERE WILL BE NO EXCEPTIONS TO THIS RULE. Reproduce locally

NEXT ENROLLMENT: _____ Inmate/Probationer SIGNATURE/EF: _____ COUNSELOR'S SIGNATURE: _____

RETENTION SCHEDULE: UPN completion, placed in the offender administrative case file.

Johnny Taylor
155937  H-1

Exhibit 3.15



Exhibit 3.15

# STATE OF GEORGIA
## DEPARTMENT OF CORREECTIONS

### Inmate Telephone Agreement and Number List
### (Call Allowed List)

**REQUEST FOR CHANGE**

Inmate Name (Last/First): _Taylor Johnny_  Date: _12/19/01_

Dormitory/Bunk # _H-1  219-B_  EF# _155937_

10 digit number used to make telephone calls : _0000155937_

(EF# or SS#)

ADDITIONS:

| TELEPHONE NUMBER | NAME OF PERSON | RELATIONSHIP |
|---|---|---|
| 404 381-6996 | Lisa Taylor | Sister |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DELETIONS:

| TELEPHONE NUMBER | NAME OF PERSON | RELATIONSHIP |
|---|---|---|
| 404 371-9274 | '' '' | '' |
| | | |
| | | |
| | | |
| | | |
| | | |

I understand and agree that all telephone calls to the above listed telephone numbers are subject to be monitored and/or recorded.

_Johnny Taylor_  _12/19/01_

Inmate Signature  Date

Staff Signature (verified by)  _12/19/01_  Date

Exhibit 3.15

# HANCOCK STATE PRISON
# TELEPHONE CHANGE FORM

Inmate Name: _Johnny Taylor_ ID# _EH155937_ Date: _7/16/01_

PIN # _259.88.0182_

## INSTRUCTIONS

You must write legibly and clearly. You MUST include your PIN# and Area Codes on all telephone changes. You may have a total of 12 numbers on your list. This form will be returned to you if it is incomplete!

## ADDITIONS:

| Approved | Relationship | First and Last Name | Telephone No. Including Area Code |
|---|---|---|---|
| | Mother | Addie Smith | 404.381.5220 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## DELETIONS:

| Relationship | First and Last Name | Telephone Number (including Area Code) |
|---|---|---|
| Mother | Addie Smith | 404.627.6859 |
| | | |
| | | |
| | | |
| | | |
| | | |

APPROVED BY: _____  ___7/16/01___

Counselor     Date

Exhibit 3.15

# — HANCOCK STATE PRISON —
## TELEPHONE CHANGE FOR.

Inmate Name: __Johnny Taylor__  ID# __EH 155937__  Date: __1-2-00__

PIN # __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__

## INSTRUCTIONS

You must write legibly and clearly. You MUST include your PIN# and Area Codes on all telephone changes. You may have a total of 12 numbers on your list. This form will be returned to you if it is incomplete!

### ADDITIONS:

| Approved | Relationship | First and Last Name | Telephone No. Including Area Code |
|---|---|---|---|
| | Friend | Tezra Scott | 1-912-374-0618 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DELETIONS:

| Relationship | First and Last Name | Telephone Number (including Area Code) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

APPROVED BY: _____  ___1.2.01___
 Counselor                                     Date

Exhibit 3.15

*Hancock State Prison*

*Telephone Change Form*

I.N.MATE NAME: _Johnny Taylor_ EF: _155937_

DATE: _2/2/00_ PIN# _259 88 0182_

\*YOU MUST WRITE LEGIBLY AND CLEARLY.

\*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*\*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE\**

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP    AREA CODE/PHONE NUMBER

_sister Monique Taylor_    _404 328-6699_

DELETIONS:

COUNSELOR SIGNATURE: _____

Exhibit 3.15

No~l,p

# HANCOCK STATE PRISON
## DECEMBER 2003 PACKAGE REQUEST FORM

INMATE NAME: _Johnny Taylor_____ EF #: _155732_ DORM: _H1_

ITEMS BEING REQUESTED/ DESCRIPTION AND POSSESSION LIMIT FOR EACH ITEM

| #<br>REQ. | #<br>RECD | | |
|---|---|---|---|
| | 0 | | BIBLE OR KORAN - from dealer, manufacturer, publisher only |
| | 0 | | BILLFOLD - possession limit of 1 |
| | 0 | | CASSETTE TAPES or CDs (either-not both)– prerecorded, unbroken seal, limit of 10 |
| | 0 | | COOKIES - factory sealed packages-no bakery sealed items, limit 2 bags/boxes |
| | 0 | | COFFEE CUP - plastic, limit 1- maximum 20 ounces - No large insulated drink cups/mugs |
| | 0 | | ELECTRIC RAZOR - rotary type only, No sideburn clippers, possession limit of 1 |
| | 0 | | HAIRBRUSH – plastic only, no handles |
| | 0 | | HANDKERCHIEFS - white only; limit of 4 |
| | 0 | | HARD CANDY - factory sealed package, individually wrapped, limit 2 packages |
| | 0 | | HOUSECOAT/ROBE - no blue or black, no hoods |
| | 0 | | JEWELRY [ring (limit 1), religious pendant (limit 1), wristwatch (limit 1)] – total combined value of $ 100 |
| | 1 | | KNIT SKULL CAP - pullover type; no ski mask, black or blue only, solid color-no insignia |
| | 3 | | NUTS - shelled only, clear factory sealed bags, limit 3 pounds |
| | 0 | | PAJAMAS - no blue or black; should not resemble outer wear |
| | 0 | | PHOTOS - no polaroid style with hollow backs, must fit in album |
| | 0 | | PHOTO ABLUM - max. size 10x12, plastic binder, no metal |
| | 0 | | PLASTIC COMB - flexible, less than 5 inches long |
| | 0 | | SOAP - bars only, limit 4 bars |
| | 0 | | SOCKS - white only, possession limit of 3 pair |
| | 0 | | STATIONARY – box; sealed, no metal binders |
| | 0 | | SWEATSHIRT- grey or white only  - No hoods or zippers |
| | 0 | | SHAMPOO/CONDITIONER – limit 2 total ( must be in see through bottles) |
| | 0 | | THERMAL UNDERWEAR – white or grey only, possession limit of  2 pair |
| | 0 | | UNDERSHIRTS - white only, plain style, no tank tops, possession limit 4 |
| | 0 | | UNDERSHORTS - white & cotton only, plain boxers or briefs, possession limit 4 |
| | 0 | | WRITING PAPER – package; no metal binders |

***TO SENDER:  SEND ONLY QUANTITY AND ITEMS LISTED ABOVE ALL OTHER ITEMS WILL BE RETURNED AT INMATE'S EXPENSE OR DESTROYED. PACKAGE CAN WEIGH A MAXIMUM OF 15 POUNDS. THIS FORM MUST BE RETURNED WITH THE PACKAGE. THIS PACKAGE REQUEST IS GOOD ONLY IF THE PACKAGE IS POSTMARKED DURING THE MONTH OF DECEMBER.

SENDER'S NAME:_____RELATIONSHIP: _____

ADDRESS:_____

RECEIVED: _____ 380941  1-2-04

INMATE'S SIGNATURE          GDC NUMBER          DATE

STAFF MEMBER ISSUING PACKAGE _____

Exhibit 3.15

Kn

*Hancock State Prison*

*Telephone Change Form*

INMATE NAME: Johnny Taylor EF: 155937

DATE: 1/31/00 PIN# 259880182

=YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

=FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE=

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP    AREA CODE/PHONE NUMBER

Sister / Monique Taylor    404 328 9966

_____    _____

_____    _____

_____    _____

_____    _____

DELETIONS:

~~770 328 9966~~    _____

770) 323 7276    _____

404 313 5182    _____

404 243 5438    _____

COUNSELOR SIGNATURE: MoS

Exhibit 3.15

km

*Hancock State Prison*

*Telephone Change Form*

INMATE NAME: Johnny Taylor EF: 155437

DATE: 7/9/0? PIN# 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

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES.

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP          AREA CODE/PHONE NUMBER

Monique Taylor          404328 9966

_____          _____

_____          _____

_____          _____

_____          _____

DELETIONS:

_____          _____

_____          _____

_____          _____

_____          _____

COUNSELOR SIGNATURE: _____

Exhibit 3.15

Hancock State Prison
P.O. Box 339
Sparta, Georgia 31087

Inmate Name: _Johnny Taylor_   EF: _155937_

Date: _7-28-98_   PIN #: _259880182_

1.  ONLY 12 NUMBERS ALLOWED.

2.  ALL PHONE NUMBERS MUST INCLUDE:

    1.  AREA CODE (912-770-706-ETC.)

    2.  NAME OF PERSON ATTEMPTING TO CONTACT

3.  MUST HAVE COUNSELOR'S SIGNATURE.

If you fail to comply with these instructions listed above, your phone numbers will not be entered in the phone system.

| INMATE PHONE LIST | | |
|---|---|---|
| NAME | RELATIONSHIP | (AREA CODE): TELEPHONE NUMBER |
| Tosha Andrews | NIECE | 404 744 6007 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INMATE SIGNATURE: _Johnny Taylor_

Counselor's Signature: _Paulette Rol_

Exhibit 3.15

*Hancock State Prison*

*Telephone Change Form*

INMATE NAME: Johnny Taylor EF: 155937

DATE: 2-15-99 PIN# 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

*YOU MUST WRITE LEGIBLY AND CLEARLY.

*YOU MUST INCLUDE YOUR PIN# AND AREA CODES ON ALL TELEPHONES CHANGES

*FORM WILL BE RETURN TO YOU IF IT IS NOT COMPLETE*

ADDITIONS:

FIRST/LAST NAME/RELATIONSHIP      AREA CODE/PHONE NUMBER

Monique Taylor (sis)   770 · 323 - 7276

John Taylor (son)   404 · 212 - 5182

Lisa Taylor (sis)   404 · 371 - 9472

Kim Terrell (friend)   404  284 - 4445

DELETIONS:

~~Lisa Taylor~~   404 378 8974

404 627 5620

404 244 9638

COUNSELOR SIGNATURE: _____

Exhibit 3.15

The following people may be requested on your visiting list.
1) Father
2) Mother
3) Step-father (must be legally married to mother)
4) Step-mother (must be legally married to father)
5) Brothers and their wives (must be legally married)
6) Sisters and their husbands (must be legally married)
7) Wife, girlfriend, or Common-Law-wife (ONE ONLY)
8) Step-children (must be able to prove legitimate step-children)
9) Grandparents (must be mother's or father's parents)

HANCOCK CORRECTIONAL INSTITUTION

VISITOR LIST

INMATE NAME: *Johnny Taylor*          ID# *EH/55937*

REVISED LIST: _____          INITIAL LIST: _____

DATE OF LAST LIST: _____

LIST ONLY TWELVE (12) NAMES, TO BE PRESENTED FOR APPROVAL. LIST YOUR
RELATIONSHIP TO EACH PERSON LISTED. WRITE THE COMPLETE ADDRESS
(STREET ADDRESS, CITY, STATE, AND ZIP CODE) OF EACH PERSON LISTED.

| RELATIONSHIP | FIRST & LAST NAME | COMPLETE ADDRESS |
|---|---|---|
| Mother | Addie Smith | ███████ |
| Sister | Lisa Taylor | |
| Son | John Taylor | |
| Wife | Reba Taylor | |
| Sister | Monique Taylor-Pittman | |
| Sister | Barbara Heflin | |
| Son | Rejon Taylor | |
| Nephew | Cedric Taylor | |
| Daughter | Tameka Anderson | |

I hereby authorize the Warden of Hancock C.I, or his designee to
open all mail matters, express or parcels which may be sent or
brought to me while I am an inmate at this institution.

I certify that the names, relationships and addresses of the above
are true to the best of my knowledge.

INMATE SIGNATURE: *Johnny Taylor*          DATE: *12/16/98*

VERIFICATION

The above persons have been verified, as indicated by a check mark,
by using the information in the inmate's file.

Exhibit 3.15

HANCOCK CORRECTIONAL INSTITUTION
P. O. BOX 339
SPARTA, GA 31087

<u>TELEPHONE LIST</u>

INMATE NAME: Johnny Taylor                    ID# EH155937

DATE: 12/10/98                    SS# 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

1.  List only twelve (12) names and numbers (area code) <u>111-2222</u>.

2.  The number listed will be the only numbers you will be allowed to call!

3.  This list will not be changed until 90 days from the date completed.

4.  Your telephone list and visitors list can be two separate lists.

5.  You will have no phone access until your list is completed.

6.  You are responsible for any calls using your PIN number.  DO NOT share it with another inmate.

| NAME | RELATIONSHIP | TELEPHONE NUMBER |
|---|---|---|
| Addie Smith | mother | 404 627-6859 |
| John Taylor | Son | 404 241-3669 |
| Lisa Taylor | Sister | 404 378-0974 |
| Tasha Maddox | Cousin | 404 244-9638 |
| ReJon Taylor | Son | 404 243-6695 |
| Taneka Anderson | Daughter | 404 627-5620 |
| Barbara Heflin | Sister | 404 243-5438 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

INMATE SIGNATURE _____

COUNSELOR SIGNATURE _____

Exhibit 3.15



# STATE BOARD OF PARDONS AND PAROLES

**Garland R. Hunt, Esq.**
Chairman

2 Martin Luther King, Jr., Drive, S.E
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

**L. Gale Buckner**
Vice-Chair
**Garfield Hammonds, Jr.**
Member
**Milton E. "Buddy" Nix, Jr.**
Member
**Robert E. Keller**
Member

June 13, 2008

RE: TAYLOR, JOHNNY L, EH-155937

C/O WARDEN,
HANCOCK STATE PRISON

Dear TAYLOR, JOHNNY L,

The Board has voted to grant you a Conditional Transfer. This means that you are being released to some jurisdiction which has filed a detainer (or other hold) against you  At the time you have satisfied the detainer(s), if you have not completed the sentence you are now serving in the custody of the Georgia Department of Corrections, your status will become that of a parolee.

Your certificate of Conditional Transfer will be delivered to you by your Superintendent or Warden who will explain the conditions which are found on the back of the Certificate.  In agreeing to the conditions of this release you are accepting the conditions which will apply if your status with this Board becomes that of a parolee.

If your status with this Board becomes that of a parolee, you will be given the name and address of your Parole Officer at that time if the name of one does not appear on your Certificate of Conditional Transfer.

Sincerely,

W. C. Davis, Division Director
Clemency and Parole Selection

cc: Warden

Equal Opportunity Employer
Accredited by the Commission on Accreditation for Corrections/American Correctional Association

Exhibit 3.15

HANCOCK STATE PRISON

Parole Review   U380941     EH155937 TAYLOR,JOHNNY L        Run 11/13/07 Page 1

PIC-None   TPM-Lifer Max-Lifer        TPM extension-NEVER

| Residence plan A (relationship & phone) | Residence plan B (relationship & phone) |
|---|---|
| Monique Taylor (sister) | John Taylor (son) |
| ██████████████████ | ██████████████████ |
| Phone:  770-465-4602 | Phone:  404-243-6695 |

DRs & programs not listed below, employment plan (if any), additional comments:

Inmate Taylor has been incarcerated at Hancock SP since 12/98.  Since his arrival here he as work consistently as a cellblock orderly.  During his incarceration he has completed no programs. His last disciplinary report was received in 1985 at GSP; he has been DR free for over 20 years.  Inmate Taylor has eight (8) Above Average and seven (7) Average Work Performance Reports in his current file.  Inmate Taylor is a positive inmate for parole.

Institutional behavior of inmate:     ABOVE AVERAGE   AVERAGE   BELOW AVERAGE

_Angela P Shirley_ ----- 01-09-08          _David C Frey_ ---- ----------
Case manager         date            Warden, HANCOCK STATE PRISON

Photocopy this & put in institutional file.  Send original to the Parole Board.
===================================================================
GANG ACTIVITY: No gang affiliation recorded in OTIS
MENTAL  HEALTH--No MH history records.
DISCIPLINARIES--None recorded on OTIS during the current incarceration.
PRE-CONDITIONS--No pre-conditions, but inmate has the following programs:
    05/07/07 SUCCESSFUL COMPLETE A4001 COMPAS

Exhibit 3.15



# STATE BOARD OF PARDONS AND PAROLES

**Garland R. Hunt, Esq.**
Chairman

2 Martin Luther King, Jr., Drive, S.E
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

L. Gale Buckner
Vice-Chair
Garfield Hammonds, Jr.
Member
Dr. Eugene P. Walker
Member
Milton E. "Buddy" Nix, Jr.
Member

October 4, 2006

JOHNNY L TAYLOR, EH-155937
C/O WARDEN,
HANCOCK STATE PRISON

Dear JOHNNY L TAYLOR,

Your case was recently reconsidered in accordance with Board policy.

The Board's decision is to deny parole at this time. The Board determined that your parole release would not be compatible with the welfare of society (see O.C.G.A. 42-9-42(c)) due to the severe nature of the offense(s) for which you were convicted.

In accordance with Board Policy your case will again be reviewed by the Board during MARCH 2008.

Sincerely,

Thurman L. Henderson, Assistant Director
Clemency/Parole Selection

cc: Warden
Inmate Administration

Equal Opportunity Employer
Recipient of the Council of State Governments' 1999 Innovations Award
American Probation and Parole Association's 2000 President's Award Winner
Accredited by CAC/ACA since 1994

Exhibit 3.15 rx'd, 6/26/06 T.C.

HANCOCK STATE PRISON

Parole Review   U380941    EH155937 TAYLOR,JOHNNY L        Run  5/ 5/06 Page 1

PIC-None  TPM-Lifer Max-Lifer        TPM extension-NEVER

| Residence plan A (relationship & phone) | Residence plan B (relationship & phone) |
|---|---|
| Monique Taylor | Addie Smith-mother |
| ████████████ | ████████████ |
| Phone: 770-465-4602 | Phone: 404-381-6996 |

DRs & programs not listed below, employment plan (if any), additional comments:

Inamte Taylor has been incarcerated at Hancock State Prison since December 1998.  Since his incarceration, he has worked consistently as a cellblock orderly.  During his incarceration he has completed no programs.  His last disciplinary report was received in 1985 at GSP. Inmate Taylor has a total of fifteen (15) E-slips on file.  He has eight (8) above average and seven (7) E-slips.  Inmate is an average candidate for parole.

Institutional behavior of inmate:    ABOVE AVERAGE  (AVERAGE)   BELOW AVERAGE

_Angela P. Farley_    _6-14-06_          _S. Strickland Brown_
      Case manager        date          Warden, HANCOCK STATE PRISON

Photocopy this & put in institutional file.  Send original to the Parole Board.
=================================================================================
GANG  ACTIVITY--No gang affiliation recorded in OTIS
MENTAL  HEALTH--No MH history records.
DISCIPLINARIES--None recorded on OTIS during the current incarceration.
PRE-CONDITIONS--No parole pre-conditions and no programs.

Exhibit 3.15



# STATE BOARD OF PARDONS AND PAROLES

**Walter S. Ray**
Chairman

2 Martin Luther King Jr., Drive, S.E.
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

Jim Wetherington
Vice-Chairman
Bobby K. Whitworth
Member
Garfield Hammonds, Jr.
Member
Dr. Betty Ann Cook
Member

February 1, 1999

Mr. Johnny L. Taylor, EF-155937
C/O Warden
Hancock State Prison

Dear Mr. Taylor:

You have been thoroughly and carefully considered for parole. The Board's decision is to deny parole at this time. The main reasons for the decision cited by the Board members during their individual study of your case(s) are circumstances and nature of the offense.

The Board has decided to consider you again for parole during **September 2006.**

Sincerely,

FOR THE BOARD:

Mary Young, Unit Manager
Disposition Unit

MY/cjs

cc: Warden
     Parole Supervisor **District # 21 Decatur**
     Inmate Administration

Equal Opportunity Employer
Accredited by the Commission on Accreditation for Corrections/American Correctional Association

# Certificate of Achievement

**State of Georgia — Department of Corrections**

## This is to Certify that

_Johnny Taylor EF 155937_

### has satisfactorily completed coursework in

_Health Awareness_

at Hancock State Prison

on this _27th_ day of _September, 1999_

_P K Rabbun_
**Instructor**

**Warden**

Exhibit 3.15

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Hancock State Prison
Post Office Box 339
Sparta, Georgia 31087
Telephone: (706) 444-1000
Fax: (706) 444-1137

Sonny Perdue
Governor

James E. Donald
Commissioner

## MEMORANDUM

**TO:**    Ms. Betty McGrew, Deputy Warden of Security
Mr. Andrew Walker, Deputy Warden of Administration
Ms. JoAnn Hunding, Deputy Warden of Care & Treatment
Mr. Joseph Peal, Chief Counselor
Ms. Martha Brawner, Unit Manager
Mr. Tommy Tremble, Unit Manager
Mr. Michael Ransom, Chief of Security
Mr. Bobby Weiters, GDC Lieutenant
Shift Supervisors
Shift OIC
D- Building Officer

**FROM:**    David L. Frazier, Warden

**DATE:**    March 11, 2008

**SUBJECT:**    Visitors

Please be advised that the Warden has approved several visitors to enter the facility.

### March 12, 2008 Parole Board Representative

Mr. Barney Boyer, Parole Board Member, has approval to enter the facility on Wednesday, March 12, 2008, at 1:00 p.m. He will conduct an interview with Inmate Johnny Taylor GDC ID 380941. He has approval to bring essential items into the facility to conduct his interview.

### March 12, 2008 Attorney Visit

Mr. W. Charles Lea, Attorney at Law, is scheduled to interview inmate Abdul Ali Rabie GDC ID 1181608 at 9:00 a.m. He is authorized to bring legal file, pad, and pen to conduct his interview. He has not been granted approval to leave legal materials with the inmate. Mr. Lea may mail legal information back to the inmate via regular mail.

### March 13, 2008 Internal Affairs Visit

Ms. Johnny Holland, Internal Affair, has approval to enter the facility to conduct several interviews. He is expected to arrive at 10:00 a.m. on Thursday. Mr. Holland is a GDC employee, and is authorized to bring essential material into the facility to conduct his interviews.

Christopher Thomas        GDC ID  866975
George Guzman        GDC ID 1184062

Please notify Shift OIC, Shift Supervisor, Warden's Secretary, and appropriate staff member upon their arrival. Thank you for your cooperation.

DLF/rmbc
/cc:    file

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIBE          HANCOCK STATE PRISON           March 11, 2008  02:13 PM

Activity Roster                    Report Date:  03/13/2008            Printed By:    CHATMAN, ROSA

Page 1 of 1

Activity:  INTERNAL AFFAIRS INVESTIGATION APPT.    Location:  INMATE AFFAIRS INTERVIEW    Start Time:  13:00    End Time:  13:30    Offenders Assigned:  2

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2008 | | GUZMAN, GEORGE III | 1184062 | MINIMUM | | ANNX-1-30-T | ROBBINS, P. | MULTI-PURPOSE ROOM | | |
| 03/13/2008 | | THOMAS, CHRISTOPHER BAINE | 866975 | MEDIUM | | F-2-134-T | WASHINGTON, D. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIBE

Activity Roster

HANCOCK STATE PRISON

Report Date: 03/12/2008

March 10, 2008 04:04 PM

Printed By: CHATMAN, ROSA

Page 1 of 2

Activity: ATTORNEY VISIT    Location: ATTORNEY VISIT    Start Time: 09:00    End Time: 11:30    Offenders Assigned: 1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2008 | | RABIE, ABDUL ALI | 1181608 | MEDIUM | | J-2-13-B | MCBRIDE, P. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15

GA DEPT OF CORRECTIONS - SCRIBE      HANCOCK STATE PRISON      March 11, 2008   02:07 PM

Activity Roster      Report Date: 03/12/2008      Printed By:   CHATMAN, ROSA

Page 2 of 2

Activity: ATTORNEY VISIT      Location: ATTORNEY VISIT      Start Time: 13:00    End Time: 15:30    Offenders Assigned: 1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2008 | | CULMER, GERVAISE ELCOTT | 1108430 | MEDIUM | | E-Z-239-B | GORLEY, J. | MULTI-PURPOSE ROOM | | |

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
*Hancock State Prison*
*Post Office Box 339*
*Sparta, Georgia 31087*
*Telephone: (706) 444-1000*
*Fax: (706) 444-1137*

*Sonny Perdue*
*Governor*

*James E. Donald*
*Commissioner*

## M E M O R A N D U M

**TO:**     Ms. Betty McGrew, Deputy Warden of Security
Mr. Andrew Walker, Deputy Warden of Administration
Ms. JoAnn Hunding, Deputy Warden of Care & Treatment
Mr. Joseph Peal, Chief Counselor
Ms. Martha Brawner, Unit Manager
Mr. Tommy Tremble, Unit Manager
Mr. Michael Ransom, Chief of Security
Mr. Bobby Weiters, GDC Lieutenant
Shift Supervisors
Shift OIC
D- Building Officer

**FROM:**    David L. Frazier, Warden

**DATE:**    February 27, 2008

**SUBJECT:**    Visitors

Please be advised that the Warden has approved several visitors to enter the facility.

Mr. Lee Ortwein, Attorney, Mr. Roy Cooper, Investigator, and Mr. Mark Future Dangerousness Expert Witness, have approval to enter the facility on Thursday, February 28, 2008, at 1:00 p.m. They will conduct an interview with Inmate Johnny Taylor GDC ID 380941. They are approved to bring legal pads, pens, and legal files into the facility for the interview. They have not requested prior approval to bring any other items into the facility. Please contact the Warden office if they are asking to bring in other items, other than the items mentioned.

Please notify Shift OIC, Shift Supervisor, Warden's Secretary, and appropriate staff member upon their arrival. Thank you for your cooperation.

DLF/rmbc
/cc:    file

GA DEPT OF CORRECTIONS - SCRIBE
Activity Roster

HANCOCK STATE PRISON
Report Date:    02/28/2008

February 27, 2008    03:39 PM
Printed By:      CHATMAN, ROSA
Page 1 of 1

Activty:  ATTORNEY VISIT          Location:  ATTORNEY VISIT       Start Time:  13:00     End Time:  15:30      Offenders Assigned:   1

| Start Date | End Date | Offender Name | GDC ID | Security | MH Level | Bed | Case Manager(s) | Report To | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2008 |  | TAYLOR, JOHNNY L | 380941 | MINIMUM |  | H-1-219-B | FARLEY, A. | MULTI-PURPOSE ROOM |  |  |

Exhibit 3.15

Exhibit 3.15

ATTACHMENT 5
GDC-SOP IIB06-0002
6/01/2005

**GEORGIA DEPARTMENT OF CORRECTIONS**

INMATE PROPERTY DISPOSAL AGREEMENT

I, _Johnny Taylor_ NUMBER _380941_

have been notified by_ _Lassiter_ on _12 Dec 06_

that the items listed below are contraband and that I have thirty (30) days to do one of the following:

(1)     Authorize postage and provide an address for the items to be mailed out of the institution. The items must be picked up within thirty (30) days of the date of this notice.

(2)     Arrange to have the items picked up. The items must be picked up within thirty (30) days of the date of this notice. Advise the Property Room Office of the name of the person who will pick up the items and the date they will be picked up.

If you do not choose either option within seven (7) days, the items will be destroyed after thirty (30) days.

INMATE'S SIGNATURE: _____     CHECK OPTION (1)_____
                                                  CHECK OPTION (2)_____

DATE:_ _12-12-06_

1. _1 beannie cap_     6._____

2._____     7._____

3._____     8._____

4._____     9._____

5._____     10._____


_____     _____     _____
DATE MAILED          OFFICERS SIGNATURE   INMATE SIGNATURE

_____     _____     _____
DATE PICKED UP       OFFICERS SIGNATURE   VISITORS SIGNATURE

_13 Dec 06_          _____     _____
DATE DESTROYED       OFFICERS SIGNATURE   INMATE SIGNATURE

                     _____
                     WITNESS SIGNATURE

************************************************************************
I certify that I have received the above listed personal property that has been stored for me during my incarceration at this Institution

DATE OF TRANSFER: _____     INMATE SIGNATURE_____

PI-1166 (Rev. 8/15/01)

RETENTION SCHEDULE:
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

PI - 1166 (Rev. 7/26/05)

Exhibit 3.15

**G :GIA DEPARTMENT OF CORRECTIOI**

#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334

## ASSIGNMENT/TRANSFER ORDER

12/11/98

TO: WARDEN
HANCOCK STATE PRISON

1. This is authority to move the below named inmate as indicated. Movement will be made within three working days of receipt of this order.

2. Reason for movement: ADMIN

| NAME | NUMBER | MOVE FROM | MOVE TO |
|------|--------|-----------|---------|
| I/M TAYLOR, JOHNNY L<br>AKA TAYLOR, JOHN<br>TAYLOR, JOHN L<br>TAYLOR, JOHNNY | EH 155937 | GDCP<br>JACKSON<br>TAYLOR, CHARLEY | HANCOCK SP<br>SPARTA |

3. Special instructions:

_____ Fingerprint Requirement : Yes _____ No  X

—— GSP       : FORWARD FILE TO HANCOCK SP

4. Security Classification:

CLOSE       ( In/Out Status : OUT )

BY ORDER OF THE COMMISSIONER
BY: _Jackie L. Kelsey_

## RECEIPT

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____<br>(date) | Received on _12/15/98_<br>(date) |
| _____<br>(Transfer Officer) | _____<br>(Receiving Officer) |
| Received at assigned institution on | **DISTRIBUTION** |
| _____<br>(date) | 1. Record Copy – Return to Atlanta<br>2. Gaining Institution<br>3. Losing Institution<br>4. Parole Board<br>5. Suspense |
| _____<br>(Receiving Officer) | |

Version 1.0
OR4RH                    ** IMAGED CASE **

27 877 (Rev. 5/79)
CC0800

Taylor Johnny
Exhibit 3.15

**HANCOCK STATE PRISON
P. O. BOX 339
SPARTA, GEORGIA 31087**

HAZARDOUS CHEMICAL TRAINING FOR:

DORM ORDERLY, ADMINISTRATION ORDERLY, KITCHEN ORDERLY, MULTIPURPOSE ORDERLY, GYM ORDERLY, WAREHOUSE ORDERLY, LAUNDRY ORDERLY, MEDICAL ORDERLY, I.D. ORDERLY, SECURITY ORDERLY, COUNSELING ORDERLY, BARBER SHOP ORDERLY, LIBRARY ORDERLY, SCHOOL ORDERLY, G.C.I. ORDERLY, J-DORMS ORDERLY, HANCOCK ANNEX ORDERLY

This agreement/acknowledgement certifies the inmate has been briefed on additional training concerning specific chemicals used at the assigned work areas.

The chemicals used in assigned work areas are:
- All-purpose cleaner
- Ammoniated Cleaner and Degreaser
- Citrus Scent Disinfectant
- General Purpose Bleach
- Floor Sealer
- Floor Wax
- Hand Soap
- Non-ammoniated Stripper
- Non-ammoniated Window Cleaner
- Scouring Cleaner
- Tile Cleaner

Exhibit 3.15

First, read the label

1.  The labels provide the basic safety information you need when working with hazardous chemicals.
    A. The label provides the name of the chemical.
    B. Manufacturer
    C. Physical Hazard (fire, explosion, reaction)
    D. Health Hazard (toxic, irritant, cancer-causing)
    E. Proper handling and storage
    F. What to do in an emergency
    G. The correct personal protective equipment to use for protection.

2   Learn to recognize the color codes that may appear on labels.
    A.  Red-Fire Hazard
    B.  Blue-Health Hazard
    C.  Yellow-Reactivity Hazard
    D.  White-Specific Hazard or personal protection

INMATE NAME & GDC #                    DATE

STAFF SIGNATURE                        DATE

Exhibit 3.15

HEALTH HAZARD, REACTIVITY HAZARD
AND FLAMMIBILITY HAZARD RATING
CHART FOR SPECIFIC CHEMICALS

| CHEMICAL NAME | HEALTH | FIRE | REACTIVITY | PERSONAL PROTECTIVE EQUIPMENT |
|---|---|---|---|---|
| ALL PURPOSE CLEANER | 1 | 1 | 0 | X |
| AMMONIATED CLEANSER & DEGREASER | 2 | 1 | 0 | X |
| CITRUS SCENT DISINFECTANT | 3 | 1 | 0 | X |
| GENERAL PURPOSE BLEACH | 3 | 0 | 1 | X |
| FLOOR SEALER | 1 | 0 | 0 | X |
| FLOOR WAX | 1 | 0 | 0 | X |
| HAND SOAP | 0 | 0 | 0 | X |
| NON-AMMONIATED STRIPPER | 3 | 1 | 0 | X |
| NON-AMMONIATED WINDOW CLEANER | 1 | 3 | 0 | X |
| SCOURING CLEANSER | 2 | 0 | 1 | X |
| TILE CLEANER | 2 | 1 | 0 | X |
| FOAMY Q & A | 2 | 0 | 0 | X |

HAZARD RATING SCALE:
0-MINIMUM
1-SLIGHT
2-MODERATE
3-SERIOUS
4-SEVERE
X-CONSULT YOUR SUPERVISOR

PERSONAL PROTECTION EQUIPMENT:
1- SAFETY GLASSES
2-FACE SHIELD
3-SPLASH GOGGLES
4-AIR LINE HOOD OR MASK
5-GLOVES
6-SYNTHETIC APRON
7-DUST RESPIRATOR
8-VAPOR RESPIRATOR
9-FULL SUIT
10-RUBBER BOOTS

Exhibit 3.15

## HANCOCK STATE PRISON
### INMATE TRAINING ACKNOWLEDGEMENT
### FOR SAFETY RULES AND ADMONITION

1. All chemicals must be diluted under the supervision of a staff member.

2. Never mix chemicals – the reaction can be dangerous.

3. Always use safety equipment provided for your detail assignment (i.e. eye protection, gloves, and masks).

4. Never add gasoline to any equipment while it is running.

5. Never work on power equipment while it is running.

6. Do not operate any equipment that has safety equipment damaged or bypassed.

7. Do not smoke within 50` of any flammable or combustible items.

8. When operating lawn mowers or similar power equipment, keep the discharge chute away from persons, buildings or vehicles.

9. Do not operate a piece of electrical equipment (i. e. buffers saws) with frayed cords or electrical shorts.

10. Do not ride buffers.

11. Use good common sense when operating any type of equipment; abide by all safety rules.

12. Make sure you have proper ventilation when using chemical (i. e. bleach, paint, and stripper).

13. Make sure that you have adequate space between individuals to insure safety when working in a group. (i. e. sling blades, bush axes).

14. Do not adjust or modify any equipment without staff supervision.

15. Report any unsafe condition to your supervisor immediately!

16. I have read or have had read to me my job description.

_____
Witness

_____
Inmate Signature

_____
Date

GDC 380941

## HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public

Employee Hazardous Chemical Protection and Right to Know Act of 1988. The

Training was conducted on ___4-31-38___ .

_____
Employee / Inmate

_____
Instructor's Signature

Exhibit 3.15

**HANCOCK STATE PRISON**
**P. O. BOX 339**
**SPARTA, GEORGIA 31087**

INMATE NAME: _Johnny Taylor_

GDC: _380941_

I certify I have viewed the hazard communication training video as described in the Georgia Public Employee Hazardous Chemical Protection and Right To Know Act of 1988. I am currently working with chemicals on a daily basis.

_Johnny Taylor_

**Inmate Signature**

_04-21-08_

**Date**

_O. Alva_

**Instructor's Signature**

Exhibit 3.15

**HANCOCK STATE PRISON**
**P. O. BOX 339**
**SPARTA, GEORGIA 31087**

INMATE NAME: *Johnny Taylor*

GDC#: *380941*

I certify I have viewed the hazard communication training video as described in the Georgia Public Employee Hazardous Chemical Protection and Right To Know Act of 1988. I am currently working with chemicals on a daily basis.

_____
**Inmate Signature**

_____
**Date**

_____
**Instructor's Signature**

Exhibit 3.15

INMATE NAME: _Johnny Taylor_

EF: _155937_

**I CERTIFY I HAVE SEEN THE HAZARD COMMUNICATION TRAINING FILM AS DESCRIBED IN THE GEORGIA PUBLIC EMPLOYEE HAZARDOUS CHEMICAL PROTECTION AND RIGHT TO KNOW ACT OF 1988. I AM PRESENTLY WORKING WITH CHEMICALS ON A DAILY BASIS.**

INMATE SIGNATURE: _Johnny Taylor_

DATE: _5/5/13_

INSTRUCTOR SIGNATURE:

Exhibit 3.15

FACILITY
REPRESENTED <u>HANCOCK STATE PRISON</u>

## HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _<u>1-2-02</u>_

<u>JOHNNY TAYLOR  155927</u>
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

FACILITY
REPRESENTED  <u>HANCOCK STATE PRISON</u>

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : ___6/27/00_____

___JOHNNY TAYLOR EF-155937___
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _4/24/01_

_John Taylor_ 155937

Name (PLEASE PRINT) EF NO.

INMATE Signature

Instructor's Signature

Exhibit 3.15

FACILITY
REPRESENTED <u>HANCOCK STATE PRISON</u>

# HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988.

The training was conducted on : _12/28/98_

*EH155937 H-1*

Johnny Taylor
_____
Name (PLEASE PRINT)

_____
INMATE Signature

_____
Instructor's Signature

Exhibit 3.15

_Donate_

ATTACHMENT 5
GDC-SOP IIB06-0002
6/01/2005

## GEORGIA DEPARTMENT OF CORRECTIONS

### INMATE PROPERTY DISPOSAL AGREEMENT

I, _Johnny Taylor_ NUMBER _380941_

have been notified by _Ofc. Primas_ on _12-31-07_
that the items listed below are contraband and that I have thirty (30) days to do one of the following:

(1) Authorize postage and provide an address for the items to be mailed out of the institution. The items must be picked up within thirty (30) days of the date of this notice.

(2) Arrange to have the items picked up. The items must be picked up within thirty (30) days of the date of this notice. Advise the Property Room Office of the name of the person who will pick up the items and the date they will be picked up.

If you do not choose either option within seven (7) days, the items will be destroyed after thirty (30) days.

INMATE'S SIGNATURE _[signature]_ CHECK OPTION (1)_____
CHECK OPTION (2)_____

DATE: _12-31-07_

1. _Conditioner (Non Clear)_      6. _____
2. _____      7. _____
3. _____      8. _____
4. _____      9. _____
5. _____      10. _____

DATE MAILED _____   OFFICERS SIGNATURE    INMATE SIGNATURE

_Martha Brauna_

DATE PICKED UP _____   OFFICERS SIGNATURE    VISITORS SIGNATURE

_12/31/07_

DATE DESTROYED   OFFICERS SIGNATURE    INMATE SIGNATURE
_Donate_

WITNESS SIGNATURE

**********************************************************************************

I certify that I have received the above listed personal property that has been stored for me during my incarceration at this Institution

DATE OF TRANSFER: _____   INMATE SIGNATURE _____

PI-1166 (Rev. 8/15/01)

RETENTION SCHEDULE:
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

PI - 1166 (Rev. 7/26/05)

Exhibit 3.15

SOP IIBO4-0001
ATTACHMENT 1
(9/01/99)

## MAIL ITEMS REJECTION FORM

TO SENDER: _Addie Smith_ Date: _12-6-04_

FROM: Mail Inspector: _____Hancock State Prison_____
Facility/Center

SUBJECT: Inmate/Probationer: _Johnny Taylor 380941 HH_

The item (s) of mail is being returned/held for you for the reason (s) indicated:

( ) Contains pornographic/nude pictures.

( ) Unauthorized currency. We cannot accept personal checks or cash.

( ) Prior approval has not been issued to inmate for _____

_____

( ) Stamps are not allowed.

(x) Other: _No GDC # on Money order._

_____

_____        _____
(Inmate/Probationer)             (Mail Inspector)

If items are being held, you have 30 calender days todo one of the following.
(1) Pick up the items. You must make prior arramgements with the Mail Room Officer to pick up the materials; or
(2) Provide $ _.37_ for return mail.
  Stamped envelope to mail out,
If you do not choose either option within 30 days, the items will be destroyed or donated to charity.


Copy: Inmate/Probationer

Exhibit 3.15

**HANCOCK STATE PRISON**
**P. O. BOX 339**
**SPARTA, GEORGIA 31087**

**INMATE NAME:** Johnny Taylor

**GDC#:** 350741

I certify I have viewed the hazard communication training video as described in the Georgia Public Employee Hazardous Chemical Protection and Right To Know Act of 1988. I am currently working with chemicals on a daily basis.

_Johnny Taylor_

**Inmate Signature**

_6/30/05_

**Date**

_[signature]_

**Instructor's Signature**

Exhibit 3.15

**\*INMATE MUST BE PRESENT BEFORE GAINING OFFICER SIGNS MOVE SLIP\***

**INMATE LIVING ASSIGNMENT**

NAME _Taylor, Johnny_   I.D. _155937_   RACE _B_

PRESENT ASSIGNMENT _ID_   NEW ASSIGNMENT _A-58_

REASON _RFC_

PRECAUTIONS

LOSING OFFICER _SP W3L_   GAINING OFFICER _C Dean_

MOVE DATE _9-18-98_   \*APPROVED BY _J. Stafford C84_

\*MOVES MUST BE APPROVED BY EITHER: UNIT MANAGER, CLASSIFICATION, OID, DUTY OFFICER, OR SECURITY OIC'S

MISC3.MIS Rev. 10/97

6

GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON
INMATE LIVING ASSIGNMENT

NAME: TAYLOR,JOHNNY L   I.D.: EH - 155937   RACE: B

PRESENT ASSIGNMENT: J-1   027T   NEW ASSIGNMENT: B-121

REASON:
MASS MOVEMENT

PRECAUTIONS:
N/A

LOSING OFFICER: _S.SMITH_   GAINING OFFICER: _DJ Penn_

MOVE DATE: AUG 21 1998   APPROVED BY:

Exhibit 3.15

Hancock State Prison
Inmate Handbook Receipt

I, _Johnny Taylor_, GDC # _380941_

Do hereby acknowledge receipt of the Hancock State Prison Handbook.

Date_____ Counselor_____

2X/m

*INMATE MUST BE PRESENT BEFORE GAINING OFFICER SIGNS  MOVE SLIP*

INMATE LIVING ASSIGNMENT

NAME _Taylor, Johnny L._ I.D. _EH 155937_ RACE _B_

PRESENT ASSIGNMENT _ID_ NEW ASSIGNMENT _J1-27_

REASON _New Arrival_

_____

PRECAUTIONS _n/A_

_____

LOSING OFFICER_____ GAINING OFFICER _K. Brickner_

MOVE DATE _8-12-98_ *APPROVED BY _O. Sojka CO I_

*MOVES MUST BE APPROVED BY EITHER: UNIT MANAGER, CLASSIFICATION,OID, DUTY OFFICER, OR SECURITY OIC'S

MISC3.MIS Rev. 10/97

Exhibit 3.15

HANCOCK STATE PRISON

RE: ORIENTATION

DATE: 12/16/98

NAME: Johnny Taylor                    ID NUMBER: EH 155737

I have received Orientation regarding this institution and G.C. & I.C. Rules, Regulations, Programs and Services. The opportunity to ask any questions regarding Rules, Regulations, Programs and Services and an explanation of the Inmate Grievance Procedures was given to me on this date.

Attendance during this Orientation session is verified by signature of the Counselor conducting Orientation. If questions arise at a future time, I will direct them to my assigned Counselor.

Signed: _Johnny Taylor_____ _EH155737____ _12/16/98___
        Inmate Signature              ID Number       Date

Staff Member: _P. K. Robbins_____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE CHART!!

Exhibit 3.15

Attachment SOP VB01-0004

# GEORGIA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATIONS CHECKLIST

ame: _Johnny Taylor_ I.D.#: _EH155737_

Date of Arrival _12/13/18_ Date of Orientation _12/16/18_

| CATEGORY | INMATE INITIAL |
|---|---|
| Expectations Staff has of Prisoners | _JT_ |
| Delineation of Staff Roles and Access Procedures | _JT_ |
| Offender Rights. Right To Know. Privileges. and Responsibilities | _JT_ |
| Classification. Disciplinary. and Grievance Process | _JT_ |
| Case Management. Counseling and Programs | _JT_ |
| Work Assignment | _JT_ |
| Program Availability ( e.g. Health Services. Academic. Library. Vocational Counseling. Recreational. Religious Services. etc.) | _JT_ |
| Distribution of the Facility Handbook | _JT_ |
| Oral Review of Rules and Regulations and Departmental Procedure | _JT_ |
| Discussion of Access Procedures To Counselors. Sick Call. etc | _JT_ |
| Distribution of Visitation/ Telephone Call Forms | _JT_ |
| Assistance With Obtaining Birth Certificate and SS Card | _JT_ |
| Fire Safety | _JT_ |
| Viewed COLA Video on Legal Assistance | _JT_ |
| Electronic Monitoring Video | _JT_ |
| AIDS Video | _JT_ |

## "ACKNOWLEDGMENT"

I, Inmate _Johnny Taylor_ I.D.# _EH155937_ HAVE BEEN GIVEN A FORMAL ORIENTATION TO **Hancock S.P.** I HAVE BEEN GIVEN THE OPPORTUNITY TO ASK QUESTIONS. I UNDERSTAND THEM AND WILL BE HELD ACCOUNTABLE FOR ANY VIOLATIONS.

_Johnny Taylor_ _12/16/18_
INMATE SIGNATURE           DATE

Exhibit 3.15

HANCOCK STATE PRISON
P. O. BOX 339
SPARTA, GEORGIA    31087

## AUTHORIZATION FOR DIRECT DEPOSIT

I, Inmate ___Johnny Taylor___ ___EH155737___ give
Name                                    Inmate Number

Hancock State Prison permission to endorse all money orders and
checks by rubber stamp rather than my personal signature.  The
rubber stamp will say the following:

DEPOSITED TO THE CREDIT
OF THE WITHIN NAMED PAYER
ENDORSEMENT GUARANTEED
HANCOCK CORRECTIONAL INSTITUTION
INMATE DEPOSIT ACCOUNT
SPARTA, GA

SIGNED: _Johnny Taylor_____ DATE: _12/16/98_

WITNESSED BY: _P. K. Robbins_____ DATE: _____

NOTE:  SIGNED AUTHORIZATION FORM WILL BE MAINTAINED IN INMATE'S
FILE.

## HAZARD COMMUNICATION TRAINING CERTIFICATE

I have received Hazard Communication Training as described in the
Georgia Public Employee Hazardous Chemical Protection and Right to
Know Act of 1988.

The training was conducted on         _12/16/98_____
                                       DATE

_Johnny Taylor_____          _EH155737_____
(INMATE NAME)                         (INMATE NUMBER)

_P. K. Robbins_____          _____
Instructor's Signature)               (Date)
05/98

Exhibit 3.15

# HANCOCK STATE PRISON
## P. O. BOX 339
## SPARTA, GEORGIA   31087

Inmate _~~John Taylor~~_ _E11235437_
        **Name**                    **Inmate Number**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*

## EMERGENCY DATA INFORMATION

*IN CASE OF EMERGENCY CONTACT:*

*NAME:* _____ *RELATION:* _____

*ADDRESS:* _____

_____

*PHONE(S):* _____
(AREA CODE/NUMBER)

_____
(AREA CODE/NUMBER)

*05/98*

Exhibit 3.15

# HANCOCK
## STATE
## PRISON



# FILE BEGINS
# HERE

# DATE
12-15-98

Exhibit 3.15

ATTACHMENT II
SOP IIB6-0002

**GEORGIA DEPARTMENT OF CORRECTIONS**

INMATE PERSONAL PROPERTY INVENTORY
NAME: _Taylor, Johnny_  NUMBER: _EH155937_  DATE: _8-27-98_
REASON FOR INVENTORY: _U.S. Marshall_  INSTITUTION _G.D.C.P._

**CLOTHING ITEMS (BE SPECIFIC)**
TROUSERS
SHIRTS
SOCKS
JACKET
SWEATSHIRT
CAP
BELT
HANDKERCHIEF
UNDERSHIRTS
UNDERSHORTS
HOUSECOAT
TENNIS SHOES
BEDROOM SHOES
DRESS SHOES
SHOWER SHOES _1 pr._
GYM SHORTS
PAJAMAS
SKULL CAP

**FOOD ITEMS**
4 - Cheese Crackers
8 - Peanut Butter Crackers
3 - Pack Cookies
4 - Packs Peanuts
7 - Packs Corn Chips
2 - Packs Raisin Cereal
2 - Fancy Pecan Pies
1 - Honey Bun

**MISCELLANEOUS ITEMS**
DRINKING CUP
SHEETS
PILLOW CASES
TOWELS
BATHCLOTHS
BLANKETS
1 Brown Envelope w/ misc Papers
8 - White Full-Size Envelopes
8 - 32¢ Stamps

( ) Food ( 33 Cakes

**PERSONAL GROOMING ITEMS**
TOOTHPASTE _3_
RAZORS/BLADES _1_
SHAMPOO _1_
SHAVING CREAM
COMBS
HAIRBRUSH
TOOTHBRUSH _3_
DEODORANT _3_
1 - Ambi -Cream (used)

**PERSONAL PROPERTY ITEMS**
PHOTO ALBUM
PHOTOGRAPHS
COUPON BOOK
HEADPHONES _1 pr._
RADIO
WRISTWATCH
JEWELRY

RELIGIOUS MEDAL
PAPER/PADS _2_
PENCILS/PENS _1 / 3_
MAGAZINES
BOOKS _1 Webster's Dictionary_
SUNGLASSES
EYEGLASSES
BILLFOLD
LETTERS
4 - Bar Soap

**TOBACCO ITEMS**

**LEGAL MATERIALS**

This form must be completed any time an inmate's personal property is
confiscated or stored for any reason. The form should also be completed
upon inmate's arrival at a new institution.

_____  X_____
Inventory Officer's Signature       Inmate's Signature

_____  Witness' Signature
Shift Supervisor's Signature        _____
_____  Officer Returning Property
Inmate's Ack/Receipt of Property

Distribution:  White — Inmate File     Canary — Inmate     Pink — ID / Property Room

PI-634 (Rev. 3/89)

Exhibit 3.15

k.F.C. US MARSHALL

Attachment I
**Georgia Department of Corrections** SOP IIB6-0002

<u>INITIAL INMATE PERSONAL PROPERTY INVENTORY</u>

TAYLOR, JOHNNY L.                    EF-155937   B/M    GDCP    Date Received  9-18-98
Name_____ Number_____ Institution_____

Amount of money brought into institution_____

Destroyed or mailed:___ Coat          Shirt            Trousers
 (circle one)          Shoes (pr)     Socks (pr)       Belt
                        Shorts         Undershirt       Wallet
                        Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____
_____

_____        _____
Inmate's Signature                         Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
*********************************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

___ Shoes ___Earphone ___Toothbrush ___Toothpaste ___Socks (pr)
___ Disposable razor ___Institution rules

Copy No. _1_ of Book "Orientation Handbook for Offenders" by GDC

Other_____        _____
                                               Inmate's Arrival Signature
Remarks:_____

*********************************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                        _____
                                        Inmate's Departure Signature

Date of Transfer:_____ Destination:_____

Distribution:  White — Inmate File    Canary — Inmate    Pink — ID / Property Room

PI-1176 (Rev.3/89)

Exhibit 3.15

INMATE ORIENTATION AND CLASSIFICATION STATEMENT

TO:        SMITH, KEVIN

DATE:      August 14, 19__

NAME:      TAYLOR, KEVIN L                        ID NUMBER: XXXXXXX

I have received Orientation regarding this institution and State Rules, Regulations, Programs and Services. The opportunity to ask any questions regarding Rules, Regulations, Programs and Services and an explanation of all Inmate Grievance Procedures was given to me at this time.

Attendance during this Orientation session is certified by signature of the Counselor conducting Orientation. If questions arise at a later date, I will refer them to my assigned Counselor.

HAZARD COMMUNICATION TRAINING CERTIFICATION

I have received Hazard Communication Training as described in the Georgia Public Employee Hazardous Chemical Protection and Right to Know Act of 1988. The training was conducted by GDACP Orientation Counselor.

LEGAL SERVICES

I have been advised of access to the Courts, Law Library assistance, GDAP and legal assistance through the Center for Prisoner's Legal Assistance, Inc. (CPLA).

SEXUAL ALLEGATION

I have been advised that according to policy, staff of the Georgia Department of Corrections who become aware of a sexual allegation involving an offender must notify the Warden/Superintendent or his/her designee.

Signed: _____    XXXXXXX        Date: _____
              Inmate Signature              ID Number

Staff Member: _____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE FILE.

Department of Corrections
OFFENDER MANAGEMENT S͡ ͡M
Visitation Request Sheet

August 12, 1998 Exhibit 3 9:15:59 am
Report 3160
Printed By VANHOC00

NAME: TAYLOR,JOHNNY L                I.D.: 155937        RACE: B

| Visitor Name | Relationship | Address | Phone |
|---|---|---|---|
| Reba Taylor | Wife | 3834 Rollingwood In Atlanta GA 30316 | |
| Lisa Taylor | Sister | 1618 Donnalee Atlanta GA 30316 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The Superintendent or his representative is hereby authorized to open and examine all mail matter which may be directed to me or which may be sent out by me as long as I am an inmate.

X _Johnny Taylor_        Date:        August 12, 1998    _J. Russell_
                                                        (Witness)

Exhibit 3.15

## GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON
## INMATE CREDIT ENDORSEMENT

TAYLER  JOHNNY L
F F 155037          73
        7 2 54

I, _____/_____
          **NAME**                        **ID NUMBER**

Give the **GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON** permission
to endorse all money orders, checks, etc., by rubber stamp
rather than by signature.


Stamp to read as follows:
                    Deposit to the
                 Credit of the within
             Named Payee, Endorsement
             Guaranteed by G.D.&C.P
                 Jackson, Georgia
                Acct. # 004-37-442


Signed (Inmate) X *Johnny Taylor* _____

Witness _____ *T. Davis* _____

Date: _____ *8-12-98* _____


cc/file


ADM962.ADM

Exhibit 3.15

Attachment I
SOP IIB6-0002

**Georgia Department of Corrections**

INITIAL INMATE PERSONAL PROPERTY INVENTORY

TAYLOR,JOHNNY L.                    KF-155937  B/M   GDCP   Date Received  08-12-98
Name_____ Number_____ Institution_____

Amount of money brought into institution____$6.26 CM_____

Destroyed or mailed:____Coat____ / /   Shirt____ / /   Trousers
(Circle one)        ____Shoes (pr)/ /   Socks (pr)/ /   Belt
                    ____Shorts  / /   Undershirt/ /   Wallet
                    ____Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____

_____

_____

X_____        _____
Inmate's Signature                    Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
****************************************************************

Inmate's arrival signature acknowledges receipt of the following items:
___ Shoes ___ Earphone ___ Toothbrush ___ Toothpaste ___ Socks (pr)
___ Disposable razor ___ Institution rules

Copy No. ___ of Book "Orientation Handbook for Offenders" by GDC

Other_____        _____
                                            Inmate's Arrival Signature
Remarks:_____

****************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                    _____
                                    Inmate's Departure Signature

Date of Transfer:_____   Destination:_____


Distribution:  White — Inmate File    Canary — Inmate    Pink — ID / Property Room


PI-1176 (Rev.3/89)

Exhibit 3.15

GEORG__ IAGNOSTIC & CLASSIFICATION C__
Post Office Box 3877
Jackson, Georgia  30233

## COUNTY  COURT  RECEIPT

RE: TAYLOR,JOHNNY L.  EH-155937 B|M  NO MEDS B-121

This is to certify that I, Sheriff of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL  NORTHERN, the
                                              (County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
                                                                   (County &
_____ GA _____.
      State)

This the ___27TH___ Day of __AUGUST___  19 _98_ .

_____  US Marshals
(Lawful Sheriff or Deputy)


_____
ceiving & Identification Supervisor
            (or)
      Officer in Charge)

NOTE TO SHERIFF:  WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
                  NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
                  THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PI-1134  3-86

Exhibit 3.15

GEOR~ _AGNOSTIC & CLASSIFICATION CE~
Post Office Box 3877
Jackson, Georgia  30233

## COUNTY COURT RECEIPT

RE: TAYLOR, JOHNNY L.  EH-155937  B|M  NO MEDS  B-121

_____

_____

_____

_____

_____

This is to certify that I, Sheriff of _____ U.S. MARSHAEL NORTHERN DISTRICT
(County & State)

or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U.S. MARSHALL, NORTHERN DISTRICT
(County & State)

for trial.

Upon completion of said court of _____ U.S. MARSHALL  NORTHERN the
(County & State)

above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
(County &

GA
_____
State)

This the ___27TH___ Day of ___AUGUST___ 19_98_ .

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
(or)
Officer in Charge)

NOTE TO SHERIFF: WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PI-1134  3-86

Exhibit 3.15

STATE OF GEORGIA

PI 463

DEPARTMENT OF CORRECTIONS

(5/77)

ORDER FOR PRODUCTION OF PRISONER IN COURT

1:98CR053CC,205CC

RE: TAYLOR,JOHNNY L

**NAME**

EH155937

**NUMBER**

GA. DIAG. & CLASS. PRISON

**INSTITUTION**

GEORGIA, OTHER CUSTODY COUNTY

Whereas, Hon. __COOPER, CLARENCE__ Judge, __SUPERIOR__ Court has ordered that the above-named prisoner be produced in said Court on the __31st__ day of __August__, 19 __98__, for __SENTENCING__

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.

This the __21st__ day of __August__, 19 __98__.

J. Wayne Garner, Commissioner
Department of Corrections

BY _Calvin J. Brown_

Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
    Officer of the Court
    State Board of Pardons and Paroles
    Central Office – Inmate file

CC0825 (VER24DMAY'93)

Exhibit 3.15

**PI 463**
**(5/77)**

STATE OF GEORGIA
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**
**N O T I C E   O F   P I C K U P**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE: TAYLOR, JOHNNY L
   NAME

EH155937.
   NUMBER

DATE OF PICKUP 08/27/98

GA. DIAG. & CLASS. PRISON
   INSTITUTION

BY
   SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE

Exhibit 3.15

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT
N O T I C E   O F   R E T U R N

**PI 463**
(5/77)

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
 NAME

EH155937                                    DATE OF RETURN _____
 NUMBER


GA. DIAG. & CLASS. PRISON          BY _____
 INSTITUTION                           SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE

Exhibit 3.15

# PAROLE REVIEW SUMMARY

Institution _____CDCP_____ Date Submitted__11-10-98_____

I. Inmate: Name _Taylor, Johnny_____ ID Number_EII-155937_____

II. Type case: Parole_____ Max Out_____    Report covers
Tentative Month: Mo_____ Yr_____    the months From__8-12-98____ To_10-28-98

III. Disciplinary Reports and Dispositions:
_____No disciplinaries found._____

IV. Proposed Plan for Residence and Employment Upon Release:
_____Inmate claims he will parole to Federal Prison._____

V. Case Management Summary:
a. Current status Mental Health/Mental Retardation Program: Active ☐   Not active ☒

b. Comment upon institutional adjustment, staff/peer relationships, and overall performance. It is imperative to include a statement regarding the response to treatment of any inmate currently active in the Mental Health/Mental Retardation Program.
_____Inmate is currently in diagnostic processing status; no_____
_____case manager assigned. Subject in a Texas jail and is are_____
_____available for diagnostic testing._____

VI. Summary Rating: Work/Activity Performance Report
    Above average ☐    Average ☒    Below average ☐

VII. Recommendations: (Please place an X in each appropriate space).
a. Release in advance of Tentative Parole Month (TPM)_____ or Max Out Date_____
                 No ☐   Yes ☐

b. To date accumulated TPM Extension _____ days

c. Reduction of Disciplinary TPM Extension
         No ☐   Yes, by _____ days

_____      _____
           Signature                 Date

VIII. Warden's Statement:

Summary Rating:    Above average ☐    Average ☒    Below average ☐

_____      _____
           Signature                 Date

IX. Final DOR Recommendations to Parole Board (Central Office use only)
    Please consider this inmate:
                Above average ☐    Average ☐    Below average ☐ .

    TPM Extension of _____ days

_____      _____
           Signature                 Date

Distribution: Copies 1 and 2 — Offender Administration   Copy 3 — Institutional File

DOOR Form #50-953

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

ATTACHMENT II
SOP IIB6-0002

INMATE PERSONAL PROPERTY INVENTORY

NAME: _Taylor, Johnny_  NUMBER: _EH155937_  DATE: _8-27-98_
REASON FOR INVENTORY: _U.S. Marshall_  INSTITUTION _G.D.C.P._

CLOTHING ITEMS (BE SPECIFIC)
TROUSERS
SHIRTS
SOCKS
JACKET
SWEATSHIRT
CAP
BELT
HANDKERCHIEF
UNDERSHIRTS
UNDERSHORTS
HOUSECOAT
TENNIS SHOES
BEDROOM SHOES
DRESS SHOES
SHOWER SHOES _1 pr._
GYM SHORTS
PAJAMAS
SKULL CAP

FOOD ITEMS
_4 - Cheese Crackers_
_8 - Peanut Butter Crackers_
_3 - Pack Cookies_
_4 - Packs Peanuts_
_2 - Packs Corn Chips_
_2 - Pack Raisin Cereal_
_2 - Fancy Pecan Pies_
_1 - Honey Bun_
MISCELLANEOUS ITEMS
DRINKING CUP
SHEETS
PILLOW CASES
TOWELS
BATHCLOTHS
BLANKETS
_1 Brown Envelope w/ misc Papers_
_8 - White Full-Size Envelopes_
_8 - 32¢ Stamps_

_1 Food (33 Cakes_

PERSONAL GROOMING ITEMS
TOOTHPASTE _3_
RAZORS/BLADES _1_
SHAMPOO _1_
SHAVING CREAM
COMBS
HAIRBRUSH
TOOTHBRUSH _3_
DEODORANT _3_
_1 - Ambi Cream (used)_

PERSONAL PROPERTY ITEMS
PHOTO ALBUM
PHOTOGRAPHS
COUPON BOOK
HEADPHONES _1 pr._
RADIO
WRISTWATCH
JEWELRY

RELIGIOUS MEDAL
PAPER/PADS _2_
PENCILS/PENS _1 / 3_
MAGAZINES
BOOKS _1 Webster's Dictionary_
SUNGLASSES
EYEGLASSES
BILLFOLD
LETTERS
_4 - Bar Soap_
TOBACCO ITEMS

LEGAL MATERIALS

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_____ 8-27-98 6810
Inventory Officer's Signature

X _____
Inmate's Signature

_____
Shift Supervisor's Signature

_____
Witness' Signature

_____
Inmate's Ack/Receipt of Property

_____ 9-18-98 1447
Officer Returning Property

Distribution:   White — Inmate File    Canary — Inmate    Pink — ID / Property Room

PI-634 (Rev. 3/89)

Exhibit 3.15

R.F.C.  US MARSHALL

Attachment  I
## Georgia Department of Corrections SOP IIB6-0002
### INITIAL INMATE PERSONAL PROPERTY INVENTORY

TAYLOR, JOHNNY L.                EF-155937   B/M    GDCP     Date Received  9-18-98
Name_____   Number_____  Institution_____

Amount of money brought into institution_____

Destroyed or mailed:____  Coat_____  Shirt_____  Trousers
(circle one)              Shoes (pr)_____  Socks (pr)_____  Belt
                          Shorts_____  Undershirt_____  Wallet
                          Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____
_____
_____

_____          _____
Inmate's Signature                       Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
*********************************************************************************

Inmate's arrival signature acknowledges receipt of the following items:

___ Shoes  ___ Earphone  ___ Toothbrush  ___ Toothpaste  ___ Socks (pr)
___ Disposable razor  ___ Institution rules

Copy No. _1_ of Book "Orientation Handbook for Offenders" by GDC

Other_____   _____
                                         Inmate's Arrival Signature
Remarks:_____

*********************************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                                         _____
                                         Inmate's Departure Signature

Date of Transfer:_____   Destination:_____

  Distribution:  White — Inmate File     Canary — Inmate     Pink — ID / Property Room

PI-1176 (Rev.3/89)

Exhibit 3.15

GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON

RE:        ORIENTATION

DATE:        August 14, 1998

NAME:        TAYLOR,JOHNNY L                    ID NUMBER:   EH155937

I have received Orientation regarding this institution and GD&CP
Rules, Regulations, Programs and Services.  The opportunity to ask any questions
regarding Rules, Regulations, Programs and Services and an explanation of the
Inmate Grievance Procedures was given to me on this date.

Attendance during this Orientation session is verified by signature of the
counselor conducting Orientation.  If questions arise at a future time, I will
direct them to my assigned Counselor.

### HAZARD COMMUNICATION TRAINING CERTIFICATION

I have received Hazard Communication Training as described in the Georgia
Public Employee Hazardous Chemical Protection and Right to Know Act of
1988.  The training was conducted by GD&CP Orientation Counselor.

### LEGAL SERVICES

I have been advised of access to the courts, Law Library services at GD&CP
and legal assistance through the Center for Prisoner's Legal Assistance,
Inc. (CPLA).

### SEXUAL ALLEGATIONS

I have been advised that according to policy, staff of the Georgia Department
of Corrections who become aware of a sexual allegation involving an offender
must notify the Warden/Superintendent or his/her designee.

Signed: _____     155937          8/14/98
           Inmate Signature            ID Number        Date

Staff Member: _____

THIS STATEMENT MUST BE PLACED IN THE INMATE'S ADMINISTRATIVE CHART.

Department of Corrections
OFFENDER MANAGEMENT SYSTEM
Visitation Request Sheet

August 12, 1998    9:49 am
Report 3160
Printed By VANHOC00

Exhibit 3.15

NAME: TAYLOR,JOHNNY L              I.D.: 155937        RACE: B

| Visitor Name | Relationship | Address | Phone |
|---|---|---|---|
| Reba Taylor | Wife | 2834 Rollingwood ln Atlanta GA 30316 | |
| Lisa Taylor | Sister | 1618 DonnaLee Atlanta GA 30316 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The Superintendent or his representative is hereby authorized to open and
examine all mail matter which may be directed to me or which may be sent
out by me as long as I am an inmate.

X _Johnny Taylor_            Date:    August 12, 1998    _J. Russell_
                                                          (Witness)

Exhibit 3.15

## GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON
## INMATE CREDIT ENDORSEMENT

TAYLOR JOHNY L
FF 155937          73
        7 2 54

I, _____/_____

         **NAME**                                    **ID NUMBER**

Give the **GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON** permission
to endorse all money orders, checks, etc., by rubber stamp
rather than by signature.

Stamp to read as follows:

                    Deposit to the
                  Credit of the within
                 Named Payee, Endorsement
                 Guaranteed by G.D.&C.P
                   Jackson, Georgia
                  Acct. # 004-37-442

Signed (Inmate) X *Johnny Taylor* _____

Witness _____ *F. Daniel* _____

Date: ____ *8-12-78* _____

cc/file

ADM962.ADM

Exhibit 3.15

**Georgia Department of Corrections** SOP IIB6-0002

Attachment I

INITIAL INMATE PERSONAL PROPERTY INVENTORY

TAYLOR,JOHNNY L.                    KF-155937 B/M   GDCP   Date Received 08-12-98
Name_____ Number_____ Institution_____

Amount of money brought into institution____$6.26 CA____

Destroyed or mailed: (circle one)  Coat___ Shirt___ Trousers___
Shoes (pr)___ Socks (pr)___ Belt___
Shorts___ Undershirt___ Wallet___
Jewelry_____

Property Stored_____

Description of articles in possession of inmate_____

_____

_____              _____
Inmate's Signature                   Processing Officer's Signature

Personal Property mailed to:

Name:_____
Address:_____
City, State, & Zip Code:_____
********************************************************************

Inmate's arrival signature acknowledges receipt of the following items:
__ Shoes __ Earphone __ Toothbrush __ Toothpaste __ Socks (pr)
__ Disposable razor __ Institution rules / Deodorant

Copy No. __ of Book "Orientation Handbook for Offenders" by GDC

Other_____          _____
                             Inmate's Arrival Signature
Remarks:_____

********************************************************************

I certify that I have received the above listed personal property that
has been stored for me during my incarceration at this institution.

                             _____
                             Inmate's Departure Signature

Date of Transfer:_____  Destination:_____

Distribution:  White — Inmate File   Canary — Inmate   Pink — ID / Property Room

PI-1176 (Rev.3/89)

Exhibit 3.15

GEORGL IAGNOSTIC & CLASSIFICATION CEN.
Post Office Box 3877
Jackson, Georgia   30233

## COUNTY COURT RECEIPT

RE: TAYLOR,JOHNNY L.   EH-155937 B|M   NO MEDS B-121

_____

_____

_____

_____

_____

This is to certify that I, Sheriff of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U.S. MARSHALL NORTHERN DISTRICT
                                              (County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL  NORTHERN, the
                                              (County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by ____ U.S. MARSHALL
                                                                 (County &
_____ GA _____.
        State)

This the ___27TH___ Day of __AUGUST_____ 19 _98_ .

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
              (or)
        Officer in Charge)

NOTE TO SHERIFF: WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT,
                 NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY
                 THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PI-1134   3-86

Exhibit 3.15

GEORGIA DIAGNOSTIC & CLASSIFICATION CENTER
Post Office Box 3877
Jackson, Georgia 30233

## COUNTY COURT RECEIPT

RE: TAYLOR, JOHNNY L. EH=155937 B|M NO MEDS B-121

_____

This is to certify that I, Sheriff of _____ U.S. MARSHAEL NORTHERN DISTRICT
(County & State)
or his Lawful Deputy, have this date received the above named subject(s)

from the Warden, Georgia Diagnostic & Classification Center, for their

production in the Superior Court of _____ U S MARSHALL NORTHERN DISTRICT
(County & State)
for trial.

Upon completion of said court of _____ U.S.MARSHALL NORTHERN the
(County & State)
above named subject(s) will be returned to the custody of the Warden,

Georgia Diagnostic & Classification Center, Jackson, Georgia.

Any expenses incidental to the production of the above named subject(s)

in court and return to this institution are to be borne by _____ U.S. MARSHALL
(County &

_____ GA _____ .
State)

This the 27TH Day of AUGUST 19 98 .

_____ US Marshals
(Lawful Sheriff or Deputy)

_____
ceiving & Identification Supervisor
(or)
Officer in Charge)

**NOTE TO SHERIFF:** WHEN RETURNING THE ABOVE INMATE(S) TO GD&CC FROM COURT, NOTIFY THIS INSTITUTION PRIOR TO DEPARTURE (PREFERABLY THE DAY BEFORE) TO INSURE BED SPACE AT GD&CC.

PI-1134 3-86

Exhibit 3.15

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT

**PI 463**
**(5/77)**

1:98CR053CC,205CC

RE: TAYLOR, JOHNNY L
NAME

EH155937
NUMBER

GA. DIAG. & CLASS. PRISON
INSTITUTION

GEORGIA, OTHER CUSTODY COUNTY

Whereas, Hon. COOPER, CLARENCE Judge, SUPERIOR Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August, 19 98, for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August, 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY _Calvin J. Brown_
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office — Inmate file

CC0625 (V-P24DCA'93)

Exhibit 3.15

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT
N O T I C E   O F   P I C K U P

**PI 463**
**(5/77)**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE: TAYLOR, JOHNNY L
    NAME

EH155937                                    DATE OF PICKUP  08/27/98
    NUMBER

GA. DIAG. & CLASS. PRISON                   BY
    INSTITUTION                                 SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE

Exhibit 3.15

**STATE OF GEORGIA**
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**
**N O T I C E   O F   R E T U R N**

**PI 463**
**(5/77)**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
    NAME

EH155937
   .NUMBER

DATE OF RETURN

GA. DIAG. & CLASS. PRISON
  INSTITUTION

BY
    SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE

Exhibit 3.15

STATE OF GEORGIA

**DEPARTMENT OF CORRECTIONS**

ORDER FOR PRODUCTION OF PRISONER IN COURT

**PI 463**
(5/77)

1:98CR053CC,205CC

RE: TAYLOR, JOHNNY L
_____
NAME

EH155937
_____
NUMBER

GA. DIAG. & CLASS. PRISON
_____
INSTITUTION

GEORGIA, NORTHERN

Whereas, Hon. COOPER, CLARENCE Judge, US DISTRICT Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August, 19 98, for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August, 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY _Calvin J. Brown_____
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office - Inmate file

CC0625 (VER 24DMAY'93)

Exhibit 3.15

**PI 463**
(5/77)

STATE OF GEORGIA
**DEPARTMENT OF CORRECTIONS**
**ORDER FOR PRODUCTION OF PRISONER IN COURT**
**N O T I C E   O F   P I C K U P**

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
NAME

EH155937                                      DATE OF PICKUP 08/27/98
NUMBER

GA. DIAG. & CLASS. PRISON              BY
INSTITUTION                                   SHERIFF OR U.S. MARSHALL

**TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON PICKUP OF INMATE**

Exhibit 3.15

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT

**N O T I C E   O F   R E T U R N**

PI 463
(5/77)

1:98CR053CC,205CC

ATTN: Releases and Agreements

RE:TAYLOR,JOHNNY L
NAME

EH155937
NUMBER

DATE OF RETURN

GA. DIAG. & CLASS. PRISON
INSTITUTION

BY
SHERIFF OR U.S. MARSHALL

TO BE COMPLETED AND MAILED TO CENTRAL OFFICE IMMEDIATELY UPON RETURN OF INMATE

CC0627 (VER 2.0 MAY'93)
OR4DCA

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**INMATE PROPERTY DISPOSAL AGREEMENT**

Hancock S.P.
_____
Institution

I, Johnny Taylor #155737, have received through the mail on the below listed items that were not on my approved Request/Authorization to Receive Package form or that are not authorized by this institution. I have been informed that I have thirty (30) days in which to have the listed items picked up at visitation by a visitor listed on my visiting list, mailed home at my expense or the items will be destroyed or donated to charity. I also understand the deadlines for disposing of the items will be 2-3-01. I fully understand that if the items are not disposed of by mail or visitation, they will be destroyed after the above date.

DATE: 1-2-01

_____
Inmate Signature & Number

1. Sun Flower Seeds     6. _____
2. Foam Bnxs           7. _____
3. Body Lotion         8. _____
4. Bulth Gel=          9. _____
5. _____    10. _____

_____
OFFICER

_____      _____      _____
Date Mailed Home      Officer Signature      Inmate Signature

_____      _____      _____
Date Picked up/visitation      Officer Signature      Visitor Signature

2/12/01

_____      _____      _____
Date Destroyed/Donated      Officer Signature      Witness Signature

itribution:   White — Inmate File      Canary — Inmate      Pink — ID / Property Room



PI-1165 (Rev. 3/89)

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor



James E. Donald
Commissioner

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA          ,GA#30303

Date: 06/18/08

RE :     TAYLOR,JOHNNY L        ,EH-0000155937, GDC ID-0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release:_____07/21/2008_____ Time: 8:00 a.m. to 5:00 p.m.

Location of inmate:_____HANCOCK STATE PRISON_____

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _____
Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:     State Board of Pardons and Paroles
        Warden
        Sheriff
        Central office file

Version 1.0

CC0940

Exhibit 3.15

# CERTIFICATE OF
# CONDITIONAL TRANSFER



### STATE BOARD
### OF
### PARDONS AND PAROLES
### ATLANTA, GEORGIA

**KNOW ALL MEN BY THESE PRESENTS:**

It having been made to appear to the Georgia State Board of Pardons and Paroles that there is reasonable probability that the inmate named below WILL NOT FURTHER VIOLATE THE LAWS, and that there is a detainer filed against the inmate, and it being the opinion of said Board that the transfer of this inmate is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this inmate will not become a public charge on transfer.

Under the authority vested in the State Board of Pardons and Paroles by the Laws of Georgia, it is hereby ORDERED that the inmate named below be Conditionally Transferred pending good behavior and subject to the conditions of Conditional Transfer as listed here and on the reverse side of this Order until the expiration of the confinement sentence(s).

It is further ordered that, should said inmate satisfy all detainers or be released from custody of the detaining authority prior to completion of the Georgia sentence(s) on which Conditionally Transferred, custody shall revert back to the jurisdiction of this Board for disposition.

This Conditional Transfer shall permit the delivery of the inmate to authorities of the Federal Government or of any jurisdiction otherwise entitled to his custody, the priority of more than one detainer to be determined by the Georgia Department of Corrections.

**NOT VALID WITHOUT BOARD SEAL**

In witness whereof this Certificate bearing the Seal of the State Board of Pardons and Paroles is issued.

**STATE BOARD OF PARDONS AND PAROLES**

For the Board

**ORDER NUMBER: 186711**

**INMATE:** Johnny L. Taylor, EF-155937

**OFFENSE(S) AND COURT(S):** Armed Robbery (82CR1246) (Ct 1) Aggravated Assault (Ct 3); Dekalb Superior, Escape (84-38); Tattnall Superior

**EFFECTIVE CONDITIONAL TRANSFER DATE:** July 21, 2008

**EXPIRATION DATE: LIFE**

**ISSUE DATE: June 4, 2008**

**SPECIAL CONDITIONS:** If released from custody prior to the expiration date listed above, I will contact the Georgia Interstate Compact Unit, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334 within 24 hours after my release. This contact will be by phone (404-656-5747) and will be for the purpose of assigning me to a Parole Officer.

Rev. August 2003

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON      /WARDEN
PO BOX 339
SPARTA      , GA 31087-0339          6/18/2008

RE:   TAYLOR,JOHNNY L              EH -    155937
                                   GDC ID -  380941

Dear Warden:

The attached parole order or conditional release order authorizes the
release of the above named inmate.

Be certain that the inmate understands the conditions of his or her
release.  The four copies of the order should be signed and witnessed.
Return one copy to the Department of Corrections, one copy to the inmate
and one copy for your files. Provide the inmate with the arrival notice
and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:   PATTI FOSTER, DIRECTOR
      INMATE ADMINISTRATION

Note: If subject has been moved to another jail, return release documents
      and provide new jail county and date moved. If subject was released
      from your jail, return release documents and provide date and reason
      for release.

SHOULD NOT RECEIVE $25 GRATUITY

Version 1.0                    Equal Opportunity Employer                    CC0624

Exhibit 3.15



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

**NOTE TO WARDEN/SUPERINTENDENT:**
THIS ORDER SHOULD BE SIGNED BY
THE INMATE AND THE RECEPTION,
RELEASE OFFICER ADVISED
IMMEDIATELY BY TELETYPE.

Sonny Perdue
Governor

James E. Donald
**Commissioner**

HANCOCK STATE PRISON  /WARDEN
PO BOX 339
SPARTA              , GA 31087-0339                6/18/2008

RE:    TAYLOR,JOHNNY L                    EH  -    155937
                                          GDC ID  -    380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of the first agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer. I am by copy of this letter,
advising these authorities to have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibililty to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release. If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
              FULTON
              75 SPRING ST.S.W. RM.1669
              ATLANTA          GA  30303

James E. Donald, Commissioner
Department of Corrections

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:    State Board of Pardons and Paroles SHOULD NOT RECEIVE $25  GRATUITY
       Detainer
       Sheriff

Equal Opportunity Employer

Version 1.0

CC0624

Exhibit 3.15



**GEORGIA DEPAR MENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 — East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

**James E. Donald**
Commissioner

HANCOCK STATE PRISON    /WARDEN
PO BOX 339
SPARTA    , GA 31087-0339                6/18/2008

RE:   TAYLOR,JOHNNY L                EH -    155937
                                GDC ID -    380941

Dear Warden:

The attached parole order or conditional release order authorizes the release of the above named inmate.

Be certain that the inmate understands the conditions of his or her release. The four copies of the order should be signed and witnessed. Return one copy to the Department of Corrections, one copy to the inmate and one copy for your files. Provide the inmate with the arrival notice and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:   PATTI FOSTER, DIRECTOR
      INMATE ADMINISTRATION

Note:  If subject has been moved to another jail, return release documents and provide new jail county and date moved. If subject was released from your jail, return release documents and provide date and reason for release.

SHOULD NOT RECEIVE $25  GRATUITY

————————— **Equal Opportunity Employer**

CC0824

Exhibit 3.15



**GEORGIA DEPART ENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334



*U. S. Marshal*
*478-752-8280*
*Herb*
*Deputy US Marshal*

Sonny Perdue
Governor

James E. Donald
**Commissioner**

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA       ,GA#30303

Date: 06/18/08

RE:    TAYLOR,JOHNNY L    ,EH–0000155937, GDC ID–0000380941

Dear Sir:

The above–named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release:_____07/21/2008_____ Time: 8:00 a.m. to 5:00 p.m.

Location of inmate:_____HANCOCK STATE PRISON_____

*Allen, Kenreith _*
*Jackson, John*

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _____

Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:    State Board of Pardons and Paroles
       Warden
       Sheriff
       Central office file

*Johnny Taylor*

**Equal Opportunity Employer**

Version 1.0

CC0940

Exhibit 3.15



**GEORGIA DEPAI MENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

NOTE TO WARDEN/SUPERINTENDENT:
THIS ORDER SHOULD BE SIGNED BY
THE INMATE AND THE RECEPTION,
RELEASE OFFICER ADVISED
IMMEDIATELY BY TELETYPE.

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON WARDEN
PO BOX 339
SPARTA          , GA 31087-0339                    6/18/2008

RE:    TAYLOR,JOHNNY L                    EH  -      155937
                                        GDC ID -    380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of  the   first   agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer.  I am by copy of this letter,
advising these authorities to  have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibililty to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release.  If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
FULTON
76 SPRING ST.S.W. RM.1669
ATLANTA          GA  30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:   State Board of Pardons and Paroles SHOULD NOT RECEIVE $25  GRATUITY
       Detainer
       Sheriff

**Equal Opportunity Employer**

Version 1.0                                                              CC0624

Exhibit 3.15

# CERTIFICATE OF
# CONDITIONAL TRANSFER



STATE BOARD
OF
PARDONS AND PAROLES
ATLANTA, GEORGIA

**KNOW ALL MEN BY THESE PRESENTS:**

It having been made to appear to the Georgia State Board of Pardons and Paroles that there is reasonable probability that the inmate named below WILL NOT FURTHER VIOLATE THE LAWS, and that there is a detainer filed against the inmate, and it being the opinion of said Board that the transfer of this inmate is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this inmate will not become a public charge on transfer.

Under the authority vested in the State Board of Pardons and Paroles by the Laws of Georgia, it is hereby ORDERED that the inmate named below be Conditionally Transferred pending good behavior and subject to the conditions of Conditional Transfer as listed here and on the reverse side of this Order until the expiration of the confinement sentence(s).

It is further ordered that, should said inmate satisfy all detainers or be released from custody of the detaining authority prior to completion of the Georgia sentence(s) on which Conditionally Transferred, custody shall revert back to the jurisdiction of this Board for disposition.

This Conditional Transfer shall permit the delivery of the inmate to authorities of the Federal Government or of any jurisdiction otherwise entitled to his custody, the priority of more than one detainer to be determined by the Georgia Department of Corrections.

**NOT VALID WITHOUT BOARD SEAL**

In witness whereof this Certificate bearing the Seal of the State Board of Pardons and Paroles is issued.

**STATE BOARD OF PARDONS AND PAROLES**

For the Board

**ORDER NUMBER: 186711**

**INMATE:** Johnny L. Taylor, EF-155937

**OFFENSE(S) AND COURT(S):** Armed Robbery (82CR1246) (Ct 1) Aggravated Assault (Ct 3); Dekalb Superior, Escape (84-38); Tattnall Superior

**EFFECTIVE CONDITIONAL TRANSFER DATE:** July 21, 2008

**EXPIRATION DATE: LIFE**

**ISSUE DATE:** June 4, 2008

**SPECIAL CONDITIONS:** If released from custody prior to the expiration date listed above, I will contact the Georgia Interstate Compact Unit, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334 within 24 hours after my release. This contact will be by phone (404-656-5747) and will be for the purpose of assigning me to a Parole Officer.

Exhibit 3.15



**GEORGIA DEPART NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON      /WARDEN
PO BOX 339
SPARTA      , GA 31087-0339            6/18/2008

RE:   TAYLOR, JOHNNY L            EH -    155937
                              GDC ID -   380941

Dear Warden:

The attached parole order or conditional release order authorizes the release of the above named inmate.

Be certain that the inmate understands the conditions of his or her release. The four copies of the order should be signed and witnessed. Return one copy to the Department of Corrections, one copy to the inmate and one copy for your files. Provide the inmate with the arrival notice and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:   PATTI FOSTER, DIRECTOR
      INMATE ADMINISTRATION

Note:  If subject has been moved to another jail, return release documents and provide new jail county and date moved. If subject was released from your jail, return release documents and provide date and reason for release.

SHOULD NOT RECEIVE $25   GRATUITY

Equal Opportunity Employer

Version 1.0                                                CC0624

Exhibit 3.15



**GEORGIA DEPART _NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 - East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
**Commissioner**

HANCOCK STATE PRISON WARDEN
PO BOX 339
SPARTA , GA 31087-0339                    6/18/2008

RE:   TAYLOR,JOHNNY L          EH -     155937
                                GDC ID -   380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of the first agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer. I am by copy of this letter,
advising these authorities to have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibility to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release. If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
FULTON
75 SPRING ST.S.W. RM.1669
ATLANTA          GA   30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:   State Board of Pardons and Paroles SHOULD NOT RECEIVE $25 GRATUITY
      Detainer
      Sheriff

**Equal Opportunity Employer**

Johnny Taylor

Version 1.0                                                    CC0624



Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

BENTON, SHONI
U.S. MARSHALS SERVICE, NDG
75 SPRING ST. S.W. RM. 1669
ATLANTA          ,GA#30303

Date: 06/18/08

RE :     TAYLOR,JOHNNY L          ,EH–0000155937, GDC ID–0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release: _____ 07/21/2008 _____   Time: 8:00 a.m. to 5:00 p.m.

Location of inmate: _____ HANCOCK STATE PRISON _____

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _____
Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:     State Board of Pardons and Paroles
        Warden
        Sheriff
        Central office file

Equal Opportunity Employer

Version 1.0

CC0940

Exhibit 3.15

## NEEDS ASSESSMENT/PROGRAM PLAN

Name _Johnny Taylor_  Number _380941_  Security _MED_  PIC/TPM/MRD _Life_

Counselor _FOSTON_  Institution _HSP_  Institution Code _541_  Date _____

**ACADEMIC EDUCATION:**

Inmate does not have GED or High School Diploma ☐ (If checked, consider Academic program)

Inmate speaks English as a second language or does not speak English ☐ (If checked, consider ESOL)

Inmate is under 22 and has history of Special Education ☐ (If checked, consider Special Education)

**EMPLOYABILITY:**

Unstable/no work history, Limited/no job skills ☐ (If checked, consider OJT or Vocational Ed)

**SUBSTANCE ABUSE:**

History of substance use/abuse or drug related crime ☐ (If checked, Motivation for Change required

Substance abuse/dependency problem ☐ (If checked, consider Prime for Life / RSAT)

**CRIMINAL HISTORY**

Inmate has history of domestic violence ☐ (If checked, Family Violence required)

Sex offense with Parole mandated treatment ☐ (If checked, SOPP required/Parole will refer

**COGNITIVE BEHAVIORAL:**

History of substance abuse; juvenile delinquency; parole/probation failure ☐ (If checked, consider R&R/MRT/T4C/ART)
 Failure to attend groups; sporadic employment; unstable residence

**POST INCARCERATION:**

Financial /community resource problems; inadequate or no post release plan ☐ (If checked, consider Transitional program)

| PROGRAMS | N/A | Required | Needed | Referred | Refused | Date Enrolled | Date Terminated | Successful Complet |
|---|---|---|---|---|---|---|---|---|
| Motivation for Change | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☑ Yes ☐ No |
| Family Violence | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| SOPP | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Pre-Release | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Parenting | ☐ | ☐ | ☐ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Literacy/RR | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| ABE | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☑ Yes ☐ No |
| GED Prep | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| ESOL | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Special Education | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Vocational | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| OJT | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Prime for Life | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| RSAT | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Victim Impact | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Female Perpetrators | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Cog Program | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| (Indicate Choice) | ☐ R&R | ☐ MRT | ☐ T4C | ☐ ART | | | | |
| Transitional Program | ☐ | ☐ | ☑ | ☐ | ☐ | | | ☐ Yes ☐ No |
| Other: _____ | | | | | | | | ☐ Yes ☐ No |

Inmate Comments: _Inmate needs is to take groups that he needs to take._

Date: _2-17-05_  Signature: _____

Counselor Comments _Inmate stated he have federal time to do. Inmate stated he have positive attitude_

Date: _2/17/05_  Signature: _Counslr Foston_

**CLASSIFICATION APPROVAL**

Date: _2-22-05_  Signature: _Jun Coon_

Retention Schedule: Upon completion, this form will be placed in the Inmate administrative file.

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock SP 541 | 4. DATE: 12/29/07 |
|---|---|---|---|
| 5. CURRENT SECURITY Minimum | 6. RATER: Farley | | 7. LAST REVIEW DATE: No-14-07 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE | C. 25YR OR LIFE W/O PAROLE | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|
| | B. PAROLE SET OFF | D. MH/MR | |

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) LIFE
October 2, 1973

TPM/MRD ( non-life )
0= 0-36 mos.   2= 72-119 mos.
1= 37-71 mos.   3= 120+ mos.

(life)
(0)= 16+ yrs.   2= 6-10 yrs.
1= 11-15 yrs.   3= 0- 5 yrs.

0

2. Involvement with drugs/alcohol
Never

(0= never/past)   2= current

0

3. Type of most serious disciplinary report
Past

(0= none)   1= low, moderate   3= high   4= greatest

0

4. Frequency of disciplinary reports
Past

(0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more

0

5. Responsibility inmate has shown

Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.

1

6. Escapes
GaSP (12-04-83)

0= none   (1= 1)   2= 2   3= 3 or more

1

7. Sex offenses
None

(0= none)   1= other sex offense   3= aggressive sex acts

0

8. Assaultive criminal history
Agg Assault / Armed Robbery

0= none   1= 1 violent   (3= 2 violent)   4= 3 or more

3

9. Detainers/Pending Charges
Unknown Offense –10-27-1998

0= none   (1= lowest, low moderate, moderate)   3= high   4= greatest

1

### IV. SECURITY SCORING TOTAL

6

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| (Minimum) | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | (0 - 6) | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 6/27/08 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum (Trusty) | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: Detaine |
|---|---|---|---|---|---|---|

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: | ENT'D JAN 1 5 2007 |
|---|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

DISAPPROVED DUE TO:
_____
_____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-855 (Revised 10/28/99)

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(3/15/2006)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0 Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1 Good | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 2 Average | | | | |
| 3 Marginal | | | | |
| 4 Poor / Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
# WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_     Inmate ID: _380941_

Counselor: _Angela L Farley_     Institution: HANCOCK S.P.

Reporting Staff Member: _____ Work/Activity: _N.1 CBD_

Number of Months Supervised: _____

**************************************************************************************

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | | X | | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | | X | | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | X | | | |
| **QUALITY OF WORK**<br>- Meets Quotas / Goals<br>- Completes work assigned | | | X | | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | | X | | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | | X | | | |
| **OVERALL RATING** | | | | | | |

## REASON FOR REPORT

| | | | | | |
|---|---|---|---|---|---|
| Assignment Change | [ ] | Program Completion | [ ] | Test Scores | [ ] |
| Security Review | [ ] | Performance Notice | [ ] | M: _____ | |
| Parole Review | [ ] | | | R: _____ | |
| | | | | L: _____ | |
| | | | | O: _____ | |

## COMMENTS

_Inmate Taylor Johnny is very consistent_

_____

STAFF SIGNATURE: _Ofc. A. Copeland COII_    DATE: _12/18/07_

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

| I. 1. NAME: Taylor Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 06-14-07 |
|---|---|---|---|
| 5. CURRENT SECURITY: Medium | 6. RATER: Farley | | 7. LAST REVIEW DATE: 12/14/80X |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | | |
|---|---|---|
| 1. Time remaining LIFE on sentence (in months) October 12, 1973 | TPM/MRD ( non-life ) 0= 0-36 mos. 2= 72-119 mos. 1= 37-71 mos. 3= 120+ mos. | (life) (0= 16+ yrs) 2= 6-10 yrs. 1= 11-15 yrs. 3= 0- 5 yrs. | 0 |
| 2. Involvement with drugs/alcohol Never | (0= never/past) 2= current | | 0 |
| 3. Type of most serious disciplinary report None current | (0= none) 1= low, moderate 3= high 4= greatest | | 0 |
| 4. Frequency of disciplinary reports None current | (0= none) 1= 1 2= 2 3= 3 or 4 5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes Ga State Prison (12/24/1988) | 0= none (1= 1) 2= 2 3= 3 or more | | 1 |
| 7. Sex offenses NONE | (0= none) 1= other sex offense 3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history Agg Assault / Armed Robbery | 0= none 1= 1 violent (3= 2 violent) 4= 3 or more | | 3 |
| 9. Detainers/Pending Charges Unknown Offense (10-87-1998) | 0= none (1= lowest, low moderate, moderate) 3= high 4= greatest | | 1 |
| IV. SECURITY SCORING TOTAL | | | 6 |

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | (0 - 6) | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 12-14-07 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: HI-Max Maximum Close (Medium) (Minimum) Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close (Medium) (Minimum) Trusty | 6. SECURITY EXCEPTION REASON: |
| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: ENTD JUL 1 7 2007 | |

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO:

_____

_____

Date _____ Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)
DOC50-955 (Revised 10/26/99)

Exhibit 3.15

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor     Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibilit Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
# WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor Johnny_  Inmate ID: _380941_

Counselor: _Angela L Farley_  Institution: HANCOCK S.P.

Reporting Staff Member: _____ Work/Activity: _N-1 CBD_

Number of Months Supervised: _06_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY - Attendance - On Time | | | X | | | |
| RESPONSE TO SUPERVISOR - Follow Instructions - Works well without supervision | | | X | | | |
| TEAM WORK - Cooperates with other workers - Works toward team goals - Not disruptive to others | | | X | | | |
| QUALITY OF WORK - Meets Quotas / Goals - Completes work assigned | | | X | | | |
| SKILL DEVELOPMENT - Increased competency - Increased grade level | | | X | | | |
| APPEARANCE - Hygiene - Proper Dress | | | X | | | |
| OVERALL RATING | | | | | | |

## REASON FOR REPORT

| | | | | | |
|---|---|---|---|---|---|
| Assignment Change | [ ] | Program Completion | [ ] | Test Scores | [ ] |
| Security Review | [ ] | Performance Notice | [ ] | M: _____ |
| Parole Review | [ ] | | | R: _____ |
| | | | | L: _____ |
| | | | | O: _____ |

## COMMENTS

_____

_____

_____

STAFF SIGNATURE: _____  DATE: _6/13/07_

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

**GEORGIA DEPARTMENT OF CORRECTION**
**SECURITY RECLASSIFICATION FORM**

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 12/14/06 |
|---|---|---|---|
| 5. CURRENT SECURITY Maximum | 6. RATER: Farley | | 7. LAST REVIEW DATE: Not Known |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE / B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE / D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining LIFE on sentence (in months) October 13, 1973

TPM/MRD ( non-life )
0= 0-36 mos.  2= 72-119 mos.
1= 37-71 mos.  3= 120+ mos.

(life)
0= 16+ yrs.  2= 6-10 yrs.
1= 11-15 yrs.  3= 0- 5 yrs. — **0**

2. Involvement with drugs/alcohol None
0= never/past   .2= current — **0**

3. Type of most serious disciplinary report None current
0= none  1= low, moderate  3= high  4= greatest — **0**

4. Frequency of disciplinary reports None current
0= none  1= 1  2= 2  3= 3 or 4  5= 5 or more — **0**

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. — **2**

6. Escapes Tattoo
0= none  1= 1  2= 2  3= 3 or more — **1**

7. Sex offenses None
0= none  1= other sex offense  3= aggressive sex acts — **0**

8. Assaultive criminal history Agg Ass / Armed Robb
0= none  1= 1 violent  3= 2 violent  4= 3 or more — **3**

9. Detainers/Pending Charges Unknown
0= none  1= lowest, low moderate, moderate  3= high  4= greatest — **3**

### IV. SECURITY SCORING TOTAL — **9**

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. Regular / Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 06/14/07 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: HI-Max Maximum Close / Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close / Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO:

_____

_____

Date _____  Classification Analyst _____

Exhibit 3.15

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0   Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1   Good | | | | |
| 2   Average | Average assignment performance (2 points) | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance (2 points) | Satisfactory in contact with others (2 points) |
| 3   Marginal | | | | |
| 4   Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score.  Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny          Inmate ID: 380941

Counselor: Angela L Farley          Institution: Hancock S.P.

Reporting Staff Member: S. Germany (Work/Activity H-1 CBD

Number of Months Supervised: Q3          Dec4 2006

***

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY** <br> - Attendance <br> - On Time | | | | ✓ | | |
| **RESPONSE TO SUPERVISOR** <br> - Follows instructions <br> - Works well without supervision | | | | ✓ | | |
| **TEAM WORK** <br> - Cooperates with other workers <br> - Works toward team goals <br> - Not disruptive to others | | | | ✓ | | |
| **QUALITY OF WORK** <br> - Meets Quotas/Goals <br> - Completes work assigned | | | | ✓ | | |
| **SKILL DEVELOPMENT** <br> - Increased competency <br> - Increased grade level | | | | ✓ | | |
| **APPEARANCE** <br> - Hygiene <br> - Proper Dress | | | | ✓ | | |
| **OVERALL RATING** | | | | ✓ | | |

## REASON FOR REPORT

| | | | |
|---|---|---|---|
| Assignment Change | [  ] | Program Completion | [  ] |
| Security Review | [  ] | Performance Notice | [  ] |
| Parole Review | [  ] | | |

Test Scores  [  ]
M: _____
R: _____
L: _____
O: _____

## COMMENTS

_____

_____

STAFF SIGNATURE: S Germany CII          DATE: _____

Exhibit 3.15

Attachment 1
SOP IIC02-0003
(12/01/99)

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 6/16/06 |
|---|---|---|---|
| 5. CURRENT SECURITY: Medium | 6. RATER: Farley | | 7. LAST REVIEW DATE: 11-09-2005 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| | | |
|---|---|---|
| 1. Time remaining Life on sentence (in months) October 19, 1973 | TPM/MRD ( non-life ), 0= 0-36 mos. 2= 72-119 mos. 1= 37-71 mos. 3= 120+ mos. | (life) 0= 16+ yrs. 2= 6-10 yrs. 1= 11-15 yrs. 3= 0- 5 yrs. | **0** |
| 2. Involvement with drugs/alcohol None | ⊙ 0= never/past 2= current | | **0** |
| 3. Type of most serious disciplinary report None | ⊙ 0= none 1= low, moderate 3= high 4= greatest | | **0** |
| 4. Frequency of disciplinary reports None | ⊙ 0= none 1= 1 2= 2 3= 3 or 4 5= 5 or more | | **0** |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | **2** |
| 6. Escapes Tattnall | 0= none ⊙ 1= 1 2= 2 3= 3 or more | | **1** |
| 7. Sex offenses None | ⊙ 0= none 1= other sex offense 3= aggressive sex acts | | **0** |
| 8. Assaultive criminal history Agg assault / armed robb | 0= none 1= 1 violent ⊙ 2= 2 violent 4= 3 or more | | **3** |
| 9. Detainers/Pending Charges | 0= none 1= lowest, low moderate, moderate ⊙ 3= high 4= greatest | | **3** |

| IV. SECURITY SCORING TOTAL | **9** |
|---|---|

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 12-16-06 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE | |

## VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

**DISAPPROVED DUE TO:** _____

_____

Date _____ Classification Analyst _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(6/01/2005)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0  Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1  Good | | | | |
| 2  Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3  Marginal | | | | |
| 4  Poor / Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_    Inmate ID: _38D941_

Counselor: _Angela L Farley_    Institution: Hancock S.P.

Reporting Staff Member: _____    Work/Activity _H-1 - CBD_

Number of Months Supervised: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | | | ✓ | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | | | ✓ | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | ✓ | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | | | ✓ | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | | | ✓ | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | | | ✓ | | |
| **OVERALL RATING** | | | | ✓ | | |

## REASON FOR REPORT

| | | |
|---|---|---|
| Assignment Change [ ] | Program Completion [ ] | Test Scores [ ] |
| Security Review [ ] | Performance Notice [ ] | M: _____ |
| Parole Review [ ] | | R: _____ |
| | | L: _____ |
| | | O: _____ |

### COMMENTS

_____

_____

STAFF SIGNATURE: _Ofc. B. Dunn CO2_    DATE: _05/04/06_

Exhibit 3.15

ENTERED DEC 1 2 2005

**GEORGIA DEPARTMENT OF CORRECTIONS**
**SECURITY RECLASSIFICATION FORM**

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 11-29-05 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: Forley | | 7. LAST REVIEW DATE: 5-11-2005 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) LIFE
October 12, 1973

TPM/MRD ( non-life )
0= 0-36 mos.   2= 72-119 mos.
1= 37-71 mos.   3= 120+ mos.

(life)
(0= 16+ yrs.)   2= 6-10 yrs.
1= 11-15 yrs.   3= 0- 5 yrs.

0

2. Involvement with drugs/alcohol
None
(0= never/past)   2= current

0

3. Type of most serious disciplinary report
None
(0= none)   1= low, moderate   3= high   4= greatest

0

4. Frequency of disciplinary reports
None
(0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more

0

5. Responsibility inmate has shown
Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.

1

6. Escapes
Townall
0= none   (1= 1)   2= 2   3= 3 or more

1

7. Sex offenses
None
(0= none)   1= other sex offense   3= aggressive sex acts

0

8. Assaultive criminal history
Agg assault   Armed Robbery
0= none   1= 1 violent   (2= 2 violent)   4= 3 or more

3

9. Detainers/Pending Charges
Unknown
0= none   1= lowest, low moderate, moderate   (3= high)   4= greatest

3

**IV. SECURITY SCORING TOTAL**   8

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 05-29-06 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

7. CHAIRPERSON [signature]

8. WARDEN/DESIGNEE: [signature]

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

**DISAPPROVED DUE TO:** _____

Date _____   Classification Analyst _____

Exhibit 3.15

Attachment 3
SOP IIC02-C003
Page 1 of 2
(6/01/2C05)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0   Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1   Good | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 2   Average | | | | |
| 3   Marginal | | | | |
| 4   Poor\n\nBelow Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny          Inmate ID: 380941

Counselor: Angelo 1 Foxley          Institution: Hancock S.P.

Reporting Staff Member: V. Primus COII    Work/Activity H-1 CBD

Number of Months Supervised: 3          November 2 2005

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY • Attendance • On Time | | ✓ | | | | |
| RESPONSE TO SUPERVISOR • Follow Instructions • Works well without supervision | | ✓ | | | | |
| TEAM WORK • Cooperates with other workers • Works toward team goals • Not disruptive to others | | ✓ | | | | |
| QUALITY OF WORK • Meets Quotas/Goals • Completes work assigned | | ✓ | | | | |
| SKILL DEVELOPMENT • Increased competency • Increased grade level | | ✓ | | | | |
| APPEARANCE • Hygiene • Proper Dress | | ✓ | | | | |
| OVERALL RATING | | | | | | |

## REASON FOR REPORT

Assignment Change [ ]      Program Completion [ ]      Test Scores [ ]
Security Review [ ]         Performance Notice [ ]       M: _____
Parole Review [ ]                                        R: _____
                                                         L: _____
                                                         O: _____

## COMMENTS

I/m Taylor alway take the iniative to assist int"dorm with all dorm
activity

STAFF SIGNATURE: V. Primas COII          DATE: 11/2/05

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor Johnny L | 2. ID#: 380941 | 3. INSTITUTION: Hancock 541 | 4. DATE: 5-11-05 |
|---|---|---|---|
| 5. CURRENT SECURITY: Medium | 6. RATER: Foster | | 7. LAST REVIEW DATE: 11-03-2004 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months) Life  Oct 12, 1973
   TPM/MRD ( non-life )
   0= 0-36 mos.    2= 72-119 mos.
   1= 37-71 mos.   3= 120+ mos.
   life
   (0= 16+ yrs)   2= 6-10 yrs.
   1= 11-15 yrs.   3= 0- 5 yrs.
   **0**

2. Involvement with drugs/alcohol  Never
   (0= never/past)    2= current
   **0**

3. Type of most serious disciplinary report  None current
   (0= none)   1= low, moderate   3= high      4= greatest
   **0**

4. Frequency of disciplinary reports  None current
   (0= none)   1= 1   2= 2   3= 3 or 4      5= 5 or more
   **0**

5. Responsibility inmate has shown
   Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.
   **2**

6. Escapes ✓
   0= none   (1= 1)   2= 2   3= 3 or more
   **1**

7. Sex offenses  None
   (0= none)   1= other sex offense   3= aggressive sex acts
   **0**

8. Assaultive criminal history  Agg Assault/Armed Robbery
   0= none   1= 1 violent   (3= 2 violent)   4= 3 or more
   **3**

9. Detainers/Pending Charges  Fulton County
   0= none   1= lowest, low moderate, moderate   (3= high)   4= greatest
   **3**

IV. SECURITY SCORING TOTAL **9**

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 11-11-05 |
|---|---|---|---|
| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close  (Medium) Minimum Trusty | 5. INST. RECOMM. SECURITY: HI-Max Maximum Close  (Medium) Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

7. CHAIRPERSON _____

8. WARDEN/DESIGNEE: _____

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO: _____

ENT'D MAY 3 1 2005

Date _____ Classification Analyst _____

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: *Taylor Johnny L* | 2. ID#: *380941* | 3. INSTITUTION: *Hancock 541* | 4. DATE: *5-11 5* |
|---|---|---|---|
| 5. CURRENT SECURITY *Medium* | 6. RATER: *Farley* | | 7. LAST REVIEW DATE: *11-02-2004* |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD ( non-life ) | | life | | |
|---|---|---|---|---|---|
| 1. Time remaining on sentence (in months) *Life Oct 12, 1978* | 0= 0-36 mos.  1= 37-71 mos. | 2= 72-119 mos.  3= 120+ mos. | (0= 16+ yrs)  1= 11-15 yrs. | 2= 6-10 yrs.  3= 0- 5 yrs. | 0 |
| 2. Involvement with drugs/alcohol *Never* | (0= never/past) | 2= current | | | 0 |
| 3. Type of most serious disciplinary report *None Current* | (0= none) | 1= low, moderate   3= high | | 4= greatest | 0 |
| 4. Frequency of disciplinary reports *None Current* | (0= none) | 1= 1    2= 2    3= 3 or 4 | | 5= 5 or more | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | | | 2 |
| 6. Escapes | 0= none | (1= 1)    2= 2    3= 3 or more | | | 1 |
| 7. Sex offenses *None* | (0= none) | 1= other sex offense | 3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history *Agg Assault / armed Robbery* | 0= none | 1= 1 violent | (3= 2 violent)   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges *Fulton County* | 0= none | 1= lowest, low moderate, moderate | (3= high)   4= greatest | | 3 |
| IV. SECURITY SCORING TOTAL | | | | | 9 |

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| (Medium) | 0 - 6 | (7 - 14) | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular)  Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: *11-?-05* |
|---|---|---|---|
| 4. FORM RECOMM. SECURITY: | HI-Max  Maximum  Close  (Medium)  Minimum  Trusty | 5. INST. RECOMM. SECURITY: | HI-Max  Maximum  Close  (Medium)  Minimum  Trusty | 6. SECURITY EXCEPTION REASON: |

7. CHAIRPERSON

8. WARDEN/DESIGNEE:

### VII. CENTRAL OFFICE ACTION

1. Recommended
Security Level _____

2. Approved
Security Level _____

DISAPPROVED DUE TO:

_____

_____

Date _____ Classification Analyst _____

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_ Inmate ID: _380941_

Counselor: _Dean_ Institution: **Hancock S.P.**

Reporting Staff Member: _OFC. Robert Jeffrey Easley_ Work/Activity _CBO_

Number of Months Supervised: _03_

****************************************************************************************************

## PERFORMANCE RATING
(Please make an **X** in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY** <br> - Attendance <br> - On Time | | X | | | | |
| **RESPONSE TO SUPERVISOR** <br> - Follow Instructions <br> - Works well without supervision | | X | | | | |
| **TEAM WORK** <br> - Cooperates with other workers <br> - Works toward team goals <br> - Not disruptive to others | | X | | | | |
| **QUALITY OF WORK** <br> - Meets Quotas/Goals <br> - Completes work assigned | | X | | | | |
| **SKILL DEVELOPMENT** <br> - Increased competency <br> - Increased grade level | | X | | | | |
| **APPEARANCE** <br> - Hygiene <br> - Proper Dress | | X | | | | |
| **OVERALL RATING** | | | | | | |

## REASON FOR REPORT

| | | | |
|---|---|---|---|
| Assignment Change | [ ] | Program Completion | [ ] |
| Security Review | [X] | Performance Notice | [ ] |
| Parole Review | [ ] | | |

Test Scores [ ]
M: _____
R: _____
L: _____
O: _____

## COMMENTS

_____

_____

STAFF SIGNATURE: _Ofc. Robert Jeffrey Easley CERT_ DATE: _16 OCT 03_

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-000?
(01-April-95)

I. 1. NAME: Taylor, Johnny   2. ID#: 155937   3. INSTITUTION: Hancock   4. DATE: 10-29-02

5. CURRENT SECURITY: Close   6. RATER: Beckham   7. LAST REVIEW DATE: 10/9/01

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | | 0= 0-36 mos.   2= 72-119 mos. 1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs. 1= 11-15 yrs.   (3= 0-5 yrs.) | 3 |
| 2. Involvement with drugs/alcohol | | (0= never/past)   2= current | | 0 |
| 3. Type of most serious disciplinary report | | (0= none)   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | (0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 3 |
| 6. Escapes 1983 GSP | | 0= none   (1= 1)   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | (0= none)   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history Armed Robbery Agg Asslt, | | 0= none   1= 1 violent   (3= 2 violent)   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   (4= greatest) | | 4 |

### IV. SECURITY SCORING TOTAL
14

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 19 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10/2003 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ___ OUT ___ |

7. CHAIRPERSON   8. WARDEN/DESIGNEE:

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

ENTERED
OCT 29
HANC??

Disapproved due to _____

Date _____   Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office

DOC50-955 (04-9?

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

RECEIVED

JUN 7 2002

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0 Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1 Good | | | | |
| 2 Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3 Marginal | | | | |
| 4 Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

H-1

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_  Inmate ID: _EF 155937_

Counselor: _Beckham_  Institution: _Hancock S.P._

Reporting Staff Member: _Ft Farris Adams Jr. Co-I_ Work/Activity _CBD/Work/CBD_

Number of Months Supervised: _01_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | | | X<br>X | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | | | X<br>X | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | | X<br>X<br>X | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | | | X<br>X | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | | | X<br>X | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | | X<br>X | | | |
| **OVERALL RATING** | | | | | | |

## REASON FOR REPORT

| | | |
|---|---|---|
| Assignment Change [ ] | Program Completion [ ] | Test Scores [ ] |
| Security Review [ ] | Performance Notice [ ] | M: _____ |
| Parole Review [ ] | | R: _____ |
| | | L: _____ |
| | | O: _____ |

## COMMENTS

STAFF SIGNATURE: _Beckham_  DATE: _10/1/02_

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Taylor Jimmy   2. ID#: EF 155937   3. INSTITUTION: Hancock S41   4. DATE: 10-3-00

5. CURRENT SECURITY: Close   6. RATER: Morris   7. LAST REVIEW DATE: 10-19-99

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE / B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE / D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months)  TPM/MRD: Life

non-life: 0= 0-36 mos.  2= 72-119 mos.  1= 37-71 mos.  3= 120+ mos.
life: 0= 16+ yrs.  2= 6-10 yrs.  1= 11-15 yrs.  (3= 0-5 yrs.)  — 3

2. Involvement with drugs/alcohol  (0= never/past)  2= current  — 0

3. Type of most serious disciplinary report  (0= none)  1= low, moderate  3= high  4= greatest  — 0

4. Frequency of disciplinary reports  (0= none)  1= 1  2= 2  3= 3 or 4  5= 5 or more  — 0

5. Responsibility inmate has shown  Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.  — 2

6. Escapes  0= none  (1= 1)  2= 2  3= 3 or more  — 1

7. Sex offenses  (0= none)  1= other sex offense  3= aggressive sex acts  — 0

8. Assaultive criminal history  0= none  1= 1 violent  (3= 2 violent)  4= 3 or more  — 3

9. Detainers/Pending Charges  0= none  1= lowest, low moderate, moderate  (3= high)  4= greatest  — 3

IV. SECURITY SCORING TOTAL  — 12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW: (Regular) / Exception
2. EXCEPTION REVIEW REASON:
3. DATE OF NEXT REVIEW: 10/2001

4. FORM RECOMM. SECURITY: Hi-Max  Maximum  (Close)  Medium  Minimum  Trusty
5. INST. RECOMM. SECURITY: Hi-Max  Maximum  (Close)  Medium  Minimum  Trusty
6. SECURITY EXCEPTION REASON:  IN __  OUT __

7. CHAIRPERSON  Emmy W. Shey
8. WARDEN/DESIGNEE  Leroy Butt

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____
2. Approved Security Level _____

Disapproved due to _____

ENTERED
OCT 2 4 2000

Date _____  Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment
SOP IIC02-000:
(01-April-95

**I. 1. NAME:** Taylor Johnny    **2. ID#:** EF155937    **3. INSTITUTION:** Hancock SI1    **4. DATE:** 10 3 00

**5. CURRENT SECURITY** Close    **6. RATER:** Morris    **7. LAST REVIEW DATE:** 10.19.99

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD Life | 0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   (2= 6-10 yrs.)<br>1= 11-15 yrs.   (3= 0-5 yrs.) | 3 |
| 2. Involvement with drugs/alcohol | | (0= never/past)   2= current | | 0 |
| 3. Type of most serious disciplinary report | | (0= none)   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | (0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   (1= 1)   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | (0= none)   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   (3= 2 violent)   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   (3= high)   4= greatest | | 3 |

**IV. SECURITY SCORING TOTAL**    12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0-4 | 5-32 |
| Minimum | 0-4 | 5-9 | 10-32 |
| Medium | 0-6 | 7-14 | 15-32 |
| (Close) | 0-11 | (12-19) | 20-32 |
| Maximum | 0-14 | 15-24 | N/A |
| Hi-Maximum (GSP Only) | 0-14 | 15-24 | N/A |

### VI. INSTITUTION ACTION

**1. TYPE OF REVIEW.** (Regular) / Exception    **2. EXCEPTION REVIEW REASON:**    **3. DATE OF NEXT REVIEW:** 10/2001

**4. FORM RECOMM. SECURITY:** Hi-Max Maximum (Close) / Medium Minimum Trusty

**5. INST. RECOMM. SECURITY:** Hi-Max Maximum (Close) / Medium Minimum Trusty

**6. SECURITY EXCEPTION REASON:**    IN ___ OUT ___

**7. CHAIRPERSON** Emory W. Ivey    **8. WARDEN/DESIGNEE:** Leroy Butt

### VII. CENTRAL OFFICE ACTION

**1. Recommended Security Level** _____

**2. Approved Security Level** _____

**Disapproved due to** _____

**Date** _____ **Classification Analyst** _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

|  |  | **Attachment 1**<br>**SOP IIC02-0003**<br>**(01-April-95)** |
|---|---|---|
| | **GEORGIA DEPARTMENT OF CORRECTIONS**<br>**SECURITY RECLASSIFICATION FORM** | |

| I. 1. NAME: | 2. ID#: | 3. INSTITUTION: | 4. DATE: |
|---|---|---|---|

| 5. CURRENT SECURITY: | 6. RATER: | 7. LAST REVIEW DATE: |
|---|---|---|

| II. CONSIDERATIONS<br>AFFECTING SECURITY<br>INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES<br>OF OFFENSE<br>B. PAROLE SET OFF | C. 25YR OR LIFE<br>W/O PAROLE<br>D. MH/MR | E. AT MAXIMUM OR<br>MINIMUM SECURITY<br>AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | | |
|---|---|---|---|---|
| 1. Time remaining<br>on sentence (in months) | **TPM/MRD** | non-life<br>0= 0-36 mos.  2= 72-119 mos.<br>1= 37-71 mos.  3= 120+ mos. | life<br>0= 16+ yrs.  2= 6-10 yrs.<br>1= 11-15 yrs.  3= 0- 5 yrs. | _____ |
| 2. Involvement with drugs/alcohol | | 0= never/past    2= current | | _____ |
| 3. Type of most serious disciplinary report | | 0= none  1= low, moderate  3= high  4= greatest | | _____ |
| 4. Frequency of disciplinary reports | | 0= none  1= 1  2= 2  3= 3 or 4  5= 5 or more | | _____ |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria,"<br>Attachment 3, SOP IIC02-0003. | | _____ |
| 6. Escapes | | 0= none  1= 1  2= 2  3= 3 or more | | _____ |
| 7. Sex offenses | | 0= none  1= other sex offense  3= aggressive sex acts | | _____ |
| 8. Assaultive criminal history | | 0= none  1= 1 violent  3= 2 violent  4= 3 or more | | _____ |
| 9. Detainers/Pending Charges | | 0= none  1= lowest, low moderate, moderate  3= high  4= greatest | | _____ |

**IV. SECURITY SCORING TOTAL** _____

**V. SECURITY CHANGE SCALE** (Circle category and point total range).

| Inmate's Current<br>Security Level | Consider for<br>Decrease | Continue at<br>Present Level | Consider for<br>Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF<br>REVIEW. | Regular<br>Exception | 2. EXCEPTION REVIEW<br>REASON: | 3. DATE OF<br>NEXT REVIEW: |
|---|---|---|---|

| 4. FORM<br>RECOMM.<br>SECURITY: | HI-Max<br>Maximum<br>Close | Medium<br>Minimum<br>Trusty | 5. INST.<br>RECOMM.<br>SECURITY: | HI-Max<br>Maximum<br>Close | Medium<br>Minimum<br>Trusty | 6. SECURITY EXCEPTION<br>REASON: | IN __<br>OUT __ |
|---|---|---|---|---|---|---|---|

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: |
|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended<br>Security Level _____ | 2. Approved<br>Security Level _____ |
|---|---|

Disapproved due to _____

Date _____ Classification Analyst _____

**NOTE:** Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## BEHAVIOR RECLASSIFICATION FORM

Name: Johnny Taylor    ID# 155937    Institution: Hancock    Date: 10-19-99

Current Behavior Level: 3    Rater: Robbins    Last Review Date: 1/99

### BEHAVIOR LEVEL SCORING

| | | | | |
|---|---|---|---|---|
| Disciplinary Reports (Past 12 Months) | 0= No Reports 1= 1 Report | 2=2-3 reports 3=4-5 reports | 4=6+ reports | 0 |
| Seriousness of Disciplinaries | 0= N/A 1=Low/Moderate | 2=High 1 3=High 2 | 4=Greatest | 0 |
| Work / Activity Reports | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 2 |
| Counselor Assessment | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 1 |

**Behavioral Scoring Total**    3

### Behavioral Change Scale
### (Circle Category and Point Total Range)

| Inmate's Current Behavior Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Behavior I | N/A | 0-1 | 2+ |
| Behavior II | 0-1 | 2-3 | 4+ |
| Behavior III | 0-3 | 4-8 | 9+ |
| Behavior IV | 0-8 | 9-12 | 13+ |
| Behavior V | 0-12 | 13+ | N/A |

### INSTITUTION ACTION

Type of Review: (Regular) Exception    Exception Review: Reason:_____    Date of Next 4-19-20 Review:_____

Form Recomm. Behavior Level: Level 1 (Level 2) Level 3 Level 4 Level 5    Instit. Recomm. Behavior Level: Level 1 (Level 2) Level 3 Level 4 Level 5

Level Exception Reason:_____

Chairperson: _____    Warden / Designee: _____

Note: Requests for exception reviews must have supportive documentation attached

ENTERED
OCT 2 6 1999
HANCOCK C.I.

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Jimmy 380941

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance (0) points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others (0) points |
| (1) Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory (2) points | Involvement with satisfactory performance (2) points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Johnny L
380941

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance (0 points) | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory (2 points) | Involvement with satisfactory performance (2 points) | Satisfactory in contact with others (2 points) |
| 3    Marginal | | | | |
| 4    Poor<br><br>Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

6 = 1.5

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: Taylor, Johnny L.                     Inmate ID: 380941

Counselor: Farley                                  Institution: Hancock S.P.

Reporting Staff Member: R. Lazenby    Work/Activity CBD                H-1

Number of Months Supervised: 01

### PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY** <br> - Attendance <br> - On Time | | | ✓ | | | |
| **RESPONSE TO SUPERVISOR** <br> - Follow Instructions <br> - Works well without supervision | | | ✓ | | | |
| **TEAM WORK** <br> - Cooperates with other workers <br> - Works toward team goals <br> - Not disruptive to others | | | ✓ | | | |
| **QUALITY OF WORK** <br> - Meets Quotas/Goals <br> - Completes work assigned | | | ✓ | | | |
| **SKILL DEVELOPMENT** <br> - Increased competency <br> - Increased grade level | | | ✓ | | | |
| **APPEARANCE** <br> - Hygiene <br> - Proper Dress | | | ✓ | | | |
| **OVERALL RATING** | | | ✓ | | | |

### REASON FOR REPORT

Assignment Change   [  ]          Program Completion   [  ]          Test Scores   [  ]
Security Review     [  ]          Performance Notice   [  ]          M: _____
Parole Review       [  ]                                             R: _____
                                                                     L: _____
                                                                     O: _____

### COMMENTS

Very dependable; always pays attention to detail, always on assigned detail daily before being instructed

STAFF SIGNATURE: R. Lazenby cert        DATE: 5-5-05

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor, Johnny | 2. ID#: 380941 | 3. INSTITUTION: OSH Hancock SP | 4. DATE: 11-02-04 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: Boudman | | 7. LAST REVIEW DATE: 4/30/04 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life ) 0= 0-36 mos. 2= 72-119 mos. 1= 37-71 mos. 3= 120+ mos. | life alive 0= 16+ yrs 2= 6-10 yrs 1= 11-15 yrs. 3= 0- 5 yrs. | 2 |
| 2. Involvement with drugs/alcohol | 0= never/past 2= current | | 0 |
| 3. Type of most serious disciplinary report | 0= none 1= low, moderate 3= high 4= greatest | | 0 |
| 4. Frequency of disciplinary reports | 0= none 1= 1 2= 2 3= 3 or 4 5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | 0= none 1= 1 2= 2 3= 3 or more | | 1 |
| 7. Sex offenses | 0= none 1= other sex offense 3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history Agg Assault, Armed Robbery | 0= none 1= 1 violent 3= 2 violent 4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none 1= lowest, low moderate, moderate 3= high 4= greatest | | 0 |

IV. SECURITY SCORING TOTAL — 8

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 05-02-05 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

| 7. CHAIRPERSON Jim Cook | 8. WARDEN/DESIGNEE: Jim Cook | ENT'D NOV 4 2004 |
|---|---|---|

### VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

DISAPPROVED DUE TO:

_____

_____

Date _____ Classification Analyst _____

Exhibit 3.15




GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

I. 1. NAME: Taylor, Johnny  2. ID#: 380941  3. INSTITUTION: OSH Hancock  4. DATE: 11-02-04

5. CURRENT SECURITY Medium  6. RATER: Beadman  7. LAST REVIEW DATE: 11/30/84

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |

## III. SECURITY LEVEL SCORING

| | | |
|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life )   life 4/0/0<br>0= 0-36 mos.   2= 72-119 mos.   0= 16+ yrs   2= 6-10 yrs.<br>1= 37-71 mos.   3= 120+ mos.   1= 11-15 yrs.   3= 0-5 yrs. | 2 |
| 2. Involvement with drugs/alcohol | 0= never/past   2= current | 0 |
| 3. Type of most serious disciplinary report | 0= none   1= low, moderate   3= high   4= greatest | 0 |
| 4. Frequency of disciplinary reports | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | 0 |
| 5. Responsibility Inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | 2 |
| 6. Escapes | 0= none   1= 1   2= 2   3= 3 or more | 1 |
| 7. Sex offenses | 0= none   1= other sex offense   3= aggressive sex acts | 0 |
| 8. Assaultive criminal history Agg Assault Armed Robbery | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | 3 |
| 9. Detainers/Pending Charges | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | 0 |

IV. SECURITY SCORING TOTAL  8

V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular  Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 05-02-05 |

| 4. FORM RECOMM. SECURITY: | HI-Max  Maximum  Close | Medium  Minimum  Trusty | 5. INST. RECOMM. SECURITY: | HI-Max  Maximum  Close | Medium  Minimum  Trusty | 6. SECURITY EXCEPTION REASON: |

7. CHAIRPERSON: _____  8. WARDEN/DESIGNEE: _____

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____  2. Approved Security Level _____

DISAPPROVED DUE TO:

_____
_____

Date _____  Classification Analyst _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

## INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor

Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

*Taylor Johnny*

*380940*

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_  Inmate ID: _380941_

Counselor: _Beckham_  Institution: **Hancock S.P.**

Reporting Staff Member: _O/C J. Andrews_  Work/Activity _CBO_

Number of Months Supervised: _3 months_

*************************************************************************

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | ✓ | | | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | ✓ | | | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | ✓ | | | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | ✓ | | | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | ✓ | | | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | ✓ | | | | |
| **OVERALL RATING** | | ✓ | | | | |

## REASON FOR REPORT

Assignment Change [ ]  Program Completion [ ]  Test Scores [ ]
Security Review [X]  Performance Notice [ ]  M: _____
Parole Review [ ]  R: _____
L: _____
O: _____

_For SR purposes only, Sgt. Beckham_  **COMMENTS**

STAFF SIGNATURE: _O/C J. Andrews_  DATE: _7-21-11_



Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

| I. 1. NAME: Taylor Johnny | 2. ID#: 380941 | 3. INSTITUTION: SUI Hancock S.P. | 4. DATE: 4-30-04 |
|---|---|---|---|
| 5. CURRENT SECURITY Medium | 6. RATER: J. Dean | | 7. LAST REVIEW DATE: 10-22-03 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

## III. SECURITY LEVEL SCORING

| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life ) 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | life 0= 16+ yrs.  2= 6-10 yrs. 1= 11-15 yrs.  ③0- 5 yrs. | 3 |
|---|---|---|---|
| 2. Involvement with drugs/alcohol | ⓪ never/past        2= current | | 0 |
| 3. Type of most serious disciplinary report | ⓪none    1= low, moderate   3= high      4= greatest | | 0 |
| 4. Frequency of disciplinary reports | ⓪none   1= 1    2= 2    3= 3 or 4      5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes | 0= none   ①1    2= 2    3= 3 or more | | 1 |
| 7. Sex offenses | ⓪none    1= other sex offense     3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | 0= none    1= 1 violent   ③2 violent    4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none   ①lowest, low moderate, moderate   3= high   4= greatest | | 1 |

**IV. SECURITY SCORING TOTAL** 9

## V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. Regular / Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10-30-04 |
|---|---|---|
| 4. FORM RECOMM. SECURITY: Hi-Max Maximum Close / Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: Hi-Max Maximum Close / Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |

| 7. CHAIRPERSON Jim Coon | 8. WARDEN/DESIGNEE: Jim Coon | ENT'D MAY 4 2004 |
|---|---|---|

## VII. CENTRAL OFFICE ACTION

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

DISAPPROVED DUE TO:

_____

_____

Date _____  Classification Analyst _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

Taylor, Johnny
380941

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0   Excellent | Above Average assignment performance (0) points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others (0) points |
| (1)  Good | | | | |
| 2   Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory (2) points | Involvement with satisfactory performance (2) points | Satisfactory in contact with others 2 points |
| 3   Marginal | | | | |
| 4   Poor

Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score.  Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK / ACTIVITY PERFORMANCE REPORT

Inmate Name: _Taylor, Johnny_    Inmate ID: _380941_

Counselor: _Dean_    Institution: Hancock S.P.

Reporting Staff Member: _____ Work/Activity _CBG_

Number of Months Supervised: _____
*************************************************************************************************

## PERFORMANCE RATING
### (Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABVOVE AVERAGE | AVERAGE | BELOW AVERAGE | REFUSE TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>- Attendance<br>- On Time | | X | | | | |
| **RESPONSE TO SUPERVISOR**<br>- Follow Instructions<br>- Works well without supervision | | X | | | | |
| **TEAM WORK**<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | X | | | | |
| **QUALITY OF WORK**<br>- Meets Quotas/Goals<br>- Completes work assigned | | X | | | | |
| **SKILL DEVELOPMENT**<br>- Increased competency<br>- Increased grade level | | X | | | | |
| **APPEARANCE**<br>- Hygiene<br>- Proper Dress | | X | | | | |
| **OVERALL RATING** | | X | | | | |

## REASON FOR REPORT

Assignment Change [X]    Program Completion [ ]    Test Scores [ ]
Security Review [ ]    Performance Notice [ ]    M: _____
Parole Review [ ]      R: _____
     L: _____
     O: _____

### COMMENTS
_Mr. Taylor is a very hard worker that class's in the time he gets up_

STAFF SIGNATURE: _____    DATE: _4-15-04_

Exhibit 3.15

KTM

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

I. 1. NAME: Taylor, Johnny    2. ID#: 380941/1155937    3. INSTITUTION: 541 Hancock SP    4. DATE: 10-22-03

5. CURRENT SECURITY: Close    6. RATER: J. Dean    7. LAST REVIEW DATE: 10-29-02

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life ) 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | life 0= 16+ yrs.  2= 6-10 yrs. 1= 11-15 yrs.  (3)= 0- 5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | (0)= never/past  2= current | | 0 |
| 3. Type of most serious disciplinary report | (0)= none  1= low, moderate  3= high  4= greatest | | 0 |
| 4. Frequency of disciplinary reports | (0)= none  1= 1  2= 2  3= 3 or 4  5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes | 0= none  (1)= 1  2= 2  3= 3 or more | | 1 |
| 7. Sex offenses | (0)= none  1= other sex offense  3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | 0= none  1= 1 violent  (3)= 2 violent  4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none  (1)= lowest, low moderate, moderate  3= high  4= greatest | | 1 |

### IV. SECURITY SCORING TOTAL    9

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | (0 - 11) | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW. (Regular)  Exception    2. EXCEPTION REVIEW REASON:    3. DATE OF NEXT REVIEW: 4-22-04

4. FORM RECOMM. SECURITY:  Hi-Max  Maximum  Close  (Medium)  Minimum  Trusty

5. INST. RECOMM. SECURITY:  Hi-Max  Maximum  Close  (Medium)  Minimum  Trusty

6. SECURITY EXCEPTION REASON:

7. CHAIRPERSON: Jim Coon    8. WARDEN/DESIGNEE: Jim Coon    ENT'D OCT 2 2 2003

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

DISAPPROVED DUE TO:
_____
_____

Date _____  Classification Analyst _____

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(12/01/99)

**I. 1. NAME:** Taylor, Johnny  **2. ID#:** 380941 / 155937  **3. INSTITUTION:** 541 Hancock SP  **4. DATE:** 10-22-03

**5. CURRENT SECURITY** Close  **6. RATER:** J. Dean  **7. LAST REVIEW DATE:** 10-29-02

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

**III. SECURITY LEVEL SCORING**

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD ( non-life )<br>0= 0-36 mos.  2= 72-119 mos.<br>1= 37-71 mos.  3= 120+ mos. | life<br>0= 16+ yrs.  2= 6-10 yrs.<br>1= 11-15 yrs.  (3)= 0- 5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | (0)= never/past  2= current | | 0 |
| 3. Type of most serious disciplinary report | (0)= none  1= low, moderate  3= high  4= greatest | | 0 |
| 4. Frequency of disciplinary reports | (0)= none  1= 1  2= 2  3= 3 or 4  5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 1 |
| 6. Escapes | 0= none  (1)=1  2= 2  3= 3 or more | | 1 |
| 7. Sex offenses | (0)= none  1= other sex offense  3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | 0= none  1= 1 violent  (3)= 2 violent  4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | 0= none  (1)= lowest, low moderate, moderate  3= high  4= greatest | | 1 |

**IV. SECURITY SCORING TOTAL**   9

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| HI-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

**VI. INSTITUTION ACTION**

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 4-22-04 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: |
|---|---|---|---|---|---|---|

**7. CHAIRPERSON** _(signature)_   **8. WARDEN/DESIGNEE:** _(signature)_

**VII. CENTRAL OFFICE ACTION**

| 1. Recommended Security Level _____ | 2. Approved Security Level _____ |
|---|---|

**DISAPPROVED DUE TO:**
_____
_____

Date _____  Classification Analyst _____

Submit ONE copy if Central Office needs to finalize. (Otherwise, retain locally only.)

DOC50-955 (Revised 10/26/99)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Johnny Taylor  2. ID#: 155937  3. INSTITUTION: Hancock  4. DATE: 10-19-99

5. CURRENT SECURITY: close  6. RATER: Robbins  7. LAST REVIEW DATE: 10/5/98

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | TPM/MRD | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | Life | 0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs.<br>1= 11-15 yrs.   3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | ✓0= never/past   2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 3 |

IV. SECURITY SCORING TOTAL   12

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

I. 1. NAME: Johany Taylor  2. ID#: 155937  3. INSTITUTION: Hancock  4. DATE: 10/19/99

5. CURRENT SECURITY: Close  6. RATER: Robbins  7. LAST REVIEW DATE: 10/5/98

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| 1. Time remaining on sentence (in months) | TPM/MRD Life | non-life 0= 0-36 mos.  2= 72-119 mos. 1= 37-71 mos.  3= 120+ mos. | life 0= 16+ yrs.  2= 6-10 yrs. 1= 11-15 yrs. 3= 0-5 yrs. | 3 |
|---|---|---|---|---|
| 2. Involvement with drugs/alcohol | | 0= never/past  2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none  1= low, moderate  3= high  4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none  1= 1  2= 2  3= 3 or 4  5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none  1= 1  2= 2  3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none  1= other sex offense  3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none  1= 1 violent  3= 2 violent  4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none  1= lowest, low moderate, moderate  3= high  4= greatest | | 3 |

**IV. SECURITY SCORING TOTAL**  12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

1. TYPE OF REVIEW: (Regular) Exception

2. EXCEPTION REVIEW REASON:

3. DATE OF NEXT REVIEW: 10-19-2000

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ✓ OUT _ |
|---|---|---|---|---|---|---|---|

7. CHAIRPERSON

8. WARDEN/DESIGNEE: Emory W. Ane

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

Date _____ Classification Analyst _____

**NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.**

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

| I. 1. NAME: Johnny Taylor | 2. ID#: 155137 | 3. INSTITUTION: Hays | 4. DATE: |
|---|---|---|---|
| 5. CURRENT SECURITY: | 6. RATER: R. Kline | | 7. LAST REVIEW DATE: |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE  B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE  D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD  Life | non-life  0= 0-36 mos.   2= 72-119 mos.  1= 37-71 mos.   3= 120+ mos. | life  0= 16+ yrs.   2= 6-10 yrs.  1= 11-15 yrs.   3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | 0= never/past          2= current | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | 3 |

### IV. SECURITY SCORING TOTAL          12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN  OUT |
|---|---|---|---|---|---|---|---|

7. CHAIRPERSON

8. WARDEN/DESIGNEE:

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

Date _____ Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

| I. 1. NAME: Johnny Taylor | 2. ID#: 155937 | 3. INSTITUTION: Hancock | 4. DATE: 10-9-01 |
|---|---|---|---|
| 5. CURRENT SECURITY CLOSE | 6. RATER: Morris | | 7. LAST REVIEW DATE: 10/3/00 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months)  Life  TPM/(MRD)

   non-life
   0= 0-36 mos.   2= 72-119 mos.
   1= 37-71 mos.  3= 120+ mos.

   life
   0= 16+ yrs.   2= 6-10 yrs.
   1= 11-15 yrs.  (3= 0-5 yrs.)        **3**

2. Involvement with drugs/alcohol   (0= never/past)   2= current        **0**

3. Type of most serious disciplinary report   (0= none)   1= low, moderate   3= high   4= greatest        **0**

4. Frequency of disciplinary reports   (0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more        **0**

5. Responsibility inmate has shown   Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003.        **2**

6. Escapes  GSP 83   0= none   (1= 1)   2= 2   3= 3 or more        **1**

7. Sex offenses   (0= none)   1= other sex offense   3= aggressive sex acts        **0**

8. Assaultive criminal history  Agg Assault (3) ct  Armed Robb (1) ct   0= none   1= 1 violent   3= 2 violent   (4= 3 or more)        **4**

9. Detainers/Pending Charges   0= none   1= lowest, low moderate, moderate   3= high   (4= greatest)        **4**

### IV. SECURITY SCORING TOTAL        **14**

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10-8-02 |
|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN __ OUT __ |
|---|---|---|---|---|---|---|---|

7. CHAIRPERSON _Nick Riggins_

8. WARDEN/DESIGNEE: _Emory W. Awe_

### VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

**ENTERED**

**OCT 1 2 2001**

**HANCOCK CI**

Date _____   Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

| I. 1. NAME: Johnny Taylor | 2. ID#: 155937 | 3. INSTITUTION: Hancock | 4. DATE: 10·9·01 |
| 5. CURRENT SECURITY: CLOSE | 6. RATER: N Jorris | | 7. LAST REVIEW DATE: 10/3/00 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |

## III. SECURITY LEVEL SCORING

1. Time remaining on sentence (in months)  Life  TPM/MRD

| | non-life | | life | |
|---|---|---|---|---|
| 0= 0-36 mos. | 2= 72-119 mos. | 0= 16+ yrs. | 2= 6-10 yrs. | |
| 1= 37-71 mos. | 3= 120+ mos. | 1= 11-15 yrs. | (3= 0-5 yrs.) | 3 |

2. Involvement with drugs/alcohol — (0= never/past)   2= current — O

3. Type of most serious disciplinary report — (0= none)   1= low, moderate   3= high   4= greatest — 0

4. Frequency of disciplinary reports — (0= none)   1= 1   2= 2   3= 3 or 4   5= 5 or more — 0

5. Responsibility inmate has shown — Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. — 2

6. Escapes GSP 83 — 0= none   (1= 1)   2= 2   3= 3 or more — 1

7. Sex offenses — (0= none)   1= other sex offense   3= aggressive sex acts — O

8. Assaultive criminal history Agg Assault (3)ct Armed Robb (1)d — 0= none   1= 1 violent   3= 2 violent   (4= 3 or more) — 4

9. Detainers/Pending Charges — 0= none   1= lowest, low moderate, moderate   3= high   (4= greatest) — 4

IV. SECURITY SCORING TOTAL — 14

V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| (Close) | 0 - 11 | (12 - 19) | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

## VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW: (Regular) Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10·5·02 |

| 4. FORM RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | HI-Max Maximum (Close) | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN __ OUT __ |

7. CHAIRPERSON   Nick Riggins

8. WARDEN/DESIGNEE:   Emory W. Ane

## VII. CENTRAL OFFICE ACTION

1. Recommended Security Level _____

2. Approved Security Level _____

Disapproved due to _____

Date _____   Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment 1
SOP IIC02-0003
(01-April-95)

| I. 1. NAME: | 2. ID#: | 3. INSTITUTION: | 4. DATE: |
|---|---|---|---|

| 5. CURRENT SECURITY | 6. RATER: | 7. LAST REVIEW DATE: |
|---|---|---|

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | | |
|---|---|---|---|
| 1. Time remaining on sentence (in months) TPM/MRD | non-life<br>0= 0-36 mos.   2= 72-119 mos.<br>1= 37-71 mos.   3= 120+ mos. | life<br>0= 16+ yrs.   2= 6-10 yrs.<br>1= 11-15 yrs.   3= 0-5 yrs. | |
| 2. Involvement with drugs/alcohol | 0= never/past   2= current | | |
| 3. Type of most serious disciplinary report | 0= none   1= low, moderate   3= high   4= greatest | | |
| 4. Frequency of disciplinary reports | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | |
| 5. Responsibility inmate has shown | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | |
| 6. Escapes | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | 0= none   1= other sex offense   3= aggressive sex acts | | |
| 8. Assaultive criminal history | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | 1 |
| 9. Detainers/Pending Charges | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 1 |

**IV. SECURITY SCORING TOTAL**

**V. SECURITY CHANGE SCALE (Circle category and point total range).**

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0 - 4 | 5 - 32 |
| Minimum | 0 - 4 | 5 - 9 | 10 - 32 |
| Medium | 0 - 6 | 7 - 14 | 15 - 32 |
| Close | 0 - 11 | 12 - 19 | 20 - 32 |
| Maximum | 0 - 14 | 15 - 24 | N/A |
| Hi-Maximum (GSP Only) | 0 - 14 | 15 - 24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN __ OUT __ |
|---|---|---|---|---|---|---|---|

7. CHAIRPERSON

8. WARDEN/DESIGNEE:

### VII. CENTRAL OFFICE ACTION

1. Recommended
Security Level _____

2. Approved
Security Level _____

Disapproved due to _____

Date _____ Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE REPORT

Inmate Name: _Johnny Taylor_  Inmate ID: _155937_

Counselor: _Morris_  Institution: _Hancock_

Reporting Staff Member: _Braddy_  Work/Activity: _Cell Block Orderly_

Number of Months Supervised: _____

......................................................................................

### PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG. | AVERAGE | BELOW AVERAGE | REFUSES TO PARTICIPATE |
|---|---|---|---|---|---|---|
| DEPENDABILITY<br>- Attendance<br>- On Time | | | X | | | |
| RESPONSE TO SUPERVISOR<br>- Follows instructions<br>- Works well without supervision | | | X | | | |
| TEAM WORK<br>- Cooperates with other workers<br>- Works toward team goals<br>- Not disruptive to others | | | X | | | |
| QUALITY OF WORK<br>- Meets Quotas/Goals<br>- Completes work assigned | | | X | | | |
| SKILL DEVELOPMENT<br>- Increased competency<br>- Increased grade level | | | X | | | |
| APPEARANCE<br>- Hygiene<br>- Proper Dress | | | X | | | |
| OVERALL RATING | | | X | | | |

### REASON FOR REPORT

Assignment Change [ ]    Program Completion [ ]    Test Scores [ ]
Security Review [X]    Performance Notice [ ]    M: _____
Parole Review [ ]    R: _____
L: _____
O: _____

### COMMENTS

_____

_____

_____

STAFF SIGNATURE: _Roley Braddy_  DATE: _____

Exhibit 3.15

Attachment 3
SOP IIC02-0003
Page 1 of 2
(12/31/00)

INMATE RESPONSIBILITY RATING CRITERIA

| RESPONSIBILITY RATING AVERAGE SCORE | MEASURABLE OBSERVABLE CRITERIA | | | |
|---|---|---|---|---|
| | ASSIGNMENT PERFORMANCE | PERSONAL HYGIENE AND/OR APPEARANCE | ELECTIVE ACTIVITIES | GENERAL ATTITUDE |
| 0    Excellent | Above Average assignment performance 0 points | Consistent Above Average in hygiene and sanitation 0 points | Involvement with outstanding performance 0 points | Outstanding Attitude in contacts with others 0 points |
| 1    Good | | | | |
| 2    Average | Average assignment performance 2 points | Steady performance/ Hygiene and Sanitation are satisfactory 2 points | Involvement with satisfactory performance 2 points | Satisfactory in contact with others 2 points |
| 3    Marginal | | | | |
| 4    Poor  Below Average | Below Average assignment performance 4 points | Presents an unkempt appearance and living area not satisfactory 4 points | No Involvement 4 points | Negative in Contact with others 4 points |

Circle the appropriate score under each criterion, then calculate the average score. Then, circle the number nearest the average score in the Responsibility Rating column to the left.

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS
SECURITY RECLASSIFICATION FORM

Attachment
SOP IIC02-000:
(01-April-95

| I. 1. NAME: Johnny Taylor | 2. ID#: 15 5937 | 3. INSTITUTION: Hancock | 4. DATE: 10-19-99 |
|---|---|---|---|
| 5. CURRENT SECURITY: Close | 6. RATER: Robbins | | 7. LAST REVIEW DATE: 10/5/98 |

| II. CONSIDERATIONS AFFECTING SECURITY INCREASE/DECREASE | A. FACTS/CIRCUMSTANCES OF OFFENSE B. PAROLE SET OFF | C. 25YR OR LIFE W/O PAROLE D. MH/MR | E. AT MAXIMUM OR MINIMUM SECURITY AUTHORIZED |
|---|---|---|---|

### III. SECURITY LEVEL SCORING

| | | non-life | life | |
|---|---|---|---|---|
| 1. Time remaining on sentence (in months) | TPM/MRD Life | 0= 0-36 mos.   2= 72-119 mos. 1= 37-71 mos.   3= 120+ mos. | 0= 16+ yrs.   2= 6-10 yrs. 1= 11-15 yrs.  3= 0-5 yrs. | 3 |
| 2. Involvement with drugs/alcohol | | 0= never/past        2= current | | 0 |
| 3. Type of most serious disciplinary report | | 0= none   1= low, moderate   3= high   4= greatest | | 0 |
| 4. Frequency of disciplinary reports | | 0= none   1= 1   2= 2   3= 3 or 4   5= 5 or more | | 0 |
| 5. Responsibility inmate has shown | | Obtain Score from "Inmate Responsibility Rating Criteria," Attachment 3, SOP IIC02-0003. | | 2 |
| 6. Escapes | | 0= none   1= 1   2= 2   3= 3 or more | | 1 |
| 7. Sex offenses | | 0= none   1= other sex offense   3= aggressive sex acts | | 0 |
| 8. Assaultive criminal history | | 0= none   1= 1 violent   3= 2 violent   4= 3 or more | | 3 |
| 9. Detainers/Pending Charges | | 0= none   1= lowest, low moderate, moderate   3= high   4= greatest | | 3 |

**IV. SECURITY SCORING TOTAL**   12

### V. SECURITY CHANGE SCALE (Circle category and point total range).

| Inmate's Current Security Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Trusty (Must meet Dept. Rules & Regs.) | N/A | 0-4 | 5-32 |
| Minimum | 0-4 | 5-9 | 10-32 |
| Medium | 0-6 | 7-14 | 15-32 |
| Close | 0-11 | 12-19 | 20-32 |
| Maximum | 0-14 | 15-24 | N/A |
| Hi-Maximum (GSP Only) | 0-14 | 15-24 | N/A |

### VI. INSTITUTION ACTION

| 1. TYPE OF REVIEW. | Regular Exception | 2. EXCEPTION REVIEW REASON: | 3. DATE OF NEXT REVIEW: 10-19-2000 |
|---|---|---|---|

| 4. FORM RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 5. INST. RECOMM. SECURITY: | Hi-Max Maximum Close | Medium Minimum Trusty | 6. SECURITY EXCEPTION REASON: | IN ✓ OUT __ |

| 7. CHAIRPERSON | 8. WARDEN/DESIGNEE: Emory W. Ane |
|---|---|

### VII. CENTRAL OFFICE ACTION

1. Recommended
   Security Level _____

2. Approved
   Security Level _____

Disapproved due to _____

Date _____ Classification Analyst _____

NOTE: Requests for exception reviews must have documentation accompany this form. Submit two copies to Central Office.

DOC50-955 (04-95)

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**BEHAVIOR MANAGEMENT SYSTEM**

**COUNSELOR ASSESSMENT**

Inmate Name Johnny Taylor                    Inmate ID 155,937

Counselor Robbins                    Institution Hancock

Number of Months ON Caseload 09

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PERFORMANCE RATING**

(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG. | AVERAGE | BELOW AVG. | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **NAPP**<br>* Awareness of goals and program requirements<br>* Demonstrates initiative in meeting goals/requirements | | | X | | | |
| **LIVING UNIT**<br>* Follows Officers Instructions<br>* Not Disruptive to Others<br>* Maintains living/storage area to standard | | | X | | | |
| **RESPONSIBILITY**<br>* Complies with administrative rules and procedures<br>* Personal hygiene/dress | | | X | | | |
| **INTERACTION W/COUNSELOR**<br>* Courteous<br>* Appropriate<br>* Follows direction | | | X | | | |
| **USE ON NON-STRUCTURED TIME**<br>* Voluntary groups<br>* Dorm activities<br>* Self improvement | | | | X | | |
| Overall Rating | | | X | | | |

**REASON FOR REPORT**

Behavior Review ( )                    Behavior Exception ( )

**COMMENTS**

_____

_____

_____

STAFF SIGNATURE _P. R. R._____    DATE 10/12/99

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE**

Inmate Name _Johnny Taylor_   Inmate ID _155937_
Counselor _Robbins_   Institution _Hancock_
Reporting Staff Member _Coleman_   Work/Activity _Walk_
Number of Months at Institution _11_   Number of Months Supervised _____

**PERFORMANCE RATING**
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| Dependability<br>* Attendance<br>* On Time | | | | X | | |
| Response to Supervision<br>* Follows Instructions<br>* Works Well W/Out Super. | | | | X | | |
| Team Work<br>* Cooperates w/other workers<br>* Works Toward Team Goals<br>* Not Disruptive to Others | | | | X | | |
| Quality of Work<br>* Meets Quotas/Goals<br>* Completes Work Assigned | | | | X | | |
| Skill Development<br>* Increased Competency<br>* Increased Grade Level | | | | X | | |
| Appearance<br>* Hygiene<br>* Proper Dress | | | | X | | |
| Overall Rating | | | | X | | |

**REASON FOR REPORT**

Detail Change ( )   Program Completion ( )

Behavior Review ( )   Test Scores: M: _____

Parole Review ( )   R: _____

L: _____

O: _____

**COMMENTS**

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE

Inmate Name Johnny Taylor ___ Inmate ID 155937

Counselor Robbins ___ Institution Hancock

Reporting Staff Member ___ Work/Activity CBO

Number of Months at Institution 11 ___ Number of Months Supervised 23

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSED TO PARTICIPATE |
|---|---|---|---|---|---|---|
| Dependability<br>* Attendance<br>* On Time | | | | X | | |
| Response to Supervision<br>* Follows Instructions<br>* Works Well W/Out Super. | | | | X | | |
| Team Work<br>* Cooperates w/other workers<br>* Works Toward Team Goals<br>* Not Disruptive to Others | | | | X | | |
| Quality of Work<br>* Meets Quotas/Goals<br>* Completes Work Assigned | | | | X | | |
| Skill Development<br>* Increased Competency<br>* Increased Grade Level | | | | X | | |
| Appearance<br>* Hygiene<br>* Proper Dress | | | | X | | |
| Overall Rating | | | | | | |

## REASON FOR REPORT

Detail Change ( )     Program Completion ( )

Behavior Review ( )     Test Scores:   M: _____

Parole Review ( )     R: _____

    L: _____

    O: _____

## COMMENTS

None

Exhibit 3.15

3

## GEORGIA DEPARTMENT OF CORRECTIONS
## BEHAVIOR RECLASSIFICATION FORM

Name: _Johnny Taylor_  ID# _155437_  Institution: _Hancock_  Date: _1-12-99_

Current Behavior Level: _1_  Rater: _Robbins_  Last Review Date: _____

### BEHAVIOR LEVEL SCORING

| | | | | |
|---|---|---|---|---|
| Disciplinary Reports (Past 12 Months) | 0= No Reports 1= 1 Report | 2=2-3 reports 3=4-5 reports | 4=6+ reports | 0 |
| Seriousness of Disciplinaries | 0= N/A 1=Low/Moderate | 2=High 1 3=High 2 | 4=Greatest | 0 |
| Work / Activity Reports | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 2 |
| Counselor Assessment | 0=Excellent 1=Above Average | 2=Average 3=Below Average | 4=Refused | 2 |

Behavioral Scoring Total                     4

### Behavioral Change Scale
(Circle Category and Point Total Range)

| Inmate's Current Behavior Level | Consider for Decrease | Continue at Present Level | Consider for Increase |
|---|---|---|---|
| Behavior I | N/A | 0-1 | 2+ |
| Behavior II | 0-1 | 2-3 | 4+ |
| Behavior III | 0-3 | (4-8) | 9+ |
| Behavior IV | 0-8 | 9-12 | 13+ |
| Behavior V | 0-12 | 13+ | N/A |

### INSTITUTION ACTION

Type of Review: (Regular) Exception   Exception Review: Reason: _____   Date of Next Security Review: _08-99_

| Form Recomm. Behavior Level | Level 1 Level 2 | (Level 3) Level 4 | Level 5 | Instit. Recomm. Behavior Level | Level 1 Level 2 | (Level 3) Level 4 | Level 5 |
|---|---|---|---|---|---|---|---|

Level Exception Reason: _____

Chairperson: _L. Phillips_   Warden/Designee: _____

Note: Requests for exception reviews must have supportive documentation attached.

Exhibit 3.15

DEPARTMENT OF CORRECTIONS
BEHAVIOR MANAGEMENT SYSTEM
COUNSELOR ASSESSMENT

Inmate Name _Johnny Taylor_     Inmate ID _155937_

Counselor _Roblin_     Institution _Hancock_

Number of Months on caseload _01_

## PERFORMANCE RATING
(Please make an X in one space for each item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG. | AVERAGE | BELOW AVERAGE | REFUSES TO PARTICIPATE |
|---|---|---|---|---|---|---|
| **NAPP**<br>* Awareness of goals and program requirements<br>* Demonstrates initiative in meeting goals/requirements | | | | X | | |
| **LIVING UNIT**<br>* Follows officers instructions<br>* Not disruptive to others<br>* Maintains living/storage area to standard | | | | X | | |
| **RESPONSIBILITY**<br>* Complies with administrative rules and procedures<br>* Personal hygiene/dress | | | | X | | |
| **INTERACTION W/COUNSELOR**<br>* Courteous<br>* Appropriate<br>* Follows directions | | | | X | | |
| **USE ON NON-STRUCTURED TIME**<br>* Voluntary groups<br>* Dorm activities<br>* Self improvement | | | | X | | |
| **Overall Rating** | | | | P | | |

## REASON FOR REPORT

**Behavior Review** ( )                    **Behavior Exception** ( )

## COMMENTS

_____

_____

_____

STAFF SIGNATURE _P. D. Roblin_ _____ DATE _1-4-98_

Exhibit 3.15

17-1

# GEORGIA DEPARTMENT OF CORRECTIONS
## WORK/ACTIVITY PERFORMANCE

Inmate Name __Johnny Taylor__     Inmate ID __1559357__

Counselor __Robbins__     Institution __Hancock__

Reporting Staff Member _____ Work/Activity __C.B.O.__

Number of Months at Institution __01__    Number of Months Supervised _____

## PERFORMANCE RATING
(Please make an X in one space for each Item)

| CATEGORY | NOT RATED | EXCELLENT | ABOVE AVG | AVERAGE | BELOW AVG | REFUSE TO PARTIC |
|---|---|---|---|---|---|---|
| **Dependability**<br>• Attendance<br>• On Time | | | | ✓ | | |
| **Response to Supervision**<br>• Follows Instructions<br>• Works Well W/Out Super | | | | ✓ | | |
| **Team Work**<br>• Cooperates w/other workers<br>• Works Toward Team Goals<br>• Not Disruptive to Others | | | | ✓ | | |
| **Quality of Work**<br>• Meets Quotas/Goals<br>• Completes Work Assigned | | | | ✓ | | |
| **Skill Development**<br>• Increased Competency<br>• Increased Grade Level | | | | ✓ | | |
| **Appearance**<br>• Hygiene<br>• Proper Dress | | | | ✓ | | |
| **Overall Rating** | | | | ✓ | | |

## REASON FOR REPORT

Detail Change   ( )        Program Completion   ( )

Behavior Review   ( )        Tests Scores:   M: _____

Parole Review   ( )        R: _____

L: _____

O: _____

## COMMENTS

_____

_____

_____

STAFF SIGNATURE _____ DATE __1-5-98__

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = P
Card type

Counselor _Beckham_

Inmate _Haly Johnny_
(3 Letters — Last name)        (First)

Institution Code | | | | |

Inmate ID | | | 3 8 0 9 4 1 |
Prefix        6 Numbers

Supervisor _Opctheuw_

Name Work _Cell block orderly_
or Activity

Number of months I have supervised this inmate | | | |

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☒ | Quality of work | ☐ | ☐ | ☒ |
| Willingness to learn | ☐ | ☐ | ☒ | Attention to detail | ☐ | ☐ | ☒ |
| Relationship to co-workers | ☐ | ☐ | ☒ | Consistency of work | ☐ | ☐ | ☒ |
| Response to supervision | ☐ | ☐ | ☒ | Level of productivity | ☐ | ☐ | ☒ |
| Trustworthiness | ☐ | ☐ | ☒ | Skill development | ☐ | ☐ | ☒ |

## OVERALL SUMMARY RATING

Below average ☒    Average ☐    Above average ☐

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:

| | | |
|---|---|---|
| Vocational | ☐ | Detail change ☐ |
| Work adjustment | ☐ | School ☐ |
| Drug/Alcohol | ☐ | On-the-job training ☐ |
| Pre-release | ☐ | Other ☐ |
| | | (Please specify _____) |

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☐
Assignment change ☐

TABE administered ☐
Reading grade level | | | | |

Incentive Award
Level I ☐
Level II ☐

Program completion ☐
Behavior change ☐

Other ☐
(Please specify _____)

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

Ym taylor work without being told and works all day. Very respectful and follows all instruction

Supervisor's signature _Opctheuw_    Date _8-05-04_

## INCENTIVE AWARD

Date _____    Institution name _____

Awarded to Inmate _____    Inmate ID | | | | | | | | | | |

Specific award _____    Counselor's signature _____

Date taken _____    Date _____

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

Exhibit 3.15

**GE~~~GIA DEPARTMENT OF CORREC~~ONS**
**W~~~AK/ACTIVITY PERFORMANCE R~~~ORT**

Col. 1 = P
Card type

Counselor _Morris Counselor_       Institution Code |__|__|__|__|

Inmate |__|__|__|__| _Taylor,   Johnny_       Inmate ID |__|__|__|__| 1 1 |5|5|9|3|7|
(3 Letters — Last name)           (First)       Prefix       6 Numbers

Supervisor _Coach Franke_       Name Work or Activity _Wellness Walk_

Number of months I have supervised this Inmate |_1_|_2_|_1_|

------------------------------------------------------------

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☐ | ☒ | Quality of work | ☐ | ☐ | ☒ |
| Willingness to learn | ☐ | ☐ | ☒ | Attention to detail | ☐ | ☐ | ☒ |
| Relationship to co-workers | ☐ | ☐ | ☒ | Consistency of work | ☐ | ☐ | ☒ |
| Response to supervision | ☐ | ☐ | ☒ | Level of productivity | ☐ | ☐ | ☒ |
| Trustworthiness | ☐ | ☐ | ☒ | Skill development | ☐ | ☐ | ☒ |

### OVERALL SUMMARY RATING

Below average ☐    Average ☐    Above average ☒

------------------------------------------------------------

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

| Counseling: | | | |
|---|---|---|---|
| Vocational | ☐ | Detail change | ☒ |
| Work adjustment | ☐ | School | ☐ |
| Drug/Alcohol | ☐ | On-the-job training | ☐ |
| Pre-release | ☐ | Other | ☐ |
| | | (Please specify _____) | |

------------------------------------------------------------

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

| Semi-annual | ☐ | | | Incentive Award | |
|---|---|---|---|---|---|
| Assignment change | ☐ | TABE administered Reading grade level | ☐ |_|_|_|_| | Level I | ☐ |
| | | | | Level II | ☐ |
| Program completion | ☐ | | | Other | ☐ |
| Behavior change | ☐ | | | (Please specify _____) | |

------------------------------------------------------------

## COMMENTS
(Task accomplished for incentive award, problems, progress, recommendations)

_Inmate Taylor needs to be dropped from Wellness Walk for he has a down orderly detail —_

Supervisor's signature _Diane Franke_       Date _6-14-01_

------------------------------------------------------------

## INCENTIVE AWARD

Date _____       Institution name _____

Awarded to Inmate _____       Inmate ID |__|__|__|__|__|__|__|__|__|__|

Specific award _____       Counselor's signature _____

Date taken _____       Date _____

------------------------------------------------------------

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the Inmate's personal file maintained by Institution.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**
**WORK/ACTIVITY PERFORMANCE REPORT**

Col. 1 = 7
Card type

Counselor _Morris_

Institution Code |5|4|1|1|

Inmate _T/Aylor, Johnny_
(3 Letters – Last name)          (First)

Inmate ID |A|F|1|C|5|5|9|3|2|
Prefix       6 Numbers

Supervisor _K. Lamar_

Name Work
or Activity _C/30 / WALK/ C/30_

Number of months I have supervised this inmate |_|_|_|

---

## INMATE PERFORMANCE
(Please make an X in one space for each item.)

| | Below Avg. | Avg. | Above Avg. | | | Below Avg. | Avg. | Above Avg. |
|---|---|---|---|---|---|---|---|---|
| Willingness to follow instructions | ☐ | ☑ | ☐ | Quality of work | | ☐ | ☑ | ☐ |
| Willingness to learn | ☐ | ☑ | ☐ | Attention to detail | | ☐ | ☑ | ☐ |
| Relationship to co-workers | ☐ | ☑ | ☐ | Consistency of work | | ☐ | ☑ | ☐ |
| Response to supervision | ☐ | ☑ | ☐ | Level of productivity | | ☐ | ☑ | ☐ |
| Trustworthiness | ☐ | ☑ | ☐ | Skill development | | ☐ | ☑ | ☐ |

---

## OVERALL SUMMARY RATING

Below average ☐     Average ☑     Above average ☐

---

## WORK/ACTIVITY NEEDS
(Please make an X in each space that applies.)

Counseling:

Vocational ☐
Work adjustment ☐
Drug/Alcohol ☐
Pre-release ☐

Detail change ☐
School ☐
On-the-job training ☐
Other ☐

(Please specify _____)

---

## REASON FOR PERFORMANCE REPORT
(Please make an X in the space that applies.)

Semi-annual ☑
Assignment change ☐

TABE administered ☐
Reading grade level |_|_|_|_|

Incentive Award
Level I ☐
Level II ☐
Other ☐

Program completion ☐
Behavior change ☐

(Please specify _____)

---

## COMMENTS
(Task accomplished for Incentive Award, problems, progress, recommendations)

Supervisor's signature _K. Moms   K. Lamar_   Date _3-26-01_

---

## INCENTIVE AWARD

Date _____          Institution name _____

Awarded to
Inmate _____          Inmate ID |_|_|_|_|_|_|_|_|_|

Specific award _____          Counselor's signature _____

Date taken _____          Date _____

---

## DISPOSITION
(by the Counselor)

Add the original copy of the form to the inmate's personal file maintained by institution.

DOC Form #50-353 (Rev. 10/02/96)

Exhibit 3.15



**ENTERED**

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
**REQUEST FOR OTIS ENTRY**

Name _Taylor, Johnny_

State ID No. _380941_

Date of Birth _7-2-54_

Race _B_  Sex _M_

---

INSTITUTION: _Hancock SP_  Date: _7/21/03_  Height: _6'1_  Weight: _166 lb_

ASSIGNED HEALTH PROFILE:  MEDICAL HOLD:

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
|  |  |  |
|  |  |  |

\* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies  ☐ Heat intolerance  ☐ Cold intolerance  ☐ On renal dialysis  ☐ Lower range (seizures)
☐ Extreme obesity  ☐ Insulin dependent  ☐ Mental instability  ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss  ☐ Prosthetic device  ☐ Indwelling catheter  ☐ State housing only
☐ Oxygen dependent  ☐ Special diet  ☐ Unusual footwear  ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE** ( max. 300 chars. ): State here medical information which may preclude routine housing or job assignments.
State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_Able to continue janitorial duties c no limitation._

---

*I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.*

Signature: _H. A. Thy PA C_  MD, DO, NP, (PA), DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.  Yellow carbonless copy: forward to OTIS data entry.



Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
**REQUEST FOR OTIS ENTRY**

Name _Taylr Johnny_

State ID No. _155937_

Date of Birth _7-2-52_

Race _B_ Sex _M_

INSTITUTION: _Hancock S.P._ Date: _7/27/01_ Height: _6'7_ Weight: _168_ lb

**ASSIGNED HEALTH PROFILE:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**MEDICAL HOLD:**

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
| | | |

\* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies    ☐ Heat intolerance    ☐ Cold intolerance    ☐ On renal dialysis    ☐ Lower range (seizures)
☐ Extreme obesity    ☐ Insulin dependent    ☐ Mental instability    ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss    ☐ Prosthetic device    ☐ Indwelling catheter    ☐ State housing only
☐ Oxygen dependent    ☐ Special diet    ☐ Unusual footwear    ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE** ( max. 300 chars. ): State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress-Record and the Problem List._

Signature: _Enoch Ayin_ MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.     Yellow carbonless copy: forward to OTIS data entry.

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
REQUEST FOR OTIS ENTRY

Name _Jaylor Johnny_

State ID No. _155937_

Date of Birth _7-2-54_

Race _B_ Sex _M_

INSTITUTION: _Hancock S.P._ Date: _10/13/00_ Height: _170_ Weight: _68 lb_

ASSIGNED HEALTH PROFILE:      MEDICAL HOLD:

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
| | | |

*MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies ☐ Heat intolerance ☐ Cold intolerance ☐ On renal dialysis ☐ Lower range (seizures)
☐ Extreme obesity ☐ Insulin dependent ☐ Mental instability ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss ☐ Prosthetic device ☐ Indwelling catheter ☐ State housing only
☐ Oxygen dependent ☐ Special diet ☐ Unusual footwear ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE ( max. 300 chars. ):** State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List._

Signature: _B. Lewis (NP)_ MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.      Yellow carbonless copy: forward to OTIS data entry.

Exhibit 3.15

 

Name _Taylor Johnny_

State ID# _155 467_

**Georgia State Department of Corrections**

## PHYSICAL EXAMINATION

| Height | Weight | Pulse | Resp. | B/P | Age | Audio-Meter | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61" | 169.0 | 78 | 20 | 120/80 | 46 | | Right | | | | | | | | |
| | | | | | | | Left | | | | | | | | |

| DISTANT VISION | NEAR VISION | INTRAOCULAR TENSION |
|---|---|---|
| Rt.20/_70_----Corr. to 20/-------- | Rt.20/_30_---Corr. to--------by-------- | Rt.Scale Units--------mmHg.-------- |
| Lt.20/_100_----Corr. to 20/-------- | Lt.20/_30_-----Corr. to--------by-------- | Lt.Scale Units--------mmHg.-------- |

| | Clinical Evaluation | | Explanation |
|---|---|---|---|
| | (1) Physical Appearance & Behavior: | | Ø tattoos, scars ₹2 birth marks |
| L | (2) HEENT: (sinus, face, mouth) | | |
| | (3) Neck: (thyroid, trachea) | | 1/2in defers optrudly wad |
| L | (4) Cardio - Resp: (chest, lungs, heart, vascular) | | |
| L | (5) Gastro - Intest: (abdomen, viscera, anus, rectum, hernia) | | |
| @ | (6) Genito - Urinary: Deferred | | |
| L | (7) Neuro - Musco - Skeletal:  (a) Upper extremities  (b) Lower extremities | | |
| L | (8) Skin - Lymphatics: | | |
| | (9) Breast: | | |
| | (10) Pelvic: | | |
| L | (11) Ident. Body Marks: See Note | | |

Remarks:

_X. Gelin CRP_

Signature: ___

Signature: ___

Date Examined: _10-13-00_

Exhibit 3.15



**Georgia State Department of Corrections**

## PHYSICAL EXAMINATION

Name _____

State ID# _____

| Height | Weight | Pulse | Resp. | B/P | Age | Audio-Meter | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Right | | | | | | | | |
| | | | | | | | Left | | | | | | | | |

| DISTANT VISION | NEAR VISION | INTRAOCULAR TENSION |
|---|---|---|
| Rt.20/--------Corr. to 20/--------- | Rt.20/---------Corr. to---------by--------- | Rt.Scale Units---------mmHg.--------- |
| Lt.20/--------Corr. to 20/--------- | Lt.20/---------Corr. to---------by--------- | Lt.Scale Units---------mmHg.--------- |

| NORM | Clinical Evaluation | ABNO | Explanation |
|---|---|---|---|
| | (1) Physical Appearance & Behavior: | | |
| | (2) HEENT: (sinus, face, mouth) | | |
| | (3) Neck: (thyroid, trachea) | | |
| | (4) Cardio - Resp: (chest, lungs, heart, vascular) | | |
| | (5) Gastro - Intest: (abdomen, viscera, anus, rectum, hernia) | | |
| | (6) Genito - Urinary: | | |
| | (7) Neuro - Musco - Skeletal: (a) Upper extremities (b) Lower extremities | | |
| | (8) Skin - Lymphatics: | | |
| | (9) Breast: | | |
| | (10) Pelvic: | | |
| | (11) Ident. Body Marks: | | |

Remarks:

_____

_____

_____

_____

Signature: _____

Signature: _____

Date Examined: _____

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**INTAKE/ANNUAL PHYSICAL EXAMINATION**
DIAGNOSTIC CENTER:_____

Name _Taylor John_
No. _15J937_
Date of Birth _7-2-58_
Race _B_ Sex _M_

Education _____ Occupation _____ Hair color _Blk_ Eye color _Brown_
Height _6'_ Weight _170 #_ Temp. _97.8_ Pulse _64_ Resp. _18_ BP _130 / 80_
Hearing: Right_____ Left_____ Distant vision: Right 20/_50_ Left 20/_70_ Near vision: Right 20/_25_ Left 20/_30_
Corrected vision measurements: Distant vision: Right 20/___ Left 20/___ Near vision: Right 20/___ Left 20/___

| | WNL | Abnl | | WNL | Abnl |
|---|---|---|---|---|---|
| General appearance, affect, suicidal? | ✓ | | Heart size, rhythm, and sounds | ✓ | |
| Integument, lymphatics | ✓ | | Peripheral vascular, varicosities | ✓ | |
| Head, face, neck, and scalp | ✓ | | Abdomen, organs | ✓ | |
| Nose and sinuses | ✓ | | Neck and back spine | ✓ | |
| Lips, mouth, and throat | ✓ | | Upper extremities strength and ROM | ✓ | |
| Neck, thyroid size, bruits | ✓ | | Lower extremities strength and ROM | ✓ | |
| External ears | ✓ | | Genitalia and urinary system | ✓ | |
| Ear canals and drums | ✓ | | Anus and rectum, hemorrhoids, fistulae _Refused_ | | |
| Eyes, general aspects | ✓ | | Neurological exam | ✓ | |
| Pupils equality and light reaction | ✓ | | Pelvic female exam _N/A_ | | |
| Ocular motility, nystagmus | ✓ | | Identifying body marks, scars | ✓ | |
| Eyegrounds by ophthalmoscope | ✓ | | Tattoos | ✓ | |
| Chest and lungs | ✓ | | Allergies to drugs, food, or other | ✓ | |
| Female breast exam _N/A_ | | | | | |

Summary of laboratory abnormalities:*_____

Summary of physical abnormalities, defects, or diagnoses:*_____
_____
_____
_____

Recommendations for further care:*_____
_____
_____

*I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs were documented in the Medical Profile and explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.*
*Use additional sheets as needed.
Date: _7/29/99_ Signed: _____ PAC_____

PI-412A (REV.7.96) ⚠ DO NOT WRITE ON BACK - USE BLACK INK   INTAKE/ANNUAL PHYSICAL EXAMINATION

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**
REQUEST FOR OTIS ENTRY

Name _____

State ID No. _155.937_

Date of Birth _7.29.99  7.2.54_

Race _____  Sex _____

INSTITUTION: _Hancock_     Date: _7.29.99_     Height: _6'_     Weight: _170_ lb

**ASSIGNED HEALTH PROFILE:**      **MEDICAL HOLD:**

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |

| Date start hold | Date stop hold | Authorized by* |
|---|---|---|
|  |  |  |

* MD, DO, PA, NP, DDS, PSY

**KEY:**
P: Physical capability, stamina. 1= strongest, 2,3=intermediate, 4=weakest, 5=terminal, 6=pregnant offender.
U: Upper extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no arms
L: Lower extremities. 1=strongest, 2,3=intermediate, 4=weakest, 5=no legs
H: Hearing. 1=normal, hears whispered voice, 2,3,4=intermediate, 5=deaf
E: Vision. 1=20/20 both eyes, 2,3,4=intermediate, 5=total bilateral blindness
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than 1, must be assigned by mental health staff.
D: Dental grade. 1=minimal decay, no teeth to be extracted. If other than 1, must be assigned by dental staff.
W: Work capacity. 1=all jobs, 2,3=intermediate, 4=major restrictions, 5=cannot work under any circumstances.
I: Impairments. 1= not impaired, normal; 5=needs a special program for activities of daily living.
T: Transportation. 1=all vehicles; 5=needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH26-0001.

**RESTRICTIONS:**

☐ Severe allergies       ☐ Heat intolerance       ☐ Cold intolerance       ☐ On renal dialysis     ☐ Lower range (seizures)
☐ Extreme obesity        ☐ Insulin dependent      ☐ Mental instability      ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss     ☐ Prosthetic device      ☐ Indwelling catheter     ☐ State housing only
☐ Oxygen dependent       ☐ Special diet           ☐ Unusual footwear        ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE** ( max. 300 chars. ): State here medical information which may preclude routine housing or job assignments. State reason for medical hold, which may be requested for up to 15 days, subject to renewals. Describe diets.

_CCC   HTN_

_I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List._

Signature: _____ PA-c   MD, DO, NP, PA, DDS, PSY
( circle one )

**THIS FORM MUST BE COMPLETED FOR EVERY PROFILE CHANGE, OR TO START OR STOP MEDICAL HOLDS. DO NOT CHANGE PROFILE FOR TEMPORARY CONDITIONS (LESS THAN 30 DAYS); USE TEMPORARY LAY-INS.**

White top copy: file in medical record section I, History/Physical/Profile.      Yellow carbonless copy: forward to OTIS data entry.

PI-2051 (REV. 2/96)      DO NOT WRITE ON BACK - USE BLACK INK ONLY      **HEALTH/ACTIVITY PROFILE**

Exhibit 3.15

# HANCOCK
## STATE
## PRISON



# FILE BEGINS
# HERE

## DATE
## 12-15-98

Exhibit 3.15

TEST SCORE REPORT                      TAYLOR      JOHNNY  L

1.  CULTURE FAIR IQ, WIDE RANGE ACHIEVEMENT TEST--Revised     (grade level equivalents)
-------------------------------------------------------------------------------

   IQ             READING       MATH        SPELLING
   109               9.5        6.5            7.5


2.  UNITED STATES EMPLOYMENT SERVICE INTEREST INVENTORY (raw scores)
-------------------------------------------------------------- ----- N/A


3.  MONROE DYSCONTROL SCALE AND SUICIDE RISK SCALE (raw scores)
----------------------------------------------------------------

         MONROE                    SUICIDE RISK
   MDS    MDS_VIO   Missing       SCORE    Missing
    9       1        0             2         0


4.  BUSS-DURKEE HOSTILITY INVENTORY (raw scores)
-------------------------------------------------

| TOTAL | TOT_R | OVA | CVA | ASL | IND | IRR | NEG | RST | SPC | VER | GLT | Missing |
|-------|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|
| 12    | 7     | 3   | 3   | 1   | 1   | 1   | 0   | 1   | 0   | 3   | 5   | 0       |


5.  SUBSTANCE ABUSE SCORES
----------------------------------------------------------------

       MAST              DAST
   Score   Missing   Score   Missing
     9       0         2       0


6.  EVALUATION AND OFFENDER PROFILE REPORT RESULTS
---------------------------------------------------

AFA MHNEED EVAL SUICI VICTM VIOLN SUBAB Psychiatric Dx Flags
 1    1    2    1    1    3    5   303.xx or 304.xx or 305.xx, 301.xx


====================================================================================================

DOC #  155937     TAYLOR      JOHNNY   L              AGE 44      Run date: 08/18/98      (ver. 3.01)

Exhibit 3.15



**IPAT**

## ANSWER SHEET

*155937*

# Test of "g": Culture Fair, SCALE 2, Form _____ (A or B)

NAME _Taylor_    Last Name     _Johnny_    First Name     Initial    DATE _08/17/98_

SCHOOL (or Address, Occupation, as Instructed) _____

AGE _44_ Years Months    DATE OF BIRTH _7_ Month _2_ Day _54_ Year    GRADE _8 - GED_    MALE ☐ (Boy)    FEMALE ☐ (Girl)

CIRCLE HIGHEST GRADE COMPLETED IN SCHOOL   1   2   3   4   5   6   7   8    9   10   11   (12)    13   14   15   16

**Instructions:** Place this answer sheet next to the booklet. Inside the booklet there are rows of little puzzles. You are to pick the best one of the 5 choices that are given for each puzzle. If the answer you choose is the first one in the line, fill in the box under the "1." If the answer you choose is the second, fill in the box under the "2." If you choose the third, fill in the box under the "3," and so on. Be sure when you are working on Test 1 to fill in the boxes under Test 1; when you are working on Test 2, be sure you fill in the boxes under Test 2; and so on.

★

| | Do not write in this space. |
|---|---|
| | Test    Score |
| | 1 _____ |
| | 2 _____ |
| | 3 _____ |
| | 4 |
| | Total Score _33_ |
| | Q. _109_ |
| | M. _____ Optional |

NOTES:

**TEST 1** Examples: / **TEST 2** Examples: / **TEST 3** Examples: / **TEST 4** Examples:

Culture Fair, Scale 2, Forms A and B, Copyright © 1949, 1957, 1960 by the Institute for Personality and Ability Testing, Inc.,
P.O. Box 1188, Champaign, Illinois 61824-1188, U.S.A. All rights reserved. Printed in U.S.A.

Exhibit 3.15

Pri___ U.S.A.   Trans-Optic® by NCS MP86789 :15   GS09

# Department of Corrections
## Drug and Alcohol History

**IDENTIFICATION NUMBER**

NAME: Taylor, Johnny___ Yes

DATE: 8-14-98   AGE: 44

| DRUG GROUP | EVER USED Yes or No | | AGE AT FIRST USE | REGULAR USE (daily for 30 days or more) | | AGE AT LAST USE | USAGE DURING LAST 2 MONTHS BEFORE LOCKUP (1) Not at all (2) Less than once a week (3) 1 to 4 days a week (4) 5 to 7 days a week | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. Glue, spray cans, gasoline, etc. | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| B. Marijuana or hashish | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| C. Hallucinogens (LSD, mescaline, peyote, PCP, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| D. Oral amphetamines & other uppers (whites, benzedrine, dexedrine) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| E. IV methamphetamine (speed, meth. etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| F. Barbiturates/other downers (reds, seconal, yellow jackets, quaalude, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| G. Heroin | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| H. Street methadone | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| I. Other opiates (opium, morphine, codeine, paregoric, dilaudid, percodan, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| J. Cocaine/crack | Ⓨ | N | 19 | Y | Ⓝ | 31 | ① | ② | ③ | ④ |
| K. Tranquilizers (valium, librium, miltown, etc.) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| L. Other (specify) (_____) | Y | Ⓝ | | Y | Ⓝ | | ① | ② | ③ | ④ |
| M. Alcohol | Ⓨ | N | 15 | Y | Ⓝ | 19 | ① | ② | ③ | ④ |

# CONTINUE ON BACK OF FORM

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS
## DENTAL SCREENING, EXAMINATION,
### TREATMENT PLAN, AND FORENSIC RECORD

Name _____

State ID No. _____ TAYLOR   JOHNNY L
EF 155937 — 7B

Date of Birth _____ 7 2 54 _____

Race _____ Sex _____

Date: _____ 8-13-98 _____

Intake Facility _____ GDCF _____

Intake Dentist: _____ Dr. Batchelor _____

Classification at Intake: I     II     III

### Missing Teeth/Extractions/Restorations/Forensic (INK)

RIGHT | LEFT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

### Existing Pathology/Treatment Plan (PENCIL)

RIGHT | LEFT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

### Soft Tissue Examination

| | WNL | Comments |
|---|---|---|
| Face | | |
| Lips | | |
| Cheeks | | |
| Hard Palate | | |
| Soft Palate | | |
| Pharynx | | |
| Tongue | | |
| Floor of Mouth | | |
| Gingiva | | |
| Periodontium | | |
| Occlusion | | |

Other Comments: _____
Significant Medical History
(Review Medical History): _____

_____

Special Comments: _____

_____

Comprehensive Examination:
Date: _____ Facility: _____

Dentist: _____

Classification at Comprehensive
Exam:   I        II        III
Explanation: _____

Treatment Plan: (PENCIL):      Tooth Number/Procedure

1. _____ 9. _____ 17. _____ 25. _____
2. _____ 10. _____ 18. _____ 26. _____
3. _____ 11. _____ 19. _____ 27. _____
4. _____ 12. _____ 20. _____ 28. _____
5. _____ 13. _____ 21. _____ 29. _____
6. _____ 14. _____ 22. _____ 30. _____
7. _____ 15. _____ 23. _____ 31. _____
8. _____ 16. _____ 24. _____ 32. _____

Perio Tx: _____  Pros Tx: _____  Other Tx: _____

Distribution:   White - Medical Record.   Yellow - Central Office Inmate File.   Pink - Institutional Inmate File.

Dental Screening, Examination.

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRECTIONS

### INTAKE/ ANNUAL PHYSICAL EXAMINATION
### GEORGIA DIAGNOSTIC & CLASSIFICATION
### PRISON (8-19) 9, 7/99

Name ___ TAYLOR  JOHNY  L
F F  155937 ___ 73
No. ___ 7-2-54
Date of Birth ___
Race ___ Sex ___ Age 44

Education 8TH     Occupation P/umbcc     Haircolor B/K     Eyecolor BWN
Height 6'2"     Weight 176     Temp ___     Pulse 78     Resp 16     BP 120/90
Hearing: Right W N/L  Left W,Wh     Distant vision: Right 20/20  Left 20/20  Near vision: Right 20/20  Left 20/3
IOP: ___     Corrected vision: ___     Distant vision: Right 20/___ Left 20/___  Near vision: Right 20/___  Left 20/___

| | WNL | ABNL | | WNL | ABNL |
|---|---|---|---|---|---|
| General appearance, affect, suicidal | ✓ | | Heart size, rhythm, and sounds | ✓ | |
| Integument, lymphatic | ✓ | | Peripheral vascular, varicosities | ✓ | |
| Head, face, neck, and scalp | ✓ | | Abdomen, organs | ✓ | |
| Nose and Sinuses | ✓ | | Neck and back, spine | ✓ | |
| Lips, mouth and throat | ✓ | | Upper extremities strength and ROM | ✓ | |
| Neck, thyroid size, bruits | ✓ | | Lower extremities strength and ROM | ✓ | |
| External ears | ✓ | | Genitalia and urinary system | ✓ | |
| Ear canals and drums | ✓ | | Anus & rectum, hemorrhoids, fistulae | ✓ | |
| Eyes, general aspects | ✓ | | Neurological exam | ✓ | |
| Pupils, equality and light reaction | ✓ | | Pelvic female exam | | |
| Ocular motility, nystagmus | ✓ | | Identifying body marks, scars | ✓ | |
| Eyegrounds by opthamaloscope | N.E | | Tattoos | ✓ | |
| Chest and Lungs | ✓ | | Allergies to drugs, food, or other | ✓ | |
| Female breast exam | | | | | |

Summary of laboratory abnormalities:* ___ Ø
Summary of physical abnormalities, defects or diagnoses:* ___ Ø

Recommendations for further care:* (1) MONITOR ___

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs were documented in the Medical Profile and explained to the offender. I certify that the offender was educated on the nature of his/her condition and the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.
Use additional sheets as needed.

DATE: 8-19-93     SIGNED: _Lindwxer 1A_ ___

Exhibit 3.15

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name __TAYLOR JOHNNY L__

**HEALTH/ACTIVITY PROFILE**

Number _EH-155937_ Date of Birth __07/02/1954__

Race __BLACK__ Sex _MALE_

INSTITUTION: _GA. DIAG. & CLASS. PRISON_ DATE: _08/28/1998_ Height _6'02"_ Weight _176_ lbs

ASSIGNED HEALTH PROFILE : MEDICAL HOLD :

| P | U | L | H | E | S | D | W | I | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| Date Start Hold | Date Stop Hold | Authorized By* |
|---|---|---|
|  |  |  |

\# MD, DO, PA, NP, DDS, PSY

**KEY :**

P: Physical capability, Stamina. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=Terminal, 6=Pregnant offender.
U: Upper extremities. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No arms.
L: Lower extremities. 1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No legs.
H: Hearing. 1=Normal, hears whispered voice, 2,3,4=Intermediate, 5=Deaf.
E: Vision. 1=20/20 both eyes, 2,3,4=Intermediate, 5=Total bilateral blindness.
S: PSYchiatric grade, 1 to 6. 1=No psychiatric disorder. If other than one, must be assigned by mental health staff.
D: Dental grade. 1=Minimal decay, no teeth to be extracted. If other than one, must be assigned by dental staff.
W: Work capacity. 1=All jobs, 2,3=Intermediate, 4=Major restrictions, 5=Can not work under any circumstances.
I: Impairments. 1=Not impaired, normal; 5=Needs a special program for activities of daily living.
T: Transportation. 1=All vehicles; 5=Needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

**Additional description of the medical profiles is found in SOP No. VH25-0003.**

**RESTRICTIONS :**

☐ Severe allergies ☐ Heat intolerance ☐ Cold intolerance ☐ On renal dialysis ☐ Lower Range (Seizures)
☐ Extreme obesity ☐ Insulin dependent ☐ Mental instability ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss ☐ Prosthetic device ☐ Indwelling catheter ☐ State housing only
☐ Oxygen dependent ☐ Special diet ☐ Unusual footwear ☐ Cane, crutch, walker, wheelchair, etc.

**NARRATIVE :**

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.

*Signature* :ROY CRISPIN-MD

PI-2051 (REV.10/95)

OR8MHC

**HEALTH/ACTIVITY PROFILE**

Exhibit 3.15

PERFORMANCE RECORDING SHEET

INMATE NAME: TAYLOR, JOHNNY L          INMATE NUMBER: EH-155957

| DATE | INFORMATION | SIGNATURES |
|------|-------------|------------|
| 9-21-98 | PHS | BC |
| 9/30/98 | FINAL INTERVIEW | |
| | SECURITY: _Close_   (IN)/ OUT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INMATE NAME: TAYLOR, JOHNNY L          INMATE NUMBER: EH-155957

Exhibit 3.15

## STATE BOARD OF PARDONS AND PAROLES
### Atlanta, Georgia
### PERSONAL HISTORY STATEMENT

Date Completed **09/24/98**

1. **NAME: TAYLOR,JOHNNY L**       Number: **EH-155937**

   Alias:

   Age: **44**    D.O.B.: **07/02/54**          Race: **BLACK**        Sex: **M**

   Height: **6' 2"**  Weight: **176**  Eye Color: **BROWN**   Hair Color: **BLACK**   Skin Color: **DARK**

   Scars, Marks & Tattoos:

   Soc. Sec. No.: **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**     Religion: **BAPTIST**       Guardian: **MOTHER ON**

   Social Class: **MINIMUM STD**     Environment: **S.M.S.A**

   Family Behavior: **FATH ABSNT**

   Primary Lang: **ENGLISH**       Secondary Lang:              Ethnic Origin:

   Citizenship: **UNITED STATES (USA)**      Birth Place: **FULTON,GA**

2. **CURRENT CONVICTIONS:**

| Offense | County | Sentence |
|---|---|---|
| ESCAPE | TATTNALL | 5Y CC |
| AGGRAVATED ASSAULT | DEKALB | 10Y (CT 3)CC |
| ARMED ROBBERY | DEKALB | LIFE (CT 1)CC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

   Detainers/Pending Charges:

   Escapes and Recaptures: **DENIES ANY ESCAPES**

3. **HEALTH: Physical condition, impairments, addictions, diagnosis**

   **(A)** Profile: **GC-1**   **UB-1**   **LB-1**   **HE-1**   **E-1**   **P-1**      Restrictions: **NO**

   **(B)** Alcohol: **NONE**

   Treatment: **NONE**

   **(C)** Drugs: **EXPERIMENTAL**              Type: **COCAINE/CRACK**

   Treatment: **NONE**

   IV Drugs: **NEVER**            Other Drugs: **MARIJUANA, QUIT 1970**

   **(D)** Mental Diagnosis:DSMIII           Medicated: **N** Level:

   Previous Mental Health:

4. **EDUCATION:**

   Grade Completed or                    Degree or
   GED Date: **COMPL TECH**               Skill (Trade): **PLUMBER**

   IQ Test        Score: _109_       WRAT: Read **9.5** Math **6.5** Spell **7.5** Avg **7.8**

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

EH-155937  TAYLOR,JOHN., L

Page 2 of 4

5.  MILITARY: Branch **NO MIL SERV**   SN:        Job:

    Entered:          Date Discharged:          Type Discharge: **NOT REPTD**        Rank:

6.  LAST THREE HOME ADDRESSES (Within the Past 10 Years):            From      To

    (A) **2038 BEAUPREE ST.**        **ATLANTA,GA 30316**        **00/00/93 03/17/98**

    (B) **1393 CUSTER AVE**          **ATLANTA,GA**              **06/10/92 00/00/93**

    (C)

7.  LAST THREE JOBS HELD STARTING WITH THE LAST JOB HELD (Within the Past 10 Years):

    (A) Employer Name: **METRO CONTRACTORS**        Phone:          Salary: **450/WEEK**
        Address:                                    **UNION CITY,GA**
        Type of Work: **PLUMBER**                                   **11/00/97-03/00/98**
        Foreman:                                    Dept:

    (B) Employer Name: **AX-HANDLE REED PACKAGING**  Phone:          Salary: **200/WEEK**
        Address:   **HOLLYWOOD RD.**                 **ATLANTA,GA**
        Type of Work: **CLERK**                                     **11/00/96-11/00/97**
        Foreman:   **TYRONE DAVIS**                  Dept:

    (C) Employer Name:                              Phone:          Salary:
        Address:
        Type of Work:
        Foreman:                                    Dept:

8.  (A) Father:      **TOM TAYLOR**                              Phone:
        Address: **DECEASED**
        Employer: **UNKNOWN CAUSE**                             Phone:

    (B) Mother:     **ADDIE COPELAND SMITH**              Phone: **404-627-6859**
        Address: **1393 CUSTER AVE.**        **ATLANTA,GA**        **FULTON CO**
        Employer:                                           Phone:

    (C) Stepfather:   **JOSEPH SMITH**                       Phone:
        Address: **8-B**
        Employer: **WEST HOME IMPROVEMENT**                 Phone:

    (D) Stepmother:                                         Phone:
        Address:
        Employer:                                           Phone:

    (E) Social Informant: **8-B**                           Phone:
                                                            Dist:

    (F) Directions: **NEAR MORELAND AVE.**

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

EH-155937  TAYLOR,JOHNN. L                Page 3 of 4

9.  Number of Brothers: 01                           Number of Sisters: 02

| NAME | ADDRESS | | AGE | PHONE |
|---|---|---|---|---|
| (A) WALTER TAYLOR | | ,NC | 61 | |
| (B) BARBARA HEFLIN | 1998 CAPRI | DECATUR,GA | 65 | 404-243-5834 |
| (C) LISA TAYLOR | | ATLANTA,GA | 36 | 404-378-0974 |
| (D) | | | | |
| (E) | | | | |
| (F) | | | | |
| (G) | | | | |
| (H) | | | | |
| (I) | | | | |
| (J) | | | | |

10. List present spouse or common law spouse:
    NAME: Last, First Maiden              Date and Place of Marriage          Date of Separation
    REBA GATLIN TAYLOR
    Address: 2830 ROLLINGWOOD LN.     ATL,GA 30306               Phone: 404-243-6695
    Employer: U.S.P.S. CROWN RD. ATL.                            Phone:

11. CHILDREN:

| NAME | ADDRESS | AGE |
|---|---|---|
| (A) JOHN TAYLOR 10 | | 17 |
| (B) REJON TAYLOR 10 | | 14 |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| (J) | | |

12. Person to contact in case of emergency:
    Name: SMITH, ADDIE              Relationship: PARENT          Phone: (404)627-6859
    Address: 1393 CUSTER AVE.       ATLANTA,GA 30316                    FULTON CO

13. Immediate relatives who are now serving, or have previously served, in prison and why:
    (A)
    (B)
    (C)

14. Co-Defendants and Sentence Received:
    (A)
    (B)
    (C)
    (D)
    (E)
    (F)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

EH-155937   TAYLOR, JOHNN, L                Page 4 of 4

15. PREVIOUS CONVICTIONS in all courts including all state, city, juvenile and other courts:

| Offense | County | Sentence | Date Sentence Began | Date of Release | Type of Release |
|---------|--------|----------|---------------------|-----------------|-----------------|
|  |  | PAROLE | 6-10-92 | . |  |
|  |  | REVOKED | 3-24-98 |  |  |
|  |  |  | . |  | . |
|  |  |  |  |  |  |
|  |  |  |  |  | . |

Comments:

16. OFFENDER'S EXPLANATION OF CRIME:

   PAROLE REVOCATION 3-24-98

      "I ADMIT ALL MY PAROLE VIOLATIONS. I SIGNED A WAIVER."

   "I WAS CONVICTED IN FEDERAL COURT OF BANK FRAUD AND POSSISSION OF
   A FIREARM BY A CONVICTED FELON. I GOT 100 MONTHS TO SERVE AND 5
   YEARS SUPERVISED RELEASE TO RUN CONSECTIVE TO MY GEORGIA SENTENCE
   ."

ADDITIONAL INFORMATION:

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.15

## Inmate Classification Profile

NAME: TAYLOR,JOHNNY L          NUMBER: EH-155937          DOB: 07/02/1954

I.     MEDICAL:
GRADE 1

II.    PUBLIC RISK:
CLOSE SECURITY.  INMATE CHARGED WITH PAROLE REVOCATION.  WAS PAROLED
IN 6/92 AFTER SERVING TIME FOR ARMED ROBBERY, AGGRAV ASSAULT AND ESCAPE.
PAROLE WAS REVOKED ON TECHNICALITIES AND COMMITTING OFFENSE OF THEFT
BY RSP, MOTOR VEHICLE, AND POSS OF F/A BY C/F IN DEKALB CO.  INMATE
STATES THIS IS A FEDERAL CHARGE.  HE HAS BEEN TO COURT AND RECEIVED
100 MOS SENTENCE AND A FINE.  THIS INFORMATION IS NOT IN FILE.  IT IS
CONSIDERED PENDING.  FILE SHOWS CONVICTIONS FOR ARMED ROBBERY AND
AGGRAV ASSAULT INDICATING ASSAULTIVE BEHAVIOR.  DENIES SEX OFFENSES.
INMATE ESCAPED FROM GSP IN 83.

III.   INSTITUTIONAL RISK:
THREE PREVIOUS INCARCERATIONS FOR 2 CHARGES OF ARMED ROBBERY AND POSS
OF BURGLARY TOOLS.  NO ENEMIES OR RELATIVES IN PRISON SYSTEM.  HAS 4
DRS IN FILE.  HAS 2 DRS FOR POSS OF ESCAPE DEVICE AND 1 DR FOR ESCAPE
FROM INSTITUTION.  DENIES ANY HOMOSEXUAL ACTIVITY.

IV.    TREATMENT:
NO TREATMENT CLAIMED.  NO SUICIDE ISSUES.

V.     EDUCATION:
8TH GRADE COMPLETED  CLAIMS TO HAVE GOTTEN A GED IN ALABAMA.
SCORES/CF IQ 109  R 9.5  M 6.5  SP 7.5

VI.    VOCATIONAL:
STATES IN PRISON HE STUDIED PLUMBING.  COMPLETED COURSE.  NO MILITARY
SERVICE.

VII.   WORK HABITS:
STATES HE HAS 18 MOS EXP AS A PLUMBER.  ALSO WORKED AS CASHIER.
CLAIMS VALID GA DRIVER'S LICENSE AT HOME.

VIII.  DRUGS & ALCOHOL:
DENIES USE.

IX.    SPECIAL CONSIDERATIONS:
REPORTS CORRESPONDENCE FROM MOTHER, SISTER, AND WIFE.  NO CRIMINAL
HISTORY AMONG IMMEDIATE FAMILY.  OPR INDICATES VERY HIGH POTENTIAL FOR
SUBSTANCE ABUSE.  INMATE DENIES THE USE OF DRUGS OR ALCOHOL.

X.     IMPRESSIONS & OBSERVATIONS:
INMATE WAS COOPERATIVE DURING INTERVIEW.  SEEMS TO BE FUNCTIONING ON
AN ABOVE AVERAGE LEVEL.  PLANS TO LIVE WITH HIS WIFE UPON RELEASE.

XI.    RECOMMENDATIONS:
1.  SECURITY CLOSE
2.  ASSIGNMENT - NO PREFERENCE.  NO MH NEEDS.
3.  WORK - GENERAL LABOR
4.  PROGRAMS - SELF HELP PROGRAMS.

Exhibit 3.15

## Inmate Classification Profile

NAME: TAYLOR,JOHNNY L          NUMBER: EH-155937          DOB: 07/02/1954

PERSON COMPLETING FORM:     RICHARD BRYSON/BF
DATE FORM COMPLETED:   10/05/1998

CLASSIFICATION COMMITTEE OR DIAGNOSTIC DIRECTOR:
CHARLENE WISE

Exhibit 3.15

Attachment 1(a)
SOP IIC02-0002
(01-April-95)

# GEORGIA DEPARTMENT OF CORRECTION
## INITIAL SECURITY CLASSIFICATION

Name : TAYLOR,JOHNNY L          Number : EH-155937          Date : 10/05/98

Institution : GA. DIAG. & CLASS. PRISON     Months Served :     1

Additional          ASSAULTIVE TENDENCY
Considerations :

| Section A | SECURITY LEVEL SCORING | | DIAG. C.O. |
|---|---|---|---|
| Type of Detainer or A B pending charges | 0 = None  3 = Moderate  7 = Greatest<br>1 = Low/Low Moderate   5 = High | A | 03 |
| Severity of current offense | 0 = Lowest  3 = Moderate  7 = Greatest<br>1 = Low Moderate  5 = High | | 01 |
| Projected Length MRD TPM of incarceration | 0 = 0-12 months  2 = 50-119 months  10 = Life<br>1 = 13-49 months  5 = 120+ months | M | 10 |
| Type of Prior A B Committments | 0 = None  3 = Serious (High,Great)<br>1 = Minor (Low,Low Mod.,Mod.) | A | 03 |
| History of Escapes A B Attempts | 0 = None  3 = Recent Minor  7 = Recent Serious<br>1 = Past Minor  5 = Past Serious | A | 05 |
| History of A B Violence | 0 = None  3 = Recent Minor  7 = Recent Serious<br>1 = Past Minor  5 = Past Serious | A | 05 |
| SECURITY POINT TOTAL (Total items 1 through 6) | | | 27 |
| SECURITY LEVEL     3 = 0-7 Minimum    5 = 17-28 Close<br>4 = 8-16 Medium    6 = 29+ Maximum | | | 5 |

| Section B | EXCEPTIONAL CONSIDERATION(S) |
|---|---|

1. Maximum Security will be assigned to the inmate
   currently serving a death sentence.

Institution recommended security is : 05 - Close

**************************

FOR CENTRAL OFFICE USE ONLY
An exception to the recommended Security Level is made for the following
reasons:

In ____  Out ____  Reason : _____

Final Security Approved : _____

Date and Initials        : _____

Exhibit 3.15

INITIAL SECURITY CLASSIFICATION FOR

| 1. NAME Taylor, Johnny L | 2. NUMBER 175937 | 3. INSTITUTION GDCP | 4. DATE 9/30/98 |
|---|---|---|---|
| 5. MONTHS SERVED | 6. PERSON COMPLETING FORM   R. Brown | | |

7. ADDITIONAL CONSIDERATIONS
   1. MEDICAL          3. HOMOSEXUAL TENDENCIES   (5.) ASSAULTIVE TENDENCIES      7. NOTORIETY OF OFFENSE        9. JUVENILE
   2. PSYCHIATRIC      4. SEX OFFENDERS            6. MULTIPLE ESCAPES            8. INSTITUTIONAL ADJUSTMENT

| SECTION A | | SECURITY LEVEL SCORING | | DIAG | C.O. |
|---|---|---|---|---|---|
| TYPE OF DETAINER OR (A) B PENDING CHARGES | 0=NONE 1=LOW MODERATE | (3.) MODERATE 5=HIGH | 7=GREATEST | 3 | |
| SEVERITY OF CURRENT OFFENSE | 0=LOWEST (1.) LOW MODERATE | 3=MODERATE 5=HIGH | 7=GREATEST | 1 | |
| PROJECTED LENGTH (MOD) TPM OF INCARCERATION | 0= 0-12 MONTHS 1=13-49 MONTHS | 2=50-119 MONTHS 5=120+ MONTHS | (10.) LIFE | 10 | |
| TYPE OF PRIOR (A) B COMMITMENTS | 0=NONE | 1=MINOR (LOW, LOW MOD, MED) | (3.) SERIOUS (HIGH, GREAT) | 3 | |
| HISTORY OF (A) B ESCAPES/ATTEMPTS | 0=NONE 1=PAST MINOR | 3=RECENT MINOR (5.) PAST SERIOUS | 7=RECENT SERIOUS | 5 | |
| HISTORY OF (A) B VIOLENCE | 0=NONE 1=PAST MINOR | 3=RECENT MINOR (5.) PAST SERIOUS | 7=RECENT SERIOUS | 5 | |
| SECURITY POINT TOTAL (ADD ITEMS 1 THROUGH 6) | | | | 27 | |
| SECURITY | 3 = 0-7 MINIMUM 4 = 8-16 MEDIUM | (5.) 17-28 CLOSE 6 = 29+ MAXIMUM | | 5 | |

| SECTION B | EXCEPTIONAL CONSIDERATIONS |
|---|---|

*MAXIMUM SECURITY WILL BE ASSIGNED TO INMATES CURRENTLY SERVING A DEATH SENTENCE.*

An exception to the Security Level Score is recommended by the diagnostic center due to the following reasons:

_____

_____

_____

_____

_____

SECURITY LEVEL RECOMMENDED BY EXCEPTION: _____

FOR CENTRAL OFFICE USE ONLY:     IN_____ OUT_____ REASON_____

An exception to the recommended Security Level is made for the following reasons:_____

_____

_____

FINAL SECURITY APPROVED:_____ DATE AND INITIALS:_____

DOC50-965 (REV. 03-95)

SEC965.SEC Rev. 12/97

Exhibit 3.15

Georgia Department of Corrections

Offender Profile Report
================================================================(ver. 3.01)

TAYLOR          JOHNNY   L                    DOC #:    155937

       D.T.: 08/17/98       44 y.o.      Black              EDUC:  8

INMATE LOCATION:     Georgia Diagnostic and Classification Center

THIS COMPUTER GENERATED REPORT SHOULD BE VIEWED WITH CAUTION.  IT
MAY NOT ACCURATELY DESCRIBE THIS OFFENDER.  THESE STATEMENTS ARE BASED
ON THE BEHAVIORS AND HISTORIES OF PERSONS WITH SIMILAR TEST SCORES,
INTERVIEW RESPONSES, AND PERSONAL CHARACTERISTICS.  THE DIAGNOSTIC
AND TREATMENT SUGGESTIONS BELOW SHOULD BE CONSIDERED AS HYPOTHESES
WHICH SHOULD BE CONFIRMED OR RULED OUT FOLLOWING EXAMINATION BY THE
DIAGNOSTIC STAFF OR OTHER PERSONNEL.


POTENTIAL ADJUSTMENT ISSUES:
               Substance use disorders
               Antisocial Personality

POTENTIAL FOR SELF HARM:
     1  LOW:  The psychological profile does not provide any
     significant history or evidence suggesting a tendency toward
     self-injurious behavior.

POTENTIAL FOR VICTIMIZATION:
     1  LOW:   This offender's psychological profile does not provide
     any significant evidence suggesting a vulnerability to
     victimization.

VIOLENCE POTENTIAL:
     3  MODERATE:   This offender's psychological profile suggests
     some potential for violent behavior.  The situational
     determinants for this individual's violent behavior need to
     be identified.  Unless otherwise indicated, violence
     potential may not need to be considered as a special
     precaution in making institutional assignments.

POTENTIAL FOR SUBSTANCE ABUSE
     5  VERY HIGH:  The test and interview data are all highly
     indicative of a serious substance abuse problem.  Which
     substances this offender might abuse, as well as the pattern
     of abuse, need to be clarified.

INTELLIGENCE:
     IQ: --  109
     As measured by the Culture Fair, this offender currently is
     functioning in the average range of intelligence.

Exhibit 3.15

155937  TAYLOR      JOHNNY  L

EDUCATIONAL/ACADEMIC ACHIEVEMENT:  Wide Range Achievement Test--Revised
        Total Reading ....................  9.5
        Total Math ......................  6.5
        Spelling ........................  7.5

PSYCHOTROPIC MEDICATION:
        This offender denies any history of medically supervised use of
        drugs for psychiatric or emotional problems.

MANAGEMENT & TREATMENT CONSIDERATIONS:

A.  Requiring immediate attention:
    ...none...

B.  Special programming considerations:
        Educational programming leading to a G.E.D. needs to be
    considered for this offender.
        Appropriate substance abuse treatment programming needs
    to be considered for this offender.
        Appropriate ANGER management treatment programming needs
    to be considered for this offender.

ALCOHOL/DRUG HISTORY AND TREATMENT REQUEST

| Drugs Reported Used | Reported Regular Use | Reported Use Two Months Before Lockup |
|---|---|---|
| Cocaine | | not at all |
| Alcohol | | not at all |

Inmate reported alcohol or drug use caused the following problems
in the year prior to being locked up:

        None acknowledged

Inmate reported never having received treatment for alcohol or
drug abuse.

Inmate rated desire for drug treatment as not at all.

Inmate rated desire for alcohol treatment as not at all.

Exhibit 3.15

## State Board of Pardons and Paroles



Atlanta, Georgia

### REVOCATION OF PAROLE

**REVOCATION ORDER:**

WHEREAS, JOHNNY L. TAYLOR / Serial Number EH-155937, was granted a PAROLE on the 10TH day of JUNE, 1992; and

WHEREAS, it has been shown to the satisfaction of the State Board of Pardons and Paroles of the State of Georgia that the above named subject has violated the conditions of HIS said PAROLE in the following particular(s):

CONDITION #1:      BY FAILING TO FOLLOW INSTRUCTIONS ISSUED TO HIM BY HIS PAROLE OFFICER OR OTHER EMPLOYEE OF THE STATE BOARD OF PARDONS AND PAROLES ON OR ABOUT 6-11-1992 REGARDING MONTHLY REPORTING.

CONDITION #2:      BY COMMITTING THE OFFENSES OF THEFT BY RECEIVING STOLEN PROPERTY (MOTOR VEHICLE) AND POSSESSION OF A FIREARM BY A CONVICTED FELON ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

CONDITION #2:      BY FAILING TO NOTIFY HIS PAROLE OFFICER OF HIS ARREST ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

SUBJECT IS BEING HELD IN DEKALB COUNTY JAIL.

NOW, THEREFORE by virtue of the authority vested in the State Board of Pardons and Paroles of the State of Georgia by section 42-9-51 of the Georgia Code Annotated and pursuant to the authority granted said Board by the constitution of the State of Georgia and the laws enacted pursuant thereto, it is hereby considered, ordered and adjudged that the PAROLE of the above named subject be and the same is hereby revoked effective this date and that HE be delivered to the State Department of Corrections of the State of Georgia and thence remanded to the State penitentiary system to serve the remainder of HIS said maximum sentence or sentences.

GIVEN UNDER THE HAND AND SEAL OF THE STATE BOARD OF PARDONS AND PAROLES, this 24TH day of MARCH, 1998.

ADMISSIONS RECEIVED
APR - 3 1998

FOR THE BOARD:

James R. Bralley
Division Director of Field Operations



JRB/c-dj

Exhibit 3.15

GEORGIA DEPARTMENT OF CORRE    ONS

#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334

## ASSIGNMENT/TRANSFER ORDER

04/03/98

TO: WARDEN
    GA. DIAG. & CLASS. PRISON

1. This is authority to move the below named inmate as indicated. Movement will be made within three working days of receipt of this order.

2. Reason for movement  PAROLE REVO       PAROLED: 06/10/92 REVOKED: 03/24/98

| | NAME | NUMBER | MOVE FROM | MOVE TO |
|---|---|---|---|---|
| B/M | TAYLOR, JOHNNY L | EH  155937 | DEKALB | GDCP JACKSON |
| AKA | TAYLOR, JOHNNY | | | |
| | TAYLOR, CHARLEY | | | |

3. Special Instructions:       BIRTH DATE 07/02/54.

_____ Fingerprint Requirement : Yes _____ No _X_

—— COPY OF PAROLE REVOCATION ORDER ATTACHED

4. Security Classification:

   DIAGNOSTIC  ( In/Out Status :       )

BY ORDER OF THE COMMISSIONER

BY: _Kuin Chagnon_

## R E C E I P T

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____ (date) | Received on _____ (date) |
| _____ (Transfer Officer) | _____ (Receiving Officer) |
| Received at assigned institution on | |
| _8—12—98_ (date) | **DISTRIBUTION** |
| _T. W. Sproull_ (Receiving Officer) | 1. Record Copy — Return to Atlanta |
| | 2. Gaining Institution |
| | 3. Losing Institution |
| | 4. Parole Board |
| | 5. Suspense |

Exhibit 3.15



**GEORGIA DEPAR'. _NT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

INMATE FILE

Date: 10/27/98

J. Wayne Garner
Commissioner

TO: BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
76 SPRING ST.S.W. RM.1669
ATLANTA, GA # 30303

*Fed. Number:*
*Fed. Name:*
*TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L    EH-0000155937
GA. DIAG. & CLASS. PRISON   JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above named inmate. By copy of this notification, the Warden/Superintendent, having physical custody of the inmate, will be instructed to inform the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised approximately thirty (30) days in advance of this inmate's release date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn prior to the expiration of his penitentiary sentence, it is requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JWG/cjb

**Note to Warden/Superintendent:**
*Subject cannot file for final disposition on these charges under the Agreement on Detainers.*

**NOTE:** *This Detainer supercedes Detainer placed on 08/14/1998*
*Maximum Release Date:*
*88/88/8888*

*Tentative Parole Date:*
*88/88/8888*

cc: Warden/Inmate
State Board of Pardons and Paroles
Central Office File

**Equal Opportunity Employer**

Version 1.0

CC0624

Exhibit 3##5



**U.S. Department of Justice**
*United States Marshals Service*

# DETAINER
(USMM 622.04)

**UNITED STATES MARSHAL:**

ROBERT H. MCMICHAEL, II

Date: 09/16/98

NORTHERN___ District ___GEORGIA___    SUBJECT: TAYLOR, JOHN    EH-155937

┌TO:

GEORGIA DEPT. OF CORRECTIONS
ATTN:  FRANCES YANCEY
FLOYD BLDG., 7TH FLOOR
2 MLK JR. DRIVE, S.E.
ATLANTA, GEORGIA   30334

┐ THIS DETAINER SUPERSEDES DETAINER
DATED 08/12/98.

JUDGEMENT:    100 MONTHS CONC.
CASE#         1:98-CR-053
DISTRICT:     N/GA

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS—SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☐

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☐

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

RECEIVED
SEP 2 1 1998
RELEASE & AGREEMENT

| RECEIPT |
|---|
| Date: _____ |
| Signed: _____ |
| Title: _____ |

Very truly yours,

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
404-730-9209

## DETAINER

Exhibit 3.15



**GEORGIA DEPAR~~~ENT OF CORRECTIONS**
Floyd Veterans N. .orial Building
Room 756 — East Tower
Atlanta, Georgia 30334



Date: 09/03/98

**J. Wayne Garner**
Commissioner

TO: BENTON, SHONI
    U.S.MARSHALS SERVICE, NDG
    75 SPRING STREET, RM.1669
    ATLANTA, GA # 30303

*Fed. Number: 1:98-CR-053*
*Fed. Name:*
*TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L          EH-0000155937
    GA. DIAG. & CLASS. PRISON  JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above named inmate. By copy of this notification, the Warden/Superintendent, having physical custody of the inmate, will be instructed to inform the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised approximately thirty (30) days in advance of this inmate's release date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn prior to the expiration of his penitentiary sentence, it is requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
    CALVIN J. BROWN, DIRECTOR
    INMATE ADMINISTRATION

JWG/cjb

*Maximum Release Date:*
*88/88/8888*

*Tentative Parole Date:*
*88/88/8888*

cc: Warden/Inmate
    State Board of Pardons and Paroles
    Central Office File

**Equal Opportunity Employer**

Exhibit 3.15

**U.S. Department of Justice**
*United States Marshals Service*



# DETAINER
(USMM 622.04)

Date: 08/12/98

**UNITED STATES MARSHAL:**
ROBERT H. MCMICHAEL, II

NORTHERN *District* GEORGIA

SUBJECT: TAYLOR, JOHN  EH# 155937

DOB/070254 SSN: 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

┌
TO:

GEORGIA DEPT. OF CORRECTIONS
ATTN:  FRANCES YANCEY
FLOYD BLDG., 7TH FLOOR
2 MLK JR. DRIVE, S.E.
└ ATLANTA, GEORGIA  30334

┐
CHG: POSS W/INTENT TO DIST MARIJUANA;
     FIREARMS

DISTRICT:  N/GA
CASE#      1:98-CR-053
┘

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS—SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☒

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☐

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

| RECEIPT |
|---|
| Date: _____ |
| Signed: _____ |
| Title: _____ |

Very truly yours,

*AUG 14 1998 RELEASE & AGREEMENT*

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
    404-730-9209

# DETAINER

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECTIONS

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937    Inmate Name: TAYLOR,JOHNNY L    Date: 08/12/1998
Page: 01

Current Status: ACTINM    DOB: ████964  Race: BLACK    Sex: M
Social Sec No: 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    SID: 000382850  FBI #: 592993K8

## M O V E M E N T   H I S T O R Y

| INM CASE # | TYPE MOVE | REASON | LOCATION | INITIATED | COMPLETED |
|---|---|---|---|---|---|
| 155937 | INIT-ASG | PAR RV NEW. | GDCP | 04/03/98 | 08/12/98 |
|  | READMIT | NEW SENT | DEKALB | 04/03/98 |  |
|  | RELEASE | PAROLE | GSP | 06/10/92 | 03/24/98 |
|  | ESCAPE | UNKNOWN | GSP | 12/24/83 | 02/17/84 |
|  | TRANSFER | ADMIN | GSP | 07/14/83 | 07/15/83 |
|  | TRANSFER | ADMIN | COASTAL SP | 06/13/83 | 06/14/83 |
|  | INIT-ASG | COURT CMMT | GDCP | 03/28/83 | 04/06/83 |
|  | PREADMIT | COURT CMMT | DEKALB | 03/22/83 |  |
| 105034 | RELEASE | SENTENCE EXPIRED | ATL. TC. | 08/10/80 |  |
|  | TRANSFER | REHAB | ATL. TC. | 03/26/80 | 03/27/80 |
|  | TRANSFER | ADMIN | SMCI | 03/03/80 | 03/04/80 |
|  | TRANSFER | ADMIN | CENTRAL SP | 07/07/78 | 07/08/78 |
|  | TRANSFER | ADMIN | WALKER SP | 07/06/77 | 07/07/77 |
|  | INIT-ASG | COURT CMMT | GDCP | 04/27/77 | 04/29/77 |
|  | PREADMIT | COURT CMMT | CONV CNTY | 04/26/77 |  |
| 16277 | RELEASE | SENTENCE EXPIRED | L.A.S.P. | 12/30/74 |  |
|  | INIT-ASG | COURT CMMT | L.A.S.P. | 10/11/73 | 10/12/73 |
|  | PREADMIT | COURT CMMT | CONV CNTY | 10/10/73 |  |

## C R I M I N A L   H I S T O R Y          GCIC CRIM HIST UPDATED: 01/09/94

| ARREST DATE | OFFENSE DESCRIPTION | DISPOSITION DESCRIPTION | DATE | ST |
|---|---|---|---|---|
| 06/19/85 | FLIGHT-ESCAPE | CONVICTED |  | GA |
| 10/06/84 | BAD CHECKS | DEAD DOCKET | 11/02/84 | GA |

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTIONS

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937    Inmate Name: TAYLOR, JOHNNY L    Date: 08/12/1998
Page: 02

Current Status: ACTINM    DOB: ▉▉▉1954    Race: BLACK    Sex: M
Social Sec No: 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    SID: 000382850    FBI #: 592993K8

| ARREST DATE | OFFENSE DESCRIPTION | DISPOSITION DESCRIPTION | DATE | ST |
|---|---|---|---|---|
| 12/07/81 | ARMED ROBBERY | CONVICTED | | GA |
| 12/07/81 | AGGRAVATED ASSAULT | CONVICTED | | GA |
| 12/07/81 | THEFT BY TAKING | DISMISSED | | GA |
| 07/25/75 | STATED CHARGE NOT CLEAR | NOT GUILTY | 11/04/75 | GA |
| 07/25/75 | LARCENY | CONVICTED | 11/04/75 | GA |
| 07/25/75 | LARCENY | CONVICTED | 11/04/75 | GA |
| 01/27/75 | ROBBERY | | | GA |
| 08/24/73 | ROBBERY | CONVICTED | | GA |
| 03/27/73 | PUBLIC PEACE | | | GA |
| 03/27/73 | SIMPLE ASSAULT | | | GA |
| 11/30/72 | FLIGHT-ESCAPE | | | GA |

## DISCIPLINARY HISTORY

| INM CASE NO | TRANS TYPE | INST NAME | REPORT DT | SEQ# | 1ST INFRAC |
|---|---|---|---|---|---|
| 155937 | STR TIME DISC | GSP | 12/09/1985 | 1 | CO7A |

OFFENSE: ARM.ROBBERY        TENT PAR DT: 88/88/8888    MAX REL DT: 88/88/8888
REPORT#:    0  INCIDENT:        0
TPM EXT DAYS:    0 ACTION DAYS:    0 ISOLATION DAYS:  14 SEGREG DAYS:    0
INFRACTION CODES:  POSSESSION-ESCAPE DEVICE
SANCTION CODES:
OFFICER-    SSN:            SEX:        RACE:
        TITLE:    **********    NAME:
CENTRAL OFFICE-        ACTION:        DATE: 12/09/1985

| 155937 | STR TIME DISC | GSP | 03/16/1984 | 1 | CO3 |
|---|---|---|---|---|---|

OFFENSE: ARM.ROBBERY        TENT PAR DT: 88/88/8888    MAX REL DT: 88/88/8888
REPORT#:    0  INCIDENT:        0
TPM EXT DAYS:    0 ACTION DAYS:    0 ISOLATION DAYS:    0 SEGREG DAYS:    0
INFRACTION CODES:  ESCAPE FROM INSTITUTION
SANCTION CODES:
OFFICER-    SSN:            SEX:    RACE:

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECT...JS

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937          Inmate Name: TAYLOR,JOHNNY L          Date: 08/12/1998
                                                                       Page: 03

Current Status: ACTINM          DOB: ████1954  Race: BLACK     Sex: M
Social Sec No: 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      SID: 000382850  FBI #: 592993K8

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | TRANS TYPE | INST NAME | REPORT DT | SEQ# | 1ST INFRAC |
|---|---|---|---|---|---|

          . TITLE:  ********** NAME:
CENTRAL OFFICE-      ACTION:        DATE: 03/16/1984

--------------------------------------------------------------------------

     155937    ET TIME OUT    GSP            11/28/1983    1      CO7A

OFFENSE: ARM.ROBBERY      TENT PAR DT: 88/88/8888  MAX REL DT: 88/88/8888
REPORT#:    0  INCIDENT:        0
TPM EXT DAYS:   0 ACTION DAYS:  60 ISOLATION DAYS:  0 SEGREG DAYS:   0
INFRACTION CODES:  POSSESSION-ESCAPE DEVICE   POSSESSION-ANY DISGUISE
SANCTION CODES:
OFFICER-  SSN:            SEX:    RACE:
          TITLE:  ********** NAME:
CENTRAL OFFICE-      ACTION:        DATE: 11/28/1983

--------------------------------------------------------------------------

     106034    ET TIME OUT    CENTRAL SP     09/01/1978    1      C15

OFFENSE: POSS.OF TOOL     TENT PAR DT:        MAX REL DT: 07/28/1985
REPORT#:    0  INCIDENT:        0
TPM EXT DAYS:   0 ACTION DAYS:  30 ISOLATION DAYS:  7 SEGREG DAYS:   0
INFRACTION CODES:  FAIL TO FOLLOW INSTRUCT
SANCTION CODES:
OFFICER-  SSN:            SEX:    RACE:
          TITLE:  ********** NAME:
CENTRAL OFFICE-      ACTION:        DATE: 09/01/1978

--------------------------------------------------------------------------

E S C A P E S / R E C A P T U R E S    H I S T O R Y

LAST INST: GA. DIAG. & CLASS. PRISON TENT PAROLE: 88/88/8888  MAXREL: 88/88/8888
OFFENSE:   ARMED ROBBERY          CURR SECURITY: 7

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| ESC.DATE | INST | SEC | METHOD | APPREHEND | RECAPTURE | #DAYS |
|---|---|---|---|---|---|---|
| 12/24/83 | 517 GSP | 6 | UNKNOWN | | 02/17/84 | 55 |

APPREHEND CTY:        APPREHEND STATE:

--------------------------------------------------------------------------

Exhibit 3.15

# GEORGIA DEPARTMENT OF CORRECT...NS

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-155937      Inmate Name: TAYLOR,JOHNNY L      Date: 08/12/1998
Page: 04

Current Status: ACTINM      DOB: 07/02/1954   Race: BLACK      Sex: M
Social Sec No: 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   SID: 000382850   FBI #: 592993K8

I D E N T I F I C A T I O N   C A S E   H I S T O R Y

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | CASE TYPE | CASE STATUS | STATUS DATE |
|---|---|---|---|
| 155937 | INMATE | ACTIVE | 98/08 |

```
NAME:TAYLOR,JOHNNY L          DOB: 07/02/1954   SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON            BIRTH-CNTRY: US   ST:  GA
BOOTCAMP-1ST CNSID:           CHNG:             STAT:DOES NOT MEET AGE REQUIRE
CURR/LAST-SECURITY:DIAGNOSTIC DATE:04/03/1998   INST:GA. DIAG. & CLASS. PRISON
CUSTODY- STATUS:              DATE:             CNTY:              STATE:
MAJOR OFFENSE:     ARMED ROBBERY                EARLIEST CURR SENT:12/07/1981
CONVICTION CNTY:   DEKALB         G B M I:  N   TOTAL SENTENCES:   03
PENDING RELEASE:   N    PROBATION FOLLOWS:  N   CURR SEX OFFENDER: N
ACTIVE DETAINER:   N    SPECIAL NOTICE:     N   TOTAL FINES:
                        GEORGIA WARRANT:    N
ADMISSION DATE:    08/12/1998                   LAST ESCAPE DATE:   12/24/1983
ADMISSION REASON:  PAR RV NEW                   RECAPTURE DATE:     02/17/1984
MAXIMUM REL DATE:  LIFE                         OLD TENT REL DATE:
PRISON REL DATE:                                TENT PAROLE DATE:   88/88/8888
RELEASE REASON:                                 RELEASED FROM PAR:
```

| 106034 | INMATE | INACTIVE | 80/08 |
|---|---|---|---|

```
NAME:TAYLOR,JOHNNY            DOB: 07/02/1954   SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON            BIRTH-CNTRY: US   ST:  GA
BOOTCAMP-1ST CNSID:           CHNG:             STAT:PREADMIT BEFORE 04/15/91
CURR/LAST-SECURITY:MINIMUM    DATE:             INST:ATL. TRANSITIONAL CTR (M)
CUSTODY- STATUS:              DATE:             CNTY:              STATE:
MAJOR OFFENSE:     POSS BURGLAR TOOLS           EARLIEST CURR SENT:07/28/1975
CONVICTION CNTY:   FULTON         G B M I:  N   TOTAL SENTENCES:
PENDING RELEASE:   N    PROBATION FOLLOWS:  N   CURR SEX OFFENDER: N
ACTIVE DETAINER:   N    SPECIAL NOTICE:     N   TOTAL FINES:
                        GEORGIA WARRANT:    N
ADMISSION DATE:    04/29/1977                   LAST ESCAPE DATE:
ADMISSION REASON:  COURT CMMT                   RECAPTURE DATE:
MAXIMUM REL DATE:  07/28/1985                   OLD TENT REL DATE: 08/10/1980
PRISON REL DATE:   08/10/1980                   TENT PAROLE DATE:
RELEASE REASON:    SENTENCE EXPIRED             RELEASED FROM PAR:
```

| 16277 | INMATE | INACTIVE | 74/12 |
|---|---|---|---|

```
NAME:TAYLOR,JOHNNY            DOB: 07/02/1954   SSN: 269880182  SID: 000382850
HOME COUNTY:FULTON            BIRTH-CNTRY: US   ST:  GA
BOOTCAMP-1ST CNSID:           CHNG:             STAT:PREADMIT BEFORE 04/15/91
CURR/LAST-SECURITY:CLOSE      DATE:             INST:ARRENDALE STATE PRISON
CUSTODY- STATUS:              DATE:             CNTY:              STATE:
MAJOR OFFENSE:     ARMED ROBBERY                EARLIEST CURR SENT:08/26/1973
CONVICTION CNTY:   FULTON         G B M I:  N   TOTAL SENTENCES:
PENDING RELEASE:   N    PROBATION FOLLOWS:  N   CURR SEX OFFENDER: N
```

Exhibit 3.15

## GEORGIA DEPARTMENT OF CORRECTI...S

## OFFENDER CRIMINAL BIOGRAPHY

Inmate ID No: EH-156937     Inmate Name: TAYLOR,JOHNNY L     Date: 08/12/1998
                                                            Page: 05

Current Status: ACTINM     DOB: ▮▮▮1954   Race: BLACK       Sex: M
Social Sec No: 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  SID: 000382850   FBI #: 592993K8

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| INM CASE NO | CASE TYPE | CASE STATUS | STATUS DATE |
|---|---|---|---|

ACTIVE DETAINER:    N     SPECIAL NOTICE:    N    TOTAL FINES:
                          GEORGIA WARRANT:   N
ADMISSION DATE:     10/12/1973                     LAST ESCAPE DATE:
ADMISSION REASON:   COURT CMMT                     RECAPTURE DATE:
MAXIMUM REL DATE:   08/26/1976                     OLD TENT REL DATE: 12/30/1974
PRISON REL DATE:    12/30/1974                     TENT PAROLE DATE:
RELEASE REASON:     SENTENCE EXPIRED               RELEASED FROM PAR:

------------------------------------------------------------------------------

D E T A I N E R S  /  S P E C  N O T I C E S  /  W A R R A N T S  H I S T O R Y

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| TYPE | EFFECTIVE DATE | MAJOR OFFENSE | STATE/CNTY |
|---|---|---|---|
| S | | 1704 BAD CHECKS | CLAYT |

COURT CASE NUMBER:                 PERSON'S NAME: CARBO,J
AGENCY NAME:                       TITLE: SOLICITOR
AUTHORITY ADDRESS:                 CITY:   JONESBORO          STATE: GA
OUT OF STATE CNTY:                 ZIP:                       COUNTY: 31
IMP. AUTH PHONE:                   DET. AUTH PHONE:
REV/ACK DATE:                      CANCELLATION DATE: 04/08/1985

------------------------------------------------------------------------------

Exhibit 3.15

```
OR1212              GEORGIA DEPARTMENT OF CORRECTIONS            09/30/1998
                    DISPLAY INMATE CRIMINAL HISTORY           Page  1 of  2

   Action I   Name TAYLOR,JOHNNY L           Race 2    Sex M    DOB ████ 54
   SSN  259880182     SID 000382850    FBI 592993K8   Last GCIC Updt 09/30/98
   UNO     380941       Case Number      155937
*******************************************************************************
      Arrest                              --------------- DISPOSITION -----------
      Date        Offense Description      Description           Date     St
 __  02/03/98  THEFT BY REC STOLEN PROP STOL OTHE                           GA
 __  02/03/98  POSSESSION OF FIREARM BY CONVICTED                           GA
 __  11/14/95  CARRYING CONCEALED WEAPON                                    GA
 __  06/19/85  FLIGHT-ESCAPE                    CONVICTED                   GA
 __  10/06/84  BAD CHECKS                       DEAD DOCKET     11/02/84  GA
 __  12/07/81  THEFT BY TAKING                  NOLLE PROSSED               GA
 __  12/07/81  AGGRAVATED ASSAULT               CONVICTED                   GA
 __  12/07/81  ARMED ROBBERY                    CONVICTED                   GA
 __  07/25/75  STATED CHARGE NOT CLEAR          NOT GUILTY      11/04/75  GA
 __  07/25/75  LARCENY                          CONVICTED       11/04/75  GA
 **********----XMIT-from-Line-Above-for-More-Detailed-Information----**********
 Next:SSN _____, SID _____ or Case Number _____    UNO _____
 Next Page # _____  ___ Initiate GCIC RAP Update  ___ Return(=F9)  OTIS=F10
      ( F1=Next Pg      F2=Back 1 Pg      F3=First Pg      F4=Last Pg )
LAST GCIC UPDATE - SUCCESSFUL.
 OR1212              GEORGIA DEPARTMENT OF CORRECTIONS            09/30/1998
                    DISPLAY INMATE CRIMINAL HISTORY           Page  2 of  2

   Action I   Name TAYLOR,JOHNNY L           Race 2    Sex M    DOB 07/02/54
   SSN  259880182     SID 000382850    FBI 592993K8   Last GCIC Updt 09/30/98
   UNO     380941       Case Number      155937
*******************************************************************************
      Arrest                              --------------- DISPOSITION -----------
      Date        Offense Description      Description           Date     St
 __  07/25/75  LARCENY                          CONVICTED       11/04/75  GA
 __  01/27/75  ROBBERY                                                      GA
 __  08/24/73  ROBBERY                          CONVICTED                   GA
 __  03/27/73  SIMPLE ASSAULT                                               GA
 __  03/27/73  PUBLIC PEACE                                                 GA
 __  11/30/72  FLIGHT-ESCAPE                                                GA
```

Exhibit 3.15



# Georgia Department of Corrections

## Booking Report

| Last Name: | First Name: | Middle Name: |
|---|---|---|
| **TAYLOR** | **JOHNNY** | **L** |

| BKG# | UNO# | Date Received: |
|---|---|---|
| EH155937 | 380941 | 08/12/1998 |

| Height: | Weight: | Eyes: | Hair: |
|---|---|---|---|
| 601 | 155 | BROWN | BLACK |

| Facial Hair: | Build: | Culture: | Race: |
|---|---|---|---|
| | | | BLACK |

| Citizenship: | Marital Status: | Year of Entry: |
|---|---|---|
| | | |

Additional Information:

Inmate Prefx  HABIT O/F    EH      Inmate Number   155937    Person UNO    380941
Inmate Name   TAYLOR,JOHNNY L              Birth  ████1954 Race BLACK    Sex M
Institution   DEKALB COUNTY               Offense ARMED ROBBERY

Ht 6'01"  Wt 155   Eye Color BROWN    Hair Color BLACK     Skin Color BLACK
Birth State  GA    Birth Country UNITED STATES (USA)    1st Language
                   Citizenship                          2nd Language

Environment  S.M.S.A                              Guardian    MOTHER ONLY
Soc/Ec Level MINIMUM STD      Religion   BAPTIST   Educ Level 6TH GRADE

Employment   FULL TIME      Marital  MARRIED      Children   02
Military NO MIL SERV Disch Type          Disch Date          Months Sv

Last Address: Street 1356 SARGENT                 County   FULTON
              City   ATLANTA         State GA  ZIP 30316
Next of Kin:  Name                               Relationship
              Street                             County
              City                  State    ZIP            Ph

Nxt Case# _____  _ INQUIRY MENU  _ INMATE MENU  _ OTIS MENU

J1-27

Exhibit 3.15



155937

# TATOO'S/SCARS/AMPUTATIONS

INMATES NAME: Taylor Johny

## TATOO'S

| | | |
|---|---|---|
| L/ARM | N/V | L/LEG |
| R/ARM | | R/LEG |
| BACK | | STOMACH |
| CHEST | | HEAD |

## SCARS

| | | |
|---|---|---|
| L/ARM | N/V | L/LEG |
| R/ARM | | R/LEG |
| BACK | | STOMACH |
| CHEST | | HEAD |

## AMPUTATIONS

Exhibit 3.15
Page 1 of 1

# DNA Database Submission Form

GBI Department of Forensic Sciences
P.O. Box 370808
Atlanta, GA 30037-3003
Attention: DNA Unit

GBI-DOFS USE ONLY

DOFS Case Number: _____

Received by: _____ Date: _____

Seal checked: _____ Documentation checked: _____

| | |
|---|---|
| Offender Name (Last, First, Middle Initial): | **Taylor, Johnny L** |
| Date of Birth: 07/02/1954 | Social Security Number: 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 |
| Sex: **M** | Racial Group: **BLACK** |
| GDC ID/GDC Case#: 380941/155937 | Offender Status: **Active Inmate** |
| Major Offense: **ARMED ROBBERY - FEL** | |

Agency Submitting Sample: **Georgia Department of Corrections**
Address:          **Floyd Veterans Memorial Building**
                 **Room 952 - East Tower**
                 **Atlanta, GA 30334-4900**

Contact Person:     **Health Services DNA Coordinator**   Phone: **404-656-6891**

Person Collecting Sample: **B. REEVES LPN**          Sample Collection Date: **01/24/2006**
Signature: _____

Subject Identified by: **SGT. K. FORT**          How Identified: **GDC ID CARD**
Signature: _____
Offender assigned to: **HANCOCK STATE PRISON**

Offender's Thumbprints



| Left Thumbprint | Right Thumbprint |

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny          INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 2/8/99 | Completed & Discuss NAPP with Inmate Taylor. No other concerns noted at this time. | |
| 3/8/99 | Contact with Inmate Taylor while on dorm. Expressed no concerns at this time. Inmate signed up for Level 5 Health Awareness classes. | R.V. |
| 4/13/99 | Talked with Inmate Taylor on dorm. No concerns noted at this time. Behavior & appearance positive. | R.V. |

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 5/3/9a | Made contact on dorm with Johnny Taylor, who expressed no concerns at this time. Stated he was doing okay. Inmate continue to work assigned detail daily and appearance & behavior appropriate. | (Robbins) |
| 6/1/99 | Monthly contact with Inmate Johnny Taylor on dorm. Expressed no concerns at this time. Stated he was doing okay. Encourage inmate to continue to improve his behavior and to attend detail daily. | Robbins |

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: _____ INMATE NUMBER _____

| DATE | INFORMATION | | STAFF SIGNATURES |
|------|-------------|---|------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DOC 50-042(7/76)

Exhibit 3.15

PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny    INMATE NUMBER: EH-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 12/15/98 | Received at Hancock State Prison - <br> TX From: GOCP <br> File review; Current Crime & Sentence: ESCAPE, Aggravated Assault, Armed Robbery; 57cc, 104, LIZ | J. Hill |
| | MRD: Life    TPM: N/A    SECURITY: Close-out <br> MEDICAL ASSESSMENT: 1P | |
| | EDUCATIONAL ASSESSMENT: WRAT: 9.5, OF: 109 <br> Compl Tech | |
| | SKILLS: Plumber | |
| | RECOMMENDATIONS: Sub. Abuse 101, Family Violence, Corrective Thinking, Victims IMPACT, Lifer's Group C | L. Philyps |
| 12-16-98 | Orientation Held C | L. Philyps |
| 12-22-98 | HANCOCK S.P. CLASSIFICATION ASSIGNMENT-TRANSFER-SECURITY Cpd/Walk/Cpd APPROVED-DISAPPROVED-DEFERRED | |
| 1/12/99 | HANCOCK S.P. CLASSIFICATION ASSIGNMENT-TRANSFER-SECURITY BMS Level 3 APPROVED-DISAPPROVED-DEFERRED | |
| 1/8/99 | Contact with Inmate Johnny Taylor who expressed no concerns at this time. Encouraged inmate to become involved in Counseling groups and Education classes. Behavior and appearance positive. Give OMS schedule | C. Baker |

Exhibit 3.15

Exhibit 3.15

VB01-0006 (ATTACHMENT 1 page 2)
2/01/01

**VI. SUBSTANCE ABUSE:**

| | | | | Low | [X] |
| --- | --- | --- | --- | --- | --- |
| 1. [X] | Low Need | No substance abuse/dependency problem; sobriety for 12 months | | Moderate | [ ] |
| 2. [ ] | Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | | High | [ ] |
| 3. [ ] | High Need | Substance dependency problem and no sobriety | | | |

Comments/Goals _No problems in past 12 months. Has not completed SA 101._

**VII. INTERPERSONAL SKILLS:**

| | | | | Low | [X] |
| --- | --- | --- | --- | --- | --- |
| 1. [X] | Low Need | No significant communication deficits or personal-social skill deficit; no family issues | | Moderate | [ ] |
| 2. [ ] | Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | | High | [ ] |
| 3. [ ] | High Need | Constant communication or personal-social deficits; major family issues; sex offender | | | |

Comments/ Goals _No major problems in this area._

**VIII. POST INCARCERATION:**

| | | | | Low | [X] |
| --- | --- | --- | --- | --- | --- |
| 1. [X] | Low Need | No issues, financial skills; community resources; has post release plans | | Moderate | [ ] |
| 2. [ ] | Moderate Need | Issues financial skills or community resources; post release plan inadequate | | High | [ ] |
| 3. [ ] | High Need | Issues with both financial skills and community resources; no useable post release plan | | | |

Comments/ Goals _No problems in this area._

| IX. CORE PROGRAMS | Date Completed | Refused | N/A |
| --- | --- | --- | --- |
| SA 101 | | | |
| Family Violence | | | |
| Victim Impact | | | |
| Corrective Thinking | | | |
| Confronting Self Concepts | | | |

| IX. RISK REDUCTIONS | | | |
| --- | --- | --- | --- |
| SOPP | | | |
| Pre-Release/ Vital Issues | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |
| Female Perpetrators of Family Violence | | | |
| Other: | | | |

Inmate Comments:

Date: _2-20-04_   Signature: _[signature]_

Counselor Comments _Recommend inmate complete all core programs._

Date: _2-20-04_   Signature: _[signature]_

**CLASSIFICATION APPROVAL**

Date: _2-24-04_   Signature: _[signature]_

Exhibit 3.15

VB01-0006
ATTACHMENT 1
2/01/01

## NEEDS ASSESSMENT/PROGRAM PLAN

Name Taylor, Johnny  Number 380941  Security Med  Behavior N/A

Counselor Dean  Institution Hancock S.P.  Institution Code 541

Date of Plan 2-11-04  PIC/TPM/MRD Life  Initial _____  Revision Date 2-11-04

| RATING | NEED DIMENSION | PRIORITY |
|---|---|---|

**I. Institutional Adjustment:**

1. M  Low Need  Less than two DR's; average to above; uses free & leisure time productively  — Low [X]
2. [ ]  Moderate Need  2 to 4 DR's; average to below; does not participate in, or misuse free & leisure time  — Moderate [ ]
3. [ ]  High Need  Over 4 DR's; below average; refuse to participation, or create problems in free time  — High [ ]

Comments/ Goals No DR's in the past 12 months.

**II. Academic Education:**

1. M  Low Need  No educational need; WRAT/TABE of 8 or higher; has diploma or GED  — Low [X]
2. [ ]  Moderate Need  WRAT/TABE between 5.0 and 7.9; may or may not have diploma/ GED  — Moderate [ ]
3. [ ]  High Need  WRAT/TABE below 5.0; non- English speaking; special education history  — High [ ]

Comments/ Goals Completed Technical School with a R-score of 9.5.

**III. Employability:**

1. M  Low Need  Work history; job skills; adequate finances & education  — Low [X]
2. [ ]  Moderate Need  Unstable work history; limited job skills; marginal finances & education  — Moderate [ ]
3. [ ]  High Need  No work history; no job skills; unstable finances; limited education  — High [ ]

Comments/ Goals: Inmate worked as cashier, also 18 months experience as plumber.

**IV. Physical Health:**

1. M  Low Need  No issues/problems with current medical profile  — Low [X]
2. [ ]  Moderate Need  Frequent issues/problem with current medical  — Moderate [ ]
3. [ ]  High Need  Constant issues/problems with current medical profile  — High [ ]

Current Medical Profile ( General Condition ) 10 no restrictions.

Comments/Goals Recommend enroll in Health Education.

**V. Psychological Mental Health/ Mental Retardation**

1. [X]  Low Need  No indication of Mental Health need  — Low [X]
2. [ ]  Moderate Need  Monitored by QP counselor, Mild MR  — Moderate [ ]
3. [ ]  High Need  Monitored by MH/MR  15  — High [ ]

Current Medical Profile (Psychiatric Condition)

Comments/ Goals No MH/MR needs.

ENT'D FEB 2 6 2004

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

**VI.**  **SUBSTANCE ABUSE:**

| 1. | [ ] | Low Need | No substance abuse/dependency problem; sobriety for 12 months | Low | [ ] |
| 2. | [X] | Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | Moderate | [X] |
| 3. | [ ] | High Need | Substance dependency problem and no sobriety | High | [ ] |

Comments/Goals _Recommend SA 101._

_____

_____

**VII.**  **POST INCARCERATION:**

| 1. | [ ] | Low Need | No significant communication deficits or personal-social skill deficit;  no family issues | Low | [ ] |
| 2 | [X] | Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate | [X] |
| 3 | [X] | High Need | Constant communication or personal- social deficits; major family issues; sex offender | High | [X] |

Comments/Goals:_____

_____

_____

**VIII.  CORE PROGRAMS:**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| **SA 101** | _____ | _____ | _____ |
| Family Violence I | _____ | _____ | _____ |
| Family Violence II | _____ | _____ | _____ |
| Victim Impact | _____ | _____ | _____ |
| Pre-Release/Vital Issues | _____ | _____ | _____ |
| Confronting Self Concepts | _____ | _____ | _____ |

**IX.  RISK REDUCTION**

| | | | |
|---|---|---|---|
| SOPP | _____ | _____ | _____ |
| Corrective Thinking | _____ | _____ | _____ |
| Parenting | _____ | _____ | _____ |
| Violence and Substance Abuse | _____ | _____ | _____ |
| RSAT | _____ | _____ | _____ |
| PSAP | _____ | _____ | _____ |
| SIP I | _____ | _____ | _____ |
| SIP II | _____ | _____ | _____ |
| Other:_____ | _____ | _____ | _____ |

Inmate Comments:_____

Date: _2-11-99_          Inmate Signature_____

Counselor Comments_____

_____

Date: _2-9-99_          Signature: _____

CLASSIFICATION APPROVAL
Date: _2/12/99_          Signature_____

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

# NEEDS ASSESSMENT/PROGRAM PLAN

Name Johnny Taylor Number 155937 Security Close Behavior 3

Counselor Robbins Institution Hancock Institutio Code 541

Date of Plan 4/8/99 PIC/TPM/MRD Life Initial ✓     REVISION DATE

| RATING | NEED DIMENSION |
|---|---|

**I.**   Institutional Adjustment:

| | | | | |
|---|---|---|---|---|
| 1. | ☒ Low Need | Less than two DR's; average to above; uses free & leisure time productively | Low | ☒ |
| 2. | [ ] Moderate Need | 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time | Moderate | [ ] |
| 3. | [ ] High Need | Over 4 DR's; below average; Refuse to participation, or create problems in free time | High | [ ] |

Comments/Goals _____

**II.**   Academic Education:

| | | | | |
|---|---|---|---|---|
| 1. | ☒ Low Need | No educational need, WRAT/TABE of 8 or higher, has diploma or GED | Low | ☒ |
| 2. | [ ] Moderate Need | WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED | Moderate | [ ] |
| 3. | [ ] High Need | WRAT/TABE below 5.0; non english speaking; special education history | High | [ ] |

Comments/Goals: Complete Tech School (Plumbering, Auto, Painting)

**III.**   Employability:

| | | | | |
|---|---|---|---|---|
| 1. | ☒ Low Need | Stable work history; job skills; adequate finances & education | Low | ☒ |
| 2. | [ ] Moderate Need | Unstable work history; limited job skills; marginal finances & education | Moderate | [ ] |
| 3. | [ ] High Need | No work history; no job skills; unstable finances; limited education | High | [ ] |

Comments/Goals _____

**IV.**   PHYSICAL HEALTH:

| | | | | |
|---|---|---|---|---|
| 1. | ☒ Low Need | No issues/problems with current medical profile | Low | ☒ |
| 2. | [ ] Moderate Need | Frequent issues/problems with current medical | Moderate | [ ] |
| 3. | [ ] High Need | Constant issues/problems with current medical profile | High | [ ] |

Current Medical Profile (General Condition) _____

Comments/Goals _____

**V.**   PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:

| | | | | |
|---|---|---|---|---|
| 1. | ☒ Low Need | No indication of Mental Health need | Low | ☒ |
| 2. | [ ] Moderate Need | Monitored by OP counselor; Mild MR | Moderate | [ ] |
| 3. | [ ] High Need | Monitored by MH/MR | High | [ ] |

Current Medical Profile (Psychiatric Condition) _____

Comments/Goals _____

CP

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

# NEEDS ASSESSMENT/PROGRAM PLAN

Name Johnny Taylor   Number 155937   Security Close   Behavior 3

Counselor Morris   Institution Hancock   Institution Code 541

Date of Plan 2-23-00   PIC/TP Program Life   Initial _____   REVISION DATE

| RATING | NEED DIMENSION | | |
|---|---|---|---|

**I.    Institutional Adjustment:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | Less than two DR's; average to above; uses free & leisure time productively | Low | [✓] |
| 2. | [ ] Moderate Need | 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time | Moderate | [ ] |
| 3. | [ ] High Need | Over 4 DR's; below average; Refuse to participation, or create problems in free time | High | [ ] |

Comments/Goals No D.R.

**II.   Academic Education:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No educational need, WRAT/TABE of 8 or higher, has diploma or GED | Low | [✓] |
| 2. | [ ] Moderate Need | WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED | Moderate | [ ] |
| 3. | [ ] High Need | WRAT/TABE below 5.0; non-english speaking; special education history | High | [ ] |

Comments/Goals: Completed Tech

**III.  Employability:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | Stable work history; job skills; adequate finances & education | Low | [✓] |
| 2. | [ ] Moderate Need | Unstable work history; limited job skills; marginal finances & education | Moderate | [ ] |
| 3. | [ ] High Need | No work history; no job skills; unstable finances; limited education | High | [ ] |

Comments/Goals Plumber

**IV.   PHYSICAL HEALTH:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No issues/problems with current medical profile | Low | [✓] |
| 2. | [ ] Moderate Need | Frequent issues/problems with current medical | Moderate | [ ] |
| 3. | [ ] High Need | Constant issues/problems with current medical profile | High | [ ] |

Current Medical Profile (General Condition) R-1

Comments/Goals

**V.    PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No indication of Mental Health need | Low | [✓] |
| 2. | [ ] Moderate Need | Monitored by GP counselor; Mild MR | Moderate | [ ] |
| 3. | [ ] High Need | Monitored by MH/MR | High | [ ] |

Current Medical Profile (Psychiatric Condition)

Comments/Goals

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

VI.    SUBSTANCE ABUSE:

| | | | | | |
|---|---|---|---|---|---|
| 1. | [ ] Low Need | No substance abuse/dependency problem; sobriety for 12 months | | Low | [ ] |
| 2. | [ ] Moderate Need | Substance abuse problem and/or sobriety for less than 12 months | | Moderate | [ ] |
| 3. | [ ] High Need | Substance dependency problem and no sobriety | | High | [ ] |

Comments/Goals _____

_____

_____

VII.    POST INCARCERATION:

| | | | | | |
|---|---|---|---|---|---|
| 1. | [ ] Low Need | No significant communication deficits or personal-social skill deficit; no family issues | | Low | [ ] |
| 2 | [ ] Moderate Need | Frequent communication deficits or personal-social skill deficit; some family issues | | Moderate | [ ] |
| 3 | [ ] High Need | Constant communication or personal- social deficits; major family issues; sex offender | | High | [ ] |

Comments/Goals: _____

_____

_____

_____

| VIII. CORE PROGRAMS: | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | ____ | ____ | ____ |
| Family Violence I | ____ | ____ | ____ |
| Family Violence II | ____ | ____ | ____ |
| Victim Impact | ____ | ____ | ____ |
| Pre-Release/Vital Issues | ____ | ____ | ____ |
| Confronting Self Concepts | ____ | ____ | ____ |

| IX. RISK REDUCTION | | | |
|---|---|---|---|
| SOPP | ____ | ____ | ____ |
| Corrective Thinking | ____ | ____ | ____ |
| Parenting | ____ | ____ | ____ |
| Violence and Substance Abuse | ____ | ____ | ____ |
| RSAT | ____ | ____ | ____ |
| PSAP | ____ | ____ | ____ |
| SIP I | ____ | ____ | ____ |
| SIP II | ____ | ____ | ____ |
| Other: Health Awareness | 9/99 | ____ | ____ |

Inmate Comments: _____

Date: 2/28/00 _____    Inmate Signature _____

Counselor Comments Recommend complete CORE Program _____

_____

Date: 2.28.00 _____    Signature: _____

CLASSIFICATION APPROVAL
Date: 2.28.00 _____    Signature Emory W. _____

Exhibit 3.15

ATTACHMENT
12/01/98

ASSESSMENT/PROGRAM PLAN

Name Johnny Taylor   Numb 155937   Security Close   Behavior 3

Morris   Hancock   Institution Code 541

2-23-00   Life   Initial _____   REVISION DATE

_____

RATING   DECISION

**I.   Institutional Adjustment**

| | | | | |
|---|---|---|---|---|
| 1. | [ ] Low Need | | ...average to above; uses free & leisure time productively | Low |T |
| 2. | [ ] Moderate Need | | ...below; doesn't participate in, or misuse free & leisure time | Moderate [ ] |
| 3. | [ ] High Need | | ...average; Refuse to participation, or create problems in free time | High [ ] |

Comments/Goals   No D.R.

**II.   Academic Education**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | | ...GED/TABE of 8 or higher, has diploma or GED | Low H |
| 2. | [ ] Moderate Need | | ...of and 7.9, may or may not have diploma/GED | Moderate [ ] |
| 3. | [ ] High Need | | ...non-english speaking; special education history | High [ ] |

Comments/Goals   Completed Tech

**III.   Employability**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | Stable ... job skills; adequate finances & education | Low iJ |
| 2. | [ ] Moderate Need | Unstable ... limited job skills; marginal finances & education | Moderate [ ] |
| 3. | [ ] High Need | ... skills; unstable finances; limited education | High [ ] |

Comments/Goals   Plumber

**IV.   PHYSICAL HEALTH**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | ...with current medical profile | Low H |
| 2. | [ ] Moderate Need | ...with current medical | Moderate [ ] |
| 3. | [ ] High Need | ...with current medical profile | High [ ] |

Current Medical   P-1

Comments/Goals _____

**V.   PSYCHOLOGICAL HEALTH AND/OR MENTAL RETARDATION**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | ...al Health need | Low H |
| 2. | [ ] Moderate Need | ...factor, Mild MR | Moderate [ ] |
| 3. | [ ] High Need | ... | High [ ] |

Current Medical Profile (Psycho)

Comments/Goals _____

Exhibit 3.15

VB01-0006
ATTACHMENT 1
12/01/98

VI.   SUBSTANCE ABUSE:

1. [ ] Low Need     No substance abuse/dependency problem; sobriety for 12 months     Low [ ]
2. [ ] Moderate Need    Substance abuse problem and/or sobriety for less than 12 months    Moderate [ ]
3. [ ] High Need     Substance dependency problem and no sobriety     High [ ]

Comments/Goals _____

_____

_____

VII.   POST INCARCERATION:

1. [ ] Low Need     No significant communication deficits or personal-social skill deficit; no family issues     Low [ ]
2. [ ] Moderate Need    Frequent communication deficits or personal-social skill deficits; some family issues    Moderate [ ]
3. [ ] High Need     Constant communication or personal-social deficits; major family issues; sex offender     High [ ]

Comments/Goals: _____

_____

_____

VIII. CORE PROGRAMS:

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | ___ | ___ | ___ |
| Family Violence I | ___ | ___ | ___ |
| Family Violence II | ___ | ___ | ___ |
| Victim Impact | ___ | ___ | ___ |
| Pre-Release/Vital Issues | ___ | ___ | ___ |
| Confronting Self Concepts | ___ | ___ | ___ |

IX. RISK REDUCTION

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SOPP | ___ | ___ | ___ |
| Corrective Thinking | ___ | ___ | ___ |
| Parenting | ___ | ___ | ___ |
| Violence and Substance Abuse | ___ | ___ | ___ |
| RSAT | ___ | ___ | ___ |
| PSAP | ___ | ___ | ___ |
| SIP I | ___ | ___ | ___ |
| SIP II | ___ | ___ | ___ |
| Other: Health Awareness | 9/99 | ___ | ___ |

Inmate Comments: _____

Date: 2/28/00     Inmate Signature: _____

Counselor Comments: Recommend Complete CORE Program

_____

Date: 2.28.00     Signature: _____

CLASSIFICATION APPROVAL

Date: 2.28.00     Signature: Emory W. Ives

# NEEDS ASSESSMENT/PROGRAM PLAN

Name _Taylor, Johnny_ Number _EF-155937_ Security _Close_ Behavior _3_

Counselor _Morris_ Institution _Hancock_ Institution Code _541_

Date of Plan _2/14/01_ PIC/TPI/MRD _Life_ Initial _____

REVISION DATE

_2/6/02_

_2/26/03_

| RATING | NEED DIMENSION | | |
|---|---|---|---|

**I.     Institutional Adjustment:**

1. [✓] Low Need — Less than two DR's; average to above; uses free & leisure time productively       Low [✓]
2. [ ] Moderate Need — 2 to 4 DR's; average to below; doesn't participate in, or misuse free & leisure time   Moderate [ ]
3. [ ] High Need — Over 4 DR's; below average; Refuse to participation, or create problems in free time   High [ ]

Comments/Goals _Inmate hasn't received an DR in past twelve months. Inmate is still showing positive behavior and his still D.R. free._

**II.    Academic Education:**

1. [✓] Low Need — No educational need, WRAT/TABE of 8 or higher, has diploma or GED   Low [✓]
2. [ ] Moderate Need — WRAT/TABE between 5.0 and 7.9, may or may not have diploma/GED   Moderate [ ]
3. [ ] High Need — WRAT/TABE below 5.0; non-english speaking; special education history   High [ ]

Comments/Goals _Inmate scored on 9.5 on WRAT Inmate Completed Tech school_

**III.   Employability:**

1. [✓] Low Need — Stable work history; job skills; adequate finances & education   Low [✓]
2. [ ] Moderate Need — Unstable work history; limited job skills; marginal finances & education   Moderate [ ]
3. [ ] High Need — No work history; no job skills; unstable finances; limited education   High [ ]

Comments/Goals _Inmate claimed he worked as a plumber_

**IV.    PHYSICAL HEALTH:**

1. [✓] Low Need No issues/problems with current medical profile   Low [✓]
2. [ ] Moderate Need Frequent issues/problems with current medical   Moderate [ ]
3. [ ] High Need Constant issues/problems with current medical profile   High [ ]

Current Medical Profile (General Condition) _____

Comments/Goals _Inmate has no medical problems_

**V.     PSYCHOLOGICAL MENTAL HEALTH/MENTAL RETARDATION:**

1. [✓] Low Need No indication of Mental Health need   Low [✓]
2. [ ] Moderate Need Monitored by OP counselor; Mild MR   Moderate [ ]
3. [ ] High Need Monitored by MH/MR   High [ ]

Current Medical Profile (Psychiatric Condition) _____

Comments/Goals _No mental health_

**VI.    SUBSTANCE ABUSE:**

1. [✓] Low Need No substance abuse/dependency problem; sobriety for 12 months   Low [✓]
2. [ ] Moderate Need Substance abuse problem and/or sobriety for less than 12 months   Moderate [ ]
3. [ ] High Need Substance dependency problem and no sobriety   High [ ]

Comments/Goals _Inmate will be enrolled in substance abuse 101_



Exhibit 3.15

VB01-0006
ATTACHMENT 1
9/01/99

VII. **INTERPERSONAL SKILLS:**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No significant communication deficits or personal-social skill deficit; no family issues | Low | [✓] |
| 2 | [ ] Moderate Need | Frequent communication deficits or personal-social skill deficits; some family issues | Moderate | [ ] |
| 3 | [ ] High Need | Constant communication or personal-social deficits; major family issues; sex offender | High | [ ] |

Comments/Goals: *Inmate gets along with staff and other inmates*

VIII. **POST INCARCERATIONS**

| | | | | |
|---|---|---|---|---|
| 1. | [✓] Low Need | No issues financial skills/community resources: has post release plan | Low | [✓] |
| 2 | [ ] Moderate Need | issues financial skills or community resources: post release plan inadequate | Moderate | [ ] |
| 3 | [ ] High Need | Issues with both financial skills and community resources: no useable post release plan | High | [ ] |

Comments/Goals: *Inmate is serving Life*

IX. **CORE PROGRAMS:**

| | Date Completed | Refused | N/A |
|---|---|---|---|
| SA 101 | | | |
| Family Violence I | | | |
| Family Violence II | | | |
| Victim Impact | | | |
| Pre-Release/Vital Issues | | | |
| Confronting Self Concepts | | | |

X. **RISK REDUCTION**

| | | | |
|---|---|---|---|
| SOPP | | | |
| Corrective Thinking | | | |
| Parenting | | | |
| Violence and Substance Abuse | | | |
| RSAT | | | |
| PSAP | | | |
| SIP I | | | |
| SIP II | | | |

Other: *Health Awareness* — 9/99

Inmate Comments: _____ 2-26-03

Date: 2.15.01   Inmate Signature _____

Counselor Comments: *Recommend he complete CORE program*

Date: 2/15/01  3/11/02   Signature: K. M_____   2-26-03

**CLASSIFICATION APPROVAL**

Date: 2-16-01   Signature _____

2-11-02      4-5-02   Emory W. _____

2-28-03         _____

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor            INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 12/5/01 | D. Contact with inmate Johnny Taylor while on the dorm, inmate states that everything is alright, because he know that he's as more time to serve. Inmate states that he stays in his room, but he do come out to work on his detail. A. Inmate is serving on life sentence and he's alright about it. Inmate doesn't do any talking at all. P. Inmate is encouraged to serve his time the best he know how. Encouraged him to continue with his positive behavior. | [signature] |
| 1/10/02 | Contact with inmate Johnny Taylor while on the dorm, inmate was given his Oms schedule for this cycle. Inmate is still showing some positive behavior | [signature] |
| 2/6/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that he has more time to serve once he's release. Inmate don't want to participate with the CORE groups. A. Inmate feels that he has to much time to sit in a class. Completed NAPP P. Inmate is showing positive behavior and attitude. He's still D.R. free and he will be encouraged to participate with the CORE groups. | [signature] |

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor       INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 10/4/01 | D. Contact with inmate Taylor while on the dorm, inmate states that he has no concern at this time. Inmate stated that he did talk to his son and that everything was okay. A. Inmate feels that he has to much time to participate in groups and that he wants to be dropped from wellness walk. P. Inmate is displaying positive behavior and attitude. Inmate appearance was appropriate | Keith Morris |
| 10-9-01 | Initial Classification / Reclassification. Detail Assignment. Dorm Assignment. Program Assignment. Security. Close. Transfer Request. | Emory W. Sue |
| 11/14/01 | D. Contact with inmate Taylor while on the dorm, inmate states that he works all day on his work detail. Inmate hasn't received any detail during the past twelve month. A. Inmate is staying out of trouble, but has not participate in groups, due to his life sentence. P. Inmate is encouraged that just because he has a life sentence doesn't mean he can't do any groups. | Keith Morris |

DOC 50-042(7)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor     INMATE NUMBER EH-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| | P. Encouraged him to continue with his positive behavior, also stated to him that he don't have to wait until there's a problem to talk to Counselor. | Keith Morris |
| 7/16/01 | Contact with Johnny Taylor while on the dorm inmate asked was he dropped from wellness walk. Inmate's son called to talk to his father, since he hadn't talked to him for a long time. Inmate is encouraged to continue with his positive behavior and attitude. | Keith Morris |
| 7-18-01 | HANCOCK S.P.  Initial Classification / Reclassification  Detail Assignment: CBD/Work/CBD  Dorm Assignment:  Program Assignment:  Security Level:  Transfer Request: | Leroy B... |
| 8/22/01 | Contact with inmate Taylor while on the dorm, inmate was suppose to be dropped from wellness walk. Inmate Taylor has very little to talk about at the dorm or at the office. Inmate stated that this is the way he do his time. Inmate is encouraged to participate more in CORE groups. | Keith Morris |
| 9/11/01 | Contact with inmate Johnny Taylor while on dorm, inmate has a good behavior record. Inmate is working as cell block orderly everyday. Inmate still doesnt want to participate with CORE groups. Inmate states that he has to much time to think about groups. | Keith Morris |

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: Johnny Taylor    INMATE NUMBER: EF-155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 2/14/01 | Contact with Johnny Taylor while on the dorm, to talk to him about his NAPP and what he needs to do. Encouraged him to continue with his positive behavior and attitude. Inmate Taylor doesn't have much to talk to the counselor about, I did tell him that he needs to complete the CORE classes | Mews |
| 3/25/01 | Contact with Johnny Taylor while on the dorm. no major concern, inmate didn't return his application for social security card or birth certificate so a waiver was placed in his file. | Keith Mews |
| 4/17/01 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate was given his new OMS. | Keith Mews |
| 5/16/01 | Contact with Johnny Taylor while on the dorm, inmate's appearance and attitude was appropriate at this time. Inmate stated that he want to be dropped from wellness walk. Inmate hasn't received an D.R. in past twelve months, he's encouraged to continue with positive behavior | Keith Mews |
| 6/6/01 | File Review. | Charles Phelps |
| 6/19/01 | D. Contact with Johnny Taylor while on the dorm, inmate wants to be dropped from wellness walk. Inmate doesn't cause any problems and hasn't received an D.R. in past twelve months. Inmate works everyday as a dorm orderly preparing the dorm for inspection. Inmate stated that he has more time to serve once he's release from the state prison. A. Inmate has a good behavior record in prison. Inmate didn't have a lot to talk about, did stated that he doesn't talk to the counselor unless he has a problem. | |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: _Taylor Johnny_  INMATE NUMBER _155937_

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 8-18-00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Encouraged him to continue his positive behavior and attitude | [signature] |
| 9/2?/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. | [signature] |
| 10-3-00 | HANCOCK S.P. Initial Classification / Reclassification Detail Assignment:_____ Dorm Assignment:_____ Program Assignment:_____ Security Level:_____ _Close_ Transfer Request:_____ | [signature] |
| 10-3-00 | F/C Review | [signature] |
| 10/3?/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Encouraged him to continue his positive behavior and attitude | [signature] |
| 11/7/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate will receive his second application for Birth Certificate and Social Security card to fill out. | [signature] |
| 12/6/00 | Contact with Johnny Taylor while on the dorm no major concern at this time. Inmate hasn't receive D.R. in past twelve months, expressed to him the importance of having positive behavior. | [signature] |
| 1/2?/01 | Contact with Johnny Taylor while on the dorm, and informed him about the no smoking in the dorm rule. Inmate Taylor's sister Lisa wanted to come to visit him, everybody said that it was okay. Checked I.D. card everything looks okay. Inmate Taylor is currently on dorm orderly, and states that he likes his detail. | [signature] |

Exhibit 3.15

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor       INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 10/8/99 | Contact with Inmate Johnny Taylor. Expressed no concerns at this time. Inmate given new OMS schedule. Behavior and appearance positive. Encouraged to continue. | (signature) |
| 1.11.00 | New to caseload: Monthly contact with Johnny Taylor. No major concern at this time. Inmate was given a OMS. Expressed to him to continue a positive behavior and to keep up with following all rules and appearance was good. | Mo S |
| 2.2.00 | Contact with Johnny Taylor. No major concern at this time. Inmate wanted to change a number on his phone list | Mo S |
| 3.6.00 | Contact with Taylor Johnny no major concern at this time. Encouraged him to sign up for classes in CORE program. Expressed to him to continue a positive behavior and attitude. His appearance was okay | Mo S |
| 4.10.00 | Contact with Johnny Taylor no major concern at this time. Inmate was given OMS and census form was completed | Mo S |
| 5.11.00 | Contact with Taylor Johnny no major concern at this time | Mo S |
| 6.15.00 | Contact with Johnny while in the dorm no major concern at this time. Encouraged him to continue positive behavior and attitude | M |
| 7.21.00 | Inmate has started in Job Development Package for Taylor, and will resolve an birth certificate and SSI card application to be completed | M |

Exhibit 3.15

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: _Taylor, Johnny_  INMATE NUMBER _155-937_

| INFORMATION | STAFF SIGNATURES |
|---|---|
| 7/1/99 Made contact on dorm with J. Taylor who expressed no concerns at this time. Stated he was doing okay. + Inmate continue to work assigned detail daily and appearance & behavior appropriate. ∫∫ | (Robbins) |
| 9/2/99 Monthly contact with Inmate Johnny Taylor. Expressed no concerns at this time. Stated he was okay. Encouraged him to continue positive behavior. Attitude & appearance positive | (Robb) |
| 9/2/99 Contact with Inmate Johnny Taylor who request & rec'd a copy of this form. Expressed no other concerns at this time. Encouraged inmate to continue positive behavior | (Robb) |
| 10/5/99 Completed + discuss paperwork for Security review. No concerns noted. Behavior + appearance positive | (Robb) |

HANCOCK STATE PRISON
**RECLASSIFICATION**

DETAIL CHANGE:_____
PROGRAM CHANGE:_____
DORM CHANGE:_____
TRANSFER:_____
SECURITY LEVEL:_____ TO _Clos_
NEXT REVIEW:_____
BEHAVIOR LEVEL:_____ TO _3_
NEXT REVIEW:_____
NAPP REVIEW:_____

_____  _10-19-99_
CHAIRPERSON SIGNATURE   DATE

Exhibit 3.15

**PERFORMANCE RECORDING SHEET**

INMATE NAME: _____  INMATE NUMBER _____

| DATE | | INFORMATION | | STAFF SIGNATURES |
|------|--|-------------|--|------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DOC 60-042(7/7t

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor      INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 3/21/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that staying in his room and staying to himself is the way he do his time. A. Inmate states that he has a lot of time to do in Georgia and other states. P. Encouraged him to have positive behavior and attitude, inmate is showing positive behavior by staying D.R. free. Inmate Johnny Taylor isnt a sex offender and his visitation will be in compliance with SOP. | Keith Morris |
| 4/3/02 | D. Contact with inmate Johnny Taylor while on the dorm, inmate stated that He's not going to take any CORE groups. A. Inmate has alot of time to do, he has a life sentenced, and he has more time once he finished this current time. P. Inmate is encouraged to participate with the CORE groups and to continue with his current behavior. | Keith Morris |
| 4/23/02 | D. Contact with inmate Taylor while on the dorm, inmate stated that he didn't want to participate in wellness walk anymore. A. Inmate feels that his been on this detail long enough and he don't want to go anymore. P. Encouraged him to participate in wellness walk if that's what's on his OMS. | Keith Morris |

DOC 60-042(7/78)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor          INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 6/24/02 | D. Contact with inmate Taylor while on the dorm, inmate states that the less he talk to people than the better he do his time. Inmate is showing positive behavior and attitude at this time. A. Inmate states that he has a lot of time to do in prison, but he's not worry about it. P. Encouraged him to continue following all rules and maintain having positive attitude. | Keith Mews |
| 6-27-02 | F/C Review | |
| 7/24/02 | D. Contact with inmate Taylor while on the dorm, inmate was given his OMS schedule for this cycle. Inmate asked could he work in the inmate store as a work detail. A. Inmate feels that a change in work detail will help him do his time. P. Encouraged him to have positive behavior and attitude. | Keith Mews |
| 8/14/02 | (D) Contact with inmate Taylor during this month session, inmate stated that, since he wasn't assigned to work in the inmate store that he would like to keep his cell block orderly job. (A) Inmate seem to think that he dont need to continue walking at wellness walk. (P) Inmate is encouraged to continue with his positive behavior. | Keith Mews |
| 7-3-02 | Hancock State Prison Initial Classification/Reclassification Detail Assignment: Dorm Assignment: Program Assignment: Security Level: Transfer Request: | |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Johnny Taylor    INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 9/23/02 | (D) Contact with inmate Taylor during this month session, inmate stated that he wanted to be dropped from wellness walk. (A) Inmate feels that he's been on wellness walk detail long enough. (P) Inmate was put in to be dropped from the detail, but it was denied. | Keith M____ |
| 10/__/02 | (D) Inm Taylor is new to I-1 caseload. Inm Taylor is currently serving a life sentence (escape) aggravated assault and armed robbery. Inm ___ is completing a technical school and ___ a trade in plumbing. Inm Taylor has an IQ of 109 and a reading level of 9.5. Inm Taylor was introduced to his new caseload. Counselor and the ground rules were established in reference to our interaction. Inm Taylor states that he spoke to Coach Franke about being dropped from Wellness Walk. I spoke to ___ Coach Franke and he stated that Inm Taylor does not ___ come to Wellness Walk. Inm Taylor has been receiving disciplinaries for not attending Wellness Walk. (A) Inm Taylor seems to just want off Wellness Walk but he does not attend Wellness Walk. (P) Inm Taylor will remain on Wellness Walk. | ____ |
| 10/2/02 | Security reclass forms completed Inm is close security. ____ | |
| 10·29·02 | | |

Hancock State Prison Initial Classification/Reclassification

Detail Assignment: ____

Dorm Assignment: ____

Program Assignment: ____

Security Level: Close

Transfer Request: ____

Leroy B____

DOC 50-042(7/78)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny   INMATE NUMBER: 155937

| DATE | INFORMATION | STAFF SIGNATURES |
|------|-------------|------------------|
| 11/5/02 | Reclass action completed to have Inu Taylor dropped from Wellness Walk per Coach Franke. | _(signature)_ |
| 11/5/02 | Hancock State Prison Initial Classification/Reclassification<br>Detail Assignment: CBO/CBO CB2<br>Dorm Assignment: _____<br>Program Assignment: _____<br>Security Level: _____<br>Transfer Request: _____ | _(signature)_ |
| 12/28/02 | (I) Inu Taylor is currently classified as a CBO. Inu Taylor remains DR free. Inu stated that he is doing okay. (A) Institutional functioning is average. (P) Inu will be encouraged to continue positive behavior. | _(signature)_ |
| 1/3/03 | (I) Inu Taylor received his new MSO schedule. Inu Taylor continues to be a cellblock orderly. Inu Taylor remains DR free. Inu Taylor's ID was checked and it was in good condition. (A) | |
| 2/18/03 | I - Inmate is new to caseload. Monthly contact held with inmate. No major concerns to report at this time. MSPP reviewed no changes needed. A - Attitude was appropriate during the session. P - Will continue to monitor his progress. Will encourage to remain DR free. | _(signature)_ |
| 3/24/03 | I - Monthly contact held with inmate. Inmate had no major concerns to report at this time. Job Development draft in file. A - Attitude and behavior has been appropriate. P - Will continue to monitor his progress. | Jane Olsen |
| 4/16/03 | I - Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate was informed about new CBK rules. A - Attitude and behavior has been appropriate. P - Will continue to monitor his progress. | Jane Olsen |

DOC 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny      INMATE NUMBER 155937

| DATE | INFORMATION | STAFF SIGNATURE |
|---|---|---|
| 5-30-03 | D-Monthly session held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. | _[signature]_ |
| 6-30-03 | D-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. Will continue to encourage inmate to remain positive. | _[signature]_ |
| 7-1-03 | D-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate currently assigned as a dorm orderly. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. | _[signature]_ |
| 8-23-03 | D-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. | _[signature]_ |
| 9-24-03 | D-Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. Will encourage to remain DR free. | _[signature]_ |
| 10-20-03 | D-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Regular security review completed. A-Attitude and behavior has been appropriate. P-Will continue to monitor his progress. Will encourage to continue positive behavior. | _[signature]_ |

DOC 80-042(7/78)

Exhibit 3.15

# PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny          INMATE NUMBER 380941

| DATE | INFORMATION | STAFF SIGNATURE |
|---|---|---|
| 10/22/03 | Hancock State Prison Initial Classification/Reclassification<br>Detail Assignment: _____<br>Dorm Assignment: _____<br>Program Assignment: _____<br>Security Level: _____ med _____<br>Transfer Request: _____ | *Jim Cook* |
| 11-25-03 | O- Monthly contact had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P- Will continue to monitor his progress. | *Jim Allen* |
| 12-08-03 | O- Monthly contact held with inmate. Inmate had no major concerns to report at this time. A- Attitude and behavior has been appropriate. P- Will continue to monitor his progress. | *Jim Allen* |
| 1-22-04 | O- Monthly contact held with inmate. Inmate had a concern about a Special Parole Review Summary. No other concerns to report at this time. A-Attitude and behavior has been appropriate. P- Will continue to monitor progress. ID card checked is good condition, all information correct. | *Jim Allen* |
| 2-11-04 | O- Monthly contact held with inmate. Inmate had no major concerns to report at this time. A-Attitude and behavior has been appropriate. P- Will continue to monitor progress. Napp form was revised. Will advise that overall Napp does not show exemplary conduct. | *Jim Allen* |
| 2-24-04 | **CLASSIFICATION REVIEW OF NAPP** | *Jim Cook* |
| 3-24-04 | O-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Currently assigned as a dorm orderly. A- Attitude and | |

DOC 80-042(7/78)

Exhibit 3.15

# PERFORMANCE RECORDING SHEET

INMATE NAME: Taylor, Johnny     INMATE NUMBER 380941

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 3-24-04 cont. | behavior has been appropriate. P-Will continue to monitor progress. Will encourage to maintain behavior. | |
| 4-6-04 | P-Monthly contact held with inmate. Inmate asked about transfer to his detainer in the federal prison. No other concerns to report at this time. A-Attitude and behavior has been appropriate. P-Will continue to monitor progress. Regular security review completed. | |
| | Hancock State Prison Initial Classification/Reclassification Detail Assignment: Dorm Assignment: Program Assignment: Security Level: Med Transfer Request: | |
| 4-30-04 | | |
| 5-20-04 | P-Monthly contact held with inmate. Inmate had no major concerns to report at this time. Inmate is currently assigned as dorm orderly. A-Attitude and behavior has been appropriate. Dress and appearance is adequate. P-Will continue to monitor progress. Will encourage to maintain his behavior. | |
| 6/18/04 | (I) Mr. Taylor is new to my caseload on H-1. He was again advised our interaction ground was associated with our interaction. Mr. Taylor expressed interest in a SPRS Special parole review summary. Mr. Taylor is assigned as a CBO. He meets the qualifications for a SPRS but he does not have any above average work performance reports in his file. He has been DR free since his arrival at HSP which is consistent with his NMPP goal. (A) Institutional functioning is average. (P) He will be encouraged to obtain work performances that are favorable for completion of a SPRS NMPP due 7/05 Mr. | |

DOO. 50-042(7/76)

Exhibit 3.15

## PERFORMANCE RECORDING SHEET

INMATE NAME: _Taylor, Johnny_     INMATE NUMBER _380941_

| DATE | INFORMATION | STAFF SIGNATURES |
|---|---|---|
| 7/9/04 | (I) Mr. Taylor received a copy of his ??? schedule. ??? continues to be a CPO. He stated no problems or concerns at this time. He remains CP free which is consistent with his NTPP goals. (A) institutional adjustment is average. (P) Mr. will be encouraged to continue positive behavior. | _[signature]_ |
| 10/6/04 | (I) New MHS schedule issued to Taylor. He continues to work as a CPO. No group assigned. I'm okay. (A) Behavior appropriate. Under Life Sentence. (P) Can't ??? contact ??? | _[signature]_ |
| 11.2.04 | Hancock State Prison Initial Classification/Reclassification<br>Detail Assignment: _____<br>Dorm Assignment: _____<br>Program Assignment: _____<br>Security Level: _med_<br>Transfer Request: _____ | _[signature]_ |
| 11/28/05 | Hancock State Prison Initial Classification/Reclassification<br>Detail Assignment: _____<br>Dorm Assignment: _____<br>Program Assignment: _____<br>Security Level: _Medium_<br>Transfer Request: _____ | _[signature]_ |
| 6/16/06 | HANCOCK S.P.<br>Initial Classification / Reclassification<br>Detail Assignment: _____<br>Dorm Assignment: _____<br>Program Assignment: _____<br>Security Level: _Med_<br>Transfer Request: _____ | _[signature]_ |

DOO 60-042(7/76)