Exhibit 3.17

| | |
|---|---|
| 1. FULL NAME OF CHILD | Joseph Anthony Gatlin |
| | STATE FILE NO. 60 18241 |

| | | | |
|---|---|---|---|
| 2. DATE OF BIRTH | ██████ 1954 | 3. BOY OR GIRL | 4. COLOR OR RACE negro |
| | | | CUSTODIAN'S NO. 18280 |

**PLACE OF BIRTH**

| | **USUAL RESIDENCE OF MOTHER** | |
|---|---|---|
| 5. NAME OF COUNTY Fulton 1-000 | 9. NAME OF COUNTY ~~Fulton~~ DeKalb | |
| 6. NAME OF CITY OR TOWN Atlanta IN CITY LIMITS YES ☑ NO ☐ | 10. NAME OF CITY OR TOWN Atlanta IN CITY LIMITS YES ☑ NO ☐ |
| 7. NAME OF HOSPITAL H.S.P. Grady | 11. STREET ADDRESS OR R.F.D. AND BOX NO. ██████ |
| 8. HOW LONG WAS MOTHER IN THIS COUNTY BEFORE THIS DELIVERY 3 years | 12. STATE Ga. N.E. |

**FATHER OF CHILD**

**MOTHER OF CHILD**

| | |
|---|---|
| 13. FULL NAME | 18. MAIDEN NAME Eva Clair Gatlin |
| 14. COLOR OF FATHER | 15. AGE AT TIME OF THIS BIRTH |
| 16. BIRTHPLACE OF FATHER | 17. USUAL OCCUPATION |

| | |
|---|---|
| 19. COLOR OR RACE negro | 20. AGE AT TIME OF THIS BIRTH 21 |
| 21. BIRTHPLACE OF MOTHER Walton Co., Ga. | |
| 22. USUAL OCCUPATION Housewife | |

| | | |
|---|---|---|
| 23. NUMBER OF OTHER CHILDREN NOW LIVING 1 | 24. NUMBER OF OTHER CHILDREN BORN ALIVE - NOW DEAD | 25. NUMBER OF FETAL DEATHS OF ANY GESTATION AGE |

| | |
|---|---|
| 26. PARENT OF INFANT SIGN HERE Eva Clair Gatlin | RELATIONSHIP TO INFANT Mother |
| LOCAL REGISTRAR'S SIGNATURE Kate Pierce | DATE FILED DEC 23 1954 MILITIA DISTRICT |

DEPARTMENT OF HEALTH EDUCATION AND WELFARE U.S. PUBLIC HEALTH SERVICE    VS-6    **CERTIFICATE OF LIVE BIRTH**    GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH VITAL RECORDS SERVICE, GEORGIA DEPARTMENT OF HUMAN RESOURCES. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, VITAL RECORDS, CODE OF GEORGIA.

DATE    JUN 11 1996

Michael

STATE REGISTRAR
DIRECTOR, VITAL

(VOID WITHOUT IMPRESSED SEAL OR IF ALTERED OR COPIED)

