Exhibit 3.18



# GEORGIA DEPARTMENT OF CORRECTIONS
## OFFENDER ADMINISTRATION
### Offender Information Services
200 Sharon Rogers Rd.
Jackson, Georgia, 30233
Mailing Address
Post Office Box 1529
Forsyth, Georgia 31029
Telephone: (770) 504-7312
Fax: (770) 504-7304
www.dcor.state.ga.us



**Nathan Deal**
*Governor*

**Gregory C. Dozier**
*Commissioner*

STATE OF GEORGIA, COUNTY OF BUTTS

*TO WHOM IT MAY CONCERN:*

*I, **Carol D. Sturdivant**, certify that I am an assistant to the Commissioner, Corrections Division, Keeper of the Official Central Office inmate records, for the Department Of Corrections, and as such assistant, I am authorized to certify official inmate records of said Department.*

*This is to certify that the attached copies from the records of:*

> **Name: TAYLOR, JOHNNY L**
> **GDC #: 380941**

*are true and correct copies from the Official Records of the Georgia Department of Corrections.*

*This 30th day, July 2018*


**Carol D. Sturdivant, Manager**
**Offender Information Services**
*Offender Administration*
*Corrections Division*

Exhibit 3.18



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA
## Offender Personal Data Summary

Nathan Deal
Governor



Gregory C. Dozier
Commissioner

### TAYLOR, JOHNNY L

GDC ID: **380941**  Supervision Level:  Status: **PAROLEE**

| | |
|---|---|
| Alias Names: | **TAYLOR, CHARLEY** |
| | **TAYLOR, JOHN L** |
| | **TAYLOR, JOHN** |
| | **TAYLOR, JOHNNY L** |
| | **TAYLOR, JOHNNY** |
| DOB: | ███/1954 |
| Race/Sex: | **BLACK/MALE** |
| Height: | **6'2"** |
| Weight: | **170** |
| Eyes/Hair: | **BROWN/BLACK** |
| Skin Tone: | **DARK** |
| SSN: | ███-0182 |
| SID: | **00382850** |
| D.L.#: | |
| FBI: | **592993K8** |
| EF/PD Number: | **EH155937** |
| Recidivist: | |
| SSN Card Received: | **NO** |
| C.D.L. Received: | **NO** |

Validateed Security Threat Group:

Recorded Offenses: **AGGRAV ASSAULT, ARMED ROBBERY, ESCAPE**

| | | | |
|---|---|---|---|
| Street Address: | ███████ | Home Phone: | ███████ |
| | | Mobile Phone: | |
| | **ATLANTA, GA 30316** | Other Phone: | |
| | | Residence County: | **DODGE COUNTY** |

Residence/Directions:

| | | | |
|---|---|---|---|
| Marital Status: | **MARRIED** | Education Level: | **High School/GED** |
| Dependents: | **2** | Last School Attended: | **CARVER HIGH** |
| Primary Language: | **ENGLISH** | Location: | **ATLANTA GA** |
| Secondary Language: | | Employment Waiver: | |
| US MilitaryBranch: | | Military Service Dates: | |
| Military Comment | | Religious Affiliation: | |
| Birth City: | | Birth Country: | **UNITED STATES** |
| Birth County: | | Citizenship: | **UNITED STATES** |
| Birth State: | | Birth Certificate Received: | **NO** |
| Death Date | | Death Reason: | |

Alien Information

| | | |
|---|---|---|
| Alien Name: | | Alien(INS) Number |
| Class: | | |
| Alien Status: | | Status Verification Date: |
| INS Notified By Parole | | |

Scars/Marks/Tattoos:

n/a

Comments:

TAYLOR, JOHNNY
380941

July 30, 2018 2:38 PM
Page 1 of 1

# *OTIS Movement History for*
## *TAYLOR, JOHNNY L - GDC ID: 380941*

Data refreshed from Otis on: 12/04/2010

Printed: 07/30/2018 14:43

**Probation data is no longer updated in OTIS. Please refer to Court Cases module in SCRIBE**

## Inmate Cases

| Initiated | Completed | Location | Type | Reason | Case# |
|---|---|---|---|---|---|
| 07/21/2008 | | HANCOCK STATE PRISON | RELEASE | COND TRANSFER COND TRANS | 155937 |
| 12/11/1998 | 12/15/1998 | HANCOCK STATE PRISON | TRANSFER | ADMIN | 155937 |
| 08/31/1998 | 09/18/1998 | OTHER CUSTODY/OUT OF STATE | CPO | SENTENCING | 155937 |
| 04/03/1998 | 03/24/1998 | DEKALB COUNTY | READMIT | NEW SENT | 155937 |
| 04/03/1998 | 08/12/1998 | GA DIAG CLASS PRISON | INIT ASG | PAR RV NEWPAROLE REV/NEW SENT | 155937 |
| 06/10/1992 | | GA STATE PRISON | RELEASE | PAROLE PAROLE | 155937 |
| 12/24/1983 | 02/17/1984 | GA STATE PRISON | ESCAPE | UNKNOWN | 155937 |
| 07/14/1983 | 07/15/1983 | GA STATE PRISON | TRANSFER | ADMIN | 155937 |
| 06/13/1983 | 06/14/1983 | COASTAL STATE PRISON | TRANSFER | ADMIN | 155937 |
| 03/28/1983 | 04/06/1983 | GA DIAG CLASS PRISON | INIT ASG | COURT CMMTCOMMITTED FROM COURT | 155937 |
| 03/22/1983 | | DEKALB COUNTY | PREADMIT | COURT CMMTCOMMITTED FROM COURT | 155937 |
| 08/10/1980 | | ATLANTA TC | RELEASE | SENTENCE EXPIRED SNT EXPIRD | 105034 |
| 03/26/1980 | 03/27/1980 | ATLANTA TC | TRANSFER | REHAB | 105034 |
| 03/03/1980 | 03/04/1980 | STONE MOUNTAIN CI | TRANSFER | ADMIN | 105034 |
| 07/07/1978 | 07/08/1978 | CENTRAL STATE PRISON | TRANSFER | ADMIN | 105034 |
| 07/06/1977 | 07/07/1977 | WALKER STATE PRISON | TRANSFER | ADMIN | 105034 |
| 04/27/1977 | 04/29/1977 | GA DIAG CLASS PRISON | INIT ASG | COURT CMMTCOMMITTED FROM COURT | 105034 |
| 04/26/1977 | | CONVERSION | PREADMIT | COURT CMMTCOMMITTED FROM COURT | 105034 |
| 12/30/1974 | | ARRENDALE STATE PRISON | RELEASE | SENTENCE EXPIRED SNT EXPIRD | 16277 |
| 10/11/1973 | 10/12/1973 | ARRENDALE STATE PRISON | INIT ASG | COURT CMMTCOMMITTED FROM COURT | 16277 |
| 10/10/1973 | | CONVERSION | PREADMIT | COURT CMMTCOMMITTED FROM COURT | 16277 |

*© 2000 Georgia Department of Corrections*
Send your system questions and recommendations to us

Exhibit 3.18

# Movement History

## TAYLOR, JOHNNY L - GDC ID 380941

| Move Date | Move Type | Move Reason | Moved To Location |
|-----------|-----------|-------------|-------------------|
| 07/21/2008 | RELEASE | CONDITIONAL TRANSFER | |
| 05/16/2003 | CONVERSION | CONVERSION | HANCOCK STATE PRISON H-1-219-B |

## *Case History*

### TAYLOR, JOHNNY L - GDC ID: 380941

Click on the docket number to view the details of the sentence.

Offender MRD: GUILTY LIFE POSSIBLE PAROLE

Click HERE to view the Sentence Computation Report.

| Docket# | Place of Conviction | Counts/Offenses | Sentence Start Date | Special Considerations | Probation Start Date | MRD | Adjusted End Date | Docket Status | Parole Case# | Delete? |
|---|---|---|---|---|---|---|---|---|---|---|
| 8438 | TATTNALL COUNTY | Count 1 ESCAPE - FELONY | 05/20/1985 | NONE | | | | SENTENCE NOT COMPUTED | 155937 | DELETE |
| 82CR1246 | DEKALB COUNTY | Count 1 ARMED ROBBERY - FELONY<br>Count 2 AGGRAV ASSAULT - FELONY | 12/07/1981 | NONE | | | | SENTENCE NOT COMPUTED | 155937 | DELETE |

*© 2000 Georgia Department of Corrections*
Send your system questions and recommendations to us

http://jscribe.dcor.state.ga.us:8888/scribe/plsql/pkg_court_case.proc_case_history?P_UNO...    7/30/2018

Exhibit 3.18

(Page 1 of 1)

## GEORGIA DEPARTMENT OF CORRECTIONS
#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334
## ASSIGNMENT/TRANSFER ORDER

04/03/98

TO: WARDEN
GA. DIAG. & CLASS. PRISON

1. This is authority to move the below named inmate as indicated. Movement will be made within three working days of receipt of this order.

2. Reason for movement: PAROLE REVO          PAROLED: 06/10/92 REVOKED: 03/24/98

| | NAME | NUMBER | MOVE FROM | MOVE TO |
|---|---|---|---|---|
| B/M<br>AKA | TAYLOR, JOHNNY L<br>TAYLOR, JOHNNY<br>TAYLOR, CHARLEY | EH 155937 | DEKALB | GDCP<br>JACKSON |

3. Special instructions:                    BIRTH DATE ████████54.

_____ Fingerprint Requirement : Yes _____ No _X_

———— COPY OF PAROLE REVOCATION ORDER ATTACHED

4. Security Classification:

DIAGNOSTIC ( In/Out Status :        )

BY ORDER OF THE COMMISSIONER
BY: _Kum Chagnon_

---

### RECEIPT

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____ <br> (date) | Received on _____ <br> (date) |
| _____ <br> (Transfer Officer) | _____ <br> (Receiving Officer) |
| Received at assigned institution on | |
| _____ <br> (date) | **DISTRIBUTION** |
| _____ <br> (Receiving Officer) | 1. Record Copy – Return to Atlanta <br> 2. Gaining Institution <br> 3. Losing Institution <br> 4. Parole Board <br> 5. Suspense |

Version 1.0
OR4ET

27 877 (Rev. 6/79)
CC0800

| | 1. Record Copy – Return to Atlanta |
| (Receiving Officer) | 2. Gaining Institution <br> 4. Parole Board <br> 5. Suspense |

Exhibit 3.18

(Page 1 of 2)

# Parole Revocation Checklist

Name: _Taylor, Johnny L._  Number: _EH 155931_

Folder Imaged?  (✓) Yes  ( ) No  Imaged by _ET_
_Micro+_

|  | Initials | Date |
|---|---|---|
| **Admissions** | _ET_ | _4/3_ |
| **Initial Assignment** | _"_ | _""_ |
| **Case Imaged** | _"_ | _4/25_ |
| **Computation Clerk** _Dep_ |  |  |

No. Of Pages: _____

Form 952

Exhibit 3.18

(Page 2 of 2)

# State Board of Pardons and Paroles



### Atlanta, Georgia

### REVOCATION OF PAROLE

## REVOCATION ORDER:

WHEREAS, JOHNNY L. TAYLOR / Serial Number EH-155937, was granted a PAROLE on the 10TH day of JUNE, 1992; and

WHEREAS, it has been shown to the satisfaction of the State Board of Pardons and Paroles of the State of Georgia that the above named subject has violated the conditions of HIS said PAROLE in the following particular(s):

CONDITION #1: BY FAILING TO FOLLOW INSTRUCTIONS ISSUED TO HIM BY HIS PAROLE OFFICER OR OTHER EMPLOYEE OF THE STATE BOARD OF PARDONS AND PAROLES ON OR ABOUT 6-11-1992 REGARDING MONTHLY REPORTING.

CONDITION #2: BY COMMITTING THE OFFENSES OF THEFT BY RECEIVING STOLEN PROPERTY (MOTOR VEHICLE) AND POSSESSION OF A FIREARM BY A CONVICTED FELON ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

CONDITION #2: BY FAILING TO NOTIFY HIS PAROLE OFFICER OF HIS ARREST ON OR ABOUT 2-3-1998 IN DEKALB COUNTY, GEORGIA.

SUBJECT IS BEING HELD IN DEKALB COUNTY JAIL.

NOW, THEREFORE by virtue of the authority vested in the State Board of Pardons and Paroles of the State of Georgia by section 42-9-51 of the Georgia Code Annotated and pursuant to the authority granted said Board by the constitution of the State of Georgia and the laws enacted pursuant thereto, it is hereby considered, ordered and adjudged that the PAROLE of the above named subject be and the same is hereby revoked effective this date and that HE be delivered to the State Department of Corrections of the State of Georgia and thence remanded to the State penitentiary system to serve the remainder of HIS said maximum sentence or sentences.

GIVEN UNDER THE HAND AND SEAL OF THE STATE BOARD OF PARDONS AND PAROLES, this 24TH day of MARCH, 1998.

FOR THE BOARD:

APR - 3 1998

Exhibit 3.18

(Page 1 of 3)

;

## GEORGIA DEPARTMENT OF CORRECTIONS

OR4SR                SENTENCE COMPUTATION FORM

### SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION

PAGE : 1 OF 03
AS OF: 04/30/1998
ROUTE TO: GA. DIAG. & CLASS. PRISON

---

NAME : TAYLOR, JOHNNY L          ID#: EH/0000155937 RACE: BLACK SEX: M

ALIAS: 1. TAYLOR, JOHNNY          DOB: ____1954  SSN : ____0182
       2. TAYLOR, CHARLEY
       3. _____        FBI NO: 592993K8   SID : 000382850
       4. _____
       5. _____        EDUCATION: 06  VOCATION: OTHER - UN
       6. _____        BC REJ REASON: _____

CURRENT INSTITUTION: DEKALB COUNTY          SB441: N  RECID: _  SB440: N

ADMISSION TYPE: PAR RV NEW          CURRENT SECURITY: DIAGNOSTIC

PREVIOUS
CASE NUMBERS:  1. ___105034___      2. ___16277___      3. _____
               4. _____        5. _____       6. _____
               7. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATES:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MAXIMUM RELEASE DATE  : 88/88/8888   ADMISSION DATE          : _____

TENTATIVE PAROLE DATE : _____   INITIAL ASSIGNMENT ORDER: 04/03/1998

PAROLE REVOCATION DATE: 03/24/1998   LAST ARRIVE DATE        : _____

LAST RECAPTURE DATE   : 02/17/1984

ESCAPE DATE           : 12/24/1983   *ESCAPE INSTITUTION*: 0517

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Exhibit 3.18

(Page 2 of 3)

**GEORGIA DEPARTMENT OF CORRECTIONS**

SENTENCE COMPUTATION FORM

**SUMMARY REPORT**

REPORT REASON: PAROLE REVOCATION

PAGE : 02 OF 03
AS OF: 04/30/1998

NAME : TAYLOR,JOHNNY L                     ID#: EH/0000155937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPUTATION DETAIL SUMMARY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| COURT NAME/ CASE NUMBER | COURT TYP/ OFFENSE / SENTENCE TEXT | CRIME COMMITTED DATE | DATE SENTENCED | ADJ | =SENTENCE= ADJUSTED BEGIN DATE | ADJUSTED END DATE |
|---|---|---|---|---|---|---|
| TATTNALL 8438 | SUPERIOR ESCAPE 5Y CC | 12/24/1983 | 05/20/1985 / | -457 | 05/20/1985 | 02/16/1989 |
| DEKALB 82CR1246 | SUPERIOR AGGRAVATED ASSAULT 10Y (CT 3)CC | 09/05/1981 | 01/25/1982 / | -913 | 12/07/1981 | 06/06/1989 |
|  | TIME OUT |  |  | 15 | 12/07/1981 | 06/21/1989 |
|  | NON RUN TIME ESCAPE |  |  | 56 | 12/07/1981 | 08/16/1989 |
| DEKALB 82CR1246 | SUPERIOR ARMED ROBBERY LIFE (CT 1)CC | 09/05/1981 | 01/25/1982 / |  | 12/07/1981 | 88/88/8888 |
|  | TIME OUT |  |  |  | 12/07/1981 | 88/88/8888 |
|  | NON RUN TIME ESCAPE |  |  |  | 12/07/1981 | 88/88/8888 |

## GEORGIA DEPARTMENT OF CORRECTIONS

### SENTENCE COMPUTATION FORM

### SUMMARY REPORT

REPORT REASON: PAROLE REVOCATION

PAGE : 03 OF 03
AS OF: 04/30/1998

NAME : TAYLOR,JOHNNY L

ID#: EH/0000155937

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SENTENCE ADJUSTMENT BLOCK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NO. | TYPE | AFFECTED SENTENCE DATE | BEGIN DATE | END DATE | DAYS |
|-----|------|------------------------|------------|----------|------|
| 1 | NON-ET T-OUT | 12/07/1981 | 11/28/1983 | 01/27/1984 | 60 |
| 2 | NON-RUN ESCA | 12/07/1981 | 12/24/1983 | 02/17/1984 | 56 |

Exhibit 3.18

(Page 1 of 12)

## GEORGIA DEPARTMENT OF CORRECTIONS

## DIAGNOSTIC AND CLASSIFICATION PACKET

Date : 10/16/1998

A. Inmate Identification :

Inmate Name : TAYLOR,JOHNNY L

Inmate Number : EH-155937

Institutiion : 0521 GA. DIAG. & CLASS. PRISON

Sentence Length : LIFE SENTENCE

B. Diagnostic Recommendation :

1. SECURITY CLOSE
2. ASSIGNMENT - NO PREFERENCE. NO MH NEEDS.
3. WORK - GENERAL LABOR
4. PROGRAMS - SELF HELP PROGRAMS.

C. Enclosures :

* PERSONAL HISTORY STATEMENT

* CLASSIFICATION PROFILE

* INITIAL SECURITY PROFILE

* PSYCHOLOGICAL PROFILE

* MEDICAL PROFILE

** IMAGED CASE **

Sign off: OR8RBJ

Exhibit 3.18

(Page 2 of 12)

STATE BOARD OF PARDONS AND PAROLES
Atlanta, Georgia
PERSONAL HISTORY STATEMENT

Page 1 of 4

Date Completed  09/30/98

1.  NAME: TAYLOR, JOHNNY L                    Number: EH-155937
    Alias:

    Age:   44    D.O.B.: ███████54              Race: BLACK        Sex: M
    Height:  6' 2"  Weight: 176  Eye Color: BROWN   Hair Color: BLACK   Skin Color: DARK

    Scars, Marks & Tattoos:

    Soc. Sec. No.: ███████-0182         Religion: BAPTIST       Guardian: MOTHER ON
    Social Class:  MINIMUM STD          Environment: S.M.S.A
    Family Behavior: FATH ABSNT
    Primary Lang:  ENGLISH              Secondary Lang:           Ethnic Origin:
    Citizenship:   UNITED STATES (USA)  Birth Place: FULTON, GA

2.  CURRENT CONVICTIONS:

| Offense | County | Sentence |
|---|---|---|
| ESCAPE | TATTNALL | 5Y CC |
| AGGRAVATED ASSAULT | DEKALB | 10Y (CT 3)CC |
| ARMED ROBBERY | DEKALB | LIFE (CT 1)CC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

    Detainers/Pending Charges:
    Escapes and Recaptures:  DENIES ANY ESCAPES

3.  HEALTH: Physical condition, impairments, addictions, diagnosis

    (A) Profile:    GC-1    UB-1    LB-1    HE-1    E-1    P-1    Restrictions: NO
    (B) Alcohol:   NONE
        Treatment: NONE
    (C) Drugs:     EXPERIMENTAL                          Type: COCAINE/CRACK
        Treatment: NONE
        IV Drugs:  NEVER              Other Drugs: MARIJUANA, QUIT 1970
    (D) Mental Diagnosis:DSMIII        Medicated: N  Level:
        Previous Mental Health:

4.  EDUCATION:

    Grade Completed or                  Degree or
        GED Date:  COMPL TECH           Skill (Trade):  PLUMBER
    IQ Test:            Score:          WRAT: Read  9.5  Math  6.5  Spell  7.5  Avg   7.8

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

RECEIVED DATE: 10/16/98

        GED Date:  COMPL TECH           Skill (Trade):  PLUMBER
    IQ Test:            Score:          WRAT: Read  9.5  Math  6.5  Spell  7.5  Avg   7.8
CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.18

(Page 3 of 12)

EH-155937   TAYLOR, JOHNNY L                     Page 2 of 4

5. MILITARY: Branch **NO MIL SERV**   SN:        Job:

   Entered:              Date Discharged:        Type Discharge: **NOT REPTD**      Rank:

6. LAST THREE HOME ADDRESSES (Within the Past 10 Years):                From      To

   (A) ▉▉▉▉▉▉▉▉▉▉▉           ATLANTA, GA 30316          00/00/93  03/17/98

   (B) ▉▉▉▉▉▉▉▉▉▉▉           ATLANTA, GA              06/10/92  00/00/93

   (C)

7. LAST THREE JOBS HELD STARTING WITH THE LAST JOB HELD (Within the Past 10 Years):

   (A) Employer Name: **METRO CONTRACTORS**      Phone:              Salary: **450/WEEK**
       Address:                                  **UNION CITY, GA**
       Type of Work: **PLUMBER**                                     **11/00/97-03/00/98**
       Foreman:                                  Dept:

   (B) Employer Name: **AX-HANDLE REED PACKAGING**   Phone:          Salary: **200/WEEK**
       Address:      **HOLLYWOOD RD.**            **ATLANTA, GA**
       Type of Work: **CLERK**                                       **11/00/96-11/00/97**
       Foreman:      **TYRONE DAVIS**            Dept:

   (C) Employer Name:                           Phone:              Salary:
       Address:
       Type of Work:                                                 ‒
       Foreman:                                  Dept:

8. (A) Father:       **TOM TAYLOR**                                 Phone:
       Address: **DECEASED**
       Employer: **UNKNOWN CAUSE**                                  Phone:

   (B) Mother:       **ADDIE COPELAND SMITH**                       Phone: **404-627-6859**
       Address: **1393 CUSTER AVE.**        **ATLANTA, GA**              **FULTON CO**
       Employer:                                                    Phone:

   (C) Stepfather:   **JOSEPH SMITH**                               Phone:
       Address: **8-B**
       Employer: **WEST HOME IMPROVEMENT**                          Phone:

   (D) Stepmother:                                                  Phone:
       Address:
       Employer:                                                    Phone:

   (E) Social Informant: **8-B**                                    Phone:
                                                                    Dist:

   (F) Directions: **NEAR MORELAND AVE.**

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.18

(Page 4 of 12)

EH-155937   TAYLOR, JOHNNY L

9. Number of Brothers: 01                          Number of Sisters: 02

| | NAME | ADDRESS | | AGE | PHONE |
|---|---|---|---|---|---|
| (A) | WALTER TAYLOR | | ,NC | 51 | |
| (B) | BARBARA HEFLIN | 1998 CAPRI | DECATUR ,GA | 55 | ███████ |
| (C) | LISA TAYLOR | | ATLANTA ,GA | 36 | ███████ |
| (D) | | | | | |
| (E) | | | | | |
| (F) | | | | | |
| (G) | | | | | |
| (H) | | | | | |
| (I) | | | | | |
| (J) | | | | | |

10. List present spouse or common law spouse:

NAME: Last, First Maiden                Date and Place of Marriage              Date of Separation

**REBA GATLIN TAYLOR**

Address: ███████████████████     ATL, GA 30306          Phone: ████████████

Employer: U.S.P.S. CROWN RD. ATL.                        Phone:

11. CHILDREN:

| | NAME | ADDRESS | AGE |
|---|---|---|---|
| (A) | JOHN TAYLOR | 10 | 17 |
| (B) | REJON TAYLOR | 10 | 14 |
| (C) | | | |
| (D) | | | |
| (E) | | | |
| (F) | | | |
| (G) | | | |
| (H) | | | |
| (I) | | | |
| (J) | | | |

12. Person to contact in case of emergency:

Name: **SMITH, ADDIE**          Relationship: **PARENT**          Phone: ████████████

Address: ████████████      ATLANTA, GA 30316                  **FULTON CO**

13. Immediate relatives who are now serving, or have previously served, in prison and why:

(A)

(B)

(C)

14. Co-Defendants and Sentence Received:

(A)

(B)

(C)

(D)

(E)

(F)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

(E)

(F)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

Exhibit 3.18

(Page 5 of 12)

EH-155937   TAYLOR, JOHNNY L          Page 4 of 4

15.  PREVIOUS CONVICTIONS in all courts including all state, city, juvenile and other courts:

| Offense | County | Sentence | Date Sentence Began | Date of Release | Type of Release |
|---------|--------|----------|---------------------|-----------------|-----------------|
|  |  | PAROLE | 6-10-92 |  |  |
|  |  | REVOKED | 3-24-98 |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Comments:

16.  OFFENDER'S EXPLANATION OF CRIME:

PAROLE REVOCATION 3-24-98

"I ADMIT ALL MY PAROLE VIOLATIONS. I SIGNED A WAIVER."

"I WAS CONVICTED IN FEDERAL COURT OF BANK FRAUD AND POSSESSION OF A FIREARM BY A CONVICTED FELON. I GOT 100 MONTHS TO SERVE AND 5 YEARS SUPERVISED RELEASE TO RUN CONSECUTIVE TO MY GEORGIA SENTENCE."

ADDITIONAL INFORMATION:

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

CONFIDENTIAL STATE SECRET WHEN COMPLETED
(For Official Use Only)

## Inmate Classification Profile

NAME: TAYLOR,JOHNNY L          NUMBER: EH-155937          ███████ 1954

I.    MEDICAL:
GRADE 1

II.    PUBLIC RISK:
CLOSE SECURITY.  INMATE CHARGED WITH PAROLE REVOCATION.  WAS PAROLED
IN 6/92 AFTER SERVING TIME FOR ARMED ROBBERY, AGGRAV ASSAULT AND ESCAPE.
PAROLE WAS REVOKED ON TECHNICALITIES AND COMMITTING OFFENSE OF THEFT
BY RSP, MOTOR VEHICLE, AND POSS OF F/A BY C/F IN DEKALB CO.  INMATE
STATES THIS IS A FEDERAL CHARGE.  HE HAS BEEN TO COURT AND RECEIVED
100 MOS SENTENCE AND A FINE.  THIS INFORMATION IS NOT IN FILE.  IT IS
CONSIDERED PENDING.  FILE SHOWS CONVICTIONS FOR ARMED ROBBERY AND
AGGRAV ASSAULT INDICATING ASSAULTIVE BEHAVIOR.  DENIES SEX OFFENSES.
INMATE ESCAPED FROM GSP IN 83.

III.   INSTITUTIONAL RISK:
THREE PREVIOUS INCARCERATIONS FOR 2 CHARGES OF ARMED ROBBERY AND POSS
OF BURGLARY TOOLS.  NO ENEMIES OR RELATIVES IN PRISON SYSTEM.  HAS 4
DRS IN FILE.  HAS 2 DRS FOR POSS OF ESCAPE DEVICE AND 1 DR FOR ESCAPE
FROM INSTITUTION.  DENIES ANY HOMOSEXUAL ACTIVITY.

IV.    TREATMENT:
NO TREATMENT CLAIMED.  NO SUICIDE ISSUES.

V.     EDUCATION:
8TH GRADE COMPLETED  CLAIMS TO HAVE GOTTEN A GED IN ALABAMA.
SCORES/CF IQ 109  R 9.5  M 6.5  SP 7.5

VI.    VOCATIONAL:
STATES IN PRISON HE STUDIED PLUMBING.  COMPLETED COURSE.  NO MILITARY
SERVICE.

VII.   WORK HABITS:
STATES HE HAS 18 MOS EXP AS A PLUMBER.  ALSO WORKED AS CASHIER.
CLAIMS VALID GA DRIVER'S LICENSE AT HOME.

VIII. DRUGS & ALCOHOL:
DENIES USE.

IX.    SPECIAL CONSIDERATIONS:
REPORTS CORRESPONDENCE FROM MOTHER, SISTER, AND WIFE.  NO CRIMINAL
HISTORY AMONG IMMEDIATE FAMILY.  OPR INDICATES VERY HIGH POTENTIAL FOR
SUBSTANCE ABUSE.  INMATE DENIES THE USE OF DRUGS OR ALCOHOL.

X.     IMPRESSIONS & OBSERVATIONS:
INMATE WAS COOPERATIVE DURING INTERVIEW.  SEEMS TO BE FUNCTIONING ON
AN ABOVE AVERAGE LEVEL.  PLANS TO LIVE WITH HIS WIFE UPON RELEASE.

XI.    RECOMMENDATIONS:
1.   SECURITY CLOSE
2.   ASSIGNMENT - NO PREFERENCE.  NO MH NEEDS.
3.   WORK - GENERAL LABOR
4.   PROGRAMS - SELF HELP PROGRAMS.

CC0705
VER 1.0

... .

CC0705
.... . .

## Inmate Classification Profile

NAME: TAYLOR, JOHNNY L                    NUMBER: EH-155937                  ▮▮▮▮▮ 1954

PERSON COMPLETING FORM:    RICHARD BRYSON/BF
DATE FORM COMPLETED:  10/05/1998

CLASSIFICATION COMMITTEE OR DIAGNOSTIC DIRECTOR:
CHARLENE WISE

CC0705
VER 1.0

ĆC0705

Exhibit 3.18

(Page 8 of 12)

**GEORGIA DEPARTMENT OF CORRECTIONS**
**INITIAL SECURITY CLASSIFICATION**

Attachment 1(a)
SOP IIC02-0002
(01-April-95)

Name : TAYLOR,JOHNNY L          Number : EH-155937          Date : 10/16/98

Institution : GA. DIAG. & CLASS. PRISON    Months Served : 2

---

Additional          ASSAULTIVE TENDENCY
Considerations :

---

| Section A | SECURITY LEVEL SCORING | | DIAG. C.O. |
|---|---|---|---|
| Type of Detainer or A B pending charges | 0 = None  3 = Moderate  7 = Greatest<br>1 = Low/Low Moderate  5 = High | A | 03 |
| Severity of current offense | 0 = Lowest  3 = Moderate  7 = Greatest<br>1 = Low Moderate  5 = High | | 01 |
| Projected Length MRD TPM of incarceration | 0 = 0-12 months  2 = 50-119 months  10 = Life<br>1 = 13-49 months  5 = 120+ months | M | 10 |
| Type of Prior A B Committments | 0 = None  3 = Serious (High,Great)<br>1 = Minor (Low,Low Mod.,Mod.) | A | 03 |
| History of Escapes A B Attempts | 0 = None  3 = Recent Minor  7 = Recent Serious<br>1 = Past Minor  5 = Past Serious | A | 05 |
| History of A B Violence | 0 = None  3 = Recent Minor  7 = Recent Serious<br>1 = Past Minor  5 = Past Serious | A | 05 |
| SECURITY POINT TOTAL (Total items 1 through 6) | | | 27 |

| SECURITY LEVEL | 3 = 0-7 Minimum  5 = 17-28 Close<br>4 = 8-16 Medium  6 = 29+ Maximum | 5 |
|---|---|---|

Section B          EXCEPTIONAL CONSIDERATION(S)

I. Maximum Security will be assigned to the inmate
currently serving a death sentence.

Institution recommended security is : 05 - Close

***************************
FOR CENTRAL OFFICE USE ONLY
An exception to the recommended Security Level is made for the following
reasons:

---

In ___  Out ___  Reason : _____  .

Final Security Approved : _____

Date and Initials      : _____

In ___  Out ___  Reason : _____  .
Final Security Approved : _____

Georgia Department of Corrections

Offender Profile Report
================================================================(ver. 3.01)

TAYLOR        JOHNNY    L                    DOC #:    155937

        D.T.: 08/17/98        44 y.o.        Black            EDUC:  8

INMATE LOCATION:    Georgia Diagnostic and Classification Center

THIS COMPUTER GENERATED REPORT SHOULD BE VIEWED WITH CAUTION.  IT
MAY NOT ACCURATELY DESCRIBE THIS OFFENDER.  THESE STATEMENTS ARE BASED
ON THE BEHAVIORS AND HISTORIES OF PERSONS WITH SIMILAR TEST SCORES,
INTERVIEW RESPONSES, AND PERSONAL CHARACTERISTICS.  THE DIAGNOSTIC
AND TREATMENT SUGGESTIONS BELOW SHOULD BE CONSIDERED AS HYPOTHESES
WHICH SHOULD BE CONFIRMED OR RULED OUT FOLLOWING EXAMINATION BY THE
DIAGNOSTIC STAFF OR OTHER PERSONNEL.


POTENTIAL ADJUSTMENT ISSUES:
                Substance use disorders
                Antisocial Personality

POTENTIAL FOR SELF HARM:
        1  LOW:   The psychological profile does not provide any
        significant history or evidence suggesting a tendency toward
        self-injurious behavior.

POTENTIAL FOR VICTIMIZATION:
        1  LOW:    This offender's psychological profile does not provide
        any significant evidence suggesting a vulnerability to
        victimization.

VIOLENCE POTENTIAL:
        3  MODERATE:   This offender's psychological profile suggests
        some potential for violent behavior.  The situational
        determinants for this individual's violent behavior need to
        be identified.  Unless otherwise indicated, violence
        potential may not need to be considered as a special
        precaution in making institutional assignments.

POTENTIAL FOR SUBSTANCE ABUSE
        5  VERY HIGH:  The test and interview data are all highly
        indicative of a serious substance abuse problem.  Which
        substances this offender might abuse, as well as the pattern
        of abuse, need to be clarified.

INTELLIGENCE:
        IQ: --  109
        As measured by the Culture Fair, this offender currently is
        functioning in the average range of intelligence.

155937   TAYLOR         JOHNNY   L

EDUCATIONAL/ACADEMIC ACHIEVEMENT:  Wide Range Achievement Test--Revised
        Total Reading ....................  9.5
        Total Math .......................  6.5
        Spelling .........................  7.5

PSYCHOTROPIC MEDICATION:
        This offender denies any history of medically supervised use of
        drugs for psychiatric or emotional problems.

MANAGEMENT & TREATMENT CONSIDERATIONS:

A.  Requiring immediate attention:
    ...none...

B.  Special programming considerations:
        Educational programming leading to a G.E.D. needs to be
    considered for this offender.
        Appropriate substance abuse treatment programming needs
    to be considered for this offender.
        Appropriate ANGER management treatment programming needs
    to be considered for this offender.

ALCOHOL/DRUG HISTORY AND TREATMENT REQUEST

| Drugs Reported Used | Reported Regular Use | Reported Use Two Months Before Lockup |
| --- | --- | --- |
| Cocaine | | not at all |
| Alcohol | | not at all |

—   —   —   —   —   —   —   —   —   —   —   —   —

        Inmate reported alcohol or drug use caused the following problems
        in the year prior to being locked up:

                None acknowledged

        Inmate reported never having received treatment for alcohol or
        drug abuse.

        Inmate rated desire for drug treatment as not at all.

        Inmate rated desire for alcohol treatment as not at all.

TEST SCORE REPORT                     TAYLOR     JOHNNY  L

1.  CULTURE FAIR IQ, WIDE RANGE ACHIEVEMENT TEST--Revised     (grade level equivalents)
------------------------------------------------------------------------------
   IQ              READING        MATH       SPELLING
   109               9.5          6.5          7.5

2.  UNITED STATES EMPLOYMENT SERVICE INTEREST INVENTORY (raw scores)
----------------------------------------------------------------- ----- N/A

3.  MONROE DYSCONTROL SCALE AND SUICIDE RISK SCALE (raw scores)
------------------------------------------------------------------
           MONROE                   SUICIDE RISK
     MDS   MDS_VIO  Missing         SCORE    Missing
      9      1        0               2        0

4.  BUSS-DURKEE HOSTILITY INVENTORY (raw scores)
-------------------------------------------------
TOTAL   TOT_R   OVA    CVA    ASL    IND    IRR    NEG    RST    SPC    VER    GLT    Missing
 12       7      3      3      1      1      1      0      1      0      3      5       0

5.  SUBSTANCE ABUSE SCORES
-------------------------------------------------------------------------
        MAST             DAST
   Score   Missing   Score   Missing
     9        0        2        0

6.  EVALUATION AND OFFENDER PROFILE REPORT RESULTS
---------------------------------------------------
AFA MHNEED EVAL SUICI VICTM VIOLN SUBAB Psychiatric Dx Flags
 1    1     2    1     1     3     5    303.xx or 304.xx or 305.xx, 301.xx

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

   DOC # 155937     TAYLOR     JOHNNY  L            AGE 44    Run date: 08/18/98    (ver. 3.01)

Exhibit 3.18

(Page 12 of 12)

**GEORGIA DEPARTMENT OF CORRECTIONS**

**HEALTH/ACTIVITY PROFILE**

Name TAYLOR JOHNNY L

Number EH-155937   Date of Birth ____954

Race BLACK   Sex MALE

INSTITUTION: GA. DIAG. & CLASS. PRISON   DATE: 08/28/1998   Height 6'02"   Weight 176 lbs

ASSIGNED HEALTH PROFILE :   MEDICAL HOLD :

| P | U | L | H | E | S | D | W | I | T | | Date Start Hold | Date Stop Hold | Authorized By* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |

\* MD, DO, PA, NP, DDS, PSY

KEY :

P: Physical capability, Stamina.   1=Strongest, 2,3=Intermediate, 4=Weakest, 5=Terminal, 6=Pregnant offender.
U: Upper extremities.   1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No arms.
L: Lower extremities.   1=Strongest, 2,3=Intermediate, 4=Weakest, 5=No legs.
H: Hearing.   1=Normal, hears whispered voice, 2,3,4=Intermediate, 5=Deaf.
E: Vision.   1=20/20 both eyes, 2,3,4=Intermediate, 5=Total bilateral blindness.
S: PSYchiatric grade, 1 to 6.   1=No psychiatric disorder. If other than one, must be assigned by mental health staff.
D: Dental grade.   1=Minimal decay, no teeth to be extracted. If other than one, must be assigned by dental staff.
W: Work capacity.   1=All jobs, 2,3=Intermediate, 4=Major restrictions, 5=Can not work under any circumstances.
I: Impairments.   1=Not impaired, normal; 5=Needs a special program for activities of daily living.
T: Transportation.   1=All vehicles; 5=Needs specially equipped vehicle, with oxygen, handrails, glucometer, etc.

Additional description of the medical profiles is found in SOP No. VH25-0003.

RESTRICTIONS :

☐ Severe allergies   ☐ Heat intolerance   ☐ Cold intolerance   ☐ On renal dialysis   ☐ Lower Range (Seizures)
☐ Extreme obesity   ☐ Insulin dependent   ☐ Mental instability   ☐ Special sleeping arrangements, low bunk
☐ Severe weight loss   ☐ Prosthetic device   ☐ Indwelling catheter   ☐ State housing only
☐ Oxygen dependent   ☐ Special diet   ☐ Unusual footwear   ☐ Cane, crutch, walker, wheelchair, etc.

NARRATIVE :

_____
_____
_____
_____
_____

I certify that all work restrictions, mobility impairments, special housing, diets, and other special needs documented in the Medical Profile were explained to the offender. I certify that the offender was educated on the nature of his/her condition and the the plan of medical care. All diagnoses and actions were documented in the Progress Record and the Problem List.

Signature : ROY CRISPIN-MD

PI-2051 (REV.10/95)
OR8RBJ

**HEALTH/ACTIVITY PROFILE**

Signature : ROY CRISPIN-MD

PI-2051 (REV.10/95)

Exhibit 3.18

(Page 1 of 1)

**GEORGIA DEPARTMENT OF CORRECTIONS**

#2 MARTIN LUTHER KING JR. DRIVE
SUITE 666 EAST TOWER
ATLANTA, GEORGIA 30334

**ASSIGNMENT/TRANSFER ORDER**

12/11/98

TO: WARDEN
HANCOCK STATE PRISON

1. This is authority to move the below named inmate as indicated. <u>Movement will be made within three working days of receipt of this order.</u>

2. Reason for movement  ADMIN

| | NAME | NUMBER | MOVE FROM | MOVE TO |
|---|---|---|---|---|
| B/M | TAYLOR, JOHNNY L | EH 155937 | GDCP | HANCOCK SP |
| AKA | TAYLOR, JOHN | | JACKSON | SPARTA |
| | TAYLOR, JOHN L | TAYLOR, CHARLEY | | |
| | TAYLOR, JOHNNY | | | |

3. Special instructions:

_____ Fingerprint Requirement :  Yes ____  No  X

———— GSP        : FORWARD FILE TO HANCOCK SP

4. Security Classification:

CLOSE        ( In/Out Status : OUT )

BY ORDER OF THE COMMISSIONER

BY:_____

=======================================================

**R E C E I P T**

| COMPLETE THIS SIDE FOR PICKUP FROM JAIL | COMPLETE THIS SIDE FOR INSTITUTIONAL TRANSFERS |
|---|---|
| Picked up from jail on _____<br>(date) | Received on _____<br>(date) |
| _____<br>(Transfer Officer) | _____<br>(Receiving Officer) |
| Received at assigned institution on | |
| _____<br>(date) | **DISTRIBUTION** |
| | 1. Record Copy — Return to Atlanta<br>2. Gaining Institution<br>3. Losing Institution<br>4. Parole Board<br>5. Suspense |
| _____<br>(Receiving Officer) | |

Version 1.0
OR4RH

27 877 (Rev. 5/79)
CC0800

| (Receiving Officer) | 1. Record Copy — Return to Atlanta<br>2. Gaining Institution<br>4. Parole Board<br>5. Suspense |
|---|---|

Exhibit 3.18

(Page 1 of 1)

# PAROLE REVIEW SUMMARY

Institution _____ CDCP _____ Date Submitted __11-10-98__

I. Inmate: Name __Taylor, Johnny__ ID Number __EH-155937__

II. Type case: Parole_____ Max Out_____
Tentative Month: Mo_____ Yr_____
Report covers the months From __8-12-98__ To __10-28-98__

III. Disciplinary Reports and Dispositions:

No disciplinaries found.

IV. Proposed Plan for Residence and Employment Upon Release:

Inmate claims he will parole to Federal Prison.

V. Case Management Summary:
a. Current status Mental Health/Mental Retardation Program: Active ☐ Not active ☒
b. Comment upon institutional adjustment, staff/peer relationships, and overall performance. It is imperative to include a statement regarding the response to treatment of any inmate currently active in the Mental Health/Mental Retardation Program.

Inmate is currently in diagnostic processing status; no case manager assigned. Substance Abuse 101 and AA are not available for diagnostic inmates.

VI. Summary Rating: Work/Activity Performance Report
Above average ☐    Average ☒    Below average ☐

VII. Recommendations: (Please place an X in each appropriate space).
a. Release in advance of Tentative Parole Month (TPM)_____ or Max Out Date_____
No ☐    Yes ☐
b. To date accumulated TPM Extension _____ days
c. Reduction of Disciplinary TPM Extension
No ☐    Yes, by _____ days

_Grey Ballard_ _____    __11-10-98__
Signature    · Date

VIII. Warden's Statement:

Summary Rating: _ Above average ☐    Average ☒    Below average ☐
_____    __11-10-98__
Signature    Date



# STATE BOARD OF PARDONS AND PAROLES

Garland R. Hunt, Esq.
Chairman

2 Martin Luther King, Jr., Drive, S.E
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

L. Gale Buckner
Vice-Chair
Garfield Hammonds, Jr.
Member
Dr. Eugene P. Walker
Member
Milton E. "Buddy" Nix, Jr.
Member

October 4, 2006

JOHNNY L TAYLOR, EH-155937
C/O WARDEN,
HANCOCK STATE PRISON

Dear JOHNNY L TAYLOR,

Your case was recently reconsidered in accordance with Board policy.

The Board's decision is to deny parole at this time. The Board determined that your parole release would not be compatible with the welfare of society (see O.C.G.A. 42-9-42(c)) due to the severe nature of the offense(s) for which you were convicted.

In accordance with Board Policy your case will again be reviewed by the Board during MARCH 2008.

Sincerely,

Thurman L. Henderson, Assistant Director
Clemency/Parole Selection

cc: Warden
Inmate Administration

Equal Opportunity Employer
Recipient of the Council of State Governments' 1999 Innovations Award
American Probation and Parole Association's 2000 President's Award Winner
Accredited by CAC/ACA since 1994

Exhibit 3.18

(Page 1 of 1)
05/26/2006 15:07 FAX                                                                                    ☒011

HANCOCK STATE PRISON                  ⌣      orms           ⌣                                      ☽

Parole Review  U380941      EH155937 TAYLOR,JOHNNY L              Run  5/ 5/06 Page 1

PIC-None   TPM-Lifer Max-Lifer           TPM extension-NEVER

| Residence plan A (relationship & phone) | Residence plan B (relationship & phone) |
|---|---|
| Monique Taylor | Addie Smith-mother |
| Phone: 770-465-4602 | Phone: 404-381-6996 |

DRs & programs not listed below, employment plan (if any), additional comments:

Inamte Taylor has been incarcerated at Hancock State Prison since December 1998. Since his incarceration, he has worked consistently as a cellblock orderly. During his incarceration he has completed no programs. His last disciplinary report was received in 1985 at GSP. Inmate Taylor has a total of fifteen (15) E-slips on file. He has eight (8) above average and seven (7) E-slips. Inmate is an average candidate for parole.


Institutional behavior of inmate:     ABOVE AVERAGE  /  (AVERAGE)   BELOW AVERAGE

Angela P. Finley  10-14-06          S._____ Warden, HANCOCK STATE PRISON
Case manager         date

Photocopy this & put in institutional file. Send original to the Parole Board.
================================================================================
GANG  ACTIVITY--No gang affiliation recorded in OTIS
MENTAL  HEALTH--No MH history records.
DISCIPLINARIES--None recorded on OTIS during the current incarceration.
PRE-CONDITIONS--No parole pre-conditions and no programs.

Exhibit 3.18



*Georgia*

# W A R N I N G !

## LIFE WITHOUT PAROLE

### IMPORTANT NOTICE

Dear TAYLOR,JOHNNY L      Inmate No. EH-155937 GDC ID No. 380941

Our criminal history records show that you have previously been convicted of one of the following violent crimes:

    MURDER
    ARMED ROBBERY
    KIDNAPPING
    RAPE
    AGGRAVATED CHILD MOLESTATION
    AGGRAVATED SODOMY
    AGGRAVATED SEXUAL BATTERY

Be advised – effective January 1, 1995, the new law says that if you are convicted again for one of these crimes, you <u>will be sentenced to life without parole</u> or the death penalty may apply in some cases.

☞      BEWARE — ONE MORE STRIKE AND YOU'RE OUT !



**GEORGIA DEPARTMENT OF CORRECTIONS**
2 Martin Luther King Jr. Dr., SE East Tower, 7th Floor
Atlanta, Georgia 30334-4900

2 Martin Luther King Jr. Dr., SE East Tower, 7th Floor
Atlanta, Georgia 30334-4900

# RELEASE REVIEW CHECKLIST

Inmate Name __Taylor, J__                     DATE: __6-11-08__
                                              Number __EF# 155937__
FOLDER IMAGES? (✓) YES  ( ) NO

TYPE OF RELEASE: (✓) PAROLE  (·) DISCHARGE

## INITIAL EACH ITEM LISTED BELOW AS YOU COMPLETE YOUR REVIEW.

| INITIALS | DOCUMENTS REVIEWED |
|---|---|
| ✓ | DETAINERS __Feds, NIC__ |
| ✓ | SENTENCE DOCUMENTS REVIEWED |
|  | SENTENCE COMPUTATION |
| ✓ | CRIMINAL HISTORY CHECK (OTIS) |
| ✓ | COURT PRODUCTION |
| ✓ | ESCAPE AND RECAPURE __Escp. 12-24-83 CA STATE PRISON Recap 2-17-84__ |
| ✓ | SPECIAL NOTIFICATIONS |
| ✓ | PROBATION AND OTHER NOTIFICATIONS: __None__ |
|  | PAROLE REVOCATION INFORMATION |

PRIOR TO RELEASE, THIS FILE HAS BEEN CHECKED FOR THE ABOVE.

____✓___ FIRST REVIEW

_____ SECOND REVIEW

_____
SIGNATURE OR INITIALS

_____
SIGNATURE OR INITIALS

Exhibit 3.18

(Page 2 of 7)

# CERTIFICATE OF
# CONDITIONAL  TRANSFER



STATE BOARD
OF
PARDONS AND PAROLES
ATLANTA, GEORGIA

**Received**

JUN − 9 2008

**Offender Processing**

**KNOW ALL MEN BY THESE PRESENTS:**

It having been made to appear to the Georgia State Board of Pardons and Paroles that there is reasonable probability that the inmate named below WILL NOT FURTHER VIOLATE THE LAWS, and that there is a detainer filed against the inmate, and it being the opinion of said Board that the transfer of this inmate is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this inmate will not become a public charge on transfer.

Under the authority vested in the State Board of Pardons and Paroles by the Laws of Georgia, it is hereby ORDERED that the inmate named below be Conditionally Transferred pending good behavior and subject to the conditions of Conditional Transfer as listed here and on the reverse side of this Order until the expiration of the confinement sentence(s).

It is further ordered that, should said inmate satisfy all detainers or be released from custody of the detaining authority prior to completion of the Georgia sentence(s) on which Conditionally Transferred, custody shall revert back to the jurisdiction of this Board for disposition.

This Conditional Transfer shall permit the delivery of the inmate to authorities of the Federal Government or of any jurisdiction otherwise entitled to his custody, the priority of more than one detainer to be determined by the Georgia Department of Corrections.

**NOT VALID WITHOUT BOARD SEAL**

In witness whereof this Certificate bearing the Seal of the State Board of Pardons and Paroles is issued.

**STATE BOARD OF PARDONS AND PAROLES**

For the Board

**ORDER NUMBER:  186711**

**INMATE:  Johnny L. Taylor, EF-155937**

**OFFENSE(S) AND COURT(S):  Armed Robbery (82CR1246) (Ct 1) Aggravated Assault (Ct 3); Dekalb Superior, Escape (84-38); Tattnall Superior**

**EFFECTIVE CONDITIONAL TRANSFER DATE:  July 21, 2008**

**EXPIRATION DATE:  LIFE**

**ISSUE DATE:  June 4, 2008**

**SPECIAL CONDITIONS:**  If released from custody prior to the expiration date listed above, I will contact the Georgia Interstate Compact Unit, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334 within 24 hours after my release. This contact will be by phone (404-656-5747) and will be for the purpose of assigning me to a Parole Officer.

Rev. August 2003

Exhibit 3.18

(Page 3 of 7)



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 - East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

NOTE TO WARDEN/SUPERINTENDENT:
THIS ORDER SHOULD BE SIGNED BY
THE INMATE AND THE RECEPTION,
RELEASE OFFICER ADVISED
IMMEDIATELY BY TELETYPE.

James E. Donald
Commissioner

HANCOCK STATE PRISON      /WARDEN
PO BOX 339
SPARTA          , GA 31087-0339          6/18/2008

RE:    TAYLOR,JOHNNY L          EH -    155937
                               GDC ID -    380941

Dear Sir:

This is your authority to release the above named inmate into the custody
of   the   first   agency listed below on 07/21/08 in compliance with the
attached certificate of conditional transfer. I am by copy of this letter,
advising these authorities to have their officers present at your institu-
tion on 07/21/08 to assume custody of this inmate.

It will be your responsibility to explain to the inmate the conditions
which appear on the back of this order immediately and determine if he
intends to accept this release. If after explaining this release he does
not desire to accept, the Central Office should be notified in order that
we might advise the agents involved of cancellation.

Both the Georgia Department of Corrections and the State Board of Pardons
and Paroles should receive a signed copy of the Certificate of Conditional
Transfer.

If more than one detainer exists, they will be listed below , and it is re-
quested that the detaining authority notify any other detaining authorities
before releasing the inmate from their custody.

Sincerely

James E. Donald, Commissioner
Department of Corrections

First Agency: U.S.MARSHALS SERVICE, NDG 10/27/1998
              FULTON
              75 SPRING ST.S.W. RM.1669
              ATLANTA          GA 30303

BY: Patti Foster, Director
Inmate Administrator
JW/gw
Enclosure

cc:   State Board of Pardons and Paroles SHOULD NOT RECEIVE $25  GRATUITY
      Detainer
      Sheriff

—————— Equal Opportunity Employer ——————

Version 1.0                                                      CC0524

Exhibit 3.18

(Page 4 of 7)



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

Sonny Perdue
Governor

James E. Donald
Commissioner

BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA       ,GA#30303

Date: 06/18/08

RE:    TAYLOR,JOHNNY L        ,EH-0000155937, GDC ID-0000380941

Dear Sir:

The above-named inmate against whom you have filed a detainer or special notification is scheduled for release on the date and at the institution named below.

Please have your officer present at the designated institution and on the given date to assume custody of the inmate.

Date of release:_____ 07/21/2008 _____ Time: 8:00 a.m. to 5:00 p.m.

Location of inmate:_____ HANCOCK STATE PRISON _____

Sincerely,

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: _Patti J. Fst_____

Patti Foster, Director
Inmate Administration

Other Agencies with Detainers:

JD:cjb

cc:    State Board of Pardons and Paroles
       Warden
       Sheriff
       Central office file

Equal Opportunity Employer

Version 1.0

CC0940

Exhibit 3.18



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 – East Tower
Atlanta, Georgia 30334

**Sonny Perdue**
Governor

James E. Donald
Commissioner

HANCOCK STATE PRISON      /WARDEN
PO BOX 339
SPARTA        , GA 31087-0339            6/18/2008

RE:    TAYLOR,JOHNNY L          EH -      155937
                             GDC ID -      380941

Dear Warden:

The attached parole order or conditional release order authorizes the release of the above named inmate.

Be certain that the inmate understands the conditions of his or her release.  The four copies of the order should be signed and witnessed. Return one copy to the Department of Corrections, one copy to the inmate and one copy for your files. Provide the inmate with the arrival notice and any other instructions. Release the inmate as directed by the order.

JAMES E. DONALD, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY:  PATTI FOSTER, DIRECTOR
     INMATE ADMINISTRATION


  Note: If subject has been moved to another jail, return release documents
        and provide new jail county and date moved. If subject was released
        from your jail, return release documents and provide date and reason
        for release.




                                         SHOULD NOT RECEIVE $25   GRATUITY




                              **Equal Opportunity Employer**
Version 1.0                                                              CC0624

Exhibit 3.18



# WARNING

## LIFE WITHOUT PAROLE

### IMPORTANT NOTICE

Dear TAYLOR, JOHNNY L          Inmate No. EH-155937 GDC ID No. 380941

Our criminal history records show that you have previously been convicted of one of the following violent crimes:

**MURDER**
**ARMED ROBBERY**
**KIDNAPPING**
**RAPE**
**AGGRAVATED CHILD MOLESTATION**
**AGGRAVATED SODOMY**
**AGGRAVATED SEXUAL BATTERY**

Be advised – effective January 1, 1995, the new law says that if you are convicted again for one of these crimes, you will be sentenced to life without parole or the death penalty may apply in some cases.

☞      BEWARE -- ONE MORE STRIKE AND YOU'RE OUT !



## GEORGIA DEPARTMENT OF CORRECTIONS
2 Martin Luther King Jr. Dr., SE East Tower, 7th Floor
Atlanta, Georgia 30334-4900

# CONDITIONS UNDER WHICH THIS CONDITIONAL TRANSFER IS GRANTED

**THIS CERTIFICATE OF CONDITIONAL TRANSFER WILL BECOME EFFECTIVE ONLY AFTER THE FOLLOWING STANDARD CONDITIONS AND ANY SPECIAL CONDITIONS ON THE FRONT SIDE ARE AGREED TO BY THE INMATE. VIOLATION OF ANY CONDITION MAY RESULT IN IMMEDIATE ARREST FOLLOWED BY CONDITIONAL TRANSFER REVOCATION.**

I understand this Conditional Transfer authorizes my delivery to authorities of the Federal Government or any other jurisdiction that has filed a detainer against me within the Georgia Department of Corrections.

If I am released from custody for any reason prior to completion of the Georgia sentences on which this Conditional Transfer is granted and my status should become that of a parolee, I will within 24 hours, communicate with the Georgia State Board of Pardons and Paroles giving the address where I may be contacted. I understand I will be placed on active parole supervision and agree to the following:

1. **Intervention Plan/Instructions:** I will participate in the development of and comply with a rehabilitation plan designed by my parole officer. This plan will require me to work, to be drug tested, and may require me to attend and to pay a reasonable fee for counseling or classes. I will truthfully answer all questions and follow all written and verbal instructions from my parole officer or any other employee of the State Board of Pardons and Paroles.

2. **Law/Immediate Notification/Searches:** I will not violate the law of any governmental unit. I will immediately notify my Parole Officer if I am arrested for any offense, including a traffic offense. My Parole Officer or any other Parole Officer may, at any time, conduct a warrantless search of my person, papers, and place of residence, automobile, or any other property under my control.

3. **Weapon:** I will not receive, possess, transport, have under my control, attempt to purchase or obtain transfer of any firearm, ammunition, explosives or other deadly weapons.

4. **Leaving State and Absconding:** I will not leave my state of residence, even briefly, or change my residence without first getting permission from my Parole Officer. I will not abscond from parole supervision.

5. **Child Support, Restitution, and Fees:** I will support all my children as required by Georgia law, make payments on any restitution, pay a monthly parole supervision fee as established by Parole Board rule, and pay a reasonable fee for electronic monitoring.

6. **Education:** If I do not have a high school diploma or its equivalent and am unable to maintain reliable, regular employment, I will attend school to pursue a general education diploma (GED), a high school diploma, or a trade at a vocational/technical school.

## ACKNOWLEDGMENT AND CERTIFICATION

I have read or have had read to me the above standard Conditional Transfer conditions and any special conditions on the front side of this certificate, and I fully understand them and agree to comply with them. I hereby waive all extradition rights and process and agree to return to Georgia from any State or Territory of the United States or from the District of Columbia. If it becomes necessary to communicate with my Parole Officer when the Officer is not available, I will contact another Parole Officer in the same office or will contact the Georgia Interstate Compact Unit at Fourth Floor, East Tower, Floyd Veterans Memorial Building, 2 Martin Luther King, Jr., Drive, S.E., Atlanta, Georgia 30334. Telephone number (404) 656-5747.

_____     _____
CONDITIONAL TRANSFEREE        DATE

I hereby certify that this Statement of Conditions has been read and explained to the Conditional Transferee and he/she has agreed to them.

_____     _____
INSTITUTIONAL OFFICIAL        DATE

Rev. August 2003

Exhibit 3.18

(Page 1 of 2)



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 — East Tower
Atlanta, Georgia 30334

J. Wayne Garner
Commissioner

Date: 09/03/98

TO: BENTON, SHONI
    U.S.MARSHALS SERVICE, NDG
    75 SPRING STREET, RM.1669
    ATLANTA, GA # 30303

*Fed. Number: 1:98-CR-053*
*Fed. Name:*
*TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L     EH-0000155937
    GA. DIAG. & CLASS. PRISON   JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above named inmate. By copy of this notification, the Warden/Superintendent, having physical custody of the inmate, will be instructed to inform the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised approximately thirty (30) days in advance of this inmate's release date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn prior to the expiration of his penitentiary sentence, it is requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JWG/cjb

*Maximum Release Date:*
*88/88/8888*

*Tentative Parole Date:*
*88/88/8888*

cc: Warden/Inmate
    State Board of Pardons and Paroles
    Central Office File

———— Equal Opportunity Employer ————

Version 1.0

CC0624

U.S. Department of Justice
United States Marshals Service

 

## DETAINER
(USMM 622.04)

UNITED STATES MARSHAL:
ROBERT H. MCMICHAEL, II

NORTHERN _District_ GEORGIA

Date: 08/12/98

SUBJECT: TAYLOR, JOHN EH# 155937
DOB/070254 SSN: 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

CHG: POSS W/INTENT TO DIST MARIJUANA;
FIREARMS

DISTRICT: N/GA
CASE# 1:98-CR-053

TO:
GEORGIA DEPT. OF CORRECTIONS
ATTN: FRANCES YANCEY
FLOYD BLDG.; 7TH FLOOR
2 MLK JR. DRIVE, S.E.
ATLANTA, GEORGIA 30334

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward the Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole violation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been arraigned at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply, and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS - SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. [X]

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. [ ]

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

| RECEIPT |
|---|
| Date: |
| Signed: |
| Title: |

Very truly yours,

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
404-730-9209

## DETAINER

Copy 1 — Institution    PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

FORM USM-16 (REV. 8/23/77)
FORMERLY LAA-121

Exhibit 3.18

(Page 1 of 2)



**GEORGIA DEPARTMENT OF CORRECTIONS**
Floyd Veterans Memorial Building
Room 756 — East Tower
Atlanta, Georgia 30334

J. Wayne Garner
Commissioner

Date: 10/27/98

TO: BENTON, SHONI
U.S.MARSHALS SERVICE, NDG
75 SPRING ST.S.W. RM.1669
ATLANTA, GA # 30303

*Fed. Number:*
*Fed. Name:*
*TAYLOR, JOHN*

RE: TAYLOR,JOHNNY L     EH-0000155937
GA. DIAG. & CLASS. PRISON    JACKSON, GA

Subject : Request for detainer (See attached detainer for charges)

Dear Sir:

Your detainer is acknowledged and has been filed against the above named inmate. By copy of this notification, the Warden/Superintendent, having physical custody of the inmate, will be instructed to inform the inmate of the source and content of your detainer.

Our files have been marked to show that you are to be advised approximately thirty (30) days in advance of this inmate's release date so that you may arrange to take custody of him.

In the event the charges pending against this inmate are withdrawn prior to the expiration of his penitentiary sentence, it is requested that you advise us.

Sincerely,

J. WAYNE GARNER, COMMISSIONER
DEPARTMENT OF CORRECTIONS

BY: *Calvin J. Brown*
CALVIN J. BROWN, DIRECTOR
INMATE ADMINISTRATION

JWG/cjb

**Note to Warden/Superintendent:**
*Subject cannot file for final disposition on these charges under the Agreement on Detainers.*

**NOTE:** *This Detainer supercedes Detainer placed on 08/14/1998*
*Maximum Release Date:*
*88/88/8888*

*Tentative Parole Date:*
*88/88/8888*

cc: Warden/Inmate
State Board of Pardons and Paroles
Central Office File

———— Equal Opportunity Employer ————

Version 1.0

CC0524

U.S. Department of Justice
*United States Marshals Service*



# DETAINER
(USMM 622.04)

Date: 09/16/98

UNITED STATES MARSHAL:
ROBERT H. MCMICHAEL, II

NORTHERN ___ *District* ___ GEORGIA

SUBJECT: TAYLOR, JOHN   EH-155937

TO:

GEORGIA DEPT. OF CORRECTIONS
ATTN: FRANCES YANCEY
FLOYD BLDG., 7TH FLOOR
2 MLK JR. DRIVE, S.E.
ATLANTA, GEORGIA 30334

THIS DETAINER SUPERSEDES DETAINER
DATED 08/12/98

JUDGEMENT:   100 MONTHS CONC.
CASE#        1:98-CR-053
DISTRICT:    N/GA

Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole violation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are required to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17 NOTICE (This BELOW UNDER THE SPEEDY TRIAL ACT) in duplicate and return both a copy of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☐

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☐

If there are no "X" marks in the above blanks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.



Very truly yours,

| RECEIPT |
|---|
| Date: |
| Signed: |
| Title: |

ROBERT H. MCMICHAEL, II

United States Marshal

BY: SHONI BENTON, ENFORCEMENT
404-730-9209

# DETAINER

Copy 1—Institution   PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

FORM USM-16 (REV. 8/23/77)
FORMERLY LAA-121

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT

PI 463
(5/77)

1:98CR053CC.205CC

RE: TAYLOR,JOHNNY L
NAME

EH155937
NUMBER

GA. DIAG. & CLASS. PRISON
INSTITUTION

GEORGIA, NORTHERN

Whereas, Hon. COOPER, CLARENCE Judge, US DISTRICT Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August, 19 98, for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August, 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY *Calvin J. Brown*
Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office – Inmate file

CC0625 (VER 2.0 MAY'93)

Central Office – Inmate file

AUG. -21'98(FRI) 13:08   USMS NORTHERN GA.          TEL:404 331 3139          P. 002

Form USA-40-19-6
(Rev. 06/95)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 21 1998

LUTHER D. THOMAS, Clerk
By: J.C.K. Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JOHN TAYLOR      155937

: CRIMINAL ACTION
:
: NO. 1:98-CR-053-CC &
:       1:98-CR-205-CC
:

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ( X ) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known) *JOHN TAYLOR*

2. Detained by GEORGIA DIAGNOSTICS STATE PRISON - JACKSON, GA

3. Detainee is ( X ) charged in this district by ( ) Indictment ( ) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title __, U.S.C. § __, OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on *AUGUST 31, 1998* ( X ) in Courtroom Number *1705, AT 8:30 A.M.* , OR ( ) before the Federal Grand Jury sitting in Room Number 2037, of the United States Courthouse for the district, for ( ) arraignment ( ) plea ( ) trial ( X ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically .

DAVID C. NUTTER
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum   ( ) Ad Testificandum     ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: Aug. 19 , 1998

CLARENCE COOPER
United States District Judge

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 21 1998

Luther D. Thomas, Clerk
By: L.C.W.

Luther D. Thomas, Clerk
By: L.C.W.

AUG. -21' 98 (FRI) 13:08 .. USMS NORTHERN GA.         TEL: 404 331 3139         P. 003

Memorandum                                                             ! "

                                                                      # $

| Subject WRIT OF HABEAS CORPUS | Date August 14, 1998 |
|---|---|
| To ROBERT McMICHAEL U. S. MARSHAL | From DAVID C. NUTTER ASSISTANT U.S. ATTORNEY 581-6066 |

The following information is submitted in order to expedite the execution of the attached Writ of Habeas Corpus, to assist in the proper identification of the defendant and/or witness, and to aid in the safety of transporting deputies.

NAME: *JOHN TAYLOR*

NAME OF INSTITUTION AND LOCATION: GEORGIA DIAGNOSTICS ST. PRISON,

JACKSON, GA

ALIASES:

DOB OR AGE: *7/2/54*        RACE: *BLACK*

FBI NUMBER: *592993K8*

USM OR BOP NUMBER: *48457-019*

STATE PRISONER NUMBER: *00151460*

PENDING FEDERAL CHARGES: *18:371; 922(g), and 1344*

CASE NUMBER: *1:98-CR-053 and 1:98-CR-205*

Special handling considerations, separatees, or special security measures deemed necessary.

It is understood that 14 days are needed to process Writs of Habeas Corpus except those directed to federal institutions located in the Northern District of Georgia. State institutions require ten working days. I have checked with the institution involved and they are willing to release the individual.

Exhibit 3.18

(Page 4 of 4)

AUG. -21'98(FRI) 13:07 USMS NORTHERN GA.          TEL:404 331 3139          P. 001



# UNITED STATES MARSHALS SERVICE
## Northern District of Georgia

Richard B. Russell Building
75 Spring Street, S.W., Room 1669
Atlanta, Georgia 30303
Office: (404) 331-6833, Facsimile: (404) 331-3139

TO: Donna Eiland

FROM: DeAnn Short

DATE: 8/21/98

NUMBER OF PAGES: 2 EXCLUDING COVER SHEET

COMMENTS: Please forward an Order to Produce.

Thanks!

WARNING: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.

UNSTABLE AND WILL DE......
PRIOR TO FILING AS A RECORD.

STATE OF GEORGIA
DEPARTMENT OF CORRECTIONS
ORDER FOR PRODUCTION OF PRISONER IN COURT

PI 463
(5/77)

1:98CR053CC.205CC

RE: TAYLOR, JOHNNY L
NAME

EH155937
NUMBER

GA. DIAG. & CLASS. PRISON
INSTITUTION

GEORGIA, NORTHERN

Whereas, Hon. COOPER, CLARENCE Judge, US DISTRICT Court has ordered that the above-named prisoner be produced in said Court on the 31st day of August , 19 98 , for SENTENCING

It is therefore ordered that the warden of said institution deliver the above-named subject into the custody of the Officer for the said Court for his production in court as ordered. Any expense incident to the production of this prisoner in court and his return to the institution from whence he came is to borne by the said Court.

The prisoner is to be returned within (30) days of court date by the officer of said Court to the institution from whence he came.
This the 21st day of August , 19 98.

J. Wayne Garner, Commissioner
Department of Corrections

BY *Calvin J. Brown*

Calvin J. Brown, Director
Inmate Administration

CC: Original to Warden
Officer of the Court
State Board of Pardons and Paroles
Central Office — Inmate file

CC0525 (VER 2.0 MAY'93)

Central Office — Inmate file

Exhibit 3.18

(Page 2 of 4)

AUG. -21' 98(FRI) 13:08   USMS NORTHERN GA.                TEL:404 331 3139          P. 002

Form USA-40-19-6
(Rev. 06/95)

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**AUG 2 1 1998**

LUTHER D. THOMAS, Clerk
By J.C.H.
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA         :    CRIMINAL ACTION
                                 :
v.                               :    NO. 1:98-CR-053-CC &
                                 :    1:98-CR-205-CC
JOHN TAYLOR   155937             :

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ( X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known) *JOHN TAYLOR*

2. Detained by GEORGIA DIAGNOSTICS STATE PRISON - JACKSON, GA

3. Detainee is ( X) charged in this district by ( ) Indictment ( ) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title __, U.S.C. § __, OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on *AUGUST 31, 1998* ( X) in Courtroom Number *1705, AT 8:30 A.M.*, OR ( ) before the Federal Grand Jury sitting in Room Number 2037, of the United States Courthouse for the district, for ( ) arraignment ( ) plea ( ) trial ( X) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically .

DAVID C. NUTTER
Assistant United States Attorney

WRIT OF HABEAS CORPUS

( X) Ad Prosequendum   ( ) Ad Testificandum    ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: Aug. 19, 1998

CLARENCE COOPER
United States District Judge

THIS IS A TRUE COPY
CERTIFIED THIS

AUG 2 1 1998

Luther D. Thomas, Clerk
By J.C.H.

Luther D. Thomas, Clerk
By J.C.H.

Memorandum                                                                    ! "

                                                                              # $

| Subject | Date |
|---|---|
| WRIT OF HABEAS CORPUS | August 14, 1998 |

| To | From |
|---|---|
| ROBERT McMICHAEL | DAVID C. NUTTER |
| U. S. MARSHAL | ASSISTANT U.S. ATTORNEY |
| | 581-6066 |

The following information is submitted in order to expedite the execution of the attached Writ of Habeas Corpus, to assist in the proper identification of the defendant and/or witness, and to aid in the safety of transporting deputies.

NAME: *JOHN TAYLOR*

NAME OF INSTITUTION AND LOCATION: GEORGIA DIAGNOSTICS ST. PRISON,

JACKSON, GA

ALIASES:

DOB OR AGE: ▮▮▮▮          RACE: *BLACK*

FBI NUMBER: *592993K8*

USM OR BOP NUMBER: *48457-019*

STATE PRISONER NUMBER: *00151460*

PENDING FEDERAL CHARGES: *18:371; 922(g), and 1344*

CASE NUMBER: *1:98-CR-053 and 1:98-CR-205*

Special handling considerations, separatees, or special security measures deemed necessary.

It is understood that 14 days are needed to process Writs of Habeas Corpus except those directed to federal institutions located in the Northern District of Georgia. State institutions require ten working days. I have checked with the institution involved and they are willing to release the individual.

AUG. -21' 98(FRI) 13:07 USMS NORTHERN GA.     TEL:404 331 3139       P. 001



# UNITED STATES MARSHALS SERVICE
## Northern District of Georgia

Richard B. Russell Building
75 Spring Street, S.W., Room 1669
Atlanta, Georgia 30303
Office: (404) 331-6833, Facsimile: (404) 331-3139

TO: Donna Elland

FROM: DeAnn Shortt

DATE: 8/21/98

NUMBER OF PAGES: 2 EXCLUDING COVER SHEET

COMMENTS: Please forward an order to produce.

Thanks!

WARNING: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.

UNSTABLE AND WILL DE...
PRIOR TO FILING AS A RECORD.