Exhibit 3.20



# STATE OF GEORGIA,

## HANCOCK COUNTY.

To any Minister of the Gospel, Judge or Justice of the Peace, or any person authorized to Celebrate:

### THESE ARE TO AUTHORIZE AND PERMIT YOU TO

## Join in the Honorable State of Matrimony

Armsted Copland Col'd

OF THE ONE PART, AND

Addie Scott

OF THE OTHER PART,

*According to the Rites of your Church, provided there be no lawful cause to obstruct the same; and this shall be your authority for so doing.*

Given under my hand, as the Ordinary for said County aforesaid, this First

day of January 1881 WA Buckner Col'd Ordinary.

I Hereby Certify, That Armsted Copland Col'd and Addie Scott Col'd were joined together in the

### HOLY BANS OF MATRIMONY,

by me, on the 1 day of January 1881

Emanuel Winslet