



## Parolee Search

| First Name | Last Name | Race | Gender |
|---|---|---|---|
| michael | eberhart | | |

| Case # | UPI # | GDC ID # | ZIP Code |
|---|---|---|---|
| | | | |

*Partial search terms are allowed. Search will return all records containing the partial search term.*

Clear  Search

Your Search Returned 1 Records.

Parolee Search Result

| | Details | Status | UPI # | GDC ID # | Case # | Last Name | First Name | Middle Name | Race | Gender | ZIP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | View | | 10114939 | 397242 | 190777 | EBERHART | MICHAEL | D | BLACK | M | 30127 |

Page 1 of 1  10 ⌄

View 1 - 1 of 1

---

Pardons and Paroles     Site Map     Accessibility     Privacy/Security

**AT YOUR SERVICE**
GeorgiaGov
Agencies
Cities & Counties
Popular Topics

**ELECTED OFFICIALS**
Attorney General
Governor
Lieutenant Governor
More Officials Â»

**NEED HELP?**
1-800-georgia
connect.georgia.gov

Parolee Detailsclose



| Picture | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Case # | 190777 | Gender | M | Parole Begin Date | 01/24/2017 | |
| | GDC ID # | 397242 | Race | Black | Parole End Date | | |
| | UPI # | 10114939 | Height | 5' 11" | Parole Off ce | Cobb-Marietta Team 8 | |
| | Name | Eberhart, Michael D | Weight | 189 | Parole Off ce Number | 404-656-4661 | |
| | Address | | Hair Color | Bald | Primary Offense | Murder | |
| | | | Current Age | 62 | | | |

Exhibit 3.21

Privacy - Terms