



**B6** Wednesday, Nov. 20, 1996 ★★★★★     **LOCAL NEWS**     The Atlanta Journal

# OBITUARIES

The Atlanta Journal-Constitution strives to make this list a complete record of deaths in the metro area and of selected deaths from elsewhere. Please ask your funeral home or cremation society to call us at **404-526-5342**, or fax us at **404-526-5746**. These listings are free. For a detailed Paid Death Notice, please have your funeral home contact our advertising department at **404-526-5271**.

## DEATHS AND FUNERALS

### ATLANTA

**RUTH MARGARET THOMAS ALLEN,** 87, of Groveland, Fla., formerly of Atlanta, died Monday. Graveside service, 3 p.m. today, Jackson City Cemetery; Haisten Funeral Home, Jackson.

**WILLIAM S. ALLEN,** 70, died Nov. 14. Funeral, 2 p.m. Thursday, Dawson & Son Mortuary.

**EMILY MARGARET BARFIELD,** 72, died Friday. The body was donated to Emory University School of Medicine. No service is planned.

**ANNA BENTON,** 83, died Friday. Funeral, 11 a.m. today, Temple of God; Gregory B. Levett & Sons, Decatur.

**MOZELLE T. BONNER,** 77, died Sun-

**WILLIAM LLEWELLYN WADDELL,** 83, died Monday. Funeral, 11 a.m. Friday, Our Lady of the Assumption Catholic Church; H.M. Patterson & Son, Oglethorpe Hill.

**WARREN H. WALLACE,** 75, died Sunday. Funeral 11 a.m. today, A.S. Turner & Sons.

**ROSIE KATE WILLIS,** 76, died Thursday. Funeral, 1 p.m. today, Mount Patmos Baptist Church; Raleigh Rucker Funeral Home.

### BARTOW COUNTY

**WILLIAM R. McCOLLUM,** 79, of Cartersville died Monday. Funeral, 11 a.m. today, Parnick Jennings Funeral Home.

**LOIS G. FIELDS,** 87, of Calhoun, formerly of Austell and Dallas, died Monday. Funeral, 2:30 p.m. today, Blackwood Springs Baptist Church; Max Brannon & Sons Funeral Home, Calhoun.

### COWETA COUNTY

**OLA M. HERNDON,** 84, of Newnan died Saturday. Funeral, 2 p.m. today, Church of Christ; Roscoe Jenkins Funeral Home.

**EVELYN ARNOLD HERRING,** 67, of Newnan died Saturday. Funeral, 1:30 p.m. Friday, Sellers-Smith Funeral Home.

### DEKALB COUNTY

**JULIA ANN COFIELD,** 51, of Decatur died Sunday. Funeral, 1 p.m. Thursday, Greater St. John Baptist Church; Haugabrooks Funeral Home.

**C. HERMAN CUDDY,** 86, of Decatur died Monday. Funeral, 1 p.m. Thursday, Lowndes & McLane Funeral Home.

**WILLIAM G. "JERRY" HARBIN,** 52, of Lithonia died Tuesday. Funeral, 1 p.m. Thursday, Henry Funeral Home.

**PAULINE E. RICE,** 63, of Decatur died Monday. Graveside service, 2 p.m. Thursday, Resthaven Cemetery; Horis A. Ward, Fairview.

**J. HERBERT SLACK,** 77, of Dunwoody died Tuesday. Funeral, 1 p.m. Sunday,

**JAMES T. COVINGTON SR.,** 53, of Snellville died Monday. Funeral, 3 p.m. today, Tom M. Wages, Snellville Chapel.

**JACK FOSTER,** 71, of Tucker died Tuesday. Funeral, 11 a.m. Thursday, St. Andrews Presbyterian Church; Lowndes & McLane Funeral Home.

**J.T. GARNER,** 76, of Lilburn died Monday. Funeral, 11 a.m. Thursday, Calvary Baptist Church; Bill Head Funeral Home, Lilburn/Tucker Chapel.

**FRIEDA "JEAN" INNES,** 69, of Lilburn died Monday. Funeral, 11 a.m. Saturday, R.T. Patterson Funeral Home.

**LOYCE McINTYRE KING,** 80, of Lawrenceville died Tuesday. Funeral, 3 p.m. Thursday, Tim Stewart Funeral Home.

**WALTER MARLETTE,** 71, of Buford died Tuesday. Funeral plans will be announced by Flanigan Funeral Home.

**SCOTT McDANIEL,** 38, of Suwanee died Monday. Funeral, 11 a.m. Thursday, Tom M. Wages, Snellville Chapel.

### HALL COUNTY

**LUCILLE PARKER GURLEY,** 74, of Flowery Branch died Tuesday. Funeral, 11 a.m. Thursday, Flanigan Funeral Home, Buford.

### HENRY COUNTY

## PAID DEATH NOTICES

**HOWARD L. CARMICHAEL**
MORRIS, Clyde

**DAWSON & SON MORTUARY**
ALLEN, William S., Sr.
RICHIE, Pamela

**DONEHOO-LEWIS FUNERAL HOME**
BICKERS, Nathan

**FLANIGAN FUNERAL HOME**
GURLEY, Lucille P.
MARLETTE, Walter M.

**HAISTEN FUNERAL HOME**
RICE, Myrtle L.

**HAUGABROOKS FUNERAL HOME**
COFIELD, Julia Ann
GATES, Estella Vivian

**BILL HEAD TUCKER CHAPEL**
GARNER, J.T.

**HENRY FUNERAL HOME**
HARBIN, Wm. G. (Jerry)

**INGRAM FUNERAL HOME**
STRIPLAND, Mabel H.
VARALLA, Don A.

**JONES & TURNER**
BOSWELL, Evelyn C.

**W.D. LEMON & SON FUNERAL HOME**
ARNOLD, Charlie Sr.

**LEVETT & SONS FUNERAL HOME**
BRYANT, Nellie

**G.B. LEVETT & SONS**
BENTON, Anna
HOLLINGSWORTH, Leola
TILLMAN, Margie L.

**LITTLE-WARD FUNERAL HOME**
MASON, Ruth

**McLANE FUNERAL HOME**
CUDDY, C. Herman

**MEADOWS FUNERAL HOME**
CRISWELL, Jean
WILSON, Bert, Jr.

**MEADOWS MORTUARY, INC.**
ATCHISON, Baby Carlos Jr.

**MARSHALL NEWSOME MORTUARY**
TARANTINE, Eddie Mae

**H.M. PATTERSON & SON**
AENCHBACHER, Hazel
BARBER, Mildred
CLARKE, Dr. Coleman D.
NAVE, Norman S. Jr.
O'NEILL, Gregory
WADDELL, William L.

**ROSWELL FUNERAL HOME**
LAWLESS, Marsha
MINTON, Elizabeth Ann

**SELLERS BROS., INC.**
WOODS, Walter

**SELLERS-SMITH FUNERAL HOME**
BRINSON, Leona

**TIM STEWART FUNERAL HOME**
KING, Loyce

Clipped By:



**rlt1803**
Mon, May 13, 2019

Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com