Exhibit 3.23



# Elder Paul F. Grant

████████, 1928 - ████████ 2019

On ████████, 1928 our heavenly father chose Lille & Reece Fears to be parents of Paul Fears (Uncle Pretty) Grant. They preceded him in death. He was the eighth child of this union. His siblings preceded him in death: James Thomas, Willie Fears, Ruth Fears Lewis, Mattie Fears, Stiggers, Levi (Pet) Fears, Ernest Fears and Mary Fears Short.

A Life Well Spent….

Paul attended and graduated from Heering High School in Decatur, GA. He met the love of his life, Christine Cooper and were united in holy matrimony September 20, 1947. During their seventy years of marriage seven children were born. Three of their children preceded him in death: Ernest Lee Cooper, Ruth Williams Thompson and Calvin Grant. His wife for seventy years preceded him in death September 26, 2017.

Paul worked for Colonial Stores from 1947 to 1972 as a stock clerk, assistant manager and manager until he retired. He served as manager at the following stores: Little Five Points, Memorial Drive and Bankhead to name a few! He accepted Christ while attending Rose of Sharon Church of God In Christ. He was baptized by Elder Rhodes, July 1959. Mother Rhodes and Elder Grant later established Temple of God, Inc. After her death he became the pastor. He was a faithful, anointed and caring pastor. His congregation was blessed to have a shepherd sent by God. There wasn't a time you couldn't call on him. In 1972 God called him to leave his job and become full time pastor. He served as the pastor for fifty years in Atlanta, Newnan, Winder #1 and Winder #2.

Sunset….

God called Elder Paul Grant home on Thursday, January 10, 2019. He gave him peace and took away the burden of missing the love of his life. He longs no more for her love. They are now absent from their earthly bodies and present with the Lord.

Those who remain….

Exhibit 3.23

He leaves a devoted and loving family that will cherish many fun memories. Survivors: Four children-three daughters and one son: Sandra Grant Hines (Robert), McDonough, GA; Shelia Grant Fallen (Rick), Lithonia, GA; Robert Louis Grant (Pamela) , Monroe, GA and Sylvia Grant Stokes (Clinard), Fayetteville, GA. They raised two daughters at the age of 63; LaKedra and Shanedra Vincent, Madison, GA. Fifteen grandchildren, twenty-two great grandchildren, six great-great grandchildren and a host of nieces, nephews, cousins and church members. Special love to his nieces, Shirley Robinson and Frankie S. Campbell. Celebration of Life Services will be held at the Temple of God Inc, 92 Whitefoord Ave, Atlanta GA 30318 on Wednesday January 16, 2019 at 11:00 AM. He will lie in-state at 10:00 AM to the hour of services. He will be laid to rest at Washington Memorial Gardens. Family and friends may visit from 10 AM to 8 PM with the wake beginning at 6:00 PM on Tuesday, January 15, 2019 at the South DeKalb Chapel of Gregory B. Levett & Sons Funeral Home. Please express your condolences here on our website. Services entrusted to Gregory B. Levett & Sons Funeral Home, South Dekalb Chapel. 4347 Flat Shoals Pkwy, Decatur GA 30034. 404-241-5656.

# Cemetery

Exhibit 3.23

# Events

**Washington Memorial Gardens**
700 Jordan Lane
Decatur, Ga,

**JAN 15**   **Visitation**          10:00AM - 08:00PM

South DeKalb Chapel
4347 Flat Shoals Pkwy. SOUTH DEKALB, Decatur, GA, US, 30034

**JAN 16**   **Celebration of Life**          11:00AM

Temple of God Inc
92 Whitefoord Ave., SE, Atlanta, GA, US, 30317

**Washington Memorial Gardens**
700 Jordan Lane
Decatur, Ga,

**JAN 15**   **Visitation**          10:00AM - 08:00PM

South DeKalb Chapel
4347 Flat Shoals Pkwy. SOUTH DEKALB, Decatur, GA, US, 30034

# Comments

Exhibit 3.23

  Love and sympathy to the Grant family.



**Brad &JoAnn Hill** - January 15 at 09:19 PM

  Dianne S. Hill lit a candle in memory of Elder Paul F. Grant



**Dianne S. Hill** - January 14 at 05:39 PM

  Beautiful in Blue was purchased for the family of Elder Paul F. Grant.



January 14 at 03:46 PM

  Brenda N. Freeman lit a candle in memory of Elder Paul F. Grant



**Brenda N. Freeman** - January 14 at 01:44 PM

Exhibit 3.23



" Lee Lee we are so sorry to hear of the loss of your father in-law. You and your wife are in our prayers

**Thelma and Henry Portress** - January 14 at 01:43 PM



" Thelma And Henry Portress lit a candle in memory of Elder Paul F. Grant



**Thelma and Henry Portress** - January 14 at 01:40 PM



" Lavender Reflections Spray was purchased for the family of Elder Paul F. Grant.



January 14 at 10:28 AM



" Slaughter and Davis Family purchased the Emerald Garden Basket for the family of Rev. Paul Grant.



**Slaughter and Davis Family** - January 14 at 06:29 AM