Exhibit 3.24

| | |
|---|---|
| 1. FULL NAME OF CHILD | Reba LaRue Gatlin |
| STATE FILE NO. | |
| 2. DATE OF BIRTH | ▮▮▮▮ 1956 |
| 3. SEX OR GIRL | |
| 4. COLOR OR RACE | Negro |
| CUSTODIAN'S NO. | 2974 |

**PLACE OF BIRTH**

5. NAME OF COUNTY — Fulton
6. NAME OF CITY OR TOWN — Atlanta  IN CITY LIMITS YES ☑ NO ☐
7. NAME OF HOSPITAL — U.S.P. Grady
8. HOW LONG WAS MOTHER IN THIS COUNTY BEFORE THIS DELIVERY — 5 years

**USUAL RESIDENCE OF MOTHER**

9. NAME OF COUNTY — Fulton
10. NAME OF CITY OR TOWN — Atlanta  IN CITY LIMITS YES ☑ NO ☐
11. STREET ADDRESS OR R.F.D. AND BOX NO. — ▮▮▮▮
12. STATE — Ga.  Foss Ave. SE.

**FATHER OF CHILD**

13. FULL NAME —
14. COLOR OF FATHER —
15. AGE AT TIME OF THIS BIRTH —
16. BIRTHPLACE OF FATHER —
17. USUAL OCCUPATION —

**MOTHER OF CHILD**

18. MAIDEN NAME — Eva Clark Gatlin
19. COLOR OR RACE — Negro
20. AGE AT TIME OF THIS BIRTH — 22
21. BIRTHPLACE OF MOTHER — Newton Co, Ga
22. USUAL OCCUPATION — Domestic

23. NUMBER OF OTHER CHILDREN NOW LIVING — 2
24. NUMBER OF OTHER CHILDREN BORN ALIVE - NOW DEAD — 0
25. NUMBER OF FETAL DEATHS OF ANY GESTATION AGE — 0

26. PARENT OF INFANT SIGN HERE — *Eva Clair Gatlin*
RELATIONSHIP TO INFANT — Mother

LOCAL REGISTRAR'S SIGNATURE — *Kate Pierce*
DATE FILED — Mar. 21 1956
MILITIA DISTRICT —

REVISED JANUARY 1, 1954

This is to certify that this is a true and correct copy of the certificate filed with the Vital Records Service, Georgia Department of Human Resources. This certified copy is issued under the Authority of Chapter 31-10, Vital Records Code of Georgia.

*Michael R. Lowe*
State Vital Records
Registrar and Custodian
Director, Vital Records Service

County Custodian *Anne Barr*

Issued by: *B. Arnold*   Date: 7-29-88
(Void without original signature and impressed seal)