Exhibit 3.26

## Rejon Taylor: Intergenerational Health Stressors

| Mental Health and Disorders -- | Alcohol and Narcotics Abuse -- | Diabetes -- | High Blood Pressure, Heart Disease, and Hypertension -- | Other Serious Health Issues -- | Violence -- | Incarceration -- | Early Death -- |
|---|---|---|---|---|---|---|---|
| **Maternal** **Reba Taylor (mother)** – Symptoms of Depression **Tameka Shepard (sister)** – Symptoms of Depression **Edward Joseph Gatlin (cousin)** – Bipolar Disorder **Leonard Gatlin Jr. (cousin)** – Symptoms of Depression **Cynthia Williams (cousin)** – Unspecified Mental Illness **Katrina Williams (cousin)** – Unspecified Mental Illness **Paternal** **Johnny Taylor (father)** – Unspecified Mental Illness **Erica Gould (cousin)** – Schizophrenia **Saadia Heflin (cousin)** – PTSD **Vanessa Heflin (cousin)** – Unspecified Mental Illness, including anxiety and panic attacks | **Maternal** **Edward Gatlin (cousin)** – alcohol use **Joseph Anthony Gatlin (uncle)** – alcohol and narcotics use **Leonard Gatlin Jr. (cousin)** – alcohol, died from alcoholism **Leonard Gatlin Sr. (uncle)** – alcoholism **Paternal** **Johnny Taylor (father)** – narcotics abuse **Tom Taylor (grandfather)** – alcoholism **Willie Adams Coplien (uncle)** – alcohol, died from alcoholism **Herman Lee Walton (in-law)** – alcoholism and narcotics abuse **Joseph Smith (in-law)** – alcoholism **Vanessa Heflin (cousin)** – alcohol and narcotics use | **Maternal** **Reba Taylor (mother)** **Fecilia Gatlin (in-law)** **Peggy Welch (cousin)** **Felisha Gatlin (cousin)** **Leonard Gatlin Sr. (uncle)** **Rosa Pat Moss (cousin)** **Yolanda Gooden (cousin)** **Sharon Hurst (cousin)** **Marcy Moss (cousin)** **Sonya Moss (cousin)** **Paternal** **Barbara Heflin (aunt)** **Vanessa Heflin (cousin)** **Walter Taylor (uncle)** | **Maternal** **Reba Taylor (mother)** – High blood pressure; hypertension **Tameka Shepard (sister)** – unspecified heart condition **Eva Williams (grandmother)** – high blood pressure **Felicia Gatlin (in-law)** – died from congestive heart failure **Sharon Hurst (cousin)** -heart disease **Leonard Gatlin Sr. (uncle)** – heart problems, high blood pressure, emphysema **Stanley Gatlin (uncle)** – high blood pressure, hypertension **Anna Belle Williams (great-grandmother)** – congestive heart failure, coronary artery disease, high blood pressure **Joseph Gatlin (uncle)** – unspecified heart condition **Yolanda Gooden (cousin)** – high blood pressure **Rosa Pat Moss (cousin)** – high blood pressure **Marcy Moss (cousin)** – high blood pressure **Sonya Moss (cousin)** – high blood pressure **Tuawanna Walton (cousin)** – high blood pressure **Paternal** **Addie Copeland (grandmother)** – high blood pressure **Barbara Heflin (aunt)** – high blood pressure, high cholesterol, blood clots **Lisa Taylor (aunt)** – high cholesterol **Vanessa Heflin (cousin)** – high blood pressure | **Maternal** **Reba Taylor (mother)** – high cholesterol; glaucoma; hemorrhoids **Eva Williams (grandmother)** – Alzheimer's Disease **Anna Belle Williams (great-grandmother)** – Alzheimer's Disease **Peggy Welch (cousin)** – cancer **Yvonne Smith (cousin)** – liver cancer **Leonard Gatlin Jr. (cousin)** – kidney failure; seizures; migraines; cirrhosis of the liver; hepatitis **Paternal** **Charlie Copeland (uncle)** –Parkinson's disease **Willie Adams Coplien (uncle)** - cirrhosis of the liver **Vanessa Heflin (cousin)** – syphilis | **Maternal** **Reba Taylor (mother)** – physically and emotionally abused by John Taylor; physically abused by Cecil Anderson **Tameka Shepard (sister)** – experienced domestic abuse from boyfriend **Eva Williams (grandmother)** – abused by male she was involved with **Anna Belle Williams (great-grandmother)** – whipped children and great grandchildren **Leonard Gatlin (uncle)** – physically and verbally abusive **Tonya Walton (aunt)** – experienced domestic abuse **Dennis Williams (cousin)** – murdered, November 2000 **Pearl Gatlin (cousin)** – raped **Cecil Anderson (mother's ex-boyfriend)** — stabbed to death **Ramon Shepard (in-law)** – gunshot wounds **Tobias Gatlin (cousin)** – whipped with extension cords by parent **Paternal** **John Taylor (father)** – whipped by mother, physically and emotionally abusive to Reba Taylor **Betty Taylor (aunt)** – murdered by husband, experienced domestic violence **Cousin Beatrice's husband Maron (in-law)** – abuse of children (tied boys over stove by ankles, beatings) **Vanessa Heflin (cousin)** – emotionally and physically abused by mother, experienced domestic violence, raped **Saadia Hefflin (cousin)** – emotionally and physically abused by mother, experienced domestic violence | **Maternal** **Edward Joseph Gatlin (cousin)** **Michael Thomas (cousin)** **Paternal** **Johnny Taylor (father)** **John Taylor (brother)** **Michael Eberhart (in-law)** – incarcerated for murdering wife Betty Taylor **Saadia Heflin (cousin)** | **Maternal** **Reba Taylor (mother)** – died at age 61 **Yvonne Smith (cousin)** – died from liver cancer in her mid 50's – 60's **Sharon Hurst (cousin)** – died of a heart disease at 37 **Dennis Williams (cousin)** – murdered, November 2000 at age XX **Cecil Anderson (mother's ex-boyfriend)** —murdered at age 36 **Leonard Gatlin, Jr. (cousin)** – cirrhosis of the liver at age 52 **Peggy Welch (cousin)** – died of cancer at age 52 **Shalandria Welch Williams (cousin)** - suicide at age 27 **Paternal** **Betty Taylor (aunt)** – murdered by her husband at age 35 **Barbara Heflin (aunt)** – died at age 56 **Willie Adams Coplien (uncle)** - cirrhosis of the liver at age 49 **Mark Turner (cousin)** – murdered, at age 37 |