Exhibit 3.27

9/10/01

WITHDRAWAL FORM

STOCKBRIDGE SENIOR HIGH
1151 OLD CONYERS ROAD
ETS# - 112830
STOCKBRIDGE       GA      30281
770-474-8747

| | |
|---|---|
| PRC POSTED | |
| SCH CARD PULLED | |
| GRADE REC DELETED | ✓ |
| REG DELETED | ✓ |
| HR ROLL DELETED | |
| WD CODE | W32 |

ID#:  60086   NAME: TAYLOR, RE JON L.          FTE #: 100000259679797   BIRTHDATE : ███/1984   AGE : 16

DATE ENTERED :08/14/2001        DATE WITHDRAWN : 9/10/01   REASON : *Moving - No Reason*

| PER | COURSE/SECTION | TEACHER | ROOM | 1ST 6 WEEKS | 2ND 6 WEEKS | DAYS ABSENT | GRADE TO DATE | BOOK RET'D | MONIES OWED | TEACHER SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5850 01 SCIENCE,TECHNOLOGY SOC | SAWAYA, FRED | 914T | | | 11 | — | yes | | *(sig)* |
| 2 | 1272 02 THEATRE ARTS IA | THROWER, GAYLE | 308 | | | | 80 | | — | *(sig)* |
| 3 | 6552 07 US HISTORY A | COLLINS, JACK | 401 | | | 8 | 50 | yes | — | *(sig)* |
| 4 | 4643 04 GEOMETRY A | MCCAULEY, KELLIE | 214 | | | | 55 | yes | — | *(sig)* |
| 5 | 1533 10 SPANISH IIA | ROSADO, ALBERTO | 112 | | | 8 | 19 | yes | No | *(sig)* |
| 6 | 3702 03 ENGLISH IIIA2 | HEBERT, JOY | 115 | | | 7 | 58 | yes | | *(sig)* |

LIBRARY : _____

OFFICE  : *Kevin Dorsett*

COUNSELOR : 000

HR SECTION/ADVISOR : 385 D0-   SAWAYA, FRED          ROOM 914T   _____

_____
ATTENDANCE OFFICE

*Rex Taylor*

# HENRY COUNTY SCHOOLS

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Taylor, | ReJon | L |

| DATE OF BIRTH YR. 84 MONTH | [redacted] | BIRTH CERT. NO. | PLACE OF BIRTH |
|---|---|---|---|

| FATHER'S NAME | | PHONE | OCCUPATION |
|---|---|---|---|
| MOTHER'S NAME | | PHONE | OCCUPATION |

| GUARDIAN | RELATIONSHIP |
|---|---|

| ADDRESS | CITY |
|---|---|

## 9 TH GRADE 99 TO 20 00

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng. I | | 67 | | | 86 | | | .5 |
| Hg. I | | 73 | | | 75 | | | 1.0 |
| Biology | | 74 | | | 81 | | | 1.0 |
| Civics/Geog | 53 | | | 76 | | | | .5 |
| cFit/Health | 31 | | | 98 | | | | .5 |
| Trans Bus. | 20 | | | 72 | | | | .5 |

DAYS TARDY
DAYS ABSENT
cNair H — **TOTAL UNITS** 4.0

## 9 TH GRADE - 20 TO 20 00  Summer

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng IA | | 96 | | | | | | .5 |
| Civics | | 95 | | | | | | .5 |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## 10TH GRADE - 2000 TO 20 01

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| Eng. II | | 87 | | | 85 | | | 1.0 |
| Alg. II | | 76 | | | 94 | | | 1.0 |
| Chemistry | | 73 | | | 82 | | | 1.0 |
| Wor. Hist. | | 90 | | | 86 | | | 1.0 |
| Spanish I | | 77 | | | 81 | | | 1.0 |
| Fam/Con Sci | 78 | | | 78 | | | | 1.0 |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS** 6.0

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## TH GRADE - 20 TO 20

| SUBJECT | 1st | 2nd | SM AV | 3rd | 4th | SM AV | YR AV | UNIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DAYS TARDY
DAYS ABSENT
**TOTAL UNITS**

## EXTRA-CURRICULUM RECORD

| DATE | GRD | ACTIVITY | OFFICE(S) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**TEST DATA**

| DATE OF GRADUATION |
|---|
| # IN CLASS   RANK |
| HIGH SCHOOL AVERAGE |
| COLLEGE ENTERED |

Exhibit 3.27

Georgia Department of Human Resources
## SCHOOL CERTIFICATE OF IMMUNIZATION

Child's Name _De Opn Dayfu_    Birthdate ▮ _84_

Parent's Name _____

Date of Certification _1/8/98_

This certificate is to be used ONLY to certify that a child has met the immunization requirements for attending OR to certify a medical exemption. The requirements are spelled out on the back of this form. Please review before completing the certification.

| VACCINE | TOTAL # DOSES | DATE | DATE | DATE | DATE | DATE | DA |
|---------|---------------|------|------|------|------|------|-----|
| DTP | 5 | 1 15 84 | 1 17 85 | 5 13 85 | 3 24 87 | 2 7 90 | |
| Ped DT | | | | | | | |
| Adult Td | | | | | | | |
| OPV | 4 | 1 15 84 | 1 17 85 | 3 24 87 | 2 7 90 | | |
| PV | | | | | | | |
| MMR | 2 | 12 27 85 | 1 22 96 | | | | |
| Measles | | | | | | | |
| Mumps | | | | | | | |
| Rubella | | | | | | | |

MEDICAL EXEMPTION: _____

_HiB 3/24/87_     _Josi B 1/8/98_

Printed, Typed or Stamped Name and Address

Certified by _____    Signature of Licensed Physician
(See Reverse Side for Minimum Standards)

Date of Signature _1/8/98_

County Health Department _____

Health Center _____

Certified by _____    Date _____

Older revisions of this form already on file for children in school should not be replaced.

Form 3032 (Rev. 10-90)

Exhibit 3.27



2 0 0 1 | LEGEND

stockbridge high school | back to square one

Exhibit 3.27









Faculty And Staff





Exhibit 3.27















Hilda Adams     Linda Allen     Ana Arnold     Joyce Atkinson     Emma Atterberry     Regina Babb








Melissa Bell     Nancy Bivins     Alan Blount     Tom Boutwell     Janet Brock     Gena Brown

Exhibit 3.27

Lillie Brown

Pamela Brown

Daniel Burchfield

Sherae Cannon

Amy Childers

Mishawne Clark

Jack Collins

Andy Cooper

Tanya Costa

Terry Creamer

Bernice Crump

Cynthia Dearing

Jared Dickey

Bert Dollar

Carol Dotson

Carolyn Douglas

Mindy Duckworth

Geeger Dunson

Kenya Gatson

Charles Gooch

Ann Grantham

Mike Guman

Dorothy Harrison

Joy Hebert

Jennie Henck

Michael Hobgood

Tonya Holmes

Richard Holton

Brenda Howard

Angel Howell

a Babb

a Brown

Designed by: Meredi



Exhibit 3.27

Mark Jones   Kathy Kelly-George   Elizabeth Kenny   Patricia Koehler   Karl Koenig   Sandra Lambert

Jan Lee   Linda Lewis   Jeff Lin   Neil Maddock   Michael Martin   Sheri Mc Clelland

Dot Mc Donald   Sarah Miller   Linda Moak   Shannon Mocyk   Isiah Moore   Derrick Mosley

Lourdes Nieves   Margaret Overhuls   Beth Painter   Ryan Parejko   Carol Paulicelli   Jane Penland

Joe Plymel   Hazel Poss   Jacquelyn Puckett   Rosetta Riddle   Karen Robbins   Karen Robertson

Exhibit 3.27



Joanna Sammons    Tammy Sanders    Sevi Sapp    Donna Scoggins    Pam Sims    Kristen Slay



Linda Steele    Debbie Steiner    Nancy Thibault    Neisa Thornton    Gayle Thower    Sherry Tribby



Rachel Visintainer    Sandy Voelkel    Cynthia Walker    Retha Walton    Leslie Wantland    Ellen Warren



Eric Watson    Dannu Webbi    Patricia White    Susan White    Jim Williams    Rex Winn










Joanne Witzl    Janice Work    Gerri Wright

Designed by: Meredith Bat