# Newspapers.com
by ancestry

https://www.newspapers.com/image/403445659

# Exhibit 3.28

The Atlanta Constitution · Wed, Nov 20, 1996 · Page 21

Downloaded on May 13, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com