Newspapers
by ancestry

https://www.newspapers.com/image/398224707

Downloaded on May 13, 2019





Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com