VOID COPY (repeated watermark across page)

**STATE OF GEORGIA — CERTIFICATE OF LIVE BIRTH**

SEP 28 1984

Local File Number **003020** | State File Number 110-8 Exhibit 30

TYPE OR PRINT IN PERMANENT BLACK OR BLUE-BLACK INK

**CHILD**

| 1. CHILD'S NAME FIRST | MIDDLE | LAST | 2. SEX | 3a. DATE OF BIRTH (Mo., Day, Year) | 3b. TIME OF BIRTH |
|---|---|---|---|---|---|
| ReJon | Llwellyn | TAYLOR | Male | ▮▮ 1984 | 2:42 A.M. |

| 4a. THIS BIRTH (Single, Twin, Triplet, Etc.) | 4b. IF NOT SINGLE BIRTH, SPECIFY BIRTH ORDER | 5a. CITY, TOWN, OR LOCATION OF BIRTH | |
|---|---|---|---|
| Single | | Decatur, Georgia | 180 |

| 5b. HOSPITAL NAME (If not Hospital, give Street and Number) | | 5c. COUNTY OF BIRTH | |
|---|---|---|---|
| DeKalb General Hospital | 1720 | DeKalb | 044 |

**MOTHER**

| 6a. MOTHER (MAIDEN NAME) FIRST | MIDDLE | LAST | 6b. AGE (At time of this birth) | 6c. DATE OF BIRTH (Mo., Day, Year) | 6d. STATE OF BIRTH (If not U.S.A., name Country) |
|---|---|---|---|---|---|
| Reba | LaRue | Gatlin | 28 | ▮▮ 1956 | Georgia 11 |

| 7a. RESIDENCE — STATE | 7b. COUNTY | 7c. CITY, TOWN, OR LOCATION | 7d. STREET AND NUMBER OF RESIDENCE |
|---|---|---|---|
| Georgia 11 | DeKalb 044 | Atlanta 035 | ▮▮▮ |

| 8. MOTHER'S MAILING ADDRESS — IF SAME AS ABOVE, ENTER ZIP CODE | 7e. INSIDE CITY LIMITS? (Yes or No) |
|---|---|
| 30316 | Yes |

**FATHER**

| 9a. FATHER'S NAME FIRST | MIDDLE | LAST | 9b. AGE (At time of this birth) | 9c. DATE OF BIRTH (Mo., Day, Year) | 9d. STATE OF BIRTH (If not U.S.A., name Country) |
|---|---|---|---|---|---|
| John | L | Taylor | 30 | ▮▮ 1954 | Georgia 11 |

| I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF | 10b. RELATION TO CHILD |
|---|---|
| 10a. (Signature of Parent or other Informant) *Reba Taylor* | *mother* |

**CERTIFIER**

| 11a. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. (Signature) | 11b. DATE SIGNED (Mo., Day, Year) | 11c. (Name) | 11d. (Title) |
|---|---|---|---|
| *D. Mansfield M.D.* | 9/15/84 | | |

| 11e. CERTIFIER — NAME AND TITLE (Type or Print) | 11f. CERTIFIER — MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) |
|---|---|
| Donald Mansfield, M.D. | ▮▮▮ |

**REGISTRAR**

| 12a. REGISTRAR (Signature) | 13a. DATE RECEIVED BY LOCAL REGISTRAR (Mo., Day, Year) |
|---|---|
| *Dorothy Anderson* | 9-18-84 |

STATE COPY

Form 3801 (Rev. 8-83) DEPARTMENT OF HUMAN RESOURCES, VITAL RECORDS SERVICE