Exhibit 13

# DECLARATION OF VICKY HOLLOWAY

I, Vicky Holloway, declare as follows:

1.  On Tuesday, April 2, 2019, and Sunday, May 5, 2019, two individuals representing Rejon Taylor came to speak with me in my residence.

2.  Everage Holloway is my late husband. Everage served as an alternate juror in the 2008 trial of Rejon Taylor. Everage spoke to me about his experience while serving. He spoke to me after the guilt phase prior to Mr. Taylor's sentencing. My husband felt that something had gone horribly wrong in the trial.

3.  Before the trial, in the summer of 2008, racial tensions were high in Hamilton County and the surrounding areas. Barack Obama was running for President and a lot of people had issues with a Black man leading a presidential campaign. One white woman I worked with said she didn't like him because he was Black and Muslim. Another man, a Black one, said he didn't think a Black man should be President.

4.  There were also racial issues in the senatorial campaign of Harold Ford. Harold would have been the first Black Senator from this area, but there was a smear campaign to bring him down. There were ads and commercials on TV slandering him because he had relationships with white women. People didn't think it was right for a Black man to be intimate with a white woman. Harold never ran for public office after he lost his senatorial campaign.

1

SH

Exhibit 13

5.    My husband told me that he and other jurors spoke frequently throughout the trial about what was going on in the trial. Everage told me that  it was clear from the jurors' conversations that they had already made up their minds to sentence Mr. Taylor to death before the sentencing phase even began. Everage told me that he heard that as soon as some of the jurors knew that the U.S. Attorneys were seeking the death penalty they wanted to sentence Rejon to death.

6.    There was one white male juror in particular that said things that troubled my husband. The male juror said, "Yea we need to kill him off." My husband told me that he believed the white male juror said this because the defendant was Black and the victim was white. Based on things he heard from jurors, my husband believed that other jurors held similar sentiments.

7.    Although my husband couldn't participate in juror deliberations, he spent time listening to and talking to the jurors throughout both phases of the trial. My husband went to lunch and had breaks with the seated jurors. During lunch the jurors discussed aspects of the case and their feelings toward Rejon for having killed a white man. My husband told me that many of the jurors thought they had to get rid of Rejon because he killed one of their own, a white man.

8.    Mr. Taylor's jury included 11 white jurors and 1 Black juror. My husband told me that the one Black juror was scared of standing up to the rest of the jury. The one Black juror was older. In her generation, Black people didn't make

2

SH

Exhibit 13

Declaration of Vicky Holloway

Page 3 of 3

a fuss with white people in Chattanooga. Causing a disturbance with white people here can cause problems.

9. My husband got sick shortly after the trial. I know his experience serving as an alternate juror on Rejon Taylor's deeply affected him. He knew what happened was not right, and it made him feel terrible. My husband passed away in 2014.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on May **05**, 2019.

_____
Vicky Holloway

3

SH