Exhibit 36

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 6:96CR60022-001
)
JEFFERY WILLIAM PAUL )

**UNITED STATES' WITHDRAWAL OF NOTICE TO SEEK THE DEATH PENALTY
AND NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

Comes now the United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, and hereby withdraws its previously filed Notice to Seek the Death Penalty (Doc. 124)  and gives notice that it does not intend to pursue a sentence of death in the resentencing of Defendant, Jeffrey William Paul, on his conviction for aiding and abetting the First Degree Murder of Sherman Williams in violation of 18 U.S.C. §§ 2 and 1111(a).

Respectfully submitted,

David Clay Fowlkes
United States Attorney

By:    */s/ Kenneth Elser*

Kenneth Elser
Assistant U.S. Attorney
Arkansas Bar No. 89194
414 Parker Avenue
Fort Smith, Arkansas 72901
(479) 783-5125
Email Kenny.Elser@usdoj.gov

Exhibit 36

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF System which will send notification of such filing

to the following:

Shawn Nolan, Attorney for Defendant, Shawn_Nolan@fd.org
Peter Williams, Attorney for Defendant, Pete_Williams@fd.org


*/s/ Kenneth Elser*

Kenneth Elser
Assistant U.S. Attorney