IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                              )
                                           )
            Petitioner,                    )
                                           )
      v.                                   )      No. 1:19-CV-147-CLC-CHS
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
            Respondent.                    )

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Rejon Taylor, by counsel, moves this Honorable Court for leave to re-file certain documents containing declarations and other sensitive data under seal. Counsel for Mr. Taylor previously filed Motion for Leave to File Documents Under Seal and *Ex Parte* (R. 2) and the motion was granted. R. 31. In further support of this motion, counsel states the following:

1.     Local Rule 26.2 requires a party seeking to file "Court Records or portions thereof" under seal to first seek leave of court and further provides, "documents that are the subject of a motion to seal may be temporarily placed in the court record under seal pending a ruling on the motion." E.D. Tenn. L.R. 26.2(b).

2.     Movant seeks leave to re-file juror information and declarations containing sensitive data under seal. Therefore, Movant respectfully requests that this Honorable Court permit the filing of these sensitive documents under seal.

WHEREFORE, based on the foregoing, Movant respectfully requests that this Honorable Court grant this motion.

Dated: September 9, 2025

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Chief, Capital Habeas Unit
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email:   Kelley_Henry@fd.org

BY: */s/ Kelley J. Henry*
       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  On this the 9th day of September, 2025.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org