# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| | ) | Case No.: 1:19-cv-147 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | Magistrate Judge Christopher H. Steger |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Before the Court is Petitioner's "Motion for Leave to File Under Seal" under Local Rule 26.2. (Doc. 112 at 1.) Petitioner moves the Court to "re-file" potential-juror and juror questionnaires from his trial, in addition to declarations, "containing sensitive data under seal." (*Id*.) As grounds for his motion, Petitioner states that he "previously filed [a] Motion for Leave to File Documents Under Seal and *Ex Parte* (R. 2) and the motion was granted." (*Id*. (citing Doc. 31.))[1] Respondent has not filed any opposition to Petitioner's motion.

The Court has reviewed the documents Petitioner moves to re-file under seal and documents the Court filed under seal previously. (Doc. 113.) In doing so, the record reflects that the documents in Petitioner's proposed sealed document, (*id*.), have already been filed under seal by the Court. (*Compare* SEALED Docs. 8–30, *with* Doc. 113, Attachments 1–22.) Petitioner, moreover, does not otherwise state his reasons for re-filing these documents in the record. Accordingly, his motion for leave to "re-file" these documents under seal (Doc. 112 at 1.) is, by all appearances, moot.

---

[1] The previously filed motion Petitioner is referring to is his May 15, 2019, unopposed motion for leave to file documents under seal and *ex parte*. (Doc. 2.) The Court granted Petitioner's motion. (Doc. 31.)

Therefore, Petitioner's "Motion for Leave to File Under Seal" (Doc. 112) is **DENIED AS MOOT**, and Petitioner's proposed sealed document (Doc. 113) is **STRICKEN** from the record. *See* E.D. Tenn. ECF R. 12.2 ("If the motion is denied, the clerk's office will delete the document and modify the docket entry to note the document was deleted upon the denial of the motion to seal.").

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**