**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

REJON TAYLOR, )
    *Petitioner*, )
)  No. 1:19-cv-147-CLC-CHS
v. )
)
UNITED STATES OF AMERICA, )
    *Respondent*. )

## **O R D E R**

Counsel for Petitioner and Respondent **SHALL** appear for an in-person scheduling and case-management conference on **Thursday**, **April 23, 2026**, at **2:00 p.m. (Eastern Time)**, before United States Magistrate Judge Christopher H. Steger in Courtroom 1B of the United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE