**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **REJON TAYLOR,** | ) |
|     **Petitioner,** | ) |
| | )    **Case No. 1:19-cv-00147** |
| **v.** | ) |
| | )    **Judge Collier** |
| **UNITED STATES OF AMERICA,** | )    **Magistrate Judge Steger** |
|     **Respondent.** | |

**NOTICE OF APPEARANCE**

The United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby enters this Notice of Appearance on behalf of the undersigned Assistant United States Attorney. The undersigned is a registered user of the Electronic Case Filing system in the Eastern District of Tennessee. All further pleadings, notices, and orders regarding the above-captioned case, should be served on the undersigned.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By:    *s/Christopher D. Poole*
       Christopher D. Poole, BPR #019155
       Assistant United States Attorney
       1110 Market Street, Suite 515
       Chattanooga, Tennessee 37402
       christopher.poole@usdoj.gov
       (423)752-5140