IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| Respondent. | ) | |
| | ) | |

**UNOPPOSED MOTION TO MOVE UPCOMING APRIL 23, 2026, CASE
MANAGEMENT CONFERENCE TO JUNE 2026**

Petitioner, by counsel, requests that the Court move the upcoming Case
Management conference set for April 23, 2026, to June 2026. In support of his motion,
Petitioner states:

1. The Case Management Conference is currently set for April 23, 2026.

2. Undersigned counsel is currently ill with whooping cough and suspected
pneumonia.

3. Undersigned counsel is lead counsel for Tony Von Carruthers, who has an
execution date of May 21, 2026. She is in the midst of several active cases
challenging the constitutionality of Mr. Carruthers' execution.

4. Mr. Taylor's case involves complex issues of law.

5. Consequently, undersigned counsel cannot adequately prepare for the case
management conference by April 23, 2026. Undersigned counsel requests that the

court move the Case Management Conference to the June 2026, when counsel hopes to be rid of her illnesses and after Mr. Carruthers' set execution date.

6. Opposing Counsel, Chris Poole, has stated that the Respondent does not object to this motion and that the Government is available the weeks of June 8 or June 15, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

AMY D. HARWELL
First Asst. Fed. Public Defender
164 Rosa L. Parks Blvd.
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: amy_harwell@fd.org

By: */s/ Amy D. Harwell*
Counsel for Rejon Taylor

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been served on counsel for Respondent, Debra A. Breneman, Franklin Clark and Chris Poole, AUSA, by electronic case filing via the PACER CM/ECF system.

*/s/ Amy D. Harwell*
Date of Service: April 6, 2026