**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
|   *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|   *Respondent*. | ) | |

**O R D E R**

Before the Court is Petitioner's Unopposed Motion to Move Upcoming April 23, 2026, Case Management Conference to June 2026 [Doc. 117]. In support of the motion, Petitioner's counsel cites the complexity of this case, the demands of her caseload, and her recent illness [*Id.*].

For good cause shown and in the absence of objection from Respondent, it is hereby

**ORDERED** that:

1. The referenced motion [*id.*] is **GRANTED**.

2. Counsel for Petitioner and Respondent **SHALL** appear for an in-person scheduling and case-management conference on **Wednesday, June 10, 2026, at 2:00 p.m. (Eastern Time)**, before United States Magistrate Judge Christopher H. Steger in Courtroom 1B of the United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE