IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                              )
                                           )
        Petitioner,                        )
                                           )
    v.                                     )        No. 1:19-CV-147-CLC-CHS
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
        Respondent.                        )

---

**MOTION TO WITHDRAW COUNSEL**

---

Petitioner respectfully requests that Kelley J. Henry be withdrawn as counsel for Mr. Taylor, as she has taken a leave of absence from the Office of the Federal Public Defender for the Middle District of Tennessee effective immediately. Petitioner further moves that prior counsel Alexis J. Hoag, Henry A. Martin, Patricia N. Okonta and Barry J. Fisher be removed from the docket as well as they no longer represent Mr. Taylor.

Dated this the 30th day of April, 2026.

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

AMY D. HARWELL
First Assistant Federal Public Defender

164 Rosa L. Parks Blvd.
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

BY: */s/ Amy D. Harwell*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 30th day of April, 2026, a copy of the foregoing was filed

and served via the Court's CM/ECF system on all counsel for Respondents.

*/s/ Amy D. Harwell*
Assistant Federal Public Defender