IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| REJON TAYLOR, | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-147-CLC-CHS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| Respondent. | ) | |
| | ) | |

---

## PROPOSED ORDER GRANTING MOTION TO WITHDRAW COUNSEL

---

Petitioner Rejon Taylor's Motion to Withdraw Counsel is **GRANTED**.

It is **ORDERED** that prior counsel Alexis J. Hoag, Kelley J. Henry, Henry A. Martin, Patricia N. Okonta and Barry J. Fisher be withdrawn from representation of Mr. Taylor. Amy D. Harwell is designated as counsel of record to be noticed on all filings in this matter.