IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

REJON TAYLOR,                          )
                                       )
          Petitioner,                  )
                                       )
     v.                                )          No. 1:19-CV-147-CLC-CHS
                                       )
UNITED STATES OF AMERICA,              )
                                       )
          Respondent.                  )

---

**NOTICE OF APPEARANCE**

---

Undersigned counsel Assistant Federal Public Defender Samantha

N. Barry hereby gives notice of her appearance as counsel for Petitioner

Rejon Taylor.

Dated this 29th day of May 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF
TENNESSEE
CAPITAL HABEAS UNIT

SAMANTHA N. BARRY
State Bar of CA #354305
Asst. Federal Public Defender

164 Rosa L. Parks Blvd.
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

BY: */s/Samantha N. Barry*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May 2026, a copy of the foregoing was filed and served via the Court's CM/ECF system on all counsel for Respondents.

*/s/Samantha N. Barry*
Assistant Federal Public Defender